# United States District Court
# for the District of Columbia

| | |
|---|---|
| S.G., a minor, *et al.*, <br><br> Plaintiffs <br><br> v. <br><br> THE DISTRICT OF COLUMBIA, *et al.*, <br><br> Defendants | Civil Action No. 06-01317 (RMC) |

## PROOF OF SERVICE

Plaintiffs S.G., a minor, Harwant Gill, and Aleksandra Parpura-Gill respectfully submit, pursuant to Fed. R. Civ. P. 4(l), the accompanying affidavit as proof of service upon defendant Clifford B. Janey, Superintendent of the District of Columbia Public Schools. Service was effected on July 28, 2006 via certified mail, as permitted by Fed. R. Civ. P. 4(j)(2), and Sup. Ct. Civ. R. 4(c)(3). This defendant's answer accordingly was due August 17, 2006.

/s/ *Diana M. Savit*

Diana M. Savit #244970
SAVIT & SZYMKOWICZ, LLP
7315 Wisconsin Avenue
Suite 601N
Bethesda, Maryland 20814
(301) 951-9191
Attorneys for plaintiffs

# United States District Court
# for the District of Columbia

| |
|---|
| S.G., a minor, *et al.*, |
| Plaintiffs |
| v. |
| THE DISTRICT OF COLUMBIA, *et al.*, |
| Defendants |

Civil Action No. 06-01317 (RMC)

### AFFIDAVIT

State of Maryland            )
                             )   ss:
County of Montgomery         )

Ellen R. Pressman, being first duly sworn, deposes and states as follows:

1. I work for Savit & Szymkowicz, LLP as the firm's legal assistant. My duties include arranging for service of process whenever the firm files a civil action.

2. On July 26, 2006, I mailed a copy of the complaint in this case, a summons, a notice of the right to consent to trial before a magistrate judge and a form for consenting to a magistrate judge trial by certified mail, return receipt requested, restricted delivery to Clifford B. Janey, Superintendent of the District of Columbia Public Schools, at 825 North Capitol Street, N.W., Washington, D.C. 20002.

3. The certified mail article number was 7005 1820 0005 5256 6259.

4. I subsequently received the return receipt, a copy of which accompanies this affidavit. The return receipt indicates that Cheryl Vincent signed for the package on July 28, 2006 on behalf of Mr. Janey.

5. I also mailed on July 26, 2006 an identical package to Mayor Anthony Williams, on behalf of the other defendant, the District of Columbia. The certified mail number for the package to Mayor Williams was 7005 1820 0005 5256 6266. Although the return receipt came back to me with an indication that the package had been delivered and the receipt mailed on July 28, 2006, the receipt itself was unsigned. A copy of the receipt accompanies this affidavit.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: August 18, 2006

*Ellen R. Pressman*
Ellen R. Pressman

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *Cheryl Vinct* ☑ Agent ☐ Addressee

B. Received by (Printed Name): Cheryl Vincent    C. Date of Delivery: 1-28-06

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

1. Article Addressed to:

   Clifford B. Janey, Superintendent
   DCPS
   825 North Capitol Street
   N.E.
   9th floor
   Washington DC 20002

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered      ☑ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7005 1820 0005 5256 6259

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent ☐ Addressee

B. Received by (Printed Name):    C. Date of Delivery:

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

1. Article Addressed to:

   District of Columbia
   c/o Anthony Williams, Mayor
   441 4th Street N.W.
   Washington, D.C. 20001

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered      ☑ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7005 1820 0005 5256 6266

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540