# United States District Court
# for the District of Columbia

| |  |
|---|---|
| **S.G., a minor,** *et al.*, <br><br> **Plaintiffs** <br><br> v. <br><br> **THE DISTRICT OF COLUMBIA,** *et al.*, <br><br> **Defendant**s | **Civil Action No. 06-01317 (RMC)** |

**ORDER**

Upon consideration of plaintiffs' motion for entry of the default of defendant Clifford B. Janey, Superintendent of the District of Columbia Public Schools, memorandum of points and authorities in support thereof, and it appearing that defendant Janey was served with process on July 28, 2006 but has failed to answer or otherwise respond to the complaint by the August 17, 2006 deadline for doing so, and it further appearing that the motion should be granted; it is, this _____ day of _____, 2006

**ORDERED:**  That the motion is granted; and it is

**FURTHER ORDERED:**  That the Clerk of the Court is directed to enter the default of defendant Clifford B. Janey.

_____
Judge, United States District Court

cc:   Diana M. Savit, Esq.
    **S**AVIT **& S**ZYMKOWICZ**, LLP**
    7315 Wisconsin Avenue, Suite 601N
    Bethesda, Maryland 20814