United States District Court
for the District of Columbia

| | |
|---|---|
| **S.G., a minor,** *et al.,*<br><br>    **Plaintiffs**<br><br>    **v.**<br><br>**THE DISTRICT OF COLUMBIA,** *et al.,*<br><br>    **Defendant**s | Civil Action No. 06-01317 (RMC) |

### REQUEST FOR ENTRY OF DEFAULT AS TO DEFENDANT JANEY

Plaintiffs S.G., a minor, Harwant Gill, and Aleksandra Parpura-Gill respectfully ask the Clerk of the Court, pursuant to Fed. R. Civ. P. 55(a), to enter the default of defendant Clifford B. Janey, Superintendent of the District of Columbia Public Schools. Service was effected upon this defendant on July 28, 2006 via certified mail, and proof of that service was previously filed herein. This defendant's answer was due August 17, 2006. No answer or other response to the complaint has been filed, nor has an extension of time to file an answer been requested. An affidavit in support of this request for default is attached.

/s/ *Diana M. Savit*

Diana M. Savit #244970
**SAVIT & SZYMKOWICZ, LLP**
7315 Wisconsin Avenue
Suite 601N
Bethesda, Maryland 20814
(301) 951-9191
Attorneys for plaintiffs