# United States District Court
# for the District of Columbia

| |
|---|
| **S.G., a minor, *et al.,*** |
| **Plaintiffs** |
| **v.** |
| **THE DISTRICT OF COLUMBIA, *et al.,*** |
| **Defendant**s |

**Civil Action No. 06-01317 (RMC)**

### <u>AFFIDAVIT</u>

State of Maryland           )  
                                   )   ss:  
County of Montgomery    )

Diana M. Savit, being first duly sworn, deposes and states as follows:

1.     I am the attorney who represents the plaintiffs in this action.  I am a member of the bar of this Court, as well as Maryland and the District of Columbia, and of several other federal courts. All statements contained in this affidavit are made upon my personal knowledge.

2.     As indicated in the proof of service filed on August 18, 2006, defendant Clifford B. Janey, Superintendent of the District of Columbia Public Schools, was served by certified mail, return receipt requested, on July 28, 2006.

3.     Mr. Janey's answer to the complaint should have been filed by August 17, 2006.

4.     No timely answer or other response was filed, no request for an extension of time within

which to answer has been filed, and I have received no requests for an extension of time or

other communications from either Mr. Janey or anyone acting on his behalf.

 I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  August 22, 2006

/s/     *Diana M. Savit*

_____

Diana M. Savit