**Transmittal Form**
Legal Documents

To: Darlene Fields, Office of the Attorney General

From: Office of the Secretary

Date and time of receipt: _August 14, 2006 at 3:39pm_

Case Caption: _1:06CV01317_

Court (check one):
- ☐ Superior Court of the District of Columbia
- ☒ United States District Court for the District of Columbia
- ☐ Other (please specify)_____

Docket number: _____

Title of the document (check all that apply):
- ☒ Summons
- ☐ Complaint
- ☐ Subpoena
- ☐ Other (please specify)_____

Who in the office received the document (check one):
- ☐ Pat Elwood
- ☒ Tabatha Braxton
- ☐ Arlethia Thompson
- ☐ Kadesha Washington

Manner in which the document was delivered (check one):
- ☒ By hand
- ☐ Regular mail
- ☐ Certified or registered mail
- ☐ Other (please specify) _MCU_

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

S.G., a minor, et al.

**SUMMONS IN A CIVIL CASE**

V.

The District of Columbia, et al.

CASE NUMBER   1:06CV01317

JUDGE: Rosemary M. Collyer

DECK TYPE: Civil Rights (non-employment)

DATE STAMP: 07/26/2006

TO: (Name and address of Defendant)

The District of Columbia
Serve: Anthony Williams, Mayor
441 4th Street, N.W.
Washington, D.C. 20001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Diana M. Savit, Esq.
Savit & Szymkowicz, LLP
7315 Wisconsin Avenue
Suite 601N
Bethesda, Maryland 20814

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON         JUL 26 2006
CLERK                              DATE

_(signature)_
(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____
_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____
_____
_____

☐ Other (specify): _____
_____
_____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

| DECLARATION OF SERVER |
|---|

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
                        Date                              *Signature of Server*

                                           _____
                                           *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.