# United States District Court
# for the District of Columbia

**S.G., a minor, *et al.*,**

**Plaintiffs**

**v.**

**THE DISTRICT OF COLUMBIA, *et al.*,**

**Defendants**

**Civil Action No. 06-01317 (RMC)**

## ***PRAECIPE***

The Clerk of the Court will please note the following with respect to service of process and defendants' deadlines to file their answers to the complaint: Counsel for plaintiffs has conferred with a representative of the Office of the Attorney General for the District of Columbia and is authorized to inform the Court that the parties have agreed that (a) defendant District of Columbia will voluntarily accept service of process, (b) both defendants will file their answers to the complaint on or before September 15, 2006, and (c) plaintiffs will withdraw their request for entry of defendant Clifford B. Janey's default.

In light of the foregoing, plaintiffs hereby withdraw their request for the entry of defendant Janey's default, and ask the Court to note the new deadline within which defendants must answer the complaint.

/s/ *Diana M. Savit*

Diana M. Savit #244970
**SAVIT & SZYMKOWICZ, LLP**
7315 Wisconsin Avenue
Suite 601N
Bethesda, Maryland 20814
(301) 951-9191
Attorneys for plaintiffs