# United States District Court
# for the District of Columbia

S.G., a minor, *et al.,*

            **Plaintiffs**

     **v.**

**THE DISTRICT OF COLUMBIA, *et al.,***

            **Defendant**s

**Civil Action No. 06-01317 (RMC)**

## ORDER

Upon consideration of the report to the Court submitted by the parties pursuant to LCvR 16.3 and the entire record herein, it is, this _____ day of _____, 2006,

**ORDERED:**   That either party may move the Court to join additional parties or amend the pleadings within 60 days following entry of this order; and it is

**FURTHER ORDERED:**     That discovery in this matter will remain open until defendants' reply in support of their motion for summary judgment is filed, or until such further time as either party requests or the parties jointly request, subject to the Court's approval; and it is

**FURTHER ORDERED:**     That motions for summary judgment will be filed on the following schedule:

| | |
|---|---|
| January 12, 2007: | Deadline for plaintiffs' motion for summary judgment |
| January 26, 2007: | Deadline for defendants' opposition to plaintiffs' motion and defendants' cross-motion for summary judgment |

February 2, 2007:     Deadline for plaintiffs' opposition to defendants' motion for summary judgment and reply to defendants' opposition to plaintiffs' motion

February 9, 2007:     Deadline for defendants' reply to plaintiffs' opposition to defendants' motion for summary judgment; and it is

**FURTHER ORDERED:**     That if any claims survive the dispositive motions, the Court will hold a pretrial conference on March 28, 2007; and it is

**FURTHER ORDERED:**     That this order and schedule may be modified for cause.

_____

Rosemary M. Collyer
United States District Judge

cc:     Diana M. Savit, Esq.
        **SAVIT & SZYMKOWICZ, LLP**
        7315 Wisconsin Avenue
        Suite 601N
        Bethesda, Maryland 20814

        Amy Caspari, Esq.
        Assistant Attorney General
        441 Fourth Street, N.W.
        Sixth Floor South
        Washington, D.C.  20001