United States District Court<br>for the District of Columbia

| |
|---|
| **S.G., a minor,** *et al.***,** <br><br>          **Plaintiffs** <br><br>          **v.** <br><br> **THE DISTRICT OF COLUMBIA,** *et al.***,** <br><br>          **Defendant**s |

Civil Action No. 06-01317 (RMC)

### ORDER

Upon consideration of defendants' motion to dismiss the complaint, memorandum of points and authorities in support thereof, plaintiffs' opposition thereto and the entire record herein, and it appearing that the motion should be denied; it is, this _____ day of _____, 2006

**ORDERED:**   That the motion is denied.

_____
Judge, United States District Court

cc:    Diana M. Savit, Esq.
       **SAVIT & SZYMKOWICZ, LLP**
       7315 Wisconsin Avenue, Suite 601N
       Bethesda, Maryland 20814

       Amy Caspari, Esq.
       Assistant Attorney General
       441 Fourth Street, N.W.
       Sixth Floor South
       Washington, D.C.  20001