# United States District Court
# for the District of Columbia

| | |
|---|---|
| **S.G., a minor,** *et al.*,<br><br>　　　　**Plaintiffs**<br><br>　　　v.<br><br>**THE DISTRICT OF COLUMBIA,** *et al.*,<br><br>　　　　**Defendant**s | Civil Action No. 06-01317 (RMC) |

### ORDER

　　Upon consideration of defendants' motion to dismiss the complaint, memorandum of points and authorities in support thereof, plaintiffs' opposition thereto and the entire record herein, and it appearing that the motion should be denied; it is, this _____ day of _____, 2006

　　**ORDERED:**　That the motion is denied.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Judge, United States District Court

cc:　　Diana M. Savit, Esq.
　　　**SAVIT & SZYMKOWICZ, LLP**
　　　7315 Wisconsin Avenue, Suite 601N
　　　Bethesda, Maryland 20814

　　　Amy Caspari, Esq.
　　　Assistant Attorney General
　　　441 Fourth Street, N.W.
　　　Sixth Floor South
　　　Washington, D.C.  20001