UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

S.G. a minor, et al., )

      Plaintiffs, )

      v. ) Civil Action No. 06-1317 (RMC)

District of Columbia, et al. )

      Defendants. )

## INDEX OF RECORD

| Item | Page |
|---|---|
| Certification of Record | 1 |
| Amended HOD issued 4/27/06 | 2 |
| Hearing Officer's Determination (HOD) issued 2/1/06 | 7 |
| Due Process Hearing Attendance sheet dated 1/26/06 | 11 |
| Letter from DCPS in response to 3/20/06 letter dated 3/22/06 | 12 |
| Letter from Savit to H.O Jones requesting clarification, 3/20/06 | 16 |
| Letter from DCPS to H.O. Jones dated 1/30/06 | 19 |
| Motion for Partial Summary Disposition dated 1/26/06 | 22 |
| Affidavit of Aleksandra Parpura-Gill dated 1/25/06 | 32 |
| DCPS Disclosure Letter dated 1/19/06 w/att. | 35 |
| Resolution Meeting Notes dated 11/8/05 | 37 |
| Confirmation of Meeting Notice dated 8/24/05 | 45 |

| | | |
|---|---|---|
| Letter from parent to DCPS dated 8/25/05 | - | 48 |
| Plaintiff's Disclosure letter dated 1/19/06 w/att. | - | 50 |
| Preschool Ed. Program Dev. Profile 3/26/01 | - | 56 |
| MCPS Report of Psychologist 4/30/01 | - | 65 |
| MCPS Rpt. of Speech/Language Re-assessment 5/16/03 | - | 70 |
| MCPS Occupational Therapy Reevaluation rpt. 5/21/03 | - | 78 |
| Neuropsychological Evaluation, 5/23 & 5/29/03 | - | 79 |
| MCPS IEP for 2004-2005 school year | - | 96 |
| MCPS Quarterly Report…IEP goals 11/10/04 | - | 135 |
| Psychological Evaluation 1/16/05 | - | 141 |
| Psychological Evaluation Addendum 1/16/05 | - | 149 |
| Visual Learning Center- Dr. Nicholson, 1/29/05 | - | 151 |
| MCPS Quarterly Report…IEP goals, 2/2/05 | - | 153 |
| MCPS Report Card, 1/28/05 | - | 160 |
| Report of Speech/Language Re-Assessment, 3/22/05 | - | 162 |
| MCPS IEP for 2005-2006 school year | - | 169 |
| Educational Assessment Report, 5/13/03 | - | 209 |
| Letter from D. Savit to Dr. Marjorie Cuthbert, 6/10/05 | - | 216 |
| Kingsbury Day School Summertime 2005 Reports | - | 218 |
| DCPS Annual Enrollment Form, School Year 2005-06 | - | 222 |
| Fax to Ms. C. Albert-Garvey, principal, 8/25/05 | - | 226 |
| DCPS Confirmation of Meeting Notice, 8/24/05 | - | 227 |
| Letter from D. Savit to Ms. C. Albert-Garvey, 8/26/05 | - | 228 |

| | | |
|---|---|---|
| Letter from Michelle R. Davis, 1/9/05 | - | 232 |
| Fact sheet about Alagille Syndrome | - | 233 |
| Plaintiff's Supplemental Disclosure letter dated 1/23/06 w/att. | - | 236 |
| Resume of Michelle Davis | - | 239 |
| Letter from Michelle Davis Ms. Tracey, 11/23/05 | - | 242 |
| Release of Information Form | - | 243 |
| DCPS Hearing Notice dated 12/15/05 | - | 246 |
| Letter from D. Savit to S. Newsome, DCPS dated 12/12/05 | - | 247 |
| DCPS Hearing Notice dated 11/21/05 | - | 248 |
| Due Process Complaint Disposition, 11/8/05 | - | 249 |
| Resolution Meeting Notes, 11/8/05 | - | 251 |
| DCPS Response to Due Process Complaint, 11/3/05 | - | 258 |
| DCPS Scheduling Memorandum dated 10/25/05 | - | 262 |
| Due Process Complaint Notice dated 10/24/05 | - | 266 |
| Transcript of Hearing dated 1/26/06 | - | 272 |