## Before the Student Hearing Office
## District of Columbia Public Schools

S▮▮▮▮▮ G▮▮,

    Petitioner

v.

DISTRICT OF COLUMBIA PUBLIC SCHOOLS,

    Respondent

Due process hearing scheduled for January 26, 2006

### AFFIDAVIT

Aleksandra Parpura-Gill, being first duly sworn, deposes and states as follows:

1. I am S▮▮▮▮▮ G▮▮'s mother and (along with my husband and his father, Harwant Gill) his legal custodian. I am over 18 years old and otherwise competent to testify in legal proceedings. All statements in this affidavit are made upon my personal knowledge.

2. In my efforts to register S▮▮▮▮▮ with the District of Columbia Public Schools ("DCPS") in order to secure an appropriate education for my son, I contacted Murch Elementary School ("Murch"), either in person or by telephone, on each of the dates listed in DCPS's Exhibit 1, the notes of the resolution meeting held on November 8, 2005. Each time, either I received no response at all or was told that I could not register S▮▮▮▮▮ at that time.

3. In each encounter I also told DCPS about the evaluations and Montgomery County Public Schools ("MCPS") individualized education plans ("IEPs") that were available to help DCPS plan for S▮▮▮▮▮'s arrival. No one ever asked for or accepted any of the evaluations. On May 20, 2005, Murch's then-principal, Dr. Cuthbert, accepted S▮▮▮▮▮'s two most recent MCPS IEPs and told me she would contact DCPS's central office for guidance about the

32

procedures to be followed for a special education student coming to DCPS from another jurisdiction. I never heard from Dr. Cuthbert again.

4. On August 23, 2005, I received a telephone call from a Nancy Martel-Stevenson, with whom I had previously spoken and who I understood to be a special education coordinator at Murch. Ms. Martel-Stevenson invited me to a meeting to discuss S▇▇▇▇, but did not otherwise say what would happen at the meeting nor who would attend. I indicated that I was available on August 26, 2005.

5. After speaking with Ms. Martel-Stevenson, I learned that my attorney, whose advice I believed I needed, could not accompany me to the meeting because she had a previously scheduled conflicting meeting on behalf of another client. I also realized that I did not know enough about what would happen at the proposed August 26th meeting to decide whether I should invite other professionals who were working with S▇▇▇▇, and I certainly did not know whether any of them were available to attend on such short notice. I therefore faxed a note to Murch's new principal, Carolyne Albert-Garvey (DCPS Exhibit 3), with a copy to Ms. Martel-Stevenson, in which I asked for more information about the meeting and asked that it be postponed. I offered September 2, 2005 as a new date.

6. I received no response from either Ms. Albert-Garvey nor Ms. Martel-Stevenson. The meeting was never rescheduled.

7. The IEP meeting notice that is DCPS's Exhibit 2 arrived at my home by mail on the afternoon of August 26th, after the original meeting was to have taken place. This was the first notice I received of the specific purpose of the meeting, the topics that were to have been discussed or the individuals DCPS was planning to bring to the meeting.

2

33

8. No one at DCPS has ever asked me to give consent for DCPS to obtain Sebastian's MCPS records. I do not know whether they have otherwise obtained them.

9. No one at DCPS has contacted me to obtain copies of the materials that I have about Sebastian, other than the MCPS IEPs. I have given consent for DCPS to observe Sebastian at his current school, the Kingsbury Day School. That consent was first requested on November 8, 2005.

10. I have reviewed the list of individuals designated by DCPS as potential witnesses in this case. I have had direct personal contact with only one, Ms. Albert-Garvey, the current Murch principal, and then only with respect to scheduling the August 26th meeting and at the resolution meeting. To the best of my knowledge, none of the persons identified as potential DCPS witnesses has met or evaluated Sebastian.

11. DCPS first suggested a special education placement for Sebastian on November 8, 2005, as part of the discussion at the resolution meeting. This was based upon the MCPS IEP for 2005-06, as DCPS had not developed one of its own. No written notice of the placement was issued.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: January 25, 2006

_____
Aleksandra Parpura-Gill

3

34



**DISTRICT OF COLUMBIA
PUBLIC SCHOOLS**

**Office of the Superintendent**
Office of the General Counsel
825 North Capitol Street, N.E., 9th Floor
Washington, D.C. 20002-4232
202-442-5000   Fax: 202-442-5098
www.k12.dc.us

January 19, 2006

Law Offices of Savit & Szymkowicz
Attn: Diana M. Savit
7315 Wisconsin Avenue, Suite 601, North Tower
Bethesda, MD 20814-3202

**DISCLOSURE STATEMENT**

**VIA FACSIMILE 301/718-7788**

**Subject: Due Process Hearing for S▬▬ C▬**
**DOB:** ▬/96
**Attending School: Kingsbury Day School**
**Home School:**

Dear Ms. Savit:

At the upcoming due process hearing in the above-referenced matter, scheduled on Thursday, January 26, 2006 at 1:00 p.m., and pursuant to the Individuals with Disabilities Education Improvement Act of 2004, Pub. L. No. 108-446, and 34 C.F.R. 300.509(a) (3), in addition to any documents and witnesses disclosed by the parent, DCPS may rely upon any of the following witnesses/documents[1]:

### Witnesses

Marylee Phelps, Interim Chief, Special Education Reform, DCPS or designee(s)
Arlene Jackson, and/or her designee(s), Placement Specialist, DCPS
Carolyn Albert-Garvey, and/or her/his designee(s), Principal, Murch Elementary School
Natalia Houston, and/or her designee(s), Coordinator, Shaw Care Center

### Documents

| | |
|---|---|
| DCPS 01 | Resolution Meeting Notes, dated November 8, 2005 |
| DCPS 02 | Confirmation of Meeting Notice, dated August 24, 2005 |

---

[1] Witnesses may testify by telephone.

35

      DCPS 03  Letter via facsimile from Parent to DCPS, dated August 25, 2005

DCPS reserves the right to amend this disclosure as documents become available.

DCPS reserves the right to object to expert testimony by any person whose curriculum vita has not been disclosed to DCPS at least five (5) business days prior to the hearing for this student.

DCPS reserves the right to examine any witnesses called or identified as a potential witness by the representative of the student as though the witness was called by DCPS.

DCPS reserves the right to rely upon and /or use any documents/witnesses presented and/or disclosed by the parent that DCPS deems relevant in this case. Also, DCPS reserves the right to call rebuttal witnesses in its case.

If you wish to discuss any aspect of this case further, or have questions, please contact me at (202) 442-5161.

              Sincerely,

              Rhondalyn Primes
              Attorney Advisor

cc: Student Hearing Office

DCPS EXHIBIT 1

_____ The complaint has been resolved and the parties have reached agreement to the satisfaction of the parent / guardian. The due process complaint notice and the request for a due process hearing should be dismissed and withdrawn. The parties are aware that the agreement may be voided by any party within 3 business days of the date the agreement is signed. The parties have agreed to wait at least 3 business days before filing this form with the Student Hearing Office.

**X** The resolution session was unsuccessful. The case should proceed to a due process hearing.

_____ The resolution session was unsuccessful. The parties have agreed to try mediation.

_____ The parties mutually agree to waive the resolution session and request mediation and the assignment of a mediator to this case.

_____ The parties mutually agree to waive the resolution session and request that this case proceed to a due process hearing on the merits.

_____ The parent has failed to participate in a resolution meeting as required under the law. A due process hearing should not be scheduled until further notice

## J.  Signature and Affirmation:

I affirm that the information provided on this form is true and correct. I also affirm my receipt of the Procedural Safeguards Manual or I have waived my right to receive the Procedural Safeguards Manual.

_[signature]_  11/8/05
Signature of Parent/Guardian                    Date

_[signature]_  11/8/05
Local Educational Agency Representative         Date

Mail, fax or deliver this form to:
State Enforcement and Investigation Division
For Special Education Programs (SEID)
Student Hearing Office (SHO)
825 North Capitol Street, NE, 8th Floor
Washington, DC 20002
Fax number: 202/442-5556

SEID DRN Rev'd. 6/14/05

2

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON, D.C.

✓ PUBLIC  ___ DPCS CHARTER  ___ LEA CHARTER  ___ NONPUBLIC  ___ PRIVATE/RELIGIOUS

## RESOLUTION MEETING NOTES

Meeting Confirmation Date: 11/3/2005      Meeting Held: 11/8/2005

Student: S_____ G___   DOB: __/96   School: Murch

| PARTICIPANTS: (Print Name) | PARTICIPANTS: (Sign Name) | POSITION |
|---|---|---|
| Pam Knott | Pam Knott | Sp Ed Aide / note taker |
| Diana Savit | Diana Savit | Attorney for family |
| Anya Gill | Anya Gill | Mother of the Student |
| Barbara Bailey | Bailey | DCPS - Sp Ed Spec |
| Nancy Martell-Stevenson | Nancy Martell-Stevenson | Spec Ed Teacher |
| Kathleen Brygin | Kathleen Brygin | Spec Ed Teacher |
| Uretta Gardner | Uretta Gardner | Speech-Language Pathologist |
| Carolyn Short-Sumney | | AREA |

___ Resolved      ___ Unresolved

See attached notes

RESOLUTION MEETING NOTES      Page 1      July 11, 2005

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON, D.C.

☑ PUBLIC    ☐ DPCS CHARTER    ☐ LEA CHARTER    ☐ NONPUBLIC    ☐ PRIVATE/RELIGIOUS

## RESOLUTION MEETING NOTES Cont'd.

Meeting Confirmation Date: 11/2/05    Meeting Held: 11/8/05
Student: S—— G——    School: Murch

Mom — complaint "tried to register Sebastian since 4/29/05"
bought new house but wanted him to finish out year in Mont. Co MD
was told she couldn't register him here (Murch) at that time (4/29)
hadn't heard back from Dr Cuthbert
actually moved in July — was told Open Enrollment in August
registered on 8/22/05

GAG — IEP requires 22 hrs of spec. instruction + 1 hr Sp/Lang
(current) placed in generaled homeroom w/specials, recess, Lynch
"We're ready to provide services"

NMS — IEP meeting to be rescheduled w/ ___

Gill attorney — never heard back from Ofc of Gen. Counsel

CAG/NMS — no diagnostic records, report cards
need clarifications — that's why she wanted to meet

Gill attorney — no response — then notification of need for meeting
consultant needs to review program to be offered
"not ready to accept Murch's offer" at this point

RESOLUTION MEETING NOTES    Page 2    July 11, 2005

Resolution Meeting Note

attorney — resol. process must start w/in 15 days of initial complaint

Bailey

Hardey

PS: we've made offer
 w/in next 15 days & you are free to come back
 & accept

Bailey: as long as we can bring someone in to review program
 1) review of program to make sure it meets Sebastian's needs
 2) if it does, we can come back & continue resolution process

PS: this meeting has to end with yes or no

Bailey:

rep'd — Sebastian is no longer registered — could re-enroll him
 today & have him in class — you are rejecting that
 offer right now
 — Phyllis Castle ed advocate (has parental authorization already)
S — would it be appropriate for one of us to go to Kingbury
 to observe Sebastian?
 — that would be fine
 — is there another kid at this school w/ sshs that would have
 same program that Seb. might have

Mother: homeroom — Stating spending less time in homeroom — Stating difference with previous prog(ram)

CPS: have ed. consultant observe

Attorney: schedule & transitions that are the issue

JMS: we do a lot of fine tuning after talking to parents

PS: No resolution — proceed to due process

Mother: since these are my only options,. No resolution

Clarification

One parent (Dad) was a resident of DC in April when the parents began the process, however, the child was enrolled in Montgomery county until the end of the SY 04-05. Mom & Student were residents of Maryland until the end of the school year.

Mother is writing a note to authorize the advocate (consultant) to visit the school to assess the Murch program. The advocate will then advise parent. Parent & Attorney will check with Kingsbury & arrange a visit by Murch teacher to observe student. No specific date to follow up was given. Parent with her attorney did not given a date. DCPS requested follow up about Kingsbury be Monday Nov. 14

4/29/05 - called registrar to get forms

5/3/05 - called school to try to get SW

5/20/05 - met with Dr. Cuthbert aunt for to register

6/8/05 - called Dr. Cuthbert - did not respond to my msg

6/10/05 - discussed situation with Ms. Hotel-Shaeren

8/11/05 - find out that open enrollment is ongoing - could not come until 8/22/05 due to family vacation schedules.

Schedule of phone calls + visits to Murch + DCPS.

43

I, Alehsandra Parpura-Gill, give permission to Phyllis Castel to observe March elementary ~~of great education~~ on behalf of ~~School~~ G— and to speak with March staff as needed.

[signature] 11/8/05

44

DCPS EXHIBIT 2

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON, D.C.

## CONFIRMATION OF MEETING NOTICE

Date: 8/24/05

Mrs. Anya Gill
Parent / Guardian Name

2901 Ellicott St., NW
Street # / Street / Quad / Apt. No.

Washington      DC    20008
City / State / Zip Code

RE: S̶█████ G███
SCHOOL: Murch E.S.
ID NO. 9207 873
DOB: ██/96

Dear Mr. & Mrs. Gill

A multidisciplinary team (MDT) meeting is scheduled to discuss the status of your child's educational needs. Your participation is essential, and we look forward to your valuable input. Your child's meeting is scheduled as follows:

Date: 8/24/05   Time: 10:00 a.m.   Place/Location: Murch E.S.

The purpose and details of the meeting are printed below. You and the school may have additional individuals attend the meeting who have knowledge or special expertise regarding your child. Invited participants are listed under MDT members.

**\*The purpose of this meeting is to:**

- [X] \*\*develop/review IEP(including consideration of extended school year (ESY) services
- [ ] \*\*discuss CompEd
- [ ] \*\*review evaluation or reevaluation information
- [X] discuss placement
- [ ] \*consider transition services needs
- [ ] develop the student evaluation plan (SEP)
- [ ] determine manifestation
- [ ] discuss quarterly review
- [ ] discuss documented levels of service
- [ ] discuss eligibility
- [ ] behavior plan review
- [ ] \*\*review records to support the completion of services as follows:
  - [ ] Graduated
  - [ ] Completed Services
  - [ ] Aged Out
  - [ ] Transferred Out of District
  - [ ] Dropped Out
  - [ ] Other: _____

\*\*Placement will be discussed.

**MDT Members:**
- [X] Principal or Designee
- [X] General Education Teacher
- [X] Psychologist
- [X] Parent
- [X] Special Education Teacher
- [ ] Other: _____
- [X] LEA Representative
- [ ] Speech and Language
- [ ] Student
- [ ] Social Worker

If the purpose of the meeting includes consideration of a transition plan, your child is invited to attend and a representative of the following agency(ies) may be invited, if appropriate

\*  _____        \*  _____

Any questions you may have concerning your child's program will be discussed at the above meeting. A copy of the Procedural Safeguards for parents is enclosed for your information. If the school can be of assistance to you, please contact Kathleen Borgen at 202-282-0130 (school telephone number).

Sincerely,
Nancy Martell Stevens

District of Columbia Public Schools    07-02-2001    Division of Special Education    Confirmation of Meeting Notice

46

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON, D.C.

## CONFIRMATION OF MEETING NOTICE

Date: 8/24/05

Parent / Guardian Name: Mrs. Anya Gill
Street # Street: 2907 Ellicott St., NW   Quad: Apt. No.
City: Washington   State: DC   Zip Code: 20008

RE: S_____ G___
SCHOOL: Murch E.S.
ID NO: 9207 873
DOB: ___/96

Dear Mr. & Mrs. Gill

A multidisciplinary team (MDT) meeting is scheduled to discuss the status of your child's educational needs. Your participation is essential, and we look forward to your valuable input. Your child's meeting is scheduled as follows:

Date: 8/24/05   Time: 10:00 a.m.   Place/Location: Murch E.S.

The purpose and details of the meeting are printed below. You and the school may have additional individuals attend the meeting who have knowledge or special expertise regarding your child. Invited participants are listed under MDT members.

**The purpose of this meeting is to:**

- [X] **develop/review IEP(including consideration of extended school year (ESY) services
- [ ] **discuss CompEd
- [ ] **review evaluation or reevaluation information
- [X] discuss placement
- [ ] *consider transition services needs
- [ ] develop the student evaluation plan (SEP)
- [ ] determine manifestation
- [ ] discuss quarterly review
- [ ] discuss documented levels of service
- [ ] discuss eligibility
- [ ] behavior plan review
- [ ] **review records to support the completion of services as follows:
    - [ ] Graduated   [ ] Completed Services   [ ] Aged Out   [ ] Transferred Out of District   [ ] Dropped Out
    - [ ] Other: _____

**Placement will be discussed.

MDT Members:
- [X] Principal or Designee
- [X] General Education Teacher
- [X] Psychologist
- [X] Parent
- [X] Special Education Teacher
- [ ] Other: _____
- [X] LEA Representative
- [ ] Speech and Language
- [ ] Student
- [ ] Social Worker

If the purpose of the meeting includes consideration of a transition plan, your child is invited to attend and a representative of the following agency(ies) may be invited, if appropriate

*  _____   *  _____

Any questions you may have concerning your child's program will be discussed at the above meeting. A copy of the Procedural Safeguards for parents is enclosed for your information. If the school can be of assistance to you, please contact Kathleen Bergin at 202-282-0130 (school telephone number).

Sincerely,
Nancy Martell Stevens

District of Columbia Public Schools    07-02-2001    Division of Special Education    Confirmation of Meeting Notice

47

DCPS EXHIBIT 3

48

Anya Gil, M.D., Ph.D.
2907 Ellicott St., NW
Washington, DC 20008

# Fax

| | | | |
|---|---|---|---|
| **To:** | Ms. Carolyne Albert-Garvey, Prinicipal | **From:** | Anya Gill |
| **Fax:** | 202-282-0132 | **Pages:** | 1 |
| **Phone:** | 202-282-0130 | **Date:** | 8/25/2005 |
| **Re:** | S——— G— | **CC:** | Mrs. Martel-Stevenson |

☒ **Urgent**   ☐ **For Review**   ☐ **Please Comment**   ☐ **Please Reply**   ☐ **Please Recycle**

Dear Ms. Albert-Garvey,

Thank you for your call regarding S———'s registration. I indeed requested placement of S——— to 4th grade. Had we stayed in Montgomery County, Maryland he would have been in 4th grade special education classroom, so I made an equivalent request. I enclosed his third grade IEP as well so that you would get an idea of his progress over the course of last school year.

I also received a call from Mrs. Martel-Stevenson regarding the meeting on Friday, August 26th at 10:00 am. As it stands now, I will not be able to attend that meeting and I am asking for rescheduling. I would also like to receive written notice about this meeting, its purpose, topic to be discussed and who will attend the meeting so I can arrange with other people that I would like to attend this meeting. Friday September 2, 2005 would be a good day for us. Please let me know if this works for the school.

I would also like to make an addendum to enrolment form I filled out at the Murch school in 8/22/05 regarding the schools S——— attended. As stated in the form, S——— attended Glenallan ES in Montgomery County, Maryland during the school year 2004-05. However, I omitted to write in that he also attended summer school in July and August 2005 at Kingsbury Day School. Their address is 5000 14th St., NW, Washington, DC 20011.

Sincerely,

Anya Gill   8/25/05

S——— mom

49



Office of the General Counsel
9th Floor
825 North Capitol St., NE
Washington, DC 20002
(202) 442-5000
Fax (202) 442-5098

# **FACSIMILE**

**Date:** 01-19-06

**TO:** Diane Savit          **Fax No.:** 301/718-7788

**RE:** ~~Sebastian G~~           **Tele. No.:**
Disclosures

**FROM:** Rhondalyn Primes, Esq.   **Tele. No.:** 202-442-5161
Attorney Advisor

**No. Pages, Including Cover Sheet:** 16

**COMMENTS:**

---

**CONFIDENTIALITY NOTICE**

The information contained in this telefacsimile has been transmitted by an attorney. It is privileged and confidential, intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited. If this communication has been received in error, please notify us immediately by telephone, and return the original message to us at the above address via first class prepaid US postage. Thank you.

50

```
*********************
***   TX REPORT   ***
*********************

TRANSMISSION OK

TX/RX NO              2744
CONNECTION TEL                    913017187788
CONNECTION ID
ST. TIME              01/19 19:20
USAGE T               04'58
PGS. SENT             16
RESULT                OK
```



Office of the General Counsel
9th Floor
825 North Capitol St., NE
Washington, DC 20002
(202) 442-5000
Fax (202) 442-5098

# **FACSIMILE**

**Date:** 01-19-06

**TO:** Diane Savit

**Fax No.:** 301/718-7788

**RE:** S~~ebastian G~~    **Tele. No.:**
Disclosures

**FROM:** Rhondalyn Primes, Esq.    **Tele. No.:** 202-442-5161
Attorney Advisor

**No. Pages, Including Cover Sheet:** _16_

**COMMENTS:**

---

51