LAW OFFICES

# SAVIT & SZYMKOWICZ, LLP

7315 WISCONSIN AVENUE

SUITE 601 NORTH TOWER

BETHESDA, MD 20814-3202

MARVIN L. SZYMKOWICZ
MLS@BOWSSLAW.COM

DIANA M. SAVIT
DMS@BOWSSLAW.COM

LISA SELTZER BECKER
LSB@BOWSSLAW.COM

PHONE: (301) 951-9191

FAX: (301) 718-7788

EMAIL: MAIL@BOWSSLAW.COM

WWW.BOWSSLAW.COM

ALSO PRACTICING IN THE DISTRICT OF COLUMBIA

OF COUNSEL:

LORETTA J. GARCIA
LJG@BOWSSLAW.COM
(ALSO ADMITTED IN PA,
INACTIVE STATUS)

ARTHUR J. SALZBERG
(ALSO ADMITTED IN VA)

January 19, 2006

**HAND DELIVERED**
Rhondalyn Primes, Esq.
Office of the Superintendent
Office of the General Counsel
825 North Capitol Street, N.E.
9th Floor
Washington, D.C. 20001

> Re:    S▓▓▓▓ G▓▓
>      DOB ▓▓/96
>      *Due process hearing scheduled for 1/26/06*

Dear Ms. Primes:

The following are the five-day disclosures of S▓▓▓▓ G▓▓ and his parents, Harwant Gill and Aleksandra Parpura-Gill.

**Witnesses**

The Gills may call the following individuals to testify at the hearing:

Aleksandra Parpura-Gill
Harwant Gill
2907 Ellicott Street, N.W.
Washington, D.C. 20008

Michelle Davis (expert)
ABCs for Life Success, Inc.
10801 Lockwood Drive
Suite 165
Silver Spring, Maryland 20901

52

Rhondalyn Primes, Esq.
January 19, 2006
Page 2

Patricia H. Papero, Ph.D.
6436 Barnaby Street, N.W.
Washington, D.C. 20016
(by telephone/(301) 565-0534)

Marlene Gustafson or her designee
The Kingsbury Day School
5000 14th Street, N.W.
Washington, D.C. 20011
(by telephone/(202) 722-5555)

The Gills reserve the right to call or rely upon any witnesses named by the District of Columbia Public Schools.

### Documents

The Gills may rely upon the following documents, copies of which accompany this letter:

SG1–Preschool Education Program Developmental Profile, 3/26/01
SG2–Montgomery County Public Schools (MCPS) Report of Psychologist, 4/30/01
SG3–MCPS Report of Speech/Language Re-Assessment, 5/16/03
SG4–MCPS Occupational Therapy Reevaluation Report, 5/21/03
SG5–Neuropsychological Evaluation, William Stixrud, Ph.D. and Associates, LLC, 5/23& 29/03
SG6–MCPS IEP for 2004-05 school year
SG7–MCPS quarterly report on progress toward IEP goals, 11/10/04
SG8–Psychological evaluation, Patricia H. Papero, Ph.D., 1/16/05
SG9–Psychological evaluation addendum, Patricia H. Papero, Ph.D., 1/16/05
SG10–Visual Learning Center, Dr. Philip L. Nicholson, 1/29/05
SG11–MCPS quarterly report on progress toward IEP goals, 2/2/05
SG12–MCPS report card, 1/28/05
SG13–Report of Speech/Language Re-Assessment, 3/22/05
SG14–MCPS IEP for 2005-06 school year
SG15–Educational Assessment Report, 5/13/03
SG16–Letter of Diana M. Savit to Dr. Marjorie Cuthbert, 6/10/05
SG17–Kingsbury Day School Summertime 2005 Reports
SG18–District of Columbia Public Schools (DCPS) Annual Student Enrollment Form, School Year 2005-06
SG19–Fax to Ms. Carolyne Albert-Garvey, Principal, 8/25/05
SG20–DCPS Confirmation of Meeting Notice, 8/24/05
SG21–Letter of Diana M. Savit to Ms. Carolyne Albert-Garvey, Principal, 8/26/05
SG22–Letter of Michelle R. Davis, M. Ed., 1/9/05

Rhondalyn Primes, Esq.
January 19, 2006
Page 3

SG23–Fact sheet about Alagille Syndrome

The Gills reserve the right to rely upon any document identified by DCPS.

Very truly yours,

Diana M. Savit

Enclosures
cc (w/ enclosures):
    DCPS Student Hearing Office
    Drs. Harwant Gill & Aleksandra Parpura-Gill

*Sebastian Gill v. District of Columbia Public Schools*
*Exhibits for due process hearing scheduled for January 26, 2006*

SG1–Preschool Education Program Developmental Profile, 3/26/01
SG2–Montgomery County Public Schools (MCPS) Report of Psychologist, 4/30/01
SG3–MCPS Report of Speech/Language Re-Assessment, 5/16/03
SG4–MCPS Occupational Therapy Reevaluation Report, 5/21/03
SG5–Neuropsychological Evaluation, William Stixrud, Ph.D. and Associates, LLC,
    5/23& 29/03
SG6–MCPS IEP for 2004-05 school year
SG7–MCPS quarterly report on progress toward IEP goals, 11/10/04
SG8–Psychological evaluation, Patricia H. Papero, Ph.D., 1/16/05
SG9–Psychological evaluation addendum, Patricia H. Papero, Ph.D., 1/16/05
SG10–Visual Learning Center, Dr. Philip L. Nicholson, 1/29/05
SG11–MCPS quarterly report on progress toward IEP goals, 2/2/05
SG12–MCPS report card, 1/28/05
SG13–Report of Speech/Language Re-Assessment, 3/22/05
SG14–MCPS IEP for 2005-06 school year
SG15–Educational Assessment Report, 5/13/03
SG16–Letter of Diana M. Savit to Dr. Marjorie Cuthbert, 6/10/05
SG17–Kingsbury Day School Summertime 2005 Reports
SG18–District of Columbia Public Schools (DCPS) Annual Student Enrollment Form, School
    Year 2005-06
SG19–Fax to Ms. Carolyne Albert-Garvey, Principal, 8/25/05
SG20–DCPS Confirmation of Meeting Notice, 8/24/05
SG21–Letter of Diana M. Savit to Ms. Carolyne Albert-Garvey, Principal, 8/26/05
SG22–Letter of Michelle R. Davis, M. Ed., 1/9/05
SG23–Fact sheet about Alagille Syndrome



**Preschool Education Program** 807 Daleview Drive, Silver Spring, MD 20901
http://www.mcps.k12.md.us/curriculum/pep
(301) 431-7636

### Developmental Profile

**Name:** Se██████ G██
**Date of Birth:** ███/96
**Date of Report:** 3/26/01

**Grade:** PEP-4

**Student I.D. Number:** 911937
**Chronological Age:** 4years 10months
**School:** Jackson Road Elementary School
**Student's Native Language:** English

### Purpose

This assessment is being conducted as part of the legally mandated process to be followed to confirm whether or not a student is educationally disabled and eligible for special education services.

The assessment information included in this report contributes to the evaluation of Se██████.

Written authorization for this assessment has been given by his parents on 9/24/00.

Reason for Referral:
Se██████ was referred for assessment to identify the learning behaviors that may be negatively affecting Se██████ progress in language, self-help, social, motor, and cognitive skills.

### Background Information

Se██████ entered a Preschool Education Program class for 4-year-old children on 9/5/00 with a disability code of 04. He currently attends a class for 4-year-olds at Jackson Road Elementary School for 2 ½ hours per day, five afternoons per week. In addition to individualized educational, social, and self-care activities in the classroom, Se██████ receives occupational therapy, and speech/language therapy. He also attends art, music, physical education, and media with his classmates.

### Observation

An observation is required when determining or confirming a disability to provide information regarding the effect of the disability on the student's academic performance.

The following is a review of a current observation that is documented in the student's confidential folder.

An observation of Se██████ was done for the purposes of review for reconsideration of a disability by Erica Edelmen on 2/01 for 60 minutes. Observational data will be reported to the ARD committee on 4/3/01.


PLAINTIFF'S EXHIBIT
SG1

## Assessment Information and Analysis

**Formal assessment**

| Assessment Instrument | Developmental Area | Standard Score t score mean=50 standard deviation=10 | Percentile | Developmental Age Score |
|---|---|---|---|---|
| Mullen Scales of Early Learning (AGS Edition) | Visual Receptive | T score = 56 | 73 | 66 months |
| | Fine Motor | T score = 37 | 10 | 47 months |
| | Expressive Language | T score = 20 | 1 | 29 months |
| | Receptive Language | T score = 20 | 1 | 30 months |

| Assessment Instrument | Developmental Area | Developmental Age Score |
|---|---|---|
| Preschool Developmental Profile | Social/Emotional | 3.5 years with scattered and emerging skills to 4 years. |

| Assessment Measure | Developmental Area | Standard Score (Mean = 100) | Age Equivalent |
|---|---|---|---|
| Peabody Picture Vocabulary Test - Form L | Receptive Vocabulary | SS = 58 Percentile = 1 | 2 years, 10 months |
| Expressive One Word Picture Vocabulary Test - R | Expressive Vocabulary | SS = 61 Percentile = 1 | 2 years, 5 months |
| Preschool Language Scale - 3 | Receptive Language | SS = 63 Percentile = 1 | 2 years, 11 months |
| | Expressive Language | SS = 56 Percentile = 1 | 2 years, 8 months |

| Assessment Measure | Developmental Area | Results |
|---|---|---|
| Arizona Articulation Proficiency Scale | Articulation | Few developmental articulation errors. |

## The Mullen Scales of Early Learning

The test results are believed to be an accurate representation of S██████ abilities in the areas tested.

57

The Mullen Scales of Early Learning: AGS Edition was the measure used to assess Sebastian's strengths and needs. Please refer to the attached test description for an explanation of this measure.

<u>Visual Reception Scale Score:</u>  Raw Score 49    T score-56  Percentile-73  Category-Average

## Summary of Visual Reception Scale

The Visual Reception Scale measures a child's ability to match objects and pictures, to recall what he has seen, and to organize and order visual information. This portion of the test looks at how a child sees things.

Sebastian's visual receptive skills are strength for him. He is able to match objects, pictures, letters and words. He can discriminate spatial detail and position and can discriminate left right orientation of identical objects. Sebastian also has good short-term memory for objects, pictures and forms. He was very attentive during the assessment and was able to complete the tasks in two sessions.

## Summary of Fine Motor Scale

The Fine Motor Scale measures a child's ability to use eyes and hands together to grasp, release and manipulate small objects, to motor plan new activities and the use of new materials, and to complete visual-motor tasks, such as imitating block constructions and imitating or copying pre-writing shapes and forms.

This portion of the testing was administered to Sebastian on February 27, 2001. He scored an age equivalent of 47 months, which is 10 months below his chronological age.

Sebastian came willingly to the evaluation session and seemed to be making his best effort on all the test items. For most of the session, he sat well and attended to the verbal and visual cueing. Toward the end of the session, he would whine "No" after being shown a new task, but then would complete the task without further protest.

Sebastian was easily able to perform all tasks requiring fine motor grasp, release and in-hand manipulation and generally exhibited good coordination of both hands together. He was also able to imitate the construction of block designs and used good pencil control when drawing within a pathway. His primary difficulties were with activities requiring imitating or copying pre-writing shapes and designs.

When drawing, Sebastian consistently uses a tripod grasp with either hand, periodically switching the marker from one hand to the other. His skill seems to be equal with each hand. When drawing, he is able to isolate finger and thumb movements to draw small figures with precision.   When using scissors, Sebastian is able to grasp preschool scissors appropriately with either hand, can use repetitive cuts to cut across paper and can use good bilateral coordination to turn the paper with one hand while turning the scissors with the other to change the direction of cutting.

<u>Receptive Language Scale Score:</u> T-score = 20, Percentile = 1, Age-equivalent = 30 months

## Summary of Receptive Language Scale
The Receptive Language Scale measures a child's ability to follow directions, recall what he has heard, express knowledge, organize and order auditory information and understand verbal-spatial concepts (e.g., top, bottom, beside, right, and left). This portion of the test looks at how a child listens and understands.

____ was able to follow same 2-step directions, to identify object function when shown objects, to show understanding of action words, and to show beginning understanding of spatial concepts ("in"). He was unable to show understanding of the spatial concepts, "under," "behind," or "in front of," or size concepts. ____ was able to identify 2 colors ("blue" and "green") when named. ____ had some difficulty attending to test items, so some items were administered a second time.

Expressive Language Scale Score: T-score = 20, Percentile = 1, Age-equivalent = 30 months

### Summary of Expressive Language Scale

The Expressive Language Scale measures a child's ability to understand, remember, combine words and use spoken language. This portion of the test looks at how a child communicates.

____ was able to name 11/20 pictures presented to him, to use simple pronouns, and to count to 11 with an initial prompt. He used 3-4 word sentences, and he was able to answer some wh-questions. He was unable to complete verbal analogies, to define/explain simple words, or to answer questions requiring practical reasoning. He was often observed to repeat part of the examiner's prompt as his answer.

### Peabody Picture Vocabulary Test

Peabody Picture Vocabulary Test-Revised (PPVT-R) is a picture-finding task which measures single-word receptive vocabulary. The student is shown a set of four line drawings and is asked to point to the one named by the examiner. The average range for the standard scores is 85-115. The test is standardized for use with children as young as 2 years old.

Standard score = 58, Percentile = 1, Age-equivalent = 2 years, 10 months

____ showed skills that were below his age on this test of receptive single-word vocabulary. He was able to identify pictures such as, "patting," "hook," "arrow," "square," "cage," and "peeling," yet he had difficulty identifying pictures at a lower age level, such as, "tractor," "closet," "knee," and "fence."

### Expressive One Word Picture Vocabulary Test - R

Expressive One-Word Picture Vocabulary-Revised (EOWPVT-R) is a picture-naming task which measures single-word expressive vocabulary. The student is shown line drawings, one at a time, and asked to identify the depicted object, symbol, or category. The average range for the standard scores is 85-115. The test is standardized for use with children as young as 2 years old.

Standard score = 61, Percentile = 1, Age-equivalent = 2 years, 5 months

____ showed skills in expressive vocabulary/naming that were also below his chronological age. He was able to name pictures such as, "corn," "tiger," "duck," and "bus." He often used related words to name other pictures. For example, he called a "watch" a "clock," a "wagon" was a "circle," for "scissors" he said, "Cutting paper," and for "leaf," he said, "Tree fall down." After the testing was completed, the examiner revisited the pictures that ____ had difficulty naming. ____ was given phonemic cues (the examiner would say the first sound in a word), but this did not appear to help him think of the targeted word. The examiner would also give ____ prompts such as, "You sit on the _____," (after he had said, "sit," instead of "couch"), but this type of cue did not appear to help ____ name the pictures either.

### Preschool Language Scale - 3

Preschool Language Scale (PLS-3) is an evaluation and screening test of auditory comprehension and verbal abilities. Obtainable scores include standard score, percentile rank, and age equivalency for each subtest as well as a total language score. This test contains supplemental screening tools which look at

59

articulation, morphology/syntax, semantics, social language, and speech intelligibility. The PLS-3 is appropriate for children birth to 6 years 11 months.

**Auditory Comprehension:**
Standard score = 63, Percentile = 1, Age-equivalent = 2 years, 11 months

S_____ showed scattered skills on this subest. He was able to show understanding of part/whole relationships, pronouns, simple descriptive concepts ("heavy" and "empty"), to compare objects, to make inferences. He had difficulty identifying members of simple categories; he was able to identify "things we eat," but not "animals" or "toys." He was unable to demonstrate consistent understanding of negatives in sentences, or to identify colors other than "red," "purple," or "blue." He was able to point to his "head," but not, "arm," "knee," "elbow," "thumb," "chin," or "eyebrow" when named.

**Expressive Communication:**
Standard score = 56, Percentile = 1, Age-equivalent = 2 years, 8 months

S_____ used 3-4 + word sentences, such as, " He have a pillow," "She eating a snack," and "Here is a little boy." He used plurals, used –ing forms of verbs, and pronouns. He was also able to answer simple questions about pictures, using questions requiring logic. He had difficulty answering wh- and yes/no questions about pictures, using possessives, stating object functions, completing analogies, and repeating sentences.

## Arizona Articulation Proficiency Scale
The Arizona Articulation Proficiency Scale (AAPS) is a picture-naming test which assesses a child's production of consonant sounds in the initial, medial, and final positions of single words and sentences.

S_____ showed a few articulation errors in single words. These errors appear to be developmental in nature and do not impact his intelligibility of speech negatively. Observed errors in single words were as follows: f/th (unvoiced)- initial position of words, t/th (unvoiced) – medial position, s/th (unvoiced) –final position, t/st –initial position, and w/r –intial position.
S_____ was also observed to occasionally delete final /n/ from words.


## Informal Assessment

S_____ has made nice academic and social progress this school year. He is now following the classroom routine with some gentle reminders from the teacher. He enjoys playing with his classmates and while much of his play had been associative his interactive play-skills are emerging. He likes to play with blocks, cars and trucks and simple role playing games with one or two classmates. He is able to use his words with his friends although there are times when he will get frustrated and become physical. At these times S_____ may be asked to leave the group for a few minutes. He will often get upset about this and will refuse to rejoin the group. This is also a problem when S_____ is asked to do something he prefers not to. He will cross his arms and refuse to comply. This happens most often during clean up time or table activity time. He will put himself in time out and refuse to comply with the directions for the group. He will then attempt to rejoin the class when clean up etc. is over. We have been trying different strategies to help him work through this and this behavior does seem to be improving. The end of the day is also a hard time for S_____ but this appears to be because he is very tired and needs a rest time.

Academically S_____ is making slow progress. He can match colors and name 5-6 colors. He knows triangle, circle and square but does not yet identify numbers or letters. Counting with one to one correspondence is just emerging. S_____ has trouble with concepts like big/little, many/few, short/tall etc. He is just beginning to categorize items but has difficulty when asked to give the function of an item. These are all skills he will continue to work on this year and will need to work on during his kindergarten year. S_____ and his family are a pleasure to work.

S_____ has made progress in the area of language this year. He is able to follow routine and some novel directions in the classroom. However, it is not unusual for S_____ to refuse to follow the routines or to refuse to participate in classroom activities. Often when S_____ is given a choice

60

whether or not to participate, he will choose not to participate. He is able to communicate this choice using words.

S_____ is able to make his wants and needs known during structured activities, such as snack, using 3-4 word sentences. He needs reminders to use whole sentences when requesting a turn or an object, and he continues to need verbal prompts to use his language skills in a variety of situations. He participates in circle time activities by answering some questions and spontaneously commenting at times.

S_____ uses his language skills during pretend play situations with other children in his class. One of his favorite scenarios is to pretend to be a dog or a cat, with another student pretending to be his owner. He will tell others in the classroom what he is, and ask to be petted, etc., using short sentences. In general, S_____ sentences are short in length, and are telegraphic in nature (he leaves out many words needed to state a complete sentence). His intended meaning is often clear, even though his sentences aren't complete.

S_____ has been receiving weekly occupational therapy services, both in group and individual sessions, during this school year. He generally participates enthusiastically during individual sessions, but frequently refuses to participate in motor group activities. He does better with motor group activities that don't require waiting for his turn; often he will do the task one time, but then seemingly loses interest while waiting for his next turn and then is unwilling to try it again or to move on to the next activity. His refusal to participate does not seem related to lack of confidence or any kind of motor inability. We have wondered if he is fatigued at this time of day, making it difficult for him to persist with a group activity. During individual sessions, he especially seems to enjoy gross motor high-contact activities. He generally does well motor-planning new motor tasks (during individual sessions) and exhibits good postural stability and coordination. S_____ has become significantly more willingly to participate in table-top activities and now seems to enjoy coloring, cutting and other fine motor tasks. He can be very visually focused on visual-motor tasks and inconsistently can be quite persistent when doing something new. Recently he has shown an interest in drawing faces with facial features and in imitating or tracing capital letters. He is able to button and unbutton, zip and unsnap a doll's clothing and has shown an interest in tying knots with shoelaces.

S_____ has made significant progress this year in the development of fine motor and sensori-motor skills. He is an adorable, very affectionate little boy, who is a lot of fun to work with.

**Summary and Recommendations:**
S_____ needs a full day class with an appropriate kindergarten curriculum and a small teacher/pupil ratio. Opportunities for both academic and social mainstreaming need to be available

Proposed levels of Related Service for ARD discussion:
Speech and Language Therapy    minutes: 60 minutes

Occupational Therapy    minutes: 30 minutes

Under the guidelines of the Individuals with Disabilities Act (IDEA), Amendments of 1997; PL 105-17, formerly the Individuals with Disabilities Act (IDEA); PL 104-476 and COMAR- Code of Maryland Regulations, 13A.05.01 the confirmation of a disability must be made by a committee of qualified professionals and the parents/guardians of the student at an IEP team meeting. Additionally, information that addresses the effects of the disability on school achievement and performance must be documented.

61

.f the team and parents confirm the existence of an educational disability, they will then determine whether S███████ needs special education and related services.

This report was shared with parents on 4/3/01.

_Cynthia L. Smith_          3/26/01

Cynthia L. Smith
Special Educator

_Mary Goodin_

Mary Goodin
Occupational Therapist          3/29/01

_Michelle Shaffer_

Michelle Shaffer, M.A.,CCC-SLP
Speech/Language Pathologist    3/26/01

Attachments:
See ARD notes for Special Education program considerations.

Copy to:
Parents/Guardian
Confidential File

## Addendum I: Verifications

The tests were selected and administered so as not to be discriminatory on a racial or cultural basis:

_x_Yes ____No If "no," explain.

The tests were provided and administered in the student's native language or other mode of communication, unless it was clearly not feasible to do so:

_x_Yes ____No If "no," explain.

The tests were selected and administered so as best to ensure the at if a test is administered to a student with impaired sensory, manual, or speaking skills, the test results accurately reflect the student's aptitude or achievement level of whatever other factors the test purports to measure, rather than reflecting his/her impaired sensory, manual, or speaking skills (unless those skills are the factors that the test purports to measure):

_x_Yes ____No If "no," explain.

The assessment materials were selected and administered to ensure that if the assessment materials are administered to a student with limited English proficiency, they measure the extent to which the student has a disability and needs special education, rather than measuring the student's English language skills.

_x_Yes ____No If "no," explain.

The instruments are technically sound and provide relevant information:

_x_Yes ____No If "no," explain.

The tests were validated for the specific purposes for which they were used:

_x_Yes ____No If "no," explain.

The tests were administered by trained and knowledgeable personnel in accordance with any instructions provided by the producer of the test:

_x_Yes ____No If "no," explain.

63

## Addendum II Assessment Descriptions

The following assessment measures were used with Se_____.

**The Mullen Scales** is designed to assess a child's abilities in visual, linguistic, and motor domains, and distinguish between receptive and expressive processing. Receptive skills emphasize comprehension, expressive skills emphasize output. The Mullen was standardized on a nationally representative sample of children ranging in age from 2 days to 69 months. The sample was obtained from more than one hundred sites in four geographic regions of the United States.

The test is divided into four parts, which are described and reported below using both developmental age scores and T scores. A developmental age score indicates the average age at which 50% of the normative sample achieved a particular raw score. A standard score is a score that has been transformed to fit a normal curve, with a mean and standard deviation that remain the same across ages. A T score is a standard score distribution with a mean of 50 and a standard deviation of 10.

**Peabody Picture Vocabulary Test-Revised (PPVT-R)** is a picture-finding task which measures single-word receptive vocabulary. The student is shown a set of four line drawings and is asked to point to the one named by the examiner. The average range for the standard scores is 85-115. The test is standardized for use with children as young as 2 years old.

**Expressive One-Word Picture Vocabulary-Revised (EOWPVT-R)** is a picture-naming task which measures single-word expressive vocabulary. The student is shown line drawings, one at a time, and asked to identify the depicted object, symbol, or category. The average range for the standard scores is 85-115. The test is standardized for use with children as young as 2 years old.

**Preschool Language Scale (PLS-3)** is an evaluation and screening test of auditory comprehension and verbal abilities. Obtainable scores include standard score, percentile rank, and age equivalency for each subtest as well as a total language score. This test contains supplemental screening tools which look at articulation, morphology/syntax, semantics, social language, and speech intelligibility. The PLS-3 is appropriate for children birth to 6 years 11 months.

**Arizona Articulation Proficiency Scale** is a picture naming test which assesses a child's production of consonant sounds in the initial, medial, and final positions of single words and sentences.

**Preschool Developmental Profile** provides developmental norms and milestones for preschoolers. Skills are clustered in specific age ranges from 3 to 6 years.

MONTGOMERY COUNTY PUBLIC SCHOOLS
Spring Mill Field Office
11721 Kemp Mill Road
Silver Spring, Maryland 20902

April 3, 2001

Report of Psychologist

CONFIDENTIAL

Student's ID: 911437

Pupil's Name: Se██████ G██

Address: 13110 Hugo Place, Silver Spring, Maryland 20906

School: Jackson Road Elementary School        Grade: Preschool Education Program

Date of Evaluation: 01/23/01 & 3/30/01        Parent(s): Mr. & Ms. Gill

Date of Birth: ██████96        Home Telephone: (301)946-8861

Age: 4-7        Work Telephone: (301)770-8456

Sex: Male        Psychologist: Mary Ross-Gray, M.Ed., C.A.G.S.

Primary Language or Mode of Communication: English

Sources of Data:

Record Review
Classroom Observation
Teacher Consultation
Parent Interview
Wechsler Preschool and Primary Scale of Intelligence - Revised (WPPSI-R)
Vineland Adaptive Behavior Scales: Classroom Edition

Reason for Referral:

A psychological evaluation was requested by the Multidisciplinary Team at Jackson Road
Elementary School to determine Se██████'s current level of psychological functioning in order to
assist with educational planning and placement concerns.

Background Information:

Se██████ G██ is a 4-7 year old, preschool student who is currently receiving special
education services for Developmental Delays (15). According to his Individual Education Plan
(IEP), Se██████ receives 11 hours per week of special class instruction, 1 hour per week of
speech/language therapy, .5 hours per week of occupational therapy, and consult only for health
services. The minutes of a recent Multidisciplinary Team (MDT) meeting indicate that Sebastian

65

PLAINTIFF'S
EXHIBIT
SG2

Sebastian G████

is starting to cut better with scissors and his imitation skills are varied in normal development. He uses complete sentences at school; although his mother reports his use of incomplete sentences at home.

Se██████ also has a medical diagnosis of Alagille Syndrome. Alagille Syndrome is an inherited disorder that mimics other forms of prolonged liver disease seen in infants and young children. However, a group of unusual features in other organ systems distinguishes Alagille Syndrome from other liver and bile duct diseases in infants. Symptoms of the illness are jaundice, pale, loose stools and poor growth within the first three months of life. Later there is persistent jaundice, itching, fatty deposits in the skin and stunted growth and development during early childhood. Frequently the disease stabilizes between ages 4 and 10 with an improvement in symptoms.

By parental report, Se██████ mother reported his rather eventful birth, medical and developmental histories. During her pregnancy, the mother developed early bleeding due to low progesterone during the first trimester. Se██████ was born full term weighing approximately 6-1/2 pounds. He was diagnosed with a wet lung on the first day and was jaundiced by the third day and ever since. The jaundice was determined to be both physiological and pathological according to his mother. She also reported that while the physiological jaundice is gone, the pathological jaundice is due to the Alagille Syndrome. Developmentally, there were no delays reported as Se██████ walked and talked at around 12 months. However, he has undergone a liver biopsy, three surgeries for central lines (insertion of tubes into the heart), and 2 surgeries to pull them out. He has been stable recently, as he is gaining weight, and is seemingly happier now, according to his mother. She also reported that now that he's in PEP, there are improvements all together.

Observations:

Se██████ was observed on two occasions in the classroom setting prior to the evaluation. On one occasion, the afternoon PEP class had just arrived and after removing his coat, Se██████ was observed to engage in undirected play with his peers. Se██████ joined another student in play with a castle. One of the teacher's aides joined them. The teachers aide asked them questions about their play. Se██████ continued to play, answering the questions as posed to him. On another occasion, the students were observed in a group play activity involving tactile stimuli as they played together in a table with colorful, shredded paper. Se██████ played intently noticing the others, smiling at the others, and working cooperatively with them.

Se██████ accompanied this examiner willingly for evaluation. He was observed to be a rather charming young man with a pleasant attitude. He rarely spoke unless the conversation was otherwise initiated but was seemingly sociable as he smiled often and complied willingly with this examiner's requests. Se██████ was also observed to work very slowly and deliberately, particularly on the timed, hands-on tasks. On one occasion, he was noted to have scratched his head while attempting to figure out how to assemble a puzzle piece. Se██████ demonstrated great difficulty on the verbal tasks as he tended to simply repeat the last word of the questions as posed to him often and to resort to pointing to objects. However, he maintained full effort on all tasks. Rapport was established easily. It is felt, by this examiner that the current test results appear to be a valid estimate of his current level of cognitive functioning.

66

Sebastian OMB

Test Results and Interpretation:

The Wechsler Preschool and Primary Scale of Intelligence –Revised, (WPPSI-R) a nationally normed and standardized test, was administered with Sebastian on 1/23/01. The WPPSI-R is a battery of tests that evaluates intellectual abilities of children aged 3 years through 7 years. The WPPSI-R consists of two scales, the Verbal Scale and the Performance Scale. Each of these scales has several subtests. The scale scores, when taken together, yield a Full Scale IQ score, which is an index of general intellectual functioning. A summary of Sebastian's performance on the WPPSI-R is as follows:

| Subtest | Scaled Score | Subtest | Scaled Score |
|---|---|---|---|
| Object Assembly | 7 | Information | 2 |
| Geometric Design | 3 | Comprehension | 3 |
| Block Design | 8 | Arithmetic | 4 |
| Mazes | 5 | Vocabulary | 4 |
| Picture Completion | 7 | Similarities | 3 |

Sebastian obtained a WPPSI-R, Performance IQ score of 74, a Verbal IQ score of 59, yielding a Full Scale IQ score of 64. This score is in the Intellectually Deficient range. However, the Full Scale IQ score is misleading due to a 15 point, significant difference (.05 level) between the verbal and non-verbal areas. This pattern of scores suggests that his nonverbal reasoning skills are much better developed than his verbal reasoning skills. As such, his Performance IQ score, which is in the Borderline range, may be considered a better indicator of his current level of cognitive functioning. Further, the profile of inter-subtest scatter is also significant for variability, which is itself suggestive of distinct learning difficulties.

The Performance IQ contributes to an understanding of perceptual organization, which includes nonverbal reasoning, the ability to employ visual images in thinking and the ability to process visual material efficiently. Sebastian's Performance test scores range from Average to Intellectually Deficient. Average ability was also demonstrated on a subtest which measured spatial analysis. Low Average abilities were demonstrated on subtests which measured visual analysis in the construction of objects and visual discrimination. Borderline ability was demonstrated on a subtest measuring perceptual organization and planning. A relative weakness was demonstrated on a subtest measuring visual motor coordination, which was in the Deficient range.

The Verbal IQ provides an indication of verbal comprehension, which includes the ability to reason with words, to learn verbal material and to process verbal information. Sebastian's Verbal test scores range from Borderline to Deficient. Borderline abilities were demonstrated on subtests which measured numerical reasoning and word knowledge. Deficient abilities were demonstrated on subtests which measured social and practical judgment, abstract reasoning, and factual knowledge.

Intelligence test scores, such as the WPPSI-R reflect only a sample of learning in several different skill areas, including factual knowledge, learned abilities, problem solving, memory, and attention. Therefore, the scores are generally good predictors of future learning and academic successes. IQ tests do not reflect innate genetic capacity and the scores are not fixed. Some persons do exhibit significant increases or decreases in their measured intellectual abilities during

Sebastian, Gill

the course of their development. Moreover, factors such as motivation, curiosity, creative talent, work habits, study skills, and achievement in particular subjects are not measured.

The Vineland Adaptive Behavior Scales: Classroom Edition, a measure of personal and social competence, was administered with Sebastian's classroom teacher, Cindy Smith, as the informant. Sebastian demonstrate a Moderately Low overall adaptive behavior functioning (SS=70) with an age equivalent of approximately 3-5 years. In the Communications Skills area (SS=74), Sebastian demonstrates a Moderately Low level of adaptive functioning overall for receptive, expressive, and written language with an age equivalent of 2-2 years. In the Daily Living Skills area (SS=72), Sebastian demonstrates a Moderately Low level of adaptive functioning in terms of personal, community, and domestic skills with an age equivalent of a child 2-6 years. In the Socialization area (SS=76), Sebastian demonstrates a Moderately Low level of adaptive functioning in terms of interpersonal relationships at play, leisure activities, and with coping skills with an age equivalent of a child 2-5 years. In the Motor Skills area (SS=71), Sebastian demonstrated a Moderately Low adaptive functioning in terms of fine and gross motor skills with an age equivalent of a child 2-11 years.

Summary and Recommendations:

Sebastian Gill is a 4 year old student attending the PEP at Jackson Road Elementary School. On the WPPSI-R, he obtained a Performance IQ of 74 and a Verbal IQ of 59. There was a 15 point, significant difference (.05 level) between the verbal and non-verbal areas. The large difference between the verbal and nonverbal areas renders the Full Scale IQ score misleading and suggests that the higher, Performance IQ score, which is in the Borderline range, is probably a better indicator of his current level of cognitive ability. Further, the profile of inter-subtest scatter is also significant for variability, which is itself suggestive of distinct learning difficulties.

On the Performance Scale of the WPPSI-R, Average ability was also demonstrated on a subtest which measured spatial analysis. Low Average abilities were demonstrated on subtests which measured visual analysis in the construction of objects and visual discrimination. Borderline ability was demonstrated on a subtest measuring perceptual organization and planning. A relative weakness was demonstrated on a subtest measuring visual motor coordination, which was in the Deficient range. On the Verbal Scale, Borderline abilities were demonstrated on subtests which measured numerical reasoning and word knowledge. Deficient abilities were demonstrated on subtests which measured social and practical judgment, abstract reasoning, and factual knowledge. On the Vineland, Sebastian demonstrated a Moderately Low overall adaptive behavior functioning (SS=70) with an age equivalent of approximately 3-5 years.

Sebastian demonstrated greatest difficulty on tasks involving visual motor coordination and verbal language skills. Instructionally, staff should help him to focus on planning skills, directionality, and visual discrimination, using other paper-pencil activities emphasizing planning and anticipation like trace-the-dots and mazes. They can help Sebastian to evaluate responses prior to emitting them.

Sebastian verbal, visual/motor, and other developmental delays should all be considered in determining appropriate placement for him. He has made tremendous strides in a small setting with a low student to teacher ratio. He will continue to require special education services. The results of this evaluation have been shared with his parents. They should be encouraged to

5

Sebastian Gaff

continue to advocate for Sebastian and to pursue appropriate educational planning and placement for him.

*Mary Ross-Gray*

Mary Ross-Gray,  M.Ed., C.A.G.S.
Certified School Psychologist

I have read this report and I am in agreement with the conclusions and recommendations.  The data has not been submitted for scoring or reanalysis.

*Erica Edelman, Ph.D.*

Erica Edelman, Ph.D
Nationally Certified School Psychologist
Licensed Psychologist

Original to:    Pupil Services
Copy to:       Jackson Road  Elementary School (PEP)
                   Spring Mill Field Office
                   Parent

69

Speech and Language Programs
Department of Special Education
MONTGOMERY COUNTY PUBLIC SCHOOLS
Rockville, MD

## REPORT OF SPEECH/LANGUAGE RE-ASSESSMENT

Student Name: Sebastian G███
ID #: 911937
Address: 13110 Hugo Place, Silver Spring, MD 20906
Home Phone: 301-946-8861
Birth Date: ████96
Age: 6.10
Grade: 1
Current School: Kemp Mill Elementary
Home School: Burnt Mill
Dominant Language: English
Other Language(s): Croatian spoken at home, English spoken with Sebastian
Re-assessment Date: 3/3,18,19,25,31/03, 4/7,8,9/03
Date of Report: 5/16/03
Examiner: Rita R. Cohen

Authorization for this re-assessment was given on 3/17/03 and is on file in the student's confidential file.

### PURPOSE OF ASSESSMENT

The purpose of this re-assessment is to determine if Sebastian continues to have a speech-language impairment and by reason thereof needs special education.

### REASON FOR REFERRAL

The recommendation for a speech-language re-assessment was made at an IEP Team meeting held on 3/17/03.

Questions relevant to speech-language include

- What is S███ current level of functioning and his needs in the educational environment.
- What is S███ educational disability?

### BACKGROUND INFORMATION

**Medical/Physical**

- Hearing Status: passed an in-school screening 1/02
- Other: S███ has Alagille Syndrome with liver abnormalities, very high cholesterol and severe jaundice. He takes daily medication (Cholestyramine). S███ has been hospitalized and has had surgery related to his condition. He had viral meningitis, and also has allergies and ear problems. See confidential and health files for additional information.



PLAINTIFF'S
EXHIBIT
SG-3

70  1

**Educational Program**

- Disability Code: 08/04 (Other Health Impaired/Speech/Language Impaired)
- Areas of Educational Concern: cognitive, social/emotional speech/language delays with weaknesses in literacy skills, math skills, attention, spatial organization, and frustration tolerance.
- Special Education Services: S⸱      has been in K-1 LAD for the 01-02 and 02-03 school years at Kemp Mill. He has received speech/language and OT support while in LAD. Prior to LAD, S⸱      , attended PEP at Jackson Road Elementary School for the 00-01 school year where he received speech/language and OT support, and consultative health services. He received private speech therapy during the summer of '00. S⸱ attended ESY for summer '01 (for preacademic/social, social communication, and sensori-motor processing) and '02 (for social/emotional and communication) and is recommended to attend this summer (for reading and math). He has had various modifications to his program as well as test accommodations.
- General Education Services/Supports: ESOL consultation

**Speech-Language Program**

- Initiation of Speech-Language Services: 9/00
- Date of Most Recent Speech-Language Assessment: 3/26/01 (Developmental Profile)
- Type of Disorder and Severity: significant delays in receptive and expressive language
- Areas of Need: concepts, vocabulary, memory, comprehension of directions, answering questions, expressing remote events
- Speech-Language Intervention:
  - LAD 1st grade - 60 minutes/week
  - LAD K - 60 minutes/week
  - PEP (4-year old) - 60 minutes/week
- Progress on Speech-Language Goals and Objectives: improvement in cooperative/interactive play skills, turn taking, using words to communicate (answering simple wh-questions and spontaneously commenting during circle time) to gain information and make requests, following 2-step directions, identifying/labeling pictures and object function, understanding simple descriptive/conditional concepts, pronouns and part/whole relationships, using longer more grammatically correct complete sentences with improved sentence structure for familiar activities

## SPEECH-LANGUAGE ASSESSMENT TECHNIQUES AND ANALYSIS

**Informal Assessment Procedures** include

SLP observations, language samples and informal protocols: see below

<u>SLP Classroom Observation</u>

The speech-language pathologist observed the student during the evaluation. S⸱      ı was tested in the afternoon, which is typically a better time for him. Short sessions were required to ensure that S      was able to attend and demonstrate his best performance. Various reinforcers were provided to help him to comply with assessment tasks,

the most successful of which was providing puzzle pieces with each response. He tired easily and became frustrated as material became harder. There were numerous behaviors demonstrated, such as holding his breath during presentation of stimuli) requiring cues to be bring him back to task. At times, he folded his arms, pouted and refused to participate, or said, "No, I want mommy!"

The following was noted:

a) Speech intelligibility - no problems noted with speech intelligibility, however, because of problems with sentence structure and word order, it is sometimes difficult to understand what Se        is trying to say without a lot of prompting and questioning.

b) Fluency - no problems noted

c) Voice - no problems noted; St        tends to whine when he is frustrated.

d) Ability to understand language - St        , appears to understand, but he has difficulty following directions and answering questions and it is difficult to determine whether his difficulty is due to problems with comprehension or his difficulty expressing what he comprehends.

e) Ability to express ideas - Sebastian has a great deal of difficulty expressing himself in structured situations and does a lot better if he is just chatting about something (i.e., during play).

- During a sequencing task, S        provided the following language sample about a boy on a bicycle who fell and hurt his knee:

  "The kid he biked it and he almost too fast. He almost in the tree (log) and he hurt himself and he hurt him hisself and he cried and and went to his mommy and he get a bandages...boo boo strip."

- The following is a language sample during play at the block center with another child:

  "We are building. This is a window. It could be a window. I'm the builder. It's kinda like a dragon tree house. We get a ___(unintelligible word)). We get a paint is. We gonna make a dragon. We gonna make a letter. And that's all."

f) Ability to formulate sentences - St        is able to formulate sentences, but they are not always grammatically correct (i.e., "Octopus are have tummies"). He has more difficulty using language to respond to questions or prompts.

g) Functional use of language – Se        is able to use language for a variety of purposes although organization of language is an area of weakness.

h) Attention issues - Se        i is easily distracted and tends to be more so when he is frustrated.

i) Behavioral issue - Se        becomes non-cooperative when he is frustrated and will try to play and draw attention away from what he is having difficulty with.

## Standardized Assessment Procedures

- For each test administered the following verifications were made:
- The test was selected and administered so as not to negatively discriminate on a racial or cultural basis.
- The test was provided and administered in the student's dominant language taking into consideration the impact of other languages on performance.
- The test was selected and administered so as best to ensure that when used with a student having impaired

72 3

sensory, manual, or speaking skills, the test results accurately reflect the skills that the test purports to measure, rather than the student's impaired sensory, manual or speaking skills, unless those skills are the factors being measured.

- The instrument is technically sound and provides relevant information.
- The test is validated for the specific purpose for which it was used.
- The test was administered by trained and knowledgeable personnel in accordance with any instructions provided by the producers of the test.

## Peabody Picture Vocabulary Test III  (PPVT-III) (Form B)

The student must select from four pictures the one that best represents a word spoken by the examiner to demonstrate understanding of single words.

Mean =100, Standard Deviation =15

Standard Score: 77

Confidence range [90% level]: 70-84

Interpretation/Comments: Compared to age expectations, single word receptive vocabulary is below expectancy range. S̶ was able to focus when he was engaged and motivated, usually by external reinforcers such as playing with a favorite toy, or puzzles. Toward the end of this test, S̶ stated that, "I think I want to relax," which is one of the ways he asked for frequent breaks.

## Expressive Vocabulary Test (EVT)

The student must name a picture or state a synonym for a stimulus word and picture provided by the examiner in order to demonstrate ability to express an idea with a single word.

Mean = 100, SD = 15

Standard Score: 52

Confidence Range [90% level]: 47-63

Interpretation/Comments: Compared to age expectations, single word expressive vocabulary as measured by this test is significantly below expectancy range. S̶ tended to provide rhyming words when synonyms were required (i.e., "dacket"/jacket), or associated responses ("grass"/stone), or syntagmatic responses ("carry the baby"/father) which demonstrate a more immature response pattern. Strength was noted in labeling vocabulary. Weaknesses were noted in providing synonyms for target words.

## Difference In PPVT III Score and EVT Score:

There was a 39-point difference between vocabulary, as tested by the PPVT III and expressive vocabulary as tested by the EVT. The difference is significant at the .01 level (there is less than a 1 percent probability of this difference happening by chance); this difference occurred in 5% of the normative sample at this age. Since the EVT measures

73

synonyms, and S          score was so discrepant from the PPVT, the **Expressive One Word Picture Vocabulary Test - Revised (EOWPVT - R)** was administered and scored informally to determine how well S          is able to label vocabulary. The student must name a picture of a thing, a category of things, or an action to show ability to express an idea with a single word. S          responded correctly to 29 of the 52 items presented which is below expectancy range but more in line with his performance on the PPVT-III above (a raw score of 42 is needed to obtain an average score). Many of S          errors were associative (i.e., "wheel"/tire; "food"/fruit, vegetables although he labeled celery "vegetables"; "chair"/stool; "microscope"/binoculars; "fetch water"/well; "the weather"/thermometer; "the sharpener"/cactus; "musical"/trumpet; "games"/stadium; "dollars/gamble"; "holder"/column). As noted below association is an area of strength for S          Se          responded correctly to 7/19 category items (given pictures in a category, he was required to provide the category name). Based on his performance on this test, the EVT above, was not a valid measure of expressive vocabulary for Sebastian.

## The Test of Auditory-Perceptual Skills-Revised  (TAPS-R)

The student repeats information presented orally to demonstrate short-term auditory memory, auditory discrimination, and interpretation of oral directions, and answers questions to demonstrate logical verbal reasoning.
Mean = 10, Standard Deviation = 3
Total Test Mean = 100, Standard Deviation = 15

| Subtest | Standard Score |
| --- | --- |
| Auditory Number Memory | |
| Forward | 68 |
| Reversed | 77 |
| Auditory Sentence Memory | 79 |
| Auditory Word Memory | 84 |
| Auditory Interpretation of Directions | 73 |
| Auditory Word Discrimination | 55 |
| Auditory Processing (Thinking & Reasoning) | 67 |
| Auditory Quotient | 54 |

Interpretation/Comments: Compared to age expectations, overall short-term auditory memory, word discrimination, and auditory processing are below expectancy range. Strength was noted in recalling series of unrelated words. Relative strength was noted in sentence recall and recall of digits reversed. Weaknesses were noted in digit recall (forward), recall of classroom directions, and responding to thinking/reasoning questions, which consist mostly of cause/effect, similarity/difference, part/whole relationships, why/how, and description. The following examples indicate S          difficulty responding to these types of questions: In response to *"What causes ice to melt?"* S          responded, "because is a day of winter," or, in response to *"Why does a ball roll?"* S          responded, "because a ball roll and roll and roll" *Why?* "Because is too big, cause is squishing." Performance on the auditory discrimination subtest may not be a valid measure of his ability to discriminate similarity and difference of minimal pair words because he lost focus during the test. He was concentrating on holding his breath and even frequent prompts to breathe correctly and attend to the task at hand, his performance deteriorated. S          responded

7 4

5

correctly to the first 12 of 50 items and then began to lose focus. His performance on this subtest may also reflect his difficulty with the concepts of *same* and *difference* noted below in the LPT-R

## Clinical Evaluation of Language Fundamentals - 3 (CELF-3)

This assessment compares receptive and expressive language skills. Receptive language subtests require that the student points to pictures and give oral responses to demonstrate skills in following orally presented information to demonstrate skills in following oral directions, recognizing words which can be categorized, and recognizing sentence structure. Expressive language subtests require the student to repeat sentences, formulate a sentence about a picture using a given word or set of words, and complete a sentence with a word having the appropriate meaning.

Subtest Mean = 10, Standard Deviation = 3

Composite and Test Mean = 100, Standard Deviation = 1 5

| Subtest | Standard Score |
|---|---|
| Sentence Structure | 6 |
| Concepts & Directions | 4 |
| Word Classes | 8 |
| RECEPTIVE LANGUAGE SCORE | 75 Confidence Band 90% level = 67-83 |
| | |
| Word Structure | 7 |
| Formulated Sentences | 8 |
| Recalling Sentences | 5 |
| EXPRESSIVE LANGUAGE SCORE | 80 Confidence Band 90% level = 74-86 |
| | |
| TOTAL LANGUAGE SCORE | 76 Confidence Band 90% level = 71-81 |

Interpretation/Comments: Compared to age expectations. S          , overall receptive and expressive language skills are below expectancy range. Strengths were noted in expressive language skills with the exception of sentence recall, which was also a weakness on the TAPS-R above. Weaknesses were noted in receptive skills, comprehension of sentence structure and following orally presented directions, although his performance on the Word Classes subtest was in the low average range. This subtest requires the student to listen to 3 or 4 words and then choose the two that are related in some way, requiring memory for series of words and association skills. S reauditorized each word as it was presented to him before responding. S          demonstrated strengths in both these areas as noted above during the TAPS-R (Auditory Word Memory subtest) and his ability to associate noted in his responses on the naming test above (EOWPVT-R) and in the LPT-R below. A puzzle was used as reinforcement during the CELF-3; a puzzle piece was offered after each response. This kept S          motivated to do his best and remain focused. It is the opinion of this examiner that his performance on this test was the most reflective of his capability given the nature of his focus and compliance because of his desire to complete the puzzles as reward for his hard work.

**Language Processing Test-Revised Revised (LPT-R)**
This student answers questions to show ability to use language to make word associations, identify members of a given category, explain how noun pairs are similar and different, express meanings of words in various contexts and describe attributes of given nouns.
Mean = 100, Standard Deviation = 15

| Subtest | Standard Score |
|---|---|
| Associations | 91 |
| Categorization | 56 |
| Similarities | -* |
| Differences | - |
| Multiple Meanings | - |
| Attributes | 82 |
| Total Test | 72 |

*Sebastian was not able to respond correctly to any of the items in these subtests

Interpretation/Comments: Compared to age expectations, this student's language processing skills are below expectancy range. Strengths were noted in providing associated words given a target word and describing items by providing attributes such as function, location etc. Se          consistently provided functions and sometimes provided components, color, accessories and location of items presented. He did not provide information regarding size/shape, category, or composition. Weaknesses were noted in providing 3 words given a category (he frequently provided 2 of the 3 required words and a related word), expressing similarities and differences, and providing meaning of multiple meaning words presented in different contexts (i.e., tell the meaning of the word *rose* in the following sentences: Ask *Rose* to call me; The sun *rose* over the mountains). It was very difficult for S          to use language for more abstract tasks such as explaining similarities and differences and multiple meanings.

Informal Assessments                                    ; annual review and revealed the following: Se          1 has
Various informal tasks were administered for Se          difficulty using language to explain, responding to wh-questions (when, why, how), understanding spatial concepts, formulating responses (grammar/sentence structure) and conveying ideas in an organized manner. He is able to respond to *where, who* and *what* questions, understands conditional concepts (before, while, except, etc.), has improved sentence structure and ability to use language to gain information and make requests, and tell stories in a more logical manner.

The areas of voice and fluency continue to be within normal limits as determined by previous assessment data and ongoing therapy observations. Some developmental articulations continue to exist.

**SUMMARY AND RECOMMENDATIONS**
Se          was referred for a speech-language re-assessment to answer the following diagnostic questions:
- What is S          current level of functioning and his needs in the educational environment.

76
7

- What is S     educational disability?

Analysis of assessment data in conjunction with the MCPS Speech-Language Severity Rating Scale indicate moderate weaknesses in content of language (semantics, including vocabulary, concepts, semantic relationships, i.e., similarities/differences, categories, etc., comprehension) and moderate severe weaknesses in form and function of language (grammar/sentence structure and organization of language). Strengths were noted in association, word recall, ability to describe using attributes, and knowledge of sentence structure for sentence completion tasks. Based on assessment data, classroom observation, teacher, report, these weaknesses negatively impact S  educational performance in following directions, listening and reading comprehension, and adequately expressing what he knows in the classroom so that he can be understood.

Speech-language re-assessment results must be considered in conjunction with educational and cognitive assessments. The determination of a speech-language impairment and appropriate intervention recommendations can be determined only when the IEP Team can review all appropriate data.

## Suggestions for Classroom Accommodations

The current pattern of strengths and weaknesses for this student indicates that the following instructional accommodations may be helpful:

- Call the student's name or otherwise focus attention before giving content.
- Demonstrate, model, and use gestures when giving directions or explaining content.
- Have the student repeat or paraphrase directions before acting on them.
- Present information and directions orally and visually.
- Adjust language to the student's comprehension level.
- Present information in small sequential segments.
- Emphasize key points of directions or instruction with tone of voice, written reminder, or summary.
- When asking a question, provide the framework for the response. (E.g. who is the author? "The author is..."
- Pair student with partners to support following directions.
- Use visual aids to explain and model key points.
- Allow additional wait time for oral responses.
- Prompt responses to specific "wh" questions.
- Repeat what the student has said so that the student can judge its appropriateness and self-correct if necessary.
- Post words, procedures, and picture cues in appropriate locations in the environment.
- Offer multiple choice options for the student to consider for responding to a question.

*Rita R. Cohen*

Rita R. Cohen,
Speech-Language Pathologist, MA CCC-SLP
Montgomery County Public Schools

Cc: Parents
Speech-Language File
Confidential Record File

77

8



**Physical Disabilities Program**
Department of Special Education
8001 Lynnbrook Drive • Bethesda • Maryland 20814

Telephone: 301-657-4959                                    Fax: 301-657-4989

## Occupational Therapy
## Reevaluation Report

Student: S_____ G                  ID: 911937
DOB: ____/03                          School: Kemp Mill ES
Reassessment Date: 5/21/03            Grade: 1 (K-1 LAD)

**Purpose:** This assessment was conducted to review occupational therapy progress and current functioning as part of a special education reevaluation and to determine whether continued services are needed.

**Data Sources:** Data was collected through standardized testing, work samples, teacher reports, classroom observations, and clinical observations.

**Summary of Findings:** Standardized testing results from the Beery VMI reveal that S_____ visual motor integration skills fall within the average range. S_____ had a standard score of 83 and the average range is 83-117. S_____ was able to complete some more advanced overlapping forms, but did not meet the criteria for three of the forms in a row that were before it. For some of the other adjacent and overlapping forms he demonstrated minimal needs related to spatial organization. He is able to use sharp corners when reproducing shapes.

In the classroom, S_____ is able to produced legible work with good spacing, sizing, and baseline regard. He is able to follow multi-step directions during OT group and produces projects with good spatial organization from direct, step-by-step directions that are given to the class. He creates recognizable pictures independently and uses his left hand consistently for all fine motor tasks.

**Concluding Statement:** S_____ demonstrates good progress in all of his goal areas. He is able to produce legible, accurate writing, use his left hand for all fine motor tasks, draw representative pictures, and participate actively during group activities with a high level of independence. It is recommended that occupational therapy intervention continue on a consultative basis for next year to monitor spatial organization of his work. Please contact me at the above address or phone number if you have any questions.

*Elizabeth M. Snead, OTR/L*
Elizabeth M. Snead, OTR/L
Itinerant Occupational Therapist



PLAINTIFF'S
EXHIBIT
SG4

78

# William Stixrud, Ph.D., and Associates LLC

20 Georgia Avenue
Suite 300
Silver Spring, Maryland 20910
(301) 565-0534
Fax: (301) 565-2217
www.stixrud.com

**The following report is <u>confidential</u> and may not be further released without the signed, informed consent of the parent/legal guardian**

### NEUROPSYCHOLOGICAL EVALUATION

**NAME:** S            G
**DOB:**                 , 1996
**DATE(S) TESTED:** MAY 23 AND 29, 2003
**CHRONOLOGICAL AGE:** 7 YEARS, 0 MONTHS

William R. Stixrud, Ph.D.
Robert L. Mapou, Ph.D., A.B.P.P.
Susan C. Jenkins, Ph.D.
Adele C. Green, Ph.D.
Wendy A. Law, Ph.D.
Lisa A. Martin, Ph.D.
Robert F. Chase, Ph.D.
Patricia H. Papero, Ph.D.
Susan W. Hammond, Ph.D.
Susan S. Gerson, Ph.D.
Susannah Kury Hughes, Ph.D.
Teresa Elliott, Ph.D.
Erika L. Wasserman, Ph.D.
Ellen K. Goldman, Ph.D.
Taruna Ahtuvalia, Ph.D.
Elaine D. Book, M.Ed.
Carol Mannix, M. A.
Bonnie Zucker, Psy. D.
Galena Kuiper, LCSW

• Neuropsychological
  Evaluation

• Academic Training

• Child and Family
  Therapy

• Neurofeedback
  Therapy

## REASON FOR REFERRAL

S        G    was seen for neuropsychological evaluation at the request of his parents, Anya and Harold Gill. The broad goal of the evaluation is to better understand S        pattern of brain-related strengths and weaknesses as they affect his processing of information and school learning. S        is currently enrolled in the Montgomery County Public Schools in the Learning and Academic Disabilities K/1 class at Kemp Mill Elementary School.

## MEDICAL, DEVELOPMENTAL, AND EDUCATIONAL HISTORY

Background information was provided through the written pediatric neuropsychological questionnaire as well as direct parent interview. Overview: S        s medical history of Alagille Syndrome, a genetically based disorder involving impairment in liver functions, places him at substantial developmental risk. He is stable medically at present, but he remains at significant risk for neurologically based learning problems. S        shows ongoing difficulties in understanding and remembering concepts. While he has made progress in all areas, his performance is quite variable, most likely due in part to motivational issues as well as his medically related developmental delays. S        is aware of skill deficits, and he is easily overwhelmed in learning situations and has a strong tendency to shut down even though he is accepting of support. Nevertheless, S        has made major strides in both language and emotional development over the last year, and he can be characterized at this time as a generally happy and sociable child.

S        was born at term via a spontaneous vaginal delivery, following a pregnancy complicated by bleeding in the first trimester. He was diagnosed at birth with a wet lung, experienced cyanosis, and was placed in the neonatal ICU, yet discharged home at 7 days. Medical issues beginning in infancy have included jaundice (still present, associated with Alagille Syndrome, including an ongoing pathological obstructive jaundice condition), failure to thrive, and meningitis. S        spent three years on NG tube feedings and two years with a central line, with numerous plasma exchanges and episodes of sepsis. Also, a micro-bleed in the brain was suspected at age 2 ½ though never

79



PLAINTIFF'S
EXHIBIT

SGS

Neuropsychological Evaluation
Re: G■ S■■■■
Page: 2

confirmed. S■■■ has had multiple hospitalizations for his medical issues. He also had ear tubes placed twice (1996,1997). Vision and hearing were last checked a year ago, and no problems were noted. S■■■ is presently maintained on the following medications: cholestoyramine, actigal, methyton, uquie, zocor, and calciatrol. His pediatrician is Lawrence Cohen, MD, Silver Spring, Maryland.

Mother reports that S■■■■ appeared to be on target for early motor and language milestones in his first year. However, his medical condition presented many challenges, including the NG tube feedings, and he quit talking altogether. It gradually became apparent that his language skills reflected significant delay, and parents then made the decision to discontinue using their native Croatian and instead to use only English with him or around him. S■■■■, has received speech and language therapy on an ongoing basis. Regarding motor skills, S■■■■ had some difficulties with more advanced gross motor skills and also did not develop a clear hand preference until he was 6 ½ years of age, when he chose to use his left hand for writing. Toilet training was complete for urine and bowel control by the age of 3 ½ years.

Regarding social development, S■■■■ generally gets along well with both children and adults, and is able to make and keep friends. He is a very empathic child. Parents feel that S■■■■ has made good progress in his emotional development since beginning individual therapy two years ago with Dr. Karyne Messina. His mood and communication skills have improved significantly, and he is able to articulate his feelings quite well. S■■■■ appears to be developing strong social-emotional intelligence. S■■■■ also appears to be well liked by his classmates at school. Nevertheless, he does show some signs of emotional immaturity (e.g., clowns to get attention or shows other signs of insecurity, needs frequent reassurance). Parents wonder if he may have a mild attention problem. Although he can be very attentive, he often is very fidgety and distractible.

Regarding school history, S■■■■ attended the PEP program for one year before entering the LAD program in MCPS for kindergarten year. He has remained in the same program for a second year. Next year he will move on to the LAD grade 2-3 program in his home school. Mother notes that S■■■■ always looks worse on testing than in his day-to-day functioning. While she is concerned about his motivation, she is not as concerned about his emotional development as his academic development. S■■■■ is not meeting his IEP goals. He is able to use visual strategies well but he does not feel confident academically, directly commenting that he is not doing well. S■■■■ is more likely to close down his academic effort than to appear actively anxious about his performance and skills. While he definitely shows growth in skills, he will tend to make an improvement and then plateau. He has significant difficulty in retrieving information he knows and shows uneven memory in relation to academic learning, even though he demonstrates remarkable ability to remember some kinds of lengthy narrative information such as movie plots.

The Achenbach Teacher Report was completed by Joanne B. Hanifan, S■■■■ current classroom teacher, as part of the neuropsychological work-up. Ms. Hanifan describes S■■■■ as far below grade level in his beginning reading skills. She notes that he shows strong addition skills in math, and good letter formation for writing products. She believes that his biggest problem is letter/sound association. In terms of behavior and adjustment, she notes that S■■■■ has some behavioral weaknesses but is near to general expectation. In terms of his emotions, she describes him as a very moody child who shifts between negative and positive feelings frequently,

80

with mood fluctuations several times a day. For example, at times he is very happy and energetic and at other times he is sleepy and grumpy. Ms. Hanifan describes her greatest concerns as related to S████████ poor ability to attend to instruction. She notes that he tends to become frustrated and "shut down" quickly and does not seem to have confidence in his own abilities. She notes as positives that S████████ is very friendly and has a lot of friends. He interacts nicely with his peers and is a great artist and performer, enjoying entertaining others. Ms. Hanifan also makes the interesting observation that S████████ is able to learn from his peers in contrast to shutting down more quickly with adults.

S████████ household consists of himself and both parents. Both parents are of Croatian background. Mother is a medical researcher, and father is a psychiatrist.

## PREVIOUS EVALUATIONS

There have been no prior neuropsychological evaluations. However, S████████ has been evaluated periodically by the Montgomery County Public Schools, through a serious of developmental, psychological, and speech/language work-ups over the last 3 years. Speech/language and educational testing have been updated recently.

## TESTS ADMINISTERED

The *Differential Ability Scales (DAS)* were administered to evaluate intellectual functioning. Neuropsychological measures included *selected subtests from the NEPSY Developmental Neuropsychological Assessment,,* selected subtests from the *Woodcock-Johnson Tests of Cognitive Ability (Revised [WJ-R]* and *Third Edition [WJ-III]), Boston Naming Test, Peabody Picture Vocabulary Test-III, Oral and Written Language Scales - Listening Comprehension, Test of Language Competence - Oral Expression, Comprehensive Test of Phonological Processing,* informal measures of automatic serial linguistic output, *Beery Developmental Test of Visual-Motor Integration, Test of Variables of Attention (TOVA), Cancellation of Rapidly Recurring Target Figures, Wide Range Assessment of Memory and Learning - Story Memory* and *Sentence Memory, Buschke Selective Reminding Test, Lateral Dominance Exam,* and *Kløve Grooved Pegboard. The Wechsler Individual Achievement Test (WIAT) was* administered to assess skill development in reading, math, and written language. The *Achenbach Child Behavior Checklist* was completed by parents and teacher as a screening measure of personality and adjustment.

## BEHAVIORAL OBSERVATIONS

S████████ presented for evaluation as a very pleasant, friendly child who had no difficulty separating from his mother to begin testing either day. He was very cooperative the first day although very active and fidgety. S████████ tended to be very talkative and needed frequent redirection to tasks. He was easily distracted both visually and auditorily. He asked fairly frequently for breaks but could easily be redirected to try more tasks until it was an appropriate break time. He was not afraid to ask questions and demonstrated reasonable confidence on a range of tasks. S████████ seemed a little tired the first day, especially toward the end of the session. However, it was evident that he worked very hard on the range of tasks given, even as test items clearly became quite difficult for him.

81

Neuropsychological Evaluation
Re: G██, S█████n
Page: 4

On the second day, S██████ presented again as highly cooperative and positive at the start of testing. However, as his mother reported after the session, he had been somewhat reluctant to come back for a second testing session. While he did not complain at all to the examiner about coming back for testing, his demeanor during the second half of the second session reflected a definite drop in motivation. S██████ eventually appeared to give most tasks his best effort, but it took a high level of encouragement and structuring by the examiner to keep him sufficiently motivated on a range of tasks. S██████ had trouble staying in his seat all through the second session, and he also tested the limits mildly in terms of behavioral compliance. While he always remained polite and enjoyable interpersonally, he whined some and was eager to be done once he got to the halfway point. Regular reinforcers (a series of smiling faces) appeared to make a substantial difference in S███████ cooperation. He also appeared to be somewhat more tired the second day, rubbing his eyes and tending to rest his upper body on the testing table after about the first hour.

Overall, S██████ engaged interpersonally without difficulty, and he made eye contact easily. S██████ did not demonstrate many obvious peaks of anxiety or frustration in relation to difficult tasks; however, he did struggle notably with maintenance of effort on a hands-on visual-spatial problem-solving task. On verbal questions he generally was somewhat willing to guess when he thought he might know an answer but was not sure, but he needed encouragement to do so. S████████ auditory processing and work pace were within expectation. Expressive language was fluent but occasionally was only partially intelligible to the examiner, especially when questions were conceptually demanding. At such times, S██████ displayed good willingness to repeat himself when requested to do so.

Given S████████ generally cooperative attitude and effort to do well, the results of the evaluation can be considered to provide a reasonably accurate picture of his typical functioning. However, given his distractibility, impulsivity and problems sustaining full effort, as described below in relation to the *DAS* results, it is possible that results underestimate S████████ reasoning potential to at least a modest extent.

## DIFFERENTIAL ABILITY SCALES RESULTS

The *Differential Ability Scales (DAS)* document reasoning abilities ranging from the high end of the borderline range (verbal) to the low average - average range (nonverbal and spatial abilities). The *DAS* summary scores have a mean of 100 and standard deviation of 15 points. S██████ attained a Verbal Cluster standard score of 78 (7th percentile), a Nonverbal Reasoning Cluster standard score of 91 (27th percentile), and a Spatial Cluster standard score of 87 (19th percentile). The summary General Cognitive Ability standard score was 82 (12th percentile). Given the uneven profile of verbal and nonverbal abilities, the Special Nonverbal Composite standard score of 88 (21st percentile), based on the Nonverbal Reasoning and Spatial tasks, provides the best estimate of S████████ intellectual potential.

82

Neuropsychological Evaluation
Re: G, S
Page: 5

|  | | Percentile | | | Percentile |
| DAS Subtests | T-Score | Rank | DAS Diagnostic Subtest | T-Score | Rank |
|---|---|---|---|---|---|
| Recall of Designs | 49 | 46 | Recall of Objects - Immediate | 44 | 27 |
| Word Definitions | 38 | 12 | | | |
| Pattern Construction | 36 | 8 | | | |
| Matrices | 49 | 46 | | | |
| Similarities | 36 | 8 | | | |
| Sequential & Quantitat. | 41 | 18 | | | |

(Subtest mean T-score = 50, SD = 10)

| DAS Subtests | Age-equivalents | DAS Diagnostic Subtest | Age-equivalent |
|---|---|---|---|
| Recall of Designs | 6 years 10 mo. | Recall of Objects - Immediate | 6 years 1 mo. |
| Word Definitions | 5 years 1 mo. | | |
| Pattern Construction | < 5 years 1 mo. | | |
| Matrices | 6 years 10 mo. | | |
| Similarities | < 5 years 1 mo. | | |
| Sequential & Quantitat. | 5 years 10 mo. | | |

Subtest scores in the Verbal Cluster reflect significant difficulty with oral Word Definition skills and Similarities (verbal conceptual classification) skills. S did not verbalize easily, needing multiple prompts for clarification and expansion of most responses, even on the easier test items. His ability to convey his understanding was very halting, even with substantial examiner encouragement. It was often unclear whether S had a good idea of the meaning of a word or not since his responses did not improve significantly with greater effort at elaboration. On the Similarities, he showed lengthy latencies before responses even on items he got right. It was to S credit that he genuinely tried hard to expand his answers when requested to do so.

Subtest scores in the Nonverbal Reasoning Cluster reflect low average to average skills. However, S scores may underestimate his nonverbal reasoning potential since he was distractible and impulsive on the nonverbal tasks. He had great difficulty in listening to the examiner on teaching items, and he tended to respond without evidence of careful thought. He did not appear able to study all his choices systematically before responding. Both the Matrices and Sequential-Quantitative Reasoning tasks require careful visual examination of multiple problem elements, and S was not able to maintain a methodical approach. He was often impulsive or otherwise over-quick to respond. Therefore, while the Nonverbal Reasoning Cluster score is a personal strength, it is likely to have been adversely affected by limitations in attention and concentration.

Subtest scores in the Spatial Cluster were lacked consistency. S immediate recall of abstract designs tested as fully average for age. He was able to respond without long latencies, drawing what he remembered right away. His ability to analyze abstract designs for direct copy with patterned blocks on Pattern Construction was more labored and clearly frustrating. His skills are likely to be quite a bit higher than his score indicates. S actually did an excellent job of figuring out spatial problem solving when he could keep his frustration in check. I would estimate that his spatial reasoning potential is solidly average.

83

Neuropsychological Evaluation
Re: G██ S███████
Page: 6

## SPECIFIC NEUROPSYCHOLOGICAL FINDINGS AND DISCUSSION

*Note: A descriptive paragraph follows each listing of measures in a particular domain or subdomain below.  All percentile scores are based on age norms.*

| | Percentile Score or Level of Performance |
|---|---|
| **CONCEPT FORMATION/REASONING DOMAIN:** | |
| | |
| *WJ-III Concept Formation* | 13th percentile |
| *WJ-R Verbal Analogies* | 10th percentile |

Assessment of __concept formation and reasoning__ was based on two tasks from the *Woodcock-Johnson Tests of Cognitive Ability*, to supplement abstract problem solving information gathered from the *DAS*.  Both tasks have verbal requirements and are subject to some of the same limitations as the verbal reasoning subtests on the *DAS*.  The *WJ Concept Formation* task requires the individual to figure out and state a conceptual rule and provides corrective feedback if needed, item by item.  S███████ attained a low average score on this task (age equiv. 5 y 5 m).  The *WJ Verbal Analogies* task is a measure of abstract verbal capacities requiring the individual to figure out how to complete paired verbal relationships.  The task requires single-word responses.  S███████ performed a little lower on this task (age equiv. 4 y 9 m).

| | Percentile Score or Level of Performance |
|---|---|
| **LANGUAGE DOMAIN:** | |
| | |
| *WJ-R Oral Vocabulary* | 18th percentile |
| *Peabody Picture Vocabulary Test-III* | 14th percentile |
| *WJ-III Understanding Directions* | 15th percentile |
| *OWLS Listening Comprehension* | 5th percentile |
| *TOLC Oral Expression* | 16th percentile |
| *Boston Naming Test* | <1st percentile |
| *NEPSY Verbal Fluency* | 16th percentile |
| *Automatic Sequences* | all problematic |
| *Comprehensive Test of Phonological Processing* | 2nd to 12th percentile |

S███████ __word knowledge__, based on his ability to provide synonyms and antonyms (*WJ Oral Vocabulary*), tested in the low average range (age equiv. 5 y 1 m).  He was also low average on the *PPVT-III* , which requires matching a word to one of four pictures (age equiv. 5 y 10 m).  Testing of __verbal comprehension__ was assessed on two different kinds of oral comprehension measures.  S███████ performed at a low average level (age equiv. 5 y 6 m) when required to listen to multi-part oral directions followed a series of pointing responses (*WJ Understanding Directions*).  His listening performance was lower when absorption of broader, more inferential language comprehension skills was required (*OWLS*).

S███████ performance on measures of __verbal expression/production__ reflected significant difficulties.  S███████ word retrieval on an object naming task (*Boston*) fell below the 1st percentile and showed significant benefit from phonemic cueing.  When required to formulate oral

Neuropsychological Evaluation
Re: G███, S████████
Page: 7

output on the *TOLC*, S████████ earned a low average score; however, inspection of his responses indicated great struggle with syntactic formulation. Testing of automatic sequences of serial linguistic information (ABCs, days and months of the year) documented ongoing difficulty on all tasks. S████████ semantic verbal fluency (categorical fluency in naming objects) tested as low average (*NEPSY Verbal Fluency)*. Qualitative observation of S████████ oral language skills reflected relatively good pragmatic communication skills but major problems in oral language formulation and speech articulation.

<u>Phonological processing</u> includes basic auditory-verbal language skills that are fundamental and prerequisite to reading ability. S████████ showed very poor skill in breaking apart sounds in words (phonemic awareness) and poor phonological memory. His ability to rapidly name letters and single-digit numbers (rapid automatized naming) was somewhat better. Specific scores were as follows: phonological awareness (3rd percentile) - elision 1st percentile, blending words 25th percentile; phonological memory (2nd percentile) - memory for digits 2nd percentile, nonsense word repetition 9th percentile; rapid naming (12th percentile) - rapid digit naming 9th percentile, rapid letter naming 25th percentile.

| | Percentile Score or Level of Performance |
|---|---|
| **VERBAL LEARNING AND MEMORY DOMAIN:** | |
| *Buschke Selective Reminding Test (SRT)* | 0.5 - 4th percentile |
| WRAML Story Memory | 5th percentile |
| *WRAML Sentence Memory* | 5th percentile |

S████████ scores on tests of verbal learning and memory were consistently very low, but the problem clearly is due in part to poor attention and executive capacities for sustained memory effort. S████████ word list learning *(SRT)* reflected storage of only 5 of 12 words over eight learning trials. List learning is an effortful task since one cannot depend upon a meaningful context to automatically aid organization and retrieval of such rote information. S████████ was slow to learn the list, which was composed of names of familiar animals. Also, his ability to consistently recall the animal names once stored was very poor; he consistently recalled only 1 of the 5 animal names that he was able to store in long-term memory. S████████ memory for meaningful story material tested as borderline. He clearly felt overwhelmed by this somewhat lengthy listening task from the start. S████████ immediate memory span for sentence-length material also tested as just borderline.

| | Percentile Score or Level of Performance |
|---|---|
| **VISUAL-SPATIAL DOMAIN:** | |
| *WJ-III Spatial Relations* | 10th percentile |
| *Developmental Test of Visual-Motor Integration (VMI)* | 13th percentile |
| *WRAML Design Memory* | 5th percentile |

Testing of <u>visual perception</u> on an untimed, motor-free task (*WJ Spatial Relations*) yielded a borderline to low average performance (age equiv. 4 y 9 m). This task required completion of mental rotations of abstract shapes to see how they might fit together. S████████ basic <u>visual-</u>

85

**motor integration** skills tested as low average on the *VMI* developmental drawings (SS 83, 13th percentile). S████████ appeared somewhat impulsive in completing the drawings, but he did perceive them in a reasonably mature manner.

Regarding **visual memory assessment**, S███████ performance on the pencil-paper *WRAML Design Memory* task yielded just a borderline performance. However, the *DAS* results document average immediate visual memory skills on *Recall of Designs* and average visual list learning on *Recall of Objects*, based on multi-trial presentation of a picture card of a large number of familiar objects.

| | Percentile Score or Level of Performance |
|---|---|
| **SENSORY-MOTOR DOMAIN:** | |
| | |
| *Lateral Dominance Exam* | right manual preference except writing, left eye dominance |
| *Grooved Pegboard* | relative deficit for the dominant left side |
| *NEPSY Visuomotor Precision* | 50th percentile |
| *NEPSY Hand Positions* | 25th percentile, right side superiority |

The *Lateral Dominance Exam* reflected consistent use of the right hand to demonstrate a series of manual tasks such as hammering or cutting even though S███████ consistently used his left hand for all pencil-paper tasks and demonstrated a left eye dominance. S████████ performance on the *Kløve Grooved Pegboard* reflected average speeded manual dexterity, but with a somewhat stronger performance for the less dominant right side (right hand trial 43 seconds, left hand trial 48 seconds, no peg drops on either trial). Level of performance was within expectation bilaterally. This task requires visual-motor planning, motor steadiness, and good fine-motor coordination. Of interest, S████████ also showed superior right side performance on a sensory-motor task requiring copying of hand positions demonstrated by the examiner.

S████████ earned an average score on the *NEPSY Visuomotor Precision* task, which tests the ability to balance speed and accuracy demands in keeping a pencil line within boundaries when drawing along curving pathways. Inspection of S████████ work shows that he made a strong continuous effort to keep within the lines. This fine motor control task was clearly difficult for him to execute as his line quality was extremely wavery even though he worked hard and very rarely went outside the lines. Regarding **handwriting**, S████████ letter formation skills on writing tasks were quite labored. He erased several letter formation attempts and showed highly variable size of letters.

| | Percentile Score or Level of Performance |
|---|---|
| **ATTENTION/EXECUTIVE SKILLS DOMAIN:** | |
| | |
| *Achenbach CBCL* (Parent and Teacher Reports) | checklists within expectation, but definite qualitative attention concerns |
| | |
| *TOVA Continuous Performance Test* | impairment in attention |

86

Neuropsychological Evaluation
Re: C , S
Page: 9

*Cancellation of Rapidly Recurring Target Figures*     adequate speed; poor accuracy specifically for
                                                        alphanumeric targets

*NEPSY Visual Attention*                                91st percentile
*WJ-III Visual Matching*                                10th percentile

Executive functioning includes attention regulation and a range of cognitive functions related to use
of strategy, use of feedback, mental flexibility, maintenance of cognitive set, monitoring of goals,
and execution of plans of action. S          shows mild executive functioning weaknesses, mainly
related to attentional controls, but no major problems.

Parent and teacher report data on the *Achenbach Child Behavior Checklist* provide observational
information about an individual's attention and activity level in everyday life. Neither the parent nor
the teacher *CBCL* identified sufficient attention problems to reach the range of definite clinical
significance, but the teacher ratings did reach borderline significance for inattentive behaviors.
Thus, there are observations of behaviors that suggest inattention and/or distractibility even though
the pattern of findings does not suggest the presence of major hyperactivity.

S          performance on the *TOVA*, a computerized measure of visual attention, was valid.
Results suggest significant problems with inattention across the entire test (score for errors of
omission fell below the 1st percentile). There were no problems with errors of commission (markers
of impulsivity). The ADHD summary score of –3.36 falls well into the range of clinical significance.
The *TOVA* findings are potentially quite important in addressing the attention issue. Results
suggest that even though S          does not show significant hyperactivity, his outward
distractibility and fidgeting are accompanied by significant inattention. He is very likely to have
major trouble focusing his attention and maintaining vigilance when activities lack excitement and
when instructions are given in a routine manner. S          is very likely to miss information that is
not presented with emphasis.

S          showed uneven performance on pencil-paper, self-paced tasks of attention. S
scanned columns of letter and number units relatively quickly on the *CRRTF*, but he missed many
of the targets; he was more accurate in scanning for the *CRRTF* geometric target. He also had
difficulty with scanning of numbers on the *WJ Matching* cancellation task. In contrast, he was
impressively quick and accurate in scanning for pictorial information (first cats, and then two
particular faces), scoring well above average on the *NEPSY Visual Attention*. This is consistent
with parental report that S          is much better motivated to process picture information as
compared to letter and numeric information.

## ACHIEVEMENT TEST RESULTS

The *Wechsler Individual Achievement Test (WIAT)* was administered to provide a brief sampling
of beginning academic skills. We did not think it was necessary to give the alternative version of
the *Woodcock-Johnson III Tests of Achievement*, which were recently administered by MCPS.
*WJ-III* results should be reviewed together with our test results to obtain the most comprehensive
picture of S          basic academic skills since the *WJ-III* provides more comprehensive
information than the *WIAT* results presented below.

87

Neuropsychological Evaluation
Re: G█ S█████
Page: 10

| Subtest | Standard Age Score | Percentile Rank for Age | Grade Equivalent |
|---|---|---|---|
| Basic Reading | 85 | 16 | K:0 |
| Reading Comprehension | 94 | 34 | 1:2 |
| Reading Composite | 86 | 18 | K:9 |
| Mathematics Reasoning | 83 | 13 | K:1 |
| Spelling | 82 | 12 | K:1 |
| Listening Comprehension | 77 | 6 | < K:0 |

In the reading domain, S█████ earned scores that were low average to average, but his skills are still extremely emergent. *Basic Reading* requires use of phonics to identify beginning or ending sounds that went with pictures of common objects, and S█████ got one point for correctly matching one ending sound. *Reading Comprehension* requires reading a sentence presented with picture cues and then answering a question based on the sentence. S█████ got two questions right. The *Spelling* results reflected partial accuracy in writing single letters on request, and accurate spelling of two pre-primer words. S█████ showed willingness to attempt several spelling words and accuracy in writing the first letter of most words given. His handwriting was variable in size, and he complained aloud that he could not remember what the letters "d" and "p" looked like. Thus, S█████ was not confident about his beginning written language skills, but he did willingly attempt all reading and spelling introduced by the examiner. Oral questions on *Math Reasoning* yielded a borderline to low average level of performance. *Listening Comprehension* was S█████ low point on the *WIAT*. In general, S█████ beginning academic skills test at a beginning kindergarten level.

## PERSONALITY AND EMOTIONAL/BEHAVIOR SCREENING

The *Achenbach Child Behavior Checklist (CBCL)* was completed by S█████ mother. Her ratings of S█████ do not raise any significant concerns about either internalizing (withdrawn, anxious/depressed) or externalizing (acting-out) behavior or emotional problems, based on the summary scores. This is consistent with parents' reports that S█████ has been acquiring greater emotional self-knowledge and sense of competence through his therapy experiences. In contrast, the *Achenbach Teacher Report* reflects a significant elevation in the area of affective problems, and a borderline elevation on anxiety problems. Specifically, his teacher notes the presence of crying, tiredness, likely indications of feelings of worthlessness, self-consciousness, sensitivity to criticism, worries, fear of making mistakes, expressions of dependency, and fearfulness. S█████ was also requested to draw a picture of his family doing something together. He chose to draw himself standing between his parents and said that they were talking about a grandparent who died, noting that the grandparent had not been feeling good.

88

Neuropsychological Evaluation
Re: G██, S█████████
Page: 11

## EVALUATION SUMMARY AND IMPLICATIONS

S███████ G██ is a very pleasant and outgoing little boy just turning seven who presented for evaluation due to significant parent and school concerns about his learning.  The goals of the current comprehensive neuropsychological evaluation are to understand S████████ pattern of cognitive strengths and weaknesses more fully and to make recommendations for educational intervention to assist his development.  Parents have no major emotional or social concerns at this time.  S████████ clearly is a child who wants to do well academically but does not feel successful at present.  His underlying medical condition, Alagille Syndrome, has posed significant health challenges over the years.  While his health is now stable, S████████ is at heightened risk of learning disabilities due to the potential adverse effects of his medical condition and associated complications on neuropsychological development.  S████████ has shown clear delays in development, especially in the speech/language area, but he is only now at the point where specific learning risks can be assessed directly.

General ability testing on the *DAS* indicates that S████████ is able to reason with at least low average to average skills compared to other children his age when he can depend upon his nonverbal/spatial capacities. This is very positive given the fact that children with his disorder sometimes have significant global delays.  Nevertheless, S████████ cognitive skills are very uneven.  Even though his nonverbal intellectual potential appears very likely to lie in the average range, his skills currently test only in the borderline to low average range when he has to depend upon his verbal expressive reasoning skills.  It is readily apparent both in terms of quantitative scores and qualitative observations that S████████ struggles enormously when he must put his thinking into words.

S████████ demonstrates very inadequate word retrieval and expressive language structure, and his verbal reasoning responses are typically off the mark.  Given that he has low average receptive vocabulary and relatively fluent functional speech, those who interact with him casually are very likely to miss the fact that he cannot use language well for conceptual reasoning.  S████████ has relative strength in pragmatic language and has learned compensate through use of a range of set expressions that have become somewhat automatic for him.  However, his expressive language deficits are evident when he needs to formulate conceptual responses or complex communications.

In summary, the central point to make about S████████ intellectual capacities is that he operates at very different levels depending upon whether he can analyze things visually or must work with words.  Further, I want to emphasize that even in his areas of very real nonverbal and spatial strength, S████████ is likely to fail to perform to his full potential due to distractibility, impulsivity, and a low frustration tolerance.  In programming for S████████ educationally, it is vital to work from the assumption that he has solid reasoning potential even though it takes a high level of structure and encouragement for him to show his strengths dependably.  His history of poor test performance vs. better functional capacities is understandable in direct reference to the sources of interference (e.g., distractibility, impulsivity, frustration) that are operative even when S████████ is working in areas of personal strength.

The more specific neuropsychological results present a picture of a child with significant brain-related attentional limitations, including significant distractibility, mild hyperactivity, problems with

89

Neuropsychological Evaluation
Re: C█, S█████████
Page: 12

attentional drift, impulsivity, and ability to sustain mental effort. S███████ does not appear to be internally distracted by his internal thought processes. In addition to the basic problems with regulation of attentional controls, S█████████ attentional weaknesses also have a significant negative effect on listening skills, effortful learning and memory, nonverbal-sequential reasoning, and execution of spatial judgment and spatial reasoning tasks.

Language related skills directly reflect S█████████ neurologically based developmental delays. The language domain problems have been identified and treated through S████████ special education services, and these problems are clearly independent of the attention related difficulties now being identified in the neuropsychological evaluation. I would like to add the following points about S█████████ language skills based on our current neuropsychological testing: S████████ has relative strengths in language pragmatics and this aids him significantly in handling emotional, social, and academic demands. However, he is genuinely seriously handicapped in his speech articulation and his receptive and expressive language skills. Problems include understanding of syntax, expressive language formulation, and expression of verbal conceptual ideas, in addition to deficits in phonological processing (to be discussed later). S████████ needs very intensive speech/language services in order to master language sufficiently to use it effectively for conceptual learning purposes. At present he shows impressive compensatory efforts, and relative strength in word knowledge/semantics, but he is still very significantly handicapped in his language skills overall. It is encouraging that his language skills are moving forward, given his history, but it is crucial that intervention be very intensive. Otherwise his language deficits will have a cumulative effect on his overall cognitive and academic development.

S███████ also shows motor related difficulties even though they are not severe. He works very hard to compensate for fine motor control problems, and his handwriting is clearly at risk. His very late lateralization of handedness to the left side may well be associated with left hemisphere dysfunction, given his severe speech/language deficits and the possibility of micro-bleeds affecting cerebral development. His pattern of mixed manual dominance (demonstration of most manual tasks with the right hand but consistent use of the left hand for writing) and superior manual dexterity and hand position performance on sensory-motor testing, taken in combination with the language deficits, indicates the need for very careful monitoring of fine motor competencies and the likelihood that further direct occupational therapy services may be needed in the future.

The phonological underpinnings for development of reading and spelling reflect deficits. This is seen both in test results on measures of phonological processing and in S████████ very poor basic reading and beginning spelling skills, both of which fall at just a beginning kindergarten level despite instructional focus in these areas and parental reinforcement of phonics. In terms of written symbols, it is striking that S████████ appears genuinely confused about how to form and orient his letters, as well as showing deficits in scanning specifically of visual-symbolic material as opposed to visual-pictorial material.

S███████ is at very severe risk of specific learning disabilities in all basic academic areas (reading, written language, and math) given his medical history. Current neuropsychological and academic achievement findings also suggest a very high likelihood of specific learning disabilities. Given that S███████ is only now at a readiness point for acquisition of beginning academic skills (given his pattern of emergent language competencies), I would defer formal diagnosis of learning disabilities

90

Neuropsychological Evaluation
Re: C████, S███████
Page: 13

for one more year. However, intensive interventions in core beginning academic skills certainly need to be continued through his LAD program given his medical and language disorder diagnoses. I believe that it is vital to provide S███████ with intensive instruction in phonics and also to provide intensive individualized assistance with mastery of beginning written symbolic skills.

Given his neuropsychological profile, S███████ will typically be able to learn more effectively and efficiently when learning is both verbally and visually mediated, and when new information is presented in a highly structured and orderly fashion, with strong links provided to his prior knowledge base. In the classroom, S███████ is very likely to become overwhelmed by presentation of even a very modest volume of either verbal or visual material. This is likely to translate into significant processing overloads when materials become even a little detailed or complex in presentation. The overload condition may result in a range of problems including motivational shut down, very inefficient survey and organization of materials, auditory and visual inattention to details, and sequencing errors. S███████ graphomotor output (i.e., for handwriting, worksheet completion, any copying or transfer of written symbolic information) is also very likely to suffer in relation to issues of volume and/or complexity.

## RECOMMENDATIONS

### 1)    Educational placement and programming:

S███████ meets special education guidelines for classification under Other Health Impairment and Language Disorder, as is already documented by MCPS. His OHI coding should include diagnosis of an attention deficit disorder as well as his primary medication diagnosis of Alagille Syndrome.

S███████ appears to be appropriately placed in the LAD program. For the reasons specified in the body of this report, S███████ will continue to need very substantial individualized academic instruction through a small classroom setting, with a low student-to-teacher ratio, for at least the next few years. Should parents wish to review programs available through private special education schools, I suggest that they consider the Kingsbury Day School and The Lab School of Washington, both located in the District of Columbia, and possibly the Katherine Thomas School, in Rockville, MD.

S███████ will also need to be provided with Extended School Year services at least for the upcoming summer since he does not show sufficient growth in very basic academic skills and could not maintain what he has learned in language arts and math without continued instruction during the summer months.

In regard to development of beginning reading skills, it is important to emphasize phonics as intensively as possible given S███████ pattern of phonological processing deficits. Related to this, while use of visual cues is important and motivating for the beginning reader, it may be helpful to reinforce S███████ directly for working with brief text without pictures at times to encourage him in phonological efforts.

It is essential that his special education program integrate language intervention with the classroom instruction as well as provide individual speech/language therapy on a regular basis. Intensity of

91

Neuropsychological Evaluation
Re: G█, S█████
Page: 14

individual speech/language services should ideally be 4 days a week, but as a minimum three 30-
45 minute individual sessions a week, given the severity of Sebastian's speech/language disorder.

I am somewhat concerned that the current educational plan specifies only monitoring by the
occupational therapist at school. S██████ graphomotor skills are very much at risk given his
mixed dominance and very late manual lateralization, current neuropsychological findings of
sensory-motor advantages for the less dominant right hand, and poor demonstration of letter
formation skills. Unless S██████ shows substantial growth in writing skills by next fall, I believe
that direct individual occupational therapy services should be re-considered.

2)      **Classroom suggestions to enhance academic effort and attentional controls:**
          (Specific suggestions for language interventions are not included as these are addressed in
S██████ LAD program.)

*       _General principle - Maintain strong teacher guidance and reinforcement_: S██████ will
benefit from high levels of adult-provided structure and direction. It will be helpful if the teacher can
review S██████ work productivity and organizational efforts with him frequently. It is important
to use praise and positive re-direction liberally. Concrete suggestions include the following:

   a)  S██████ desk should be near the teacher (for prompting and redirection), away from
        other challenging students, and not touching others' desks. Experiment with seat
        location in the front of the classroom (near the board) and instructional area.
   b)  S██████ will function better when able to anticipate times requiring increased
        concentration. A visual representation of the day's schedule will provide another
        opportunity to internalize classroom routine.
   c)  S██████ will respond better to situations that he finds stimulating and engaging.
        Varying the instructional medium and pace will help sustain interest. S██████ would
        probably find lessons that emphasize visual cues and "hands-on" activities more
        engaging. Keeping the time required for sustained attention on task balanced with more
        active learning will improve performance. Changes in instructor's voice level and
        variation in word-pacing will also increase attention during instruction.
   d)  S██████ is likely to benefit from relative frequent brief breaks from seated desk work.
        While his awareness of his need to stretch and regulate himself at a body level may be
        limited, this is likely to assist him in becoming aware of self-pacing needs. In addition,
        S██████ might be allowed to keep a small object (e.g., a "fidget or worry object" that
        makes no noise) in his desk that he can hold and move around (out of his line of vision)
        if he experiences restlessness in the classroom. If introduced as part of a behavioral
        program, and paired with nonverbal teacher signals and feedback, this could help him
        stay focused visually and aurally.
   e)  S██████ is likely to get easily overwhelmed with larger assignments. Adjust the
        assignment down to smaller intervals. Schedule breaks after an optimum attention time
        period and then return to the assignment.
   f)  Seat work is often extremely difficult. This can become compounded when the teacher
        is instructing another small group. Check on S██████ as much as possible and help
        him learn guidelines for initiating check-ins with the teacher.

92

Neuropsychological Evaluation
Re: C█, S███████
Page: 15

   g) Make sure that S███████ establishes eye contact when receiving direction/instruction. This will improve understanding and follow-through on the task.

   h) S███████ will be more successful when given directions one step at a time. When a series of instructions are given, retention beyond the first direction is difficult.

   i) Combine verbal directions with illustrations or demonstrations of the desired task to increase the probability of successful learning of the task.

   j) After giving S███████ directions, have him paraphrase what the teacher has said. This will increase comprehension and provide an opportunity to check for understanding.

   k) S███████ may want to be "the first one done" on assignments. Set reasonable accuracy goals with him and avoid emphasizing speeded tasks.

   l) Since a characteristic of students with an attentional problem is the seeking of highly stimulating materials, computer-assisted instruction and drill can be highly successful and may also enhance keyboarding skills as well as fine-motor coordination.

   m) For many students with attention issues, time on the playground or in other unstructured group activities will tax their ability to maintain peer relationships successfully. If issues develop in this area, break-up the period into ten minutes of activity, a ten minute check-in with the teacher to serve as a helper, then another ten minute activity period.

\*   *General principle - Maintain strong teacher assistance to help the child in managing impulsive behaviors:* S███████ is likely to benefit from assistance to develop thoughtful behavior habits that can be substituted for impulsive tendencies.

   a) Practice modeling and instruction in skills for thinking "out loud" when planning problem-solving or multi-step tasks. This allows the teacher to gain insights into how S███████ can develop verbal skills to help slow himself down before he responds impulsively.

   b) The technique of "Stop-Think-Talk-Do" is central to many cognitive-behavioral interventions for students with attentional problems. It is a system that teaches how to "stop" before acting impulsively, "think" about the cause-and-effect relationships of their intended behavior, "say" or verbalize to themselves or others what they will do, and "do" the chosen behavior. Again, the purpose of the technique is to slow down responses.

   c) Encourage thoughtful responding and decrease impulsivity by waiting 10 to 15 seconds to receive responses during whole group instruction. Modeling and practicing how to formulate well-thought out responses can assist language and impulse regulation skills.

   d) It is important to pair verbal praise with any reward system. This facilitates weaning from a concrete reward structure to an internalized system. A simple nod, wink, smile, or touch on the shoulder can carry tremendous recognition power.

\*   *General principle – Assist the student to build good work habits on academic tasks:* One of the characteristics of attentional problems is the variability of work performance across settings, tasks, and over time. Rather than take high performance on some tasks as an indicator that low performance on other tasks is due to low motivation and willfulness, it is important to understand this as the nature of attentional problems. S███████ will do better on tasks he finds inherently interesting and stimulating, will tend to do worse on tasks that require sustained attention and are more mundane, may have difficulty with tasks that require complex problem-solving strategies, and may tend to persist using strategies that have proven ineffective.

93

    a) Give seat work one sheet at a time, if possible. This will prevent S██████ from feeling overwhelmed. This is also a helpful technique in testing.

    b) One of the simplest interventions with the most power is to have an extra set of textbooks at home to minimize the problem of not having the necessary homework materials.

    c) Since fine motor activities and spelling can be a problem, consider a major emphasis on using a word processor at an early age. Software to practice keyboarding should have stimulating graphics to motivate their use.

    d) Emphasize that part of the work routine is to "check your work". Students tend to complete work and turn it in without checking it over. Give S██████ some instruction in how to check work and practice it with him.

**3)**     <u>**Other professional services:**</u>

\*    Individual Tutoring: The services of a special educational tutor with expertise in reading and organizational skills may be helpful as a supplement to services that can be provided through S██████ school. This could include intensive training in phonics through a program such as PhonoGraphix. Tutoring assistance can relieve parents of some academic/homework oversight and allow them to devote more time to aspects of child rearing apart from academic goals. Tutors can be obtained through William Stixrud & Associates by contacting the front desk at 301-565-0534. Please let me know if you plan to pursue tutoring through our office so that I can initiate a referral for tutoring.

\*    Parents may also want to consider intensive phonics work during summer break, using a program such as PhonoGraphix, which is available through specially trained speech/language pathologists and special education tutors. However, given S██████ planned enrollment in the ESY program, this may not be needed this summer and could be incorporated into other tutoring services, as suggested above.

\*    I would recommend consideration of a consultation with a child psychiatrist to discuss the possibility of a trial of medication to enhance attentional controls. However, such medication might be contra-indicated in relation to S██████ health management or otherwise not advisable. I wish to emphasize that the decision to medicate or not is a decision that rests with the physician and parents, and that environmental interventions to provide a high level of structure and support in the learning environment are essential regardless of whether medication is pursued or not. Should parents pursue environmental structure as the main focus of intervention for S██████ attentional issues, it would be very important to work very closely with S██████ school to be sure that he is provided very consistent levels of positive behavioral redirection throughout the school day as well as a well-organized environmental structure.

\*    I endorse continuation of S██████ individual psychotherapy work to help him maximize his self-understanding, enhancement of self-esteem, development of emotional/behavioral coping strategies, and continued adjustment to chronic medical issues.

94

Neuropsychological Evaluation
Re: G☐, S☐☐☐☐☐
Page: 17

\*      We recommend neuropsychological re-evaluation one to two years to monitor S☐☐☐☐☐☐
development and educational progress. However, I am happy to provide consultation at any time
should there be any new concerns or need for review of attentional issues.

**4.      References**

Many parents have found the following books helpful in understanding and addressing attention
and language learning issues:

Amen, Daniel.  *Healing the ADD Child.*
Barkeley, Russell.  (1995).  *Taking Charge of ADHD.*  Guilford Press.
Hallowell, Edward M. & Ratey, John J.  *Driven to Distraction.*  Touchstone (Simon & Schuster).
Levine, Mel.  (1994).  *Educational Care: A System for Understanding and Helping Children with
        Learning Problems at Home and in School.*  Educators' Publishing Service, Cambridge, MA.

I also encourage parents to emphasize reading together with S☐☐☐☐☐☐ as an excellent way to
increase his appreciation for language and to encourage his reading skills.  As he gets a little older
he may also benefit significantly from listening to books on tape or listening to books designed for
reading along with listening on tape.  This will enhance language development (vocabulary, syntax,
verbal conceptual thinking) as well as reading skills.

It has been a pleasure working with S☐☐☐☐☐.  Please do not hesitate to contact us at (301) 565-
0534 if there are questions about this evaluation, or if we may be of further assistance on
S☐☐☐☐☐☐ behalf.

Diagnoses:

Cerebral dysfunction (ICD9 348.3, secondary to Alagille Syndrome, manifested in a diagnosis of
attention-deficit hyperactivity disorder, combined type)
Language disorder  (ICD9 784.5)

Date of report:      June 14, 2003

*Patricia H. Papero, PhD*
_____
Patricia H. Papero, Ph.D.
Licensed Psychologist

95