Patricia H. Papero, Ph.D.
Licensed Clinical Psychologist
District of Columbia License No. 1184
Maryland License No. 1643
6436 Barnaby Street N.W.
Washington, D.C. 20015
(301) 565-0534 – Ext. 266

The following report is <u>confidential</u> and may not be further released
without the signed, informed consent of the parent/legal guardian

## PSYCHOLOGICAL EVALUATION

NAME:  S██████ G██
DOB:  ██████, 1996
DATE TESTED: JANUARY 16, 2005
CHRONOLOGICAL AGE: 8 YEARS, 7 MONTHS

### REASON FOR REFERRAL

S██████ G██ was seen for a brief psychological evaluation at the request of his parents, Drs.
Aleksandra Parpura-Gill and Harwant Gill, to assist in monitoring of neurocognitive
development in relation to medical issues and to make input into educational planning.  Please
see the comprehensive neuropsychological evaluation completed by this clinician in May 2003
for detailed history and an extensive report regarding S██████'s brain-related strengths and
weaknesses across the major neuropsychological domains (Neuropsychological Evaluation
Report, Papero, June 14, 2003).  The immediate goal of the current evaluation is to update
general ability and academic achievement information for independent school applications for
the 2005-2006 school year.

Interim history provided by mother indicates that S██████ has made steady progress in all areas of
development since the earlier evaluation.  His health has been stable.  While he suffered an acute
medical injury about three months ago (epidural hematoma as a result of an accident resulting in a
head injury from a fall at a skating rink), he was hospitalized and treated effectively on an emergent
basis, and there has been no evidence suggesting any neurologic sequelae.  Educationally, S██████
is enrolled in a Learning and Academic Disabilities special education program in Montgomery
County, MD.

### TESTS ADMINISTERED

The *Wechsler Intelligence Scale for Children – Fourth Edition (WISC-IV)* was administered to
evaluate intellectual functioning.  *The Woodcock-Johnson Tests of Achievement – Third Edition
(WJ-III)* were administered to assess skill development in reading, math, and written language.

### BEHAVIORAL OBSERVATIONS

As on previous assessment, S██████ presented for evaluation as a very pleasant, friendly child
who had no difficulty separating from his mother to begin testing.  He was cooperative with all
procedures although he needed coaxing and a small amount of extra support and structure to get

141

PLAINTIFF'S
EXHIBIT
S6 8

started on writing tasks on the *WJ-III*. S██████ was able to remain seated without difficulty, but he was quite fidgety from the start. He tended to seek tactile stimulation through running his hands over the desk top, along the spiral binding of testing materials, etc. He also hummed or made mouth noises quietly a few times. However, he did not appear as easily distracted visually or auditorily as on our prior evaluation. He asked fairly frequently for breaks but could work a little longer if deemed necessary before it was an appropriate break time. While he demonstrated reasonable confidence on a range of nonverbal tasks, he seemed perhaps less sure of himself on verbal question and answer tasks than on our baseline testing, possibly stemming from a growing awareness that he can't respond verbally as well as children who don't have his degree of language disability. S██████ appeared somewhat tired from the start, yawning some and rubbing his eyes occasionally. However, he actually held up very well, working from 9:10 in the morning until shortly after 1 pm, with three breaks.

S██████s affect was generally fairly flat, but he brightened and smiled occasionally when he had worked especially hard and was given well deserved praise. He also brightened and showed heightened attention when the examiner increased her level of animation with him, suggesting that this is a potentially effective way to pull for more directed energy from him when he starts to disengage. He generally worked quite hard on both verbal and visual tasks when given a very modest amount of support and praise. The only tangible reinforcers used were a series of smiling faces introduced during the achievement testing, later in the morning, in order to help with motivation. This small amount of structure did appear important at this point in keeping Sebastian positive and engaged.

S██████ liked being timed, and he generally was able to work for speed effectively. In contrast, the interference of receptive and expressive language problems was evident throughout testing and detracted from S██████s ability to respond to questions, understand directions, and complete tasks with any language element at all, including tasks such as math word problems. S██████ often tended to remain silent for quite a while after being asked a question, and this was clearly due to a combination of listening comprehension, word retrieval, and oral language formulation problems rather than being due to attention problems. S██████ did not seem to have any effective way to indicate to the examiner that he was stymied, however, which created the impression at times that he was not attending. Speech articulation was adequate for full intelligibility approximately 90 percent of the time, but lack of well articulated speech was notable. Errors in sentence structure and grammar were notable also but generally did not detract from comprehension.

S██████ was a sweet and enjoyable child with whom to work. He tested the limits in terms of behavioral compliance just twice, in both cases when he didn't want to have to write, announcing, "I don't want to", pouting purposefully, and turning away. He was able to re-engage and start the task at hand within just a few seconds each time when the examiner waited him out. He remained consistently polite and clearly wanted to do the right thing. He appeared mildly immature from a general developmental perspective and was a little shy with an adult he did not remember well. While he warmed up, he remained slightly shy. He made eye contact easily. As in our prior assessment, S██████ did not tend to show peaks of anxiety or frustration in relation to difficult tasks except when he needed to get started on writing sentences. He no longer showed quite as much struggle with maintenance of effort on hands-on visual-spatial problem-solving.

Given S██████ good level of cooperation and effort, the results of the evaluation can be considered to provide a reasonably accurate picture of his typical functioning. However, given

142

attention issues and moderate difficulty sustaining maximal effort, it is likely the *WISC-IV* results may underestimate S▬▬s reasoning potential to a modest extent.

## WECHSLER RESULTS

S▬▬ attained a Verbal Comprehension Index Standard Score of 79 (borderline range, 8th percentile) and a Perceptual Reasoning Index Standard Score of 102 (average range, 55th percentile). In addition to the verbal and perceptual reasoning factors, the *WISC-IV* includes two information processing factors. Scores on these factors were as follows: Working Memory Index Standard Score 71 (borderline range, 3rd percentile) and Processing Speed Index Standard Score 109 (average range, 73rd percentile). The Full Scale IQ Score, which is based on summation of the ten standard subtest scores, was 87 (low average, 19th percentile). *The Full Scale IQ score has very limited meaning given the significant variability among the four index scores and should not be used as a general reference point for S▬▬s reasoning potential.* The PRI index score best reflects S▬▬s intellectual potential when language weaknesses do not get in his way. *The most appropriate approach to interpretation of S▬▬ Wechsler profile is at the level of the four index scores given the variability of his learning profile.*

The *WISC-IV* subtest scores are given below:

| Verbal Comprehension | Scaled Score | %ile | Perceptual Reasoning | Scaled Score | %ile |
|---|---|---|---|---|---|
| Similarities | 6 | 9 | Block Design | 7 | 16 |
| Vocabulary | 8 | 25 | Picture Concepts | 14 | 91 |
| Comprehension | 5 | 5 | Matrix Reasoning | 10 | 50 |
| (Information)* | 6 | 9 | (Picture Completion)* | 8 | 25 |

*Supplemental subtest not included in factor score

| Working Memory | Scaled Score | %ile | Processing Speed | Scaled Score | %ile |
|---|---|---|---|---|---|
| Digit Span | 5 | 5 | Coding | 8 | 25 |
| Letter–Number Seq. | 5 | 5 | Symbol Search | 15 | 95 |

The Verbal Comprehension factor assesses skills involving conceptual similarities, expressive word knowledge, practical commonsense reasoning, and general fund of information. All of these skills fell very significantly below average with the exception of word knowledge. S▬▬ struggled very significantly with both receptive and expressive language problems, as noted under behavioral observations, and this was a major factor contributing to his problems on the verbal subtests.

Perceptual Reasoning abilities reflected greater variability and much greater competence, with a major personal strength in pictorially-based conceptual classification (Picture Concepts); this non-motor task yielded a score in the superior range. S▬▬ also experienced solid success on a motorfree visual-perceptual reasoning task involving abstract pattern completion (Matrix Reasoning). He performed at a low average level on a hands-on abstract visual-spatial reasoning task involving block constructions, with substantial difficulty figuring out how to handle the spatial orientation of design elements. He earned a low average to average score on a motorfree visual reasoning task involving judgment of essential pictorial details. Difficulty sustaining visual attention appeared to detract from S▬▬ effort on both the matrix reasoning and picture completion tasks.

143

Working Memory skills reflected genuine impairment. S███████ low scores here reflected major problems with mental serial ordering of auditory information (i.e., repeating numbers in order or reversing their order, or rearranging random alphanumeric information into a logical, ordered progression). Thus, on the working memory tasks S███████ demonstrated only borderline ability to hold in mind and manipulate increasingly longer chains of numbers, and to hold in mind and sequence numbers and letters presented to him totally orally. S███████ showed good effort on both of these auditory processing tasks, but he could not grasp and/or consistently apply the more complex number and letter sequencing rules.

Processing Speed skills reflected very uneven skills depending upon whether graphomotor writing skills (and transfer of information from one location to another) or less motor-intensive visual scanning of pre-organized information was required. S███████ showed only low average to average pencil-paper speed in recording written symbols associated with numbers on the *Coding* task, but he demonstrated excellent ability for rapid visual scanning on the *Symbol Search* task. S███████ was well motivated and appeared to work as quickly as he was able on each of these tasks, but he had some difficulties with efficiency on both tasks. He was distracted by managing the materials and shift in focus between the coding key and his work space on *Coding*, and he was skipped two lines on the *Symbol Search* task. Thus, S███████ showed visual-motor information processing vulnerability on both tasks even though his scanning score was very strong.

## WOODCOCK-JOHNSON-III ACHIEVEMENT TEST RESULTS

| Achievement Cluster | Standard Age Score | Percentile Rank for Age | Grade Equivalent |
|---|---|---|---|
| Summary Scores | | | |
| Academic Skills | 81 | 11 | 2.0 |
| Academic Applications | 80 | 9 | 1.5 |
| Academic Fluency | 76 | 5 | 1.7 |
| | | | |
| Broad Reading | 83 | 13 | 2.2 |
| Letter-Word Identification | 88 | 21 | 2.4 |
| Passage Comprehension | 83 | 13 | 1.8 |
| Word Attack | 90 | 26 | 2.1 |
| Reading Fluency | 85 | 16 | 2.1 |
| | | | |
| Broad Math | 77 | 6 | 1.4 |
| Calculation | 86 | 17 | 2.1 |
| Applied Problems | 70 | 2 | k.7 |
| Math Fluency | 73 | 4 | 1.3 |
| | | | |
| Broad Written Language | 70 | 2 | 1.4 |
| Spelling | 72 | 3 | 1.2 |
| Writing Samples | 94 | 33 | 2.2 |
| Writing Fluency | 67 | 1 | 1.0 |

Overall, S███████ academic skills in reading, math, and written language are at a mid-first grade to beginning second grade level. His basic skills in reading, math, and writing appear to be stronger than his academic application skills.

144[4]

***WJ-III Reading:*** S█████ showed low average skills, with greatest strength in single word decoding. His decoding skills were tested in two ways. His score for reading sight words (*Letter-Word Identification*) fell at the 21st percentile. Decoding skills based on reading nonsense words aloud (*Word Attack*) fell at the 26th percentile. Reading comprehension on *Passage Comprehension* tested at the late first grade level (13th percentile). The *WJ-III* method of assessing reading comprehension consists of processing a one- to two-sentence passage in which a one-word blank must be filled in. Picture cues are provided on many of the beginning items. S█████'s score for reading very simple sentences on the *Reading Fluency* task fell at the 16th percentile.

***WJ-III Math:*** S█████ lacked confidence in the area of mathematics but was willing to work hard when provided support. His written calculation skills were at the 17th percentile, with performance similar to that of children beginning second grade. S█████ applied math understanding (based on story problems read to him with the information displayed on the page) tested only at a mid-kindergarten level (2nd percentile). Poor language comprehension contributed greatly to his problems. S█████ efficiency in completing very simple written math problems fell at the early first grade level (4th percentile). His performance on simple one digit addition and subtraction was very uneven. He forgot to look the operational sign on the two problems he missed, but he also skipped some problems well within his ability level.

***WJ-III Written Language:*** S█████ skills tested as quite variable. He showed major difficulties with spelling and with following directions on the writing fluency task but performed in the average range on the writing samples. His score on *Spelling* was at the 3rd percentile, whereas his ability to express ideas and formulate advanced written expression was at the 33rd percentile on the *Writing Samples* subtest, which is untimed and does not count spelling errors. He made a very large number of spelling errors on the latter task, but the sentences that he composed usually contained the correct structural elements. For example, on one item he subvocalized *The bird is singing a song* as he wrote *The burd is scong a song*, and he subvocalized *The seal is balancing a ball* as he wrote *The seyt is bal scg a bol.* He also demonstrated difficulty in producing some letters on the spelling and sentence writing tasks, writing *c* when asked to write a lower-case *u*, and substituting *b* for *d* one time and *g* for *b* another time. S█████ received a very low score for speed and efficiency in writing very simple sentences (1st percentile). While he actually was reasonably fluent in getting words on paper, he had major problems in following the directions, frequently changing or omitting some of the required words. He could correct the same kinds of errors on the sample teaching items, but it was clear even then that he did not appear to genuinely understand the directions about using the exact three words that were given. S█████ initially resisted the writing tasks but then was able to apply himself with good effort. He did not appear aware of the extent of his errors.

## EVALUATION SUMMARY AND IMPLICATIONS

The general ability testing on the *WISC-IV* indicates fully average intellectual potential when S█████ can depend upon his stronger nonverbal perceptual reasoning abilities. This is an excellent finding for this particular child given his medical history and potential neurological vulnerabilities. S█████ shows some excellent strengths in nonverbal thinking areas when no motor output or spatial organizational effort is required. However, his skills are very uneven. Even though his nonverbal intellectual potential is clearly well within expectation for his age, his verbal comprehension skills test only in the borderline to low average range. As in his baseline neuropsychological assessment, his language disabilities interfere greatly with demonstration of

verbal reasoning skills. It is readily apparent both in terms of quantitative scores and qualitative observations that S███████ struggles enormously when he must process directions or explanations, or put his thinking into words. The *WISC-IV* working memory index indicates major working memory problems and broader auditory processing problems. The *WISC-IV* processing speed index reflects strong visual scanning speed but some errors in tracking and mild problems with pencil-paper output.

Comparison of S███████ current *WISC-IV* results with the earlier *Differential Ability Scales* results provides documentation of a very satisfactory rate of development of intellectual capacities. Verbal reasoning level is comparable from 2003 to 2005: *WISC-IV* Verbal Comprehension SS 79 vs. *DAS* Verbal Cluster SS 78. Maintenance of comparable standard scores is the best that would be expected in an area of cognitive vulnerability, and language based reasoning is such an area for S███████. Nonverbal reasoning reflects evidence of progress in skill development from 2003 to 2005: *WISC-IV Perceptual Reasoning SS 102* vs. *DAS Nonverbal Reasoning Cluster SS 91 and Spatial Cluster SS 87.* This is an excellent indicator of strong underlying cognitive potential.

As I stated in my prior neuropsychological evaluation, it still needs to be taken into account educationally that S███████ operates at very different levels depending upon whether he can analyze things visually or must work with words. It is also still true that S███████ is likely to fail to perform to his full potential even on nonverbal tasks due the ongoing presence of problems with uneven attention, impulsivity, and frustration tolerance. S███████ appears to show less direct evidence of inattention now than on prior assessment, but the attention/executive domain is still an area of vulnerability and is likely to remain so. S███████ is not a candidate for medication for his attention related issues due to his medical vulnerability. Therefore, it is critical that he be provided a well organized learning environment and good one-on-one assistance during instructional periods and independent seat work periods. In programming for S███████ educationally, it is vital to work from the assumption that he has solid reasoning potential even though it takes a high level of structure and encouragement for him to show his strengths dependably. Given the clinical evidence of ongoing severe problems with receptive and expressive language skills, it is also absolutely vital that his educational program integrate language work directly into the curriculum as well as allow for intensive individual speech/language intervention.

When I saw S███████ in 2003 I concluded that he was at very severe risk of specific learning disabilities in all basic academic areas (reading, written language, and math) given his medical history and neuropsychological and academic achievement test data. He has made notable progress in reading and written language, and somewhat less progress in math, in the period since our last evaluation. However, his *WJ-III* academic skill levels are still one to two full grade levels below his current grade placement. *Based on current testing, S███████ meets criteria for identification of specific learning disabilities in all basic academic skill areas.* The current *WJ-III* achievement test results document broad reading, broad math, and broad written language scores that are significantly lower than S███████ Perceptual Reasoning Index, which is the most accurate indicator of his intellectual potential (given the negative effect of his language disorder on assessment of verbal abilities).

## RECOMMENDATIONS

Regarding special educational classification:
S███████ continues to meet special education guidelines for classification under Other Health Impairment (08) and Language Disorder (04), as is already documented by MCPS. His OHI coding should include diagnosis of an attention deficit disorder as well as his primary medication diagnosis of Alagille Syndrome. Current evaluation results indicate that he also meets guidelines for classification under Learning Disability (09), with specific learning disabilities in reading, math, and written language, in addition to a language learning disability.

Regarding educational placement and services:
I recommend that parents consider programs such as the Kingsbury Day School, located in the District of Columbia, and Katherine Thomas School, in Rockville, MD. Both schools can provide the kind of integrated educational program that S██████ will need. The learning disability programs at these schools build language intervention directly into the daily curriculum and provide intensive reading remediation and intensive writing and math instruction that address the underlying language learning disability. S██████ definitely needs the small, highly individualized instructional setting and low student-to-teacher ratio that these schools can provide, for the foreseeable future. He will also need relatively intensive individual speech/language therapy and direct services in occupational therapy, possibly including sensory integration work. It will benefit him greatly if these services can be provided on-site at school so that they can most easily be linked directly to accommodations and instructional interventions in his classroom setting. I also think he will need some amount of work on basic academic skills during the summer months in order to maintain skill levels from one academic year to the next.

Classroom suggestions to enhance academic effort and attentional controls:
Please see recommendations listed in the comprehensive neuropsychological evaluation report. All recommendations for instructional interventions and classroom accommodations given in that report still appear valid and appropriate for this student.

Neuropsychological re-evaluation:
Given parent report that S██████ is showing good progress in all areas of functioning, a comprehensive neuropsychological monitoring evaluation does not appear necessary on an immediate basis unless there are problems in deciding upon an appropriate educational placement or unless there is need for specific input about particular cognitive problem areas. I believe it would be more critical to be sure that a comprehensive language evaluation is conducted to guide educational placement decisions and to assist with planning speech/language intervention work over the next year. However, should there be any new concerns, I would be happy to see S██████ at any time. I think that the next neuropsychological evaluation could be scheduled 6 to 18 months from now so long as S██████ appears positive about learning and continues to demonstrate progress across all areas of his functioning.

It has been a pleasure working with S██████ again. Please do not hesitate to contact me at (301) 565-0534 Extension 266 if there are questions about this evaluation, or if I may be of further assistance on S██████ behalf.

147

Diagnoses:
Cerebral dysfunction (ICD9 348.3, secondary to Alagille Syndrome, manifested in a diagnosis of attention-deficit hyperactivity disorder, combined type)
Language disorder (ICD9 784.5)
Learning disabilities (Dyslexia, ICD9 784.61; Dyscalculia 784.69)

Date of report:  1/17/05

Patricia H. Papero, Ph.D.
Licensed Psychologist

148

Patricia H. Papero, Ph.D.
Licensed Clinical Psychologist
District of Columbia License No. 1184
Maryland License No. 1643
6436 Barnaby Street N.W.
Washington, D.C.  20015
(301) 565-0534 – Ext. 266

The following report is <u>confidential</u> and may not be further released
without the signed, informed consent of the parent/legal guardian

## PSYCHOLOGICAL EVALUATION ADDENDUM

NAME: S████████ G██.
DOB: █████████, 1996
DATE TESTED: JANUARY 16, 2005
CHRONOLOGICAL AGE: 8 YEARS, 7 MONTHS

Comparison of Woodcock-Johnson Tests of Achievement – Third Edition (WJ-III) results of
May, 2003 (MCPS), Wechsler Individual Achievement Test (WIAT) results of May, 2003
(Papero), and Woodcock-Johnson Tests of Achievement – Third Edition (WJ-III) results of
January, 2005 (Papero):

| Summary / Subtest | WJ-III 2003 | WIAT 2003 | WJ-III 2005 |
|---|---|---|---|
| Broad Reading/Reading Composite | | SAS 86 | SAS 83 |
| Letter–Word ID/Basic Reading | SAS 77 | SAS 85 | SAS 88 |
| Comprehension | SAS 77 | SAS 94 | SAS 83 |
| Word Attack/Pseudoword | | ------ | SAS 90 |
| | | | |
| Broad Math/Math Composite | | | SAS 77 |
| Calculation/Numerical Operations | SAS 92 | ----- | SAS 86 |
| Applied Problems/Math Reasoning | SAS 81 | SAS 83 | SAS 70 |
| | | | |
| Broad Written Lang./WL Composite | | | SAS 70 |
| Spelling | SAS 83 | SAS 82 | SAS 72 |
| Writing Samples | SAS 84 | | SAS 94 |

**CAUTIONS:** Comparisons from the WIAT to the WJ-III are not exact since there are some task
differences between the two achievement batteries. In addition, comparison of scores at different
points of time on the same achievement battery (WJ-III) may not be fully meaningful since the
kinds of cognitive/learning processes required for success may shift developmentally to a
significant extent during the early elementary years. Therefore, while score comparisons provide
some guidance regarding the growth and development of a child's skills, qualitative information
and actual school performance need to be considered as well.

**CONCLUSIONS:** S██████ shows good progress in reading decoding (Letter-Word/Basic
Reading). Based on this finding and the current Word Attack score, S███████ shows definite
phonological processing strengths. Reading comprehension progress appears to have been
uneven, but the trend is toward mild improvement overall. Lower scores in reading
comprehension relative to decoding are likely to reflect the effects of S████████ language

149



PLAINTIFF'S
EXHIBIT
SG 9

disorder on language comprehension.  A reading remediation program that incorporates language skills is vital.

In the math area, applied math reasoning is also subject to language-deficit interference.  The current standard age score is substantially lower than both earlier scores.  Again, it is vital that S██████ math curriculum incorporate language skills in relation to development of math reasoning abilities. Math calculation skill is measured a little lower than initially, but it still represents a relative strength for S██████.  Moreover, a 6-point difference can represent a chance difference in measurement accuracy.

In the written language area, findings are uneven.  The current spelling score is substantially lower than before.  It is concerning that S██████ spelling is less well developed than his reading decoding skills since both involve basic sound-symbol relationships.  However, it is important to consider that written spelling also requires substantial pencil-paper effort for letter formation in the early elementary grades, and S██████ had mild difficulty with his graphomotor efforts. This could detract from his giving full concentration to the spelling process itself.  The writing samples task reflects excellent growth in skills, and it constitutes an area of current strength.  However, as writing tasks become more complex from a linguistic perspective, it will be important to provide substantial direct assistance and accommodations to help S██████ compensate for any language formulation weaknesses that detract from his written language expression.

*Patricia H. Ogino, PhD.*

150

17904 GEORGIA AVENUE, SUITE 203
OLNEY, MARYLAND 20832
Telephone (301) 570-4611
Fax (301) 570-1163

## VISUAL LEARNING CENTER
### Dr. Philip L. Nicholson

OPTOMETRIST

Re: G___, S_____ D.O.B. ___/96 Age 8.75

Screening Date: 01/29/05

The parents of this child have reported difficulties with the following areas:

*Reading, poor concentration, spelling, comprehension, skipping words and memory*

By way of our Learning Behavior Rating Scale (LBRS), questions were asked that rate the student's learning skills and behaviors compared to others of the same age and gender. 64 questions were asked providing scores that reflect observations and concerns. Problem areas were indicated by these responses in the areas of attention, learning skills and academic achievement.

Testing of the student consisted of sub tests from the Structure of Intellect Learning Abilities Test (SOI-LA) and Optometric performance appraisals of functional vision. These tests were felt to reflect accurate measurements of visual information gathering skills as well as visual processing skills.

**My evaluation indicated the following areas of concern:**

**Focusing:** The ability to clear an image quickly from one distance to another and to sustain clarity for a length of time. Testing indicated the need for "plus" power which relaxes focusing effort for all near tasks like reading. Prescribing glasses to relieve stress is a method of relaxing the eyes to a more comfortable stance. Focusing training can improve flexibility and stamina of the focusing system.

**Fixation Speed:** The ability to move the eyes accurately ( tracking ) and to process information quickly. The symptoms often include slow reading, losing one's place, fatigue and working slowly. Testing showed S_____ to be at 2 years below age expected.

**Visualization:** The ability to picture, manipulate and organize visual information. This skill is important for spelling, comprehension of complex structures and sequential activities. Educators often refer to this skill as " imagery ". S_____ tested 1 year above age expected.

**Selective Attention:** The ability to stay on a visual task. Symptoms often include poor concentration and attention span, slow reading, fatigue and skipped words and lines. Testing showed 3.5 years above average age expected .

**Letter Reversals:** Children who reverse letters and numbers do NOT see them backwards. Letter reversals are a symptom of poor laterality and directionality concepts. Children with symptoms of letter reversals may not show them often when examining examples of their handwriting but when asked to decode and identify them will show poor ability. It is possible that weakness in this area can slow work down and cause confusion of word meanings. S_____ tested 2 years below age expected (at 6.7 years).

**Visual Memory:** The ability to store, retain, and retrieve visual information. Symptoms include looking back many times when copying and poor memory of words and objects. S_____ tested 1 year below age expected.

**Logic and Form Reasoning:** The ability to determine a solution to a visual problem. Symptoms include: poor reasoning and learning strategies and the inability to follow rules of grammar or math. S_____ tested at 2 years below age expected.

151

PLAINTIFF'S
EXHIBIT
SG-10

**Visual Motor Integration:** The ability to use the eyes, hands and feet together quickly and accurately. Often times, weakness in this area will manifest as difficulty processing or "deciphering" visual symbols. Poor control of gross and fine motor skills can also be linked to this skill. Testing showed skill level at age level.

*My diagnosis of Sabastian's visual problems include poor visual processing skills in the area of selective attention, visualization, visual memory and letter reversals. S████████ also has problems tracking his eyes.*

Using a model of intelligence developed in 1986, I created a therapy program that is based on cognitive processing and has an emphasis on the improvement of poor, visually related cognitive functions. I combine this therapy with more traditional orthoptic therapy for improvement of oculomotor skills. I call it visual processing therapy to differentiate it from various types of vision therapy offered by different providers.

Visual processing therapy is designed to modify the visually related cognitive functions required for academic success. Therapy consists of tasks that are organized in a hierarchical manner. These tasks are the means of developing cognitive abilities. This therapy approach is based, in part, on the theory that retraining of cognitive functions can help reorganize and improve higher cognitive abilities (Feuerstein R., et al, 1989) To do this, however, the targeted functions must be worked on repeatedly. Therefore, as soon as a student has mastered a task or group of tasks, higher-level tasks that target the same cognitive functions must be available. Oculomotor skills are improved through the use of lenses, prisms, and gross and fine motor skill development. These intense, sequenced tasks and the accompanying feedback are the hallmarks of my approach to visual processing therapy.

A program of therapy is recommended to improve the areas this student tested low in. An in-office program is recommended consisting of 30 one-hour sessions with our staff. The therapy is done one-on-one and is designed specifically for this student. 1 to 2 hours of homework are to be completed each week consisting of activities and materials we provided. A progress evaluation will be scheduled after 30 sessions of therapy to re-evaluate progress. I also recommend use of glasses for all near work like reading and computers.

I have a proven track record of improving the skills S███████ is weak in. I encourage you to visit my web site for additional information at

www.VisualLearningCenter.com

If you have any further questions or if a member of the educational team would like to speak with me, please feel free to contact me. I look forward to working with S████████ over the coming weeks.

Yours in Vision,

Dr. Philip Nicholson
Visual Learning Center

152

# Glenallan Elementary School



12520 Heurich Road
Wheaton, Maryland 20902
(301) 929-2014

Date: _2-2-05_

Re: _S▬▬▬_

Dear Parent:

Under IDEA (Individuals with Disabilities Education Act), schools are responsible for reporting student progress toward IEP goals on a quarterly basis. Therefore, enclosed please find your child's instructional goals and objectives with progress noted.

Please let us know if you have any questions about your child's program or performance.

Sincerely,

Ronnie Fields

Ronnie Fields
Principal

PLAINTIFF'S
EXHIBIT
SG11

153

Office of Instruction and Program Development
Department of Special Education
MONTGOMERY COUNTY PUBLIC SCHOOLS
Rockville, Maryland 20850

**INDIVIDUALIZED EDUCATION PROGRAM
INSTRUCTIONAL GOALS AND OBJECTIVES
CONFIDENTIAL**

Page 5 _____

Student Name _Cur_____ _Sε_____  _MI___  ID# _911937_  Meeting Date _01_ / _15_ / _04_
                Last        First

⑦ **PART I: INSTRUCTIONAL AREA** _MATH_
(Refer to MCPS Form 336-51 for present levels of performance.)

**Part II: ANNUAL GOAL: Identify one annual goal per page that the student can reasonably be expected to accomplish within one school year _2004_ through _2005_.**
Note: The goals and objectives/benchmarks are considered draft recommendations until approved.

GOAL: _Sε_____ will demonstrate the ability to tell time & solve applied math problems.

**PART III: SHORT-TERM OBJECTIVES/BENCHMARKS:** Describe what the student is expected to accomplish, under what circumstances, to what level of mastery, and the procedure for evaluating achievement. (Use additional copies of page 5, if needed, and mark them 5A, 5B, etc., in the top right-hand corner.)

| | PROGRESS (indicate date and code) | | | | |
|---|---|---|---|---|---|
| | 11/04 | 1/05 | 4/05 | 6/05 | |
| 1. Given worksheets and/or manipulatives, Sε_____ will read and write the time to the minute using A.M. and P.M. with 90% accuracy and/or by passing criteria on CBA. | 1 | 1 | | | |
| 2. Given a worksheet and/or a clock, Sε_____ will read time on a clock and set the clock to a given time using manipulatives (as needed) with 90% accuracy and/or by passing criteria on CBA. | 1 | 1 | | | |
| 3. Given worksheets or manipulatives Sε_____ will express addition and subtraction situations using number sentences with 90% accuracy. | 3 | 3 | | | |
| 4. Given worksheets or manipulativesSε_____ will write all related addition and subtraction sentences for given numbers by  passing criteria on CBA. | 3 | 3 | | | |

Service provider(s) _Special Education Teacher_

**PROGRESS CODES:** Progress toward each annual goal is measured by the attainment of evaluation criteria for specific short-term objectives under that goal. Each marking period parents will be notified in writing concerning progress on annual IEP goals. **CODES: 5=**the objective has been met. **4=**progress has been made and it appears the objective will be met by the end of the duration of the IEP; **3=**progress has been made toward the objective, but the objective may not be met by the end of the duration of the IEP; **2=**progress has been made toward the objective, but the objective was not addressed during this reporting period. IEP; **2=**progress is not sufficient to meet this objective by the end of the duration of the IEP; **1=**this objective was not addressed during this reporting period.

DISTRIBUTION: COPY 1/Student's Confidential Record; COPY 2/Service Provider(s); COPY 3/Parent

MCPS Form 336-51, Rev. 1/03

154

Office of Instruction and Program Development
Department of Special Education
MONTGOMERY COUNTY PUBLIC SCHOOLS
Rockville, Maryland 20850

INDIVIDUALIZED EDUCATION PROGRAM
INSTRUCTIONAL GOALS AND OBJECTIVES
CONFIDENTIAL

Page 5 _____

Student Name _____ _____ ____ ID# _911937_   Meeting Date _03_ / _15_ / _04_
              Last            First          MI

**PART I: INSTRUCTIONAL AREA.** READING: CUEING SYSTEMS
(Refer to MCPS Form 336-51 for present levels of performance.)

**PART II: ANNUAL GOAL:** Identify one annual goal per page that the student can reasonably be expected to accomplish within one school year _2004_ through _2005_
*Note:* The goals and objectives/benchmarks are considered draft recommendations until approved.

GOAL: Selena will examine, construct and extend the meaning of a variety of self-selected and assigned texts by applying reading strategies.

**PART III: SHORT-TERM OBJECTIVES/BENCHMARKS:** Describe what the student is expected to accomplish, under what circumstances, to what level of mastery, and the procedure for evaluating achievement. (Use additional copies of page 5, if needed, and mark them 5A, 5B, etc., in the top right-hand corner.)

1-Selena will use vowel-consonant sounds, consonant blends, and vowel-vowel sounds to make words, as measured by classroom assignments 80% of the time.

2-Selena will know and use common (e.g., -ill,-ate) and complex (e.g., -ight) word families to decode unfamiliar words, as measured by classroom assignments 80% of the time.

3-Selena will read high-frequency and common, irregular sight words (e.g., have, said, the, of); as measured by classroom assignments 80% of the time.

4-Selena will recognize compound words, contractions, common abbreviations and common syntax, as measured by classroom assignments 80% of the time.

5-Selena will read root words (e.g., smile) and their various inflections (e.g., smiles, smiling, smiled), as measured by classroom assignments 80% of the time.

| | PROGRESS (Indicate date and code) | | | |
|---|---|---|---|---|
| | 1/04 | 1/05 | 4/05 | 6/05 |
| 1. | 3 | 3 | | |
| 2. | 3 | 3 | | |
| 3. | 3 | 4 | | |
| 4. | 3 | 3 | | |
| 5. | 3 | 4 | | |

Service provider(s)  Special Education Team (SET)

**PROGRESS CODES:** Progress toward each annual goal is measured by the attainment of evaluation criteria for specific short-term objectives under that goal. Each marking period parents will be notified in writing concerning progress on annual IEP goals. **CODES: 5**=the objective has been met; **4**=progress has been made and it appears the objective will be met by the end of the duration of the IEP; **3**=progress has been made toward the objective, but the objective may not be met by the end of the duration of the IEP; **2**=progress is not sufficient to meet this objective by the end of the and of the duration of the IEP; **1**=this objective was not addressed during this reporting period.

MCPS Form 336-51, Rev. 1/03    DISTRIBUTION: COPY 1/Student's Confidential Record; COPY 2/Service Provider(s); COPY 3/Parent

Page 5 of 14

155

⑦

Office of Instruction and Program Development
Department of Special Education
MONTGOMERY COUNTY PUBLIC SCHOOLS
Rockville, Maryland 20850

INDIVIDUALIZED EDUCATION PROGRAM
INSTRUCTIONAL GOALS AND OBJECTIVES
CONFIDENTIAL

Page 5

Student Name _____ ID# __911937__ Meeting Date _03_/_15_/_04_

Last    First    MI    through    _2005_

**PART I: INSTRUCTIONAL AREA** _READING COMPREHENSION_
(Refer to MCPS Form 336-51 for present levels of performance.)

**Part II: ANNUAL GOAL:** Identify one annual goal per page that the student can reasonably be expected to accomplish within one school year  _2004_  through  _2005_.
Note: The goals and objectives/benchmarks are considered draft recommendations until approved.

GOAL ___Student___ will examine, construct and extend the meaning of a variety of self-selected and assigned texts by applying reading strategies.

**PART III: SHORT-TERM OBJECTIVES/BENCHMARKS:** Describe what the student is expected to accomplish, under what circumstances, to what level of mastery, and the procedure for evaluating achievement. (Use additional copies of page 5, if needed, and mark them 5A, 5B, etc., in the top right-hand corner.)

1-Student will follow simple written instructions and describe the importance of specific steps; as measured by classroom assignments 80% of the time or stance questions 2/3 times.

2-Student will extract appropriate and significant information from the text; as measured by classroom assignments 80% of the time or stance question 2/3 times.

3-Student will follow simple written directions and identify additional information needed to perform the task; as measured by classroom assignments 80% of the time or stance question 2/3 times.

4-When reading text, Student will use (word meaning, language structure and letter/sound relationships) to demonstrate comprehension of text in daily reading lessons (80% of the time) as measured by teacher observation record.

Service provider(s)  _Special Education Team (SST)_

**PROGRESS CODES:** Progress toward each annual goal is measured by the attainment of evaluation criteria for specific short-term objectives under that goal. Each marking period parents will be notified in writing concerning progress on annual IEP goals. **CODES: 5**=the objective has been met; **4**=progress has been made and it appears the objective will be met by the end of the duration of the IEP; **3**=progress has been made toward the objective, but the objective may not be met by the end of the duration of the IEP; **2**=progress has been made toward the objective but this objective was not addressed during this reporting period. IEP; **1**=this objective was not sufficient to meet this objective by the end of the of the duration of the IEP; **1**=this objective was not addressed during this reporting period.

| | PROGRESS (Indicate date and code) | | | | |
|---|---|---|---|---|---|
| | 7/04 | 1/05 | 4/05 | 6/05 | |
| 1. | 3 | 3 | | | |
| 2. | 3 | 3 | | | |
| 3. | 3 | 3 | | | |
| 4. | 3 | 3 | | | |

MCPS Form 336-51, Rev. 1/03

DISTRIBUTION: COPY 1/Student's Confidential Record; COPY 2/Service Provider(s); COPY 3/Parent

Page 5 of 14

156

⑦

Office of Instruction and Program Development
Department of Special Education
MONTGOMERY COUNTY PUBLIC SCHOOLS
Rockville, Maryland 20850

INDIVIDUALIZED EDUCATION PROGRAM
INSTRUCTIONAL GOALS AND OBJECTIVES
CONFIDENTIAL

Page 5

Student Name ~~Last~~        ~~First~~        MI        ID# __911937__    Meeting Date _01_ / _15_ / _04_

**PART I: INSTRUCTIONAL AREA**  __WRITTEN COMMUNICATION__
(Refer to MCPS Form 336-51 for present levels of performance.)

**Part II: ANNUAL GOAL:** Identify one annual goal per page that the student can reasonably be expected to accomplish within one school year __2004__ through __2005__
Note: The goals and objectives/benchmarks are considered draft recommendations until approved.

**GOAL:** ~~Solomon~~ will produce informational, practical, persuasive, and narrative writing that demonstrates an awareness of the writing process.

**PART III: SHORT-TERM OBJECTIVES/BENCHMARKS:** Describe what the student is expected to accomplish, under what circumstances, to what
level of mastery, and the procedure for evaluating achievement. (Use additional copies of page 5, if needed, and mark them 5A, 5B, etc., in the
top right-hand corner.)

1-S ~~Solomon~~ will group related ideas and maintain a consistent focus as measured by classroom assignments 80% of the time.

2-S ~~Solomon~~ will develop a topic sentence and supporting sentences; as measured by classroom assignments 80% of the time.

3-S ~~Solomon~~ will develop a descriptive paragraph using relevant descriptions, including sensory details, personal experiences and observations; as
measured by classroom assignments 80% of the time.        ✓

4-S ~~Solomon~~ will create a piece of writing and conference with the teacher to add, delete, or change ideas; as measured by classroom assignments
80% of the time.

5-S ~~Solomon~~ will write to express personal ideas in stories, poems and other writings that:
- Convey a message
- Include details
- as measured by classroom assignments 80% of the time.

| | PROGRESS (Indicate date and code) | | | | |
|---|---|---|---|---|---|
| | 1/04 | 1/05 | 4/05 | 6/05 | |
| 1. | 3 | | | | |
| 2. | 3 | | | | |
| 3. | 3 | | | | |
| 4. | 4 | | | | |
| 5. | 3 3 | | | | |

Service provider(s) __Special Education Team (SET)__

**PROGRESS CODES:** Progress toward each annual goal is measured by the attainment of evaluation criteria for specific short-term objectives under that goal. Each marking
period parents will be notified in writing concerning progress on annual IEP goals. **CODES: 5**=the objective has been met; **4**=progress has been made and it appears the
objective will be met by the end of the duration of the IEP; **3**=progress has been made toward the objective, but the objective may not be met by the end of the duration of the
IEP; **2**=progress is not sufficient to meet this objective by the end of the duration of the IEP; **1**=this objective was not addressed during this reporting period.

MCPS Form 336-51, Rev. 1/03

DISTRIBUTION: COPY 1/Student's Confidential Record; COPY 2/Service Provider(s); COPY 3/Parent        Page 5 of 14

⑦

157

Office of Instruction and Program Development
Department of Special Education
MONTGOMERY COUNTY PUBLIC SCHOOLS
Rockville, Maryland 20850

INDIVIDUALIZED EDUCATION PROGRAM
INSTRUCTIONAL GOALS AND OBJECTIVES
CONFIDENTIAL

Page 5

Student Name ███    Sch█████
         Last       First       MI       ID# 911937    Meeting Date 03 / 15 / 04

**PART I: INSTRUCTIONAL AREA** LANGUAGE SKILLS
(Refer to MCPS Form 336-51 for present levels of performance.)

**Part II: ANNUAL GOAL.** (Identify one annual goal per page that the student can reasonably be expected to accomplish within one school year 2004 through 2005.
Note: The goals and objectives/benchmarks are considered draft recommendations until approved.

GOAL S███ will understand and use the structures and conventions of the English Language in their oral and written communications.

**PART III: SHORT-TERM OBJECTIVES/BENCHMARKS:** Describe what the student is expected to accomplish, under what circumstances, to what level of mastery, and the procedure for evaluating achievement. (Use additional copies of page 5, if needed, and mark them 5A, 5B, etc., in the top right-hand corner.)

| | PROGRESS (Indicate date and code) |
|---|---|

1-S██████ will identify and use Standard English language conventions correctly to communicate clearly, including:
  a: Sentence structure (e.g., simple, compound, complex sentences)
  b: Punctuation (e.g., end marks, commas, in sentences)
  c: Grammar (e.g., parts of speech such as nouns, verbs, and pronouns)
  d: Capitalization (e.g., countries, names, months)
  e: Usage (e.g., subject/verb agreement by number)

2-S██████ will use language appropriate for specific audience, purpose, and content; as measured by classroom assignments 2 out of 3 times.

3-S██████ will spell correctly assigned high frequency words and words with specific spelling patterns; as measured by classroom assignments 2 out of 3 times.

| | 7/04 | 1/05 | 4/05 | 6/05 |
|---|---|---|---|---|
| 1. a | 3 | 3 | | |
| b | 3 | 3 | | |
| c | 3 | 3 | | |
| d | 3 | 3 | | |
| e | 3 | 3 | | |
| 2. | 3 | 3 | | |
| 3. | 3 | 3 | | |

Service provider(s) Special Education Team (SET)

**PROGRESS CODES:** Progress toward each annual goal is measured by the attainment of evaluation criteria for specific short-term objectives under that goal. Each marking period parents will be notified in writing concerning progress on annual IEP goals. CODES: 3=the objective has been met; 4=progress has been made and it appears the objective will be met by the end of the duration of the IEP; 3=progress has been made toward the objective, but the objective may not be met by the end of the duration of the IEP; 2=progress is not sufficient to meet this objective by the end of the of the duration of the IEP; 1=this objective was not addressed during this reporting period.

MCPS Form 336-51, Rev. 1/03        DISTRIBUTION: COPY 1/Student's Confidential Record; COPY 2/Service Providers); COPY 3/Parent        Page 5 of 14

158

Office of Instruction and Program Development
Department of Special Education
MONTGOMERY COUNTY PUBLIC SCHOOLS
Rockville, Maryland 20850

**INDIVIDUALIZED EDUCATION PROGRAM
INSTRUCTIONAL GOALS AND OBJECTIVES
CONFIDENTIAL**

Page 5 ___

Student Name ___S_____ ___First_____ ___MI_____    ID# _911937_ Meeting Date _3/15/04_

**PART I: INSTRUCTIONAL AREA** ___Communication Speech/Language___
(Refer to MCPS Form 336-51 for present levels of performance.)

**Part II: ANNUAL GOAL:** (Identify one annual goal per page that the student can reasonably be expected to accomplish within one school year _2004_ through _2005_.)
Note: The goals and objectives/benchmarks are considered draft recommendations until approved.

GOAL ___S_____ ___will increase his ability to state intended meaning___

**PART III: SHORT-TERM OBJECTIVES/BENCHMARKS:** Describe what the student is expected to accomplish, under what circumstances, to what level of mastery, and the procedure for evaluating achievement. (Use additional copies of page 5, if needed, and mark them 5A, 5B, etc., in the top right-hand corner.)

(1) S____ will use word finding strategies (describing, categorizing, naming color, shape, size, etc...) to increase his ability to state intended meaning worth 85% accuracy as measured by SLP and teacher report.

(2) S____ will use context to determine meanings of words (semantics) through listening and reading list of picture clues oral simple sentences with 80% accuracy (1) as measured by SLP log notes and teacher report. (2)

(3) S____ will answer "wh" question from a short paragraph (3) and retell important ideas worth 85% accuracy as measured by SLP log notes and teacher report.

Service provider(s) ___SLP/SET___

| | PROGRESS (indicate date and code) |
|---|---|
| (1) | Q1 Q2 (3) Q4 |
| (2) | 3 |
| (3) | (1) J |
| | 3 |
| | J |

**PROGRESS CODES:** Progress toward each annual goal is measured by the attainment of specific short-term objectives under that goal. Each marking period parents will be notified in writing concerning progress on annual IEP goals. **CODES: 5**=the objective has been met; **4**=progress has been made and it appears the objective will be met by the end of the duration of the IEP; **3**=progress has been made toward the objective, but the objective may not be met by the end of the duration of the IEP; **2**=progress has been made but this objective will not be addressed during this reporting period. IEP; **1**=this objective was not sufficient to meet this objective by the end of the duration of the IEP; **1**=this objective was not addressed during this reporting period.

MCPS Form 336-51; Rev. 1/03

DISTRIBUTION: COPY 1(Student's Confidential Record; COPY 2/Service Provider(s); COPY 3/Parent

# MONTGOMERY COUNTY PUBLIC SCHOOLS
## ROCKVILLE, MARYLAND 20850

### REPORT TO PARENTS ON STUDENT PROGRESS IN THE ELEMENTARY GRADES 3 - 5

01/28/05

| School | | | |
|---|---|---|---|
| GLENALLAN ELEMENTARY | | | |

| Student ID | Grade | Section | School Year |
|---|---|---|---|
| 911937 | 03 | 94 | 2004-2005 |

No. 817

Student Name and Address

S------- G █
13110 HUGO PL
SILVER SPRING, MD 20906

**ATTENDANCE RECORD AS OF: 01/21/05**

| | Sept | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | June | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Absent | 1.0 | 1.0 | 6.0 | 4.0 | | | | | | | 12.0 |
| Tardy | | | 2 | 2 | | | | | | | 4 |

## SUBJECTS

| | 1st | 2nd | 3rd | 4th | Year Average |
|---|---|---|---|---|---|
| Reading Comprehension | C | B | | | |
| Listening Comprehension | C | C | | | |
| Writing Process | C | C | | | |
| Usage/Grammar/Punctuation/Capitalization | C | B | | | |
| Spelling | S | S | | | |
| Handwriting | S | S | | | |
| Speaking | C | C | | | |
| Mathematics | N | N | | | |
| • Concepts | N | N | | | |
| • Computation | N | N | | | |
| • Application/Problem Solving | B | B | | | |
| Social Studies | A | A | | | |
| Science | S | S | | | |
| Music | O | O | | | |
| Art | NA | NA | | | |
| Physical Education | | | | | |
| Instrumental Music (Elective) | | | | | |

See Back for Explanation

| | Report Period | | | |
|---|---|---|---|---|
| | 1st | 2nd | 3rd | 4th |
| | Reading | Math | Reading | Math | Reading | Math | Reading | Math |
| Above Grade Level | | | | | | | | |
| On Grade Level | X | X | X | X | | | | |
| Below Grade Level | X | | X | | | | | |

## LEARNING SKILLS

**EFFORT**
Task Completion
• Returns completed homework
• Completes classwork
Participation
• Engages in learning tasks
Feedback
• Uses feedback to improve learning
**BEHAVIOR**
Teamwork
• Cooperates with others toward common goals
Rules and Procedures
• Follows oral and written directions
Self-control
• Exercises self-control

| | Report Period | | | |
|---|---|---|---|---|
| | 1st | 2nd | 3rd | 4th |

Supplementary Reports Attached (Check if Applicable)
• English for Speakers of Other Language (ESOL)
• Teacher Comments
• Other:

See Back for Explanations

Homeroom Teacher's Name: **CHRISTY WELSH**

MCPS Form 355-14 OCTOBER 2004 WHS036

160

PLAINTIFF'S EXHIBIT
SG n

MONTGOMERY COUNTY PUBLIC SCHOOL
Rockville, Maryland 20850

Report to Parents on Student Progress in the Elementary Grades

| S████████ ███ | 3 | Teacher Signature: | Date: |
|---|---|---|---|
| Glenallan Elementary | School Year 2004-2005 | Teacher Signature: O██ █████ | Date: ¼/05 |
| | | Teacher Signature: | Date: |
| | | Teacher Signature: | |

Parent/Teacher conference scheduled in November 2004.

Parent attended scheduled conference.

I'm so glad to see S████████ back in school and back to most of his routine. We missed him when he was gone! During this marking period, we've been working on reading fluency and comprehension in reading class, with a focus on summarizing fiction and non-fiction text. S████████ has improved in decoding and fluency, although he needs reminders to tap out words he is unsure of. In math, we spent time working on multiplication and measurement. S████████ needs a lot of repetition and direction in math. He has difficulty retaining facts. He benefits from the use of manipulatives and has more difficulty with applying these skills to paper and pencil tasks. Overall, S████████ is a very happy and loving student who speaks fondly of his parents on a daily basis. His classmates enjoy his positive personality. I'd like to see S████████ concentrate more on his work and ask for help when he needs it. He doesn't ask for help too often, but when I work one on one or in a small group I can better measure how well he understands something. Keep reading and working on math at home S████████. You have a great tutor at home (Mom)! I appreciate all that you do to help him and how you support what we are working on in class.

161

**SPEECH AND LANGUAGE PROGRAMS**
**Division of Programs and Services**
**Department of Special Education**
**Office of Instruction and Program Development**
**MONTGOMERY COUNTY PUBLIC SCHOOLS**

## REPORT OF SPEECH/LANGUAGE RE-ASSESSMENT

Student Name: S███████ C███
ID #: 911937
Address: 13110 Hugo Place
      Silver Spring, Maryland 20902
Home Phone: (301) 946-8861
Birth Date: ████96
Age: 8-9
Grade: 3rd Grade
Current School: Glenallan ES
Home School: Bunt Mills
Dominate Language: English
Other Language(s): Croatian spoken at home, English spoken with Sebastian
Re-assessment Date: 3/1, 3/2, 3/8, 3/9
Date of Report: 3-22-05
Examiner: Erin Welch

Authorization for this re-assessment was given on 2-16-05 and is on file in the student's confidential file.

### PURPOSE OF ASSESSMENT

The purpose of this re-assessment is to determine if S█████ continues to have a speech-language impairment and by reason thereof needs special education.

### REASON FOR REFERRAL

The recommendation for a speech-language re-assessment was made at an IEP Team meeting held on 2-16-05. Questions relevant to speech-language include determining S███████ current levels of functioning in the areas of speech and language skills.

### BACKGROUND INFORMATION

**Medical/Physical**

- Hearing Status: S█████ passed the in school hearing screening in January 2002.

**Educational Program**

- Disability Code: 08/04
- Areas of Educational Concern: Reading, writing, math, speech and language, attention, memory recall, consistency of performance and lacking maturity for his chronological age.



PLAINTIFF'S
EXHIBIT
S613

1

- Special Education Services:

|  | School | Program |
|---|---|---|
| 2000-2001 | Jackson Road | PEP |
| 2001-2002 | Kemp Mills | LAD-K |
| 2002-2003 | Kemp Mills | LAD-1st Grade |
| 2003-2004 | Glenallan ES | LAD-2nd Grade |
| 2004-2005 | Glenallan ES | LAD-3rd Grade |

**Speech-Language Program**

- Initiation of Speech-Language Services: September 2000
- Date of Most Recent Speech-Language Assessment: March 2003
- Type of Disorder and Severity: Moderate weaknesses in content of language (semantics, including vocabulary concepts, semantic relationships, i.e., similarities/differences, categories, etc., comprehension) and moderate weaknesses in form and function of language (grammar/sentences and organization of language).
- Areas of Need: Concept development, vocabulary, memory, comprehension of multi-part directions and questions, information processing.
- Speech-Language Intervention:

  | 2000-2001 | PEP- 60 minutes per week |
  |---|---|
  | 2001-2002 | LAD-K- 60 minutes per week |
  | 2002-2003 | LAD-1st Grade- 60 minutes per week |
  | 2003-2004 | LAD-2nd Grade- 90 minutes per week |
  | 2004-2005 | LAD-3rd Grade- 60 minutes per week |

  - .Progress on Speech-Language Goals and Objectives: Sebastian continues to make good progress on all speech and language goals. Sebastian has improved in his ability to use word finding strategies. He is able to use context to help determine meanings of words, answer "wh" questions about a short paragraph. He has increased his ability to follow 2-3 step directions; he occasionally will spontaneously repeat back the directions to himself to aid in recall. Although Sebastian has made adequate gains in all the above areas, he continues to need to work on improving and being more consistent at utilizing these skills.

**SPEECH-LANGUAGE ASSESSMENT TECHNIQUES AND ANALYSIS**

**Informal Assessment Procedures**

- Therapy Observations: Sebastian is a very energetic student. He tries hard and works eagerly at all activities he attempts. His attention to language based tasks is short. He requires a lot of prompts and cues to stay on task. He tends to get silly and tries to distract from the language based activity and changes topics. However, it is easy to redirect him back on topic or back on task. This school year his speech session is at the end of the day and he occasionally appears fatigued and often states he is tired. Sebastian has made adequate progress on his current speech and language goals.

**Standardized Assessment Procedures**

For each test administered, the following verifications were made:

The test was selected and administered so as not to negatively discriminate on a racial or cultural basis.

The test was provided and administered in the student's dominant language taking into consideration the impact of other languages on performance.

The test was selected and administered so as best to ensure that when used with a student having impaired sensory, manual, or speaking skills, the test results accurately reflect the skills that the test purports to measure, rather than the student's impaired sensory, manual or speaking skills, unless those skills are the factors being measured.

The instrument is technically sound and provides relevant information.

The test is validated for the specific purpose for which it was used.

The test was administered by trained and knowledgeable personnel in accordance with any instructions provided by the producers of the test.

**Peabody Picture Vocabulary Test III (PPVT-III)**

The student must select from four pictures the one that best represents a word spoken by the examiner to demonstrate understanding of single words.

Mean =100, Standard Deviation =15

Standard Score: 88

Percentile Rank: 21

Interpretation/Comments: Compared to age expectations, single word receptive vocabulary is within expectancy range.

**Expressive One Word Picture Vocabulary Test -Revised (EOWPVT-R)**

The student must name a picture of a thing, a category of things, or an action to show ability to express an idea with a single word.

Mean =100, Standard Deviation =15

Standard Score: 86

Percentile Rank: 18

Interpretation/Comments: Compared to age expectations, single word expressive vocabulary is within expectancy range.

**Language Processing Test-Revised**
This student answers questions to show ability to use language to make word associations, identify members of a given category, explain how noun pairs are similar and different, and describe attributes of given nouns.
Mean = 100, Standard Deviation = 15

| Subtest | Standard Score |
|---|---|
| Associations | 109 |
| Categorization | 101 |
| Similarities | 62 |
| Differences | 98 |
| Multiple Meanings | - |
| Attributes | 72 |
| Total Test | 70 |

*Sebastian was not able to respond correctly to any item in this subtest

Interpretation/Comments: Compared to age expectations, this student's language processing skills are below expectancy range. Strengths were noted in associations, categorization, and differences. Weaknesses were noted in similarities, multiple meanings, and attributes. The similarities subtest requires the student to compare two items and determine common traits. In the area of similarities, Sebastian could only provide one correct response to explain how two items were similar. The multiple meanings subtest requires the ability to explain multiple meanings of a word in different contexts. In the area of multiple meaning, Sebastian was not able to get credit for any of the items. He was able to provide one definition of the word but it did not always match the correct sentence that was provided. Therefore, he did not receive credit. On the attributes subtest the student must be able to spontaneously generate verbal descriptions incorporating prior levels of organization. On this subtest, Sebastian was able to provide the function of the objects and occasionally a component of the object but did not describe color, accessories, size, shape, category, composition or location. Sebastian was demonstrating more signs of fatigue during this last subtest. His head and body were lying on the table and his answers appeared more brief then previously demonstrated. It continues to be difficult for Sebastian to use language for more abstract tasks such as explaining differences, multiple meanings and attributes.

**Clinical Evaluation of Language Fundamentals III**
This assessment compares receptive and expressive language skills. Receptive language subtests require that the student point to pictures and give oral responses to orally presented information to demonstrate skills in following oral directions, recognizing words which can be categorized, completing sentences with a word having the appropriate meaning, and answering questions about paragraph narratives. Expressive language subtests require the student to repeat sentences, formulate a sentence about a picture using a given word or set of words, and formulate

a sentence from a scrambled set of words and phrases presented in writing and orally.

Subtest Mean = 10, Standard Deviation = 3

Composite and Test Mean = 100, Standard Deviation = 1 5

| Subtest | Standard Score |
|---|---|
| Sentence Structure | 6 |
| Concepts and Directions | 4 |
| Word Classes | 9 |
| *Listening to Paragraphs | 5 |
| RECEPTIVE LANGUAGE SCORE | 78 |
| | |
| Word Structure | 7 |
| Formulated Sentences | 5 |
| Recalling Sentences | 5 |
| EXPRESSIVE LANGUAGE SCORE | 72 |
| | |
| TOTAL LANGUAGE SCORE | 73 |

*Not included in calculation of receptive or total language scores.

Interpretation/Comments: Compared to age expectations, Sebastian's receptive and expressive language skills are below expectancy range. Strengths were noted in word classes and word structure. Weaknesses were noted in concepts and directions, formulating sentences and recalling sentences. Sebastian demonstrated significant weakness in the subtest concepts and directions. This subtest assesses his ability to interpret, recall, and execute oral commands of increasing length and complexity that contain concepts requiring logical operations. Sebastian also demonstrated weakness in the formulating sentences subtest that requires the student to formulate simple, compound and complex sentences that uses correct structure (a logical, meaningful, complete and grammatical sentence.) Difficulty was also noted with recalling sentences subtest that requires recall and reproduction of sentence surface structure as a function of syntactic complexity. Throughout the testing it was noted that when Sebastian used the strategy of repeating back the words or directions to himself he was able to provide more correct answers. Sebastian required encouragement throughout the testing to stay motivated to try his best. The test was administered over several days in short time segments of approximately 20-40 minutes in length. Sebastian does fatigue easily and when the task is language-based without manipulative or multi-sensory information his level of motivation and attention decreases significantly.

**Articulation Assessment**

An examination of the oral peripheral mechanism indicated that all structures were adequate for speech purposes.

The areas of articulation, voice, and fluency continue to be within normal limits as determined by previous assessment data and ongoing therapy observations.

## SUMMARY AND RECOMMENDATIONS

S████████ was referred for a speech-language re-assessment to answer diagnostic questions regarding the impact of his speech and language disorder on his educational performance and to determine current level of functioning in the areas of speech and language. Analysis of assessment data in conjunction with the MCPS Speech-Language Severity Rating Scale indicates that S█████ continues to demonstrate language impairment moderate weaknesses in content of language (semantic relationships, multiple meanings, describing using attributes, and comprehension) and moderate weaknesses in  form and function of language ( grammar/sentence structure, and organization of language).  Relative strengths exist in single word receptive, expressive vocabulary, object association, categorization, and explaining differences in objects. Based on classroom observation and teacher report this language impairment negatively impacts educational progress in expressing thoughts and ideas verbally in class, following multiple step directions, and  reading comprehension.

Because the degree of educational impact is such that other educational resources cannot make adequate accommodations, it is recommended that the IEP Team consider continued speech-language intervention to meet S████████ needs in the least restrictive environment.

**Suggestions for Classroom Accommodations**

The current pattern of strengths and weaknesses for this student indicates that the following instructional accommodations may be helpful:

- Call the student's name or otherwise focus attention before giving content.
- Demonstrate, model, and use gestures when giving directions or explaining content.
- Have the student repeat or paraphrase directions before acting on them.
- Present information and directions orally and visually.
- Adjust language to the student's comprehension level.
- Present information in small sequential segments.
- Emphasize key points of directions or instruction with tone of voice, written reminder, or summary.
- Give the student a numbered list of activities/assignments to check off as completed.
- When asking a question, provide the framework for the response. (e.g., who is the author? "The author is..."

- Pair student with partners to support following directions.
- Use visual aids to explain and model key points.
- Provide assistance with note taking.
- Allow additional wait time for oral responses.
- Prompt responses to specific "wh" questions.
- Repeat what the student has said so that the student can judge its appropriateness and self-correct if necessary.
- Offer multiple-choice options for the student to consider for responding to a question.

Erin Welch M.S., CCC-SLP
Speech-Language Pathologist, CCC-SLP
Montgomery County Public Schools

Cc: Parents
Speech-Language File
Confidential Record File

7
168

Office of Student and Community Services
Department of Special Education
MONTGOMERY COUNTY PUBLIC SCHOOLS
Rockville, Maryland 20850

**INDIVIDUALIZED EDUCATION PROGRAM**
**TEAM MEETING INFORMATION**
*CONFIDENTIAL*

## PART I: IDENTIFYING INFORMATION

Student name ___ / ___ / ___
_Last_ _First_ _MI_ _Date of Birth_ ___ / 96   ID # 911937   Current grade 3

Current special education program LAD   Location Glenallan Elementary School   Home school Kemp Mill Elementary School

Decisions for school year 05 / 06 (grade 4)  Meeting date 3 / 23 / 05

## PART II: MEETING INFORMATION

A. **Type of IEP team meeting**

☐ Screening
☐ Evaluation
☐ Transition discussion
☑ School

☐ IEP development/revision
☐ Periodic review
☑ ESY discussion
☐ Central office

☑ Annual review
☐ Re-evaluation planning
☐ Other _____

☑ Re-evaluation for speech only
☐ Manifestation determination

B. **Additional discussions**
C. **Meeting location**
D. **Participants in attendance:** *NOTE: Required participants are noted on the reverse.*

|   | NAME | Other Participants/Positions |
|---|------|------------------------------|
| 1. Parent |  |  |
| I/we have received a copy of ☑ Procedural Safeguards—Parental Rights  ☑ ESY Brochure  Parent Initials _____ | | |
| 2. Student | | 11. _____ |
| 3. General education teacher | | |
| 4. Special education teacher/service provider | | |
| 5. MCPS representative | | |
| 6. Occupational therapist | | |
| 7. Physical therapist | | |
| 8. School psychologist | | |
| 9. Speech/language pathologist | | |
| 10. Pupil personnel worker | | |

1. "Parent" means ☑ parent ☐ legal guardian ☐ parent surrogate (a person appointed by the MCPS Superintendent of Schools to act in place of a parent of a child in the educational decision-making process).

2. ☐ Parent is not present, but on ___/___/___ he/she gave permission to proceed with the meeting. See student's confidential folder.
   ☑ Ten days' written notice was provided.
   ☐ Less than ten days' written notice was provided because an expedited meeting is being held:
     ☐ to address disciplinary issues    ☐ to determine placement because the student is not currently receiving education services
     ☐ at parent request    ☐ to meet other urgent needs of the student to ensure the provision of FAPE

DISTRIBUTION: COPY 1)Confidential Folder; COPY 2)Parent; COPY 3)Case Manager

MCPS Form 336-40, Rev. 12/02

169

**PLAINTIFF'S EXHIBIT**
SG14

## 34 C.F.R. § 300.344  IEP Team

(a) **General.** The public agency shall ensure that the IEP team for each child with a disability includes—

  (1) The parents of the child;

  (2) At least one regular education teacher of the child (if the child is, or may be, participating in the regular education environment);

  (3) At least one special education teacher of the child, or if appropriate, at least one special education provider of the child;

  *(4) A representative of the public agency who—

    (i) Is qualified to provide, or supervise the provision of, specially designed instruction to meet the unique needs of children with disabilities;

    (ii) Is knowledgeable about the general curriculum; and

    (iii) Is knowledgeable about the availability of resources of the public agency;

  (5) An individual who can interpret the instructional implications of evaluation results, who may be a member of the team described in paragraphs (a)(2) through (6) of this section;

  (6) At the discretion of the parent or the agency, other individuals who have knowledge or special expertise regarding the child, including related services personnel as appropriate; and

  (7) If appropriate, the child.

(b) **Transition services participants.** (1) Under paragraph (a)(7) of this section, the public agency shall invite a student with a disability of any age to attend his or her IEP meeting if a purpose of the meeting will be the consideration of—

    (i) The student's transition services needs under § 300.347 (b) (1);

    (ii) The needed transition services for the student under § 300.347 (b) (2); or

    (iii) Both.

  (2) If the student does not attend the IEP meeting, the public agency shall take other steps to ensure that the student's preferences and interests are considered.

  (i) In implementing the requirements of § 300.347 (b) (2), the public agency shall also invite a representative of any other agency that is likely to be responsible for providing or paying for transition services.

    (ii) If an agency invited to send a representative to a meeting does not do so, the public agency shall take other steps to obtain participation of the other agency in the planning of any transition services.

(c) **Determination of knowledge and special expertise.** The determination of the knowledge or special expertise of any individual described in paragraph (a) (6) of this section shall be made by the party (parents or public agency) who invited the individual to be a member of the IEP.

(d) **Designating a public agency representative.** A public agency may designate another public agency member of the IEP team to also serve as the agency representative, if the criteria in paragraph (a) (4) of this section are satisfied.

*The representative may be any other MCPS member of the IEP team who meets the criteria for each role.

NOTE: Any MCPS IEP team member who is skilled in leading meetings may function as the chairperson.

(Authority: 20 U.S.C. 1401(30), 1414 (d) (1) (A)(7), (B))

170

Office of Student and Community Services
Department of Special Education
MONTGOMERY COUNTY PUBLIC SCHOOLS
Rockville, Maryland 20850

INDIVIDUALIZED EDUCATION PROGRAM
CONFIDENTIAL

Page 1 of 0

DIRECTIONS: Use this form for recording most recent assessment information.

Student Name _____ Last _____ First _____ MI

ID# 911937    Meeting Date 2-23-05

**Part I: CURRENT ASSESSMENT INFORMATION**-Record the students most recent assessment data. List data from psychological testing. Include results of the most recent standardized tests, curriculum-based assessments, vocational assessments, and Statewide assessments. For each area assessed, summarize strengths and areas of need. Summarize strengths and areas of need from all copies of MCPS Teacher Referral/Reports and include pertinent information from any functional behavioral assessment. Standard scores should be reported for standardized tests. (Use additional copies of page 1, if needed, and mark them 1A, 1B, etc., in the top right-hand corner.)

| EVALUATOR/ OBSERVER | DATE | DATA SOURCE AND SCORES/LEVELS OF PERFORMANCE | INDICATED STRENGTHS | INDICATED AREAS OF NEED |
|---|---|---|---|---|
| Patricia Papero, PhD Psychology *Nin-mcps* | 5-23-03 | Neuropsychological Evaluation<br><br>Differential Ability Scales (DAS)<br>DAS subtests          T-Scores<br>Recall of designs          49<br>Word Definitions          38<br>Pattern Construction     36<br>Matrices                       49<br>Similarities                     36<br>Sequential & Quantitat.   41<br>Recall of Objects           44<br>(Subset mean T-score=50,SD=10) | recall of designs<br>spatial problem solving | oral word definition<br>word similarities |

171

Office of Student and Community Services
Department of Special Education
MONTGOMERY COUNTY PUBLIC SCHOOLS
Rockville, Maryland 20850

**INDIVIDUALIZED EDUCATION PROGRAM**
**CONFIDENTIAL**

Page 1 of 2

Meeting Date 3-23-05

ID# 91032

Student Name _____ Mr. _____
Last    First

**DIRECTIONS:** Use this form for recording most recent assessment information.

**Part I: CURRENT ASSESSMENT INFORMATION:** Record the student's most recent assessment data. List data from psychological testing, include results of the most recent standardized tests, curriculum-based assessments, vocational assessments, and statewide assessments. For each area assessed, summarize strengths and areas of need, include functional behavioral assessment. Summarize strengths and areas of need from all copies of MCPS Teacher Referral/Reports and include pertinent information from any functional behavioral assessment.  If needed, and mark them 1A, 1B, etc., in the top righthand corner. (Use additional copies of page 1, if needed, and mark them 1A, 1B, etc., in the top righthand corner.)
Standard scores should be reported for standardized tests.

| EVALUATOR/OBSERVER | DATE | SCORES/LEVELS OF PERFORMANCE (DATA SOURCE AND) | INDICATED STRENGTHS | INDICATED AREAS OF NEED |
|---|---|---|---|---|
| Joann C Henslin Special Educator | 5/03 | Woodcock-Johnson III Test of Achievement<br><br>Subtest / Standard score / Percentile Rank<br>Letter Word ID 77 — 6<br>Passage Comprehension 77 — 6<br>Spelling 83 — 13<br>Picture Voc. 95 — 38<br>Writing Sample 84 — 15<br>Applied problems 81 — 18<br>Calculations 92 — 30<br>Standard Clusters 79 — 8<br>Academic skills 78 — 7 | works hard when likes the task<br><br>good at addition<br><br>making associations<br><br>very social | Letter /sound Associations<br><br>Sight words<br><br>language processing<br><br>Subtraction |

1 of 1 COPY 1/Parent COPY 2/Service Provider(s) COPY 3/Parent

Office of Student and Community Services
Department of Special Education
MONTGOMERY COUNTY PUBLIC SCHOOLS
Rockville, Maryland 20850

INDIVIDUALIZED EDUCATION PROGRAM
CONFIDENTIAL

Page 1 C

**DIRECTIONS:** Use this form for recording most recent assessment information.

Student Name ~~C~~    S~~~~    MI    ID# ___911937___    Meeting Date 3/23/05
Last          First

(2) **Part I: CURRENT ASSESSMENT INFORMATION:** Record the student's most recent assessment data. List data from psychological testing. Include results of the most recent standardized tests, curriculum-based assessments, vocational assessments, and Statewide assessments. For each area assessed, summarize strengths and areas of need. Summarize strengths and areas of need from all copies of MCPS *Teacher Referral/Reports* and include pertinent information from any functional behavioral assessment. Standard scores should be reported for standardized tests. (Use additional copies of page 1, if needed, and mark them 1A, 1B, etc., in the top right-hand corner.)

| EVALUATOR/ OBSERVER | DATE | DATA SOURCE AND SCORES/LEVELS OF PERFORMANCE | INDICATED STRENGTHS | INDICATED AREAS OF NEED |
|---|---|---|---|---|
| Elizabeth M. Snead, OTR/L | 5/03 | Work Samples<br>Teacher Report<br>Classroom/Clinical Observation<br>Standardized Testing (Beery VMI- SS = 83; 83-117 is average)<br><br>S~~~~ demonstrates good progress in all of his goal areas. He is able to produce legible, accurate writing, use his left hand for all fine motor tasks, draw representative pictures, and participate actively during group-activities with a high level of independence. His visual motor integration scores fall within the average range. | Cooperative<br>Legible, Accurate Manuscript<br>Representative Pictures<br>Good Scissors Skills<br>Good Bilateral Skills<br>Functional Grasp<br>Visual Motor Integration | Monitoring of Spatial Organization |

173

MCPS Form 336-51, Rev. 12/02          DISTRIBUTION: COPY 1/Student Confidential Record; COPY 2/Service Provider(s); COPY 3/Parent          Page 1 of 14

Office of Student and Community Services
Department of Special Education
MONTGOMERY COUNTY PUBLIC SCHOOLS
Rockville, Maryland 20850

INDIVIDUALIZED EDUCATION PROGRAM
CONFIDENTIAL

Page 2

**DIRECTIONS: Use this form for recording most recent assessment information.**

Student Name _____ Last _____ First _____ MI _____    ID# 91932    Meeting Date 3/6305

Part I: CURRENT ASSESSMENT INFORMATION: Record the student's most recent assessment data. List data from psychological testing. Include results of the most recent standardized tests, curriculum-based assessments, vocational assessments, and Statewide assessments. For each area assessed, summarize strengths and areas of need. Summarize strengths and areas of need from all copies of MCPS *Teacher Referral/Reports* and include pertinent information from any functional behavioral assessment. Standard scores should be reported for standardized tests. (Use additional copies of page 1, if needed, and mark them 1A, 1B, etc., in the top right-hand corner.)

| EVALUATOR/OBSERVER | DATE | DATA SOURCE AND SCORES/LEVELS OF PERFORMANCE | INDICATED STRENGTHS | INDICATED AREAS OF NEED |
|---|---|---|---|---|
| Rita Cohen CCC-SLP | 3/1/03 | Speech/Language /4 Assessment PPVT-III Form B St.Sc. 77 (conf.band .90% bw 71-84) EVT St.Sc. 58 (conf band 47-63) - significant discrepancy not indicated because of age norms. EOWPVT-2 (informal) Raw Sc. 28/92 correct -requires a score of 42 for an average score TAPS-L And. Number Mem Forward 68 Reversed 77 And. Sent. Mem 79 And. Word Mem 89 And. Inter. Discrim 73 And. Word Discrim 55 And. Proc. Thinking (Reas.) 67 And. Quotient 0 St.Sc. supported by similarity Difference | voca/fluency articulation - able to use language for a variety of purposes recall of series of unrelated words recall of digits (reverse & forward) | - frustration tolerance - expressive language - sentence structure with areas not organized - organization of language - receptive vocabulary - expressive vocabulary (synonyms) expressive vocabulary (naming) · digit recall (forward) · recall of directions · regulation of thinking · answering questions · meaning (cause/effect) · similarity/difference · past whole relationships · why, how · description · focus/attention to task |

MCPS Form 336-51, Rev. 12/02    DISTRIBUTION: COPY 1/Student's Confidential Record; COPY 2/Service Provider(s); COPY 3/Parent

174

Office of Student and Community Services
Department of Special Education
MONTGOMERY COUNTY PUBLIC SCHOOLS
Rockville, Maryland 20850

INDIVIDUALIZED EDUCATION PROGRAM
CONFIDENTIAL

Page 1 ___

Page 1 __C__

**DIRECTIONS:** Use this form for recording most recent assessment information.

Student Name _____ __G.__ _____ __S.__ _____ MI _____
                  Last              First

ID# 9/93 7    Meeting Date 3. 23. 05

**Part I: CURRENT ASSESSMENT INFORMATION:** Record the student's most recent assessment data. List data from psychological testing. Include results of the most recent standardized tests, curriculum-based assessments, vocational assessments, and Statewide assessments. For each area assessed, summarize strengths and areas of need. Summarize strengths and areas of need from all copies of MCPS *Teacher Referral/Reports* and include pertinent information from any functional behavioral assessment. Standard scores should be reported for standardized tests. (Use additional copies of page 1, if needed, and mark them 1A, 1B, etc., in the top right-hand corner.)

| EVALUATOR/ OBSERVER | DATE | DATA SOURCE AND SCORES/LEVELS OF PERFORMANCE | INDICATED STRENGTHS | INDICATED AREAS OF NEED |
|---|---|---|---|---|
| Rita Cohn CCC-SLP | 3/4/03 | Speech/Language & Associated Id. | test focus | Receptive Language |
| | | St. Sc. | doing well | - Sentence recall |
| | | CELF-3 | using single | - recognition of |
| | | Sentence Structure 6 | word labels | ant. Structure |
| | | Concepts & Direct. 6 | appropriate | |
| | | Word Classes 8 | | - foll. directions (longer |
| | | Recep. Lang. Score 75 (62-83 cnf bnd) | - relative str L | terms, more complex) |
| | | Word Structure 7 | exp. lang. | |
| | | Formulated Sent. 8 | - word classes | Expressive Language |
| | | Recall/Sentence 8 | (association) | - categories |
| | | Exp. Lang. Score 80 (74-86) | - reauditorizing words | - syntax |
| | | Total Language Sc. 76 (71-81) | a strategy for recall | - expressing similarity/ |
| | | | - sent. formulation | difference |
| | | LPT-C | - description | - multiple meaning/ |
| | | Associations 91 | - object function | - abstract language |
| | | Categorization 59 | | tasks |
| | | Similarities — | | |
| | | Difference — | | |
| | | Multiple Meaning — | | |
| | | Attributes 82 | | |
| | | 70th Test 72 | | |
| | updated MCPS Sp/Lang bndry cat'y | moderate delays - context (demostr.) mod severe delays (gain b/w from (gram, assoc, categon)) | | |

175

1 of page 1

②

Office of Student and Community Services
Department of Special Education
MONTGOMERY COUNTY PUBLIC SCHOOLS
Rockville, Maryland 20850

INDIVIDUALIZED EDUCATION PROGRAM
CONFIDENTIAL

Page 1

4

Meeting Date 3/23/05

**DIRECTIONS:** Use this form for recording most recent assessment information.

Student Name C███  ID# 911937  M

Last          First

**Part I. CURRENT ASSESSMENT INFORMATION.** Record the student's most recent assessment data. List data from psychological testing. Include results of the most recent standardized tests, curriculum-based assessments, vocational assessments, and Statewide assessments. For each area assessed, summarize strengths and areas of need. Summarize strengths and areas of need from all copies of MCPS *Teacher Referral/Reports* and include pertinent information from any functional behavioral assessment. Standard scores should be reported for standardized tests. (Use additional copies of page 1, if needed, and mark item 1A, 1B, etc., in the top right-hand corner.)

| EVALUATOR/ OBSERVER | DATE | DATA SOURCE AND SCORES/LEVELS OF PERFORMANCE | INDICATED STRENGTHS | INDICATED AREAS OF NEED |
|---|---|---|---|---|
| Christy Walsh MCPS Special Education Teacher | 03/05 | Basic Reading Inventory | vocabulary | reading words in context |
| | | Sight Word Recognition in Isolation | beginning decoding skills | self correction strategies |
| | | Grade 1: Instructional/Independent | primary sight word recognition | comprehension |
| | | Grade 2: Instructional | | consistency of performance |
| | | Grade 3: Frustration | | |
| | | Word Analysis | | |
| | | Grade 1: Instructional/Independent | | |
| | | Grade 2: Instructional/Independent | | |
| | | Grade 3: Frustration | | |
| | | Words in Context | | |
| | | Grade 1: Instructional | | |
| | | Grade 2: Frustration | | |
| | | Comprehension | | |
| | | Grade 1: Frustration | | |

MCPS Form 336-51, Rev. 12/02          DISTRIBUTION: COPY 1/Student's Confidential Record; COPY 2/Service Provider(s); COPY 3/Parent

Page 1 of 14

176

Office of Student and Community Services
Department of Special Education
MONTGOMERY COUNTY PUBLIC SCHOOLS
Rockville, Maryland 20850

INDIVIDUALIZED EDUCATION PROGRAM
CONFIDENTIAL

Page 1 of ____

Meeting Date 3/23/05

**DIRECTIONS:** Use this form for recording most recent assessment information.

Student Name _____
Last          First          MI          ID# 911937

Part I. CURRENT ASSESSMENT INFORMATION. Record the student's most recent assessment data. List data from psychological testing. Include results of the most recent standardized tests, curriculum-based assessments, vocational assessments, and Statewide assessments. For each area assessed, summarize strengths and areas of need. Summarize strengths and areas of need from all copies of MCPS *Teacher Referral/Reports* and include pertinent information from any functional behavioral assessment. Standard scores should be reported for standardized tests. (Use additional copies of page 1, if needed, and mark them 1A, 1B, etc., in the top right-hand corner.)

| EVALUATOR/ OBSERVER | DATE | DATA SOURCE AND SCORES/LEVELS OF PERFORMANCE | INDICATED STRENGTHS | INDICATED AREAS OF NEED |
|---|---|---|---|---|
| Christy Welsh MCPS Special Educator | 03/05 | Wilson Reading Inventory | sounds in isolation | short vowel sound recognition |
| | | Completed Level 2.3 - Instructional at this level | words in context of predictable text | consistency of performance |
| | | | | applying word attack strategies |
| | | | | memorization of sounds/cues |
| | | Bader Informal Math Assessment of Computation | adding 2 and 3 numbers in a column | subtraction with and without regrouping |
| | | | | multiplication |
| | | | | writing a complete sentence |
| | | Informal Writing Samples in Class | legible handwriting spelling on weekly assignments of beginning primary words | spelling in context using a graphic organizer communicating effectively through writing |
| | | Informal Math Assignments in Class | adding single digit numbers | regrouping using a graph for information |
| | | Behavior/Learning Skills | positive attitude always completes homework | problem solving application of skills asking for help from an adult consistency of performance apprehensive about IEP participation |

177

Office of Student and Community Services
Department of Special Education
MONTGOMERY COUNTY PUBLIC SCHOOLS
Rockville, Maryland 20850

INDIVIDUALIZED EDUCATION PROGRAM
CONFIDENTIAL

Page 1

IDM 919 3 F    Meeting Date 3-23-05

**DIRECTIONS:** Use this form for recording most recent assessment information.

Student Name ___ S ___
          Last        First        MI

Part I: CURRENT ASSESSMENT INFORMATION: Record the student's most recent assessment data. List data from psychological testing. Include results of the most recent standardized tests, curriculum-based assessments, vocational assessments, and Statewide assessments. For each area assessed, summarize strengths and areas of need. Summarize strengths and areas of need from all copies of MCPS *Teacher Referrals/Reports* and include pertinent information from any functional behavioral assessment. Standard scores should be reported for standardized tests. (Use additional copies of page 1, if needed, and mark them 1A, 1B, etc., in the top right-hand corner.)

| EVALUATOR/ OBSERVER | DATE | DATA SOURCE AND SCORES/LEVELS OF PERFORMANCE | INDICATED STRENGTHS | INDICATED AREAS OF NEED |
|---|---|---|---|---|
| ERIN Welch SLP-CCC | | Speech/Language Re-evaluation | Voice, Fluency and Articulation within normal limits. | |
| 178 | | Peabody Picture Vocabulary Test-III (PPVT) Standard Score - 88 | | |
| | | Expressive One-Word Vocabulary Test-Revised (EOWAVT-R) Standard score - 86 | Socially-engaging | Describing similarities between objects |
| | | Language Processing Test-Revised Subtest          Standard score | | |
| | | Associations          109 | | |
| | | Categorization       101 | | |
| | | Similarities              62 | | |
| | | Differences             98 | | |
| | | *Multiple Meanings    — | | Word Finding/describing |
| | | Attributes               72 | | |
| | | Total Test               70 | | |
| | | *S was not able to respond correctly to any item on this subtest | | |

DISTRIBUTION: COPY 1/Student's Confidential Record; COPY 2/Service Provider(s); COPY 3/Parent

MCPS Form 336-51, Rev. 12/02

Office of Student and Community Services
Department of Special Education
MONTGOMERY COUNTY PUBLIC SCHOOLS
Rockville, Maryland 20850

INDIVIDUALIZED EDUCATION PROGRAM
CONFIDENTIAL

Page 1 of 1

Meeting Date 3 28 05

**DIRECTIONS:** Use this form for recording most recent assessment information.

Student Name ___S___  ___Last___  ___First___  ___MI___   ID# 911837

**Part I: CURRENT ASSESSMENT INFORMATION:** Record the student's most recent assessment data. List data from psychological testing. Include results of the most recent standardized tests, curriculum-based assessments, vocational assessments, and Statewide assessments. For each area assessed, summarize strengths and areas of need. Summarize strengths and areas of need from all copies of MCPS Teacher Referrals/Records and include pertinent information from any functional behavioral assessment. Standard scores should be reported for standardized tests. (Use additional copies of page 1, if needed, and mark them 1A, 1B, etc., in the top right-hand corner.)

| EVALUATOR/ OBSERVER | DATE | DATA SOURCE AND SCORES/LEVELS OF PERFORMANCE | INDICATED STRENGTHS | INDICATED AREAS OF NEED |
|---|---|---|---|---|
| ERIN WELCH SLP-CCC | | Speech/Language re-eval cont Clinical Evaluation of Language Fundamentals-III (CELF-III) Subtest        Standard score Sentence Structure      6 Concepts + Directions    9 Word Classes              5 *Listening to Paragraphs   5 RECEPTIVE LANGUAGE SCORE- 78 Word Structure            5 Formulated Sentences      5 Recalling Sentences       5 EXPRESSIVE LANGUAGE SCORE 72 TOTAL LANGUAGE SCORE      73 *Not included in calculation of receptive or total language score | Word Classes | Following multi-step directions    Formulating grammatically correct sentences |

179

**Office of Student and Community Services**
**Department of Special Education**
MONTGOMERY COUNTY PUBLIC SCHOOLS
Rockville, Maryland 20850

**INDIVIDUALIZED EDUCATION PROGRAM**
**CONFIDENTIAL**

Student Name _____    _____
                    Last            First

ID# 911937    MI ____    Meeting Date 3/23/05

**③ PART II: ELIGIBILITY**

A. At least every 3 years or more frequently if conditions warrant and when considering dismissal from special education services prior to graduation, the IEP team must conduct a re-evaluation. If the team determines that a re-evaluation is needed, the team completes Part I of MCPS Form 336-35: *Re-evaluation* ☑ *Re-evaluation Planning*. If re-evaluation is not needed, the IEP team proceeds with Part B (below).    ☐ *Re-evaluation planning is needed*  ☑ *Re-evaluation planning is not needed at this time.*

B. 1. EDUCATIONAL IMPACT: Explain how the student's disability affects his/her involvement and progress in the general curriculum. For a preschool child explain how the disability affects his/her participation in appropriate activities:

The difficulties S_____ has with memory recall, language processing, reading fluency, written expression and math application require special education support in order for S_____ to access the general education curriculum.

B. 2. ☑ The student needs special education (and related service) and is eligible for special education. Record disability code(s) on page 13 of MCPS Form 336-51: *Summary of IEP Decisions*, and continue with the IEP team meeting.

DISABILITY CODE(S): 08/04

☐ The student is no longer eligible for special education; dismiss from special education. Record on page 13 of MCPS Form 336-51: *Summary of IEP Team Decisions* and complete page 14 of MCPS Form 336-51: *Follow-Up*. Complete pages 3 and 4, Transition Services.

Reason for ineligibility:

☐ The student will graduate/age out of school. Record on page 13 of MCPS Form 336-51: *Summary of IEP Team Decisions* and complete page 14 of MCPS Form 336-51: *Follow-Up*. Complete pages 3 and 4, Transition Services.

**④ Part III: PARENT INFORMATION**

A. Document parent input for enhancing the student's education for purposes of the IEP team's consideration.

B. Identify any documents provided by the parent and considered at the meeting.

See attached parent report

**⑤ PART IV: PROGRESS ON IEP GOALS AND OBJECTIVES/BENCHMARKS:**

**Directions:** ☐ The IEP team discusses and records the student's progress on current IEP goals and objectives.

NOTE: After this form is completed and discussed at the IEP team meeting, complete pages 3 and 4 of MCPS Form 336-51: *Transition Services*, for all students who will turn at least age 14 during this IEP cycle. IEPs for all other students continue on page 5 of MCPS Form 336-51.

MCPS Form 336-51, Rev. 11/03

DISTRIBUTION: COPY 1/Student's Confidential Record; COPY 2/Service Provider(s); COPY 3/Parent

180

**Office of Student and Community Services**
**MONTGOMERY COUNTY PUBLIC SCHOOLS**
Rockville, Maryland 20850

**PARENT REPORT**

**INSTRUCTIONS:** Include a copy of this report with each letter inviting the parent to the annual review or other IEP team meeting. If the parent returns the report, the information should be used in developing or modifying the student's IEP goals.

Student's Name  G~~____~~ _____ S~~_____~~ _____ Date of Birth ~~____~~ 96

            _Last_                          _First_               _MI_

School ___GLENALLAN_____ Grade **3**

Parent/Guardian Name __GILL_____ ALEKSANDRA_____
                               _Last_                           _First_               _MI_

_____ ___/___/___
     _Signature of Parent/Guardian Completing Form_         _Date Completed_

Because you know your child best and your point of view is an important consideration in making educational decisions, we are interested in your observations about your child in preparation for the upcoming IEP team meeting. Your concerns will be noted for purposes of developing the IEP goals.

1. What progress have you noticed your child has made this year? _I believe Sebastian made progress in all of the areas. Although his progress was significant I am not sure why is he not reaching some of his IEP goals._

2. What have you noticed about your child's work and behavior? _Sebastian is overwhelmed with lots of verbal input and tends to phase out in such situations. Needs reminders to stay focused._

3. What learning strengths does your child demonstrate? _Visual learning & hands-on._

4. What would you like to see as a goal(s) for your child for next year? _____

5. How do you think the school can help your child? _Provide more speech-language services, provide support during specials (e.g. music he cant follow instructions in large group) and with below grade reading skills (cannot read the verses)_

6. Other comments: _____

If possible, please return this report with your response to the IEP team meeting invitation letter prior to the scheduled meeting. Thank you.

MCPS Form 336-39, Rev. 5/01

181

Office of Instruction and Program Development
Department of Special Education
MONTGOMERY COUNTY PUBLIC SCHOOLS
Rockville, Maryland 20850

INDIVIDUALIZED EDUCATION PROGRAM
INSTRUCTIONAL GOALS AND OBJECTIVES
CONFIDENTIAL

Page 5

Meeting Date 3 / 23 / 05

Student Name  C___    _____    ___
              Last    First         MI

ID# 911937

**PART I: INSTRUCTIONAL AREA** Reading
(Refer to MCPS Form 336-51 for present levels of performance.)

**Part II: ANNUAL GOAL:** (Identify one annual goal **per page** that the student can reasonably be expected to accomplish within one school year 8/05 through 6/06
**Note:** The goals and objectives/benchmarks are considered **draft recommendations** until approved.

GOAL S___ will demonstrate increased word attack/decoding strategies and reading fluency skills.

**PART III: SHORT-TERM OBJECTIVES/BENCHMARKS:** Describe what the student is expected to accomplish, under what circumstances, to what level of mastery, and the procedure for evaluating achievement. (Use additional copies of page 5, if needed, and mark them 5A, 5B, etc., in the top right-hand corner.)

1. Given a variety of CVC words, S___ will demonstrate the ability to decode these words in isolation and in context, with 80% accuracy, as measured by teacher made assessments and informal reading inventories.

2. Given a variety of words with the CVCe pattern, S___ will identify the word pattern and will apply scooping and tapping strategies to decode the unfamiliar words, with 80% accuracy, as measured by teacher made assessments and informal reading inventories.

3. Given a variety of closed syllable words and patterns (CVC, VC) and open syllable words and patterns (CVCe, V, CV) in single and multisyllable words, S___ will apply word attack strategies to read the words, in isolation and in context, with 80% accuracy, as measured by teacher made assessments and informal reading inventories.

4. Given a variety of words with welded sound patterns (ild, old, ost, etc.) S___ will recognize the welded sound pattern and will be able to read the words with 80% accuracy, as measured by teacher made assessments and informal reading inventories.

5. Given a variety of high frequency words found at the primary level, in isolation and context, S___ will be able to read the words, without sounding them out, with 80% accuracy, as measured by teacher made assessments and informal reading inventories.

Service provider(s)  Special Education Team

**PROGRESS CODES:** Progress toward each annual goal is measured by the attainment of evaluation criteria for specific short-term objectives under that goal. Each marking period, progress will be reported in writing concerning progress on annual IEP goals. **CODES: 5=**the objective has been met, **4=**progress has been made and it appears the objective will be met by the end of the duration of the IEP; **3=**progress has been made toward the objective, but the objective may not be met by the end of the duration of the IEP; **2=**progress has been made toward the objective, but the objective will not be met by the end of the duration of the IEP; **1=**this objective was not addressed during this reporting period.
IEP: 2=progress is not sufficient to meet this objective by the end of the duration of the IEP; 1=this objective was not addressed during this reporting period.

PROGRESS
(indicate date and code)

DISTRIBUTION: COPY 1/Student's Confidential Record; COPY 2/Service Provider(s); COPY 3/Parent

MCPS Form 336-51, Rev. 1/03

Page 5 of 14

Office of Instruction and Program Development
Department of Special Education
MONTGOMERY COUNTY PUBLIC SCHOOLS
Rockville, Maryland 20850

INDIVIDUALIZED EDUCATION PROGRAM
INSTRUCTIONAL GOALS AND OBJECTIVES
CONFIDENTIAL

Page 5

Student Name __G__ _____S_____                    MI ____
                Last          First

ID# 911937    Meeting Date 3/13/05

⑦ **PART I: INSTRUCTIONAL AREA** _Reading_
(Refer to MCPS Form 336-51 for present levels of performance.)

**Part II: ANNUAL GOAL:** Identify one annual goal **per page** that the student can reasonably be expected to accomplish within one school year _08/05_ through _06/06_.
_Note:_ The goals and objectives/benchmarks are considered draft recommendations until approved.

**GOAL:** S_____ will increase his reading fluency and comprehension of text.

**PART III: SHORT-TERM OBJECTIVES/BENCHMARKS:** Describe what the student is expected to accomplish, under what circumstances, to what level of mastery, and the procedure for evaluating achievement. (Use additional copies of page 5, if needed, and mark them 5A, 5B, etc., in the top right-hand corner.)

18
3
1.  Given a variety of text at his instructional level, S_____ will identify significant information from the text, including main idea, problem and solution, with 80% accuracy, as measured by staff observation and informal reading inventories.

2.  Given a variety of text at his instructional level, S_____ will relate prior knowledge and experience to literal information in the text, by giving at least one example when called upon, with 80% accuracy, as measured by staff observation and student work samples (oral and written).

3.  Given a variety of material at this instructional level that includes charts, graphs and diagrams, S_____ will interpret and identify important information from the text, with 80% accuracy, as measured by staff observation and student work samples (oral and written responses).

4.  Given a variety of text at his reading level, S_____ will be able to locate information from the text in response to comprehension questions posed about the text, with 80% accuracy, as measured by staff observations and student work samples (oral and written responses).

PROGRESS
(indicate date and code)

Service provider(s) _Special Education Team_

**PROGRESS CODES:** Progress toward each annual goal is measured by the attainment of evaluation criteria for specific short-term objectives under that goal. Each marking period parents will be notified in writing concerning progress on annual IEP goals. **CODES: 5**=the objective has been met; **4**=progress has been made and it appears the objective will be met by the end of the duration of the IEP; **3**=progress has been made toward the objective, but the objective may not be met by the end of the duration of the IEP; **2**=progress has been made, but the objective may not be met by the end of the duration of the IEP; **1**=this objective was not addressed during this reporting period.

DISTRIBUTION: COPY 1/Student's Confidential Record; COPY 2/Service Provider(s); COPY 3/Parent

MCPS Form 336-51, Rev. 1/03                                                                    Page 5 of 14

Office of Instruction and Program Development
Department of Special Education
MONTGOMERY COUNTY PUBLIC SCHOOLS
Rockville, Maryland 20850

**INDIVIDUALIZED EDUCATION PROGRAM
INSTRUCTIONAL GOALS AND OBJECTIVES
CONFIDENTIAL**

Page 5    Meeting Date 3/23/05    ○ C

Student Name ___ Last ___ First ___ MI ___ ID# 911937

Page 5

PART I: INSTRUCTIONAL AREA  Writing
(Refer to MCPS Form 336-51 for present levels of performance.)

Part II: ANNUAL GOAL: Identify one annual goal per page that the student can reasonably be expected to accomplish within one school year  08/05  through  06/06.
Note: The goals and objectives/benchmarks are considered draft recommendations until approved.

GOAL  S____ will write effectively using appropriate style and conventions.

PART III: SHORT-TERM OBJECTIVES/BENCHMARKS: Describe what the student is expected to accomplish, under what circumstances, to what level of mastery, and the procedure for evaluating achievement. (Use additional copies of page 5, if needed, and mark them 5A, 5B, etc., in the top right-hand corner.)

184

1.  Given a writing assignment, S____ will use his knowledge of letter/sound relationships and word patterns as a cue in spelling unfamiliar words, and will accurately spell words on weekly spelling tests and in daily writing, with 80% accuracy, as measured by staff observation and student work samples.

2.  Given a writing prompt, S____ will produce at least two on-point sentences in response to the prompt, scoring at least a 2 out of 3 using a scoring rubric, as measured by staff observation and student work samples.

3.  Given a writing prompt or assignment, S____ will include appropriate punctuation and capitalization, with 80% accuracy, as measured by staff observation and student work samples.

4.  Given a writing assignment, S____ will be able to brainstorm ideas to respond to the assignment, by using a graphic organizer or web outline to organize his answer, with two or fewer prompts from the teacher, with 80% accuracy, as measured by staff observation and student work samples.

PROGRESS
(Indicate date and code)

Service provider(s)  Special Education Team

PROGRESS CODES: Progress toward each annual goal is measured by the attainment of evaluation criteria for specific short-term objectives under that goal. Each marking period parents will be notified in writing concerning progress on annual IEP goals. CODES: 5=the objective has been met; 4=progress has been made and it appears the objective will be met by the end of the duration of the IEP; 3=progress has been made toward the objective, but the objective may not be met by the end of the duration of the IEP; 2=progress is not sufficient to meet this objective by the end of the duration of the IEP; 1=this objective was not addressed during this reporting period.

DISTRIBUTION: COPY 1/Student's Confidential Record; COPY 2/Service Provider(s); COPY 3/Parent

MCPS Form 336-51, Rev. 1/03

Page 5 of 14

Office of Instruction and Program Development
Department of Special Education
MONTGOMERY COUNTY PUBLIC SCHOOLS
Rockville, Maryland 20850

INDIVIDUALIZED EDUCATION PROGRAM
INSTRUCTIONAL GOALS AND OBJECTIVES
CONFIDENTIAL

Page 5 of ____

Student Name ____ _____ ____    ID# 911937    Meeting Date 3/3/05
                 Last      First   MI

**PART I: INSTRUCTIONAL AREA** Math
(Refer to MCPS Form 336-51 for present levels of performance.)

**Part II: ANNUAL GOAL:** Identify **one annual goal per page** that the student can reasonably be expected to accomplish within one school year 08/05 through 06/06.
*Note:* The goals and objectives/benchmarks are considered draft **recommendations** until approved.

**GOAL:** S_____ will utilize a variety of strategies to solve mathematical problems.

**PART III: SHORT-TERM OBJECTIVES/BENCHMARKS:** Describe what the student is expected to accomplish, under what circumstances, to what level of mastery, and the procedure for evaluating achievement. (Use additional copies of page 5, if needed, and mark them 5A, 5B, etc., in the top right-hand corner.)

1. Given a variety of graphs (including picture, bar and line graphs) S_____ will interpret, compare and make predictions based on the graphs, with 80% accuracy, as measured by student work samples (oral and written questions posed), assessments and staff observations.

2. Given a variety of mathematical word problems involving addition and subtraction, S_____ will identify the information in the problem needed in order to solve the problem, and will choose the correct operation to solve the problem, with 80% accuracy, as measured by staff observation and student work samples.

3. Given a math problem and prompt/stance question, S_____ will solve the problem and will explain his thinking using numbers, pictures, and/or words to solve the problem, with 80% accuracy, as measured by staff observation, class assignments and assessments.

4. Given a variety of multiplication facts from the 0-6 times tables, S_____ will solve these problems with 80% accuracy, as measured by staff observation and student work samples.

5. Given a variety of shapes and solids, S_____ will identify the names of the shapes and solids and will describe at least 2 attributes about the shapes and solids, with 80% accuracy, as measured by student work samples and teacher made assessments.

Service provider(s) Special Education Team

| PROGRESS (indicate date and code) |
|---|
| |
| |
| |
| |

**PROGRESS CODES:** Progress (toward each annual goal is measured by the attainment of evaluation criteria for specific short-term objectives under that goal. Each marking period parents will be notified in writing concerning progress on annual IEP goals. **CODES:** 1=the objective has been met; 2=progress has been made and it appears the objective will be met by the end of the duration of the IEP; 3=progress has been made toward the objective, but the objective may not be met by the end of the duration of the IEP; 4=progress has been made and it appears the objective will be met by the end of the duration of the IEP; 1=this objective was not addressed during this reporting period.
IEP: 2=progress is not sufficient to meet this objective by the end of the duration of the IEP.

185

(7)

Office of Instruction and Program Development
Department of Special Education
MONTGOMERY COUNTY PUBLIC SCHOOLS
Rockville, Maryland 20850

**INDIVIDUALIZED EDUCATION PROGRAM**
**INSTRUCTIONAL GOALS AND OBJECTIVES**
**CONFIDENTIAL**

Page 5 ⎡

Student Name _____ G_____    First _____    MI _____    ID# _1/937_  Meeting Date _3.23.05_

PART I: INSTRUCTIONAL AREA __Communication - Speech/language__
(Refer to MCPS Form 336-51 for present levels of performance.)

Part II: ANNUAL GOAL: Identify only one annual goal per page that the student can reasonably be expected to accomplish within one school year _2005_ through _2006_
Note: The goals and objectives/benchmarks are considered draft recommendations until approved.

GOAL _____ will increase his ability to state intended message

PART III: SHORT-TERM OBJECTIVES/BENCHMARKS: Describe what the student is expected to accomplish, under what circumstances, to what level of mastery, and the procedure for evaluating achievement. (Use additional copies of page 5, if needed, and mark them 5A, 5B, etc., in the top right-hand corner.)

1. Given 1 to 2 prompts, _____ will compare two items and determine 2 common traits with 80% accuracy as measured by SLP log notes.

2. Given 1 to 2 prompts, _____ will explain multiple meanings of words by determining the meaning of the word from the context in which the word is used with 80% accuracy as measured by SLP log notes.

3. Given 1 to 2 prompts, _____ will generate 3-4 verbal descriptions to describe an object with 80% accuracy as measured by SLP log notes.

4. Give a short story, _____ will answer "wh" questions (who, what, when, where) with 80% accuracy as measured by SLP notes therecate report.

PROGRESS
(indicate date and code)

Service provider(s) __SLP / SET__

186

**PROGRESS CODES:** Progress toward each annual goal is measured by the attainment of evaluation criteria for specific short-term objectives under that goal. Each marking period parents will be notified in writing concerning progress on annual IEP goals. **CODES: 1=**the objective has been met; **2=**progress has been made and it appears the objective will be met by the end of the duration of the IEP; **3=**progress has been made toward the objective, but the objective may not be met by the end of the duration of the IEP; **4=**this objective was not addressed during this reporting period. IEP: 2=progress is not sufficient to meet this objective to meet this objective by the end of the duration of the IEP.

DISTRIBUTION: COPY 1/Student's Confidential Record; COPY 2/Service Provider(s); COPY 3/Parent

MCPS Form 336-51, Rev. 1/03

Office of Instruction and Program Development
Department of Special Education
MONTGOMERY COUNTY PUBLIC SCHOOLS
Rockville, Maryland 20850

INDIVIDUALIZED EDUCATION PROGRAM
INSTRUCTIONAL GOALS AND OBJECTIVES
CONFIDENTIAL

Page 5

Student Name _____    Last    First    MI

ID# 911937   Meeting Date 3-23-05

Page 5

PART I: INSTRUCTIONAL AREA (Communication - Speech/language)
(Refer to MCPS Form 336-51 for present levels of performance.)

Part II: ANNUAL GOAL: Identify one annual goal per page that the student can reasonably be expected to accomplish within one school year ___2005___ through ___2006___
Note: The goals and objectives/benchmarks are considered draft recommendations until approved.

⑦ GOAL: _____ will increase his ability to follow directions & complex sentence structures

PART III: SHORT-TERM OBJECTIVES/BENCHMARKS: Describe what the student is expected to accomplish, under what circumstances, to what level of mastery, and the procedure for evaluating achievement. (Use additional copies of page 5, if needed, and mark them 5A, 5B, etc., in the top right-hand corner.)

PROGRESS
(indicate date and code)

187

1. Given a prompt, ____ will follow 2 step commands with 80% accuracy as measured by SLP log notes and teacher report.

2. ____ will repeat direction given by an adult to assist in his ability to follow directions with 90% accuracy as measured by SLP log notes and teacher report.

3. ____ will demonstrate understanding of simple and complex sentence structures by selecting pictures or objects that represent various target sentence structures with 80% accuracy as measured by SLP log notes and teacher report.

Service provider(s): ____ SLP/SGT

PROGRESS CODES: Progress (toward each annual goal is measured by the attainment of evaluation criteria for specific short-term objectives under that goal. Each marking period parents will be notified in writing concerning progress on annual IEP goals. CODES: 5=the objective has been met; 4=progress has been made and it appears this objective will be met by the end of the duration of the IEP; 3=progress has been made toward the objective, but the objective may not be met by the end of the duration of the IEP; 2=progress has been made toward the objective, but it is doubtful the objective will be met by the end of the duration of the IEP; 1=this objective was not addressed during this reporting period. IEP; 2=progress is not sufficient to meet this objective by the end of the duration of the IEP.

DISTRIBUTION: COPY 1/Student's Confidential Record; COPY 2/Service Provider(s); COPY 3/Parent

MCPS Form 336-51, Rev. 1/03

Office of Student and Community Services
Department of Special Education
MONTGOMERY COUNTY PUBLIC SCHOOLS
Rockville, Maryland 20850

INDIVIDUALIZED EDUCATION PROGRAM

CONFIDENTIAL

Student Name C_____  S_____  _____  ID# 911937
Last            First         MI

Meeting Date 3/23/05

PART I: SUPPLEMENTARY AIDS AND SERVICES. Directions: Based on the student's unique needs and IEP goals and objectives, the following supplementary aids and services are to be provided to the student or on behalf of the student. (See reverse for directions.) (Note: Page 6 is followed by 6A and 6B.)

| SUPPLEMENTARY AIDS AND SERVICES | ANTICIPATED FREQUENCY/RECOMMENDED USE |
|---|---|
| A. Provide instructional accommodations and modifications by:<br>extended time to complete assignments (50%)   calculator and manipulatives for math assignments<br>reduced readability of assignments      repeat directions<br>modeling                                 tests items read to him for non-fluency/decoding assessments<br>break tasks into smaller parts<br>small group instruction for core academic areas<br><br>☐ Not required | daily in all academic areas |
| B. Adapt materials by:<br>provide manipulatives<br>reduced readability<br>text provided at instructional level<br><br>☐ Not required | daily in all academic areas |
| C. Provide environmental/physical adaptations by:<br>small group instruction<br>pair with role model student<br>seat away from distracters<br><br>☐ Not required | daily in all academic areas |
| D. Modify assignments by:<br>provide oral and written directions<br>model item samples<br><br>☐ Not required | daily in all academic areas |

MCPS Form 336-51, Rev. 12/03      DISTRIBUTION: COPY 1/Student's Confidential Record; COPY 2/Service Provider(s); COPY 3/Parent

Page 6 of 14

188

**Directions:** All recommendations for supplementary aids and services should be based on valid assessment data.

**Part A: Instructional accommodations and modifications:**

When the IEP team is considering a student's need for instructional accommodations and modifications, the **need for extended time** for instruction and class assessments should be considered, if

- the student's current assessment information shows the need for extended time for instruction and class assessments (see page 1 of the IEP); and/or

- classroom observation and experience with the student show the student needs more than the typical time allotted to complete assignments.

If the IEP team concludes that the student requires extended time for instruction and class assessments, the team must

- determine whether the student requires different timeframes to complete assignments and tests in various subjects; and

- specify in the Anticipated Frequency/Recommended Use section of Part I.A the amount of extended time that will be provided during the instructional day.

189

Office of Student and Community Services
Department of Special Education
MONTGOMERY COUNTY PUBLIC SCHOOLS
Rockville, Maryland 20850

INDIVIDUALIZED EDUCATION PROGRAM
TESTING ACCOMMODATIONS
*CONFIDENTIAL*

Student Name _____  ID# 911937    Meeting Date 3/23/05    Birth Date _____ 9/
              Last          First          MI

**PART I (CONTINUATION): SUPPLEMENTARY AIDS AND SERVICES TO BE PROVIDED TO THE STUDENT OR ON BEHALF OF THE STUDENT**

**E. TEST ACCOMMODATIONS** should be recommended for a student with a disability if the disability interferes with the student's ability to complete required assessments. The identified accommodations must align with the student's specific areas of need and educational impact documented at the most recent IEP team meeting. **Recommendations for "extra response and processing time" must reflect the ongoing instructional accommodations** identified in Part I, Section A. Anticipated frequency and recommended use include accommodations being provided during informal class tests, end-of-course examinations, and systemwide and state testing. Check the appropriate boxes below. The codes listed at the right are to be entered on the mainframe. (Note: Page 6A is followed by Page 6B).

Mainframe Codes

**I. SCHEDULING ACCOMMODATIONS**

| | | Code |
|---|---|---|
| ☐ | A. Supervised breaks during test session | A. 200 |
| ☐ | B. Tests given regularly within a single day/session may be administered over multiple days without exceeding total time allowances. Tests must be given within the constraints of test administration procedures. | |
| ☒ | C. Extra response and processing time | B. 101 |
| ☐ | D. Tests are administered at best time of day for student | C. 180 |
| ☐ | E. Other proposed by Local Accountability Coordinator or by special education staff and approved by MSDE Assessment Office and MSDE Special Education staff | D. 190 |
| ☐ | F. None required | E. 199 |
| | | F. N/A |

Explain: Difficulties with attention to task and memorization and recall require extra time
190

**II. SETTING ACCOMMODATIONS**

| | | Code |
|---|---|---|
| ☐ | A. General education classroom, with special seating (front of room, carrel, etc.) | A. 207 |
| ☐ | B. General education classroom, with adjusted grouping | B. 201 |
| ☐ | C. General education classroom, with additional school support (instructional assistant, guidance, etc.) | C. 204 |
| ☐ | D. General education classroom, with special education staff as support. Support person is not to help student read or respond to items | D. 205 |
| ☒ | E. Small group setting | E. 208 |
| ☐ | F. Small group setting with special education teacher as examiner | F. 206 |
| ☐ | G. Individual administration within the school building | G. 202 |
| ☐ | H. Individual administration outside the school building (home, hospital, etc.) | H. 203 |
| ☐ | I. Other-proposed by Local Accountability Coordinator or by special education staff and approved by MSDE Assessment Office and MSDE Special Education staff | I. 209 |
| ☐ | J. None required | J. N/A |

Explain: Daily instruction occurs in a small group setting

**III. EQUIPMENT/TECHNOLOGY ACCOMMODATIONS**

| | | Code |
|---|---|---|
| ☐ | A. Large print test materials | A. 304 |
| ☐ | B. Braille test materials | B. 305 |
| ☒ | C. Calculator for mathematics testing | C. 300 |
| ☐ | D. Use of electronic devices: ☐ mechanical speller ☐ computer ☐ augmented communication device ☐ brailling device | D. 303 |
| ☐ | E. other_____ | |
| ☐ | Use of electronic devices with spell and grammar checkers blocked as certified by Local Accountability Coordinator ☐ mechanical speller ☐ computer ☐ augmented communication device ☐ brailling device | E. 304 |
| ☐ | other_____ | |
| ☐ | F. Published or electronic bilingual dictionary (a synonym dictionary, without definitions, in the student's native language). | F. 305 |
| ☐ | G. Other proposed by Local Accountability Coordinator or by special education staff and approved by MSDE Assessment Office and MSDE Special Education staff | G. N/A |
| ☐ | H. None required | H. N/A |

Explain: Recall and memory of math facts require calculator support

MCPS Form 336-51, Rev. 3/04

Office of Student and Community Services
Department of Special Education
MONTGOMERY COUNTY PUBLIC SCHOOLS
Rockville, Maryland 20850

**INDIVIDUALIZED EDUCATION PROGRAM**
**TESTING ACCOMMODATIONS**
*CONFIDENTIAL*

Student Name _____  _____  ____  ID# 911937  Meeting Date 3/23/05  Birth Date 3/23/05
                Last          First       MI

| | Mainframe Codes |
|---|---|

**PART I (CONTINUATION): SUPPLEMENTARY AIDS AND SERVICES TO BE PROVIDED TO THE STUDENT OR ON BEHALF OF THE STUDENT**

**E. TEST ACCOMMODATIONS (CONTINUATION)** Test accommodations should be recommended for a student with a disability if the disability interferes with the student's ability to complete required assessments. The identified accommodations must align with the student's specific areas of need and educational impact documented at the most recent IEP team meeting. Anticipated frequency and recommended use include accommodations being provided during informal class tests, end-of-course examinations, and systemwide and state testing. Check the appropriate boxes below. The codes listed at the right are to be entered into the mainframe.
(Note: Page 6B is followed by Page 7).

**IV. PRESENTATION ACCOMMODATIONS**

- ☒ A. Verbatim repetition of scripted directions, as needed
- ☐ B. Written copies of orally presented materials that are found only in examiner's manual
- ☐ C. Accessibility to close-caption or video materials (THIS ACCOMMODATION IS ALLOWED ONLY FOR CLASSROOM ASSESSMENTS. IT IS NOT ALLOWED FOR STATE ASSESSMENTS.)
- ☐ D. Sign language interpreter, amplification, or visual display required for test directions/examiner-led activities
- ☐ E. Verbatim audiotape of directions
- ☐ F. Verbatim reading or audiotape of entire test for content areas other than reading
- ☐ G. Verbatim reading of selected sections of test or vocabulary for content areas other than reading
- ☐ H. Verbatim reading or audiotape of entire reading test
- ☐ I. Verbatim reading of selected vocabulary words or sections of reading test
- ☐ J. Other-proposed by Local Accountability Coordinator or by special education staff and approved by MSDE Assessment Office and MSDE Special Education staff
- ☐ K. None required

Explain Difficulties with reading fluency and decoding require verbatim reading support.

| | |
|---|---|
| A. | 400 |
| B. | 401 |
| C. | N/A |
| D. | 402 |
| E. | 403 |
| F. | 406 |
| G. | 407 |
| H. | 404? |
| I. | 405 |
| J. | N/A |
| K. | N/A |

**V. RESPONSE ACCOMMODATIONS**

- ☒ A. For machine-scored tests, student marks answers in test booklet. Transfer to answer sheet completed by school personnel
- ☐ B. For selected response items, student indicates answers by pointing or other method
- ☐ C. For constructed response (brief or extended) items, student tapes response for later verbatim transcription by school personnel
- ☐ D. School personnel may check student's transferred responses (alignment and completeness of hand-filled bubbles)
- ☒ E. For constructed response (brief or extended) items, student dictates response to examiner for verbatim transcription by school personnel
- ☐ F. For constructed response (brief or extended) items or oral presentation, student signs response to interpreter of the deaf/hearing-impaired for translation
- ☐ G. Other proposed by Local Accountability Coordinator or by special education staff and approved by MSDE Special Education staff
- ☐ H. N/A

Explain Difficulty with spelling content and writing fluency require response accommodations.

| | |
|---|---|
| A. | 500? |
| B. | 501 |
| C. | 500? |
| D. | 502? |
| E. | 508? |
| F. | 508? |
| G. | N/A |
| H. | N/A |

MCPS Form 336-51, 3/04

DISTRIBUTION: COPY 1/Student's Confidential Record; COPY 2/Service Provider(s); COPY 3/Parent

191

Office of Student and Community Services
Department of Special Education
MONTGOMERY COUNTY PUBLIC SCHOOLS
Rockville, Maryland 20850

**INDIVIDUALIZED EDUCATION PROGRAM**

**CONFIDENTIAL**

Student Name Leaf _____ Surname

First _____ MI _____    ID# 911937 _____ Meeting Date 3-23-05

| PART I (Continuation): | SUPPLEMENTARY AIDS AND SERVICES TO BE PROVIDED TO THE STUDENT OR ON BEHALF OF THE STUDENT | ANTICIPATED FREQUENCY/ RECOMMENDED USE |
|---|---|---|

F.  Consider the need for assistive technology (AT):

☐  AT devices or services are required (specify) _____

☐  Trial AT devices or services are recommended (specify) _____

☑  Considered but not required

G.  Manage behavior by:

☐  Conducting a functional behavioral assessment to be completed by ___/___/___

☐  Developing a behavioral intervention plan

☐  Identifying IEP goals and objectives

☐  Other _____

☑  Not required

H.  Provide alternative communication systems for students who are blind or visually impaired or deaf or hard of hearing.

☐  Braille (attach MCPS Form 336-82)

☐  Sign language

☐  Cued speech

☐  Auditory/oral

☐  Large print

☐  Other _____

☑  Not required

I.  Provide English language learner support by: _____

☐  Not required

J.  Provide support for school personnel by:

☐  Conducting staff training _____

☐  Providing consultation _____

☐  Other, e.g., mentoring, co-teaching _____

☑  Not required

MCPS Form 336-51, Rev. 11/03

DISTRIBUTION: COPY 1/Student's Confidential Record; COPY 2/Service Provider(s); COPY 3/Parent

192

Office of Student and Community Services
Department of Special Education
MONTGOMERY COUNTY PUBLIC SCHOOLS
Rockville, Maryland 20850

**INDIVIDUALIZED EDUCATION PROGRAM**
**CONFIDENTIAL**

Student name _C___    _Last_    _First_    _S_____    MI    ID# 911937    Meeting date 3-_03-05_

**(9) Part II: NONPARTICIPATION WITH NONDISABLED PEERS**

A. **Academic Activities, Meals, and Recess:** Given the recommended supplementary aids and services (pages 6–7), identify the percentage of time in which the student will not participate with nondisabled peers in the general education environment. Refer to the chart on the reverse. _33_ % If full participation is not possible, explain why: _in our academic areas in or see_ _Small group instruction is required in the general education_ _for Sam who is success fully access the general education curriculum. Mainstreaming for lunch recess as is appropriate._

B. **General School and Extracurricular Activities:** Given the recommended supplementary aids and services (pages 6–7), can the student participated with nondisabled peers in:

General school activities? ☑ Yes ☐ No. Explain why: _____

Extracurricular activities? ☑ Yes ☐ No. Explain why: _____

C. **Participation in County and State Assessments:** (Note: Does not apply to preschool children)

| COUNTY ASSESSMENTS | | STATE ASSESSMENTS (see directions on reverse) | | |
| --- | --- | --- | --- | --- |
| ECAP ☐ Participate ☐ Exempt ☑ N/A | | HSA ☐ Participate ☐ Exempt ☑ N/A | | |
| ESOL IPT ☐ Participate ☐ Exempt ☑ N/A | | TERRA NOVA (CTBS or CAT) ☐ Participate ☐ Participate | ☐ N/A ☐ N/A | |
| | | MSA ☐ Participate ☐ Participate | ☐ N/A ☑ N/A | |
| | | OR All MSA | | |

Give the rationale for any exemptions _____

**(10) Part III: RECOMMENDED SPECIAL EDUCATION AND RELATED SERVICES.** Based on the student's unique needs and present levels of performance, the following specially designed instruction and related services are recommended. **NOTE:** For elementary students, total hours for A and B may not exceed 30 hours.

A. **Primary Special Education Services: Check only one:**

☑ Classroom instruction in the following subject areas: _reading writing_ _Math_                       OR

| ANTICIPATED FREQUENCY |
| --- |
| Preschool/Elementary Student _22_ hours per week. |
| OR |
| Secondary Student _____ periods per week. OR _____ periods/blocks per week. |

☐ Speech/language services    OR    ☐ Adaptive PE    OR    ☐ Travel training

B. **Related Services To Support Instruction:**

| SERVICE | ANTICIPATED FREQUENCY |
| --- | --- |
| ☑ Speech/language services | _min per week_ |
| ☐ Occupational therapy | |
| ☐ Physical therapy | |
| ☐ Other | |
| ☐ Other | As per Individual Health Care Plan |
| ☐ School health services | |
| ☐ None required | |

193

## PERCENTAGE OF TIME THE STUDENT WILL NOT PARTICIPATE IN GENERAL EDUCATION:

| Hours/Week | % Per Week | Hours/Week | % Per Week | Hours/Week | % Per Week | Hours/Week | % Per Week |
|---|---|---|---|---|---|---|---|
| 0.5 | 2 (1.67) | 8.5 | 28 | 16.5 | 55 | 24.5 | 82 |
| 1.0 | 5 | 9.0 | 30 | 17.0 | 57 | 25.0 | 83 |
| 1.5 | 5 | 9.5 | 32 | 17.5 | 58 | 25.5 | 85 |
| 2.0 | 7 | 10.0 | 33 | 18.0 | 60 | 26.0 | 87 |
| 2.5 | 8 | 10.5 | 35 | 18.5 | 62 | 26.5 | 89 |
| 3.0 | 10 | 11.0 | 37 | 19.0 | 63 | 27.0 | 90 |
| 3.5 | 12 | 11.5 | 38 | 19.5 | 65 | 27.5 | 92 |
| 4.0 | 13 | 12.0 | 40 | 20.0 | 67 | 28.0 | 94 |
| 4.5 | 15 | 12.5 | 42 | 20.5 | 68 | 28.5 | 95 |
| 5.0 | 17 | 13.0 | 43 | 21.0 | 70 | 29.0 | 97 |
| 5.5 | 18 | 13.5 | 45 | 21.5 | 72 | 29.5 | 99 |
| 6.0 | 20 | 14.0 | 47 | 22.0 | 73 | 30.0 | 100 |
| 6.5 | 22 | 14.5 | 48 | 22.5 | 75 | | |
| 7.0 | 23 | 15.0 | 50 | 23.0 | 77 | | |
| 7.5 | 25 | 15.5 | 52 | 23.5 | 78 | | |
| 8.0 | 27 | 16.0 | 53 | 24.0 | 80 | | |

**Percent of Time for Seven-Period Day:** 1 = 14%, 2 = 28%, 3 = 42%, 4 = 57%, 5 = 71%, 6 = 85%, 7 = 100%

**Percent of Time for Eight-Period Day:** 1 = 12.5%, 2 = 25%, 3 = 37.5%, 4 = 50%, 5 = 62.5%, 6 = 75%, 7 = 87.5%, 8 = 100%

**STATE ASSESSMENTS:**  Check "exempt," only for students not currently working toward a diploma.

Check "Alt MSA," only for students whose disabilities prevent them from participating in TERRA NOVA (CTBS or CAT) or MSA even with accommodations.

**PRIMARY SPECIAL EDUCATION SERVICES:**

**TYPES:** (identify one only):  Classroom Instruction: list the subject areas in which the student will receive special education

Speech/language Services

Adaptive PE

Travel Training

**ANTICIPATED FREQUENCY:**  For preschool/elementary students, identify the hours of service per week.

For secondary students, identify either the periods of special education per week OR periods/blocks of special education per day.

**RELATED SERVICES TO SUPPORT INSTRUCTION:**

**TYPES:**

| | | | |
|---|---|---|---|
| Audiology services | Occupational therapy | Physical therapy | School health services |
| Counseling services | Orientation and mobility | Psychological services | Speech/language pathology |
| Medical services for diagnostic purposes only | Parent counseling services | Recreation | Vision |

**ANTICIPATED FREQUENCY:**  Identify the hours per week of service or, if needed, describe frequency.

194

Office of Student and Community Services
Department of Special Education
MONTGOMERY COUNTY PUBLIC SCHOOLS
Rockville, Maryland 20850

**INDIVIDUALIZED EDUCATION PROGRAM
LEAST RESTRICTIVE ENVIRONMENT: AGES 6-21 ONLY**
*CONFIDENTIAL*

Student Name _____  ID# 911937  Meeting Date 3 · 23 · 05  Birth Date __ · __ · 96

Last  First  MI

(11) **PART IV: LEAST RESTRICTIVE ENVIRONMENT:** LRE reflects the setting where the student will receive special education instruction. LRE is not determined by the amount of special education services recommended. See reverse for definitions of each LRE option.

**Directions:** For each child who, on the last Friday of the October that is covered by this IEP, is/will be between the ages of 6–21, consider each option in the order listed until the IEP team recommends an option as the LRE. See definitions on reverse. **(Use page 9A for students ages 3–6.)** If the parent suggests a more restrictive environment, discuss the suggestion and document the consideration on page 14, Part I.

Given the student's IEP goals and objectives and the recommended supplementary aids and services, can the student be educated in:

| | | | |
|---|---|---|---|
| ☐ Yes | ☒ No | Outside the General Education Class Less Than 21% (LRE Code A) | ☐ Yes ☒ No Public Separate Day School (LRE Code F) |
| ☐ Yes | ☒ No | Outside the General Education Class Between 21 and 60% (LRE Code B) | ☐ Yes ☒ No Private Separate Day School (LRE Code G) |
| ☒ Yes | ☐ No | Outside the General Education Class More Than 60% (LRE Code C) | ☐ Yes ☒ No Public Residential Facility (LRE Code H) |
| ☐ Yes | ☒ No | Homebound Placement (LRE Code D) | ☐ Yes ☒ No Private Residential Facility or Center (LRE Code I) |
| ☐ Yes | ☒ No | Hospital Placement (LRE Code E) | |

Explain the rationale for the recommended LRE and the reasons for rejecting any lesser restrictive environment(s), including the benefits and harmful effects:

Small class instruction is required in core academic areas in
order for S. to achieve success. Mainstreaming for lunch
recess and specials is appropriate.

(12) **Part V: PLACEMENT DECISION:** The placement is based on present levels of performance, IEP goals, and recommended special education and related services.

Program LAD  Location of services Kemallian E.S.

Anticipated duration of services: Start date 8 · 29 · 05  End date 6 · 14 · 06  Start date __ · __ · __  Annual review date 4 · 15 · 06  End date __ · __ · __

(13) **Part VI: REFERRAL FOR CONSIDERATION OF ALTERNATIVE PLACEMENT:**

☒ N/A  ☐ Yes: Interim program _____  Location _____  Start date __ · __ · __

(14) **Part VII SPECIALIZED TRANSPORTATION:**

☒ Specialized transportation because program is not at student's home school
☐ Specialized transportation to meet the needs of the student's disability: ☐ Child restraint ☐ Attendant ☐ Wheelchair lift
☐ N/A

(15) **Part VIII: ESY CONSIDERATIONS:** Is ESY being considered? ☒ Yes ☐ No. If "Yes," go to page 10 of MCPS Form 336-51. If "No," go to page 13 of MCPS Form 336-51.

MCPS Form 336-51, Rev. 12/03

195

## LEAST RESTRICTIVE ENVIRONMENT FOR STUDENTS AGE 6 - 21

| LRE CODES | Least Restrictive Environment Descriptions |
|---|---|
| | **Students Aged 6-21 Only (as of the fourth Friday of the October covered by this IEP)** |
| A | **Outside the General Education Class Less Than 21%,** includes students who receive special education and related services outside the general education setting for less than 21% of the school day. |
| B | **Outside the General Education Class Between 21 and 60%,** includes students who receive special education and related services outside the general education classroom for at least 21%, but no more than 60% of the school day. |
| C | **Outside the General Education Class More Than 60%,** includes students who receive special education and related services outside the general education classroom for more than 60% of the school day. |
| D | **Homebound Placement,** includes students who receive special education instruction at home. |

| LRE CODES | Least Restrictive Environment Descriptions |
|---|---|
| | **Students Aged 3-21 Only (as of the fourth Friday of the October covered by this IEP)** |
| E | **Hospital Placement,** includes students who receive special education in a medical treatment facility on an in-patient basis. |
| F | **Public Separate Day School,** includes students who receive special education and related services for greater than 50% of the school day in a public separate day facility that does not house programs for students without disabilities. |
| G | **Private Separate Day School,** includes students who receive special education and related services for greater than 50% of the school day in a private separate day facility that does not house programs for students without disabilities. |
| H | **Public Residential Facility,** includes students who receive special education and related services greater than 50% of the school day in a public residential facility. |
| I | **Private Residential Facility or Center,** includes students who receive special education and related services for greater than 50% of the school day in a private residential facility. |

196

Office of Student and Community Services
Department of Special Education
MONTGOMERY COUNTY PUBLIC SCHOOLS
Rockville, Maryland 20850

**INDIVIDUALIZED EDUCATION PROGRAM**
**EXTENDED SCHOOL YEAR**
**CONFIDENTIAL**

Student Name _____ LAD _____   _S_____
                 Last              First          MI

Current Placement (Program) _LAD_   ID# _911937_   Current School _Glenallan Elementary School_   Meeting Date _3-3-0?_

**PART I: ESY NOTICE** – Parents/guardians were provided with the *ESY Brochure* and a copy of appeal procedures ☑ by mail ☐ at this IEP team meeting

**PART II: ESY DISCUSSION:** ESY services are provided if necessary to enable the student to receive some educational benefits from his/her educational program during the regular school year. They address critical life skills goals on the current IEP that have not yet been met. A critical life skill is any behavioral, academic, social or other skill that determines is critical to the student's overall educational progress and it appears that the student will fail to recover the skill in a reasonable time following school break. If necessary, attach MCPS Form 336-01: *Addendum to MCPS Form*, to document Section A or B.

A. ☑ No ☐ Yes  Does the student's current IEP include annual goals related to critical life skills?

B. The IEP team discusses the following factors and explains the basis for its decisions regarding each factor:

**CRITICAL LIFE SKILLS**

1. ☑ No ☐ Yes
   Is there a likelihood of substantial regression of critical life skills caused by the normal school break and a failure to recoup those lost skills in a reasonable time?
   Explain _____

2. ☑ No ☐ Yes
   Did the student fail to make an appropriate degree of progress toward mastery of IEP goals related to critical life skills during this school year?
   Explain _____

**OTHER FACTORS**

3. ☑ No ☐ Yes
   Does the student have any identifiable emerging skills or breakthrough opportunities?
   Explain _____

C. ☐ No ☑ Yes

4. ☑ No ☐ Yes
   Are there any interfering behavior(s), such as stereotypic, ritualistic, aggressive or self-injurious behavior(s)?
   Explain _____

5. ☐ No ☑ Yes
   Are the nature and severity of the student's disability such that they should be considered?
   Explain _Retention and regression is likely_

6. ☐ No ☑ Yes
   Are there special circumstances that should be considered, such as students' transition from school to work or in supported employment, late entry into school, excessive absence due to illness, or consideration for placement in a more restrictive setting?
   Explain _____

**PART III: PARENT CONCERNS/COMMENTS:** Document parent participation in the ESY decision-making: _Parent in agreement_

**PART IV: DECISION OF THE IEP TEAM:** If the benefits the student will receive from his/her educational program during the regular school year are significantly jeopardized if the student is not provided ESY, then ESY services are required under the IDEA only when such regression will substantially thwart the goal of meaningful progress, and the regression is followed by insufficient recoupment of the knowledge or skills when school resumes. The mere fact of likely regression is not a sufficient basis, because all students, disabled or not, may regress to some extent during lengthy breaks from school.

☐ ESY is NOT appropriate. Rationale _____

☑ ESY is appropriate. (Develop an ESY IEP, using pages 11 and 12 of MCPS Form 336-51.)

☐ The needs of the student require that a final ESY decision will be made at another IEP team meeting because _____

MCPS Form 336-51, Rev. 12/03

197

DISTRIBUTION: COPY 1/Students Confidential Record; COPY 2/Service Provider(s); COPY 3/Parent

Office of Student and Community Services
Department of Special Education
MONTGOMERY COUNTY PUBLIC SCHOOLS
Rockville, Maryland 20850

**INDIVIDUALIZED EDUCATION PROGRAM
EXTENDED SCHOOL YEAR
CONFIDENTIAL**

Page 11 of __ 3/23/0__

Student Name __L.R.__
Last _____   First _____   MI _____   ID# __911937__   Meeting Date __3/23/0__

Current Placement (Program) __LAD__          Current School __Glenallan Elementary School__

Directions: Refer to page 1 of MCPS Form 336-51 for present levels of performance and to the student's current IEP for critical life skills goals and objectives. (Use additional copies of page 11, if needed, and mark them 11A, 11B, etc., in the top right-hand corner.)

---

**PART I: INSTRUCTIONAL AREA** __Reading__

**Part II: ANNUAL GOAL:** Identify one critical life skill goal or other goal on the current IEP that the student will work on during ESY:

S____ will examine, construct and extend the meaning of a variety of texts by self-selecting and assigned texts by applying reading strategies.

☐ AT required.

**PART III: SHORT-TERM OBJECTIVES/BENCHMARKS:** Describe what the student is expected to accomplish, under what circumstances, to what level of mastery, and the procedure for evaluating achievement.

① S____ will use vowel - consonant sounds, consonant blends, and vowel - vowel sounds to make words, as measured by classroom assignments 80% of the time.

② S____ will know and use common (e.g. -till -ing) and complex (e.g. sight) word families to decode unfamiliar words, as measured by classroom assignments 80% of the time.

Service provider(s) __Special educator__

REPORT OF PROGRESS: (Complete at the conclusion of ESY):

---

**PART I: INSTRUCTIONAL AREA** __Math__

**Part II: ANNUAL GOAL:** Identify one critical life skill goal or other goal on the current IEP that the student will work on during ESY:

S____ will demonstrate the ability to tell time and solve applied math problems.

☐ AT required.

**PART III: SHORT-TERM OBJECTIVES/BENCHMARKS:** Describe what the student is expected to accomplish, under what circumstances, to what level of mastery, and the procedure for evaluating achievement.

① Given worksheets and/or manipulatives, S____ will read and write time to the minute using A.M. or P.M. with 90% accuracy and/or by passing criteria.

② Given worksheets or manipulatives, S____ will express addition and subtraction situations using number sentences with 90% accuracy.

Service provider(s) __Special Education Team.__

REPORT OF PROGRESS: (Complete at the conclusion of ESY):

---

198

Office of Student and Community Services
Department of Special Education
MONTGOMERY COUNTY PUBLIC SCHOOLS
Rockville, Maryland 20850

**INDIVIDUALIZED EDUCATION PROGRAM**
**EXTENDED SCHOOL YEAR**
**CONFIDENTIAL**

Student Name _____ C_____
                Last        First        MI        ID# 911937        Meeting Date 3 /23/0?

Current Placement (Program) LAD        Current School Glenallan Elementary School

**INSTRUCTIONAL SERVICES FOR ESY; DIRECTIONS:**
1. Identify the program for classroom instruction (e.g., Deaf/Hard of Hearing, School-Community Based Program, Transition, Vision, Preschool Education Program, etc.) and any recommended related services.
2. Specify the amount of time for each service.

**PART IV: NONPARTICIPATION WITH NONDISABLED PEERS:** Percentage of time the student will not participate with nondisabled peers during the ESY program: 100 %

**PART V: SERVICES**

| | ESY Services | Anticipated Frequency | | |
|---|---|---|---|---|
| | | Hours per Week | | Duration/ (Start and End Dates) |
| Primary Service: | | | | |
| ☑ Classroom Instruction (Identify the program) RAD | 15 | OR | 7/5/05 - 7/25/05 | OR |
| OR | | | | |
| ☐ Speech/Language Services | | | | |
| Include (if applicable): | | | | |
| Related Services: | | | | |

**Part VI: DETERMINATION OF LEAST RESTRICTIVE ENVIRONMENT:**
Taking into consideration the student's current least restrictive environment (LRE), recommend the student's ESY LRE. Use the number "1" to identify the setting in which the student will receive most of his/her ESY service. Check any other settings in which service will be provided.

General education school _____ Special education school 1 Community _____ Job site _____ Other: (specify) _____

Explain the basis for the decision Student currently receives services in a special education school

**PART VII: EVEN THOUGH MY CHILD QUALIFIES FOR ESY SERVICES, I DECLINE THE SERVICES RECOMMENDED BY THE IEP TEAM.**

_____        _____        _____        _____
Signature, Parent        Date        Signature, Parent        Date

MCPS Form 336-51, Rev. 11/02        DISTRIBUTION: COPY 1/Student's Confidential File

199

**DIRECTIONS:** MUST BE COMPLETED FOR ALL STUDENTS RECOMMENDED FOR ESY SERVICES. To be completed by case manager. Return **two copies** of this form with **two collated copies** of 2005 Parent Receipt form, 2004-05 IEP pages 1-13, 2005-06 IEP Pages 1,10-13, and **health plan** and/or **behavioral plans**, if applicable. Please submit work to be completed during ESY for each student. Send to ESY coordinator, Room 230, CESC immediately following Annual Review by **April 22, 2005**, for 15+ hours, and May 27, 2005, for <15 hours of service. Keep a copy of the completed ESY registration packet in the student's confidential file. **Fill out form completely to facilitate registration process. PLEASE PRINT. (Phone Number for ESY office: 301-279-3022; fax 301-279-3047)**

Student Last Name: **G——**     First Name: **S————**

ID No.: **911932**   Date of Birth: **——/96**   Annual Review Date: **3/23/05**

**Current** School Name: **Glenallan ES**    School No.: **817**   School Phone: **301-929-201**

Special Educator/Case Manager: **Christy Wish**   **Current** Special Education Program: **LAD**

Home School: **Kemp Mill ES**    Home Cluster: **Kennedy**

Student's code(s) on current IEP: **08/04**    Current Grade: **3**

**Instructional Levels:** Reading **1**   Math **1**   Written Language **1**

**Comments:** **Difficulties in all academic areas —**

**Specialized Instructional Materials:** (includes behavior management plans even if the ESY IEP does not address behavior) It is the **sending school's responsibility** to collect and provide them for use during ESY. The **materials MUST be sent** to the ESY office Room 230, CESC **by June 3, 2005.** (Materials must be labeled with student's name. They will be returned at the end of ESY)

If the student requires **specialized equipment that must be moved to the ESY site**, the sending school staff must list the information below regarding provision of the equipment. Label equipment with student name, ESY site, & 2004-2005 school.
**Equipment to be moved** (list all): **n/a**
**Location of equipment in current school (room #):** **n/a**

**Special Medical Concerns:** List any allergies or serious health issues: **n/a**
Attach health care plan or special precautions as necessary. Parent initials **n/a**

Are there custody issues? ☒ No    ☐ Yes (if yes, please **explain**)

**Parent/Guardian Information [This section must be completed for all students.]**
Parent/Guardian Name: **Anya Geld**
Home Address: **13110 Hugo Pl.**
    **Silver Spring, MD 20906**
Parent/Guardian(s) Phone:(home—F) **301-946-8861**  (work—F) **301-770-8456**  (Cell-F): **202-425-4636**
    (home—M) **301-946-8861** (work—M) **202-486-8034**   (Cell—M)
**Emergency contact** (MUST be provided): Name/relationship **Anya Geld-menu**   Phone: **202-425-4636**

**TRANSPORTATION INFORMATION:** (This information is used **for ESY only and is not applicable for fall 2005.**)

Is transportation required? ☒ Yes ☐ No
*ESY Pick-up address: **parent initials** **Pov**    *ESY Drop-off address: **parent initials** **Pov**
**13110 Hugo Place**      **6111 Montrose Rd.**
**Silver Spring, MD 20906**     **Rockville, MD 20852**
Transportation special needs: ☐ wheelchair lift:   ☐ Other(specify): **n/a**

*Transportation is based on home address, unless an alternative pick-up and drop-off address is provided to the ESY coordinator by May 20, 2005. Please indicate if pick-up or drop-off addresses are NOT home addresses. Transportation can provide services to the same address(es) only each day.

**Directions:** School is to complete only the section on the back of the annual review form. If sites have not been identified by the time of the annual review meeting, please inform parents of the site information upon availability. The transportation information below the box is for parents who need to make a CHANGE in transportation arrangements.

*The following is a guideline for when and where ESY services will occur.*

Name of Student: S_____, G___     ID#: 911937

Current School Name: Glenallan ES     Current Program: LAD

Days of ESY Service: M – F     Time of ESY Service: 9:30 – 12:30

ESY Program: LAD     ESY Site: Glen Haven

Start Date: 7/5/05     End Date: 7/29/05

**Special Medical Concerns:** Please notify ESY coordinator at the address below of any pertinent medical information. This includes allergies, serious health issues, or medication. If your child is taking medication, please be sure to have a new order completed by the physician and hand-carry the medication into school on the first day. **Medication may not be brought to school by students. (ESY phone number: 301-279-3022)**

### For Changes in Transportation Information After Annual Review Meeting:

**Parent/Guardian:** Complete bottom section for **changes** in transportation information from the ESY Information Form completed at the annual review. Changes in transportation may be made in writing only.

**Transportation:** If the ESY pick-up/drop-off address changes for your child after the annual review date, the ESY coordinator MUST be notified by May 20, 2005, to ensure bus transportation by the first day of ESY. **Please complete the changes below.**

My child's transportation needs have changed since the annual review. The information provided below is the updated pick-up and drop-off locations: **Please note that changes may take up to 10 working days to process from date of receipt in the ESY office.**

| Pick-up Address | Drop-off Address |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |

X _____     These changes are effective on: _____
   **Parent Signature/Date**                                              Date

*****Change** of Transportation information **will not be processed without parent signature.**

Mail or fax this form with the changes to:     Faith Fischel, ESY Coordinator
Carver Educational Services Center, Room 230
850 Hungerford Drive, Rockville, Maryland 20850
Fax: 301-279-3047

Transportation will notify you regarding your child's approximate pick-up/drop-off time. The Division of Special Education transportation can honor **only one pick-up and drop-off address within the geographic boundaries of the site.**
Copy 1– Parents; Copy 2– ESY Office; Copy 3–Confidential     201

Office of Student and Community Services
Department of Special Education
MONTGOMERY COUNTY PUBLIC SCHOOLS
Rockville, Maryland 20850

INDIVIDUALIZED EDUCATION PROGRAM
SUMMARY OF IEP TEAM DECISIONS

**CONFIDENTIAL**

NOTE: This form documents the major decisions of the IEP team. Consult pages 1-12 for more detailed information. See reverse for additional information.

Student Name ___Cliff___    ___S___    ___MI___    Sex ___96___    Date of Birth _____    ID# 911937    Home school Kemp Mill Elementary School

Decisions for School year 05 06 (grade 4 )    Meeting date 3 23 05

PART I: ELIGIBILITY: ☑ Eligible for special education Code(s) 08/04    OR ☐ Exiting from special education. Reason _____    Effective exit date __/__/__

PART II: SERVICES (Include direct and indirect)

**A. TYPE OF SERVICE**

Primary Special Education Service:
Classroom instruction

Related Service(s):
Speech/language

| FREQUENCY OF SERVICE: | PRESCHOOL/ELEMENTARY: 22 hrs./wk. | **B. PERCENTAGE OF TIME PER WEEK THE STUDENT WILL NOT BE IN GENERAL EDUCATION CLASSES OR ACTIVITIES (see reverse):** |
|---|---|---|
| | SECONDARY: ___ periods/blocks/day | |
| PRESCHOOL/ELEMENTARY/SECONDARY | Describe Frequency | 73 % |
| Hrs./wk. OR | | |
| 1 | | |

C. LRE: Check the LRE recommended on page 9A or 9B (See reverse side of page 9A and 9B)

☐ A ☐ B ☑ C ☐ D ☐ E ☐ F ☐ G ☐ H ☐ I ☐ J ☐ K ☐ L ☐ M ☐ N ☐ O

PART III: ADDITIONAL INFORMATION

Last evaluation IEP team meeting date 5 / 03

Re-evaluation recommended? ☐ No ☐ Yes    Re-evaluation to be completed by 5 / 06

Extended school year services recommended? ☐ No ☑ Yes ☐ N/A (not an annual review meeting)

Transition services recommended? ☑ No ☐ Yes ☐ N/A

Participation in County and State Assessments: Are testing accommodations required? ☐ No ☑ Yes

| COUNTY ASSESSMENTS: | ECAP ☐ Participate ☐ Exempt ☑ N/A |
|---|---|
| | ESOL IPT ☐ Participate ☐ Exempt ☑ N/A |
| **STATE ASSESSMENTS** | |
| TERRA NOVA (CTBS or CAT) ☐ Participate ☐ N/A | |
| MSA ☑ Participate ☐ N/A OR ☐ Alt MSA ☐ Participate ☑ N/A | |
| HSA ☐ Participate ☐ Exempt ☑ N/A | |

PART IV: PLACEMENT

Program: LAD    Location of Services (assigned school) Glenallan E.S.

Service Coordinator: ☑ Special Educator ☐ Speech/language Pathologist ☐ Placement Specialist

Referral for consideration of an alternative placement? ☑ No ☐ Yes    If "Yes," Interim placement: Program _____    Location _____

DATES: Start 8 / 25 / 05 Proj. end 6 / 14 / 06    Start __/__/__    Proj. end __/__/__    Annual Review 4 / 15 / 06

PART V: AUTHORIZATIONS

A. Initial IEP only: I/we approve the goals and objectives and authorize MCPS staff to implement this initial IEP. My/our rights to appeal the educational service/program recommendations have been explained. I/we authorize MCPS to forward information to the Special Services Information System to the Maryland State Department of Education. I/we understand that this IEP will be maintained in a confidential file.

_Signature, Parent_ _____    Date __/__/__

Signature, Parent _____    Date 3 23 05    AND/OR    Signature, IEP Chair _____    Date __/__/__

B. Subsequent IEPs: IEP has been approved by: ☑ Parent Initials ___    Date 3 23 05 AND/OR ☐ IEP Chair on behalf of IEP team Initials ___    Date 4 7 05

MCPS Form 336-51, Rev. 11/03    DISTRIBUTION: COPY 1/Student's Confidential Record; COPY 2/Parent    Signature, IEP Chair _____

Page 13 of 14

# INFORMATION NEEDED FOR COMPLETING SUMMARY OF IEP DECISIONS

**DISABILITY CODES:** Note: Code 11 (child in need of assessment) may not be used. Students who are in the process of being screened and evaluated for eligibility under IDEA should be entered on the Special Education Data System under the MCPS code 190. Code 15, Developmental delay, may be used only for preschool students and only a central IEP team may make this decision.

| | | |
|---|---|---|
| 01 Mental retardation | 07 Orthopedic impairment | 10 Multiple disabilities |
| 02 Hearing impairment | 08 Other health impairment | 12 Deaf/blindness |
| 03 Deafness | 09 Specific learning disability | 13 Traumatic brain injury |
| 04 Speech/language impairment | | 14 Autism |
| 05 Visual impairment | | 15 Developmental delay |
| 06 Emotional disturbance | | |

## SERVICES:

**PRIMARY SPECIAL EDUCATION:** Classroom instruction OR Speech/language services OR Adaptive PE OR Travel training

**RELATED SERVICES:**

| | | |
|---|---|---|
| Audiology services | Orientation and mobility | Recreation |
| Counseling services | Parent counseling services | School health services |
| Medical services for diagnostic purposes only | Physical therapy | Specialized transportation |
| Occupational therapy | Psychological services | Speech/language pathology |
| | | Vision |
| | | Other |

## PERCENTAGE OF TIME THE STUDENT WILL NOT PARTICIPATE IN GENERAL EDUCATION

| Hours Week | % Per Week | Hours Week | % Per Week | Hours Week | % Per Week | Hours Week | % Per Week | Hours Week | % Per Week | Hours Week | % Per Week | Hours Week | % Per Week | Hours Week | % Per Week |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0.5 | 2 (1.67) | 4.5 | 15 | 8.5 | 28 | 12.5 | 42 | 16.5 | 55 | 20.5 | 68 | 24.5 | 82 | 28.5 | 95 |
| 1.0 | 3 | 5.0 | 17 | 9.0 | 30 | 13.0 | 43 | 17.0 | 57 | 21.0 | 70 | 25.0 | 83 | 29.0 | 97 |
| 1.5 | 5 | 5.5 | 18 | 9.5 | 32 | 13.5 | 45 | 17.5 | 58 | 21.5 | 72 | 25.5 | 85 | 29.5 | 99 |
| 2.0 | 7 | 6.0 | 20 | 10.0 | 33 | 14.0 | 47 | 18.0 | 60 | 22.0 | 73 | 26.0 | 87 | 30.0 | 100 |
| 2.5 | 8 | 6.5 | 22 | 10.5 | 35 | 14.5 | 48 | 18.5 | 62 | 22.5 | 75 | 26.5 | 89 | | |
| 3.0 | 10 | 7.0 | 23 | 11.0 | 37 | 15.0 | 50 | 19.0 | 63 | 23.0 | 77 | 27.0 | 90 | | |
| 3.5 | 12 | 7.5 | 25 | 11.5 | 38 | 15.5 | 52 | 19.5 | 65 | 23.5 | 78 | 27.5 | 92 | | |
| 4.0 | 13 | 8.0 | 27 | 12.0 | 40 | 16.0 | 53 | 20.0 | 67 | 24.0 | 80 | 28.0 | 94 | | |

**Percent of Time for Seven-Period Day:** 1 = 14%, 2 = 28%, 3 = 42%, 4 = 57%, 5 = 71%, 6 = 85%, 7 = 100%

**Percent of Time for Eight-Period Day:** 1 = 12.5%, 2 = 25%, 3 = 37.5%, 4 = 50%, 5 = 62.5%, 6 = 75%, 7 = 87.5%, 8 = 100%

## LEAST RESTRICTIVE ENVIRONMENT DESCRIPTORS:

**Students Aged 3-5 Only:**

| | | |
|---|---|---|
| Home | Part-time early childhood/part-time | |
| Itinerant setting | Early childhood special education | |
| Reverse mainstreaming | setting | |
| Early childhood setting | | |
| Early childhood special education setting | | |

**Students Aged 3-21 Only:**
Hospital placement
Public separate day school
Public residential facility
Private residential facility or center

**Students Aged 6-21 Only:**
Outside general education class less than 21%
Outside general education class between 21 and 60%
Outside general education class more than 60%
Homebound placement

203

**Department of Special Education**
**MONTGOMERY COUNTY PUBLIC SCHOOLS**
Rockville, Maryland 20850

**INDIVIDUALIZED EDUCATION PROGRAM**
**TEAM MEETING**
*CONFIDENTIAL*

Student Name G⬤⬤    Se⬤⬤⬤    ID# _911937_
       Last           First        MI

School _Glenallan Elementary School_      Meeting date _3/23/05_

**Directions:** At the conclusion of the meeting, complete the appropriate parts below.

**PART I: PRIOR NOTICE:** Describe any **requests for services** that parents wanted included in the IEP that were not considered appropriate by the IEP team or any other options considered but rejected by the IEP team. Indicate the IEP team's rationale and identify the basis for the decision (e.g., assessment report, progress report, etc.).

⑰ _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

☐ Not Applicable

**PART II: DISCUSSION OF DUE PROCESS RIGHTS**

☑ Explain the parent's appeal rights, including those associated with ESY; answer any questions they may have about other due process rights or refer them to the appropriate MCPS administrative office

**PART III: FOLLOW-UP REQUIRED:** Identify the persons responsible and due dates.

☐ Refer to central IEP team _____

☑ Forward ESY packet to the central office _Special Educator_

☐ Forward referrals to _____ : _____

☑ Forward Medicaid authorization to central office _Special educator_ _3/05_

☐ Notify _____ to review private assessment _____

☐ Notify _____ to review private assessment _____

☐ Schedule any required IEP team meeting _____

☑ Other _Refer parent to private school office for MCPS if Sebastian stays in mcps schools_

☐ Other _____

**MCPS Form 336-51, Rev. 1/03**    DISTRIBUTION: COPY 1/Student's confidential folder; COPY 2/Service provider(s); COPY 3/Parent    **Page 14 of 14**

Office of Special Education and Student Services
Department of Special Education
MONTGOMERY COUNTY PUBLIC SCHOOLS
Rockville, Maryland 20850

INDIVIDUALIZED EDUCATION PROGRAM TEAM
TEAM MEETING
*CONFIDENTIAL*

Student Name __G_____ S_____ ___  ID# ____911937____
            *Last*        *First*      *MI*

School _Glenallan Elementary School_____  Meeting date _3/23/05_

---

**PART IV: MEDICAL ASSISTANCE AUTHORIZATION**

---

The purpose of this section is to obtain parental authorization for MCPS to seek federal reimbursement for **case management** services to students with disabilities who are or become eligible for Medical Assistance (Medicaid) during the period covered by the IEP. Currently, for reimbursement purposes under the law, case management requires once-a-month contact by the designated case manager with either the student or the parent concerning the student's progress on IEP goals. This service is routinely provided to special education students and will not require any additions to a student's IEP. Reimbursement, however, will ultimately benefit all MCPS special education students.

**At the Conclusion of the Annual Review or Initial Eligibility IEP Team Meeting**

When the student is first identified as eligible for special education and thereafter at the annual review, the IEP team chair (or other designated IEP team member) should ask the parent to write his/her initials in the space provided below. Parents should be assured that authorizing such reimbursement does not affect their child's eligibility for Medical Assistance benefits. Likewise, there are no consequences for parents of children who are not now or do not become eligible for Medical Assistance during the course of the IEP's effectiveness. Initialing the form simply enables MCPS to reduce the paperwork needed to access federal reimbursement. It has no bearing on the IEP or its implementation. No further action will be required of the parent.

If any parent declines to initial the form, MCPS will not bill for any case management service, despite the student's Medical Assistance eligibility. Case management by the student's service coordinator will still be provided as part of implementation of the student's IEP; however, MCPS will not receive reimbursement for this service.

If parents have any questions concerning Medical Assistance, they may contact the MCPS Department of Special Education at 301-279-3714 or 301-279-3170.

**After the Annual Review or Initial Eligibility IEP Team Meeting**

Detach this sheet (MCPS Form 336-51, page 14a) and send to the Special Education Office – Room 208, CESC.

---

Under the Code of Maryland Regulations 10.09.52, public schools may seek reimbursement from federal sources for case management services provided to students with disabilities who are eligible under the State of Maryland Medical Assistance Program. Parents, as members of the IEP team, participate in the selection of a case manger for this service. This service does not restrict or otherwise affect a participant's eligibility for Medical Assistance.

**If my child is or becomes eligible, I authorize MCPS to seek reimbursement for case management:** ____PtA____
                                                                *Parent's initials*

If your child is eligible for Medical Assistance, his/her case Medical Assistance manager will be:

_Special Educator_____  _____
*Name*                                                *Title*

MCPS Form 336-51, Rev. 1/05                                    **Page 14a**

| Office of Student and Community Services<br>Department of Special Education<br>MONTGOMERY COUNTY PUBLIC SCHOOLS<br>Rockville, Maryland 20850 | RE-EVALUATION PLANNING AND<br>RE-EVALUATION DETERMINATIONS<br>INDIVIDUALIZED EDUCATION PROGRAM TEAM<br>*CONFIDENTIAL* |
|---|---|

Student Name ⬛⬛⬛ ⬛⬛⬛     ID# *91/937*     Meeting date *2/16/05*
    *Last*    *First*    *MI*

**INSTRUCTIONS:** At least every 3 years, or more frequently if conditions warrant re-evaluation, the IEP team reviews the student's IEP and identifies what additional data, if any, is needed to determine 1) whether the student continues to have a disability or has an additional disability, 2) present levels of educational performance and educational needs, and 3) whether additions or modifications to current special education and related services are needed to enable the student to meet his/her measurable annual IEP goals and to participate in the general curriculum. *Note:* State special education regulations provide that no evaluation is needed if the student is about to graduate or age out of eligibility.

**PART I: RE-EVALUATION PLANNING BY IEP TEAM**

A.  **Review of Existing Assessment Data:** Review and discuss the most recent data sources on the student:

    1.  Review and discuss information provided by the parent: ☐ Parent Report ☐ Private assessments ☐ Other: _____

    2.  Review and discuss the most recent data sources in the student's files.  Record the date of each assessment report reviewed:

| TYPE OF ASSESSMENT | DATE | TYPE OF ASSESSMENT | DATE |
|---|---|---|---|
| Psychological | __/__/__ | Educational | __/__/__ |
| Speech/language | *3/_/03* | Occupational Therapy | __/__/__ |
| Physical Therapy | __/__/__ | Health | __/__/__ |
| Functional Behavioral Assessment | __/__/__ | Observation data | __/__/__ |
| Other: _____ | __/__/__ | Other: _____ | __/__/__ |

B.  **Determination of the Need for Additional Assessment Data:** Based on the review conducted in Section A (above), the IEP team: ☐ concludes that no additional assessment data is needed because:

_____

_____

*Note:* Parents must be reminded of their due process rights at this time. The IEP team may either complete the re-evaluation process using Part II of this form – provided the parent waives the right to 10 days notice – or schedule an evaluation IEP team meeting.

OR ☑ determines that additional data is needed and identifies the following diagnostic questions: _____
*What are S⬛⬛⬛ current levels of*
*functioning in the Area of speech/language*
_____

_____

and recommends the following assessments based on the diagnostic questions: _____
*Speech/language*
_____

_____

*Note:* Parental authorization must be obtained before assessments are conducted. Use MCPS Form: 336-31: *Authorization for Assessment*. Attach a copy to this form.

C.  **Timeframe for Re-Evaluation Activities:**

    The assessments must be conducted, the reports written, and a re-evaluation IEP team meeting must be held no later than 90 days from the re-evaluation planning meeting. The meeting will be held no later than *3/23/05*

| MCPS Form 336-35, Rev. 2/02 | DISTRIBUTION: COPY 1/Confidential Folder; COPY 2/Parent; COPY 3/Case Manager | Page 1 of 2 |
|---|---|---|

Office of Special Education and Student Services
Department of Special Education
MONTGOMERY COUNTY PUBLIC SCHOOLS
Rockville, Maryland 20850

RE-EVALUATION PLANNING AND
RE-EVALUATION DETERMINATIONS
INDIVIDUALIZED EDUCATION PROGRAM TEAM
*CONFIDENTIAL*

Student Name _____   ID# __9 11937__   Meeting date _3 /23 /05_
                Last         First        MI

## PART II: DETERMINATIONS OF THE RE-EVALUATION IEP TEAM

### A. Discussion of Assessment Data:

**Directions:** The IEP team discusses the results of each assessment. Attach the assessment reports to this form and include assessment data on page 1 of MCPS Form 336-51: *Individualized Education Program.*

**Note:** When a **learning disability** is being reconsidered, the IEP team must complete and attach MCPS Form 336-41a: *Specific Learning Disability (SLD) IEP Team Evaluation Form.* When **mental retardation or emotional disturbance** is being considered, the MCPS *MR* or *ED IEP Team Evaluation Form* is used. When **developmental delay** is being considered, complete and attach MCPS 336-36: *Developmental Delay Addendum.*

1. ☐ Re-evaluation results indicate that an educational disability is NO LONGER PRESENT.

    Refer the student to the Educational Management Team and ensure that the parents have a copy of their due process rights.

2. ☑ Re-evaluation results indicate that a disability CONTINUES TO BE PRESENT.

### 3. Educational Impact

   a. ☐ No. If, "No," refer the student to the EMT. *Note:* Parents should be reminded of their due process rights at this time.

   **OR**

   b. ☑ Yes. Does the student need special education (and related services)?

   If, "Yes," the student continues to be a child with a disability under the *Individuals with Disabilities Education Act.*

   For a school-age child explain how the student's disability affects his/her involvement and progress in the general education curriculum:

   _Speech language impairment continues to be_
   _present.   Please note - this was not a full reevaluation_
   _(In a triennial - parent requested an increase in_
   _services and an update of current levels of performance_

   For a pre-school child, explain how the disability affects his/her participation in appropriate activities:

   _____

   _____

   _____

   c. The student meets the disability criteria for having:

   ☐ 01 Mental retardation          ☐ 06 Emotional disturbance     ☐ 12 Deaf/blindness
   ☐ 02 Hearing impairment          ☐ 07 Orthopedic impairment     ☐ 13 Traumatic brain injury
   ☐ 03 Deafness                    ☑ 08 Other health impairment   ☐ 14 Autism
   ☑ 04 Speech/language impairment  ☐ 09 Specific learning disability  ☐ 15 Developmental Delay
   ☐ 05 Visual impairment           ☐ 10 Multiple disabilities

### B. IEP Revision:

Review and, if necessary, revise the student's IEP instructional goals and objectives to reflect the current assessment data.

## PART III: FOLLOW-UP

Person responsible for entering the date of this IEP team meeting on SEDS _Speech Language Pathologist_

MCPS Form 336-35, Rev. 2/05    DISTRIBUTION: COPY 1/Confidential Folder; COPY 2/Parent; COPY 3/Case Manager    Page 2 of 2

_* A full reevaluation for _____ 207 _____ triennial_
_year should be completed by 5/06._

**Office of Student and Community Services**
**Department of Special Education**
**MONTGOMERY COUNTY PUBLIC SCHOOLS**
Rockville, Maryland 20850

**AUTHORIZATION FOR ASSESSMENT**
*CONFIDENTIAL*

**PART I: INFORMATION**

Student Name G_____ S_____
Last        First        MI

Student ID # 911937

Parent/Guardian Harry & Anya Gill

Work Phone _____

Address 13110 Hugo Place S.S 20906

Home Phone 301 946 8861

School(s): Current Glenallan E.S

Date of Birth 5,28,1896

Home Glenallan E.S

Age 8  Grade (y/m) 3

Classroom/Homeroom Teacher C. Welsh

Primary Language English

Form completed by Erin Welch   Speech Therapist   2,16,05
Name        Title/Position        Date

**PART II: TYPE OF ASSESSMENT BEING AUTHORIZED:**

Check (✔) each category with Yes or No

Yes No
☐ ☑ Educational
☑ ☐ Speech/Language
☐ ☑ Occupational Therapy/Physical Therapy
☐ ☑ Psychological (consent obtained by psychologist)
☐ ☑ Review of non-MCPS assessment (specify) _____

Yes No
☐ ☑ Vision
☐ ☑ Auditory
☐ ☑ Other (specify) _____

1. The individual assessment has been requested for the following reason to determine current levels of speech/language skill

2. The obtained information will be used to:
☑ help determine whether there is an educational disability
☑ help determine educational placement
☑ develop instructional/program recommendations

3. Reports will be distributed to the:
☐ student (if 18 or older)   ☑ parents   ☐ central office   ☐ psychological services
☑ school confidential file   ☐ field office   ☐ other (specify) _____

4. A record of the results will be maintained in a confidential folder and access to the report(s) will be granted to MCPS staff on a need-to-know basis, and a record will be maintained documenting the name and reason for each reviewer. Parent(s)/ guardian(s) and eligible students may request/authorize release to another agency/professional.

5. The record will be destroyed 5 years after graduation.

6. Assessment results will be shared with parent(s)/guardian(s) prior to taking any action and parent(s)/guardian(s) and eligible students have the right to challenge the accuracy of the report contents and to have information which is proven inaccurate expunged from the record.

7. The assessor has an ethical obligation to serve the best interests of the student.

8. Other _____

*The above statements have been explained to me. My signature below indicates my consent to the recommended assessments. I received a copy of the procedural safeguards brochure.*

Signature, Parent/Guardian or Student (if 18 or older)   2,16,05   Date

MCPS Form 336-31, Rev. 8/03

DISTRIBUTION: COPY 1/Confidential folder; COPY 2/Parent; COPY 3/Assessor(s); COPY 4/Department of Student Services (if psychological assessment)

208