Educational Assessment Report

**Student Name:** Se‑‑‑‑ Gi‑‑
**Date of Birth:** ‑‑‑‑96
**School:** Kemp Mill Elementary School
**Grade:** 1
**County/State:** Montgomery County/MD
**Student's Native Language:** English

**Student ID#** 911937
**Chronological Age:** 6yr. 11mo.
**Date(s) of Assessment:** 05/05/03
**Date of Report:** 05/13/03
**Examiner:** Joanne B. Hanifan

**Purpose:**
This assessment is being conducted as a part of the legally mandated process to be followed when confirming whether a student is educationally disabled and eligible for special education services.

The assessment information included in this report contributes to the reevaluation of this student.

Written authorization for this assessment has been given by Ms. Gill on 3/17/03.

**Reason for Referral**
This student was referred for reassessment to discuss and confirm if current learning behaviors are negatively affecting progress in the following area(s): general school functioning. At Se‑‑‑‑'s annual review meeting on 3/17/03, the team cited particular concerns about Se‑‑‑‑'s progress in the Learning and Academic Disabilities program (LAD) and requested that the child be reassessed to determine the most appropriate placement for the 2003/2004 school year.

**Background Information:**
Se‑‑‑‑ Gi‑ is a 6-11 year old male in the first grade at Kemp Mill Elementary School. He currently has disability codes of 08/04, other health impairment and speech and language impairment. Se‑‑‑‑ has been attending the Learning and Academic Disabilities (LAD) class at Kemp Mill Elementary School since the Fall of 2001. According to his Individual Education Plan (IEP), Se‑‑‑‑ receives 25 hours of special education instruction, one hour a week of speech/language services and a half-hour a week of occupational therapy services.

Teacher reports indicate that Se‑‑‑‑ is a lovable child who enjoys playing and interacting with his peers. He displays difficulties in all academic areas, particularly in letter/sound associations, and basic mathematical functions. Reports revealed that Se‑‑‑‑ displays a variety of moods throughout the day (happy, angry, and sad) and he needs many prompts from his teachers to begin working. Teacher notes stated that he is involved in peer activities and does not seem to have difficulties with social interactions.

Review of parent information revealed that Se‑‑‑‑ lives with his biological parents, who are from Croatia. Sebastian is an only child. After school, he goes to a childcare



PLAINTIFF'S
EXHIBIT
SG 15

209

program. S██████ was born full term after a pregnancy complicated with slight bleeding. He weighted 6.6 lbs. at birth and he spent 3 days in the ICU due to respiratory problems. Shortly after his birth, S██████ developed Jaundice and exhibited failure to thrive. At two months of age, he was diagnosed with Alagille Syndrome. In this syndrome, the liver has less bile ducts and dysplasia of biliary ducts, which results in chronic liver disease. This syndrome is a serious condition, which caused S██████ early childhood to be filled with trips to the hospital and having various medical procedures. The affects of this experience as well as the overall medical condition can have a direct relationship to S██████ academic performance and behavior.

**Observation:**
An observation is required when reevaluating a disability to provide information regarding the effect of the disability on the student's academic performance. S██████ was observed for approximately 45-minutes in April 2003. In order to develop an understanding of S██████ behaviors and level of functioning he was observed throughout the day during various lessons and activities. S██████ began the morning by eating breakfast in the classroom. He complained of being tired, wanting mommy and he kept putting his head down on the table. Once breakfast was over, S██████ promptly went to his set and began his morning work. S██████ colors very well, is a good drawer and his work tends to be very neat.

S██████ did display difficulty transitioning from tasks and participating in-group lessons. When given a direction to move from one activity to the next, he would often disagree with the teacher and move very slowly to the directed activity. At times, during small group work and 1:1 instruction S██████ appeared attentive and eager to learn. He response wells to positive reinforcement, and frequent breaks. He does volunteered to answer questions, but often-needs teacher prompts to actually answer the question.

S██████ has difficulty with verbal communication. While speaking, his words are usually out of order. For example, to the question: "What did you have for breakfast?" he answered "Because the syrup is sticky the pancakes." Although his words tend to be out of order, his responses are generally related to the question. The teacher was able to identify what S██████ was trying to say and rephrase his statement back to him. S██████ is periodically distracted by others' behaviors and distracts others. Verbal prompts, positive reinforcement and occasionally changing his seat appeared to help him refocus on his task/activity.

Throughout this observation, S██████ did not show difficulties with social interactions. He appeared to initiate and welcome peer interaction/communication. Although his interactions were silly at times, the other students seemed to look forward to working/playing with him. Except for breakfast, S██████ seemed to be involved in peer activities throughout the entire day.

**Formal Assessment:**

210

**Test Description-** The Woodcock-Johnson III-Tests of Achievement is an individually administered achievement test that measures a student's academic performance in relation to their peer group based on age and/ or grade. Each cluster is composed of subsets that provide diagnostic information and give insight into a student's strengths and weaknesses in reading, mathematics, writing and important related skills.

**Test Scores-**

| SUBTEST | STANDARD SCORE (average = 100) | PERCENTILE (average = 50) | DESCRIPTION Based on conventional interpretations, not publisher's |
|---|---|---|---|
| Letter-Word Identification | 77 | 6 | Low |
| Passage Comprehension | 77 | 6 | Low |
| Spelling | 83 | 13 | Low Average |
| Picture Vocabulary | 95 | 38 | Average |
| Writing Samples | 84 | 15 | Low Average |
| Applied Problems | 81 | 11 | Low Average |
| Calculations | 92 | 30 | Average |

| STANDARD CLUSTERS | STANDARD SCORE (average = 100) | PERCENTILE (average = 50) | DESCRIPTION Based on conventional interpretations, not publisher's |
|---|---|---|---|
| Academic Skills | 79 | 8 | Low |
| Academic Applications | 78 | 7 | Low |

**Test Validity Statement-** The Woodcock-Johnson III ACH Tests are judged to be an appropriate measure for use with this student. The cultural and linguistic characteristics of this student are appropriately represented in the normative sample. The publishers document adequate validity of the tests and the items are judged to represent significant overlap between content and MCPS curriculum. This student's test performance was considered to be an accurate reflection of his achievement.

**Analysis of Performance-**
**Letter-Word Identification**
Letter-Word Identification measures the student's word identification skills. The initial items require the individual to identify letters that appear in large type on the student's side of the Test book and the remaining items require the person to pronounce words correctly. S⸻earned a standard score of 77 on the test, which places him in the

211

low range as compared to his age peers. S██████ stated letter "C" for letter D, but was able to identify all the other letters presented to him. S██████ located the word cat when asked, but was unable to read the sight words presented to him. He attempted to sound words out and frequently got the initial sound correct ("cat" for can and "w" for was). Instruction should continue to focus on increasing S██████ letter/sound associations, as well as his sight word vocabulary.

**Passage Comprehension**

One portion of the passage comprehension requires the student to read a phrase and point to a picture represented by the phrase. A second portion of the passage comprehension test requires the student to read a short passage and identify a missing key word that makes sense in the context of that passage. On the passage comprehension test, S██████ earned a standard score of 77, which places him in the low range as compared to his age peers. When shown pictures, S██████ was able to successfully point to the rebus for the appropriate picture. He attempted to read the passages presented to him but was unable to read the words. Therefor, his ability to accurately locate the picture described in the passage was low. Throughout the test, S██████ demonstrated some reading readiness skills: reading from left to right and using picture cues to answer questions. Although his answers were not correct, they were directly related to the pictures. Instruction should continue to focus on increasing S██████ sight word vocabulary and word attack skills.

**Spelling**

Spelling measures the ability to correctly write words that are presented orally. The initial items measure prewriting skills such as drawing lines and tracing letters. The next set of items requires the student to produce uppercase and lowercase letters. The remaining items measure the student's ability to spell words correctly. S██████ earned a standard score of 83, placing him in the low average range as compared to his aged peers. He was able to write most of the letters from dictation (o, x, b and c) and the word (in). With an oral direction, S██████ was unable to write lowercase letters or spell the words. S██████ worked very hard and he made an attempt to spell every item presented to him. He wrote the number (6) when asked to spell the word (six) demonstrated his knowledge of the meaning of the word. His performance indicates that instruction should continue to focus on letter/sound associations and increasing his sight word vocabulary.

**Writing Samples**

Writing samples measures skill in writing responses to a variety of demands. The student must produce written sentences that are evaluated with respect to the quality of the expression. The student is not penalized for errors in basic writing skills, such as spelling or punctuation. S██████ earned a standard score of 84, which places him in the low average range compared to his peers. S██████ was able to write his first and last name, as well as the word (cat). He attempted to sound-out words and was able to correctly identify the beginning letters in some of the words ("Alb for the word apple and "bas" for the word big). A strength for S██████ is his letter formation skills. He continues to need explicit instruction in general writing mechanics (spacing, capitalization, punctuation etc.).

212

**Picture Vocabulary**

Picture Vocabulary measures oral language development and word knowledge. The task requires the student to identify pictured objects. The beginning of the test has a few receptive items and the majority of the test involves expressive language. S█████ earned a standard score of 95, placing him in the average range when compared to his peers. S█████ was able to accurately identify items that are typically seen in the environment (zipper, corn, giraffe, and watermelon). As the items got more complex, S█████ was less likely to give the correct response. However, S█████ reponses general were directly related to the picture. This demonstrates that he has a general knowledge of what an item is and lacks the appropriate terminology or the ability to retrieve and communicate the appropriate word. For example, S█████ stated "bag and package" for luggage, "ant and bug" for beetle, "compass" for ruler, "screwdriver" for pliers, "timer" for hourglass and "city" for coliseum. This demonstrates that S█████ is strong at making associations with items that are in a similar category.

**Applied Problems**

Applied problems require the student to analyze and solve math problems. To solve math problems, the student must listen to the problem, recognize the procedure to be followed then perform relatively simple calculations. S█████ earned a standard score 81, which places him in the low average range compared to his age peers. S█████ was able to solve some basic functions when given oral instructions. For instance, he was able to hold up two fingers and find how many items where located in a picture. S█████ was able to answer some basic addition/subtraction questions involving numbers 1-5. Although, S█████ was unable to correctly answers more complex addition/subtraction problems he did demonstrated a general understanding of these concepts. For instance, when given a subtraction problem, S█████ would state a smaller number than the original numbers and a larger number when presented with addition problems. He had difficulty with statements involving "If_____then_____." He could locate the clock that displayed the time orally presented to him, and he read time to the hour when presented with such a task. S█████ identified a quarter and a dime, but could not give the sum when various coins were presented. S█████ needs explicit instruction in processing math word problems and many opportunities to solve problems requiring this degree of language processing.

**Calculations**

Calculation is a test of math achievement measuring the ability to perform mathematical computations. The initial items require the individual to write single numbers. The remaining items required S█████ to perform addition and subtraction. S█████ earned a standard score of 92, which places him in the average range as compared to his aged peers. He was able to write the single numbers that were orally presented to him. S█████ did almost all the addition problems. He showed difficulty solving addition problems with sums greater than 7. S█████ tended to add most of the subtraction problems, however there are a few subtraction problems where it is not clear what strategy he was using to solve the problem. The results on this portion of the test indicate that S█████ has an understanding of the concept of addition. He displayed some math readiness skills. For instance, he drew circles to represent the number sentences, he

213

placed his answers in the correct area; however, when presented with vertical math problems S_____ placed his answers both beside and below the problem. Instruction should continue to focus on strengthening S_____ basic math skills.

## Informal Assessment

### Record of Oral Language
This assessment measures S_____ ability to accurately repeat sentences with 3-11 words. S_____ is accurately repeating 11/21 sentences. At the beginning of the 02/03 school year, S_____ was only able to accurately repeat 3 /21 sentences.

### Letter Identification
S_____ is able to identify 22/26 uppercase letters and 21/28 lowercase. This is a significant increase from the beginning of the 02/03 school year. In September, S_____ was only able to identify 10/26 uppercase letters and 7/28 lowercase letters.

### Phonemic Awareness
Phonemic Awareness is S_____ ability to identify rhyming words, generate rhyming words, identify two words that begin with the same sound and blend words when given the sounds orally. Comparing S_____ current results to his results from the beginning of the 02/03 school year, demonstrate that S_____ has made significant progress in all areas of concern (bold print shows increase):

| September (Fall) Data 2002 | May (Spring) Data 2003 |
| --- | --- |
| Identifying Rhyming words 6/6 | Identifying Rhyming words 6/6 |
| Germinating Rhyming words 2/6 | **Generating Rhyming words 6/6** |
| Beginning Sounds 1/6 | **Beginning Sounds 5/6** |
| Oral Blending 1/6 | **Oral Blending 6/6** |

### Hearing and Recording Sounds
Hearing and Recording Sounds measures S_____ ability to write words that are given orally, using the correct spelling/letter-sound associations. S_____ earned 5/37 points. Although this is a rather low score, S_____ has made progress since the beginning of the 02/03 school year (2/37). Letter/sound associations continue to be an area of need for S_____.

### Word Recognition
S_____ has also increased his sight word vocabulary:

| September (Fall) Data 2002 | | May (Spring) Data 2003 | |
| --- | --- | --- | --- |
| List #1 | 2/25 | List #1 | 10/25 |
| List #2 | 0/25 | List #2 | 1/25 |
| List #3 | 0/25 | List #3 | 2/25 |
| List #4 | 0/25 | List #4 | 0/25 |

Although S▮▮▮▮ has increased his sight word vocabulary, this continues to be an area of need for him. Instruction should continue to focus on facilitating opportunities for S▮▮▮▮ to learn and recognize more sight words.

### Running Records

S▮▮▮▮ is reading at a level 1-2. He has been at this level since the end of Kindergarten 2002. He does demonstrate some reading readiness skills. For instance, he identifies the title, uses picture support and he demonstrates left to right directionality. Developing and implementing strategies that will increase his reading level should continue to be a major focus of instruction.

### Summary and Recommendations:

S▮▮▮▮ Gill is a 6-11 year old first grade student in the LAD class at Kemp Mill Elementary School. Educational testing documents academic skills overall in the low to low average range for his age. Analysis of his performance on subtests reveals that S▮▮▮▮ strengths are in performing mathematical calculations and identifying items commonly seen in the environment. S▮▮▮▮ has difficulty performing first grade skills because of his difficulty using and understanding the language that is necessary to perform those tasks. In addition, S▮▮▮▮ has health related issued that may contribute to the developmental nature of his performance and behavior.

The assessment data is consistent with S▮▮▮▮ performance in the classroom. It is recommended that S▮▮▮▮ continue to receive instruction in a learning environment that provides small group and 1:1 support. He needs explicit instruction and many opportunities to practice new skills.

Under the guidelines of the Individual with Disabilities Act (IDEA), Amendments of 1997, PL 105-17, formerly the Individuals with Disabilities Act (IDEA), PL-104-476, and COMAR-Code of Maryland Regulations 13A.05.01, the determination of a disability must be made by a committee of qualified professionals and parents of the student at IEP team meeting. Additionally, information, which addresses the effects of the disability on school achievement and performance, must be documented. If the team and S▮▮▮▮ parent confirm the existence of an educational disability, they will then determine whether S▮▮▮▮ continues to need special education services.

*Joanne B. Hanifan*
Joanne B. Hanifan
Special Educator

Copy to:
  Confidential file
  Parent

215

LAW OFFICES

# SAVIT & SZYMKOWICZ, LLP

7315 WISCONSIN AVENUE
SUITE 601 NORTH TOWER
BETHESDA, MD 20814-3202

PHONE: (301) 951-9191
FAX: (301) 718-7788
EMAIL: MAIL@BOWSSLAW.COM
ALSO PRACTICING IN THE DISTRICT OF COLUMBIA

MARVIN L. SZYMKOWICZ
MLS@BOWSSLAW.COM

DIANA M. SAVIT
DMS@BOWSSLAW.COM

OF COUNSEL:
LISA SELTZER BECKER
LSB@BOWSSLAW.COM

June 10, 2005

**BY FAX**
Dr. Marjorie Cuthbert
Principal
Murch Elementary School
4810 36th Street, N.W.
Washington, D.C.  20008

     *Re:*    S▓▓▓▓ G▓▓, *DOB 5/28/96*

Dear Dr. Cuthbert:

    We represent S▓▓▓▓ G▓▓ and his parents, Drs. Harwant and Anya Gill. S▓▓▓▓ currently attends Glenallan Elementary School, a Montgomery County public school, where he is recognized as a disabled student eligible for special education and related services pursuant to the Individuals with Disabilities Education Act, 20 U.S.C. §1400 *et seq.* S▓▓▓▓ has been coded by the Montgomery County Public Schools ("MCPS") as learning disabled, speech/language impaired and health impaired. He has had an individualized education plan ("IEP") for several years, and receives special education services from MCPS.

    The Gills recently decided to move to the District of Columbia, and naturally they want S▓▓▓▓ to continue to receive all appropriate services. Dr. Harwant Gill has already moved into the family's new home in the District, thereby establishing residency and entitlement to education from the D.C. Public Schools ("DCPS"). Dr. Anya Gill and S▓▓▓▓ have remained in Montgomery County to avoid disrupting the school year, but they will join their husband and father as soon as school ends.

    In order to effect as smooth a transition as possible for S▓▓▓▓, the Gills attempted to register him with DCPS and thus to begin the process of assessing his special education needs well before school resumes in the fall. Toward that end, on April 29, 2005 the Gills first went to Murch Elementary School, their neighborhood school, to register S▓▓▓▓. They were told at that time that children cannot be registered until August and that in any event they could not do anything because neither the principal nor the special education teacher was in the building. When Anya Gill protested that waiting until August would prevent S▓▓▓▓ from receiving needed services until some time after school begins, the secretary told her to call you the next week.

216

PLAINTIFF'S
EXHIBIT
SG 16

Dr. Marjorie Cuthbert
June 10, 2005
Page 2

On May 3, 2005, Anya Gill called Murch. The secretary again told her that S████ could not be registered at this time, instead telling her to visit a Murch open house on May 20th, at which time she could meet with you, the special education teacher and the school nurse. Dr. Gill again pointed out that waiting until August to register S████, and thus to first begin planning his special education, would waste valuable time. She offered to bring Murch S████ MCPS documentation, including IEPs, but the secretary refused to take them. She said she would not be able to give them immediately to the special education teacher, who was on jury duty, and that she did not want to be responsible for holding on to them.

Anya Gill attended the Murch open house on May 20, 2005, as instructed. She met you and you took S████ MCPS documentation, but the allegedly required meeting with the special education teacher and school nurse did not occur. You said you would contact DCPS's central office for guidance about transferring a special education student and IEP from another state, and indicated that you would call Dr. Gill with more information. Dr. Gill again expressed her continuing concern that S████ must be registered well before August in order to get everything in order before the school year starts. You told her, for the first time, that S████ could be registered in June.

You have not contacted Dr. Gill since May 20th. She called you on June 8, 2005 and left a message. Dr. Gill also spoke with Edith Hessel, the school nurse, whom she found helpful and informative. Unfortunately, Ms. Hessel could not register S████ and their encounter, although by far the best to date, did not advance the primary goal of getting S████ into the system so that DCPS can begin planning for his arrival. This is, if anything, more critical in light of Dr. Gill's conversation with Ms. Hessel, because after learning about the school's operations Dr. Gill does not believe that Murch will be able to meet S████'s needs. It will therefore be necessary to find another placement for him, which will take more time.

As you well know, DCPS has 120 days from the date a student is first identified as potentially eligible for special education within which to evaluate the student, determine eligibility and propose a placement. Thanks to the many unnecessary delays since the Gills first went to Murch to register S████, almost half that time period has elapsed. We expect DCPS to expedite its consideration of S████, as the Gills have been diligent in their efforts to secure an appropriate education for him and DCPS has dropped the ball. Please give this matter priority.

Very truly yours,

Diana M. Savit

cc:     Drs. Harwant & Anya Gill

217

# *SUMMERTIME 2005 REPORTS*
## *Extended School Year*
### August 2005

Days Absent **1** Days Tardy **0**

Student Name ~~Sebastian~~ Gill

Faculty Signatures *Maggie Fatin*

*Tayra L Coomer*

Assistant Director *Susan Hauger*
Elementary Division

Director *Marlene Gustafson*

PLAINTIFF'S
EXHIBIT
SG 17

218

*Summertime 2005*

## KINGSBURY DAY SCHOOL

Student Name: S█████ G█

Head Teacher Signature: *Maggie Eatin*

### Overview:

During the Extended School Year program at Kingsbury the students met in the morning to review and strengthen skills in the areas of language arts, math, and social skills.

The thematic focus for the summer was the Voyage of the Mimi. The students engaged in a variety of activities, supported by books and movies that were tied to the story of the Mimi. They incorporated their activities into their academic work and art projects. The students learned about the behavior, life cycle, communication patterns and evolution of whales with a specific focus on the humpback whale. Students were also engaged in discovering aspects of the geography and biology of ocean life and did an in depth study of the history of whaling.

### Language Arts/Written Expression

This summer the students have been divided into small reading groups. Students are reading short stories and small chapter books. S█████ is always an active participant in reading group. He often volunteers to read. S█████ reads with good fluency and is willing to sound out unknown words. S█████ is able to follow the story and answer comprehension questions based on the events in the book.

Written expression is addressed through several activities in the class. Students have dialogue journals in which they write letters to the teachers. Other activities include writing a weekly newsletter and filling out a daily word journal. S█████ has been performing quite well in writing. He has shown good sentence structure and word choice. S█████ is more willing to write when he is given a topic.

### Mathematics

This summer students worked in small groups during math. The group work focused on reviewing key concepts such as problem solving and memorizing basic math facts. Students were also given daily timed tests that focused on a single digit. Students had 1 minute to complete 20 addition or multiplication problems. S█████ successfully completed many timed tests. S█████ worked on recognizing key words in addition and subtraction story problems, place value and adding money. S█████ also learned several strategies such as using a number line and manipulatives to help him with his addition and subtraction facts.

### Social Emotional

S█████ has had a terrific summer. He made friends with the other students very easily. The first week of ESY S█████ was somewhat shy but this soon passed as he became more comfortable with the other students and the routine. S█████ is always a very eager participant in group discussions. S█████ has been very successful following the routine, staying on task with his assignments and following directions. Although S█████ can be easily distracted, with teacher prompts and assistance he was able to complete his work. S█████ will be an excellent addition to the elementary division next year.

219

*Summertime 2005*

## KINGSBURY DAY SCHOOL
### Afternoon Choice Activities

**Student Name:** Sebastian G███
**Activity:** Field Sports/Summer Olympics
**Teachers:** Sean Connelly, Maggie Fatovic, Tamika McPherson, Robert Sebring

### Activity Summary:

Field Sports/Summer Olympics met MWF from 1:00-2:30 pm. The purpose was to introduce students to a variety of sports activities that were not offered during the school year in order to maintain physical fitness and to broaden their interests. Activities included soccer, ultimate Frisbee, lacrosse, and swimming. Our student athletes were taught how to prepare for safe and increasingly skilled plays. They were also instructed in how to properly hydrate, stretch and warm up before and during the activity and learned proper cooling down techniques. Our athletes were also encouraged to practice good sportsmanship and to respect their fellow players.

### Performance Appraisal:

S█████ is an engaged and energetic student. He came to Field Sports/Summer Olympics motivated and willing to participate. He was successful in mastering the skills of Ultimate Frisbee especially tossing. It was such a pleasure working with and playing sports with S█████.

220

*Summertime 2005*

## KINGSBURY DAY SCHOOL
### Afternoon Choice Activities

**Student Name:** S██████ G██
**Activity:** A River Runs Through It
**Teachers: Maggie Fatovic, Toyria Cromer, Karen Duvall, Kenella Lester**

### Activity Summary:

A River Runs Through It meets Tuesdays and Thursdays from 1:00-2:30. Students were introduced to the ecology and formation of Rock Creek through hikes and hands-on experiments. On Tuesdays the class met inside to perform experiments based on river formation. Students were given the opportunity to make models of rivers and riverbeds. On Thursdays the class went hiking through Rock Creek Park, located 10 minutes from the school. During these hikes students were able to apply the knowledge learned during their experiments when observing the creek. The students also learned the importance of wilderness safety and how to care for the environment.

### Performance Appraisal:

S██████ is an engaged and energetic child. He came to class ready to learn and explore. S██████ was a great leader on our hikes and liked to lead the way through the woods. It was a pleasure to have S██████ in class.

221

**District of Columbia Public Schools**
## ANNUAL STUDENT ENROLLMENT FORM
School Year 2005/06

SCHOOL NAME: MURCH

STUDENT ID #

**(Print all information)**

### STUDENT INFORMATION

| | | |
|---|---|---|
| 1. Student's Full Legal Name (Last, First, Middle) G___ S___ | 2. Date of Birth (Month, Day, Year) ___96 | 3. Country of Birth USA |
| 4. Address 2907 ELLICOT ST, NW  Apt. No. | 5. Telephone Number (202) 248-8602 | 6. Sex (Circle) (Male) Female |
| 7. City WASHINGTON DC  Zip 20008 | 8. Current Grade (Specify) 3 LAD | 9. Social Security Number ___-___ * Not of Hispanic origin |

10. School Last Attended (if DCPS, name school only) HCPSUD, GLENALLAN
Address MEVRICA RD
City SILVER SPRING  State MD  Zip 20906

11. Ethnic Designation
___ American Indian or Alaskan Native
___ Asian or Pacific Islander
___ Black*
___ White*
___ Hispanic

12. Language other than English spoken at home

13. School Attending (if not DCPS)
Address
City  State  Zip

14. Health Insurance Information
Provider: NCAS  ___ Medicaid
Policy #: A011XXXPH
Medicaid HMO: _____

☐ Advantage
☐ Amerigroup
☐ Chartered
☐ Health Services Children with Special Needs

15. Special Services Child Receives
☐ Special Reading Help
☐ Bilingual or ESL Program
☑ Summer School ESY

☑ Student Receives Special Education Services: Y ✓ N___
☑ Student Has Current IEP: Y ✓ N___
☐ Advanced Placement

### PARENT INFORMATION

16. Mother, or Legal Guardian (Last, First, Middle) PAPPURA-GILL ALEKSANDRA
Address (if other than student's)  Apt. No.
City  State  Zip

17. Father, or Legal Guardian (Last, First, Middle) GILL HARRY
Address (if other than student's)  Apt. No.
City  State  Zip

Employer HEBREW HOME OF GR. WASH  Telephone Number (301) 770-8456
Employer's Address 6121 MONTROSE ST, ROCKVILLE, MD

Employer PROVIDENCE HOSPITAL  Telephone Number (202) 486-8034
Employer Address VARNUM ST, WASHINGTON DC

18. RESIDENCY STATUS: ☑ D.C. Resident (Student & parent or legal guardian live in D.C.)
☐ Nonresident (Student/or parent live outside D.C.) ☐ Receipt of payment for nonresident tuition attached

### EMERGENCY

19. Emergency Contact Person: AMBER THORNTON
Address: 13112 HUGO PLACE, SILVER SPRING MD 20906  Telephone Number: (301) 933-5454
Relationship: Family friend  Y ___ N ✓

20. In the last three years, have you or your spouse participated in any form of agricultural work?  Y ___ N ✓

I completed this form and I certify that the information above is accurate. I understand that providing false information for purposes of defrauding the government is punishable by law.

twelth registr since 4/29/05
Date 8/22/05

Signature of Parent/Legal Guardian with Whom Student Lives or Adult Student

### FOR OFFICE USE ONLY

DATE OF ENROLLMENT:
SCHOOL:  Free/Reduced Lunch: Y ___ N ___
TEACHER:  Student Data in SETS Y ___ N ___
Special Education Services: Y ___ N ___  Level of Standardized Assessment: ___
Out-of-Boundary Student: Y ___ N ___  (Citywide Program) ___  Non-Attending Student: ___
Immunization Complete: Y ___ N ___  (School of attendance)

PLAINTIFF'S EXHIBIT SG 18

# HOME LANGUAGE SURVEY

**DCPS ID NUMBER:** _____

**STUDENT NAME:** S_____ G_____

**SCHOOL NAME:** Aletsander Kulbout

**Parent's Name:** Aletsander Prepusa-Cru

**Parent's Signature:** _____    **Date:** 8/22/04

## This document MUST be signed and dated by the parent or guardian

### ENGLISH (Please answer ALL five questions)

Please make sure to provide your name and signature in the space provided above

|  | Yes | No |
|---|---|---|
| 1) Is a language OTHER THAN English used at home? |  | ☑ |
| 2) What language did your child first speak? | | |

☑ English   ○ Spanish   ○ Amharic   ○ French
○ Chinese   ○ Vietnamese   ○ Other (specify): Sketted as Speakerred

|  | Yes | No |
|---|---|---|
| 3) Does your child frequently speak a language other than English at home? | | ☑ |
| 4) Was your child born in a country OUTSIDE OF THE USA? | | ☑ |
| 5) What is your relationship to the child? | | |

○ Mother   ○ Father   ○ Guardian   ○ Tutor   ○ Other (specify): _____

### SPANISH (Por favor responda a TODAS las cinco preguntas)

Por favor asegúrese de escribir y firmar su nombre en el espacio disponible arriba

|  | Sí | No |
|---|---|---|
| 1) ¿Se habla otro idioma ADEMÁS DE INGLÉS en la casa? |  |  |
| 2) ¿En qué idioma comenzó a hablar su hijo/a? | | |

○ Inglés   ○ Español   ○ Amárico   ○ Francés
○ Chino   ○ Vietnamés   ○ Otro (especifique): _____

|  | Sí | No |
|---|---|---|
| 3) ¿Habla frecuentemente su hijo/a otro idioma ADEMÁS DE INGLÉS en casa? | | |
| 4) ¿Nació su hijo/a en otro país que NO sea EE.UU. (USA)? | | |
| 5) ¿Cuál es su relación al niño/a? | | |

○ Madre   ○ Padre   ○ Tutor   ○ Otro (especifique): _____

### CHINESE （请回答所有五个问题）

请在以上提供的空格里签署您的姓名并签名并注上日期

|  | 是 | 否 |
|---|---|---|
| 1) 你家里是否使用英文之外的语言? | | |
| 2) 你孩子最初说的第一种语言是哪一种? | | |

○ 英语   ○ 西班牙语   ○ 阿姆哈拉语   ○ 法语
○ 满语   ○ 越南语   ○ 其他请注明): _____

|  | 是 | 否 |
|---|---|---|
| 3) 你孩子是否经常在家里使用英文以外的语言? | | |
| 4) 你孩子是否出生在非美国以外的国家? | | |
| 5) 你和该孩子的关系是: | | |

○ 母亲   ○ 父亲   ○ 监护人   ○ 家庭教师   ○ 其他(请注明): _____

### AMHARIC (እባክዎ ለአምስቱም ጥያቄዎች መልስ ይስጡ)

|  | አዎ | የለም |
|---|---|---|
| 1) |  |  |
| 2) | | |

○ እንግሊዝኛ   ○ ስፓኒሽ   ○ አማርኛ   ○ ፈረንሳይኛ
○ ቻይንኛ   ○ ቪየትናምኛ   ○ ሌላ(ይጥቀሱ):

|  | አዎ | የለም |
|---|---|---|
| 3) | | |
| 4) | | |
| 5) | | |

○ እናት   ○ አባት   ○ አሳዳጊ   ○ አስተማሪ   ○ ሌላ(ይጥቀሱ):

### FRENCH (S'il vous plaît veuillez répondre à TOUTES les cinq questions)

Veuillez vous assurer de donner votre nom et signature dans l'espace ci-dessus indiqué

|  | Oui | Non |
|---|---|---|
| 1) Est-ce-que vous parlez une langue AUTRE QUE L'ANGLAIS chez vous? | | |
| 2) Quelle langue votre enfant utilise torsqu'il commence à parler? | | |

○ Anglais   ○ Espagnol   ○ Amharic   ○ Français
○ Chinois   ○ Vietnamien   ○ Autre:

|  | Oui | Non |
|---|---|---|
| 3) Chez vous, votre enfant parle-t-il souvent une langue AUTRE QUE L'ANGLAIS? | | |
| 4) Votre enfant était-il né HORS DES ÉTATS-UNIS? | | |
| 5) Quel est votre lien de parenté avec l'enfant? | | |

○ Mère   ○ Père   ○ Tuteur   ○ Autre:

### VIETNAMESE (Xin vui lòng trả lời TẤT CẢ năm câu hỏi.)

Xin quí vị chắc chắn vị viết tên và ký tên của vị vào khoảng trống phía trên

|  | Có | Không |
|---|---|---|
| 1) Ở nhà có thường sử dụng thứ tiếng nào KHÁC HƠN Anh Ngữ không? | | |
| 2) Con quý vị đã nói thứ tiếng nào trước nhất? | | |

○ Anh Ngữ   ○ Tây Ban Ngữ   ○ Am-ha-ric   ○ Pháp Ngữ
○ Hoa Ngữ   ○ Việt Ngữ   ○ Ngôn ngữ khác:

|  | Có | Không |
|---|---|---|
| 3) Ở nhà, con em thường nói thứ tiếng nào khác hơn Anh Ngữ không? | | |
| 4) Con quý vị đã sinh ra ở một NƯỚC NÀO KHÁC HOA KỲ không? | | |
| 5) Liên hệ của quý vị với đứa trẻ? | | |

○ Mẹ   ○ Cha   ○ Giám Hộ   ○ Liên hệ khác: _____

Revised 4/25/05

223

# Release of Student Directory Information
## School Year 2005–2006

To: All Parents

The items listed below are designated as "directory information" of the District of Columbia Public Schools (DCPS) and may be released for any purpose at the discretion of DCPS [D.C.M.R. Title 5, Chapter 26 (1997)]. Under the provisions of the Family Educational Rights and Privacy Act of 1974, as amended, you have the right to withhold the release of any or all of the information listed below:

| | |
|---|---|
| ✓ | **Name of student** |
| ✓ | **Address of student** |
| ✓ | **Telephone listing of student** |
| ✓ | **Date and place of birth** |
| ✓ | **Dates of attendance** |
| ✓ | **Participation in officially recognized activities and sports** |
| ✓ | **Weight and height of members of athletic teams** |
| ✓ | **Diplomas and awards received** |
| ✓ | **Name of attending school and school(s) previously attended** |

Please consider very carefully your decision to withhold any item of "directory information." Should you decide to inform DCPS **not** to release any or all of the items listed above, please check the line beside those items that you **do not** wish to have released. Any future request for such information from individuals or entities not affiliated with DCPS will be refused for the remainder of the current school year. A new form must be completed each year. **A new form must be completed each year.**

I have received a copy of the **Notification of Rights under the Family Educational Rights and Privacy Act (FERPA).**

_____ **All** of my child's directory information **may be released,** unless it has been checked.

✓ **None** of my child's directory information may be released.

Student's Name: ~~S_____ G____~~
                (Please print)

Parent's Name: ALEKSANDRA   PAPPURA–Gill
                (Please print)

Parent's Signature: _____

Date: 8/22/05

** If you fail to make a selection or complete the form, it will be assumed that the above information **may be released** for the remainder of the school year.

224

HURCH
_____
Name of School

## DC RESIDENCY VERIFICATION FORM
(To be completed by Local School Staff Only)

Please refer to the Residency Verification Guidelines when using this form.

I hereby certify that  ALEKSANDEA PAPOVA  S.S. # ~~~~~~~~~~~~ , parent/caregiver

Parent or Caregiver Name                                    (if available)

of  S_____ G___ ,  2907 ELLICOTT ST, NW

Student Full Name            Current DC Home Address

202-248-8602  presented the following document(s) evidencing his/her District of Columbia residency:
Telephone No. (if applicable)

(A)  One (1) of the following items suffices to establish DC residency.

_____  A pay stub, with an issue date within the past forty-five (45) days, that contains the name of the person enrolling the student, shows his/her current DC home address, and withholding of DC personal income tax for the current tax year; or

_____  Official documentation of financial assistance from the Government of the District of Columbia and issued to the person enrolling the student within the past twelve (12) months, including, but not limited to, Temporary Assistance for Needy Families (TANF), Medicaid, the State Child Health Insurance Program (SCHIP), housing assistance or other programs; or

_____  Supplemental Security Income annual benefits notification issued to the person enrolling the student within the past twelve (12) months and indicating his/her current DC home address; or

_____  A tax information authorization waiver form certified by the DC Office of Tax and Revenue, with the name of the person enrolling the student and evidence of payment of DC taxes for tax year 2003; or

_____  Military housing orders and residency verification letter or DEERS statement showing the student's name, the name of the person enrolling the student, and their current DC home address; or

_____  Proof that the child is a ward of the District of Columbia, in the form a court order; or

_____  Embassy letter, with an issue date after July 1, 2004, showing the name of the person enrolling the student, a statement indicating that the person enrolling the student and the student live on embassy property in the District of Columbia, and an official embassy seal.

(B)  Or, in the absence of items listed above, two (2) of the items listed below will suffice as proof of residency in DC.  The address and name on each of the below items must be the same.

_____  Unexpired DC motor vehicle registration showing the name of the person enrolling the student and his/her current DC home address;

_____  An unexpired lease or rental agreement with receipts for payment or canceled checks for payment of rent for a period within two (2) months immediately preceding consideration of residency, for the current DC address at which the student actually resides;

__X__  An unexpired DC motor vehicle operator's permit or official government issued non-driver identification in the name of the person enrolling the student showing his/her current DC home address; or

__X__  One utility bill (only gas, electric, and water bills are acceptable) with the name of the person enrolling the student, current DC home address, and with receipt of payment or cancelled check for payment of the bill.  The receipt of payment or cancelled check must be from a period within the two (2) months immediately preceding consideration of residency.

**Other primary caregivers:**

_____  If the person enrolling the student is an other primary caregiver, he/she has provided proof of caregiver status in accordance with the Residency Verification Rules.  Other primary caregivers must also establish DC residency, as outlined above.

_____    _____
School Official's Signature            Date

State Education Office, SY 2005-06

225

# Fax

| | | | |
|---|---|---|---|
| **To:** | Ms. Carolyne Albert-Garvey, Prinicipal | **From:** | Anya Gill |
| **Fax:** | 202-282-0132 | **Pages:** 1 | |
| **Phone:** 202-282-0130 | | **Date:** | 8/25/2005 |
| **Re:** | S████████ G██ | **CC:** | Mrs. Martel-Stevenson |

**Urgent    For Review    Please Comment    Please Reply    Please Recycle**

Dear Ms. Albert-Garvey,

Thank you for your call regarding S█████████'s registration.  I indeed requested placement of S█████████ to 4th grade.  Had we stayed in Montgomery County, Maryland he would have been in 4th grade special education classroom, so I made an equivalent request.  I enclosed his third grade IEP as well so that you would get an idea of his progress over the course of last school year.

I also received a call from Mrs. Martel-Stevenson regarding the meeting on Friday, August 26th at 10:00 am.  As it stands now, I will not be able to attend that meeting and I am asking for rescheduling.  I would also like to receive written notice about this meeting, its purpose, topic to be discussed and who will attend the meeting so I can arrange with other people that I would like to attend^this meeting.  Friday September 2, 2005 would be a good day for us.  Please let me know if this works for the school.

I would also like to make an addendum to enrolment form I filled out at the Murch school in 8/22/05 regarding the schools S█████████ attended.  As stated in the form, S█████████ attended Glenallan ES in Montgomery County, Maryland during the school year 2004-05.  However, I omitted to write in that he also attended summer school in July and August 2005 at Kingsbury Day School.  Their address is 5000 14th St., NW, Washington, DC 20011.

Sincerely,

Anya Gill

S█████████ mom

226



PLAINTIFF'S EXHIBIT

confirmed via phone on 8/24/05

# DISTRICT OF COLUMBIA PUBLIC SCHOOLS
## WASHINGTON, D.C.
### CONFIRMATION OF MEETING NOTICE

Date: 8/24/05

Mrs. Anya Gill
Parent / Guardian Name

2901 Ellicott St., NW
Street # / Street    Quad   Apt. No.

Washington            DC  20008
City                State  Zip Code

RE: Sebastian Gill

SCHOOL: Murch E.S.

ID NO. 9207 873

DOB: 9/96

Dear Mr. & Mrs. Gill

A multidisciplinary team (MDT) meeting is scheduled to discuss the status of your child's educational needs. Your participation is essential, and we look forward to your valuable input. Your child's meeting is scheduled as follows:

Date: 8/24/05    Time: 10:00 a.m    Place/Location: Murch E.S.

The purpose and details of the meeting are printed below. You and the school may have additional individuals attend the meeting who have knowledge or special expertise regarding your child. Invited participants are listed under MDT members.

**\*The purpose of this meeting is to:**

- [ ] \*\*develop/review IEP(including consideration of extended school year (ESY) services
- [ ] \*\*review evaluation or reevaluation information
- [ ] develop the student evaluation plan (SEP)
- [ ] discuss documented levels of service
- [x] discuss placement
- [ ] determine manifestation
- [ ] discuss eligibility
- [ ] \*\*discuss CompEd
- [ ] \*consider transition services needs
- [ ] discuss quarterly review
- [ ] behavior plan review

- [ ] \*\*review records to support the completion of services as follows:
  - [ ] Graduated
  - [ ] Completed Services
  - [ ] Aged Out
  - [ ] Transferred Out of District
  - [ ] Dropped Out
  - [ ] Other: _____

\*\*Placement will be discussed.

**MDT Members:**
- [x] Principal or Designee
- [x] Parent
- [ ] LEA Representative
- [ ] Student
- [x] General Education Teacher
- [x] Special Education Teacher
- [ ] Speech and Language
- [ ] Social Worker
- [x] Psychologist
- [ ] Other: _____

If the purpose of the meeting includes consideration of a transition plan, your child is invited to attend and a representative of the following agency(ies) may be invited, if appropriate

_____          _____

Any questions you may have concerning your child's program will be discussed at the above meeting. A copy of the Procedural Safeguards for parents is enclosed for your information. If the school can be of assistance to you, please contact Kathleen Bergin at 202-282-0130 (school telephone number).

Sincerely,

Nancy Martell Stevens

District of Columbia Public Schools    07-02-2001    Division of Special Education    Confirmation of Meeting

227

PLAINTIFF'S EXHIBIT SG 20

LAW OFFICES

SAVIT & SZYMKOWICZ, LLP

7315 WISCONSIN AVENUE
SUITE 601 NORTH TOWER
BETHESDA, MD 20814-3202

PHONE: (301) 951-9191
FAX: (301) 718-7788
EMAIL: MAIL@BOWSSLAW.COM
WWW.BOWSSLAW.COM
ALSO PRACTICING IN THE DISTRICT OF COLUMBIA

OF COUNSEL:
LORETTA J. GARCIA
LJG@BOWSSLAW.COM
(ALSO ADMITTED IN PA
INACTIVE STATUS)

LISA SELTZER BECKER
LSB@BOWSSLAW.COM

MARVIN L. SZYMKOWICZ
MLS@BOWSSLAW.COM

DIANA M. SAVIT
DMS@BOWSSLAW.COM

August 26, 2005

**VIA TELECOPIER & FIRST CLASS MAIL**
Ms. Carolyne Albert-Garvey
Principal
Murch Elementary School
4810 36th Street, N.W.
Washington, D.C. 20008

   Re: S_____ G___, DOB __/96

Dear Ms. Albert-Garvey:

  We represent S_____ G___ and his parents, Drs. Harwant Gill and Aleksandra Parpura-Gill. The Gills have been trying for four months to register S_____ at Murch Elementary School, his neighborhood school, preliminary to requesting special education and related services for him. S_____ has been identified by Montgomery County Public Schools as disabled and entitled to special education, and has received services from the county for several years.

  Unfortunately, the Gills' attempts simply to register S_____ were frustrated by the District of Columbia Public Schools. Enclosed is a copy of a letter I sent to your predecessor, Dr. Marjorie Cuthbert, on June 10, 2005, which details the Gills' experiences with DCPS through that date. I received no response to my letter, nor did anyone contact the Gills.

  On August 11, 2005, Dr. Anya Gill called Murch to find out if registration had finally started. She was told that it had. Despite full awareness of her desire to register S_____, no one had contacted Dr. Gill to tell her registration was now permissible. As the Gills were about to leave town for several days, Dr. Gill could not complete the registration process until August 22, 2005. The next day, she received a telephone call from Nancy Martel-Stevenson, asking her to attend a meeting today to discuss S_____ special education needs. No written notice was provided and Dr. Gill was given none of the information required by the Individuals with Disabilities Education Act; *i.e.*, the names and disciplines of those who would attend the meeting, the topics to be discussed, or notice of her right to bring with her persons knowledgeable about S_____.

PLAINTIFF'S EXHIBIT
SG 21

228

Ms. Carolyne Albert-Garvey
August 26, 2005
Page 2

At the moment, Murch has placed S██████ in Mr. Keegan's fourth grade class, a regular education setting. His last MCPS IEP, which under the law must be implemented until DCPS develops an acceptable alternative, calls for placement in a separate language and academic disabilities class, and for education out of the mainstream more than 60% of the time. This is inappropriate and potentially detrimental to S██████.

Fortunately, the Gills had the foresight to inquire into other options and S██████ has a place at the Kingsbury Day School, whose summer program he recently completed. I am therefore writing to inform DCPS that the Gills will enroll S██████ in Kingsbury for the 2005-06 school year, and expect to be reimbursed by DCPS for the costs associated with that placement. The Gills, however, wish to continue seeking special education for S██████ and to receive DCPS's input in the development of his program. You should, therefore, continue to look for a mutually convenient date and time for the contemplated IEP meeting, and give the Gills proper notice of what will transpire at that meeting.

Very truly yours,

Diana M. Savit

Enclosure
cc:    Drs. Harwant Gill & Alexsandra Parpura-Gill

229

# SAVIT & SZYMKOWICZ, LLP

ATTORNEYS AND COUNSELORS

SUITE 601 NORTH
AIR RIGHTS CENTER
7315 WISCONSIN AVENUE
BETHESDA, MARYLAND 20814-3232

TELEPHONE (301) 951-9191
FACSIMILE (301) 718-7788

## FAX COVER SHEET

**To:** Ms. Carolyne Albert-Garvey
**Company:** Principal, Murch Elementary School

**Date:** August 26, 2005

**From:** Diana M. Savit                    **Client:** Gill

**Recipient's telecopier number:** (202) 282-0132
**Recipient's telephone number:** (202) 282-0130

**Number of pages, including cover sheet:** 5

If there is a problem in transmitting, or if you have not received all of the pages, call (301) 951-9191.

The original _____ will ____✓____ will not follow by regular mail.

Remarks/special instructions:

Please see attached.

_NOTICE OF CONFIDENTIALITY:_ THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE ADDRESSEE. IT MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL OR OTHERWISE EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. NEITHER THE SENDER NOR THE INTENDED RECIPIENT HAS WAIVED ANY PRIVILEGE, CONFIDENTIALITY OR EXEMPTION FROM DISCLOSURE. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT OR THE EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING THE MESSAGE TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THE COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE (COLLECT IF NECESSARY) AND RETURN THE ORIGINAL MESSAGE BY MAIL TO US AT THE ABOVE ADDRESS. THANK YOU.

230

TRANSMISSION VERIFICATION REPORT

```
                                    TIME  : 08/26/2005 13:57
                                    NAME  : SAVIT AND SZYMKOWICZ
                                    FAX   : 3017107788
                                    TEL   : 3019519191
```

```
DATE,TIME               08/26  13:54
FAX NO./NAME            2022820132
DURATION                00:02:54
PAGE(S)                 05
RESULT                  OK
MODE                    STANDARD
                        ECM
```

231

**ABCs for Life Success, LLC**

10801 Lockwood Drive Suite 165
Silver Spring, MD 20901
ABC4SUCCESS@email.msn.com

Phone 301.439.7697
Fax 301.408.3831

January 9, 2006

Drs. Harry & Anya Gill
2907 Ellicott Street, NW
Washington, DC 20008

Dear Drs. Gill,

As you are aware, I have conducted an evaluation of the DCPS program proposed for
S█████████ at Murch Elementary School. In order to formulate an opinion about the
program, I have taken the following actions: Reviewed S█████████ records, met with
you, observed S█████████ at the Kingsbury Day School, spoken with the Kingsbury
staff, and observed at Murch Elementary School. Included in the Murch observation,
I was able to speak with special education and general education staff and observe the
proposed classrooms for S█████████.

It is my opinion that Murch Elementary School is not an appropriate placement for
S█████████. Murch Elementary School is not able to implement the current IEP; Murch
does not have available the intensity of self contained, special education classes
required by the IEP. Also, Murch's program is not appropriate for S█████████ overall.
At this time, the program is not able to support his needs and provide specialized
instruction across the day or during subjects in which a specialized classroom with
reduced student to teacher ratio is required.

At this time, S█████████ requires a full time special education program with related
services provided in a transdisciplinary manner. Kingsbury Day School is such a
placement and he is deriving meaningful benefit from his program there.

We have discussed educational programming for S█████████ at length, and will
continue to evaluate any options and proposals by or within DCPS. Please do not
hesitate to contact me for any reason.

Thank you for the opportunity to be a part of S█████████ education and future.

Respectfully,



Michelle R. Davis, M. Ed.
Director

Copy to:
D. Savit, Esq.



PLAINTIFF'S
EXHIBIT
SG 12

232



HOME | ABOUT US | LIBRARY | COMMUNITY | OUR KIDS | NEWS | SEARCH

# Alagille Syndrome

### What is Alagille syndrome?

Alagille syndrome is a multi-system hereditary disorder. It often presents with clinical symptoms involving the liver during infancy and early childhood. Alagille syndrome is named after the French pediatric liver specialist who first recognized the clinical features of the syndrome.

Seen throughout the world in many races, Alagille syndrome is more commonly reported in boys, although girls are also affected. Alagille syndrome is the most common form of the inherited disorders which cause reduced bile flow within the liver.

Genetic research of the chromosomes of patients with Alagille syndrome has found mutations in the Jagged 1 gene.

### Diagnosis

The diagnosis of Alagille syndrome usually depends upon finding several different components of the syndrome in an individual. The classic syndrome involves five distinct findings, including:

- Chronic cholestasis (reduced bile flow). Symptoms usually begin in infancy with jaundice, itching, and cholesterol deposits in the skin (xanthomas). A liver biopsy shows that there are not enough bile ducts within the liver.
- Congenital heart disease. Usually peripheral pulmonic stenosis, although other heart disorders such as Tetralogy of Fallot and coarctation of the aorta have been reported.
- Bone defects. Usually "butterfly" or Hemi-vertebrae in the spine.
- Eye findings. Usually an extra thickening of a line, known as the Schwalbe's line, on the surface of the eye. Less common eye findings include retinal pigment changes.



PLAINTIFF'S
EXHIBIT
SG 23

233

- ◆ Typical facial features. Often with deep set eyes, frontal bossing, bulbous tip of the nose, a down-turned mouth, and a small mandible with pointed chin.

Note: Not all patients with Alagille syndrome demonstrate all of these different findings.

## Complications and Treatments

The management of Alagille syndrome is aimed primarily at preventing complications and treating symptoms. Because Alagille patients have reduced bile flow, they are at risk to develop fat soluble vitamin deficiency. Supplementation of fat soluble vitamins (A,D,E,K) and monitoring serum levels of these vitamins is warranted in these children. They can also have difficulty absorbing fat from their diet. In infancy, formulas rich in medium chain triglycerides (MCT) should be utilized to maximize fat absorption. The goal is to maximize the growth and development of these children.

Itching (pruritus) associated with reduced bile flow can be significant and difficult to treat. The use of drugs such as phenobarbital, cholestyramine and ursodeoxycholic acid (Actigall) may be helpful in individual patients. Other drugs such as Atarax and Benadryl may give temporary symptomatic relief.

Surgery may on occasion be necessary to obtain an adequate sample of liver tissue to examine the bile duct system. The Kasai portoenterostomy, used for biliary atresia, does not replace bile ducts within the liver and has no value for the patient with Alagille syndrome. Partial external biliary diversion has been occasionally used for the treatment of "unstoppable itching" and severely elevated cholesterol levels. In this surgical procedure, a connection is made between the gallbladder and the skin so bile may be drained to the outside of the body. The success of this procedure for Alagille syndrome has not been as dramatic as for other forms of inherited liver disease.

Liver transplantation has been used successfully for selected patients with Alagille syndrome.■

234

http://www.classkids.org/library/alagille.htm

Children's Liver Association for Support Services
27023 McBean Parkway #126 ▪ Valencia, CA 91355
Toll-free: 1-877-679-8256 ▪ Phone/fax: (661) 263-9099
Terms of Use ▪ Contact Us

235

# SAVIT & SZYMKOWICZ, LLP

ATTORNEYS AND COUNSELORS

SUITE 601 NORTH
AIR RIGHTS CENTER
7315 WISCONSIN AVENUE
BETHESDA, MARYLAND 20814-3232

TELEPHONE (301) 951-9191
FACSIMILE (301) 718-7788

## FAX COVER SHEET

**To:** State Enforcement and Investigations Division For Special Education Programs (SEID)
    Student Hearing Office (SHO)
**Company:** District of Columbia Public Schools

**To:** Rhondalyn Primes, Esq.
**Company:** Office of the General Counsel, District of Columbia Public Schools

**Date:** January 23, 2006

**From:** Diana M. Savit          **Client:** Gill

**Recipient's telecopier number:** (202) 442-5556
**Recipient's telephone number:** (202) 442-5432

**Recipient's telecopier number:** (202) 442-5098
**Recipient's telephone number:** (202) 442-5161

**Number of pages, including cover sheet:** 10

If there is a problem in transmitting, or if you have not received all of the pages, call (301) 951-9191.

The original _____ will ___X___ will not follow by regular mail.

Remarks/special instructions:

Forwarded herewith are additional disclosures for ▓▓▓▓▓▓▓▓▓▓▓▓▓▓ due process hearing.

*NOTICE OF CONFIDENTIALITY: THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE ADDRESSEE. IT MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL OR OTHERWISE EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. NEITHER THE SENDER NOR THE INTENDED RECIPIENT HAS WAIVED ANY PRIVILEGE, CONFIDENTIALITY OR EXEMPTION FROM DISCLOSURE. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT OR THE EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING THE MESSAGE TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THE COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE (COLLECT IF NECESSARY) AND RETURN THE ORIGINAL MESSAGE BY MAIL TO US AT THE ABOVE ADDRESS. THANK YOU.*

LAW OFFICES
## SAVIT & SZYMKOWICZ, LLP
7315 WISCONSIN AVENUE
SUITE 601 NORTH TOWER
BETHESDA, MD 20814-3202

MARVIN L. SZYMKOWICZ
MLS@BOWSSLAW.COM

DIANA M. SAVIT
DMS@BOWSSLAW.COM

LISA SELTZER BECKER
LSB@BOWSSLAW.COM

PHONE: (301) 951-9191

FAX: (301) 718-7788

EMAIL: MAIL@BOWSSLAW.COM

WWW.BOWSSLAW.COM

ALSO PRACTICING IN THE DISTRICT OF COLUMBIA

OF COUNSEL:

LORETTA J. GARCIA
LJG@BOWSSLAW.COM
(ALSO ADMITTED IN PA,
INACTIVE STATUS)

ARTHUR J. SALZBERG
(ALSO ADMITTED IN VA)

January 23, 2006

**VIA TELECOPIER**
Rhondalyn Primes, Esq.
Office of the Superintendent
Office of the General Counsel
825 North Capitol Street, N.E.
9th Floor
Washington, D.C. 20001

      *Re:*    *Sebastian Gill*
               *DOB ▮▮/96*
               *Due process hearing schedul▮▮▮▮▮▮▮▮▮*

Dear Ms. Primes:

    The following documents are forwarded to supplement the five-day disclosures of Sebastian Gill and his parents, Harwant Gill and Aleksandra Parpura-Gill.

**Documents**

    The Gills may rely upon the following additional documents, copies of which accompany this letter:

    SG24–Resumé of Michelle R. Davis
    SG25–Letter from Michelle R. Davis to Ms. Tracey, Encore Coordinator, Murch Elementary School, with accompanying documentation of authorization and confirmation of receipt, 11/23/05

237

Rhondalyn Primes, Esq.
January 23, 2006
Page 2

       The Gills continue to reserve the right to rely upon any witness or document identified by DCPS.

                                      Very truly yours,


                                       Diana M. Savit

Enclosures
cc (w/ enclosures):
          DCPS Student Hearing Office
          Drs. Harwant Gill & Aleksandra Parpura-Gill

238

Michelle R. Davis
10801 Lockwood Drive, Suite 165
**ABCs for Life Success, LLC**
Silver Spring, Maryland 20901
301.439.7697 phone
301.408.3831 fax

## Objective

Continued contribution to children, families, educators through advocacy, assessment, teacher training, consulting

## Education

- Master of Science in Special Education, Johns Hopkins University, 1998 Emphasis on Inclusive Education; GPA 4.0
- Bachelor of Science in Special Education, James Madison University, 1990 Majors: Emotional Disturbance & Learning Disabilities, GPA 3.9 in majors
- Post-baccalaureate courses (24 hours earned including assessment courses)
- Advanced Professional Teaching Certification K through 12, MSDE
- Curriculum for Living, Landmark Education Corporation, 1994-present Forum, Advanced Course, Coach Self-Expression and Leadership Program

## Employment

1998-present  *Owner and Director, ABCs for Life Success, LLC*
Educational advocate and consultant.  Entrepreneur working with families, schools, and communities to develop skills needed for school and life children ages 3 to 21.  ADHD Diagnostic Center.  Secure educational placement, services and assist parents in navigating legal procedures.  Testify as expert in special education.  Curriculum analysis.  Teacher training and staff development workshops.  Formal and informal educational assessments.

January 2003-present  *Adjunct Professor, George Mason University*
Instruct legal Trends and Issues' course for Master's and Doctoral level adult learners at Accotink Academy.  Focus of course is application of due process rights related to assessments, eligibility, and placement for students with disabilities and implications of the Individuals with Disabilities Education Act (IDEA '97).

Fall 2000-present  *Adjunct Professor, George Washington University*
Instruct Collaborative Consultation, SPED 285. Focus of course is collaboration between special and general educators and families to include or mainstream adolescents with emotional disturbance. Instruct SPED 280 and SPED 260, Developmental Assessment.  Focus of course is administration and interpretation of formal and informal assessments.

1996-2000  *Special Educator, Teacher Trainer, Team Leader, Administrator Lee Middle School*
Facilitate team in case management, effective instruction, and behavior management best practices of students with learning, physical, social-emotional and other challenges.  Assure productive family and community partnerships. Instruction of social skills, learning strategies, algebra, world studies, math.

PLAINTIFF'S
EXHIBIT
SG 24

239

**Michelle R. Davis,** page 2 of 3

Design and implement County-wide training workshops for teachers. Participate in creation and implementation of alternate County-wide assessments in committee for the Board of Education. Data collection and compilation for State Department of Education study on accommodations and modifications provided at school level.

**1994-1996** *Special Educator, Case Manager at Eastern Middle School*
Design and implement pilot program to successfully include students with learning and emotional disabilities in general school program. Teach all subjects including social skills groups. Family intervention and work with mental health professionals. Oversee staff implementation of program objectives. Supervise after-school program school-wide.

**1990-1994** *Crisis Support Teacher, Special Educator, Mark Twain School*
Supervise and evaluate effectiveness of staff. Provided ongoing staff development. Design interventions for students including related service and mental health professionals. Crisis intervention/prevention and problem solving with students and staff. Curriculum development and delivery grades 6-12.

**1987-1988**     *Behavioral Technician, Regional Institute for Children and Adolescents*
Facilitated recreational activities and living skills in residential cottages with adolescents aged 12-18 with social-emotional and mental health disorders.

**1988-1990** *Behavioral Technician, DeJarnette Psychiatric Hospital*
Implement continuum of interventions to improve living and functional well-being of adolescents with autism/severe mental retardation.

**1984-2000** *Montgomery County Therapeutic Recreation Department* (MCRD)
Create and implement staff training. Supervise the inclusion of over 150 students with disabilities and provide staff coaching. Design recreation programs for children ages three to twelve with and without disabilities. Work with families for productive summers. Facilitate groups for adolescents and adults with Traumatic Brain Injury (TBI).

## Training and Staff Development

- Learning Differences, Woods Academy
- Assessing Student Needs in the Classroom, Oneness Family School
- IDEA Reauthorized: What does it mean for you? MANSEF
- The Special Education Process, Chelsea School
- Behavior Management Techniques in a Continuum, MCPS
- Conflict Resolution Seminar, University of Maryland
- Differentiated Instruction: Teaching So All May Learn, MCPS
- Cooperative Learning, MCPS
- Learning Styles at Work in the Classroom, Cashell Elementary PTSA
- Characteristics of Students with Emotional Disturbance, MCPS
- Collaboration for Success, MCPS
- Conflict Resolution/Crisis Intervention/Best Instructional Practices, Mark Twain
- Crisis Intervention and Physical Restraint, MCRD

**Michelle R. Davis**, page 3 of 3

- Celebrating Differences, MCRD
- Data Collection for Individual Education Plans (IEPs), MCPS
- Secondary Reading Strategy Instruction, MCPS
- Hispanic Parent Support Program, Lee Middle School
- Parents as Clients and Partners: Communication Integrated, GW Community School
- Special Education Simplified: PGC Community College

**Honors and Activities**

Eddie Dalton Special Education Scholarship
Outstanding Senior in Special Education, James Madison University
Outstanding Educator, Montgomery County Public Schools
Awarded grant in partnership program, Johns Hopkins University
Outstanding and exemplary evaluations for effective instruction/productivity
Secretary, More Than A Drum
Member, Council of Professional Attorneys and Advocates; Council of Exceptional Children
Publications: *Washington Parent,*
Featured in Washington Post, October 2004
Certified Strategy Instructor

**ABCs for Life Success, LLC**

10801 Lockwood Drive Suite 165
Silver Spring, MD 20901
ABC4SUCCESS@email.msn.com

Phone 301.489.7697
Fax 301.408.3831

November 23, 2005

Ms. Tracey, Encore Coordinator
Murch Elementary School
4810 36th Street, NW
Washington, DC 20008
By fax 202.282.0132

Dear Ms. Tracey,

Thank you for speaking with me today regarding Sebastian Gill and the implementation of his Individualized Education Program (IEP) at Murch Elementary School. As we discussed, DCPS has told the parent that Sebastian's IEP from Montgomery County, MD is able to be implemented at Murch E.S. After learning that the IEP calls for 22 hours of special education services, you indicated that Murch would be unable to implement such an intensive program; Murch is able to provide approximately 3 (three) hours per day as maximum services there. It is my understanding that the 'pull out', self-contained services in special education include Language Arts and Math, but not Science or Social Studies.

I requested to observe the program there and discuss the program with those knowledgeable on December 12, 2005. You indicated you would discuss this request with the Principal and Special Educator, look up Sebastian's records, and get back to me. I look forward to hearing from you to confirm the program observation. Please do not hesitate to contact me for any reason.

As we discussed, I am attaching a Release of Information form signed by the parent so that we may freely exchange information.

Thank you for your consideration for Sebastian.

Respectfully,

Michelle R. Davis, M. Ed.
Director

Copy to:
Client

PLAINTIFF'S
EXHIBIT
56 25

## ABCs for Life Success, LLC

10801 Lockwood Drive Suite 165
Silver Spring, Maryland 20901
abc4success@msn.com

Phone 301.439.7097
Fax 301.408.3831

## Release of Information

To:  ~~HURCH ELEMENTARY DCPS~~ and ~~KINGSBURY DAY SCHOOL~~
Print public school system name and/or private school name

From:  ALEKSANDRA PADURA GILL      (ANYA GILL)
Print parent/guardian's name

Re:  S███████N Gill                              DOB:  ███/96
Print child's name

I hereby release all confidential and other psychological, educational, medical, or school-related information from:

KINGSBURY DAY SCHOOL
Print public school system name and/or private school name

To:

**ABCs for Life Success, LLC**
**10801 Lockwood Drive Suite 165**
**Silver Spring, Maryland 20901**
**Educational Consultant**

The signature below authorizes the release of information and includes open and free communication through telephone or email correspondence between parties. The signature below also authorizes assigned consultant to conduct program and classroom observations.

_____                    11/14/05
Parent/Guardian Signature                                  Date

# FAX COVER SHEET

**ABCs for Life Success, LLC**

10801 Lockwood Drive, Suite 165
Silver Spring, Maryland  20901

phone 301.439.7697
fax 301.408.3831
email abc4success@msn.com

| SEND TO | | From | | | |
|---|---|---|---|---|---|
| Company name: March E.S. | | Michelle | R. Davis, | M. Ed. | |
| Ms. Tracey | | Date **11·23·05** | | | |
| Office location: Encore (coord.) | | Office location: ABCs for Life Success, LLC | | | |
| Fax number: 301·282·0132 | | Phone number: 301.439.7697 | | | |

☐ Urgent  ☐ Reply ASAP  ☐ Please comment      ☐ Please review  ☐ FYI

Total pages, including cover:  **3**

COMMENTS

Ms. S.

① Letter requesting dissertation

② Release of Information

Thank you.
          MDavis

p.4                    301408831                    Michelle R. Davis, M. Ed                    Nov 23 05 02:16p

PAGE  09                    SAVIT AND SZYMKOWICZ                    3017187788    15:29    01/23/2006

HP Officejet 7410
Personal Printer/Fax/Copier/Scanner

Log for
Michelle R. Davis, M. Ed
3014083831
Nov 23 2005 2:10PM

**Last Transaction**

| Date | Time | Type | Identification | Duration | Pages | Result |
|------|------|------|----------------|----------|-------|--------|
| Nov 23 | 2:07PM | Fax Sent | 2022820132 | 2:16 | 3 | OK |

245

Nov 23 05 02:15p    Michelle R. Davis, M. Ed    3014083831    p.5

01/23/2006  15:29    3017187788    SAVIT AND SZYMKOWICZ    PAGE 10

TRANSMISSION VERIFICATION REPORT

```
                              TIME    : 12/15/2005 15:42
                              NAME    : STUDENT HEARINGS OFF
                              FAX     : 2024425556
                              TEL     : 2024425432
                              SER.#   : BROH3J608601
```

```
DATE,TIME              12/15  15:41
FAX NO./NAME           93017187788
DURATION               00:00:30
PAGE(S)                01
RESULT                 OK
MODE                   STANDARD
```

# District of Columbia Public Schools
## State Enforcement & Investigation Division
### STUDENT HEARING OFFICE
825 North Capitol Street, N.E.
8TH Floor
Washington, D.C. 20002
PHONE: (202) 442-5432
FAX: (202) 442-5556



*X REVISED COPY*

HEARING NOTICE

| MEMORANDUM VIA: [X] FACSIMILE [ ] MAIL [ ] HAND DELIVERY |

TO:      Parent (or Representative): _D. SAVIT_     Fax No.: _(301) 718 - 7788_

LEA Legal Counsel: _R. PRIMES_

RE:    _G___, S_____ and (LEA) DOB: _____
              Student's Name

FROM:   SHARON NEWSOME
              Special Education Student Hearing Office Coordinator

DATE SENT: _12/15/05_

............................................................

The Student Hearing Office received your Request for Due Process Hearing or Mediation for the above named student on
_____. Please be advised that the hearing has been scheduled for:

DATE: _1/26/06_                                    _con'tf_
TIME: _9:00, 11:00, 1:00 & 3:00_          _12/20/05_
AT·    825 North Capitol Street, NE, Washington, DC

246

LAW OFFICES

# SAVIT & SZYMKOWICZ, LLP

7315 WISCONSIN AVENUE

SUITE 601 NORTH TOWER

BETHESDA, MD 20814-3202

PHONE: (301) 951-9191

FAX: (301) 718-7788

EMAIL: MAIL@BOWSSLAW.COM

WWW.BOWSSLAW.COM

ALSO PRACTICING IN THE DISTRICT OF COLUMBIA

MARVIN L. SZYMKOWICZ
MLS@BOWSSLAW.COM

DIANA M. SAVIT
DMS@BOWSSLAW.COM

OF COUNSEL:

LORETTA J. GARCIA
LJG@BOWSSLAW.COM
(ALSO ADMITTED IN PA INACTIVE STATUS)

LISA SELTZER BECKER
LSB@BOWSSLAW.COM

December 12, 2005

**BY FAX**

Ms. Sharon Newsome
District of Columbia Public Schools
State Enforcement & Investigation Division
825 North Capitol Street, N.E., 8th Floor
Washington, D.C.  20002

Re:    S‌ G‌ v. District of Columbia Public Schools

Dear Ms. Newsome:

On December 7, 2005, I submitted the request of S‌ G‌ and his parents to continue the due process hearing currently scheduled for December 20, 2005 at 1 p.m.  At the time, I was not able to advise regarding the D.C. Public Schools' position with respect to the continuance.  On December 9, 2005, however, I confirmed that DCPS does not oppose the request.

In addition, please note that one of the days we previously suggested for the new hearing date–January 23, 2006–has since become unavailable.  We therefore suggest January 26, 2006 or January 31, 2006 as the new dates.  If neither is convenient, please contact me to discuss other options.

Very truly yours,

Diana M. Savit

cc:    Rhondalyn Primes, Esq.
Dr. Harwant Gill & Dr. Aleksandra Parpura-Gill
Michelle Davis
Marlene Gustafson

247

```
TRANSMISSION VERIFICATION REPORT

                                    TIME  : 11/22/2005 09:59
                                    NAME  : STUDENT HEARINGS OFF
                                    FAX   : 2024425556
                                    TEL   : 2024425432
                                    SER.# : BROH3J608601


    DATE,TIME           11/22  09:59
    FAX NO./NAME         93017187788
    DURATION            00:00:29
    PAGE(S)             01
    RESULT              OK
    MODE                STANDARD
```

# District of Columbia Public Schools
### *State Enforcement & Investigation Division*
## STUDENT HEARING OFFICE
825 North Capitol Street, N.E.
8ᵀᴴ Floor
Washington, D.C. 20002
PHONE: (202) 442-5432
FAX: (202) 442-5556



### HEARING NOTICE

MEMORANDUM VIA: [ ✗ ] FACSIMILE [ ] MAIL [ ] HAND DELIVERY

TO:   Parent (or Representative): __D. SAVIT__          Fax No.: __(301) 718 - 7788__

LEA Legal Counsel: __R. PRIMES__

RE:   __G█████, S███████████__  and (LEA) DOB: __██████/96__
      Student's Name

FROM:   __SHARON NEWSOME__
        Special Education Student Hearing Office Coordinator

DATE SENT:   __11/21/05__

....................................................................................................

The Student Hearing Office received your Request for Due Process Hearing or Mediation for the above named student on __10/25/05__. Please be advised that the hearing has been scheduled for:

DATE:   __12/20/05__

TIME:   __1:00 PM__

AT:   825 North Capitol Street, NE, Washington, DC
                                              268

**State Education Agency for the District of Columbia**
**State Enforcement and Investigation Division (SEID)**
**Special Education Programs**



# *Due Process Complaint Disposition*

- This form should be used by the parties to notify the Student Hearing Office about important information concerning the outcome of the resolution meeting.
- Please return to the Student Hearing Office of the District of Columbia Public Schools, 825 North Capitol Street, NE, 8th Floor, Washington, DC 20002, Fax number 202/442-5556.

**A.    STUDENT AND CASE INFORMATION:**

Student Name: S̶̶̶̶̶̶̶̶̶̶̶  C̶̶̶    Birth Date: ̶̶̶̶̶1996

First        MI        Last

SHO Case Number: _____ (if applicable)

**B.    PARENT / GUARDIAN:**

Name: Dr. Harcourt Gill and Dr. Aleksandra Parpura-Gill

First        Last

Complete Address: 2957 Elliott St. NW

Washington DC 20008

Phone: (202)248-8602 (202)770-9456

Home        Work or alternative phone no.    Fax No. if applicable

**C.    LOCAL EDUCATION AGENCY REPRESENTATIVE:**

Carolyne Albert-Garvey    Principal

Full Name        Title

Murch Elementary School

Address    4810 36th St. NW

Washington DC 20008

Phone:(202)282-0130    (202)282-0132

Office        Fax

SEID DRN Rev'd. 6/14/05

1

The complaint has been resolved and the parties have reached agreement to the satisfaction of the parent / guardian. The due process complaint notice and the request for a due process hearing should be dismissed and withdrawn. The parties are aware that the agreement may be voided by any party within 3 business days of the date the agreement is signed. The parties have agreed to wait at least 3 business days before filing this form with the Student Hearing Office.

**X**  The resolution session was unsuccessful. The case should proceed to a due process hearing.

_____ The resolution session was unsuccessful. The parties have agreed to try mediation.

_____ The parties mutually agree to waive the resolution session and request mediation and the assignment of a mediator to this case.

_____ The parties mutually agree to waive the resolution session and request that this case proceed to a due process hearing on the merits.

_____ The parent has failed to participate in a resolution meeting as required under the law. A due process hearing should not be scheduled until further notice

**J.    Signature and Affirmation:**

I affirm that the information provided on this form is true and correct. I also affirm my receipt of the Procedural Safeguards Manual or I have waived my right to receive the Procedural Safeguards Manual.

_____          11/8/05
Signature of Parent/Guardian               Date

_____          11/8/05
Local Educational Agency Representative      Date

Mail, fax or deliver this form to:
**State Enforcement and Investigation Division**
**For Special Education Programs (SEID)**
**Student Hearing Office (SHO)**
**825 North Capitol Street, NE, 8th Floor**
**Washington, DC 20002**
**Fax number: 202/442-5556**

SEID DRN Rev'd. 6/14/05

2

250

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON, D.C.

✓ PUBLIC   ___ DPCS CHARTER   ___ LEA CHARTER   ___ NONPUBLIC   ___ PRIVATE/RELIGIOUS

## RESOLUTION MEETING NOTES

Meeting Confirmation Date: 11/2/2005          Meeting Held: 11/8/2005

Student: ~~Sebastian~~ (Colt)   DOB: ~~96~~ School: Murch

| PARTICIPANTS: (Print Name) | PARTICIPANTS (Sign Name) | POSITION |
|---|---|---|
| Pam Knott | Pam Knott | Sped Aide (note taker |
| Diana Savit | Diana M. Savit | Attorney for family |
| Anya Gill | Anya Gill | Mother of the Student |
| Barbara Bailey | Bailey | DCPS - Sp Ed Spec |
| Nancy Martell-Stevenson | Nancy Martell-Stevenson | Spec Ed Teacher |
| Kathleen Brgin | Kathleen Brgin | Spec. Ed. Teacher |
| Uretta Gardner | Uretta Gardner | Speech-language Pathologist |
| Carolyne Albert-Garvey | (Blank.) | Principal old VPEA |
|  |  |  |
|  |  |  |

___ Resolved          ___ Unresolved

See attached notes.

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON, D.C.

✓ PUBLIC     ___DPCS CHARTER     ___LEA CHARTER     ___NONPUBLIC     ___PRIVATE/RELIGIOUS

### RESOLUTION MEETING NOTES Cont'd.

Meeting Confirmation Date: 11/2/05          Meeting Held: 11/8/05

Student: _____          School: Murch

Mom    complaint "tried to register Sebastian since 4/29/05"
       bought new house but wanted him to finish out
       year in Mont. Co. MD
       was told she couldn't register him here (murch)
       at that time (4/29)
       hadn't heard back from Dr. Cuthbert
       actually moved in July    was told
                                 Open Enrollment in August
       registered on 8/22/05

GAG : IEP requires 22 hrs of spec. instruction + 1 hr Sp/lang
      (current) placed in homeroom w/specials, recess, lunch
                              "general ed
      "We're ready to provide services"

Nms   IEP meeting to be rescheduled
                                   w/

Gill
attorney: never heard back from OA of Gen. Counsel

CAG > no diagnostic records, report cards
Nms >  need clarifications .. that's why she wanted to meet

Gill
attorney: no response ... then notification of need for meeting
          consultant needs to review program to be offered
          not ready to accept murch's offer" at this point

RESOLUTION MEETING NOTES          Page 2          July 11, 2005



attorney: resol. process must start w/in 15 days of initial
complaint

B. Bailey:

Wtherdage:

DCPS: we've made offer
Attorney w/in next 15 days ⊗ you are free to come back
+ accept

Gill Attorney: as long as we can bring someone in to review program

1) review of program to make sure it meets Sebastian's needs

2) if it does, we can come back + continue resolution process

Attorney DCPS: this meeting has to end with yes or no

B. Bailey:

C.A.G. Sebastian is no longer registered ... could re-enroll him
principal today + have him in class ... you are rejecting that
offer right now.
- Phyllis Castle ed. advocate (has parental
authorization already)

NMS: Would it be appropriate for one of us to go to Kingsbury
to observe Sebastian?

attorney: that would be fine.
mother: is there another kid at this school w/22 hrs that would have
same that seb. might have

Mother: It seems like he might be spending less time in
homeroom — Stating difference with previous program

DCPS: have ed. consultant observe
Bailey

Gill
attorney: schedule + transitions that are the issue

NMS: we do a lot of fine tuning after talking to parents

DCPS: No resolution.. proceed to due process
CAO

Mother: since these are my only options,.. No resolution.

Clarification
One parent (Dad) was a resident of DC in
April when the parents began the process,
However, the child was enrolled in Montgomery
County until the end of the SY 04-05,
Mom + Sebastian were residents of Maryland until
the end of the school year.

Mother is writing a note to authorize
the advocate (consultant) to visit the the
school to assess the Murch program. The
advocate will then advise parent,
Parent + Attorney will check with Kingsbury
to arrange a visit by Murch teacher to observe
Sebastian. No specific date was given. Parent
+ her attorney did not give a date. DCPS requested
a follow up about Kingsbury be Monday Nov. 14

4/29/05 try to register - rep SW

5/3/05 - called school to try to reg. SW

5/20/05 - met with Dr. Cuthbert and try to register

6/8/05 - called Dr. Cuthbert - did not report to my msg

6/10/05 - discussed ~~schedu~~ w/u Ms. Hotel - Shenson

8/11/05 - find out that open enrollment is ongoing -
          could not come until 8/22/05 due to
          family vacation schedules.

Schedule of phone calls & visits to Murch + DCPS.

I, Abelisandra Parpura-Gill, give permission
to Phyllis Castel to observe Murch chemistry. ~~process~~
~~of Special education~~ on behalf of ~~Schwartz~~
~~Gill~~ and to speak with Murch staff
as needed.

[signature] 11/8/05

BEN W. MURCH
ELEMENTARY SCHOOL

# Facsimile

**To:** Student Hearing **From:** Carolyne Albert-Garvey
**Fax:** Office **Pages:** 9

**Phone:** **Date:** Nov 8, 2005

**Re:** ~~Sebastian Gill~~ **CC:**

[X] Urgent [X] For Review [ ] Please Comment [ ] Please Reply [ ] Please Recycle

**COMMENTS:** Resolution Meeting



## Home of the Mustangs

2005 NOV -8 AM 11:16
DC PUBLIC SCHOOLS
SCHOOL HEARING
SCHOOL SYSTEM

● **Confidentiality Notice:** The documents accompanying this facsimile transmission contain confidential information belonging to the sender. This information is intended only for the use of the individual or entity names above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of the contents is strictly prohibited. If you have received this facsimile in error, please notify us immediately to arrange for return or disposal of the material.

**Thank You**

257



**DISTRICT OF COLUMBIA
PUBLIC SCHOOLS**

*Office of the Superintendent*
**Office of the General Counsel**
**825 North Capitol Street, N.E., 9ᵗʰ Floor**
Washington, DC 20001
202-442-5000   Fax # 202-442-5098
*www.k12.dc.us*

November 3, 2005

Mr. Smith, Esq.
Hearing Officer
Student Hearing Office
DCPS Office of Compliance
825 North Capitol, N.E.
Washington, D.C. 20002

## DISTRICT OF COLUMBIA PUBLIC SCHOOLS

### SPECIAL EDUCATION

### ADMINISTRATIVE DUE PROCESS HEARING OFFICE

**In the Matter of**                     *
S█████ G██                               *
                                         *
**********************************************************************

## <u>DCPS' RESPONSE TO DUE PROCESS COMPLAINT</u>

NOW COMES, DCPS, by and through one of its attorney advisors, Rhondalyn Primes,

who upon information and belief hereby responds to the Petitioner's Due Process Complaint, as

follows:

*Children First*
258

DCPS Office of the General Counsel
Page 2

    1.    DCPS denies that it is refused to timely register Sebastian G▆▆ ("Sebastian") for school at Murch Elementary School and further states that open enrollment for the 2005-2006 school year begins on July 18, 2005.

    2.    DCPS denies that it refused to develop an educational program for Sebastian for the 2005-2006 school year, and further provides that the Petitioners refused DCPS' attempts at developing an educational program for Sebastian. DCPS further states that the Petitioners have failed to register Sebastian as a non-attending student at Murch Elementary School, one of several precursors to receiving special education and related services from DCPS.

    WHEREFORE, DCPS requests that Petitioners' request for relief be denied.

Respectfully Submitted,

Rhondalyn Primes
Attorney Advisor

cc: Diane Savit, Esq.



Office of the General Counsel
9th Floor
825 North Capitol St, NE
Washington, DC 20002
(202) 442-5000
Fax (202) 442-5098

# FACSIMILE

**Date:**     11-03-05

**TO:**  Diane Savit                **Fax No.:**  301/718-7788

**RE:**  S~~ebastian G~~ill                **Tele. No.:**
Response to Due Process Complaint

**FROM:**  Rhondalyn Primes, Esq.          **Tele. No.:**  202-442-5161
Attorney Advisor

**No. Pages, Including Cover Sheet:**  _3_

**COMMENTS:**

_____

**_CONFIDENTIALITY NOTICE_**

*The information contained in this telefacsimile has been transmitted by an attorney.  It is privileged and confidential, intended only for the use of the individual or entity named above.  If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited.  If this communication has been received in error, please notify us immediately by telephone, and return the original message to us at the above address via first class prepaid US postage. Thank you.*

```
************************
***   TX REPORT   ***
************************

TRANSMISSION OK

TX/RX NO           1472
CONNECTION TEL             913017187788
CONNECTION ID
ST. TIME           11/03 16:06
USAGE T            01'05
PGS. SENT          3
RESULT             OK
```



Office of the General Counsel
9th Floor
825 North Capitol St., NE
Washington, DC 20002
(202) 442-5000
Fax (202) 442-5098

# <u>FACSIMILE</u>

**Date:**       11-03-05

**TO:** Diane Savit                    **Fax No.:**   301/718-7788

**RE:** ~~Sebastian Gill~~                **Tele. No.:**
Response to Due Process Complaint

**FROM:** Rhondalyn Primes, Esq.        **Tele. No.:**  202-442-5161
          Attorney Advisor

## No. Pages, Including Cover Sheet:   _3_

## COMMENTS:

---

261

CONFIDENTIALITY NOTICE

**Office of Mediation &**
**Early Dispute Resolution**
**Complaint Intake Unit**
**825 North Capitol Street, NE- 8th Fl.**
**Washington, DC 20002**
**(202) 442-5467**



# Fax

## Time Sensitive Materials Attached

Prompt Attention: Attorney *Diana M. Savit*
            Parent _____

Fax Number: *3/951.9191*          Pages: *2*
Telephone Number: *3/718 718*          Date: *October 25, 2005*

_____

Please find attached a copy of a Scheduling Memorandum regarding:

Student: ~~Sebastian Grill~~

School: *(APS) Kingsbury Day School*

Please contact the Complaint Intake Unit @ (202) 442-5253 regarding any
Questions related to this correspondence.  Also this is a phone/fax line.

                    **Thank You,**
                    **Mrs. Gale M. Little**
                    **Administrative Aide**

The document(s) accompanying this telecopy transmission contains confidential information that Is legally
privileged.  The information is intended only for use of the individual or entity named Above, if you are not the
intended recipient you are hereby notified that any disclosure, copying, Distribution or the taking of any action in
reliance of the contents of this copied information is Strictly prohibited.  If you receive this telecopy in error, please
immediately notify us by telephone For return of the original document to us.

# STATE EDUCATION AGENCY
## DISTRICT OF COLUMBIA PUBLIC SCHOOLS

In the Matter of: _G._                     )       **BEFORE A SPECIAL EDUCATION**
                                           )
                                           )
                       **Petitioner**      )
                                           )
        Vs.                                )       **HEARING OFFICER**
                                           )
     _DCPS-_                                )
                                           )       **DISTRICT OF COLUMBIA**
                       **Respondent**      )       **PUBLIC SCHOOLS**
                                           )
_( Kingsbury_
_Day School )_

## SCHEDULING MEMORANDUM

1.    A due process complaint notice and request for due process hearing has been received by
      the Student Hearing Office in the State Enforcement & Investigation Division. Pursuant
      to 20 U.S.C. § 1415(f)(1)(B), prior to the opportunity for an impartial due process
      hearing, the Local Educational Agency shall convene a resolution meeting with the
      parent(s) and the relevant member or members of the IEP Team who have specific
      knowledge of the facts identified in the complaint <u>within 15 calendar days of receiving
      notice of the parents' complaint</u>. The meeting shall include a representative of the Local
      Educational Agency who has decision making authority. The Local Education Agency
      is responsible for scheduling the resolution meeting in consultation with the parent. <u>The
      Student Hearing Office does not schedule or participate in resolution meetings</u>.

2.    The complaint notice was filed on _October 25, 2005_

3.    The deadline for the resolution meeting is _November 9, 2005_ unless the
      parent and Local Educational Agency agree in writing to waive such meeting, or agree to
      refer the case to a mediator for mediation.

## RESPONSE TO THE COMPLAINT

A.    _Prior Written Notice Not Issued by the Local Educational Agency_.  If the Local
      Educational Agency has not sent a prior written notice to the parent regarding the subject
      matter contained in the parent's due process complaint notice, the Local Educational
      Agency shall, <u>within 10 days of receiving the complaint</u>, send to the parent a response
      that shall include:

      1.    An explanation why the Local Educational Agency proposed or refused to take
            action raised in the complaint;
      2.    A description of other options that the IEP Team considered and the reasons why
            those options were rejected;
      3.    A description of each evaluation procedure, assessment, record, or report the
            agency used as the basis for the proposed or refused action, and
      4.    A description of the factors that are relevant to the agency's proposal or refusal.

263

Rev'd. 7/6/05

B.    Prior written notice, if not already provided to the parent, must be sent by the Local Educational Agency to the complaining party no later than *November 4/05*

C.    *Deficiency Notice.*  A complaint notice shall be deemed sufficient unless the party receiving the notice notifies the Student Hearing Office and the complaining party in writing, <u>within 15 days of receiving the notice of the complaint</u>, that the complaint does not satisfy the notice requirements specified in 20 U.S.C. 1415(b)(7)(A).

D.    The deadline for filing a deficiency notice is *November 9 2005*

## DUE PROCESS HEARING

Pursuant to 20 U.S.C. § 1415(f)(1)(B)(ii) if the Local Educational Agency has not resolved the complaint to the satisfaction of the parents within 30 days of the receipt of the complaint, the due process hearing may occur, and all applicable time lines for scheduling a due process hearing will commence.  A final hearing officer's decision must be issued within 45 days from the expiration of the 30-day resolution period.

## QUESTIONS AND INFORMATION

The staff with the Student Hearing Office does not provide legal advice.  The parties should consult with legal counsel or other representative to answer any legal questions about your rights, duties, and responsibilities under the law.  Information about the time, date, and location of the resolution meeting will be provided by the school or the Local Education Agency responsible for scheduling the meeting.

264

Rev'd. 7/6/05

TRANSMISSION VERIFICATION REPORT

TIME : 10/25/2005 14:33

| | |
|---|---|
| DATE,TIME | 10/25 14:31 |
| FAX NO./NAME | 93017187788 |
| DURATION | 00:01:39 |
| PAGE(S) | 03 |
| RESULT | OK |
| MODE | STANDARD |

265

STUDENT HEARING OFFICE

OCT 25 2005

RECEIVED

*State Education Agency for the District of Columbia*
*State Enforcement and Investigation Division (SEID)*
*Special Education Programs*

# Due Process Complaint Notice

- The form is used to give notice of a due process complaint to the **District of Columbia Public Schools, District of Columbia Public Charter Schools (DCPS or LEA) and/or parents** with respect to any matter relating to the identification, evaluation, or educational placement of a child with a disability, or the provision of a free appropriate public education to that child. **A party may not have a due process hearing until the party, or the attorney representing the party, files a notice that meets the requirements of the Individuals with Disabilities Education Improvement Act (IDEIA).**

- The due process complaint must describe an alleged violation that occurred not more than two (2) years before the date that the parent or school system knew or should have known about the alleged action that is the basis of the complaint.

- Notice must be provided to the Student Hearing Office of the DC Public Schools, 825 North Capitol Street, NE, 8th Floor, Washington, DC 20002; fax number 202/442-5556.

- Unless the other party agrees, the party requesting the due process hearing shall not be allowed to raise issues at the due process hearing that are not raised in this Due Process Complaint Notice. Therefore, please be thorough in providing the information requested.

- Prior to the opportunity for an impartial due process hearing, the Local Educational Agency (LEA) shall convene a meeting (called a **"Resolution Session"**) with the parent(s) unless the parent(s) and the Local Educational Agency agree in writing to waive this meeting. You will be contacted by a representative of the Local Educational Agency to schedule the meeting. **The Student Hearing Office does NOT schedule resolution meetings.**

- Mediation is also available to all parties as an alternative to a resolution meeting or a Due Process Hearing.

## A.    INFORMATION ABOUT THE STUDENT:

Student Name: S̶━━━ G̶━━━            Birth Date: ▓▓▓96

Address: 2907 Ellicott Street, N.W., Washington, D.C.  20008

Home School: Murch Elementary School

Present School of Attendance: Kingsbury Day School

    Is this a charter school?  No          (If yes, you must also provide a copy of this notice to the charter
                                            school principal or director)

Parent/Guardian of the Student: Dr. Harwant Gill & Dr. Aleksandra Parpura-Gill

SEID DPCN Rev'd 7/12/05                    1

Address (if different from the student's above):    Same

Phone/Contact Number:    (202) 248-8602    Fax Number (if applicable):

**B.    Individual Making the Complaint/Request for Due Process Hearing:**

Name: Dr. Harwant Gill & Dr. Aleksandra Parpura-Gill

Complete Address: 2907 Ellicott Street, N.W., Washington, D.C.  20008

Phone: (h) (202) 248-8602    (w) (301) 946-8861 (mother)    (Fax)    (e-mail) apgill@starpower.net

Relationship to the Student:

| | | | | | |
|---|---|---|---|---|---|
| [X] | Parent | [] | Legal Guardian | [] | Parent Surrogate |
| [] | Self/Student | [] | Local Education Agency (LEA) | [] | Parent Advocate |

**C.    Legal Representative/Attorney (if applicable):**

Name:    Diana M. Savit

Address:    Savit & Szymkowicz, LLP
7315 Wisconsin Avenue
Suite 601N
Bethesda, Maryland 20814

Phone: (w) (301) 951-9191    (Fax) (301) 718-7788    (e-mail) dms@bowsslaw.com

Will attorney/legal representative attend the resolution session? [X] Yes [ ] No

**D.    Complaint Made Against (check all that apply):**

[X] DCPS school (name of the school if different from page one)
[ ] Charter school (name of the charter school if different from page one)
[ ] Non-public school or residential treatment facility (name)
[ ] Parent

**E.    Resolution Session Meeting Between Parent and LEA:**

I understand that it is my right to have a resolution meeting to resolve this complaint. I also understand that I may voluntarily waive this right if I choose. (Note: All parties must agree to waive the resolution meeting to avoid having this meeting.)

[ ] I wish to waive the Resolution Session Meeting

SBID DPCN Rev'd 7/12/05    2

267

## F.    Mediation Process:

IDEIA requires that any time a party requests a due process hearing, mediation should be offered at no cost to the parent. Both parties can request mediation as an alternative to the Resolution Session Meeting or as an alternative to a Due Process Hearing. Please check all that apply:

[ ]    I am requesting mediation as an alternative to the resolution session meeting.
[ ]    I am requesting mediation and a due process hearing.
[ ]    I am requesting mediation only at this time.

## G.    Facts and Reasons for the Complaint:

In accordance with the Individuals with Disabilities Education Improvement Act (IDEIA), please complete the following questions. Provide complete details about all the facts supporting your claims. (You may attach additional pages if needed):

1.    What is the nature of the problem, including the facts relating to the problem, that will need to be addressed at a Resolution Session meeting, a Mediation Conference, and/or a Due Process Hearing?

Sebastian and his parents previously resided in Montgomery County, where he attended public schools. The Montgomery County Public Schools deemed Sebastian disabled in the areas of learning disabilities, speech/language impairment and other health impaired, found him eligible for special education pursuant to the Individuals with Disabilities Education Act (IDEA), developed an individualized education plan for him and provided that education in a special setting (a learning and academic disabilities class) because that was the least restrictive environment in which he could be educated successfully. The Gills moved to the District of Columbia, into the Murch Elementary School district, in early 2005, although Sebastian continued to reside with his mother in Montgomery County to allow him to finish the school year without disruption. On April 29, 2005 Dr. Parpura-Gill attempted to register Sebastian at Murch to enter the District of Columbia Public Schools in fall 2005 and to allow DCPS sufficient time to plan an appropriate special education program for him before he began attending a DCPS school. The staff at Murch refused to register Sebastian, or to otherwise begin planning for his fall admission, in violation, inter alia, of DCPS's child find requirements pursuant to 20 U.S.C. §1412(a)(3). Despite multiple additional attempts and requests, Sebastian was not registered with DCPS until August 22, 2005. At that time, he was placed in a regular education setting, in violation of 20 U.S.C. §1414(d)(2)(C)(i). DCPS subsequently sought to convene an individualized education plan ("IEP") for Sebastian, but did not give his parents legally sufficient notice. After the Gills objected to the lack of notice but said they were willing to attend a properly scheduled meeting, DCPS made no further effort to assess Sebastian's needs, determine his eligibility or develop an IEP. No special education program has been developed for him to date, and no appropriate public educational placement has been offered.

2.    To the extent known to you at this time, how can this problem be resolved?

Due to DCPS's failure to timely register Sebastian or to develop a program for him, notwithstanding his legal entitlement to enroll in a District of Columbia public school and his documented need for special education, the Gills pursued another placement at a private school. He now attends Kingsbury Day School. This matter can be resolved by

• Ordering DCPS to immediately begin the process of determining Sebastian's eligibility for special education, then developing a program for him and proposing an appropriate placement; and
• In the interim, ordering DCPS to fund Sebastian's Kingsbury placement and declaring it his current educational placement until DCPS changes his program and placement in a legally permissible manner.

SEID DPCN Rev'd 7/12/05                    3

268

3.    **Issues presented**

- Is ~~Sebastian~~ entitled to special education and related services from DCPS under IDEA as a student disabled by learning disabilities, speech/language impairment and/or health impairment?
- Did DCPS timely register, assess, identify or place Sebastian?
- Is Kingsbury School an appropriate placement for ~~Sebastian~~?
- Should DCPS fund Sebastian's placement at Kingsbury Day School, including all appropriate related services?

## H.    Accommodations and Assistance Needed:

Please list any special accommodations you may require for a Resolution Session Meeting/Mediation Conference/Due Process Hearing.

- Interpreter (please specify the type)
- Special Communication (please describe the type)
- Special Accommodations for Disability (please be specific)
- Other

No special services are required.

## I.    Waiver of Procedural Safeguards:

[ ] I (parent/guardian) waive receiving a copy of the procedural safeguards at this time.

## J.    Parent Signature and Affirmation:

I affirm that the information provided on this form is true and correct.

_Harwant Gill + Alesander Parjuera-Gill_   October 24, 2005
Signature of Parent or Guardian    _by Diana M. Savit_    Date

## K.    Signature of Attorney/ Legal Representative:

_Diana M. Savit_

_____    October 24, 2005
Legal Representative / Advocate    Date

## L.    Signature of LEA Representative (if hearing requested by LEA):

_____    _____
Representative of LEA    Date

**Mail, fax or deliver this complaint notice to:**

SEID DPCN Rev'd 7/12/05    4

269

State Enforcement and Investigation Division
For Special Education Programs (SEID)
Student Hearing Office (SHO)
825 North Capitol Street, NE, 8th Floor
Washington, DC 20002
Fax number: 202/442-5556

SEID DPCN Rev'd P.A/ve 7/12/05          5

270

# SAVIT & SZYMKOWICZ, LLP

ATTORNEYS AND COUNSELORS

SUITE 601 NORTH
AIR RIGHTS CENTER
7315 WISCONSIN AVENUE
BETHESDA, MARYLAND 20814-3232

TELEPHONE (301) 951-9191
FACSIMILE (301) 718-7788

## FAX COVER SHEET

**To:** State Enforcement and Investigations Division For Special Education Programs (SEID)
Student Hearing Office (SHO)
**Company:** District of Columbia Public Schools

**To:** Office of the General Counsel
**Company:** District of Columbia Public Schools

**Date:** October 24, 2005

**From:** Diana M. Savit            **Client:** Gill

**Recipient's telecopier number:** (202) 442-5556
**Recipient's telephone number:** (202) 442-5432

**Recipient's telecopier number:** (202) 442-5098
**Recipient's telephone number:** (202) 442-5000

**Number of pages, including cover sheet:** 6

If there is a problem in transmitting, or if you have not received all of the pages, call (301) 951-9191.

The original _____ will ___X___ will not follow by regular mail.

Remarks/special instructions:

Forwarded herewith is a due process hearing request on behalf of Sebastian Gill.

*NOTICE OF CONFIDENTIALITY: THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE ADDRESSEE. IT MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL OR OTHERWISE EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. NEITHER THE SENDER NOR THE INTENDED RECIPIENT HAS WAIVED ANY PRIVILEGE, CONFIDENTIALITY OR EXEMPTION FROM DISCLOSURE. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT OR THE EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING THE MESSAGE TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THE COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE (COLLECT IF NECESSARY) AND RETURN THE ORIGINAL MESSAGE BY MAIL TO US AT THE ABOVE ADDRESS. THANK YOU.*