**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **S.G., a minor,** *et al.*, ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| **v.** ) | **Civil Action No. 06-1317 (RMC)** |
| ) | |
| **DISTRICT OF COLUMBIA,** *et al.,* ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

**ERRATA**

For undetermined reasons, the Administrative Record filed by the Defendants on December 28, 2006, did not scan into PDF format with the proper font and margin size to fit properly on letter size paper when printed. Thus, Defendants have attached a corrected version of the Administrative Record that will be more convenient for this Court and the Plaintiffs to read.

Respectfully Submitted,

EUGENE A. ADAMS
Interim Attorney General
for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

*/s/ Edward P. Taptich*
EDWARD P. TAPTICH [#012914]
Chief, Equity Section II

_**/s/ Amy Caspari**_
Amy Caspari [#488968]
Assistant Attorney General
441 Fourth Street, N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 724-7794
December 29, 2006                     email:  amy.caspari@dc.gov