**DISTRICT OF COLUMBIA**
**PUBLIC SCHOOLS**

**Office of the Superintendent**
Office of the General Counsel
825 North Capitol Street, N.E., 9th Floor
Washington, D.C. 20002-4232
202-442-5000   Fax: 202-442-5098
www.k12.dc.us

January 19, 2006

Law Offices of Savit & Szymkowicz
Attn:  Diana M. Savit
7315 Wisconsin Avenue, Suite 601, North Tower
Bethesda, MD 20814-3202

**DISCLOSURE STATEMENT**

**VIA FACSIMILE 301/718-7788**

**Subject: Due Process Hearing for S██████ (██**
**DOB:    ███/96**
**Attending School:  Kingsbury Day School**
**Home School:**

Dear Ms. Savit:

    At the upcoming due process hearing in the above-referenced matter, scheduled on Thursday, January 26, 2006 at 1:00 p.m., and pursuant to the Individuals with Disabilities Education Improvement Act of 2004, Pub. L. No. 108-446, and 34 C.F.R. 300.509(a) (3), in addition to any documents and witnesses disclosed by the parent, DCPS may rely upon any of the following witnesses/documents[1]:

**Witnesses**

    Marylee Phelps, Interim Chief, Special Education Reform, DCPS or designee(s)
    Arlene Jackson, and/or her designee(s), Placement Specialist, DCPS
    Carolyn Albert-Garvey, and/or her/his designee(s), Principal, Murch Elementary School
    Natalia Houston, and/or her designee(s), Coordinator, Shaw Care Center

**Documents**

| | |
|---|---|
| DCPS 01 | Resolution Meeting Notes, dated November 8, 2005 |
| DCPS 02 | Confirmation of Meeting Notice, dated August 24, 2005 |

---

[1] Witnesses may testify by telephone.

DCPS Office of the General Counsel
Page 2

DCPS 03    Letter via facsimile from Parent to DCPS, dated August 25, 2005

DCPS reserves the right to amend this disclosure as documents become available.

DCPS reserves the right to object to expert testimony by any person whose curriculum vita has not been disclosed to DCPS at least five (5) business days prior to the hearing for this student.

DCPS reserves the right to examine any witnesses called or identified as a potential witness by the representative of the student as though the witness was called by DCPS.

DCPS reserves the right to rely upon and /or use any documents/witnesses presented and/or disclosed by the parent that DCPS deems relevant in this case.  Also, DCPS reserves the right to call rebuttal witnesses in its case.

If you wish to discuss any aspect of this case further, or have questions, please contact me at (202) 442-5161.

Sincerely,

Rhondalyn Primes
Attorney Advisor

cc: Student Hearing Office

DCPS EXHIBIT 1

The complaint has been resolved and the parties have reached agreement to the satisfaction of the parent / guardian. The due process complaint notice and the request for a due process hearing should be dismissed and withdrawn. The parties are aware that the agreement may be voided by any party within 3 business days of the date the agreement is signed. The parties have agreed to wait at least 3 business days before filing this form with the Student Hearing Office.

X

The resolution session was unsuccessful. The case should proceed to a due process hearing.

The resolution session was unsuccessful. The parties have agreed to try mediation.

The parties mutually agree to waive the resolution session and request mediation and the assignment of a mediator to this case.

The parties mutually agree to waive the resolution session and request that this case proceed to a due process hearing on the merits.

The parent has failed to participate in a resolution meeting as required under the law. A due process hearing should not be scheduled until further notice

## J.  **Signature and Affirmation:**

I affirm that the information provided on this form is true and correct. I also affirm my receipt of the Procedural Safeguards Manual or I have waived my right to receive the Procedural Safeguards Manual.

_____    11/8/05
Signature of Parent/Guardian         Date

_____    11/8/05
Local Educational Agency Representative    Date

Mail, fax or deliver this form to:
**State Enforcement and Investigation Division**
**For Special Education Programs (SEID)**
**Student Hearing Office (SHO)**
**825 North Capitol Street, NE, 8th Floor**
**Washington, DC 20002**
**Fax number: 202/442-5556**

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON, D.C.

✓ PUBLIC        ___DPCS CHARTER        ___LEA CHARTER        ___ NONPUBLIC        ___ PRIVATE/RELIGIOUS

## RESOLUTION MEETING NOTES

Meeting Confirmation Date: 11/3/2005                    Meeting Held: 11/8/2005

Student: _____ G___    DOB ___/96 School: Murch _____

| PARTICIPANTS: (Print Name) | PARTICIPANTS: (Sign Name) | POSITION |
|---|---|---|
| Pam Knott | Pam Knott | Sped Aide (note taker) |
| Diane Savit | Diane M Savit | Attorney for family |
| Lisa Gill | Lisa Gill | Mother of the student |
| Barbara Bailey | Bailey | DCPS Sped Spec |
| Nancy Martell-Stevenson | Nancy Martell Stevenson | Spec Ed Teacher |
| Kathleen Bryan | Kathleen Bryan | Spec Ed Teacher |
| Uretta Gardner | Uretta Gardner | Speech-language Pathologist |
| Carolyn Nevitt Sunny | Carol | Dispute (?) SATEA |
|  |  |  |
|  |  |  |
|  |  |  |

_____ Resolved                    _____ Unresolved

See attached notes

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON, D.C.

✓ PUBLIC        ___DPCS CHARTER        ___ LEA CHARTER        ___ NONPUBLIC        ___ PRIVATE/RELIGIOUS

## RESOLUTION MEETING NOTES Cont'd.

Meeting Confirmation Date: 11/3/05                    Meeting Held: 11/8/05

Student: ~~S_____  C____~~                    School: Murch

Mom    complaint "tried to register ~~subrion~~ since 4/29/05"
bought new house but wanted him to finish out
year in Mont. Co MD
was told she couldn't register him here (murch)
at that time (4/29)
hadn't heard back from Dr Cuthberd
actually moved in July     was told
Open Enrollment in August
registered on 8/22/05

GAG    IEP requires 20 hrs of spec. instruction + 1 hr sp/lang
(current) placed in homeroom w/specials recess. Lynch
generalized

"We're ready to provide services"

NMS    IEP meeting to be rescheduled
Gill    w/
attorney    never heard back from Out of Gen Counsel

CAG ⟩ no diagnostic records, report cards
NMS    need clarifications - that's why she wanted to meet
Gill
attorney    no response - then notification of need for meeting
consultant needs to review program to be offered
not ready to accept murch's offer at this point

40

~~AB~~

Attorney    resol. process must start w/in 15 days of initial
complaint

Bailey

Bailey

PS  we've made offer
Attorney  w/in next 15 days you are free to come back
& accept

Attorney  as long as we can bring someone in to review program

1) review of program to make sure it meets Sebastian's needs

2) if it does, we can come back & continue resolution process

PS  this meeting has to end with yes or no

Bailey

Attorney  Sebastian is no longer registered - could re-enroll him
Repl  today & have him in class in you are rejecting that
offer right now

- Phyllis Castle  ed advocate (she has parental
authorization already)

S  would it be appropriate for one of us to go to Kingsbury
to observe Sebastian?

Greg  that would be fine
as  is there another kid at this school w/ 20 hrs that would have
same program that Seb. might have

41

Mother: H____ ___ ___ spending less time in homeroom — Staffing difference with previous pow___

CPS: have ed. consultant observe
faile...

Attorney: schedule + transitions that are the issue

JMS: we do a lot of fine tuning after talking to parents

PS: No resolution — proceed to due process

them: since these are my only options,, No resolution

## Clarification

One (Dad) parent was a resident of DC in April when the parents began the process, however, the child was enrolled in Montgomery county until the end of the SY 04-05, ___ ___ ___ were residents of Maryland until the end of the school year.

other is writing a note to authorize the advocate (consultant) to visit the school to assess the Murch program. The advocate will then advise parent.

____ & Attorney will check with Kingsbury, arrange a visit by teacher to observe ___. No specific date was given. Parent to follow up ___ her attorney ___ not given a date DCPS requested follow up about Kingsbury be Monday Nov. 14

4/29/05

5/3/05  - called school to try to reg. SW

5/20/05 - met with Dr. Cuthbert aunt for to register

6/8/05  - called Dr. Cuthbert - did not respond to my msg

6/10/05 - discussed situation with Ms. Lotel-Sheridan

8/11/05 - find out that open enrollment is ongoing -
          could not come until 8/22/05 due to
          family vacation schedules.

Schedule of phone calls + visits to Murch + DCPS.

I, Aleksandra Parpura-Gill, give permission
to Phyllis Castel to observe ~~Much ehealthy. to cass~~
~~of great education~~ on behalf of ~~Schuster~~
~~Gm~~ and to speak with Murell Staff
as needed.

~~signature~~ 11/8/05

DCPS EXHIBIT 2

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON, D.C.

**CONFIRMATION OF MEETING NOTICE**

Date: 8/24/05

Mrs. Anya Gill
Parent / Guardian Name

2901 Ellicott St., NW
Street #    Street           Quad   Apt. No.

Washington           DC 20008
City                       State  Zip Code

RE: ~~Standing Gill~~

SCHOOL: Murch E.S.

ID NO. 9207 873

DOB: ____ 96

Dear Mr. & Mrs. Gill

A multidisciplinary team (MDT) meeting is scheduled to discuss the status of your child's educational needs. Your participation is essential, and we look forward to your valuable input. Your child's meeting is scheduled as follows:

Date: 8/24/05    Time: 10:00 a.m.    Place/Location: Murch E.S.

The purpose and details of the meeting are printed below. You and the school may have additional individuals attend the meeting who have knowledge or special expertise regarding your child. Invited participants are listed under MDT members.

**\*The purpose of this meeting is to:**

- [X] **develop/review IEP(including consideration of extended school year (ESY) services
- [ ] **review evaluation or reevaluation information
- [ ] develop the student evaluation plan (SEP)
- [ ] discuss documented levels of service
- [ ] **review records to support the completion of services as follows:

- [X] discuss placement
- [ ] determine manifestation
- [ ] discuss eligibility

- [ ] **discuss CompEd
- [ ] *consider transition services needs
- [ ] discuss quarterly review
- [ ] behavior plan review

- [ ] Graduated   [ ] Completed Services   [ ] Aged Out   [ ] Transferred Out of District   [ ] Dropped Out
- [ ] Other: _____

**\*\*Placement will be discussed.**

MDT Members:
- [X] Principal or Designee
- [X] Parent
- [X] LEA Representative
- [ ] Student

- [X] General Education Teacher
- [X] Special Education Teacher
- [ ] Speech and Language
- [ ] Social Worker

- [X] Psychologist
- [ ] Other: _____
_____
_____

If the purpose of the meeting includes consideration of a transition plan, your child is invited to attend and a representative of the following agency(ies) may be invited, if appropriate

*  _____    *  _____

Any questions you may have concerning your child's program will be discussed at the above meeting. A copy of the Procedural Safeguards for parents is enclosed for your information. If the school can be of assistance to you, please contact Kathleen Bergin    at  202-282-0130    (school telephone number).

Sincerely,

Nancy Martell Stevens

District of Columbia Public Schools       07-02-2001        Division of Special Education       Confirmation of Meeting Notice

46

DISTRICT OF COLUMBIA PUBLIC SCHOOLS

WASHINGTON, D.C.

### CONFIRMATION OF MEETING NOTICE

Date: 8/24/05

Mrs. Anya Gill
Parent / Guardian Name

RE: Scheduling G_____

2907 Ellicott St., NW
Street #    Street    Quad    Apt. No.

SCHOOL: Murch E.S.

Washington    DC    20008
City    State    Zip Code

ID NO. 9207 873

DOB: ___/96

Dear Mr. + Mrs. Gill

A multidisciplinary team (MDT) meeting is scheduled to discuss the status of your child's educational needs. Your participation is essential, and we look forward to your valuable input. Your child's meeting is scheduled as follows:

Date: 8/24/05    Time: 10:00 a.m.    Place/Location: | Murch E.S. |

The purpose and details of the meeting are printed below. You and the school may have additional individuals attend the meeting who have knowledge or special expertise regarding your child. Invited participants are listed under MDT members.

**The purpose of this meeting is to:*

- [X] **develop/review IEP(including consideration of extended school year (ESY) services
- [ ] **review evaluation or reevaluation information
- [ ] develop the student evaluation plan (SEP)
- [ ] discuss documented levels of service
- [X] discuss placement
- [ ] determine manifestation
- [ ] discuss eligibility
- [ ] **discuss CompEd
- [ ] *consider transition services needs
- [ ] discuss quarterly review
- [ ] behavior plan review

- [ ] **review records to support the completion of services as follows:

  - [ ] Graduated
  - [ ] Completed Services
  - [ ] Aged Out
  - [ ] Transferred Out of District
  - [ ] Dropped Out
  - [ ] Other: _____

**Placement will be discussed.

MDT Members:
- [X] Principal or Designee
- [X] Parent
- [X] LEA Representative
- [ ] Student

- [X] General Education Teacher
- [X] Special Education Teacher
- [ ] Speech and Language
- [ ] Social Worker

- [X] Psychologist
- [ ] Other: _____

_____
_____

If the purpose of the meeting includes consideration of a transition plan, your child is invited to attend and a representative of the following agency(ies) may be invited, if appropriate

* _____    * _____

Any questions you may have concerning your child's program will be discussed at the above meeting. A copy of the Procedural Safeguards for parents is enclosed for your information. If the school can be of assistance to you, please contact  Kathleen Bargin  at  202-282-0130  (school telephone number).

Sincerely,

Nancy Martell Stevens

District of Columbia Public Schools    07-02-2001    Division of Special Education    Confirmation of Meeting Notice

DCPS EXHIBIT 3

Anya Gill, M.D., Ph.D.
2907 Ellicott St., NW
Washington, DC 20008

# Fax



| To: | Ms. Carolyne Albert-Garvey, Principal | From: | Anya Gill |
|---|---|---|---|
| Fax: | 202-282-0132 | Pages: | 1 |
| Phone: | 202-282-0130 | Date: | 8/25/2005 |
| Re: | S███████ G██ | CC: | Mrs. Martel-Stevenson |

☑ **Urgent**   ☐ **For Review**   ☐ **Please Comment**   ☐ **Please Reply**   ☐ **Please Recycle**

Dear Ms. Albert-Garvey,

Thank you for your call regarding S██████'s registration. I indeed requested placement of S███████ to 4th grade. Had we stayed in Montgomery County, Maryland he would have been in 4th grade special education classroom, so I made an equivalent request. I enclosed his third grade IEP as well so that you would get an idea of his progress over the course of last school year.

I also received a call from Mrs. Martel-Stevenson regarding the meeting on Friday, August 26th at 10:00 am. As it stands now, I will not be able to attend that meeting and I am asking for rescheduling. I would also like to receive written notice about this meeting, its purpose, topic to be discussed and who will attend the meeting so I can arrange with other people that I would like to attend this meeting. Friday September 2, 2005 would be a good day for us. Please let me know if this works for the school.

I would also like to make an addendum to enrolment form I filled out at the Murch school in 8/22/05 regarding the schools S███████ attended. As stated in the form, S███████ attended Glenallan ES in Montgomery County, Maryland during the school year 2004-05. However, I omitted to write in that he also attended summer school in July and August 2005 at Kingsbury Day School. Their address is 5000 14th St., NW, Washington, DC 20011.

Sincerely,

8/25/05

Anya Gill

S███████ mom



**Office of the General Counsel**
**9th Floor**
**825 North Capitol St., NE**
**Washington, DC 20002**
**(202) 442-5000**
**Fax (202) 442-5098**

# FACSIMILE

**Date:**    01-19-06

**TO:**  Diane Savit                    **Fax No.:**   301/718-7788

**RE:**  ~~Sebastian Gist~~            **Tele. No.:**
Disclosures

**FROM:**   Rhondalyn Primes, Esq.     **Tele. No.:**  202-442-5161
Attorney Advisor

**No. Pages, Including Cover Sheet:**   _16_

**COMMENTS:**

_____

**CONFIDENTIALITY NOTICE**

_The information contained in this telefacsimile has been transmitted by an attorney.  It is privileged and confidential, intended only for the use of the individual or entity named above.  If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited.  If this communication has been received in error, please notify us immediately by telephone, and return the original message to us at the above address via first class prepaid US postage. Thank you._

```
*********************
***   TX REPORT   ***
*********************

TRANSMISSION OK

TX/RX NO              2744
CONNECTION TEL                913017187788
CONNECTION ID
ST. TIME             01/19 19:20
USAGE T              04'58
PGS. SENT             16
RESULT               OK
```



**Office of the General Counsel**
**9th Floor**
**825 North Capitol St., NE**
**Washington, DC 20002**
**(202) 442-5000**
**Fax (202) 442-5098**

# **FACSIMILE**

**Date:**        01-19-06

**TO:** Diane Savit                **Fax No.:**   301/718-7788

**RE:** S~~ebastian C~~ ~~f~~
Disclosures                **Tele. No.:**

**FROM:**    Rhondalyn Primes, Esq.      **Tele. No.:**  202-442-5161
Attorney Advisor

**No. Pages, Including Cover Sheet:**   _16_

**COMMENTS:**

LAW OFFICES

## SAVIT & SZYMKOWICZ, LLP

7315 WISCONSIN AVENUE

SUITE 601 NORTH TOWER

BETHESDA, MD 20814-3202

MARVIN L. SZYMKOWICZ
MLS@BOWSSLAW.COM

DIANA M. SAVIT
DMS@BOWSSLAW.COM

LISA SELTZER BECKER
LSB@BOWSSLAW.COM

PHONE: (301) 951-9191

FAX: (301) 718-7788

EMAIL: MAIL@BOWSSLAW.COM

WWW.BOWSSLAW.COM

ALSO PRACTICING IN THE DISTRICT OF COLUMBIA

OF COUNSEL:

LORETTA J. GARCIA
LJG@BOWSSLAW.COM
(ALSO ADMITTED IN PA,
INACTIVE STATUS)

ARTHUR J. SALZBERG
(ALSO ADMITTED IN VA)

January 19, 2006

**HAND DELIVERED**
Rhondalyn Primes, Esq.
Office of the Superintendent
Office of the General Counsel
825 North Capitol Street, N.E.
9th Floor
Washington, D.C.  20001

> *Re:*    S████████ G██
> *DOB* ████/96
> *Due process hearing scheduled for 1/26/06*

Dear Ms. Primes:

The following are the five-day disclosures of S████████ G██ and his parents, Harwant Gill and Aleksandra Parpura-Gill.

**Witnesses**

The Gills may call the following individuals to testify at the hearing:

Aleksandra Parpura-Gill
Harwant Gill
2907 Ellicott Street, N.W.
Washington, D.C.  20008

Michelle Davis (expert)
ABCs for Life Success, Inc.
10801 Lockwood Drive
Suite 165
Silver Spring, Maryland 20901

Rhondalyn Primes, Esq.
January 19, 2006
Page 2

Patricia H. Papero, Ph.D.
6436 Barnaby Street, N.W.
Washington, D.C. 20016
(by telephone/(301) 565-0534)

Marlene Gustafson or her designee
The Kingsbury Day School
5000 14th Street, N.W.
Washington, D.C. 20011
(by telephone/(202) 722-5555)

The Gills reserve the right to call or rely upon any witnesses named by the District of Columbia Public Schools.

### Documents

The Gills may rely upon the following documents, copies of which accompany this letter:

SG1–Preschool Education Program Developmental Profile, 3/26/01
SG2–Montgomery County Public Schools (MCPS) Report of Psychologist, 4/30/01
SG3–MCPS Report of Speech/Language Re-Assessment, 5/16/03
SG4–MCPS Occupational Therapy Reevaluation Report, 5/21/03
SG5–Neuropsychological Evaluation, William Stixrud, Ph.D. and Associates, LLC,
    5/23 & 29/03
SG6–MCPS IEP for 2004-05 school year
SG7–MCPS quarterly report on progress toward IEP goals, 11/10/04
SG8–Psychological evaluation, Patricia H. Papero, Ph.D., 1/16/05
SG9–Psychological evaluation addendum, Patricia H. Papero, Ph.D., 1/16/05
SG10–Visual Learning Center, Dr. Philip L. Nicholson, 1/29/05
SG11–MCPS quarterly report on progress toward IEP goals, 2/2/05
SG12–MCPS report card, 1/28/05
SG13–Report of Speech/Language Re-Assessment, 3/22/05
SG14–MCPS IEP for 2005-06 school year
SG15–Educational Assessment Report, 5/13/03
SG16–Letter of Diana M. Savit to Dr. Marjorie Cuthbert, 6/10/05
SG17–Kingsbury Day School Summertime 2005 Reports
SG18–District of Columbia Public Schools (DCPS) Annual Student Enrollment Form, School Year
    2005-06
SG19–Fax to Ms. Carolyne Albert-Garvey, Principal, 8/25/05
SG20–DCPS Confirmation of Meeting Notice, 8/24/05
SG21–Letter of Diana M. Savit to Ms. Carolyne Albert-Garvey, Principal, 8/26/05
SG22–Letter of Michelle R. Davis, M. Ed., 1/9/05

53

Rhondalyn Primes, Esq.
January 19, 2006
Page 3

SG23–Fact sheet about Alagille Syndrome

The Gills reserve the right to rely upon any document identified by DCPS.

Very truly yours,

Diana M. Savit

Enclosures
cc (w/ enclosures):
        DCPS Student Hearing Office
        Drs. Harwant Gill & Aleksandra Parpura-Gill

54

*Sebastian Gill v. District of Columbia Public Schools*
*Exhibits for due process hearing scheduled for January 26, 2006*

SG1–Preschool Education Program Developmental Profile, 3/26/01
SG2–Montgomery County Public Schools (MCPS) Report of Psychologist, 4/30/01
SG3–MCPS Report of Speech/Language Re-Assessment, 5/16/03
SG4–MCPS Occupational Therapy Reevaluation Report, 5/21/03
SG5–Neuropsychological Evaluation, William Stixrud, Ph.D. and Associates, LLC,
    5/23& 29/03
SG6–MCPS IEP for 2004-05 school year
SG7–MCPS quarterly report on progress toward IEP goals, 11/10/04
SG8–Psychological evaluation, Patricia H. Papero, Ph.D., 1/16/05
SG9–Psychological evaluation addendum, Patricia H. Papero, Ph.D., 1/16/05
SG10–Visual Learning Center, Dr. Philip L. Nicholson, 1/29/05
SG11–MCPS quarterly report on progress toward IEP goals, 2/2/05
SG12–MCPS report card, 1/28/05
SG13–Report of Speech/Language Re-Assessment, 3/22/05
SG14–MCPS IEP for 2005-06 school year
SG15–Educational Assessment Report, 5/13/03
SG16–Letter of Diana M. Savit to Dr. Marjorie Cuthbert, 6/10/05
SG17–Kingsbury Day School Summertime 2005 Reports
SG18–District of Columbia Public Schools (DCPS) Annual Student Enrollment Form, School
    Year 2005-06
SG19–Fax to Ms. Carolyne Albert-Garvey, Principal, 8/25/05
SG20–DCPS Confirmation of Meeting Notice, 8/24/05
SG21–Letter of Diana M. Savit to Ms. Carolyne Albert-Garvey, Principal, 8/26/05
SG22–Letter of Michelle R. Davis, M. Ed., 1/9/05
SG23–Fact sheet about Alagille Syndrome



**Preschool Education Program**     807 Daleview Drive, Silver Spring, MD 20901
http://www.mcps.k12.md.us/curriculum/pep
(301) 431-7636

### Developmental Profile

**Name:** Se~~bastian G~~ill
**Date of Birth:** ~~/96~~
**Date of Report:** 3/26/01

**Grade:** PEP-4

**Student I.D. Number:** 911937
**Chronological Age:** 4years 10months
**School:** Jackson Road Elementary School
**Student's Native Language:** English

## Purpose

This assessment is being conducted as part of the legally mandated process to be followed to confirm whether or not a student is educationally disabled and eligible for special education services.

The assessment information included in this report contributes to the evaluation of S~~ebastian~~.

Written authorization for this assessment has been given by his parents on 9/24/00.

Reason for Referral:
S~~ebastian~~ was referred for assessment to identify the learning behaviors that may be negatively affecting S~~ebastian~~ progress in language, self-help, social, motor, and cognitive skills.

## Background Information

S~~ebastian~~ entered a Preschool Education Program class for 4-year-old children on 9/5/00 with a disability code of 04. He currently attends a class for 4-year-olds at Jackson Road Elementary School for 2 ½ hours per day, five afternoons per week. In addition to individualized educational, social, and self-care activities in the classroom, S~~ebastian~~ receives occupational therapy, and speech/language therapy. He also attends art, music, physical education, and media with his classmates.

## Observation

An observation is required when determining or confirming a disability to provide information regarding the effect of the disability on the student's academic performance.

The following is a review of a current observation that is documented in the student's confidential folder.

An observation of S~~ebastian~~ was done for the purposes of review for reconsideration of a disability by Erica Edelmen on 2/01 for 60 minutes. Observational data will be reported to the ARD committee on 4/3/01.


PLAINTIFF'S EXHIBIT
SG1

## Assessment Information and Analysis

### Formal assessment

| Assessment Instrument | Developmental Area | Standard Score t score mean=50 standard deviation=10 | Percentile | Developmental Age Score |
|---|---|---|---|---|
| Mullen Scales of Early Learning (AGS Edition) | Visual Receptive | T score = 56 | 73 | 66 months |
| | Fine Motor | T score = 37 | 10 | 47 months |
| | Expressive Language | T score = 20 | 1 | 29 months |
| | Receptive Language | T score = 20 | 1 | 30 months |

| Assessment Instrument | Developmental Area | Developmental Age Score |
|---|---|---|
| Preschool Developmental Profile | Social/Emotional | 3.5 years with scattered and emerging skills to 4 years. |

| Assessment Measure | Developmental Area | Standard Score (Mean = 100) | Age Equivalent |
|---|---|---|---|
| Peabody Picture Vocabulary Test - Form L | Receptive Vocabulary | SS = 58 Percentile = 1 | 2 years, 10 months |
| Expressive One Word Picture Vocabulary Test - R | Expressive Vocabulary | SS = 61 Percentile = 1 | 2 years, 5 months |
| Preschool Language Scale - 3 | Receptive Language | SS = 63 Percentile = 1 | 2 years, 11 months |
| | Expressive Language | SS = 56 Percentile = 1 | 2 years, 8 months |

| Assessment Measure | Developmental Area | Results |
|---|---|---|
| Arizona Articulation Proficiency Scale | Articulation | Few developmental articulation errors. |

## The Mullen Scales of Early Learning

The test results are believed to be an accurate representation of S_____'s abilities in the areas tested.

The Mullen Scales of Early Learning: AGS Edition was the measure used to assess S████████ strengths and needs. Please refer to the attached test description for an explanation of this measure.

**Visual Reception Scale Score:** Raw Score 49    T score-56    Percentile-73    Category-Average

## Summary of Visual Reception Scale

The Visual Reception Scale measures a child's ability to match objects and pictures, to recall what he has seen, and to organize and order visual information. This portion of the test looks at how a child sees things.

S████████ visual receptive skills are strength for him. He is able to match objects, pictures, letters and words. He can discriminate spatial detail and position and can discriminate left right orientation of identical objects. S████████ also has good short-term memory for objects, pictures and forms. He was very attentive during the assessment and was able to complete the tasks in two sessions.

## Summary of Fine Motor Scale

The Fine Motor Scale measures a child's ability to use eyes and hands together to grasp, release and manipulate small objects, to motor plan new activities and the use of new materials, and to complete visual-motor tasks, such as imitating block constructions and imitating or copying pre-writing shapes and forms.

This portion of the testing was administered to S████████ on February 27, 2001. He scored an age equivalent of 47 months, which is 10 months below his chronological age.

S████████ came willingly to the evaluation session and seemed to be making his best effort on all the test items. For most of the session, he sat well and attended to the verbal and visual cueing. Toward the end of the session, he would whine "No" after being shown a new task, but then would complete the task without further protest.

S████████ was easily able to perform all tasks requiring fine motor grasp, release and in-hand manipulation and generally exhibited good coordination of both hands together. He was also able to imitate the construction of block designs and used good pencil control when drawing within a pathway. His primary difficulties were with activities requiring imitating or copying pre-writing shapes and designs.

When drawing, S████████ consistently uses a tripod grasp with either hand, periodically switching the marker from one hand to the other. His skill seems to be equal with each hand. When drawing, he is able to isolate finger and thumb movements to draw small figures with precision. When using scissors, S████████ is able to grasp preschool scissors appropriately with either hand, can use repetitive cuts to cut across paper and can use good bilateral coordination to turn the paper with one hand while turning the scissors with the other to change the direction of cutting.

**Receptive Language Scale Score:** T-score = 20, Percentile = 1, Age-equivalent = 30 months

## Summary of Receptive Language Scale
The Receptive Language Scale measures a child's ability to follow directions, recall what he has heard, express knowledge, organize and order auditory information and understand verbal-spatial concepts (e.g., top, bottom, beside, right, and left). This portion of the test looks at how a child listens and understands.

█████ was able to follow same 2-step directions, to identify object function when shown objects, to show understanding of action words, and to show beginning understanding of spatial concepts ("in"). He was unable to show understanding of the spatial concepts, "under," "behind," or "in front of," or size concepts. S██████ had some difficulty attending to test items, so some items were administered a second time. S██████ was able to identify 2 colors ("blue" and "green") when named.

<u>Expressive Language Scale Score:</u> T-score = 20, Percentile = 1, Age-equivalent = 30 months

<u>Summary of Expressive Language Scale</u>
The Expressive Language Scale measures a child's ability to understand, remember, combine words and use spoken language. This portion of the test looks at how a child communicates.

S██████ was able to name 11/20 pictures presented to him, to use simple pronouns, and to count to 11 with an initial prompt. He used 3-4 word sentences, and he was able to answer some wh-questions. He was unable to complete verbal analogies, to define/explain simple words, or to answer questions requiring practical reasoning. He was often observed to repeat part of the examiner's prompt as his answer.

**Peabody Picture Vocabulary Test**
**Peabody Picture Vocabulary Test-Revised (PPVT-R)** is a picture-finding task which measures single-word receptive vocabulary. The student is shown a set of four line drawings and is asked to point to the one named by the examiner. The average range for the standard scores is 85-115. The test is standardized for use with children as young as 2 years old.

Standard score = 58, Percentile = 1, Age-equivalent = 2 years, 10 months

S██████ showed skills that were below his age on this test of receptive single-word vocabulary. He was able to identify pictures such as, "patting," "hook," "arrow," "square," "cage," and "peeling," yet he had difficulty identifying pictures at a lower age level, such as, "tractor," "closet," "knee," and "fence."

**Expressive One Word Picture Vocabulary Test - R**
**Expressive One-Word Picture Vocabulary-Revised (EOWPVT-R)** is a picture-naming task which measures single-word expressive vocabulary. The student is shown line drawings, one at a time, and asked to identify the depicted object, symbol, or category. The average range for the standard scores is 85-115. The test is standardized for use with children as young as 2 years old.

Standard score = 61, Percentile = 1, Age-equivalent = 2 years, 5 months

S██████ showed skills in expressive vocabulary/naming that were also below his chronological age. He was able to name pictures such as, "corn," "tiger," "duck," and "bus." He often used related words to name other pictures. For example, he called a "watch" a "clock," a "wagon" was a "circle," for "scissors" he said, "Cutting paper," and for "leaf," he said, "Tree fall down." After the testing was completed, the examiner revisited the pictures that S██████ had difficulty naming. S██████ was given phonemic cues (the examiner would say the first sound in a word), but this did not appear to help him think of the targeted word. The examiner would also give S██████ prompts such as, "You sit on the _____," (after he had said, "sit," instead of "couch"), but this type of cue did not appear to help S██████ name the pictures either.

**Preschool Language Scale - 3**
**Preschool Language Scale (PLS-3)** is an evaluation and screening test of auditory comprehension and verbal abilities. Obtainable scores include standard score, percentile rank, and age equivalency for each subtest as well as a total language score. This test contains supplemental screening tools which look at

articulation, morphology/syntax, semantics, social language, and speech intelligibility. The PLS-3 is appropriate for children birth to 6 years 11 months.

Auditory Comprehension:
Standard score = 63, Percentile = 1, Age-equivalent = 2 years, 11 months

Sebastian showed scattered skills on this subest. He was able to show understanding of part/whole relationships, pronouns, simple descriptive concepts ("heavy" and "empty"), to compare objects, to make inferences. He had difficulty identifying members of simple categories; he was able to identify "things we eat," but not "animals" or "toys." He was unable to demonstrate consistent understanding of negatives in sentences, or to identify colors other than "red," "purple," or "blue." He was able to point to his "head," but not, "arm," "knee," "elbow," "thumb," "chin," or "eyebrow" when named.

Expressive Communication:
Standard score = 56, Percentile = 1, Age-equivalent = 2 years, 8 months

Sebastian used 3-4 + word sentences, such as, " He have a pillow," "She eating a snack," and "Here is a little boy." He used plurals, used –ing forms of verbs, and pronouns. He was also able to answer simple questions requiring logic. He had difficulty answering wh- and yes/no questions about pictures, using possessives, stating object functions, completing analogies, and repeating sentences.

## Arizona Articulation Proficiency Scale
The Arizona Articulation Proficiency Scale (AAPS) is a picture-naming test which assesses a child's production of consonant sounds in the initial, medial, and final positions of single words and sentences.

Sebastian showed a few articulation errors in single words. These errors appear to be developmental in nature and do not impact his intelligibility of speech negatively. Observed errors in single words were as follows: f/th (unvoiced)- initial position of words, t/th (unvoiced) – medial position, s/th (unvoiced) –final position, t/st –initial position, and w/r –intial position.
Sebastian was also observed to occasionally delete final /n/ from words.

## Informal Assessment

Sebastian has made nice academic and social progress this school year. He is now following the classroom routine with some gentle reminders from the teacher. He enjoys playing with his classmates and while much of his play had been associative his interactive play-skills are emerging. He likes to play with blocks, cars and trucks and simple role playing games with one or two classmates. He is able to use his words with his friends although there are times when he will get frustrated and become physical. At these times Sebastian may be asked to leave the group for a few minutes. He will often get upset about this and will refuse to rejoin the group. This is also a problem when Sebastian is asked to do something he prefers not to. He will cross his arms and refuse to comply. This happens most often during clean up time or table activity time. He will put himself in time out and refuse to comply with the directions for the group. He will then attempt to rejoin the class when clean up etc. is over. We have been trying different strategies to help him work through this and this behavior does seem to be improving. The end of the day is also a hard time for Sebastian but this appears to be because he is very tired and needs a rest time.

Academically Sebastian is making slow progress. He can match colors and name 5-6 colors. He knows triangle, circle and square but does not yet identify numbers or letters. Counting with one to one correspondence is just emerging. Sebastian has trouble with concepts like big/little, many/few, short/tall etc. He is just beginning to categorize items but has difficulty when asked to give the function of an item. These are all skills he will continue to work on this year and will need to work on during his kindergarten year. Sebastian and his family are a pleasure to work.

Sebastian has made progress in the area of language this year. He is able to follow routine and some novel directions in the classroom. However, it is not unusual for Sebastian to refuse to follow the routines or to refuse to participate in classroom activities. Often when Sebastian is given a choice

whether or not to participate, he will choose not to participate. He is able to communicate this choice using words.

S████████ is able to make his wants and needs known during structured activities, such as snack, using 3-4 word sentences. He needs reminders to use whole sentences when requesting a turn or an object, and he continues to need verbal prompts to use his language skills in a variety of situations. He participates in circle time activities by answering some questions and spontaneously commenting at times.

S████████ uses his language skills during pretend play situations with other children in his class. One of his favorite scenarios is to pretend to be a dog or a cat, with another student pretending to be his owner. He will tell others in the classroom what he is, and ask to be petted, etc., using short sentences. In general, S████████ sentences are short in length, and are telegraphic in nature (he leaves out many words needed to state a complete sentence). His intended meaning is often clear, even though his sentences aren't complete.

S████████ has been receiving weekly occupational therapy services, both in group and individual sessions, during this school year. He generally participates enthusiastically during individual sessions, but frequently refuses to participate in motor group activities. He does better with motor group activities that don't require waiting for his turn; often he will do the task one time, but then seemingly loses interest while waiting for his next turn and then is unwilling to try it again or to move on to the next activity. His refusal to participate does not seem related to lack of confidence or any kind of motor inability. We have wondered if he is fatigued at this time of day, making it difficult for him to persist with a group activity. During individual sessions, he especially seems to enjoy gross motor high-contact activities. He generally does well motor-planning new motor tasks (during individual sessions) and exhibits good postural stability and coordination. S████████ has become significantly more willingly to participate in table-top activities and now seems to enjoy coloring, cutting and other fine motor tasks. He can be very visually focused on visual-motor tasks and inconsistently can be quite persistent when doing something new. Recently he has shown an interest in drawing faces with facial features and in imitating or tracing capital letters. He is able to button and unbutton, zip and unsnap a doll's clothing and has shown an interest in tying knots with shoelaces.

S████████ has made significant progress this year in the development of fine motor and sensori-motor skills. He is an adorable, very affectionate little boy, who is a lot of fun to work with.

**Summary and Recommendations:**
S████████ needs a full day class with an appropriate kindergarten curriculum and a small teacher/pupil ratio. Opportunities for both academic and social mainstreaming need to be available

Proposed levels of Related Service for ARD discussion:
Speech and Language Therapy      minutes: 60 minutes

Occupational Therapy                     minutes:  30 minutes

Under the guidelines of the Individuals with Disabilities Act (IDEA), Amendments of 1997; PL 105-17, formerly the Individuals with Disabilities Act (IDEA); PL 104-476 and COMAR- Code of Maryland Regulations, 13A.05.01 the confirmation of a disability must be made by a committee of qualified professionals and the parents/guardians of the student at an IEP team meeting. Additionally, information that addresses the effects of the disability on school achievement and performance must be documented.

61

.f the team and parents confirm the existence of an educational disability, they will then determine whether S███████ needs special education and related services.

This report was shared with parents on 4/3/01.

_Cynthia L. Smith_                          3/26/01
Cynthia L. Smith
Special Educator

_Mary Goodin_                          3/29/01
Mary Goodin
Occupational Therapist

_Michelle Shaffer_
Michelle Shaffer, M.A.,CCC-SLP
Speech/Language Pathologist    3/26/01

Attachments:
See ARD notes for Special Education program considerations.

Copy to:
Parents/Guardian
Confidential File

## Addendum I: Verifications

The tests were selected and administered so as not to be discriminatory on a racial or cultural basis:

    _x__Yes       ____No If "no," explain.

The tests were provided and administered in the student's native language or other mode of communication, unless it was clearly not feasible to do so:

    _x__Yes       ____No If "no," explain.

The tests were selected and administered so as best to ensure the at if a test is administered to a student with impaired sensory, manual, or speaking skills, the test results accurately reflect the student's aptitude or achievement level of whatever other factors the test purports to measure, rather than reflecting his/her impaired sensory, manual, or speaking skills (unless those skills are the factors that the test purports to measure):

    __x_Yes       ____No If "no," explain.

The assessment materials were selected and administered to ensure that if the assessment materials are administered to a student with limited English proficiency, they measure the extent to which the student has a disability and needs special education, rather than measuring the student's English language skills.

    _x__Yes       ____No If "no," explain.

The instruments are technically sound and provide relevant information:

    _x__Yes       ____No If "no," explain.

The tests were validated for the specific purposes for which they were used:

    __x_Yes       ____No If "no," explain.

The tests were administered by trained and knowledgeable personnel in accordance with any instructions provided by the producer of the test:

    __x_Yes       ____No If "no," explain.

## Addendum II Assessment Descriptions

The following assessment measures were used with Se██████:

**The Mullen Scales** is designed to assess a child's abilities in visual, linguistic, and motor domains, and distinguish between receptive and expressive processing. Receptive skills emphasize comprehension, expressive skills emphasize output. The Mullen was standardized on a nationally representative sample of children ranging in age from 2 days to 69 months. The sample was obtained from more than one hundred sites in four geographic regions of the United States.
The test is divided into four parts, which are described and reported below using both developmental age scores and T scores. A developmental age score indicates the average age at which 50% of the normative sample achieved a particular raw score. A standard score is a score that has been transformed to fit a normal curve, with a mean and standard deviation that remain the same across ages.
A T score is a standard score distribution with a mean of 50 and a standard deviation of 10.

**Peabody Picture Vocabulary Test-Revised (PPVT-R)** is a picture-finding task which measures single-word receptive vocabulary. The student is shown a set of four line drawings and is asked to point to the one named by the examiner. The average range for the standard scores is 85-115. The test is standardized for use with children as young as 2 years old.

**Expressive One-Word Picture Vocabulary-Revised (EOWPVT-R)** is a picture-naming task which measures single-word expressive vocabulary. The student is shown line drawings, one at a time, and asked to identify the depicted object, symbol, or category. The average range for the standard scores is 85-115. The test is standardized for use with children as young as 2 years old.

**Preschool Language Scale (PLS-3)** is an evaluation and screening test of auditory comprehension and verbal abilities. Obtainable scores include standard score, percentile rank, and age equivalency for each subtest as well as a total language score. This test contains supplemental screening tools which look at articulation, morphology/syntax, semantics, social language, and speech intelligibility. The PLS-3 is appropriate for children birth to 6 years 11 months.

**Arizona Articulation Proficiency Scale** is a picture naming test which assesses a child's production of consonant sounds in the initial, medial, and final positions of single words and sentences.

**Preschool Developmental Profile** provides developmental norms and milestones for preschoolers. Skills are clustered in specific age ranges from 3 to 6 years.

## MONTGOMERY COUNTY PUBLIC SCHOOLS
Spring Mill Field Office
11721 Kemp Mill Road
Silver Spring, Maryland  20902

April 3, 2001

Report of Psychologist

CONFIDENTIAL

Pupil's Name: S█████ G██     Student's ID: 911437

Address:  13110 Hugo Place, Silver Spring, Maryland  20906

School:  Jackson Road  Elementary School     Grade:  Preschool Education Program

Date of Evaluation:  01/23/01 & 3/30/01     Parent(s):  Mr. & Ms. Gill

Date of Birth: ████96     Home Telephone:  (301)946-8861

Age:  4-7     Work Telephone:  (301)770-8456

Psychologist:  Mary Ross-Gray, M.Ed., C.A.G.S.

Sex:  Male

Primary Language or Mode of Communication:  English

Sources of Data:

Record Review
Classroom Observation
Teacher Consultation
Parent Interview
Wechsler Preschool and Primary Scale of Intelligence - Revised (WPPSI-R)
Vineland Adaptive Behavior Scales:  Classroom Edition

Reason for Referral:

A psychological evaluation was requested by the Multidisciplinary Team at Jackson Road Elementary School to determine S█████'s current level of psychological functioning in order to assist with educational planning and placement concerns.

Background Information:

S█████ G██ is a 4-7 year old, preschool student who is currently receiving special education services for Developmental Delays (15).  According to his Individual Education Plan (IEP), S█████ receives 11 hours per week of special class instruction, 1 hour per week of speech/language therapy, .5 hours per week of occupational therapy, and consult only for health services.  The minutes of a recent Multidisciplinary Team (MDT) meeting indicate that Sebastian

65

PLAINTIFF'S
EXHIBIT

SG2

S████ G██

is starting to cut better with scissors and his imitation skills are varied in normal development. He uses complete sentences at school; although his mother reports his use of incomplete sentences at home.

S████ also has a medical diagnosis of Alagille Syndrome. Alagille Syndrome is an inherited disorder that mimics other forms of prolonged liver disease seen in infants and young children. However, a group of unusual features in other organ systems distinguishes Alagille Syndrome from other liver and bile duct diseases in infants. Symptoms of the illness are jaundice, pale, loose stools and poor growth within the first three months of life. Later there is persistent jaundice, itching, fatty deposits in the skin and stunted growth and development during early childhood. Frequently the disease stabilizes between ages 4 and 10 with an improvement in symptoms.

By parental report, S████ mother reported his rather eventful birth, medical and developmental histories. During her pregnancy, the mother developed early bleeding due to low progesterone during the first trimester. S████ was born full term weighing approximately 6-1/2 pounds. He was diagnosed with a wet lung on the first day and was jaundiced by the third day and ever since. The jaundice was determined to be both physiological and pathological according to his mother. She also reported that while the physiological jaundice is gone, the pathological jaundice is due to the Alagille Syndrome. Developmentally, there were no delays reported as S████ walked and talked at around 12 months. However, he has undergone a liver biopsy, three surgeries for central lines (insertion of tubes into the heart), and 2 surgeries to pull them out. He has been stable recently, as he is gaining weight, and is seemingly happier now according to his mother. She also reported that now that he's in PEP, there are improvements all together.

Observations:

S████ was observed on two occasions in the classroom setting prior to the evaluation. On one occasion, the afternoon PEP class had just arrived and after removing his coat, S████ was observed to engage in undirected play with his peers. S████ joined another student in play with a castle. One of the teacher's aides joined them. The teachers aide asked them questions about their play. S████ continued to play, answering the questions as posed to him. On another occasion, the students were observed in a group play activity involving tactile stimuli as they played together in a table with colorful, shredded paper. S████ played intently noticing the others, smiling at the others, and working cooperatively with them.

S████ accompanied this examiner willingly for evaluation. He was observed to be a rather charming young man with a pleasant attitude. He rarely spoke unless the conversation was otherwise initiated but was seemingly sociable as he smiled often and complied willingly with this examiner's requests. S████ was also observed to work very slowly and deliberately, particularly on the timed, hands-on tasks. On one occasion, he was noted to have scratched his head while attempting to figure out how to assemble a puzzle piece. S████ demonstrated great difficulty on the verbal tasks as he tended to simply repeat the last word of the questions as posed to him often and to resort to pointing to objects. However, he maintained full effort on all tasks. Rapport was established easily. It is felt, by this examiner that the current test results appear to be a valid estimate of his current level of cognitive functioning.

Sebastian G███

## Test Results and Interpretation:

The Wechsler Preschool and Primary Scale of Intelligence –Revised, (WPPSI-R) a nationally normed and standardized test, was administered with Se███ on 1/23/01. The WPPSI-R is a battery of tests that evaluates intellectual abilities of children aged 3 years through 7 years. The WPPSI-R consists of two scales, the Verbal Scale and the Performance Scale. Each of these scales has several subtests. The scale scores, when taken together, yield a Full Scale IQ score, which is an index of general intellectual functioning. A summary of Sebastian's performance on the WPPSI-R is as follows:

| Subtest | Scaled Score | Subtest | Scaled Score |
|---|---|---|---|
| Object Assembly | 7 | Information | 2 |
| Geometric Design | 3 | Comprehension | 3 |
| Block Design | 8 | Arithmetic | 4 |
| Mazes | 5 | Vocabulary | 4 |
| Picture Completion | 7 | Similarities | 3 |

Se███ obtained a WPPSI-R, Performance IQ score of 74, a Verbal IQ score of 59, yielding a Full Scale IQ score of 64. This score is in the Intellectually Deficient range. However, the Full Scale IQ score is misleading due to a 15 point, significant difference (.05 level) between the verbal and non-verbal areas. This pattern of scores suggests that his nonverbal reasoning skills are much better developed than his verbal reasoning skills. As such, his Performance IQ score, which is in the Borderline range, may be considered a better indicator of his current level of cognitive functioning. Further, the profile of inter-subtest scatter is also significant for variability, which is itself suggestive of distinct learning difficulties.

The Performance IQ contributes to an understanding of perceptual organization, which includes nonverbal reasoning, the ability to employ visual images in thinking and the ability to process visual material efficiently. Se███ Performance test scores range from Average to Intellectually Deficient. Average ability was also demonstrated on a subtest which measured visual spatial analysis. Low Average abilities were demonstrated on subtests which measured visual analysis in the construction of objects and visual discrimination. Borderline ability was demonstrated on a subtest measuring perceptual organization and planning. A relative weakness was demonstrated on a subtest measuring visual motor coordination, which was in the Deficient range.

The Verbal IQ provides an indication of verbal comprehension, which includes the ability to reason with words, to learn verbal material and to process verbal information. Sebastian's Verbal test scores range from Borderline to Deficient. Borderline abilities were demonstrated on subtests which measured numerical reasoning and word knowledge. Deficient abilities were demonstrated on subtests which measured social and practical judgment, abstract reasoning, and factual knowledge.

Intelligence test scores, such as the WPPSI-R reflect only a sample of learning in several different skill areas, including factual knowledge, learned abilities, problem solving, memory, and attention. Therefore, the scores are generally good predictors of future learning and academic successes. IQ tests do not reflect innate genetic capacity and the scores are not fixed. Some persons do exhibit significant increases or decreases in their measured intellectual abilities during

04/03/01

~~Sebastian, Gill~~

the course of their development. Moreover, factors such as motivation, curiosity, creative talent, work habits, study skills, and achievement in particular subjects are not measured.

The Vineland Adaptive Behavior Scales: Classroom Edition, a measure of personal and social competence, was administered with ~~Sebastian's~~ classroom teacher, Cindy Smith, as the informant. ~~Sebastian~~ demonstrate a Moderately Low overall adaptive behavior functioning (SS=70) with an age equivalent of approximately 3-5 years. In the Communications Skills area (SS=74), ~~Sebastian~~ demonstrates a Moderately Low level of adaptive functioning overall for receptive, expressive, and written language with an age equivalent of 2-2 years. In the Daily Living Skills area (SS=72), ~~Sebastian~~ demonstrates a Moderately Low level of adaptive functioning in terms of personal, community, and domestic skills with an age equivalent of a child 2-6 years. In the Socialization area (SS=76), ~~Sebastian~~ demonstrates a Moderately Low level of adaptive functioning in terms of interpersonal relationships at play, leisure activities, and with coping skills with an age equivalent of a child 2-5 years. In the Motor Skills area (SS=71), ~~Sebastian~~ demonstrated a Moderately Low adaptive functioning in terms of fine and gross motor skills with an age equivalent of a child 2-11 years.

Summary and Recommendations:

~~Sebastian~~ Gill is a 4 year old student attending the PEP at Jackson Road Elementary School. On the WPPSI-R, he obtained a Performance IQ of 74 and a Verbal IQ of 59. There was a 15 point, significant difference (.05 level) between the verbal and non-verbal areas. The large difference between the verbal and nonverbal areas renders the Full Scale IQ score misleading and suggests that the higher, Performance IQ score, which is in the Borderline range, is probably a better indicator of his current level of cognitive ability. Further, the profile of inter-subtest scatter is also significant for variability, which is itself suggestive of distinct learning difficulties.

On the Performance Scale of the WPPSI-R, Average ability was also demonstrated on a subtest which measured spatial analysis. Low Average abilities were demonstrated on subtests which measured visual analysis in the construction of objects and visual discrimination. Borderline ability was demonstrated on a subtest measuring perceptual organization and planning. A relative weakness was demonstrated on a subtest measuring visual motor coordination, which was in the Deficient range. On the Verbal Scale, Borderline abilities were demonstrated on subtests which measured numerical reasoning and word knowledge. Deficient abilities were demonstrated on subtests which measured social and practical judgment, abstract reasoning, and factual knowledge. On the Vineland, ~~Sebastian~~ demonstrated a Moderately Low overall adaptive behavior functioning (SS=70) with an age equivalent of approximately 3-5 years.

~~Sebastian~~ demonstrated greatest difficulty on tasks involving visual motor coordination and verbal language skills. Instructionally, staff should help him to focus on planning skills, directionality, and visual discrimination, using other paper-pencil activities emphasizing planning and anticipation like trace-the-dots and mazes. They can help ~~Sebastian~~ to evaluate responses prior to emitting them.

~~Sebastian's~~ verbal, visual/motor, and other developmental delays should all be considered in determining appropriate placement for him. He has made tremendous strides in a small setting with a low student to teacher ratio. He will continue to require special education services. The results of this evaluation have been shared with his parents. They should be encouraged to

04/03/01

5

Sebastian G█████

continue to advocate for Sebastian and to pursue appropriate educational planning and placement
for him.

*Mary Ross-Gray*

Mary Ross-Gray,   M.Ed., C.A.G.S.
Certified School Psychologist

I have read this report and I am in agreement with the conclusions and recommendations.  The data
has not been submitted for scoring or reanalysis.

*Erica Edelman, Ph.D*

Erica Edelman, Ph.D
Nationally Certified School Psychologist
Licensed Psychologist

Original to:     Pupil Services
Copy to:         Jackson Road  Elementary School (PEP)
                 Spring Mill Field Office
                 Parent

**Speech and Language Programs**
**Department of Special Education**
**MONTGOMERY COUNTY PUBLIC SCHOOLS**
**Rockville, MD**

## REPORT OF SPEECH/LANGUAGE RE-ASSESSMENT

Student Name: Sebastian G███
ID #: 911937
Address: 13110 Hugo Place, Silver Spring, MD  20906
Home Phone: 301-946-8861
Birth Date: ████/96
Age: 6.10
Grade: 1
Current School: Kemp Mill Elementary
Home School: Burnt Mill
Dominant Language: English
Other Language(s): Croatian spoken at home, English spoken with Sebastian
Re-assessment Date: 3/3,18,19,25,31/03, 4/7,8,9/03
Date of Report: 5/16/03
Examiner: Rita R. Cohen

Authorization for this re-assessment was given on 3/17/03 and is on file in the student's confidential file.

### PURPOSE OF ASSESSMENT

The purpose of this re-assessment is to determine if Sebastian continues to have a speech-language impairment and by reason thereof needs special education.

### REASON FOR REFERRAL

The recommendation for a speech-language re-assessment was made at an IEP Team meeting held on 3/17/03.

Questions relevant to speech-language include

- What is Sebastian's current level of functioning and his needs in the educational environment.
- What is Sebastian's educational disability?

### BACKGROUND INFORMATION

**Medical/Physical**

- Hearing Status: passed an in-school screening 1/02
- Other: Sebastian has Alagille Syndrome with liver abnormalities, very high cholesterol and severe jaundice. He takes daily medication (Cholestyramine). Sebastian has been hospitalized and has had surgery related to his condition. He had viral meningitis, and also has allergies and ear problems. See confidential and health files for additional information.

70    1



PLAINTIFF'S EXHIBIT

SG-3

**Educational Program**

- Disability Code: 08/04 (Other Health Impaired/Speech/Language Impaired)
- Areas of Educational Concern: cognitive, social/emotional speech/language delays with weaknesses in literacy skills, math skills, attention, spatial organization, and frustration tolerance.
- Special Education Services: S⸻ has been in K-1 LAD for the 01-02 and 02-03 school years at Kemp Mill. He has received speech/language and OT support while in LAD. Prior to LAD, S⸻ attended PEP at Jackson Road Elementary School for the 00-01school year where he received speech/language and OT support, and consultative health services. He received private speech therapy during the summer of '00. S⸻ attended ESY for summer '01 (for preacademic/social, social communication, and sensori-motor processing) and '02 (for social/emotional and communication) and is recommended to attend this summer (for reading and math). He has had various modifications to his program as well as test accommodations.
- General Education Services/Supports: ESOL consultation

**Speech-Language Program**

- Initiation of Speech-Language Services: 9/00
- Date of Most Recent Speech-Language Assessment: 3/26/01(Developmental Profile)
- Type of Disorder and Severity: significant delays in receptive and expressive language
- Areas of Need: concepts, vocabulary, memory, comprehension of directions, answering questions, expressing remote events
- Speech-Language Intervention:
    - LAD 1st grade - 60 minutes/week
    - LAD K - 60 minutes/week
    - PEP (4-year old) - 60 minutes/week
- Progress on Speech-Language Goals and Objectives: improvement in cooperative/interactive play skills, turn taking, using words to communicate (answering simple wh-questions and spontaneously commenting during circle time) to gain information and make requests, following 2-step directions, identifying/labeling pictures and object function, understanding simple descriptive/conditional concepts, pronouns and part/whole relationships, using longer more grammatically correct complete sentences with improved sentence structure for familiar activities

## SPEECH-LANGUAGE ASSESSMENT TECHNIQUES AND ANALYSIS

**Informal Assessment Procedures** include

SLP observations, language samples and informal protocols: see below

<u>SLP Classroom Observation</u>

The speech-language pathologist observed the student during the evaluation. S⸻ was tested in the afternoon, which is typically a better time for him. Short sessions were required to ensure that S⸻ was able to attend and demonstrate his best performance. Various reinforcers were provided to help him to comply with assessment tasks,

the most successful of which was providing puzzle pieces with each response. He tired easily and became frustrated as material became harder. There were numerous behaviors demonstrated, such as holding his breath during presentation of stimuli) requiring cues to be bring him back to task. At times, he folded his arms, pouted and refused to participate, or said, "No, I want mommy!"

The following was noted:

a) Speech intelligibility - no problems noted with speech intelligibility, however, because of problems with sentence structure and word order, it is sometimes difficult to understand what Sc            is trying to say without a lot of prompting and questioning.

b) Fluency - no problems noted

c) Voice - no problems noted; S              tends to whine when he is frustrated.

d) Ability to understand language - Sc            appears to understand, but he has difficulty following directions and answering questions and it is difficult to determine whether his difficulty is due to problems with comprehension or his difficulty expressing what he comprehends.

e) Ability to express ideas - Sebastian has a great deal of difficulty expressing himself in structured situations and does a lot better if he is just chatting about something (i.e., during play).

- During a sequencing task, S            provided the following language sample about a boy on a bicycle who fell and hurt his knee:

  "The kid he biked it and he almost too fast. He almost in the tree (log) and he hurt himself and he hurt him hisself and he cried and and went to his mommy and he get a bandages...boo boo strip."

- The following is a language sample during play at the block center with another child:

  "We are building. This is a window. It could be a window. I'm the builder. It's kinda like a dragon tree house. We get a ___(unintelligible word)). We get a paint is. We gonna make a dragon. We gonna make a letter. And that's all."

f) Ability to formulate sentences - S            is able to formulate sentences, but they are not always grammatically correct (i.e., "Octopus are have tummies"). He has more difficulty using language to respond to questions or prompts.

g) Functional use of language – S            is able to use language for a variety of purposes although organization of language is an area of weakness.

h) Attention issues - Sc            is easily distracted and tends to be more so when he is frustrated.

i) Behavioral issue - Sc            becomes non-cooperative when he is frustrated and will try to play and draw attention away from what he is having difficulty with.

**Standardized Assessment Procedures**

- For each test administered the following verifications were made:
- The test was selected and administered so as not to negatively discriminate on a racial or cultural basis.
  The test was provided and administered in the student's dominant language taking into consideration the impact of other languages on performance.
- The test was selected and administered so as best to ensure that when used with a student having impaired

72 [3]

sensory, manual, or speaking skills, the test results accurately reflect the skills that the test purports to measure, rather than the student's impaired sensory, manual or speaking skills, unless those skills are the factors being measured.

- The instrument is technically sound and provides relevant information.
- The test is validated for the specific purpose for which it was used.
- The test was administered by trained and knowledgeable personnel in accordance with any instructions provided by the producers of the test.

**Peabody Picture Vocabulary Test III (PPVT-III) (Form B)**

The student must select from four pictures the one that best represents a word spoken by the examiner to demonstrate understanding of single words.

Mean =100, Standard Deviation =15

Standard Score: 77

Confidence range [90% level]: 70-84

Interpretation/Comments: Compared to age expectations, single word receptive vocabulary is below expectancy range. S         was able to focus when he was engaged and motivated, usually by external reinforcers such as playing with a favorite toy, or puzzles. Toward the end of this test, S         stated that, "I think I want to relax," which is one of the ways he asked for frequent breaks.

**Expressive Vocabulary Test (EVT)**

The student must name a picture or state a synonym for a stimulus word and picture provided by the examiner in order to demonstrate ability to express an idea with a single word.

Mean = 100, SD = 15

Standard Score: 52

Confidence Range [90% level]: 47-63

Interpretation/Comments: Compared to age expectations, single word expressive vocabulary as measured by this test is significantly below expectancy range. S         tended to provide rhyming words when synonyms were required (i.e., "dacket"/jacket), or associated responses ("grass"/stone), or syntagmatic responses ("carry the baby"/father) which demonstrate a more immature response pattern. Strength was noted in labeling vocabulary. Weaknesses were noted in providing synonyms for target words.

Difference In PPVT III Score and EVT Score:

There was a 39-point difference between vocabulary, as tested by the PPVT III and expressive vocabulary as tested by the EVT. The difference is significant at the .01 level (there is less than a 1 percent probability of this difference happening by chance); this difference occurred in 5% of the normative sample at this age. Since the EVT measures

synonyms, and S_____ score was so discrepant from the PPVT, the **Expressive One Word Picture Vocabulary Test - Revised (EOWPVT - R)** was administered and scored informally to determine how well S_____ is able to label vocabulary. The student must name a picture of a thing, a category of things, or an action to show ability to express an idea with a single word. S_____ responded correctly to 29 of the 52 items presented which is below expectancy range but more in line with his performance on the PPVT-III above (a raw score of 42 is needed to obtain an average score). Many of S_____ errors were associative (i.e., "wheel"/tire; "food"/fruit, vegetables although he labeled celery "vegetables"; "chair"/stool; "microscope"/binoculars; "fetch water"/well; "the weather"/thermometer; "the sharpener"/cactus; "musical"/trumpet; "games"/stadium; "dollars/gamble"; "holder"/column). As noted below association is an area of strength for S_____. S_____ responded correctly to 7/19 category items (given pictures in a category, he was required to provide the category name). Based on his performance on this test, the EVT above, was not a valid measure of expressive vocabulary for Sebastian.

## The Test of Auditory-Perceptual Skills-Revised (TAPS-R)

The student repeats information presented orally to demonstrate short-term auditory memory, auditory discrimination, and interpretation of oral directions, and answers questions to demonstrate logical verbal reasoning.

Mean = 10, Standard Deviation = 3

Total Test Mean = 100, Standard Deviation = 15

| Subtest | Standard Score |
|---|---|
| Auditory Number Memory | |
| Forward | 68 |
| Reversed | 77 |
| Auditory Sentence Memory | 79 |
| Auditory Word Memory | 84 |
| Auditory Interpretation of Directions | 73 |
| Auditory Word Discrimination | 55 |
| Auditory Processing (Thinking & Reasoning) | 67 |
| Auditory Quotient | 54 |

Interpretation/Comments: Compared to age expectations, overall short-term auditory memory, word discrimination, and auditory processing are below expectancy range. Strength was noted in recalling series of unrelated words. Relative strength was noted in sentence recall and recall of digits reversed. Weaknesses were noted in digit recall (forward), recall of classroom directions, and responding to thinking/reasoning questions, which consist mostly of cause/effect, similarity/difference, part/whole relationships, why/how, and description. The following examples indicate S_____ difficulty responding to these types of questions: In response to "*What causes ice to melt?*" S_____ responded, "because is a day of winter," or, in response to "*Why does a ball roll?*" S_____ responded, "because a ball roll and roll and roll" *Why?* "Because is too big, cause is squishing." Performance on the auditory discrimination subtest may not be a valid measure of his ability to discriminate similarity and difference of minimal pair words because he lost focus during the test. He was concentrating on holding his breath and even frequent prompts to breathe correctly and attend to the task at hand, his performance deteriorated. S_____ responded

74

5

correctly to the first 12 of 50 items and then began to lose focus. His performance on this subtest may also reflect his difficulty with the concepts of *same* and *difference* noted below in the LPT-R

## Clinical Evaluation of Language Fundamentals - 3 (CELF-3)

This assessment compares receptive and expressive language skills. Receptive language subtests require that the student points to pictures and give oral responses to orally presented information to demonstrate skills in following oral directions, recognizing words which can be categorized, and recognizing sentence structure. Expressive language subtests require the student to repeat sentences, formulate a sentence about a picture using a given word or set of words, and complete a sentence with a word having the appropriate meaning.

Subtest Mean = 10, Standard Deviation = 3

Composite and Test Mean = 100, Standard Deviation = 1 5

| Subtest | Standard Score |
|---|---|
| Sentence Structure | 6 |
| Concepts & Directions | 4 |
| Word Classes | 8 |
| RECEPTIVE LANGUAGE SCORE | 75 Confidence Band 90% level = 67-83 |
| | |
| Word Structure | 7 |
| Formulated Sentences | 8 |
| Recalling Sentences | 5 |
| EXPRESSIVE LANGUAGE SCORE | 80 Confidence Band 90% level = 74-86 |
| | |
| TOTAL LANGUAGE SCORE | 76 Confidence Band 90% level = 71-81 |

Interpretation/Comments: Compared to age expectations. Se       , overall receptive and expressive language skills are below expectancy range. Strengths were noted in expressive language skills with the exception of sentence recall, which was also a weakness on the TAPS-R above. Weaknesses were noted in receptive skills, comprehension of sentence structure and following orally presented directions, although his performance on the Word Classes subtest was in the low average range. This subtest requires the student to listen to 3 or 4 words and then choose the two that are related in some way, requiring memory for series of words and association skills. Se reauditorized each word as it was presented to him before responding. Se       demonstrated strengths in both these areas as noted above during the TAPS-R (Auditory Word Memory subtest) and his ability to associate noted in his responses on the naming test above (EOWPVT-R) and in the LPT-R below. A puzzle was used as reinforcement during the CELF-3; a puzzle piece was offered after each response. This kept Se       motivated to do his best and remain focused. It is the opinion of this examiner that his performance on this test was the most reflective of his capability given the nature of his focus and compliance because of his desire to complete the puzzles as reward for his hard work.

75

6

**Language Processing Test-Revised Revised (LPT-R)**

This student answers questions to show ability to use language to make word associations, identify members of a given category, explain how noun pairs are similar and different, express meanings of words in various contexts and describe attributes of given nouns.

Mean = 100, Standard Deviation = 15

| Subtest | Standard Score |
|---|---|
| Associations | 91 |
| Categorization | 56 |
| Similarities | -* |
| Differences | - |
| Multiple Meanings | - |
| Attributes | 82 |
| Total Test | 72 |

*Sebastian was not able to respond correctly to any of the items in these subtests

Interpretation/Comments: Compared to age expectations, this student's language processing skills are below expectancy range. Strengths were noted in providing associated words given a target word and describing items by providing attributes such as function, location etc. S          consistently provided functions and sometimes provided components, color, accessories and location of items presented. He did not provide information regarding size/shape, category, or composition. Weaknesses were noted in providing 3 words given a category (he frequently provided 2 of the 3 required words and a related word), expressing similarities and differences, and providing meaning of multiple meaning words presented in different contexts (i.e., tell the meaning of the word *rose* in the following sentences: Ask *Rose* to call me; The sun *rose* over the mountains). It was very difficult for S          to use language for more abstract tasks such as explaining similarities and differences and multiple meanings.

Informal Assessments
Various informal tasks were administered for Se          ; annual review and revealed the following: S          1 has difficulty using language to explain, responding to wh-questions (when, why, how), understanding spatial concepts, formulating responses (grammar/sentence structure) and conveying ideas in an organized manner. He is able to respond to *where, who* and *what* questions, understands conditional concepts (before, while, except, etc.), has improved sentence structure and ability to use language to gain information and make requests, and tell stories in a more logical manner.

The areas of voice and fluency continue to be within normal limits as determined by previous assessment data and ongoing therapy observations. Some developmental articulations continue to exist.

**SUMMARY AND RECOMMENDATIONS**
S          was referred for a speech-language re-assessment to answer the following diagnostic questions:
- What is S          : current level of functioning and his needs in the educational environment.

- What is S⸱       ⸱ educational disability?

Analysis of assessment data in conjunction with the MCPS Speech-Language Severity Rating Scale indicate moderate weaknesses in content of language (semantics, including vocabulary, concepts, semantic relationships, i.e., similarities/differences, categories, etc., comprehension) and moderate severe weaknesses in form and function of language (grammar/sentence structure and organization of language). Strengths were noted in association, word recall, ability to describe using attributes, and knowledge of sentence structure for sentence completion tasks. Based on assessment data, classroom observation, teacher, report, these weaknesses negatively impact S⸱ educational performance in following directions, listening and reading comprehension, and adequately expressing what he knows in the classroom so that he can be understood.

Speech-language re-assessment results must be considered in conjunction with educational and cognitive assessments. The determination of a speech-language impairment and appropriate intervention recommendations can be determined only when the IEP Team can review all appropriate data.

**Suggestions for Classroom Accommodations**

The current pattern of strengths and weaknesses for this student indicates that the following instructional accommodations may be helpful:

- Call the student's name or otherwise focus attention before giving content.
- Demonstrate, model, and use gestures when giving directions or explaining content.
- Have the student repeat or paraphrase directions before acting on them.
- Present information and directions orally and visually.
- Adjust language to the student's comprehension level.
- Present information in small sequential segments.
- Emphasize key points of directions or instruction with tone of voice, written reminder, or summary.
- When asking a question. provide the framework for the response. (E.g. who is the author? "The author is..."
- Pair student with partners to support following directions.
- Use visual aids to explain and model key points.
- Allow additional wait time for oral responses.
- Prompt responses to specific "wh" questions.
- Repeat what the student has said so that the student can judge its appropriateness and self-correct if necessary.
- Post words, procedures, and picture cues in appropriate locations in the environment.
- Offer multiple choice options for the student to consider for responding to a question.

*Rita R. Cohen*

Rita R. Cohen,
Speech-Language Pathologist, MA CCC-SLP
Montgomery County Public Schools

Cc: Parents
Speech-Language File
Confidential Record File