

**Physical Disabilities Program**
Department of Special Education
8001 Lynnbrook Drive • Bethesda • Maryland 20814

Telephone: 301-657-4959
Fax: 301-657-4989

Occupational Therapy
Reevaluation Report

Student: S         a G
DOB:       /03
Reassessment Date: 5/21/03

ID: 911937
School: Kemp Mill ES
Grade: 1 (K-1 LAD)

**Purpose:** This assessment was conducted to review occupational therapy progress and current functioning as part of a special education reevaluation and to determine whether continued services are needed.

**Data Sources:** Data was collected through standardized testing, work samples, teacher reports, classroom observations, and clinical observations.

**Summary of Findings:** Standardized testing results from the Beery VMI reveal that S         visual motor integration skills fall within the average range. S         had a standard score of 83 and the average range is 83-117. S         was able to complete some more advanced overlapping forms, but did not meet the criteria for three of the forms in a row that were before it. For some of the other adjacent and overlapping forms he demonstrated minimal needs related to spatial organization. He is able to use sharp corners when reproducing shapes.

In the classroom, S         is able to produced legible work with good spacing, sizing, and baseline regard. He is able to follow multi-step directions during OT group and produces projects with good spatial organization from direct, step-by-step directions that are given to the class. He creates recognizable pictures independently and uses his left hand consistently for all fine motor tasks.

**Concluding Statement:** S         demonstrates good progress in all of his goal areas. He is able to produce legible, accurate writing, use his left hand for all fine motor tasks, draw representative pictures, and participate actively during group activities with a high level of independence. It is recommended that occupational therapy intervention continue on a consultative basis for next year to monitor spatial organization of his work. Please contact me at the above address or phone number if you have any questions.

Elizabeth M. Snead, OTR/L.
Itinerant Occupational Therapist

78



PLAINTIFF'S EXHIBIT SG4

# William Stixrud, Ph.D., and Associates LLC

20 Georgia Avenue
Suite 300
Silver Spring, Maryland 20910
(301) 565-0534
Fax: (301) 565-2217
www.stixrud.com

**The following report is <u>confidential</u> and may not be further released without the signed, informed consent of the parent/legal guardian**

## NEUROPSYCHOLOGICAL EVALUATION

**NAME:** S------- G-----
**DOB:** ------, 1996
**DATE(S) TESTED:** MAY 23 AND 29, 2003
**CHRONOLOGICAL AGE:** 7 YEARS, 0 MONTHS

William R. Stixrud, Ph.D.
Robert L. Mapou, Ph.D., A.B.P.P.
Susan C. Jenkins, Ph.D.
Adele C. Green, Ph.D.
Wendy A. Law, Ph.D.
Lisa A. Martin, Ph.D.
Robert F. Chase, Ph.D.
Patricia H. Papero, Ph.D.
Susan W. Hammond, Ph.D.
Susan S. Gerson, Ph.D.
Susannah Kury Hughes, Ph.D.
Teresa Elliott, Ph.D.
Erika L. Wasserman, Ph.D.
Ellen K. Goldman, Ph.D.
Taruna Ahluvalia, Ph.D.
Elaine D. Book, M.Ed.
Carol Mannix, M.A.
Bonnie Zucker, Psy.D.
Galena Kuiper, LCSW

### REASON FOR REFERRAL

S------ G was seen for neuropsychological evaluation at the request of his parents, Anya and Harold Gill. The broad goal of the evaluation is to better understand S------'s pattern of brain-related strengths and weaknesses as they affect his processing of information and school learning. S------ is currently enrolled in the Montgomery County Public Schools in the Learning and Academic Disabilities K/1 class at Kemp Mill Elementary School.

### MEDICAL, DEVELOPMENTAL, AND EDUCATIONAL HISTORY

Background information was provided through the written pediatric neuropsychological questionnaire as well as direct parent interview. Overview: S------'s medical history of Alagille Syndrome, a genetically based disorder involving impairment in liver functions, places him at substantial developmental risk. He is stable medically at present, but he remains at significant risk for neurologically based learning problems. S------ shows ongoing difficulties in understanding and remembering concepts. While he has made progress in all areas, his performance is quite variable, most likely due in part to motivational issues as well as his medically related developmental delays. S------ is aware of skill deficits, and he is easily overwhelmed in learning situations and has a strong tendency to shut down even though he is accepting of support. Nevertheless, S------ has made major strides in both language and emotional development over the last year, and he can be characterized at this time as a generally happy and sociable child.

S------ was born at term via a spontaneous vaginal delivery, following a pregnancy complicated by bleeding in the first trimester. He was diagnosed at birth with a wet lung, experienced cyanosis, and was placed in the neonatal ICU, yet discharged home at 7 days. Medical issues beginning in infancy have included jaundice (still present, associated with Alagille Syndrome, including an ongoing pathological obstructive jaundice condition), failure to thrive, and meningitis. S------ spent three years on NG tube feedings and two years with a central line, with numerous plasma exchanges and episodes of sepsis. Also, a micro-bleed in the brain was suspected at age 2 ½ though never

• Neuropsychological Evaluation

• Academic Training

• Child and Family Therapy

• Neurofeedback Therapy


PLAINTIFF'S EXHIBIT SGS

Neuropsychological Evaluation
Re: G— S—
Page: 2

confirmed. S— has had multiple hospitalizations for his medical issues. He also had ear tubes placed twice (1996, 1997). Vision and hearing were last checked a year ago, and no problems were noted. S— is presently maintained on the following medications: cholestoyramine, actigal, methyton, uquie, zocor, and calciatrol. His pediatrician is Lawrence Cohen, MD, Silver Spring, Maryland.

Mother reports that S— appeared to be on target for early motor and language milestones in his first year. However, his medical condition presented many challenges, including the NG tube feedings, and he quit talking altogether. It gradually became apparent that his language skills reflected significant delay, and parents then made the decision to discontinue using their native Croatian and instead to use only English with him or around him. S— has received speech and language therapy on an ongoing basis. Regarding motor skills, S— had some difficulties with more advanced gross motor skills and also did not develop a clear hand preference until he was 6 ½ years of age, when he chose to use his left hand for writing. Toilet training was complete for urine and bowel control by the age of 3 ½ years.

Regarding social development, S— generally gets along well with both children and adults, and is able to make and keep friends. He is a very empathic child. Parents feel that S— has made good progress in his emotional development since beginning individual therapy two years ago with Dr. Karyne Messina. His mood and communication skills have improved significantly, and he is able to articulate his feelings quite well. S— appears to be developing strong social-emotional intelligence. S— also appears to be well liked by his classmates at school. Nevertheless, he does show some signs of emotional immaturity (e.g., clowns to get attention or shows other signs of insecurity, needs frequent reassurance). Parents wonder if he may have a mild attention problem. Although he can be very attentive, he often is very fidgety and distractible.

Regarding school history, S— attended the PEP program for one year before entering the LAD program in MCPS for kindergarten year. He has remained in the same program for a second year. Next year he will move on to the LAD grade 2-3 program in his home school. Mother notes that S— always looks worse on testing than in his day-to-day functioning. While she is concerned about his motivation, she is not as concerned about his emotional development as his academic development. S— is not meeting his IEP goals. He is able to use visual strategies well but he does not feel confident academically, directly commenting that he is not doing well. S— is more likely to close down his academic effort than to appear actively anxious about his performance and skills. While he definitely shows growth in skills, he will tend to make an improvement and then plateau. He has significant difficulty in retrieving information he knows and shows uneven memory in relation to academic learning, even though he demonstrates remarkable ability to remember some kinds of lengthy narrative information such as movie plots.

The Achenbach Teacher Report was completed by Joanne B. Hanifan, S—'s current classroom teacher, as part of the neuropsychological work-up. Ms. Hanifan describes S— as far below grade level in his beginning reading skills. She notes that he shows strong addition skills in math, and good letter formation for writing products. She believes that his biggest problem is letter/sound association. In terms of behavior and adjustment, she notes that S— has some behavioral weaknesses but is near to general expectation. In terms of his emotions, she describes him as a very moody child who shifts between negative and positive feelings frequently,

Neuropsychological Evaluation
Re: G█, S█████
Page: 3

with mood fluctuations several times a day. For example, at times he is very happy and energetic and at other times he is sleepy and grumpy. Ms. Hanifan describes her greatest concerns as related to S████'s poor ability to attend to instruction. She notes that he tends to become frustrated and "shut down" quickly and does not seem to have confidence in his own abilities. She notes as positives that S█████ is very friendly and has a lot of friends. He interacts nicely with his peers and is a great artist and performer, enjoying entertaining others. Ms. Hanifan also makes the interesting observation that S█████ is able to learn from his peers in contrast to shutting down more quickly with adults.

S█████'s household consists of himself and both parents. Both parents are of Croatian background. Mother is a medical researcher, and father is a psychiatrist.

## PREVIOUS EVALUATIONS

There have been no prior neuropsychological evaluations. However, S█████ has been evaluated periodically by the Montgomery County Public Schools, through a serious of developmental, psychological, and speech/language work-ups over the last 3 years. Speech/language and educational testing have been updated recently.

## TESTS ADMINISTERED

The *Differential Ability Scales (DAS)* were administered to evaluate intellectual functioning. Neuropsychological measures included *selected subtests from the NEPSY Developmental Neuropsychological Assessment,*, selected subtests from the *Woodcock-Johnson Tests of Cognitive Ability (Revised [WJ-R] and Third Edition [WJ-III]), Boston Naming Test, Peabody Picture Vocabulary Test-III, Oral and Written Language Scales - Listening Comprehension, Test of Language Competence - Oral Expression, Comprehensive Test of Phonological Processing,* informal measures of automatic serial linguistic output, *Beery Developmental Test of Visual-Motor Integration, Test of Variables of Attention (TOVA), Cancellation of Rapidly Recurring Target Figures, Wide Range Assessment of Memory and Learning - Story Memory* and *Sentence Memory, Buschke Selective Reminding Test, Lateral Dominance Exam,* and *Kløve Grooved Pegboard*. The *Wechsler Individual Achievement Test (WIAT)* was administered to assess skill development in reading, math, and written language. The *Achenbach Child Behavior Checklist* was completed by parents and teacher as a screening measure of personality and adjustment.

## BEHAVIORAL OBSERVATIONS

S█████ presented for evaluation as a very pleasant, friendly child who had no difficulty separating from his mother to begin testing either day. He was very cooperative the first day although very active and fidgety. S█████ tended to be very talkative and needed frequent redirection to tasks. He was easily distracted both visually and auditorily. He asked fairly frequently for breaks but could easily be redirected to try more tasks until it was an appropriate break time. He was not afraid to ask questions and demonstrated reasonable confidence on a range of tasks. S█████ seemed a little tired the first day, especially toward the end of the session. However, it was evident that he worked very hard on the range of tasks given, even as test items clearly became quite difficult for him.

81

Neuropsychological Evaluation
Re: G—, S—
Page: 4

On the second day, S— presented again as highly cooperative and positive at the start of testing. However, as his mother reported after the session, he had been somewhat reluctant to come back for a second testing session. While he did not complain at all to the examiner about coming back for testing, his demeanor during the second half of the second session reflected a definite drop in motivation. S— eventually appeared to give most tasks his best effort, but it took a high level of encouragement and structuring by the examiner to keep him sufficiently motivated on a range of tasks. S— had trouble staying in his seat all through the second session, and he also tested the limits mildly in terms of behavioral compliance. While he always remained polite and enjoyable interpersonally, he whined some and was eager to be done once he got to the halfway point. Regular reinforcers (a series of smiling faces) appeared to make a substantial difference in S—'s cooperation. He also appeared to be somewhat more tired the second day, rubbing his eyes and tending to rest his upper body on the testing table after about the first hour.

Overall, S— engaged interpersonally without difficulty, and he made eye contact easily. S— did not demonstrate many obvious peaks of anxiety or frustration in relation to difficult tasks; however, he did struggle notably with maintenance of effort on a hands-on visual-spatial problem-solving task. On verbal questions he generally was somewhat willing to guess when he thought he might know an answer but was not sure, but he needed encouragement to do so. S—'s auditory processing and work pace were within expectation. Expressive language was fluent but occasionally was only partially intelligible to the examiner, especially when questions were conceptually demanding. At such times, S— displayed good willingness to repeat himself when requested to do so.

Given S—'s generally cooperative attitude and effort to do well, the results of the evaluation can be considered to provide a reasonably accurate picture of his typical functioning. However, given his distractibility, impulsivity and problems sustaining full effort, as described below in relation to the *DAS* results, it is possible that results underestimate S—'s reasoning potential to at least a modest extent.

## DIFFERENTIAL ABILITY SCALES RESULTS

The *Differential Ability Scales (DAS)* document reasoning abilities ranging from the high end of the borderline range (verbal) to the low average - average range (nonverbal and spatial abilities). The DAS summary scores have a mean of 100 and standard deviation of 15 points. S— attained a Verbal Cluster standard score of 78 (7th percentile), a Nonverbal Reasoning Cluster standard score of 91 (27th percentile), and a Spatial Cluster standard score of 87 (19th percentile). The summary General Cognitive Ability standard score was 82 (12th percentile). Given the uneven profile of verbal and nonverbal abilities, the Special Nonverbal Composite standard score of 88 (21st percentile), based on the Nonverbal Reasoning and Spatial tasks, provides the best estimate of S—'s intellectual potential.

Neuropsychological Evaluation
Re: G█, S█████
Page: 5

| DAS Subtests | T-Score | Percentile Rank | DAS Diagnostic Subtest | T-Score | Percentile Rank |
|---|---|---|---|---|---|
| Recall of Designs | 49 | 46 | Recall of Objects - Immediate | 44 | 27 |
| Word Definitions | 38 | 12 | | | |
| Pattern Construction | 36 | 8 | | | |
| Matrices | 49 | 46 | | | |
| Similarities | 36 | 8 | | | |
| Sequential & Quantitat. | 41 | 18 | | | |

(Subtest mean T-score = 50, SD = 10)

| DAS Subtests | Age-equivalents | DAS Diagnostic Subtest | Age-equivalent |
|---|---|---|---|
| Recall of Designs | 6 years 10 mo. | Recall of Objects - Immediate | 6 years 1 mo. |
| Word Definitions | 5 years 1 mo. | | |
| Pattern Construction | < 5 years 1 mo. | | |
| Matrices | 6 years 10 mo. | | |
| Similarities | < 5 years 1 mo. | | |
| Sequential & Quantitat. | 5 years 10 mo. | | |

Subtest scores in the Verbal Cluster reflect significant difficulty with oral Word Definition skills and Similarities (verbal conceptual classification) skills. S█████ did not verbalize easily, needing multiple prompts for clarification and expansion of most responses, even on the easier test items. His ability to convey his understanding was very halting, even with substantial examiner encouragement. It was often unclear whether S█████ had a good idea of the meaning of a word or not since his responses did not improve significantly with greater effort at elaboration. On the Similarities, he showed lengthy latencies before responses even on items he got right. It was to S█████'s credit that he genuinely tried hard to expand his answers when requested to do so.

Subtest scores in the Nonverbal Reasoning Cluster reflect low average to average skills. However, S█████'s scores may underestimate his nonverbal reasoning potential since he was distractible and impulsive on the nonverbal tasks. He had great difficulty in listening to the examiner on teaching items, and he tended to respond without evidence of careful thought. He did not appear able to study all his choices systematically before responding. Both the Matrices and Sequential-Quantitative Reasoning tasks require careful visual examination of multiple problem elements, and S█████ was not able to maintain a methodical approach. He was often impulsive or otherwise over-quick to respond. Therefore, while the Nonverbal Reasoning Cluster score is a personal strength, it is likely to have been adversely affected by limitations in attention and concentration.

Subtest scores in the Spatial Cluster were lacked consistency. S█████'s immediate recall of abstract designs tested as fully average for age. He was able to respond without long latencies, drawing what he remembered right away. His ability to analyze abstract designs for direct copy with patterned blocks on Pattern Construction was more labored and clearly frustrating. His skills are likely to be quite a bit higher than his score indicates. S█████ actually did an excellent job of figuring out spatial problem solving when he could keep his frustration in check. I would estimate that his spatial reasoning potential is solidly average.

Neuropsychological Evaluation
Re: G█ S█████
Page: 6

## SPECIFIC NEUROPSYCHOLOGICAL FINDINGS AND DISCUSSION
Note: A descriptive paragraph follows each listing of measures in a particular domain or subdomain below. All percentile scores are based on age norms.

### CONCEPT FORMATION/REASONING DOMAIN:

**Percentile Score or Level of Performance**

| | |
|---|---|
| WJ-III Concept Formation | 13th percentile |
| WJ-R Verbal Analogies | 10th percentile |

Assessment of **concept formation and reasoning** was based on two tasks from the *Woodcock-Johnson Tests of Cognitive Ability*, to supplement abstract problem solving information gathered from the *DAS*. Both tasks have verbal requirements and are subject to some of the same limitations as the verbal reasoning subtests on the *DAS*. The *WJ Concept Formation* task requires the individual to figure out and state a conceptual rule and provides corrective feedback if needed, item by item. S█████ attained a low average score on this task (age equiv. 5 y 5 m). The *WJ Verbal Analogies* task is a measure of abstract verbal capacities requiring the individual to figure out how to complete paired verbal relationships. The task requires single-word responses. S█████ performed a little lower on this task (age equiv. 4 y 9 m).

### LANGUAGE DOMAIN:

**Percentile Score or Level of Performance**

| | |
|---|---|
| WJ-R Oral Vocabulary | 18th percentile |
| Peabody Picture Vocabulary Test-III | 14th percentile |
| WJ-III Understanding Directions | 15th percentile |
| OWLS Listening Comprehension | 5th percentile |
| TOLC Oral Expression | 16th percentile |
| Boston Naming Test | <1st percentile |
| NEPSY Verbal Fluency | 16th percentile |
| Automatic Sequences | all problematic |
| Comprehensive Test of Phonological Processing | 2nd to 12th percentile |

S█████'s **word knowledge**, based on his ability to provide synonyms and antonyms (*WJ Oral Vocabulary*), tested in the low average range (age equiv. 5 y 1 m). He was also low average on the *PPVT-III*, which requires matching a word to one of four pictures (age equiv. 5 y 10 m). Testing of **verbal comprehension** was assessed on two different kinds of oral comprehension measures. S█████ performed at a low average level (age equiv. 5 y 6 m) when required to listen to multi-part oral directions followed a series of pointing responses (*WJ Understanding Directions*). His listening performance was lower when absorption of broader, more inferential language comprehension skills was required (*OWLS*).

S█████ performance on measures of **verbal expression/production** reflected significant difficulties. S█████ word retrieval on an object naming task (*Boston*) fell below the 1st percentile and showed significant benefit from phonemic cueing. When required to formulate oral

Neuropsychological Evaluation
Re: G█, S█████
Page: 7

output on the *TOLC*, S█████ earned a low average score; however, inspection of his responses indicated great struggle with syntactic formulation. Testing of automatic sequences of serial linguistic information (ABCs, days and months of the year) documented ongoing difficulty on all tasks. S█████ semantic verbal fluency (categorical fluency in naming objects) tested as low average (*NEPSY Verbal Fluency*). Qualitative observation of S█████ oral language skills reflected relatively good pragmatic communication skills but major problems in oral language formulation and speech articulation.

<u>Phonological processing</u> includes basic auditory-verbal language skills that are fundamental and prerequisite to reading ability. S█████ showed very poor skill in breaking apart sounds in words (phonemic awareness) and poor phonological memory. His ability to rapidly name letters and single-digit numbers (rapid automatized naming) was somewhat better. Specific scores were as follows: phonological awareness (3rd percentile) - elision 1st percentile, blending words 25th percentile; phonological memory (2nd percentile) - memory for digits 2nd percentile, nonsense word repetition 9th percentile; rapid naming (12th percentile) - rapid digit naming 9th percentile, rapid letter naming 25th percentile.

|  | **Percentile Score or** |
|---|---|
| **VERBAL LEARNING AND MEMORY DOMAIN:** | **Level of Performance** |
| *Buschke Selective Reminding Test (SRT)* | 0.5 - 4th percentile |
| *WRAML Story Memory* | 5th percentile |
| *WRAML Sentence Memory* | 5th percentile |

S█████ scores on tests of verbal learning and memory were consistently very low, but the problem clearly is due in part to poor attention and executive capacities for sustained memory effort. S█████ word list learning *(SRT)* reflected storage of only 5 of 12 words over eight learning trials. List learning is an effortful task since one cannot depend upon a meaningful context to automatically aid organization and retrieval of such rote information. S█████ was slow to learn the list, which was composed of names of familiar animals. Also, his ability to consistently recall the animal names once stored was very poor; he consistently recalled only 1 of the 5 animal names that he was able to store in long-term memory. S█████ memory for meaningful story material tested as borderline. He clearly felt overwhelmed by this somewhat lengthy listening task from the start. S█████ immediate memory span for sentence-length material also tested as just borderline.

|  | **Percentile Score or** |
|---|---|
| **VISUAL-SPATIAL DOMAIN:** | **Level of Performance** |
| *WJ-III Spatial Relations* | 10th percentile |
| *Developmental Test of Visual-Motor Integration (VMI)* | 13th percentile |
| *WRAML Design Memory* | 5th percentile |

Testing of **visual perception** on an untimed, motor-free task (*WJ Spatial Relations*) yielded a borderline to low average performance (age equiv. 4 y 9 m). This task required completion of mental rotations of abstract shapes to see how they might fit together. S█████ basic **visual-**

Neuropsychological Evaluation
Re: G█, S█████
Page: 8

**motor integration** skills tested as low average on the *VMI* developmental drawings (SS 83, 13th percentile). S█████ appeared somewhat impulsive in completing the drawings, but he did perceive them in a reasonably mature manner.

Regarding **visual memory assessment**, S█████ performance on the pencil-paper *WRAML Design Memory* task yielded just a borderline performance. However, the *DAS* results document average immediate visual memory skills on *Recall of Designs* and average visual list learning on *Recall of Objects*, based on multi-trial presentation of a picture card of a large number of familiar objects.

| SENSORY-MOTOR DOMAIN: | Percentile Score or Level of Performance |
|---|---|
| Lateral Dominance Exam | right manual preference except writing, left eye dominance |
| Grooved Pegboard | relative deficit for the dominant left side 50th percentile |
| NEPSY Visuomotor Precision | 50th percentile |
| NEPSY Hand Positions | 25th percentile, right side superiority |

The *Lateral Dominance Exam* reflected consistent use of the right hand to demonstrate a series of manual tasks such as hammering or cutting even though S█████ consistently used his left hand for all pencil-paper tasks and demonstrated a left eye dominance. S█████ performance on the *Kløve Grooved Pegboard* reflected average speeded manual dexterity, but with a somewhat stronger performance for the less dominant right side (right hand trial 43 seconds, left hand trial 48 seconds, no peg drops on either trial). Level of performance was within expectation bilaterally. This task requires visual-motor planning, motor steadiness, and good fine-motor coordination. Of interest, S█████ also showed superior right side performance on a sensory-motor task requiring copying of hand positions demonstrated by the examiner.

S█████ earned an average score on the *NEPSY Visuomotor Precision* task, which tests the ability to balance speed and accuracy demands in keeping a pencil line within boundaries when drawing along curving pathways. Inspection of S█████ work shows that he made a strong continuous effort to keep within the lines. This fine motor control task was clearly difficult for him to execute as his line quality was extremely wavery even though he worked hard and very rarely went outside the lines. Regarding **handwriting**, S█████ letter formation skills on writing tasks were quite labored. He erased several letter formation attempts and showed highly variable size of letters.

| ATTENTION/EXECUTIVE SKILLS DOMAIN: | Percentile Score or Level of Performance |
|---|---|
| Achenbach CBCL (Parent and Teacher Reports) | checklists within expectation, but definite qualitative attention concerns |
| TOVA Continuous Performance Test | impairment in attention |

86

Neuropsychological Evaluation
Re: G█, S█████
Page: 9

| | |
|---|---|
| *Cancellation of Rapidly Recurring Target Figures* | adequate speed; poor accuracy specifically for alphanumeric targets |
| *NEPSY Visual Attention* | 91st percentile |
| *WJ-III Visual Matching* | 10th percentile |

Executive functioning includes attention regulation and a range of cognitive functions related to use of strategy, use of feedback, mental flexibility, maintenance of cognitive set, monitoring of goals, and execution of plans of action. S█████ shows mild executive functioning weaknesses, mainly related to attentional controls, but no major problems.

Parent and teacher report data on the *Achenbach Child Behavior Checklist* provide observational information about an individual's attention and activity level in everyday life. Neither the parent nor the teacher *CBCL* identified sufficient attention problems to reach the range of definite clinical significance, but the teacher ratings did reach borderline significance for inattentive behaviors. Thus, there are observations of behaviors that suggest inattention and/or distractibility even though the pattern of findings does not suggest the presence of major hyperactivity.

S█████'s performance on the *TOVA*, a computerized measure of visual attention, was valid. Results suggest significant problems with inattention across the entire test (score for errors of omission fell below the 1st percentile). There were no problems with errors of commission (markers of impulsivity). The ADHD summary score of –3.36 falls well into the range of clinical significance. The *TOVA* findings are potentially quite important in addressing the attention issue. Results suggest that even though S█████ does not show significant hyperactivity, his outward distractibility and fidgeting are accompanied by significant inattention. He is very likely to have major trouble focusing his attention and maintaining vigilance when activities lack excitement and when instructions are given in a routine manner. S█████ is very likely to miss information that is not presented with emphasis.

S█████ showed uneven performance on pencil-paper, self-paced tasks of attention. S█████ scanned columns of letter and number units relatively quickly on the *CRRTF*, but he missed many of the targets; he was more accurate in scanning for the *CRRTF* geometric target. He also had difficulty with scanning of numbers on the *WJ Matching* cancellation task. In contrast, he was impressively quick and accurate in scanning for pictorial information (first cats, and then two particular faces), scoring well above average on the *NEPSY Visual Attention*. This is consistent with parental report that S█████ is much better motivated to process picture information as compared to letter and numeric information.

## ACHIEVEMENT TEST RESULTS

The *Wechsler Individual Achievement Test (WIAT)* was administered to provide a brief sampling of beginning academic skills. We did not think it was necessary to give the alternative version of the *Woodcock-Johnson III Tests of Achievement*, which were recently administered by MCPS. *WJ-III* results should be reviewed together with our test results to obtain the most comprehensive picture of S█████'s basic academic skills since the *WJ-III* provides more comprehensive information than the *WIAT* results presented below.

Neuropsychological Evaluation
Re: G— S—
Page: 10

| Subtest | Standard Age Score | Percentile Rank for Age | Grade Equivalent |
|---|---|---|---|
| Basic Reading | 85 | 16 | K:0 |
| Reading Comprehension | 94 | 34 | 1:2 |
| Reading Composite | 86 | 18 | K:9 |
| Mathematics Reasoning | 83 | 13 | K:1 |
| Spelling | 82 | 12 | K:1 |
| Listening Comprehension | 77 | 6 | < K:0 |

In the reading domain, S— earned scores that were low average to average, but his skills are still extremely emergent. *Basic Reading* requires use of phonics to identify beginning or ending sounds that went with pictures of common objects, and S— got one point for correctly matching one ending sound. *Reading Comprehension* requires reading a sentence presented with picture cues and then answering a question based on the sentence. S— got two questions right. The *Spelling* results reflected partial accuracy in writing single letters on request, and accurate spelling of two pre-primer words. S— showed willingness to attempt several spelling words and accuracy in writing the first letter of most words given. His handwriting was variable in size, and he complained aloud that he could not remember what the letters "d" and "p" looked like. Thus, S— was not confident about his beginning written language skills, but he did willingly attempt all reading and spelling introduced by the examiner. Oral questions on *Math Reasoning* yielded a borderline to low average level of performance. *Listening Comprehension* was S—'s low point on the *WIAT*. In general, S—'s beginning academic skills test at a beginning kindergarten level.

## PERSONALITY AND EMOTIONAL/BEHAVIOR SCREENING

The *Achenbach Child Behavior Checklist (CBCL)* was completed by S—'s mother. Her ratings of S— do not raise any significant concerns about either internalizing (withdrawn, anxious/depressed) or externalizing (acting-out) behavior or emotional problems, based on the summary scores. This is consistent with parents' reports that S— has been acquiring greater emotional self-knowledge and sense of competence through his therapy experiences. In contrast, the *Achenbach Teacher Report* reflects a significant elevation in the area of affective problems, and a borderline elevation on anxiety problems. Specifically, his teacher notes the presence of crying, tiredness, likely indications of feelings of worthlessness, self-consciousness, sensitivity to criticism, worries, fear of making mistakes, expressions of dependency, and fearfulness. S— was also requested to draw a picture of his family doing something together. He chose to draw himself standing between his parents and said that they were talking about a grandparent who died, noting that the grandparent had not been feeling good.

Neuropsychological Evaluation
Re: G■, S■■■
Page: 11

# EVALUATION SUMMARY AND IMPLICATIONS

S■■■ G■ is a very pleasant and outgoing little boy just turning seven who presented for evaluation due to significant parent and school concerns about his learning. The goals of the current comprehensive neuropsychological evaluation are to understand S■■■'s pattern of cognitive strengths and weaknesses more fully and to make recommendations for educational intervention to assist his development. Parents have no major emotional or social concerns at this time. S■■■ clearly is a child who wants to do well academically but does not feel successful at present. His underlying medical condition, Alagille Syndrome, has posed significant health challenges over the years. While his health is now stable, S■■■ is at heightened risk of learning disabilities due to the potential adverse effects of his medical condition and associated complications on neuropsychological development. S■■■ has shown clear delays in development, especially in the speech/language area, but he is only now at the point where specific learning risks can be assessed directly.

General ability testing on the *DAS* indicates that S■■■ is able to reason with at least low average to average skills compared to other children his age when he can depend upon his nonverbal/spatial capacities. This is very positive given the fact that children with his disorder sometimes have significant global delays. Nevertheless, S■■■'s cognitive skills are very uneven. Even though his nonverbal intellectual potential appears very likely to lie in the average range, his skills currently test only in the borderline to low average range when he has to depend upon his verbal expressive reasoning skills. It is readily apparent both in terms of quantitative scores and qualitative observations that S■■■ struggles enormously when he must put his thinking into words.

S■■■ demonstrates very inadequate word retrieval and expressive language structure, and his verbal reasoning responses are typically off the mark. Given that he has low average receptive vocabulary and relatively fluent functional speech, those who interact with him casually are very likely to miss the fact that he cannot use language well for conceptual reasoning. S■■■ has relative strength in pragmatic language and has learned compensate through use of a range of set expressions that have become somewhat automatic for him. However, his expressive language deficits are evident when he needs to formulate conceptual responses or complex communications.

In summary, the central point to make about S■■■'s intellectual capacities is that he operates at very different levels depending upon whether he can analyze things visually or must work with words. Further, I want to emphasize that even in his areas of very real nonverbal and spatial strength, S■■■ is likely to fail to perform to his full potential due to distractibility, impulsivity, and a low frustration tolerance. In programming for S■■■ educationally, it is vital to work from the assumption that he has solid reasoning potential even though it takes a high level of structure and encouragement for him to show his strengths dependably. His history of poor test performance vs. better functional capacities is understandable in direct reference to the sources of interference (e.g., distractibility, impulsivity, frustration) that are operative even when S■■■ is working in areas of personal strength.

The more specific neuropsychological results present a picture of a child with significant brain-related attentional limitations, including significant distractibility, mild hyperactivity, problems with

Neuropsychological Evaluation
Re: G---, S------
Page: 12

attentional drift, impulsivity, and ability to sustain mental effort. S------ does not appear to be internally distracted by his internal thought processes. In addition to the basic problems with regulation of attentional controls, S------'s attentional weaknesses also have a significant negative effect on listening skills, effortful learning and memory, nonverbal-sequential reasoning, and execution of spatial judgment and spatial reasoning tasks.

Language related skills directly reflect S------ neurologically based developmental delays. The language domain problems have been identified and treated through S------'s special education services, and these problems are clearly independent of the attention related difficulties now being identified in the neuropsychological evaluation. I would like to add the following points about S------'s language skills based on our current neuropsychological testing: S------ has relative strengths in language pragmatics and this aids him significantly in handling emotional, social, and academic demands. However, he is genuinely seriously handicapped in his speech articulation and his receptive and expressive language skills. Problems include understanding of syntax, expressive language formulation, and expression of verbal conceptual ideas, in addition to deficits in phonological processing (to be discussed later). S------ needs very intensive speech/language services in order to master language sufficiently to use it effectively for conceptual learning purposes. At present he shows impressive compensatory efforts, and relative strength in word knowledge/semantics, but he is still very significantly handicapped in his language skills overall. It is encouraging that his language skills are moving forward, given his history, but it is crucial that intervention be very intensive. Otherwise his language deficits will have a cumulative effect on his overall cognitive and academic development.

S------ also shows motor related difficulties even though they are not severe. He works very hard to compensate for fine motor control problems, and his handwriting is clearly at risk. His very late lateralization of handedness to the left side may well be associated with left hemisphere dysfunction, given his severe speech/language deficits and the possibility of micro-bleeds affecting cerebral development. His pattern of mixed manual dominance (demonstration of most manual tasks with the right hand but consistent use of the left hand for writing) and superior manual dexterity and hand position performance on sensory-motor testing, taken in combination with the language deficits, indicates the need for very careful monitoring of fine motor competencies and the likelihood that further direct occupational therapy services may be needed in the future.

The phonological underpinnings for development of reading and spelling reflect deficits. This is seen both in test results on measures of phonological processing and in S------'s very poor basic reading and beginning spelling skills, both of which fall at just a beginning kindergarten level despite instructional focus in these areas and parental reinforcement of phonics. In terms of written symbols, it is striking that S------ appears genuinely confused about how to form and orient his letters, as well as showing deficits in scanning specifically of visual-symbolic material as opposed to visual-pictorial material.

S------ is at very severe risk of specific learning disabilities in all basic academic areas (reading, written language, and math) given his medical history. Current neuropsychological and academic achievement findings also suggest a very high likelihood of specific learning disabilities. Given that S------ is only now at a readiness point for acquisition of beginning academic skills (given his pattern of emergent language competencies), I would defer formal diagnosis of learning disabilities

Neuropsychological Evaluation
Re: G▓, S▓
Page: 13

for one more year. However, intensive interventions in core beginning academic skills certainly need to be continued through his LAD program given his medical and language disorder diagnoses. I believe that it is vital to provide S▓ with intensive instruction in phonics and also to provide intensive individualized assistance with mastery of beginning written symbolic skills.

Given his neuropsychological profile, S▓ will typically be able to learn more effectively and efficiently when learning is both verbally and visually mediated, and when new information is presented in a highly structured and orderly fashion, with strong links provided to his prior knowledge base. In the classroom, S▓ is very likely to become overwhelmed by presentation of even a very modest volume of either verbal or visual material. This is likely to translate into significant processing overloads when materials become even a little detailed or complex in presentation. The overload condition may result in a range of problems including motivational shut down, very inefficient survey and organization of materials, auditory and visual inattention to details, and sequencing errors. S▓ graphomotor output (i.e., for handwriting, worksheet completion, any copying or transfer of written symbolic information) is also very likely to suffer in relation to issues of volume and/or complexity.

## RECOMMENDATIONS

1) <u>**Educational placement and programming**</u>:

S▓ meets special education guidelines for classification under Other Health Impairment and Language Disorder, as is already documented by MCPS. His OHI coding should include diagnosis of an attention deficit disorder as well as his primary medication diagnosis of Alagille Syndrome.

S▓ appears to be appropriately placed in the LAD program. For the reasons specified in the body of this report, S▓ will continue to need very substantial individualized academic instruction through a small classroom setting, with a low student-to-teacher ratio, for at least the next few years. Should parents wish to review programs available through private special education schools, I suggest that they consider the Kingsbury Day School and The Lab School of Washington, both located in the District of Columbia, and possibly the Katherine Thomas School, in Rockville, MD.

S▓ will also need to be provided with Extended School Year services at least for the upcoming summer since he does not show sufficient growth in very basic academic skills and could not maintain what he has learned in language arts and math without continued instruction during the summer months.

In regard to development of beginning reading skills, it is important to emphasize phonics as intensively as possible given S▓ pattern of phonological processing deficits. Related to this, while use of visual cues is important and motivating for the beginning reader, it may be helpful to reinforce S▓ directly for working with brief text without pictures at times to encourage him in phonological efforts.

It is essential that his special education program integrate language intervention with the classroom instruction as well as provide individual speech/language therapy on a regular basis. Intensity of

Neuropsychological Evaluation
Re: G▮, S▮
Page: 14

individual speech/language services should ideally be 4 days a week, but as a minimum three 30-45 minute individual sessions a week, given the severity of Sebastian's speech/language disorder.

I am somewhat concerned that the current educational plan specifies only monitoring by the occupational therapist at school. S▮'s graphomotor skills are very much at risk given his mixed dominance and very late manual lateralization, current neuropsychological findings of sensory-motor advantages for the less dominant right hand, and poor demonstration of letter formation skills. Unless S▮ shows substantial growth in writing skills by next fall, I believe that direct individual occupational therapy services should be re-considered.

2) <u>**Classroom suggestions to enhance academic effort and attentional controls**</u>: (Specific suggestions for language interventions are not included as these are addressed in S▮ LAD program.)

* *General principle - Maintain strong teacher guidance and reinforcement*: S▮ will benefit from high levels of adult-provided structure and direction. It will be helpful if the teacher can review S▮'s work productivity and organizational efforts with him frequently. It is important to use praise and positive re-direction liberally. Concrete suggestions include the following:

   a) S▮'s desk should be near the teacher (for prompting and redirection), away from other challenging students, and not touching others' desks. Experiment with seat location in the front of the classroom (near the board) and instructional area.
   b) S▮ will function better when able to anticipate times requiring increased concentration. A visual representation of the day's schedule will provide another opportunity to internalize classroom routine.
   c) S▮ will respond better to situations that he finds stimulating and engaging. Varying the instructional medium and pace will help sustain interest. S▮ would probably find lessons that emphasize visual cues and "hands-on" activities more engaging. Keeping the time required for sustained attention on task balanced with more active learning will improve performance. Changes in instructor's voice level and variation in word-pacing will also increase attention during instruction.
   d) S▮ is likely to benefit from relative frequent brief breaks from seated desk work. While his awareness of his need to stretch and regulate himself at a body level may be limited, this is likely to assist him in becoming aware of self-pacing needs. In addition, S▮ might be allowed to keep a small object (e.g., a "fidget or worry object" that makes no noise) in his desk that he can hold and move around (out of his line of vision) if he experiences restlessness in the classroom. If introduced as part of a behavioral program, and paired with nonverbal teacher signals and feedback, this could help him stay focused visually and aurally.
   e) S▮ is likely to get easily overwhelmed with larger assignments. Adjust the assignment down to smaller intervals. Schedule breaks after an optimum attention time period and then return to the assignment.
   f) Seat work is often extremely difficult. This can become compounded when the teacher is instructing another small group. Check on S▮ as much as possible and help him learn guidelines for initiating check-ins with the teacher.

92

Neuropsychological Evaluation
Re: G▮▮, S▮▮▮▮▮
Page: 15

    g) Make sure that S▮▮▮▮▮ establishes eye contact when receiving direction/instruction. This will improve understanding and follow-through on the task.
    h) S▮▮▮▮▮ will be more successful when given directions one step at a time. When a series of instructions are given, retention beyond the first direction is difficult.
    i) Combine verbal directions with illustrations or demonstrations of the desired task to increase the probability of successful learning of the task.
    j) After giving S▮▮▮▮▮ directions, have him paraphrase what the teacher has said. This will increase comprehension and provide an opportunity to check for understanding.
    k) S▮▮▮▮▮ may want to be "the first one done" on assignments. Set reasonable accuracy goals with him and avoid emphasizing speeded tasks.
    l) Since a characteristic of students with an attentional problem is the seeking of highly stimulating materials, computer-assisted instruction and drill can be highly successful and may also enhance keyboarding skills as well as fine-motor coordination.
    m) For many students with attention issues, time on the playground or in other unstructured group activities will tax their ability to maintain peer relationships successfully. If issues develop in this area, break-up the period into ten minutes of activity, a ten minute check-in with the teacher to serve as a helper, then another ten minute activity period.

\*   *General principle - Maintain strong teacher assistance to help the child in managing impulsive behaviors:* S▮▮▮▮▮ is likely to benefit from assistance to develop thoughtful behavior habits that can be substituted for impulsive tendencies.

    a) Practice modeling and instruction in skills for thinking "out loud" when planning problem-solving or multi-step tasks. This allows the teacher to gain insights into how S▮▮▮▮▮ can develop verbal skills to help slow himself down before he responds impulsively.
    b) The technique of "Stop-Think-Talk-Do" is central to many cognitive-behavioral interventions for students with attentional problems. It is a system that teaches how to "stop" before acting impulsively, "think" about the cause-and-effect relationships of their intended behavior, "say" or verbalize to themselves or others what they will do, and "do" the chosen behavior. Again, the purpose of the technique is to slow down responses.
    c) Encourage thoughtful responding and decrease impulsivity by waiting 10 to 15 seconds to receive responses during whole group instruction. Modeling and practicing how to formulate well-thought out responses can assist language and impulse regulation skills.
    d) It is important to pair verbal praise with any reward system. This facilitates weaning from a concrete reward structure to an internalized system. A simple nod, wink, smile, or touch on the shoulder can carry tremendous recognition power.

\*   *General principle – Assist the student to build good work habits on academic tasks:*
One of the characteristics of attentional problems is the variability of work performance across settings, tasks, and over time. Rather than take high performance on some tasks as an indicator that low performance on other tasks is due to low motivation and willfulness, it is important to understand this as the nature of attentional problems. S▮▮▮▮▮ will do better on tasks he finds inherently interesting and stimulating, will tend to do worse on tasks that require sustained attention and are more mundane, may have difficulty with tasks that require complex problem-solving strategies, and may tend to persist using strategies that have proven ineffective.

Neuropsychological Evaluation
Re: C__, S__
Page: 16

a) Give seat work one sheet at a time, if possible. This will prevent S__ from feeling overwhelmed. This is also a helpful technique in testing.
b) One of the simplest interventions with the most power is to have an extra set of textbooks at home to minimize the problem of not having the necessary homework materials.
c) Since fine motor activities and spelling can be a problem, consider a major emphasis on using a word processor at an early age. Software to practice keyboarding should have stimulating graphics to motivate their use.
d) Emphasize that part of the work routine is to "check your work". Students tend to complete work and turn it in without checking it over. Give S__ some instruction in how to check work and practice it with him.

3) **Other professional services:**

\*      Individual Tutoring: The services of a special educational tutor with expertise in reading and organizational skills may be helpful as a supplement to services that can be provided through S__'s school. This could include intensive training in phonics through a program such as PhonoGraphix. Tutoring assistance can relieve parents of some academic/homework oversight and allow them to devote more time to aspects of child rearing apart from academic goals. Tutors can be obtained through William Stixrud & Associates by contacting the front desk at 301-565-0534. Please let me know if you plan to pursue tutoring through our office so that I can initiate a referral for tutoring.

\*      Parents may also want to consider intensive phonics work during summer break, using a program such as PhonoGraphix, which is available through specially trained speech/language pathologists and special education tutors. However, given S__'s planned enrollment in the ESY program, this may not be needed this summer and could be incorporated into other tutoring services, as suggested above.

\*      I would recommend consideration of a consultation with a child psychiatrist to discuss the possibility of a trial of medication to enhance attentional controls. However, such medication might be contra-indicated in relation to S__'s health management or otherwise not advisable. I wish to emphasize that the decision to medicate or not is a decision that rests with the physician and parents, and that environmental interventions to provide a high level of structure and support in the learning environment are essential regardless of whether medication is pursued or not. Should parents pursue environmental structure as the main focus of intervention for S__'s attentional issues, it would be very important to work very closely with S__'s school to be sure that he is provided very consistent levels of positive behavioral redirection throughout the school day as well as a well-organized environmental structure.

\*      I endorse continuation of S__'s individual psychotherapy work to help him maximize his self-understanding, enhancement of self-esteem, development of emotional/behavioral coping strategies, and continued adjustment to chronic medical issues.

Neuropsychological Evaluation
Re: G███, S███
Page: 17

\*   We recommend neuropsychological re-evaluation one to two years to monitor S███ development and educational progress. However, I am happy to provide consultation at any time should there be any new concerns or need for review of attentional issues.

4.   **References**

Many parents have found the following books helpful in understanding and addressing attention and language learning issues:

Amen, Daniel. *Healing the ADD Child.*
Barkeley, Russell. (1995). *Taking Charge of ADHD.* Guilford Press.
Hallowell, Edward M. & Ratey, John J. *Driven to Distraction.* Touchstone (Simon & Schuster).
Levine, Mel. (1994). *Educational Care: A System for Understanding and Helping Children with Learning Problems at Home and in School.* Educators' Publishing Service, Cambridge, MA.

I also encourage parents to emphasize reading together with S███ as an excellent way to increase his appreciation for language and to encourage his reading skills. As he gets a little older he may also benefit significantly from listening to books on tape or listening to books designed for reading along with listening on tape. This will enhance language development (vocabulary, syntax, verbal conceptual thinking) as well as reading skills.

It has been a pleasure working with S███. Please do not hesitate to contact us at (301) 565-0534 if there are questions about this evaluation, or if we may be of further assistance on S███'s behalf.

Diagnoses:

Cerebral dysfunction (ICD9 348.3, secondary to Alagille Syndrome, manifested in a diagnosis of attention-deficit hyperactivity disorder, combined type)
Language disorder  (ICD9 784.5)


Date of report:       June 14, 2003


*Patricia H. Papero, PhD*
_____
Patricia H. Papero, Ph.D.
Licensed Psychologist