Parent

Office of Student and Community Services
Department of Special Education
MONTGOMERY COUNTY PUBLIC SCHOOLS
Rockville, Maryland 20850

**INDIVIDUALIZED EDUCATION PROGRAM**
**TEAM MEETING INFORMATION**
***CONFIDENTIAL***

**PART I: IDENTIFYING INFORMATION**

Student name G[redacted] (Last) S[redacted] (First) ___ (MI) [redacted]/96 (Date of Birth) ID # 911937 Current grade 2

Current special education program LAD Location Glenallan Home school Glenallan

Decisions for school year 04/05 (grade 3) Meeting date 03/15/04

**PART II: MEETING INFORMATION**

A. **Type of IEP team meeting**
- ☐ Screening
- ☐ Evaluation
- ☐ IEP development/revision
- ☐ Periodic review
- ☑ Annual review
- ☐ Re-evaluation planning
- ☐ Re-evaluation
- ☐ Manifestation determination

B. **Additional discussions**
- ☐ Transition discussion
- ☑ ESY discussion
- ☐ Other ______

C. **Meeting location**
- ☐ School
- ☐ Central office

D. **Participants in attendance:** *NOTE:* **Required participants are noted on the reverse.**

NAME

1. Parent [signature]

**I/we have received a copy of** ☑ ***Procedural Safeguards—Parental Rights*** ☑ ***ESY Brochure*** **Parent initials** ______

2. Student ______
3. General education teacher ______
4. Special education teacher/service provider Harriet McCarther [signature]
5. MCPS representative [signature]
6. Occupational therapist ______
7. Physical therapist ______
8. School psychologist [signature]
9. Speech/language pathologist ______
10. Pupil personnel worker ______

**Other Participants/Positions**

11. ______

E. **General**
1. "Parent" means ☑ parent ☐ legal guardian ☐ parent surrogate (a person appointed by the MCPS Superintendent of Schools to act in place of a parent of a child in the educational decision-making process).
2. ☐ Parent is not present, but on __/__/__ he/she gave permission to proceed with the meeting. See student's confidential folder.
3. ☑ Ten days' written notice was provided.
   ☐ Less than ten days' written notice was provided because an expedited meeting is being held:
   - ☐ to address disciplinary issues
   - ☐ at parent request
   - ☐ to determine placement because the student is not currently receiving education services
   - ☐ to meet other urgent needs of the student to ensure the provision of FAPE

DISTRIBUTION: COPY 1/Confidential Folder; COPY 2/Parent; COPY 3/Case Manager



96

PLAINTIFF'S EXHIBIT SG6

## 34 C.F.R. § 300.344 IEP Team

(a) **General.** The public agency shall ensure that the IEP team for each child with a disability includes—

(1) The parents of the child;

(2) At least one regular education teacher of the child (if the child is, or may be, participating in the regular education environment);

(3) At least one special education teacher of the child, or if appropriate, at least one special education provider of the child;

*(4) A representative of the public agency who—

(i) Is qualified to provide, or supervise the provision of, specially designed instruction to meet the unique needs of children with disabilities;

(ii) Is knowledgeable about the general curriculum; and

(iii) Is knowledgeable about the availability of resources of the public agency;

(5) An individual who can interpret the instructional implications of evaluation results, who may be a member of the team described in paragraphs (a) (2) through (6) of this section;

(6) At the discretion of the parent or the agency, other individuals who have knowledge or special expertise regarding the child, including related services personnel as appropriate; and

(7) If appropriate, the child.

(b) Transition services participants. (1) Under paragraph (a) (7) of this section, the public agency shall invite a student with a disability of any age to attend his or her IEP meeting if a purpose of the meeting will be the consideration of—

(i) The student's transition services needs under § 300.347 (b) (1);

(ii) The needed transition services for the student under § 300.347 (b) (2); or

(iii) Both.

(2) If the student does not attend the IEP meeting, the public agency shall take other steps to ensure that the student's preferences and interests are considered.

(3)

(i) In implementing the requirements of § 300.347 (b) (2), the public agency also shall invite a representative of any other agency that is likely to be responsible for providing or paying for transition services.

(ii) If an agency invited to send a representative to a meeting does not do so, the public agency shall take other steps to obtain participation of the other agency in the planning of any transition services.

(c) Determination of knowledge and special expertise. The determination of the knowledge or special expertise of any individual described in paragraph (a) (6) of this section shall be made by the party (parents or public agency) who invited the individual to be a member of the IEP.

(d) Designating a public agency representative. A public agency may designate another public agency member of the IEP team to also serve as the agency representative, if the criteria in paragraph (a) (4) of this section are satisfied.

(Authority: 20 U.S.C. 1401(30), 1414 (d) (1) (A)(7), (B))

*The representative may be any other MCPS member of the IEP team who meets the criteria for each role.

NOTE: Any MCPS IEP team member who is skilled in leading meetings may function as the chairperson.

**Office of Student and Community Services**
**Department of Special Education**
**MONTGOMERY COUNTY PUBLIC SCHOOLS**
**Rockville, Maryland 20850**

**INDIVIDUALIZED EDUCATION PROGRAM**
**CONFIDENTIAL**

Page 1 ____

**DIRECTIONS:** Use this form for recording **most recent assessment information.**

Student Name G[redacted] (Last) S[redacted] (First) ____ (MI) ID# 911937 Meeting Date 03 / 15 / 04

2

**Part I: CURRENT ASSESSMENT INFORMATION:** Record the student's most recent assessment data. List data from psychological testing. Include results of the most recent standardized tests, curriculum-based assessments, vocational assessments, and Statewide assessments. For each area assessed, summarize strengths and areas of need. Summarize strengths and areas of need from all copies of MCPS *Teacher Referral/Reports* and include pertinent information from any functional behavioral assessment. **Standard scores should be reported for standardized tests.** (Use additional copies of page 1, if needed, and mark them 1A, 1B, etc., in the top right-hand corner.)

| EVALUATOR/ OBSERVER | DATE | DATA SOURCE AND SCORES/LEVELS OF PERFORMANCE | INDICATED STRENGTHS | INDICATED AREAS OF NEED |
|---|---|---|---|---|
| Patricia Papero, PhD<br>Psychology<br>Non-MCPS | 5-23-03 | Neuropsychological Evaluation<br><br>Differential Ability Scales (DAS)<br>DAS subtests — T-Scores<br>Recall of designs 49<br>Word Definitions 38<br>Pattern Construction 36<br>Matrices 49<br>Similarities 36<br>Sequential & Quantitat. 41<br>Recall of Objects 44<br>(Subtest mean T-score=50,SD=10) | recall of designs<br>spatial problem solving | oral word definition<br>word similarities |

98

Office of Student and Community Services
Department of Special Education
MONTGOMERY COUNTY PUBLIC SCHOOLS
Rockville, Maryland 20850

**INDIVIDUALIZED EDUCATION PROGRAM**
**CONFIDENTIAL**

Page 1

**DIRECTIONS:** Use this form for recording **most recent assessment information.**

Student Name G[redacted] (Last) S[redacted] (First) (MI) ID# 911937 Meeting Date 03 / 15 / 04

2

**Part I: CURRENT ASSESSMENT INFORMATION**: Record the student's most recent assessment data. List data from psychological testing. Include results of the most recent standardized tests, curriculum-based assessments, vocational assessments, and Statewide assessments. For each area assessed, summarize strengths and areas of need. Summarize strengths and areas of need from all copies of MCPS *Teacher Referral/Reports* and include pertinent information from any functional behavioral assessment. **Standard scores should be reported for standardized tests.** (Use additional copies of page 1, if needed, and mark them 1A, 1B, etc., in the top right-hand corner.)

| EVALUATOR/ OBSERVER | DATE | DATA SOURCE AND SCORES/LEVELS OF PERFORMANCE | INDICATED STRENGTHS | INDICATED AREAS OF NEED |
|---|---|---|---|---|
| HARRIET McCARTHER, SPECIAL EDUCATION TEACHER | 03/04 | INFORMAL TESTING<br>WRITING SAMPLES | MOTIVATION<br>SPACING, ALIGNMENT & LETTER FORMATION | SENTENCE & PARAGRAPH WRITING<br>EXPRESSION OF IDEAS |
| | | MCPS ASSESSMENT PROGRAM WORD LIST- 100/100 BASIC SIGHT WORDS<br>READING COMPREHENSION DATA<br>READING LEVEL: 7<br>EARLY EMERGENT | BACKGROUND KNOWLEDGE<br>RETELL<br><br>PHONEMIC AWARENESS | COMPREHENSION:<br><br>INTERPRETATION<br>PASSAGE COMPREHENSION<br>AUTHOR'S PURPOSE<br><br>SYNONYMS<br>ANTONYMS<br>WORD RECOGNITION<br>WORD ATTACK |
| | | MATH (CBA)<br>LEVEL: 1.2 | GEOMETRY &<br>PLACE VALUE<br>-DEVELOPING UNDERSTANDING | PROBLEM-SOLVING<br>NUMBER RELATIONSHIPS &<br>COMPUTATION<br>TELLING TIME |
| | | TEACHER OBSERVATION: CLASS ASSIGNMENTS | SATISFACTORY IN MUSIC, ART & PHYSICAL EDUCATION<br>WORK COMPLETION<br>FOLLOWING DIRECTIONS | |

99

**Office of Student and Community Services**
**Department of Special Education**
**MONTGOMERY COUNTY PUBLIC SCHOOLS**
**Rockville, Maryland 20850**

**INDIVIDUALIZED EDUCATION PROGRAM**
**CONFIDENTIAL**

Page 1 ___

**DIRECTIONS:** Use this form for recording **most recent assessment information.**

Student Name G[redacted] (Last) S[redacted] (First) ___ (MI) ID# 911937 Meeting Date 03/15/04

2

**Part I: CURRENT ASSESSMENT INFORMATION:** Record the student's most recent assessment data. List data from psychological testing. Include results of the most recent standardized tests, curriculum-based assessments, vocational assessments, and Statewide assessments. For each area assessed, summarize strengths and areas of need. Summarize strengths and areas of need from all copies of MCPS *Teacher Referral/Reports* and include pertinent information from any functional behavioral assessment. **Standard scores should be reported for standardized tests.** (Use additional copies of page 1, if needed, and mark them 1A, 1B, etc., in the top right-hand corner.)

| EVALUATOR/ OBSERVER | DATE | DATA SOURCE AND SCORES/LEVELS OF PERFORMANCE | | | INDICATED STRENGTHS | INDICATED AREAS OF NEED |
|---|---|---|---|---|---|---|
| Joanne Hanifan Special Educator | 5/03 | Woodcock-Johnson III Test of Achievement | | | works hard when likes the task | Letter/sound Associations |
| | | Subtest | Standard score | Percentile Rank | good at addition | Sight words |
| | | Letter word ID | 77 | 6 | making associations | language processing |
| | | Passage Comprehension | 77 | 6 | very social | subtraction |
| | | Spelling | 83 | 13 | | |
| | | Picture Voc. | 95 | 38 | | |
| | | Writing Samples | 84 | 15 | | |
| | | Applied problems | 81 | 18 | | |
| | | Calculations | 92 | 30 | | |
| | | Standard clusters | | | | |
| | | Academic skills | 79 | 8 | | |
| | | Academic Applications | 78 | 7 | | |

100

**Office of Student and Community Services**
**Department of Special Education**
**MONTGOMERY COUNTY PUBLIC SCHOOLS**
**Rockville, Maryland 20850**

**INDIVIDUALIZED EDUCATION PROGRAM**
**CONFIDENTIAL**

Page 1 ____

**DIRECTIONS:** Use this form for recording **most recent assessment information.**

Student Name [redacted] (Last) S[redacted] (First) ____ (MI) ID# 91193 7 Meeting Date 3/15/04

2

**Part I: CURRENT ASSESSMENT INFORMATION:** Record the student's most recent assessment data. List data from psychological testing. Include results of the most recent standardized tests, curriculum-based assessments, vocational assessments, and Statewide assessments. For each area assessed, summarize strengths and areas of need. Summarize strengths and areas of need from all copies of MCPS *Teacher Referral/Reports* and include pertinent information from any functional behavioral assessment. **Standard scores should be reported for standardized tests.** (Use additional copies of page 1, if needed, and mark them 1A, 1B, etc., in the top right-hand corner.)

| EVALUATOR/ OBSERVER | DATE | DATA SOURCE AND SCORES/LEVELS OF PERFORMANCE | INDICATED STRENGTHS | INDICATED AREAS OF NEED |
|---|---|---|---|---|
| Erin Welch | 3/15/04 | Speech and language - update<br>S[redacted] has made adequate progress on all his speech/language goals. His is able to follow 2-3 step directions with 70% accuracy. He was able to follow 60% of directions with conditionals. He continues to have difficulty with category and naming similarities and differences between two objects. S[redacted] grammatically understanding has improved. His has increase his ability to communicate his wants and ideas more clearly. S[redacted] often fatigue by the end of the school day. Speech sessions may be more productive in the morning. | Social | age-appropriate vocabulary<br><br>Following multi-step directions<br><br>Answering "why" question |

MCPS Form 336-51, Rev. 12/02

DISTRIBUTION: COPY 1/Student's Confidential Record; COPY 2/Service Provider(s); COPY 3/Parent

**Office of Student and Community Services**
**Department of Special Education**
**MONTGOMERY COUNTY PUBLIC SCHOOLS**
**Rockville, Maryland 20850**

**INDIVIDUALIZED EDUCATION PROGRAM**
**CONFIDENTIAL**

Page 1 1

**DIRECTIONS:** Use this form for recording **most recent assessment information.**

Student Name G[redacted] (Last) S[redacted] (First) (MI) ID# 911937 Meeting Date 03/15/04

2

**Part I: CURRENT ASSESSMENT INFORMATION:** Record the student's most recent assessment data. List data from psychological testing. Include results of the most recent standardized tests, curriculum-based assessments, vocational assessments, and Statewide assessments. For each area assessed, summarize strengths and areas of need. Summarize strengths and areas of need from all copies of MCPS *Teacher Referral/Reports* and include pertinent information from any functional behavioral assessment. **Standard scores should be reported for standardized tests.** (Use additional copies of page 1, if needed, and mark them 1A, 1B, etc., in the top right-hand corner.)

| EVALUATOR/ OBSERVER | DATE | DATA SOURCE AND SCORES/LEVELS OF PERFORMANCE | INDICATED STRENGTHS | INDICATED AREAS OF NEED |
|---|---|---|---|---|
| Elizabeth M. Snead, OTR/L | 5/03 | Work Samples<br>Teacher Report<br>Classroom/Clinical Observation<br>Standardized Testing (Beery VMI- SS = 83; 83-117 is average)<br><br>S[redacted] demonstrates good progress in all of his goal areas. He is able to produce legible, accurate writing, use his left hand for all fine motor tasks, draw representative pictures, and participate actively during group activities with a high level of independence. His visual motor integration scores fall within the average range. | Cooperative<br>Legible, Accurate Manuscript<br>Representative Pictures<br>Good Scissors Skills<br>Good Bilateral Skills<br>Functional Grasp<br>Visual Motor Integration | Monitoring of Spatial Organization |

102

Office of Student and Community Services
Department of Special Education
MONTGOMERY COUNTY PUBLIC SCHOOLS
Rockville, Maryland 20850

**INDIVIDUALIZED EDUCATION PROGRAM**
**CONFIDENTIAL**

Page 1 ✓

**DIRECTIONS:** Use this form for recording most recent assessment information.

Student Name G[redacted] (Last) S[redacted] (First) (MI) ID# 911937 Meeting Date 03/15/04

2

**Part I: CURRENT ASSESSMENT INFORMATION:** Record the student's most recent assessment data. List data from psychological testing. Include results of the most recent standardized tests, curriculum-based assessments, vocational assessments, and Statewide assessments. For each area assessed, summarize strengths and areas of need. Summarize strengths and areas of need from all copies of MCPS *Teacher Referral/Reports* and include pertinent information from any functional behavioral assessment. **Standard scores should be reported for standardized tests.** (Use additional copies of page 1, if needed, and mark them 1A, 1B, etc., in the top right-hand corner.)

| EVALUATOR/ OBSERVER | DATE | DATA SOURCE AND SCORES/LEVELS OF PERFORMANCE | INDICATED STRENGTHS | INDICATED AREAS OF NEED |
|---|---|---|---|---|
| Rita Cohen CCC-SLP | 3/4/03 | Speech/Language Re Assessment<br>PPVT-III form B<br>St. Sc. 77 (conf. band -90% lev. 70-84)<br><br>EVT<br>St. Sc. 52 (conf band 47-63) - significant discrepancy not a valid measure of exp. vocab.<br><br>EOWPVT-R (informal)<br>Raw Sc. 29/52 correct<br>-requires a score of 42 for an average score<br>This is a better measure of exp. voc - free of synonyms<br><br>TAPS-R — St. Sc.<br>Aud. Number Mem Forward 68<br>Reversed 77<br>Aud. Sent. Mem 79<br>Aud. Word Mem 84<br>Aud. Interp. of Direct 73<br>Aud. Word Discrim. 55* impacted by similarity difference weakness<br>Aud Proc. (Thinking/Reas.) 67<br>Aud. Quotient 54 | · voice · fluency<br>· articulation<br>- able to use language for a variety of purposes<br><br><br><br><br><br><br>· recall of series of unrelated words<br>· recall of digits reversed (relative strength) | · frustration tolerance - behavior / compliance<br>- sentence structure, word order, oral expression<br>- organization of language<br>- receptive vocabulary<br>· expressive vocabulary (synonyms)<br><br>· expressive vocabulary (naming)<br><br><br>· digit recall (forward)<br>· recall of directions<br>· responding to thinking/reasoning questions<br>- cause/effect<br>- similarity difference<br>- part/whole relationships<br>- why, how<br>- description<br>· focus/attention to task |

Page 1 of 14

Office of Student and Community Services
Department of Special Education
MONTGOMERY COUNTY PUBLIC SCHOOLS
Rockville, Maryland 20850

**INDIVIDUALIZED EDUCATION PROGRAM**
**CONFIDENTIAL**

Page 1

**DIRECTIONS**: Use this form for recording most recent assessment information.

Student Name G[redacted] (Last) S[redacted] (First) ___ (MI) ID# 911937 Meeting Date 03,15,04

2

**Part I: CURRENT ASSESSMENT INFORMATION**: Record the student's most recent assessment data. List data from psychological testing. Include results of the most recent standardized tests, curriculum-based assessments, vocational assessments, and Statewide assessments. For each area assessed, summarize strengths and areas of need. Summarize strengths and areas of need from all copies of MCPS *Teacher Referral/Reports* and include pertinent information from any functional behavioral assessment. **Standard scores should be reported for standardized tests.** (Use additional copies of page 1, if needed, and mark them 1A, 1B, etc., in the top right-hand corner.)

| EVALUATOR/ OBSERVER | DATE | DATA SOURCE AND SCORES/LEVELS OF PERFORMANCE | INDICATED STRENGTHS | INDICATED AREAS OF NEED |
|---|---|---|---|---|
| Rita Cohen CCC-SLP | 3,4/03 | Speech/Language Re-Assessment cont'd<br><br>CELF-3 — St. Sc.<br>Sentence Structure 6<br>Concepts & Direct. 4<br>Word Classes 8<br>Recept. Lang. Score 75 (67-83 conf band)<br>Word Structure 7<br>Formulated Sent. 8<br>Recalling Sentences 5<br>Exp. Lang Score 80 (74-86)<br>Total Language Sc. 76 (71-81)<br><br>LPT-R — St. Sc.<br>Associations 91<br>Categorization 56<br>Similarities -<br>Differences -<br>Multiple Meanings -<br>Attributes 82<br>Total Test 72 | best focus during eval - use of puzzle pieces as reinforcement<br>- Relative Str. in exp. Lang.<br>- Word classes (assoc & men)<br>. reauditorized as a strategy for recall<br>- sentence completions (grammar)<br>- Sent. formulation<br>- associations - describing - object function | Receptive language skills<br>- Sentence recall<br>- recognition of sent. structure<br>- foll. directions (longer series, more complex)<br><br>- categories<br>expressing similarity/difference<br>- multiple meanings<br>- abstract language tasks |
| updated MCPS Sp/Lang Severity rating | | moderate delays - content (semantics)<br>mod-severe delays - form & function (gramm, organization) | | |

104

**Office of Student and Community Services**
**Department of Special Education**
**MONTGOMERY COUNTY PUBLIC SCHOOLS**
**Rockville, Maryland 20850**

**INDIVIDUALIZED EDUCATION PROGRAM**
**CONFIDENTIAL**

Student Name G[redacted] (Last) S[redacted] (First) ____ (MI) ID# 911937 Meeting Date 03 / 15 / 04

3 **PART II: ELIGIBILITY**

A. At least every 3 years or more frequently if conditions warrant and when considering dismissal from special education services prior to graduation, the IEP team must conduct a re-evaluation. If the team determines that a re-evaluation is needed, the team completes Part I of MCPS Form 336-35: *Re-evaluation Planning*. If re-evaluation is not needed, the IEP team proceeds with Part B (below). ☐ Re-evaluation planning is needed ☐ Re-evaluation planning is not needed at this time.

B. 1. EDUCATIONAL IMPACT: Explain how the student's disability affects his/her involvement and progress in the general curriculum. For a preschool child explain how the disability affects his/her participation in appropriate activities:

S[redacted]'s cognitive, speech language, and medical needs continue to significantly impact his academic success. in reading, language arts, written expression + math.

B. 2. ☐ The student needs special education (and related service) and is **eligible for special education**. Record disability code(s) on page 13 of MCPS Form 336-51: *Summary of IEP Decisions*, and continue with the IEP team meeting.

DISABILITY CODE(S): 08/04

☐ The student is **no longer eligible** for special education; dismiss from special education. Record on page 13 of MCPS Form 336-51: *Summary of IEP Team Decisions* and complete page 14 of MCPS Form 336-51: *Follow-Up*. Complete pages 3 and 4, Transition Services.

Reason for ineligibility: ____

☐ The student **will graduate/age out of school**. Record on page 13 of MCPS Form 336-51: *Summary of IEP Team Decisions* and complete page 14 of MCPS Form 336-51: *Follow-Up*. Complete pages 3 and 4, Transition Services.

105

4 **Part III: PARENT INFORMATION**

A. Document parent input for enhancing the student's education for purposes of the IEP team's consideration.

B. Identify any documents provided by the parent and considered at the meeting.

5 **PART IV: PROGRESS ON IEP GOALS AND OBJECTIVES/BENCHMARKS:**

**Directions:** ☐ The IEP team discusses and records the student's progress on **current IEP goals and objectives.**

NOTE: **After this form is completed and discussed at the IEP team meeting,** complete pages 3 and 4 of MCPS Form 336-51: *Transition Services*, **for all students who will turn at least age 14 during this IEP cycle.** IEPs for all other students continue on page 5 of MCPS Form 336-51.

Office of Student and Community Services
Department of Special Education
MONTGOMERY COUNTY PUBLIC SCHOOLS
Rockville, Maryland 20850

**INDIVIDUALIZED EDUCATION PROGRAM**
**TRANSITION SERVICES**

*CONFIDENTIAL*

Student Name G[redacted] (Last) S[redacted] (First) (MI) Date of birth [redacted]/[redacted]/96 ID# 911937 Meeting Date 03/15/04

Is the student present? ☐ Yes ☐ No If "No," who is representing his/her preferences and interests at the IEP team meeting?

Name ________ Position ________

6

**PART I: OUTCOME-ORIENTED CONSIDERATIONS:** Check any postsecondary school outcomes being considered at the present time.

| | |
|---|---|
| ☐ **Postsecondary Education** | University, college, community/junior college, vocational school, technical institute, hospital school of nursing, or other program leading to a degree or career certification. |
| ☐ **Vocational Training** | Specific set of activities that enable a person to acquire the skills necessary to obtain and keep employment. |
| ☐ **Integrated Employment** | Full or part time competitive employment in the open labor market with competitive wages and responsibilities. Includes supported employment provisions for technical assistance or other services (e.g., training, transportation, job coaching) necessary for individuals with disabilities to secure and sustain work. |
| ☐ **Continuing and Adult Education** | Instruction that is not college level. Includes, but is not limited to, vocational courses, parent education courses, personal growth and enrichment courses, preparation for GED, and ESOL instruction. |
| ☐ **Adult Services** | Postsecondary special services provided to individuals with disabilities after high school that enable the individual to work, live, and/or participate in the community. |
| ☐ **Independent Living** | Living options which include the services that enhance the ability of individuals with disabilities to live within their community. Options may include, but are not limited to, living alone, living at home, or living with others. |
| ☒ **Community Participation** | Participation in community life activities, including recreation, leisure, volunteer and social activities. |

**PART II: SECONDARY TRANSITION SERVICE NEEDS AND ACTIVITIES:** Check the special education transition services that the student will need **during the next school year** to achieve the postsecondary school outcomes identified in Part I. Include annual goal(s) to reflect the transition service needs. If no transition service needs have been identified, explain the basis for this decision.

| | |
|---|---|
| ☐ **Instruction** | Direct teaching by a special or general educator of specific academic or vocational skills that are identified in a course syllabus or on the student's IEP. |
| ☐ **Related Services** | **Only if needed to benefit from transition services.** |
| ☐ **Community Experience** | Direct teaching by a special or general educator of specific academic or vocational skills that are identified in a course syllabus or on the student's IEP that are conducted in an appropriate community setting. Preparation for the activity and follow-up must be provided for all instruction provided in a community setting. |
| ☐ **Employment/Postschool Adult Living** | Identification and development of specific skills included in a course syllabus or on the student's IEP that can enhance the opportunities to find gainful employment in a self-selected career when the student leaves the entitlement system and enters adult living. |
| ☐ **Daily Living Skills** | Identification and development of specific skills that can promote the highest level of independent functioning in a postschool environment. The diversity of skills required to maintain the highest level of independent functioning impacts on all areas of curriculum and service delivery. These skills may range from, but are not limited to, mathematics (budgeting) to self-help (dressing) and communication (taking or giving directions). |
| ☐ **Functional Vocational Evaluation** | Ongoing assessment of the student's interests, aptitudes, learning styles, and skills to enhance successful career development. |
| ☐ **Other** | ________ |
| ☐ **No Transition Service Needs** | Explain the basis for the IEP team's conclusion: ________ |

**Office of Student and Community Services**
**Department of Special Education**
**MONTGOMERY COUNTY PUBLIC SCHOOLS**
**Rockville, Maryland 20850**

**INDIVIDUALIZED EDUCATION PROGRAM**
**TRANSITION SERVICES**

**CONFIDENTIAL**

Student Name G[redacted] (Last) S[redacted] (First) (MI) Date of Birth [redacted]/[redacted]/96 ID# 911937 Meeting Date 03/15/04

**Part III: ANTICIPATED POSTSECONDARY SERVICES:** Identify the student's projected exit day from school and exit category. Check the postsecondary transition services the student may need during the **first year following his/her exit from school**. See reverse for definitions. Eligibility criteria of the outside agencies will apply. Report annually to SEDS.

A. **STUDENT'S PROJECTED EXIT DATE:** __/__/__

**PROJECTED EXIT CATEGORY:** ☐ Maryland HS diploma ☐ Maryland HS certificate at age 21 ☐ Maryland HS certificate prior to age 21

B. **POSTSECONDARY TRANSITION SERVICES:**

☐ **No Services Needed:** There are no General, Further Education/Training, Division of Rehabilitation, Development Disabilities Administration, and/or Mental Hygiene Administration service needs identified.

**General Postsecondary Services**
- ☐ Public Income Maintenance
- ☐ Transportation

**Further Education/Training**
- ☐ Continuing and Adult Education
- ☐ Higher Education Support Services
- ☐ Career School Support Services

**Division of Rehabilitation Services (DORS):** DORS provides short term funding to programs for individuals with disabilities found eligible to meet employment and independence goals. Provision of services is based on funding availability.
- ☐ Assessment and Evaluation
- ☐ Vocational Rehabilitation Counseling and Guidance
- ☐ Job Search, Placement Assistance and Follow-Up Services
- ☐ Medical Rehabilitation
- ☐ Vocational and Other Training Services
- ☐ Rehabilitation Technology Services
- ☐ Support Services

**Development Disabilities Administration (DDA):** DDA provides long term funding for individuals eligible for adult day, residential or support services for individuals with developmental disabilities, such as mental retardation, autism, and cerebral palsy to work and live as independently as possible in the community. Eligibility is based on priority, availability of needed services and funding, and acceptance by the agency of the client's application.
- ☐ Day Habilitation
- ☐ Community Residential Services
- ☐ Supported Employment
- ☐ Family and Individual Support Services
- ☐ Behavior/Support Services
- ☐ Community Supported Living Arrangements

**Mental Hygiene Administration (MHA):** MHA provides services through the Public Mental Health System. Individuals and families must meet eligibility criteria.
- ☐ Mental Health Evaluation and Treatment
- ☐ Psychiatric Rehabilitation Programs
- ☐ Residential Rehabilitation Programs
- ☐ Support Employment
- ☐ Respite Care

**Part IV: TRANSITION LINKAGES:** For students aged **16 years**, or younger, if appropriate, list referrals/applications for postsecondary services and the person(s) responsible for the referrals.

| Referral/Application Made to: | Person(s) Responsible for Referral: |
|---|---|
| | |
| | |
| | |

107

# MARYLAND DIPLOMA REQUIREMENTS

The State of Maryland authorizes one kind of diploma for all high school graduates, based upon successful fulfillment of the following five kinds of requirements: enrollment, credit, courses, Student Service Learning, and competencies. MCPS requirements are designated below with a double asterisk "**." All requirements are summarized below:

## Enrollment Requirement

Students must satisfactorily complete four years beyond Grade 8. (For exceptions, consult guidance office.)

## Credit Requirement

**22 (At least 4 credits must be earned after the completion of Grade 11 unless a preapproved MCPS alternative is satisfied.)

## Course Requirements

**English** – 4 credits

**Fine Arts** – 1 credit (Selected courses in Art, Dance, Drama/Theater, and Music that satisfy the Fine Arts requirement are marked with a dagger "†" in the *2003-2004 High School Course Bulletin.*)

**Technology Education** – 1 credit (Courses in Industrial and Technology Education, Business Management and Finance, and Information Technology/Computer Science and Family and Consumer Sciences that satisfy the Technology Education requirement are marked with "#" in the *2003-2004 High School Course Bulletin.*)

**Mathematics** – **4 credits (1 credit algebra, 1 credit geometry). Students who have successfully completed a calculus course offered by MCPS may be exempted from the 4-credit requirement in mathematics.

**Science** – 3 credits (one biology credit and one physical science credit must be included in the 3 credits).

**Social Studies** – 3 credits (1 credit U.S. History, 1 credit World History, and 1 credit National, State, and Local Government)

**Physical Education** – **1 credit

**Health Education** – ½ credit

## Additional Requirements

In addition to meeting the specific credit requirements, a student is required to earn at least one of the following:

a. **Foreign Language** – 2 credits or
b. **Advanced Technology Education** – 2 credits (Courses in Career and Technology Education and Information Technology/Computer Science that satisfy the Advanced Technology requirement are marked with "¶."), or
c. **Career Development Program** – successful completion of a state approved **Career Development Program** (Career Development Programs are marked with "‡" in the *2003-2004 High School Course Bulletin.*)

## STUDENT SERVICE LEARNING REQUIREMENT

Maryland State Department of Education graduation requirements contain a student service learning (SSL) component. MCPS students are required to complete a minimum of 60 SSL hours. Middle school students complete 30 SSL hours through the infusion of service learning experiences in the middle school curriculum. The remaining 30 hours may be earned in middle or high school. New students enrolling in MCPS as second semester juniors are required to accumulate 15 SSL hours; those enrolling anytime during the senior year are required to complete 10 SSL hours. All documented SSL hours from any school system will be accepted toward the MCPS graduation requirement. Students who earn 260 or more SSL hours are eligible to receive a certificate of Meritorious Service.

Hours may be accumulated through the following:

**Curriculum** – Courses with service learning outcomes and activities are identified in the *2003-2004 High School Course Bulletin.* Students may earn all, part, or none of the identified hours based upon evidence of attainment of the service learning outcomes for the course.

**Co-curricular** – A list of approved school activities and organizations that include SSL is available in schools.

**Community Organizations** –Students may complete SSL hours through activities offered by approved organizations outside the school setting and day. A listing of approved organizations is available to students in media centers, career centers, and guidance offices, from the SSL coordinator in each high school and on the Internet at http://www.montgomeryvolunteer.org

**Special Student Service Activities** – A student must present a written proposal for approval to the school service learning committee **before** performing service learning activities not approved, as described above.

Verification of service is required for hours earned through co-curricular activities, community organizations, and special activities. For additional information, see the student service learning coordinator or guidance counselor at the home school.

**Competency Prerequisite Requirements**

Competency prerequisites are part of the Maryland School Performance Program and involve the demonstration of competencies in several areas through program participation and by passing statewide competency tests. The competency tests required are reading, writing, mathematics, and citizenship. The citizenship test remains a requirement only for students who entered Grade 9 in school year 1996-1997.

Students are given their first chance to pass these tests at these levels: mathematics and reading, Grade 7; and writing, Grade 8. Students who do not pass are given assistance and are given further opportunities to pass the test.

Competency prerequisite requirements in the other competency areas – arts/physical education, survival, and the world of work – are met by all students through their participation in the instructional programs covering these areas.

Refer to the *2003–2004 High School Course Bulletin* for information on Maryland High School Assessments and Maryland certificates.

# DEFINITIONS – POSTSECONDARY TRANSITION SERVICES

## GENERAL

**Public Income Maintenance** – Supplemental Security Income (SSI), Social Security Disability Income (SSDI), welfare, Medicaid, public health insurance, etc.

**Transportation** – Specialized transportation including paratransit.

## FURTHER EDUCATION/TRAINING

**Continuing and Adult Education** – Including Adult Basic Ed (ABE), General Education Development (GED), adult high school diploma and adult compensatory education.

**Higher Education Support Services** – Notetakers, educational technology, modified testing time, mentoring and guidance, study skills and self-advocacy training.

**Career School Support Services** – Support services in programs such as career schools, Job Training Partnership Act programs, Job Corps.

## DIVISION OF REHABILITATION SERVICES (DORS)

**Assessment and Evaluation** – Determines eligibility for services, types of services and vocational options. The process may include counselor observations, review of existing school, psychological, functional and vocational information, use of assistive technology devices and worksite assessments.

**Vocational Rehabilitation Counseling and Guidance** – Assists the individual with focusing in and identifying employment outcomes, taking into consideration the needs and individual choices of the individual with a disability.

**Job Search, Placement Assistance and Follow-up Services** – Provides job seeking skills, referral for specific jobs, job coaching, and coordination with other placement agencies for competitive employment placements (including supported employment) and the provision of post-employment services. Supported employment services are designed for students who require supports for the rest of their work lives and are coordinated with the Mental Hygiene Administration and/or the Developmental Disabilities Administration.

**Medical Rehabilitation** – Includes assistive devices, physical, occupational, speech or hearing therapy, psychological services, and other medically related services.

**Vocational and Other Training Services** – Coordination and provision of higher education, career and technology education training needs (including applications for financial aid and need for college support services); other training such as personal and vocational adjustment training needed to improve attitudes toward work, adjustment to recently acquired disability, and to strengthen work habits.

**Rehabilitation Technology Services** – Application of assistive technologies and rehabilitation engineering to reduce barriers posed by functional limitations in communication, vision, motor and/or cognitive skills. These services may include architectural, vehicle, communication and computer modifications.

**Support Services** – Services individually designed to assist the individual to complete his or her rehabilitation program. These services may include resources for transportation expenses, maintenance expenses, personal assistance and services to family members.

## DEVELOPMENTAL DISABILITIES ADMINISTRATION (DDA)

**Day Habilitation** – Includes individuals participating in structured activities designed to increase or maintain motor skills; communication skills; personl hygiene; leisure abilities; and community integration. Services need to be available 6 hours per day (not including commuting time), 5 days a week, and 220 days per year.

**Community Residential Services** – Community residential models are designed to give preference to small and individualized settings. The Administration respects personal choice regarding decisions about where and with whom individuals with developmental disabilities may live. Current community residential service models include: alternative living units (ALU), group homes and individual family care homes.

**Supported Employment** – Individuals seeking to obtain and maintain work in the community are free to choose preferred types of work. Supported employment includes: individuals working in community businesses for pay with licensee funded supports or any work program that includes training necessary for the individual to achieve the desired outcomes established in the Individual Plan. Note: initial job coaching funded by DORS.

**Family and Individual Support Services** – Array of services to individuals and their families residing in the community.

**Behavioral/Support Services** – Designed to assist individuals who exhibit challenging behaviors in acquiring skills, gaining social acceptance, and becoming full participants in the community. Services include: behavioral consultation, temporary augmentation of staff, training and respite services.

**Community Supported Living Arrangements (CSLA)** – Services to assist an individual in nonvocational activities to enable the individual to live in his/her own home, apartment, family home, or rental unit with no more than 2 other nonrelated CSLA clients, including personal assistance services, supports for community participation and self determination, 24 hour emergency assistance, assistive technology, resource coordination, environmental modifications, respite services. (Do not include both this and "Community Residential Services.")

## MENTAL HEALTH SERVICES

**Mental Health Evaluation and Treatment** – Provided in wide variety of settings by approved providers such as individual practitioners, group practices, outpatient mental health centers, mobile treatment, partial hospitalization, psychiatric hospitalization and other specialized services. Diverse treatments include medication management and family, group and individual therapy.

**Psychiatric Rehabilitation Programs** – Rehabilitation and support to develop and enhance community and independent living skills provided in variety of settings.

**Residential Rehabilitation Programs** – Residential services for individuals with mental illness; rehabilitation services provided in the residence.

**Supported Employment** – Vocational assessment, referral and vocational counseling, competitive employment with intensive job coaching, and extended support and counseling. Note: initial job coaching may be funded by DORS.

**Respite Care** – Temporary alternative living situation to provide temporary relief to care giver from the responsibility of care and support.

Office of Instruction and Program Development
Department of Special Education
MONTGOMERY COUNTY PUBLIC SCHOOLS
Rockville, Maryland 20850

**INDIVIDUALIZED EDUCATION PROGRAM**
**INSTRUCTIONAL GOALS AND OBJECTIVES**
**CONFIDENTIAL**

Page 5

Student Name G[redacted] (Last) S[redacted] (First) (MI) ID# 911937 Meeting Date 03 / 15 / 04

7

**PART I: INSTRUCTIONAL AREA** MATH
(Refer to MCPS Form 336-51 for present levels of performance.)

**Part II: ANNUAL GOAL:** Identify **one annual goal per page** that the student can reasonably be expected to accomplish within one school year 2004 through 2005
*Note*: The goals and objectives/benchmarks are considered **draft recommendations** until approved.

**GOAL** S[redacted] will demonstrate the ability to tell time & solve applied math problems.

**PART III: SHORT-TERM OBJECTIVES/BENCHMARKS:** Describe what the student is expected to accomplish, under what circumstances, to what level of mastery, and the procedure for evaluating achievement. (Use additional copies of page 5, if needed, and mark them 5A, 5B, etc., in the top right-hand corner.)

| | PROGRESS (Indicate date and code) | | | |
|---|---|---|---|---|
| | 11/04 | 1/05 | 4/05 | 6/05 |
| 1. Given worksheets and/or manipulatives, S[redacted] will read and write the time to the minute using A.M. and P.M. with 90% accuracy and/or by passing criteria on CBA. | | | | |
| 2. Given a worksheet and/or a clock, S[redacted] will read time on a clock and set the clock to a given time using manipulatives (as needed) with 90% accuracy and/or by passing criteria on CBA. | | | | |
| 3. Given worksheets or manipulatives S[redacted] will express addition and subtraction situations using number sentences with 90% accuracy. | | | | |
| 4. Given worksheets or manipulativesS[redacted] will write all related addition and subtraction sentences for given numbers by passing criteria on CBA. | | | | |

Service provider(s) Special Education Teacher

**PROGRESS CODES**: Progress toward each annual goal is measured by the attainment of evaluation criteria for specific short-term objectives under that goal. Each marking period parents will be notified in writing concerning progress on annual IEP goals. **CODES**: **5**=the objective has been met; **4**=progress has been made and it appears the objective will be met by the end of the duration of the IEP; **3**=progress has been made toward the objective, but the objective may not be met by the end of the duration of the IEP; **2**=progress is not sufficient to meet this objective by the end of the duration of the IEP; **1**=this objective was not addressed during this reporting period.

**Office of Instruction and Program Development**
**Department of Special Education**
**MONTGOMERY COUNTY PUBLIC SCHOOLS**
**Rockville, Maryland 20850**

**INDIVIDUALIZED EDUCATION PROGRAM**
**INSTRUCTIONAL GOALS AND OBJECTIVES**
**CONFIDENTIAL**

Page 5

Student Name C Last S First MI ID# 911937 Meeting Date 03 / 15 / 04

7

**PART I: INSTRUCTIONAL AREA** READING: CUEING SYSTEMS
(Refer to MCPS Form 336-51 for present levels of performance.)

**Part II: ANNUAL GOAL**: Identify **one annual goal per page** that the student can reasonably be expected to accomplish within one school year 2004 through 2005
*Note*: The goals and objectives/benchmarks are considered **draft recommendations** until approved.

**GOAL** S will examine, construct and extend the meaning of a variety of self-selected and assigned texts by applying reading strategies.

| **PART III: SHORT-TERM OBJECTIVES/BENCHMARKS**: Describe what the student is expected to accomplish, under what circumstances, to what level of mastery, and the procedure for evaluating achievement. (Use additional copies of page 5, if needed, and mark them 5A, 5B, etc., in the top right-hand corner.) | **PROGRESS** (Indicate date and code) | | | |
|---|---|---|---|---|
| | 11/04 | 1/05 | 4/05 | 6/05 |
| 1-S will use vowel-consonant sounds, consonant blends, and vowel-vowel sounds to make words; as measured by classroom assignments 80% of the time. | 1. | | | |
| 2-S will know and use common (e.g., -ill,-ate) and complex (e.g., -ight) word families to decode unfamiliar words; as measured by classroom assignments 80% of the time. | 2. | | | |
| 3-S will read high-frequency and common, irregular sight words (e.g., have, said, the, of); as measured by classroom assignments 80% of the time. | 3. | | | |
| 4-S will recognize compound words, contractions, common abbreviations and common syntax; as measured by classroom assignments 80% of the time. | 4. | | | |
| 5-S will read root words (e.g., smile) and their various inflections (e.g., smiles, smiling, smiled); as measured by classroom assignments 80% of the time. | 5. | | | |

Service provider(s) Special Education Team (SET)

**PROGRESS CODES**: Progress toward each annual goal is measured by the attainment of evaluation criteria for specific short-term objectives under that goal. Each marking period parents will be notified in writing concerning progress on annual IEP goals. **CODES**: **5**=the objective has been met; **4**=progress has been made and it appears the objective will be met by the end of the duration of the IEP; **3**=progress has been made toward the objective, but the objective may not be met by the end of the duration of the IEP; **2**=progress is not sufficient to meet this objective by the end of the duration of the IEP; **1**=this objective was not addressed during this reporting period.

**Office of Instruction and Program Development**
**Department of Special Education**
**MONTGOMERY COUNTY PUBLIC SCHOOLS**
**Rockville, Maryland 20850**

**INDIVIDUALIZED EDUCATION PROGRAM**
**INSTRUCTIONAL GOALS AND OBJECTIVES**
**CONFIDENTIAL**

Page 5

Student Name G[redacted] (Last) S[redacted] (First) (MI) ID# 911937 Meeting Date 03 / 15 / 04

7

**PART I: INSTRUCTIONAL AREA** READING COMPREHENSION
(Refer to MCPS Form 336-51 for present levels of performance.)

**Part II: ANNUAL GOAL**: Identify **one annual goal per page** that the student can reasonably be expected to accomplish within one school year 2004 through 2005
*Note*: The goals and objectives/benchmarks are considered **draft recommendations** until approved.

**GOAL** S[redacted] will examine, construct and extend the meaning of a variety of self-selected and assigned texts by applying reading strategies.

**PART III: SHORT-TERM OBJECTIVES/BENCHMARKS:** Describe what the student is expected to accomplish, under what circumstances, to what level of mastery, and the procedure for evaluating achievement. (Use additional copies of page 5, if needed, and mark them 5A, 5B, etc., in the top right-hand corner.)

**PROGRESS** (Indicate date and code)

| | 11/04 | 1/05 | 4/05 | 6/05 |
|---|---|---|---|---|
| 1-S[redacted] will follow simple written instructions and describe the importance of specific steps; as measured by classroom assignments 80% of the time or stance questions 2/3 times. | 1. | | | |
| 2-S[redacted] will extract appropriate and significant information from the text; as measured by classroom assignments 80% of the time or stance question 2/3 times. | 2. | | | |
| 3-S[redacted] will follow simple written directions and identify additional information needed to perform the task; as measured by classroom assignments 80% of the time or stance question 2/3 times. | 3. | | | |
| 4-When reading text, S[redacted] will use (word meaning, language structure and letter/sound relationships) to demonstrate comprehension of text in daily reading lessons (80% of the time) as measured by teacher observation record. | 4. | | | |

112

Service provider(s) Special Education Team (SET)

**PROGRESS CODES**: Progress toward each annual goal is measured by the attainment of evaluation criteria for specific short-term objectives under that goal. Each marking period parents will be notified in writing concerning progress on annual IEP goals. **CODES: 5**=the objective has been met; **4**=progress has been made and it appears the objective will be met by the end of the duration of the IEP; **3**=progress has been made toward the objective, but the objective may not be met by the end of the duration of the IEP; **2**=progress is not sufficient to meet this objective by the end of the duration of the IEP; **1**=this objective was not addressed during this reporting period.



**MCPS Form 336-51, Rev. 1/03** DISTRIBUTION: COPY 1/Student's Confidential Record; COPY 2/Service Provider(s); COPY 3/Parent

Office of Instruction and Program Development
Department of Special Education
MONTGOMERY COUNTY PUBLIC SCHOOLS
Rockville, Maryland 20850

**INDIVIDUALIZED EDUCATION PROGRAM**
**INSTRUCTIONAL GOALS AND OBJECTIVES**
**CONFIDENTIAL**

Page 5

Student Name G[redacted] (Last) S[redacted] (First) (MI) ID# 911937 Meeting Date 03 / 15 / 04

7

**PART I: INSTRUCTIONAL AREA** WRITTEN COMMUNICATION
(Refer to MCPS Form 336-51 for present levels of performance.)

**Part II: ANNUAL GOAL:** Identify **one annual goal per page** that the student can reasonably be expected to accomplish within one school year 2004 through 2005
*Note*: The goals and objectives/benchmarks are considered **draft recommendations** until approved.

**GOAL** S[redacted] will produce informational, practical, persuasive, and narrative writing that demonstrates an awareness of the writing process.

**PART III: SHORT-TERM OBJECTIVES/BENCHMARKS:** Describe what the student is expected to accomplish, under what circumstances, to what level of mastery, and the procedure for evaluating achievement. (Use additional copies of page 5, if needed, and mark them 5A, 5B, etc., in the top right-hand corner.)

**PROGRESS** (Indicate date and code)

| Objective | ''/04 | 1/05 | 4/05 | 6/05 |
|---|---|---|---|---|
| 1-S[redacted] will group related ideas and maintain a consistent focus as measured by classroom assignments 80% of the time. | | | | |
| 2-S[redacted] will develop a topic sentence and supporting sentences; as measured by classroom assignments 80% of the time. | 1. | | | |
| 3-S[redacted] will develop a descriptive paragraph using relevant descriptions, including sensory details, personal experiences and observations; as measured by classroom assignments 80% of the time. | 2. | | | |
| 4-S[redacted] will create a piece of writing and conference with the teacher to add, delete, or change ideas; as measured by classroom assignments 80% of the time. | 3. | | | |
| 5-S[redacted] will write to express personal ideas in stories, poems and other writings that: · Convey a message · Include details - as measured by classroom assignments 80% of the time. | 4. | | | |

113

Service provider(s) Special Education Team (SET)

**PROGRESS CODES**: Progress toward each annual goal is measured by the attainment of evaluation criteria for specific short-term objectives under that goal. Each marking period parents will be notified in writing concerning progress on annual IEP goals. **CODES: 5**=the objective has been met; **4**=progress has been made and it appears the objective will be met by the end of the duration of the IEP; **3**=progress has been made toward the objective, but the objective may not be met by the end of the duration of the IEP; **2**=progress is not sufficient to meet this objective by the end of the duration of the IEP; **1**=this objective was not addressed during this reporting period.

Office of Instruction and Program Development
Department of Special Education
MONTGOMERY COUNTY PUBLIC SCHOOLS
Rockville, Maryland 20850

**INDIVIDUALIZED EDUCATION PROGRAM**
**INSTRUCTIONAL GOALS AND OBJECTIVES**
**CONFIDENTIAL**

Page 5

Student Name G (Last) S (First) (MI) ID# 911937 Meeting Date 03 / 15 / 04

7

**PART I: INSTRUCTIONAL AREA** LANGUAGE SKILLS
(Refer to MCPS Form 336-51 for present levels of performance.)

**Part II: ANNUAL GOAL**: Identify **one annual goal per page** that the student can reasonably be expected to accomplish within one school year 2004 through 2005
*Note*: The goals and objectives/benchmarks are considered **draft recommendations** until approved.

**GOAL** S will understand and use the structures and conventions of the English Language in their oral and written communications.

| **PART III: SHORT-TERM OBJECTIVES/BENCHMARKS**: Describe what the student is expected to accomplish, under what circumstances, to what level of mastery, and the procedure for evaluating achievement. (Use additional copies of page 5, if needed, and mark them 5A, 5B, etc., in the top right-hand corner.) | **PROGRESS** (Indicate date and code) | | | |
|---|---|---|---|---|
| | 11/04 | 1/05 | 4/05 | 6/05 |
| 1-S will identify and use Standard English language conventions correctly to communicate clearly, including:<br>a· Sentence structure (e.g., simple, compound, complex sentences)<br>b· Punctuation (e.g., end marks, commas, in sentences)<br>c· Grammar (e.g., parts of speech such as nouns, verbs, and pronouns)<br>d· Capitalization (e.g., countries, names, months)<br>e· Usage (e.g., subject/verb agreement by number)<br><br>2-S will use language appropriate for specific audience, purpose, and context; as measured by classroom assignments 2 out of 3 times.<br><br>3-S will spell correctly assigned high frequency words and words with specific spelling patterns; as measured by classroom assignments 2 out of 3 times. | | | | |

Service provider(s) Special Education Team (SET)

**PROGRESS CODES**: Progress toward each annual goal is measured by the attainment of evaluation criteria for specific short-term objectives under that goal. Each marking period parents will be notified in writing concerning progress on annual IEP goals. **CODES**: **5**=the objective has been met; **4**=progress has been made and it appears the objective will be met by the end of the duration of the IEP; **3**=progress has been made toward the objective, but the objective may not be met by the end of the duration of the IEP; **2**=progress is not sufficient to meet this objective by the end of the duration of the IEP; **1**=this objective was not addressed during this reporting period.

Office of Instruction and Program Development
Department of Special Education
MONTGOMERY COUNTY PUBLIC SCHOOLS
Rockville, Maryland 20850

**INDIVIDUALIZED EDUCATION PROGRAM**
**INSTRUCTIONAL GOALS AND OBJECTIVES**
**CONFIDENTIAL**

Page 5

Student Name G[redacted] (Last) S[redacted] (First) ____ (MI) ID# 911937 Meeting Date 3/15/04

7

**PART I: INSTRUCTIONAL AREA** Communication Speech/language
(Refer to MCPS Form 336-51 for present levels of performance.)

**Part II: ANNUAL GOAL**: Identify **one annual goal per page** that the student can reasonably be expected to accomplish within one school year 2004 through 2005
*Note*: The goals and objectives/benchmarks are considered **draft recommendations** until approved.

**GOAL** S[redacted] will increase his ability to state intended meanings

| **PART III: SHORT-TERM OBJECTIVES/BENCHMARKS**: Describe what the student is expected to accomplish, under what circumstances, to what level of mastery, and the procedure for evaluating achievement. (Use additional copies of page 5, if needed, and mark them 5A, 5B, etc., in the top right-hand corner.) | **PROGRESS** (Indicate date and code) | | | |
|---|---|---|---|---|
| 1.) S[redacted] will use word finding strategies (describing, categorizing, naming color, shape, size, etc..) to increase his ability to state intended meanings with 85% accuracy as measured by SLP and teacher report. | | | | |
| 2.) S[redacted] will use context to determine meanings of words (semantics) through listening and reading using picture clues and simple sentences with 80% accuracy as measured by SLP Log notes and teacher report. | | | | |
| 3.) S[redacted] will answer "wh" question from a short paragraph and retell 3 important ideas with 85% accuracy as measured by SLP log notes and teacher Report | | | | |

Service provider(s) SLP / SET

**PROGRESS CODES**: Progress toward each annual goal is measured by the attainment of evaluation criteria for specific short-term objectives under that goal. Each marking period parents will be notified in writing concerning progress on annual IEP goals. **CODES: 5**=the objective has been met; **4**=progress has been made and it appears the objective will be met by the end of the duration of the IEP; 3=progress has been made toward the objective, but the objective may not be met by the end of the duration of the IEP; 2=progress is not sufficient to meet this objective by the end of the duration of the IEP; 1=this objective was not addressed during this reporting period.



**MCPS Form 336-51, Rev. 1/03** DISTRIBUTION: COPY 1/Student's Confidential Record; COPY 2/Service Provider(s); COPY 3/Parent

Office of Instruction and Program Development
Department of Special Education
MONTGOMERY COUNTY PUBLIC SCHOOLS
Rockville, Maryland 20850

**INDIVIDUALIZED EDUCATION PROGRAM**
**INSTRUCTIONAL GOALS AND OBJECTIVES**
**CONFIDENTIAL**

Page 5

Student Name G[redacted] S (Last) S[redacted] (First) (MI) ID# Meeting Date 3/15/04

7 **PART I: INSTRUCTIONAL AREA** Communication Speech/Language
(Refer to MCPS Form 336-51 for present levels of performance.)

**Part II: ANNUAL GOAL**: Identify **one annual goal per page** that the student can reasonably be expected to accomplish within one school year 2004 through 2005
*Note*: The goals and objectives/benchmarks are considered **draft recommendations** until approved.

**GOAL** S[redacted] will increase his ability to understand language

**PART III: SHORT-TERM OBJECTIVES/BENCHMARKS**: Describe what the student is expected to accomplish, under what circumstances, to what level of mastery, and the procedure for evaluating achievement. (Use additional copies of page 5, if needed, and mark them 5A, 5B, etc., in the top right-hand corner.)

**PROGRESS** (Indicate date and code)

1. S[redacted] will follow 2-3 step directions with 90% accuracy as measured by SLP log notes and teacher report.

2. S[redacted] will repeat directions given by an adult to aid in his ability to follow direction with 85% accuracy as measured by SLP log notes and teacher report.

3. S[redacted] will follow simple directions and identify additional information needed to perform a task with 85% accuracy as noted by SLP log notes and teacher report.

Service provider(s) SLP / SET

**PROGRESS CODES**: Progress toward each annual goal is measured by the attainment of evaluation criteria for specific short-term objectives under that goal. Each marking period parents will be notified in writing concerning progress on annual IEP goals. **CODES: 5**=the objective has been met; **4**=progress has been made and it appears the objective will be met by the end of the duration of the IEP; **3**=progress has been made toward the objective, but the objective may not be met by the end of the duration of the IEP; **2**=progress is not sufficient to meet this objective by the end of the duration of the IEP; **1**=this objective was not addressed during this reporting period.

**MCPS Form 336-51, Rev. 1/03** DISTRIBUTION: COPY 1/Student's Confidential Record; COPY 2/Service Provider(s); COPY 3/Parent

Office of Student and Community Services
Department of Special Education
MONTGOMERY COUNTY PUBLIC SCHOOLS
Rockville, Maryland 20850

**INDIVIDUALIZED EDUCATION PROGRAM**

*CONFIDENTIAL*

Student Name G[redacted] (Last) S[redacted] (First) (MI) ID# 911937 Meeting Date 03 / 15 / 04

(8) **PART I: SUPPLEMENTARY AIDS AND SERVICES. Directions:** Based on the student's unique needs and IEP goals and objectives, the following supplementary aids and services are to be provided to the student or on behalf of the student. (See reverse for directions.) (Note: Page 6 is followed by 6A and 6B.)

| SUPPLEMENTARY AIDS AND SERVICES | ANTICIPATED FREQUENCY/RECOMMENDED USE |
|---|---|
| A. Provide instructional accommodations and modifications by:<br>OPPORTUNITY TO REPEAT & EXPLAIN INSTRUCTION<br>FREQUENT FEEDBACK & REINFORCEMENT<br>SUPPORT SHORT & CLEAR EXPECTATIONS/DIRECTIONS<br>MINIMAL DISTRACTIONS<br>TEACHER PROMPTS/PEER<br>ALLOW WAIT TIME<br>PROVIDE VISUAL/AUDITORY CUEING<br>☐ Not required | DAILY IN SMALL GROUP |
| B. Adapt materials by:<br>REDUCE READABILITY MATERIALS<br>PAIRING WORDS AND PICTURES<br>PROVIDE MANIPULATIVES<br>☐ Not required | DAILY IN SMALL GROUP |
| C. Provide environmental/physical adaptations by:<br>PREFERNTIAL SEATING<br>SMALL GROUPS<br>☐ Not required | DAILY IN SMALL GROUP |
| D. Modify assignments by:<br>REDUCE ASSIGNMENTS<br>EXTRA TIME FOR COMPLETING ASSIGNMENTS<br>☐ Not required | DAILY IN SMALL GROUP |



 DISTRIBUTION: COPY 1/Student's Confidential Record; COPY 2/Service Provider(s); COPY 3/Parent

**Directions:** All recommendations for supplementary aids and services should be based on valid assessment data.

**Part A: Instructional accommodations and modifications:**

When the IEP team is considering a student's need for instructional accommodations and modifications, the need for extended time for instruction and class assessments should be considered, if

- the student's current assessment information shows the need for extended time for instruction and class assessments (see page 1 of the IEP): and/or
- classroom observation and experience with the student show the student needs more than the typical time allotted to complete assignments.

If the IEP team concludes that the student requires extended time for instruction and class assessments, the team must

- determine whether the student requires different timeframes to complete assignments and test in various subjects; and
- specify in Part I.A the exact amount or range of extended time that will be provided during the instructional day.

Office of Student and Community Services
Department of Special Education
MONTGOMERY COUNTY PUBLIC SCHOOLS
Rockville, Maryland 20850

**INDIVIDUALIZED EDUCATION PROGRAM**
**TESTING ACCOMMODATIONS**
*CONFIDENTIAL*

Student Name G[redacted] (Last) S[redacted] (First) (MI) ID# 911937 Meeting Date 03 / 15 / 04 Birth Date [redacted] / [redacted] / 96

8 **PART I (CONTINUATION): SUPPLEMENTARY AIDS AND SERVICES TO BE PROVIDED TO THE STUDENT OR ON BEHALF OF THE STUDENT**

**E. TEST ACCOMMODATIONS** should be recommended for a student with a disability if the disability interferes with the student's ability to complete required assessments. The identified accommodations must align with the student's specific areas of need and educational impact documented at the most recent IEP team meeting. **Recommendations for 'extra response and processing time" must reflect the ongoing instructional accommodations identified in Part I, Section A.** Anticipated frequency and recommended use include accommodations being provided during informal class tests, end-of-course examinations, and systemwide and state testing. Check the appropriate boxes below. The codes listed at the right are to be entered into the mainframe. (Note: Page 6A is followed by Page 6B).

**Mainframe Codes**

I. SCHEDULING ACCOMMODATIONS

- ☐ A. Supervised breaks during test session — A. 100
- ☐ B. Tests given regularly within a single day/session may be administered over multiple days without exceeding total time allowances. Tests must be given within the constraints of test administration procedures. — B. 101
- ☑ C. Extra response and processing time (Enter justification from page 6, Part 1.A: 50% ) — C. 102
- ☑ D. Tests are administered at best time of day for student — D. 103
- ☐ E. Other proposed by Local Accountability Coordinator or by special education staff and approved by MSDE Assessment Office and MSDE Special Education staff — E. N/A
- ☐ F. None required — F. N/A

Explain A.M. Testing Difficulties in receptive and expressive language

II. SETTING ACCOMMODATIONS

- ☐ A. General education classroom, with special seating (front of room, carrel, etc.) — A. 200
- ☐ B. General education classroom, with adjusted grouping — B. 201
- ☐ C. General education classroom, with additional school support (instructional assistant, guidance, etc.) — C. 202
- ☐ D. General education classroom, with special education staff as support. Support person is not to help student read or respond to items — D. 203
- ☐ E. Small group setting — E. 204
- ☑ F. Small group setting with special education teacher as examiner — F. 205
- ☐ G. Individual administration within the school building — G. 206
- ☐ H. Individual administration outside the school building (home, hospital, etc.) — H. 207
- ☐ I. Other proposed by Local Accountability Coordinator or by special education staff and approved by MSDE Assessment Office and MSDE Special Education staff — I. N/A
- ☐ J. None required — J. N/A

Explain Difficulties in receptive and expressive language

III. EQUIPMENT/TECHNOLOGY ACCOMODATIONS

- ☐ A. Large print test materials — A. 300
- ☐ B. Braille test materials — B. 301
- ☐ C. Calculator for mathematics testing — C. 302
- ☐ D. Use of electronic devices: ☐ mechanical speller ☐ computer ☐ augmented communication device ☐ brailling device ☐ other ____ — D. 303
- ☐ E. Use of electronic devices with spell and grammar checkers blocked as certified by Local Accountability Coordinator. ☐ mechanical speller ☐ computer ☐ augmented communication device ☐ brailling device ☐ other ____ — E. 304
- ☐ F. Other proposed by Local Accountability Coordinator or by special education staff and approved by MSDE Assessment Office and MSDE Special Education staff — F. N/A
- ☐ G. None required — G. N/A

Explain ____



DISTRIBUTION: COPY 1/Student's Confidential Record; COPY 2/Service Provider(s); COPY 3/Parent

MCPS Form 336-51, Rev. 11/03

**Office of Student and Community Services**
**Department of Special Education**
**MONTGOMERY COUNTY PUBLIC SCHOOLS**
**Rockville, Maryland 20850**

**INDIVIDUALIZED EDUCATION PROGRAM**
**TESTING ACCOMMODATIONS**
*CONFIDENTIAL*

Student Name G[redacted] (Last) S[redacted] (First) (MI) ID# 911937 Meeting Date 03 / 15 / 04 Birth Date [redacted] / [redacted] / 96

**PART I (CONTINUATION): SUPPLEMENTARY AIDS AND SERVICES TO BE PROVIDED TO THE STUDENT OR ON BEHALF OF THE STUDENT**

(8)

**E. TEST ACCOMMODATIONS** (CONTINUATION) Test accommodations should be recommended for a student with a disability if the disability interferes with the student's ability to complete required assessments. The identified accommodations must align with the student's specific areas of need and educational impact documented at the most recent IEP team meeting. Anticipated frequency and recommended use include accommodations being provided during informal class tests, end-of-course examinations, and systemwide and state testing. Check the appropriate boxes below. The codes listed at the right are to be entered into the mainframe. (Note: Page 6B is followed by Page 7).

| IV. PRESENTATION ACCOMMODATIONS | Mainframe Codes |
|---|---|
| ☑ A. Verbatim repetition of scripted directions, as needed | A. 400 |
| ☐ B. Written copies of orally presented materials, found only in examiner's manual | B. 401 |
| ☐ C. Accessibility to close-caption or video materials | C. 402 |
| ☐ D. Sign language interpreter, amplification, or visual display required for test directions/examiner-led activities | D. 403 |
| ☐ E. Verbatim audiotape of directions | E. 404 |
| ☐ F. Verbatim audiotape of entire test | F. 405 |
| ☐ G. Verbatim reading of selected sections of test or vocabulary | G. 406 |
| ☑ H. Verbatim reading of entire test | H. 407 |
| ☐ I. Other-proposed by Local Accountability Coordinator or by special education staff and approved by MSDE Assessment Office and MSDE Special Education staff | I. N/A |
| ☐ J. None required. | J. N/A |

Explain Difficulties in expressive andreceptive language

| V. RESPONSE ACCOMMODATIONS | Mainframe Codes |
|---|---|
| ☑ A. For machine-scored tests, student marks answers in test booklet. Transfer to answer sheet completed by school personnel | A. 500 |
| ☐ B. For selected response items, student indicates answers by pointing or other method | B. 501 |
| ☐ C. For constructed response (brief or extended) items, student tapes response for later verbatim transcription by school personnel | C. 502 |
| ☐ D. School personnel may check student's transferred responses (alignment and completeness of hand-filled bubbles) | D. 503 |
| ☑ E. For constructed response (brief or extended) items, student dictates response to examiner for verbatim transcription by school personnel | E. 504 |
| ☐ F. For constructed response (brief or extended) items or oral presentation, student signs response to interpreter of the deaf/hearing-impaired for translation | F. 505 |
| ☐ G. Other proposed by Local Accountability Coordinator or by special education staff and approved by MSDE Assessment Office and MSDE Special Education staff | G. N/A |
| ☐ H. None required. | H. N/A |

Explain Difficulties in expressive and receptive language



DISTRIBUTION: COPY 1/Student's Confidential Record; COPY 2/Service Provider(s); COPY 3/Parent

**MCPS Form 336-51, Rev. 11/03**

Office of Student and Community Services
Department of Special Education
MONTGOMERY COUNTY PUBLIC SCHOOLS
Rockville, Maryland 20850

**INDIVIDUALIZED EDUCATION PROGRAM**

**CONFIDENTIAL**

Student Name G___ (Last) S___ (First) ___ (MI) ID# 911937 Meeting Date ___/ 15 / 04

| PART I (Continuation): SUPPLEMENTARY AIDS AND SERVICES TO BE PROVIDED TO THE STUDENT OR ON BEHALF OF THE STUDENT | ANTICIPATED FREQUENCY/ RECOMMENDED USE |
|---|---|
| F. Consider the need for assistive technology (AT):<br>☐ AT devices or services are required (specify) ___<br>☐ Trial AT devices or services are recommended (specify) ___<br>☐ Considered but not required | |
| G. Manage behavior by:<br>☐ Conducting a functional behavioral assessment to be completed by ___/___/___<br>☐ Developing a behavioral intervention plan<br>☐ Identifying IEP goals and objectives<br>☐ Other ___<br>☐ Not required | |
| H. Provide alternative communication systems for students who are blind or visually impaired or deaf or hard of hearing.<br>☐ Braille (attach MCPS Form 336-82)<br>☐ Sign language<br>☐ Cued speech<br>☐ Auditory/oral<br>☐ Large print<br>☐ Other ___<br>☐ Not required | |
| I. Provide English language learner support by: ___<br>☐ Not required | |
| J. Provide support for school personnel by:<br>☐ Conducting staff training ___<br>☐ Providing consultation ___<br>☐ Other, e.g., mentoring, co-teaching ___<br>☐ Not required | |

121

Office of Student and Community Services
Department of Special Education
MONTGOMERY COUNTY PUBLIC SCHOOLS
Rockville, Maryland 20850

**INDIVIDUALIZED EDUCATION PROGRAM**
**CONFIDENTIAL**

Student name [redacted] (Last) S[redacted] (First) (MI) ID# 911937 Meeting date 03 / 15 / 04

(9) **Part II: NONPARTICIPATION WITH NONDISABLED PEERS**

A. **Academic Activities, Meals, and Recess:** Given the recommended supplementary aids and services (pages 6–7), identify the percentage of time in which the student will not participate with nondisabled peers in the general education environment. Refer to the chart on the reverse: ____ % If full participation is not possible, explain why:
special Education needs Warrant small class structure and routine to address these needs in reading language arts, written expression, and math.

B. **General School and Extracurricular Activities:** Given the recommended supplementary aids and services (pages 6–7), can the student participate with nondisabled peers in:

General school activities? ☐ Yes ☐ No. Explain why: ____

Extracurricular activities? ☐ Yes ☐ No. Explain why: ____

C. **Participation in County and State Assessments:** (*Note*: Does not apply to preschool children)

**COUNTY ASSESSMENTS**
ECAP ☐ Participate ☐ Exempt ☑ N/A
ESOL IPT ☐ Participate ☑ N/A

**STATE ASSESSMENTS (see directions on reverse)**
HSA ☐ Participate ☐ Exempt ☐ N/A

**TERRA NOVA (CTBS or CAT)** ☐ Participate ☐ N/A
**MSA** ☑ Participate ☐ N/A
**OR**
**Alt MSA** ☐ Participate ☐ N/A

Give the rationale for any exemptions ____

122

(10) **Part III: RECOMMENDED SPECIAL EDUCATION AND RELATED SERVICES.** Based on the student's unique needs and present levels of performance, the following specially designed instruction and related services are recommended. **NOTE:** For elementary students, total hours for A and B may not exceed 30 hours.

A. **Primary Special Education Services: Check only one:**

☑ Classroom instruction in the following subject areas: reading, math written language **OR**

☐ Speech/language services **OR** ☐ Adaptive PE **OR** ☐ Travel training

**ANTICIPATED FREQUENCY**

Preschool/Elementary Student ____ hours per week.

Secondary Student ____ periods per week **OR** ____ periods/blocks per day.

B. **Related Services To Support Instruction:**

| SERVICE | ANTICIPATED FREQUENCY |
|---|---|
| ☑ Speech/language services | 1.0 hrs. |
| ☐ Occupational therapy | |
| ☐ Physical therapy | |
| ☐ Other | |
| ☐ Other | |
| ☑ School health services | As per Individual Health Care Plan |
| ☐ None required | |

**PERCENTAGE OF TIME THE STUDENT WILL NOT PARTICIPATE IN GENERAL EDUCATION:**

| Hours/ Week | % Per Week | Hours/ Week | % Per Week | Hours/ Week | % Per Week | Hours/ Week | % Per Week | Hours/ Week | % Per Week | Hours/ Week | % Per Week | Hours/ Week | % Per Week | Hours/ Week | % Per Week |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0.5 | 2 (1.67) | 4.5 | 15 | 8.5 | 28 | 12.5 | 42 | 16.5 | 55 | 20.5 | 68 | 24.5 | 82 | 28.5 | 95 |
| 1.0 | .3 | 5.0 | 17 | 9.0 | 30 | 13.0 | 43 | 17.0 | 57 | 21.0 | 70 | 25.0 | 83 | 29.0 | 97 |
| 1.5 | 5 | 5.5 | 18 | 9.5 | 32 | 13.5 | 45 | 17.5 | 58 | 21.5 | 72 | 25.5 | 85 | 29.5 | 99 |
| 2.0 | 7 | 6.0 | 20 | 10.0 | 33 | 14.0 | 47 | 18.0 | 60 | 22.0 | 73 | 26.0 | 87 | 30.0 | 100 |
| 2.5 | 8 | 6.5 | 22 | 10.5 | 35 | 14.5 | 48 | 18.5 | 62 | 22.5 | 75 | 26.5 | 89 | | |
| 3.0 | 10 | 7.0 | 23 | 11.0 | 37 | 15.0 | 50 | 19.0 | 63 | 23.0 | 77 | 27.0 | 90 | | |
| 3.5 | 12 | 7.5 | 25 | 11.5 | 38 | 15.5 | 52 | 19.5 | 65 | 23.5 | 78 | 27.5 | 92 | | |
| 4.0 | 13 | 8.0 | 27 | 12.0 | 40 | 16.0 | 53 | 20.0 | 67 | 24.0 | 80 | 28.0 | 94 | | |

**Percent of Time for Seven-Period Day:** 1 = 14% 2 = 28% 3 = 42% 4 = 57% 5 = 71% 6 = 85% 7 = 100%

**Percent of Time for Eight-Period Day:** 1 = 12.5% 2 = 25% 3 = 37.5% 4 = 50% 5 = 62.5% 6 = 75% 7 = 87.5% 8 = 100%

**STATE ASSESSMENTS:** Check "exempt," only for students not currently working toward a diploma.

Check "Alt MSA," only for students whose disabilities prevent them from participating in TERRA NOVA (CTBS or CAT) or MSA even with accommodations.

**PRIMARY SPECIAL EDUCATION SERVICES:**

TYPES: Identify **one** only:
- Classroom Instruction: list the subject areas in which the student will receive special education
- Speech/language Services
- Adaptive PE
- Travel Training

ANTICIPATED FREQUENCY: For preschool/elementary students, identify the hours of service per week.
For secondary students, identify either the periods of special education per week **OR** periods/blocks of special education per day.

**RELATED SERVICES TO SUPPORT INSTRUCTION:**

TYPES:
- Audiology services
- Counseling services
- Medical services for diagnostic purposes only
- Occupational therapy
- Orientation and mobility
- Parent counseling services
- Physical therapy
- Psychological services
- Recreation
- School health services
- Speech/language pathology
- Vision

ANTICIPATED FREQUENCY: Identify the hours per week of service or, if needed, describe frequency.

**Office of Student and Community Services**
**Department of Special Education**
**MONTGOMERY COUNTY PUBLIC SCHOOLS**
**Rockville, Maryland 20850**

**INDIVIDUALIZED EDUCATION PROGRAM**
**LEAST RESTRICTIVE ENVIRONMENT: AGES 6-21 ONLY**
*CONFIDENTIAL*

Student Name G[redacted] (Last) S[redacted] (First) (MI) ID# 911937 Meeting Date 03/15/04 Birth Date [redacted]/[redacted]/96

(11) **PART IV: LEAST RESTRICTIVE ENVIRONMENT**: LRE reflects the setting where the student will receive special education instruction. LRE is not determined by the amount of special education services recommended. See reverse for definitions of each LRE option.

**Directions**: For each child who, on the last Friday of the October that is covered by this IEP, is/will be between the ages of 6–21, consider each option in the order listed until the IEP team recommends an option as the LRE. See definitions on reverse. **(Use page 9A for students ages 3-5.)** If the parent suggests a more restrictive environment, discuss the suggestion and document the consideration on page 14, Part I.

Given the student's IEP goals and objectives and the recommended supplementary aids and services, can the student be educated in:

- ☐ Yes ☑ No Outside the General Education Class Less Than 21% (LRE Code A)
- ☐ Yes ☑ No Outside the General Education Class Between 21 and 60% (LRE Code B)
- ☑ Yes ☐ No Outside the General Education Class More Than 60% (LRE Code C)
- ☐ Yes ☑ No Homebound Placement (LRE Code D)
- ☐ Yes ☑ No Hospital Placement (LRE Code E)
- ☐ Yes ☑ No Public Separate Day School (LRE Code F)
- ☐ Yes ☑ No Private Separate Day School (LRE Code G)
- ☐ Yes ☑ No Public Residential Facility (LRE Code H)
- ☐ Yes ☑ No Private Residential Facility or Center (LRE Code I)

Explain the rationale for the recommended LRE and the reasons for rejecting any lesser restrictive environment(s), including the benefits and harmful effects: Special education needs warrant small class structure and routine to address these needs in reading language arts, written language, and math.

124

(12) **Part V: PLACEMENT DECISION:** The placement is based on present levels of performance, IEP goals, and recommended special education and related services.

**Program** ________ **Location of services** ________

**Anticipated duration of services:** Start date __/__/__ End date __/__/__ Start date __/__/__ End date __/__/__ Annual review date __/__/__

(13) **Part VI: REFERRAL FOR CONSIDERATION OF ALTERNATIVE PLACEMENT:** ________ Start date __/__/__

☐ N/A ☐ Yes: Interim program ________ Location ________

(14) **Part VII SPECIALIZED TRANSPORTATION:**

☑ Specialized transportation because program is not at student's home school

☐ Specialized transportation to meet the needs of the student's disability: ☐ Child restraint ☐ Attendant ☐ Wheelchair lift

☐ N/A

(15) **Part VIII: ESY CONSIDERATIONS:** Is ESY being considered? ☐ Yes ☐ No. If "Yes," go to page 10 of MCPS Form 336-51. If "No," go to page 13 of MCPS Form 336-51.



DISTRIBUTION: COPY 1/Student's Confidential Record; COPY 2/Service Provider(s); COPY 3/Parent

**Office of Student and Community Services**
**Department of Special Education**
**MONTGOMERY COUNTY PUBLIC SCHOOLS**
**Rockville, Maryland 20850**

**INDIVIDUALIZED EDUCATION PROGRAM**
**EXTENDED SCHOOL YEAR**
**CONFIDENTIAL**

Student Name G[redacted] (Last) S[redacted] (First) ___ (MI) ID# 911937 Meeting Date 03 / 15 / 04

Current Placement (Program) LAD Current School Glenallan

**PART I: ESY NOTICE** – Parents/guardians were provided with the *ESY Brochure* and a copy of appeal procedures ☐ by mail ☐ at this IEP team meeting

**PART II: ESY DISCUSSION:** ESY services are provided if necessary to enable the student to receive **some educational benefit** from his/her educational program during the regular school year. They address **critical life skills goals** on the current IEP that have not yet been met. A **critical life skill** is any behavioral, academic, social or other skill the IEP team determines is critical to the student's overall educational progress and it appears that the student will fail to recover the skill in a reasonable time following school break. If necessary, attach MCPS Form 336-01: *Addendum to MCPS Form*, to document Section A or B.

A. ☐ No ☐ Yes **Does the student's current IEP include annual goals related to critical life skills?**

B. The IEP team discusses the following factors and explains the basis for its decisions regarding each factor:

**CRITICAL LIFE SKILLS**

1. ☑ No ☐ Yes
Is there a **likelihood of substantial regression of critical life skills** caused by the normal school break and a failure to **recoup** those lost skills in a reasonable time?
Explain ______

2. ☑ No ☐ Yes
Did the student fail to make an appropriate **degree of progress toward mastery of IEP goals related to critical life skills** during this school year?
Explain ______

**OTHER FACTORS**

3. ☐ No ☑ Yes
Does the student have any identifiable **emerging skills or breakthrough opportunities**?
Explain Reading and math

4. ☑ No ☐ Yes
Are there any **interfering behavior(s)**, such as stereotypic, ritualistic, aggressive or self-injurious behavior(s)?
Explain ______

5. ☑ No ☐ Yes
Are the **nature and severity of the student's disability** such that they should be considered?
Explain ______

6. ☑ No ☐ Yes
Are there **special circumstances** that should be considered, such as students in transition from school to work or in supported employment, late entry into school, excessive absence due to illness, or consideration for placement in a more restrictive setting?
Explain ______

C. ☐ No ☑ Yes Will the benefits the student receives from his/her educational program during the regular school year be significantly jeopardized if the student is not provided ESY? *Note:* ESY services are required under the IDEA *only* when such regression will substantially thwart the goal of meaningful progress, and the regression is followed by insufficient recoupment of the knowledge or skills when school resumes. The mere fact of likely regression is not a sufficient basis, because all students, disabled or not, may regress to some extent during lengthy breaks from school.

**PART III: PARENT CONCERNS/COMMENTS:** Document parent participation in the ESY decision-making: ______

**PART IV: DECISION OF THE IEP TEAM:** If the benefits the student will receive from his/her educational program will be significantly jeopardized if the student is not provided ESY, then ESY services must be recommended:

☐ ESY is NOT appropriate. Rationale ______

☑ ESY is appropriate. (Develop an ESY IEP, using pages 11 and 12 of MCPS Form 336-51.)

☐ The needs of the student require that a final ESY decision will be made at another IEP team meeting because ______

**Office of Student and Community Services**
**Department of Special Education**
**MONTGOMERY COUNTY PUBLIC SCHOOLS**
**Rockville, Maryland 20850**

**INDIVIDUALIZED EDUCATION PROGRAM**
**EXTENDED SCHOOL YEAR**
**CONFIDENTIAL**

Page 11

Student Name G[redacted] (Last) S[redacted] (First) (MI) ID# 911937 Meeting Date 03 / 15 / 04

Current Placement (Program) LAD Current School Glenallan

**Directions:** Refer to page 1 of MCPS Form 336-51 for present levels of performance and to the student's current IEP for critical life skills goals and objectives. (Use additional copies of page 11, if needed, and mark them 11A, 11B, etc., in the top right-hand corner.)

**PART I: INSTRUCTIONAL AREA** READING

**Part II: ANNUAL GOAL:** Identify one critical life skill goal or other goal on the current IEP that the student will work on during ESY:

S[redacted] will examine, construct and extend the meaning of a variety of self-selected and assigned texts by applying reading strategies.

☐ AT required.

**PART III: SHORT-TERM OBJECTIVES/BENCHMARKS:** Describe what the student is expected to accomplish, under what circumstances, to what level of mastery, and the procedure for evaluating achievement.

1-S[redacted] will use vowel-consonant sounds, consonant blends, and vowel-vowel sounds to make words; as measured by classroom assignments 80% of the time.

2-S[redacted] will know and use common (e.g., -ill,-ate) and complex (e.g., -ight) word families to decode unfamiliar words; as measured by classroom assignments 80% of the time.

**Service provider(s)** SET

**REPORT OF PROGRESS:** (Complete at the conclusion of ESY):

**PART I: INSTRUCTIONAL AREA** MATH

**Part II: ANNUAL GOAL:** Identify one critical life skill goal or other goal on the current IEP that the student will work on during ESY:

S[redacted] will demonstrate the ability to solve applied math problems.

☐ AT required.

**PART III: SHORT-TERM OBJECTIVES/BENCHMARKS:** Describe what the student is expected to accomplish, under what circumstances, to what level of mastery, and the procedure for evaluating achievement.

1. Given worksheets or manipulatives S[redacted] will exprress addition & subtraction situations using number sentences with 80% accuracy.

2. Given worksheets or manipulatives S[redacted] will write all related addition & subtraction sentences for given numbers by passing criteria on math objective assessments.

**Service provider(s)** SET

**REPORT OF PROGRESS:** (Complete at the conclusion of ESY):

126

Office of Student and Community Services
Department of Special Education
MONTGOMERY COUNTY PUBLIC SCHOOLS
Rockville, Maryland 20850

**INDIVIDUALIZED EDUCATION PROGRAM**
**EXTENDED SCHOOL YEAR**
**CONFIDENTIAL**

Student Name G[redacted] (Last) S[redacted] (First) ____ (MI) ID# 911937 Meeting Date 03 / 15 / 04

Current Placement (Program) LAD Current School Glenallan

**INSTRUCTIONAL SERVICES FOR ESY: DIRECTIONS:**

1. Identify the program for classroom instruction (e.g., Deaf/Hard of Hearing, School-Community Based Program, Transition, Vision, Preschool Education Program, etc.) and any recommended related services.
2. Specify the amount of time for each service.

**PART IV: NONPARTICIPATION WITH NONDISABLED PEERS:** Percentage of time the student will not participate with nondisabled peers during the ESY program: 100 %.

**PART V: SERVICES**

| ESY Services | Anticipated Frequency: Hours per Week | Anticipated Frequency: Duration (Start and End Dates) |
|---|---|---|
| **Primary Service:** ☐ Classroom Instruction (identify the program) ESY SCB/LAD Rockview Elementary | 15 | 7/6 - 7/30 |
| OR | OR | OR |
| ☐ Speech/Language Services | | |
| Include (if applicable): Related Services: | | - |
| | | - |
| | | - |

**Part VI: DETERMINATION OF LEAST RESTRICTIVE ENVIRONMENT:**

Taking into consideration the student's current least restrictive environment (LRE), recommend the student's ESY LRE. Use the number "1" to identify the setting in which the student will receive most of his/her ESY service. Check any other settings in which service will be provided.

General education school ____ Special education school ✓ Community ____ Job site ____ Other: (specify) ____

Explain the basis for the decision ____

**PART VII:** EVEN THOUGH MY CHILD QUALIFIES FOR ESY SERVICES, I **DECLINE** THE SERVICES RECOMMENDED BY THE IEP TEAM.

Signature, Parent ____ Date __/__/__ Signature, Parent ____ Date __/__/__

Office of Student and Community Services
Department of Special Education
MONTGOMERY COUNTY PUBLIC SCHOOLS
Rockville, Maryland 20850

**INDIVIDUALIZED EDUCATION PROGRAM**
**SUMMARY OF IEP TEAM DECISIONS**

**CONFIDENTIAL**

**NOTE:** This form documents the major decisions of the IEP team. Consult pages 1-12 for more detailed information. See reverse for additional information.

Student Name G[redacted] (Last) S[redacted] (First) ___ (MI) [redacted]/[redacted]/96 (Date of Birth) ID# 911937 Home school Glenallan

Decisions for School year 04 - 05 (grade 3) Meeting date 03 / 15 / 04

(16)

**PART I: ELIGIBILITY:** ☑ Eligible for special education Code(s) 08/04 OR ☐ Exiting from special education. Reason ______ Effective exit date ___/___/___

**PART II: SERVICES (include direct and indirect)**

**A. TYPE OF SERVICE**

Primary Special Education Service: classroom instruction

Related Service(s): speech language

**FREQUENCY OF SERVICE:** PRESCHOOL/ELEMENTARY: 24 hrs./wk.
SECONDARY: ___ periods/blocks/wk. OR ___ periods/blocks/day

PRESCHOOL/ELEMENTARY/SECONDARY
Hrs./wk. OR Describe Frequency
1.0

**B. PERCENTAGE OF TIME PER WEEK THE STUDENT WILL NOT BE IN GENERAL EDUCATION CLASSES OR ACTIVITIES** (see reverse): 80 %

128

**C. LRE: Check the LRE recommended on page 9A or 9B (See reverse side of page 9A and 9B)**
☐ A ☐ B ☑ C ☐ D ☐ E ☐ F ☐ G ☐ H ☐ I ☐ J ☐ K ☐ L ☐ M ☐ N ☐ O

**PART III: ADDITIONAL INFORMATION**

Last evaluation IEP team meeting date 03/15/04
Re-evaluation recommended? ☑ No ☐ Yes Re-evaluation to be completed by 03/17/06
Extended school year services recommended? ☐ No ☑ Yes ☐ N/A (not an annual review meeting)
Transition services recommended? ☐ No ☐ Yes ☑ N/A
Participation in County and State Assessments: Are testing accommodations required? ☐ No ☑ Yes

**COUNTY ASSESSMENTS:** ECAP ☐ Participate ☐ Exempt ☑ N/A
ESOL IPT ☐ Participate ☑ N/A

**STATE ASSESSMENTS**
TERRA NOVA (CTBS or CAT) ☐ Participate ☑ N/A
MSA ☑ Participate ☐ N/A OR Alt MSA ☐ Participate ☑ N/A
HSA ☐ Participate ☐ Exempt ☑ N/A

**PART IV: PLACEMENT**

Program: LAD Location of Services (assigned school) Glenallan
Service Coordinator: ☑ Special Educator ☐ Speech/language Pathologist ☐ Placement Specialist
Referral for consideration of an alternative placement? ☐ No ☐ Yes If "Yes," interim placement: Program ______ Location ______
DATES: Start 08/30/04 Proj. end 06/15/05 Start ___/___/___ Proj. end ___/___/___ Annual Review ___/___/___

**PART V: AUTHORIZATIONS**

A. **Initial IEP only:** I/we approve the goals and objectives and authorize MCPS staff to implement this initial IEP. My/our rights to appeal the educational services/program recommendations have been explained. I/we authorize MCPS to forward information for the Special Services Information System to the Maryland State Department of Education. I/we understand that this IEP will be maintained in a confidential file.

______ Signature, Parent ___/___/___ Date ______ Signature, Parent ___/___/___ Date ______ Signature, IEP Chair ___/___/___ Date

B. **Subsequent IEPs:** IEP has been approved by: ☐ Parent Initials PGK Date 3/15/04 AND/OR ☐ IEP Chair on behalf of IEP team Initials RSD Date 3/17/04

# INFORMATION NEEDED FOR COMPLETING SUMMARY OF IEP DECISIONS

**DISABILITY CODES:** Note: Code 11 (child in need of assessment) may not be used. Students who are in the process of being screened and evaluated for eligibility under IDEA should be entered on the Special Education Data System under the MCPS code 190. Code 15, Developmental delay, may be used only for preschool students and only a central IEP team may make this decision.

01 Mental retardation
02 Hearing impairment
03 Deafness
04 Speech/language impairment
05 Visual impairment
06 Emotional disturbance
07 Orthopedic impairment
08 Other health impairment
09 Specific learning disability
10 Multiple disabilities
12 Deaf/blindness
13 Traumatic brain injury
14 Autism
15 Developmental delay

**SERVICES:**

**PRIMARY SPECIAL EDUCATION:** Classroom instruction **OR** Speech/language services **OR** Adaptive PE **OR** Travel training

**RELATED SERVICES:**
Audiology services
Counseling services
Medical services for diagnostic purposes only
Occupational therapy
Orientation and mobility
Parent counseling services
Physical therapy
Psychological services
Recreation
School health services
Specialized transportation
Speech/language pathology
Vision
Other

**PERCENTAGE OF TIME THE STUDENT WILL NOT PARTICIPATE IN GENERAL EDUCATION**

| Hours Week | % Per Week | Hours Week | % Per Week | Hours Week | % Per Week | Hours Week | % Per Week | Hours Week | % Per Week | Hours Week | % Per Week | Hours Week | % Per Week | Hours Week | % Per Week |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0.5 | 2 (1.67) | 4.5 | 15 | 8.5 | 28 | 12.5 | 42 | 16.5 | 55 | 20.5 | 68 | 24.5 | 82 | 28.5 | 95 |
| 1.0 | 3 | 5.0 | 17 | 9.0 | 30 | 13.0 | 43 | 17.0 | 57 | 21.0 | 70 | 25.0 | 83 | 29.0 | 97 |
| 1.5 | 5 | 5.5 | 18 | 9.5 | 32 | 13.5 | 45 | 17.5 | 58 | 21.5 | 72 | 25.5 | 85 | 29.5 | 99 |
| 2.0 | 7 | 6.0 | 20 | 10.0 | 33 | 14.0 | 47 | 18.0 | 60 | 22.0 | 73 | 26.0 | 87 | 30.0 | 100 |
| 2.5 | 8 | 6.5 | 22 | 10.5 | 35 | 14.5 | 48 | 18.5 | 62 | 22.5 | 75 | 26.5 | 89 | | |
| 3.0 | 10 | 7.0 | 23 | 11.0 | 37 | 15.0 | 50 | 19.0 | 63 | 23.0 | 77 | 27.0 | 90 | | |
| 3.5 | 12 | 7.5 | 25 | 11.5 | 38 | 15.5 | 52 | 19.5 | 65 | 23.5 | 78 | 27.5 | 92 | | |
| 4.0 | 13 | 8.0 | 27 | 12.0 | 40 | 16.0 | 53 | 20.0 | 67 | 24.0 | 80 | 28.0 | 94 | | |

**Percent of Time for Seven-Period Day:** 1 = 14% 2 = 28% 3 = 42% 4 = 57% 5 = 71% 6 = 85% 7 = 100%
**Percent of Time for Eight-Period Day:** 1 = 12.5% 2 = 25% 3 = 37.5% 4 = 50% 5 = 62.5% 6 = 75% 7 = 87.5% 8 = 100%

**LEAST RESTRICTIVE ENVIRONMENT DESCRIPTORS:**

**Students Aged 3-5 Only**
Home
Itinerant setting
Reverse mainstreaming
Early childhood setting
Early childhood special education setting
Part-time early childhood/part-time Early childhood special education setting

**Students Aged 3-21 Only**
Hospital placement
Public separate day school
Public residential facility
Private residential facility or center

**Students Aged 6-21 Only**
Outside general education class less than 21%
Outside general education class between 21 and 60%
Outside general education class more than 60%
Homebound placement

Office of Student and Community Services
Department of Special Education
MONTGOMERY COUNTY PUBLIC SCHOOLS
Rockville, Maryland 20850

FOLLOW-UP
INDIVIDUALIZED EDUCATION PROGRAM
TEAM MEETING
*CONFIDENTIAL*

Student Name G[redacted] (*Last*) S[redacted] (*First*) ____ (*MI*) ID# 911937

School Glenallan Meeting date 03 / 15 / 04

**Directions:** At the conclusion of the meeting, complete the appropriate parts below.

**PART I: PRIOR NOTICE:** Describe any **requests for services** that parents wanted included in the IEP that were not considered appropriate by the IEP team or any other options considered but rejected by the IEP team. Indicate the IEP team's rationale and identify the basis for the decision (e.g., assessment report, progress report, etc.).

17

☐ Not Applicable

**PART II: DISCUSSION OF DUE PROCESS RIGHTS**

☐ Explain the parent's appeal rights, including those associated with ESY; answer any questions they may have about other due process rights or refer them to the appropriate MCPS administrative office

**PART III: FOLLOW-UP REQUIRED**: Identify the persons responsible and due dates.

☐ Refer to central IEP team ____

☐ Forward ESY packet to the central office ____

☐ Forward referrals to ____: ____

☐ Forward Medicaid authorization to central office ____

☐ Notify ____ to review private assessment ____

☐ Notify ____ to review private assessment ____

☐ Schedule any required IEP team meeting ____

☐ Other ____

☐ Other ____

**Office of Student and Community Services**
**Department of Special Education**
**MONTGOMERY COUNTY PUBLIC SCHOOLS**
**Rockville, Maryland 20850**

**FOLLOW-UP**
**INDIVIDUALIZED EDUCATION PROGRAM TEAM**
**TEAM MEETING**
*CONFIDENTIAL*

Student Name G[redacted] (Last) S[redacted] (First) (MI) ID# 911937

School Glenallan Meeting date 03/15/04

## PART IV: MEDICAL ASSISTANCE AUTHORIZATION

The purpose of this section is to obtain parental authorization for MCPS to seek federal reimbursement for **case management** services to students with disabilities who are or become eligible for Medical Assistance (Medicaid) during the period covered by the IEP. Currently, for reimbursement purposes under the law, case management requires once-a-month contact by the designated case manager with either the student or the parent concerning the student's progress on IEP goals. This service is routinely provided to special education students and will not require any additions to a student's IEP. Reimbursement, however, will ultimately benefit all MCPS special education students.

### At the Conclusion of the Annual Review or Initial Eligibility IEP Team Meeting

When the student is first identified as eligible for special education and thereafter at the annual review, the IEP team chair (or other designated IEP team member) should ask the parent to write his/her initials in the space provided below. Parents should be assured that authorizing such reimbursement does not affect their child's eligibility for Medical Assistance benefits. Likewise, there are no consequences for parents of children who are not now or do not become eligible for Medical Assistance during the course of the IEP's effectiveness. Initialing the form simply enables MCPS to reduce the paperwork needed to access federal reimbursement. It has no bearing on the IEP or its implementation. No further action will be required of the parent.

If any parent declines to initial the form, MCPS will not bill for any case management service, despite the student's Medical Assistance eligibility. Case management by the student's service coordinator will still be provided as part of implementation of the student's IEP; however, MCPS will not receive reimbursement for this service.

If parents have any questions concerning Medical Assistance, they may contact the MCPS Department of Special Education at 301-279-3714 or 301-279-3170.

### After the Annual Review or Initial Eligibility IEP Team Meeting

Detach this sheet (MCPS Form 336-51, page 14a) and send to the Special Education Office – Room 208, CESC.

Under the Code of Maryland Regulations 10.09.52, public schools may seek reimbursement from federal sources for case management services provided to students with disabilities who are eligible under the State of Maryland Medical Assistance Program. Parents, as members of the IEP team, participate in the selection of a case manger for this service. This service does not restrict or otherwise affect a participant's eligibility for Medical Assistance.

**If my child is or becomes eligible**, I authorize MCPS to seek reimbursement for case management: PCA
*Parent's initials*

Office of the Deputy Superintendent of Schools
MONTGOMERY COUNTY PUBLIC SCHOOLS
Rockville, Maryland 20850

ADDENDUM TO MCPS FORMS

MCPS Form ____________

INSTRUCTIONS: Use this addendum when additional space is needed on an MCPS Form. Enter the number of the form in the space above and identify each item being continued. Attach this addendum to the form.

The team met today for S[redacted]'s annual review. The OT's report was shared. She has dismissed from OT consultation service. Sebastian participates in class discussions and has good phonemic awareness. He does well with Geometry. S[redacted] has difficulty comprehending text and making inferences. He has difficulty with computation and telling time. He has difficulty moving from the concrete to abstract concepts. Goals were developed to address his needs. Mrs McCarther recommends that S[redacted] remain in the LAD class. Mrs McCarther notes that S[redacted] has made a lot of progress due to the support he receives from working at home with his parents. S[redacted] is making progress in speech. He is able to follow simple multi-step directions and understands prepositions. He needs to expand his vocabulary and needs a lot of repetition. Goals were developed to meet his needs. He will receive one hour of speech therapy. if S[redacted]'s parents

MCPS Form 336-01, Rev. 3/97 DISTRIBUTION: Same as attached form.

Office of the Deputy Superintendent of Schools
MONTGOMERY COUNTY PUBLIC SCHOOLS
Rockville, Maryland 20850

**ADDENDUM TO MCPS FORMS**

MCPS Form ____________

**INSTRUCTIONS:** Use this addendum when additional space is needed on an MCPS Form. Enter the number of the form in the space above and identify each item being continued. Attach this addendum to the form.

and the rest of the team feel [redacted] needs more speech service, the team can meet again and increase the amount of speech service. The team reviewed the testing accommodations on the IEP. The IEP was signed. The team discussed ESY. ESY service for Sebastian is recommended.

**MCPS Form 336-01, Rev. 3/97** DISTRIBUTION: Same as attached form.

**Discharge Summary from OT Services**
**For S[redacted] G[redacted], 2003-04**

S[redacted] G[redacted] has received consult occupational therapy services this year to address maintenance of previously learned skills. This therapist has been in regular consult with S[redacted] teacher and she reports that he has no difficulty functioning independently in the classroom. He has gross and fine motor skills that are appropriate for the classroom and he finished assignments on time.

S[redacted] uses a pencil grip that maintains the writing or coloring tool firmly in the web space with a thumb wrap but this grip appears to be functional for him. There is dynamic movement in the fingers and he has good pencil control. His writing is consistently on the line, well spaced and most of the letters well formed. There are no reversals and his writing is completely legible.

S[redacted] has required no occupational therapy intervention this year. He needs an occasional verbal cue to stabilize his writing paper with the right hand as he writes with his left. He has mastered manuscript writing and has the skill to produce legible script. However, S[redacted] fatigues by the end of the day and this should be addressed with accommodations in his IEP.

Jacqueline Barth, OTR/L

Jacqueline Barth, OTR/L
Montgomery County Public Schools