# Glenallan Elementary School



12520 Heurich Road
Wheaton, Maryland 20902
(301) 929-2014

Date: _11-10-04_

Re: _____

Dear Parent:

Under IDEA (Individuals with Disabilities Education Act), schools are responsible for reporting student progress toward IEP goals on a quarterly basis. Therefore, enclosed please find your child's instructional goals and objectives with progress noted.

Please let us know if you have any questions about your child's program or performance.

Sincerely,

Ronnie Fields
Principal

**PLAINTIFF'S EXHIBIT**

_SG7_

135

⑦

**Office of Instruction and Program Development**
**Department of Special Education**
**MONTGOMERY COUNTY PUBLIC SCHOOLS**
Rockville, Maryland 20850

**INDIVIDUALIZED EDUCATION PROGRAM**
**INSTRUCTIONAL GOALS AND OBJECTIVES**
**CONFIDENTIAL**

Page 5

| Student Name C█████ | | S██████ | | | ID# ___91937___ Meeting Date 03 / 15 / 04 |
| Last | | First | | MI | |

**PART I: INSTRUCTIONAL AREA** ___MATH___
(Refer to MCPS Form 336-51 for present levels of performance.)

**PART II: ANNUAL GOAL: Identify one annual goal per page** that the student can reasonably be expected to accomplish within one school year ___2004___ through ___2005___.
Note: The goals and objectives/benchmarks are considered **draft recommendations** until approved.

**GOAL** S█████ will demonstrate the ability to tell time & solve applied math problems.

**PART III: SHORT-TERM OBJECTIVES/BENCHMARKS:** Describe what the student is expected to accomplish, under what circumstances, to what level of mastery, and the procedure for evaluating achievement. (Use additional copies of page 5, if needed, and mark them 5A, 5B, etc., in the top right-hand corner.)

| | PROGRESS (Indicate date and code) | | | |
|---|---|---|---|---|
| | 11/04 | 1/05 | 4/05 | 6/05 |
| 1. Given worksheets and/or manipulatives, S█████ will read and write the time to the minute using A.M. and P.M. with 90% accuracy and/or by passing criteria on CBA. | 1 | | | |
| 2. Given a worksheet and/or a clock, S█████ will read time on a clock and set the clock to a given time using manipulatives (as needed) with 90% accuracy and/or by passing criteria on CBA. | 1 | | | |
| 3. Given worksheets or manipulatives S█████ will express addition and subtraction situations using number sentences with 90% accuracy. | 3 | | | |
| 4. Given worksheets or manipulatives S█████ will write all related addition and subtraction sentences for given numbers by passing criteria on CBA. | 3 | | | |

Service provider(s) ___Special Education Teacher___

**PROGRESS CODES:** Progress toward each annual goal is measured by the attainment of evaluation criteria for specific short-term objectives under that goal. Each marking period parents will be notified in writing concerning progress on annual IEP goals. **CODES 5**=the objective has been met; **4**=progress has been made and it appears the objective will be met by the end of the duration of the IEP; **3**=progress has been made toward the objective, but the objective may not be met by the end of the duration of the IEP; **2**=progress is not sufficient to meet this objective by the end of the duration of the IEP; **1**=this objective was not addressed during this reporting period.

MCPS Form 336-51, Rev. 1/03

DISTRIBUTION: COPY 1/Student's Confidential Record; COPY 2/Service Provider(s); COPY 3/Parent

Page 5 of 14

136

Office of Instruction and Program Development
Department of Special Education
MONTGOMERY COUNTY PUBLIC SCHOOLS
Rockville, Maryland 20850

**INDIVIDUALIZED EDUCATION PROGRAM
INSTRUCTIONAL GOALS AND OBJECTIVES
CONFIDENTIAL**

Page 5

(7)

Student Name  C━━
            Last                          First                    MI          ID# ___911937___    Meeting Date 03 / 15 / 04

**PART I: INSTRUCTIONAL AREA** READING: CUEING SYSTEMS
(Refer to MCPS Form 336-51 for present levels of performance.)

Part II: **ANNUAL GOAL**: Identify **one annual goal per page** that the student can reasonably be expected to accomplish within one school year ___2004___ through ___2005___
*Note*: The goals and objectives/benchmarks are considered draft **recommendations** until approved.

**GOAL**: S━━━ will examine, construct and extend the meaning of a variety of self-selected and assigned texts by applying reading strategies.

**PART III: SHORT-TERM OBJECTIVES/BENCHMARKS**: Describe what the student is expected to accomplish, under what circumstances, to what level of mastery, and the procedure for evaluating achievement. (Use additional copies of page 5, if needed, and mark them 5A, 5B, etc., in the top right-hand corner.)

| | 1/04 | 1/05 | 4/05 | 6/05 |
|---|---|---|---|---|
| | **PROGRESS** (indicate date and code) | | | |
| 1-S━━ will use vowel-consonant sounds, consonant blends, and vowel-vowel sounds to make words; as measured by classroom assignments 80% of the time. | 1.3 | | | |
| 2-S━━ will know and use common (e.g., -ill, -ate) and complex (e.g., -ight) word families to decode unfamiliar words; as measured by classroom assignments 80% of the time. | 2.3 | | | |
| 3-S━━ will read high-frequency and common, irregular sight words (e.g., have, said, the, of); as measured by classroom assignments 80% of the time. | 3.3 | | | |
| 4-S━━ will recognize compound words, contractions, common abbreviations and common syntax; as measured by classroom assignments 80% of the time. | 4.3 | | | |
| 5-S━━ will read root words (e.g., smile) and their various inflections (e.g., smiles, smiling, smiled), as measured by classroom assignments 80% of the time. | 5.3 | | | |

Service provider(s)  Special Education Team (SET)

**PROGRESS CODES:** Progress toward each annual goal is measured by the attainment of evaluation criteria for specific short-term objectives under that goal. Each marking period parents will be notified in writing concerning progress on annual IEP goals. **CODES: 5=**the objective has been met; **4=**progress has been made and it appears the objective will be met by the end of the duration of the IEP; **3=**progress has been made toward the objective, but the objective may not be met by the end of the duration of the IEP; **2=**progress is not sufficient to meet this objective by the end of the duration of the IEP; **1=**this objective was not addressed during this reporting period.

MCPS Form 336-51, Rev. 1/03                    DISTRIBUTION: COPY 1/Student's Confidential Record; COPY 2/Service Provider(s); COPY 3/Parent                    Page 5 of 14

137

Office of Instruction and Program Development
Department of Special Education
**MONTGOMERY COUNTY PUBLIC SCHOOLS**
Rockville, Maryland 20850

**INDIVIDUALIZED EDUCATION PROGRAM**
**INSTRUCTIONAL GOALS AND OBJECTIVES**
**CONFIDENTIAL**

Page 5

(7)

| Student Name | C░░ | S░░ | M░ | ID# 911937 | Meeting Date 03 / 15 / 04 |
| --- | --- | --- | --- | --- | --- |
| | *Last* | *First* | *MI* | | |

**PART I: INSTRUCTIONAL AREA** READING COMPREHENSION
(Refer to MCPS Form 336-51 for present levels of performance.)

**Part II: ANNUAL GOAL:** Identify one annual goal per page that the student can reasonably be expected to accomplish within one school year. 2004 through 2005
Note: The goals and objectives/benchmarks are considered **draft recommendations** until approved.

**GOAL** S░░░░░ will examine, construct and extend the meaning of a variety of self-selected and assigned texts by applying reading strategies.

**PART III: SHORT-TERM OBJECTIVES/BENCHMARKS:** Describe what the student is expected to accomplish, under what circumstances, to what level of mastery, and the procedure for evaluating achievement. (Use additional copies of page 5. If needed, and mark them 5A, 5B, etc., in the top right-hand corner.)

|  | PROGRESS (Indicate date and code) | | | |
| --- | --- | --- | --- | --- |
|  | *1/04* | *1/05* | *4/05* | *6/05* |
| 1-S░░░░ will follow simple written instructions and describe the importance of specific steps, as measured by classroom assignments 80% of the time or stance questions 2/3 times. | 1.3 | | | |
| 2-S░░░░ will extract appropriate and significant information from the text, as measured by classroom assignments 80% of the time or stance question 2/3 times. | 2.3 | | | |
| 3-S░░░░ will follow simple written directions and identify additional information needed to perform the task; as measured by classroom assignments 80% of the time or stance question 2/3 times. | 3.3 | | | |
| 4.When reading text, S░░░░ will use (word meaning, language structure and letter/sound relationships) to demonstrate comprehension of text in daily reading lessons (80% of the time) as measured by teacher observation record. | 4.3 | | | |

Service provider(s)  Special Education Team (SET)

**PROGRESS CODES:** Progress toward each annual goal is measured by the attainment of evaluation criteria for specific short-term objectives under that goal. Each marking period parents will be notified in writing concerning progress on annual IEP goals. **CODES: 5=**the objective has been met; **4=**progress has been made and it appears the objective will be met by the end of the duration of the IEP; **3=**progress has been made toward the objective, but the objective may not be met by the end of the duration of the IEP; **2=**progress is not sufficient to meet this objective by the end of the duration of the IEP; **1=**this objective was not addressed during this reporting period.

MCPS Form 336-51, Rev. 1/03          DISTRIBUTION: COPY 1/Student's Confidential Record; COPY 2/Service Provider(s); COPY 3/Parent          Page 5 of 14

Office of Instruction and Program Development
Department of Special Education
MONTGOMERY COUNTY PUBLIC SCHOOLS
Rockville, Maryland 20850

INDIVIDUALIZED EDUCATION PROGRAM
INSTRUCTIONAL GOALS AND OBJECTIVES
CONFIDENTIAL

Page 5

Student Name: C█████
Last

S█████████
First

MI

ID# ___911937___ Meeting Date _03_/_15_/_04_

**(7)**

**PART I: INSTRUCTIONAL AREA** WRITTEN COMMUNICATION
(Refer to MCPS Form 336-51 for present levels of performance.)

**PART II: ANNUAL GOAL:** Identify **one annual goal per page** that the student can reasonably be expected to accomplish within one school year __2004__ through __2005__
*Note:* The goals and objectives/benchmarks are considered **draft recommendations** until approved.

**GOAL:** S█████ will produce informational, practical, persuasive, and narrative writing that demonstrates an awareness of the writing process.

**PART III: SHORT-TERM OBJECTIVES/BENCHMARKS:** Describe what the student is expected to accomplish, under what circumstances, to what level of mastery, and the procedure for evaluating achievement. (Use additional copies of page 5, if needed, and mark them 5A, 5B, etc., in the top right-hand corner.)

| | | PROGRESS (Indicate date and code) | | | |
|---|---|---|---|---|---|
| | | 1/04 | 1/05 | 4/05 | 6/05 |
| 1-S█████ will group related ideas and maintain a consistent focus as measured by classroom assignments 80% of the time. | | 1.3 | | | |
| 2-S█████ will develop a topic sentence and supporting sentences; as measured by classroom assignments 80% of the time. | | 2.3 | | | |
| 3-S█████ will develop a descriptive paragraph using relevant descriptions, including sensory details, personal experiences and observations; as measured by classroom assignments 80% of the time. | | 3.3 | | | |
| 4-S█████ will create a piece of writing and conference with the teacher to add, delete, or change ideas; as measured by classroom assignments 80% of the time. | | 4.3 | | | |
| 5-S█████ will write to express personal ideas in stories, poems and other writings that:<br>· Convey a message<br>· Include details<br>· as measured by classroom assignments 80% of the time. | | 5.3 | | | |

Service provider(s): ___Special Education Team (SET)___

**PROGRESS CODES:** Progress toward each annual goal is measured by the attainment of evaluation criteria for specific short-term objectives under that goal. Each marking period parents will be notified in writing concerning progress on annual IEP goals. **CODES: 5**=the objective has been met; **4**=progress has been made and it appears the objective will be met by the end of the duration of the IEP; **3**=progress has been made toward the objective, but the objective may not be met by the end of the duration of the IEP; **2**=progress is not sufficient to meet this objective by the end of the duration of the IEP; **1**=this objective was not addressed during this reporting period.

MCPS Form 336-51, Rev. 1/03

DISTRIBUTION: COPY 1/Student's Confidential Record; COPY 2/Service Provider(s); COPY 3/Parent

Page 5 of 14

Office of Instruction and Program Development
Department of Special Education
MONTGOMERY COUNTY PUBLIC SCHOOLS
Rockville, Maryland 20850

INDIVIDUALIZED EDUCATION PROGRAM
INSTRUCTIONAL GOALS AND OBJECTIVES
CONFIDENTIAL

Page 5

⑦

Student Name _____ G___

Last          First          S_____          MI          ID# __911937__   Meeting Date __03__/__15__/__04__

**PART I: INSTRUCTIONAL AREA** _LANGUAGE SKILLS_
(Refer to MCPS Form 336-51 for present levels of performance.)

**Part II: ANNUAL GOAL:** Identify **one annual goal per page** that the student can reasonably be expected to accomplish within one school year __2004__ through __2005__.
*Note:* The goals and objectives/benchmarks are considered **draft recommendations** until approved.

**GOAL:** S_____ will understand and use the structures and conventions of the English Language in their oral and written communications.

**PART III: SHORT-TERM OBJECTIVES/BENCHMARKS:** Describe what the student is expected to accomplish, under what circumstances, to what level of mastery, and the procedure for evaluating achievement. (Use additional copies of page 5, if needed, and mark them 5A, 5B, etc., in the top right-hand corner.)

| | PROGRESS (Indicate date and code) |
|---|---|

| | 4/04 | 1/05 | 4/05 | 6/05 |
|---|---|---|---|---|
| 1-S_____ will identify and use Standard English language conventions correctly to communicate clearly, including: | | | | |
| a. Sentence structure (e.g., simple, compound, complex sentences) | a. 3 | | | |
| b. Punctuation (e.g., end marks, commas, in sentences) | b. 3 | | | |
| c. Grammar (e.g., parts of speech such as nouns, verbs, and pronouns) | c. 3 | | | |
| d. Capitalization (e.g., countries, names, months) | d. 3 | | | |
| e. Usage (e.g., subject/verb agreement by number) | e. 3 | | | |
| 2-S_____ will use language appropriate for specific audience, purpose, and context, as measured by classroom assignments 2 out of 3 times. | 2. 3 | | | |
| 3-S_____ will spell correctly assigned high frequency words and words with specific spelling patterns, as measured by classroom assignments 2 out of 3 times. | 3. 3 | | 3 | 140 |

Service provider(s) __Special Education Team (SET)__

**PROGRESS CODES:** Progress toward each annual goal is measured by the attainment of evaluation criteria for specific short-term objectives under that goal. Each marking period parents will be notified in writing concerning progress on annual IEP goals. **CODES:** 5=the objective has been met. 4=progress has been made and it appears the objective will be met by the end of the duration of the IEP. 3=progress has been made toward the objective, but the objective may not be met by the end of the duration of the IEP. 2=progress is not sufficient to meet this objective by the end of the duration of the IEP. 1=this objective was not addressed during this reporting period.

MCPS Form 336-51, Rev. 1/03          DISTRIBUTION: COPY 1/Student's Confidential Record; COPY 2/Service Provider(s); COPY 3/Parent          Page 5 of 14

**Patricia H. Papero, Ph.D.**
**Licensed Clinical Psychologist**
**District of Columbia License No. 1184**
**Maryland License No. 1643**
**6436 Barnaby Street N.W.**
**Washington, D.C. 20015**
**(301) 565-0534 – Ext. 266**

The following report is <u>confidential</u> and may not be further released
without the signed, informed consent of the parent/legal guardian

**PSYCHOLOGICAL EVALUATION**

**NAME:** S▬▬▬▬ G▬▬
**DOB:** ▬▬▬▬, 1996
**DATE TESTED: JANUARY 16, 2005**
**CHRONOLOGICAL AGE: 8 YEARS, 7 MONTHS**

**REASON FOR REFERRAL**

S▬▬▬ G▬ was seen for a brief psychological evaluation at the request of his parents, Drs.
Aleksandra Parpura-Gill and Harwant Gill, to assist in monitoring of neurocognitive
development in relation to medical issues and to make input into educational planning.  Please
see the comprehensive neuropsychological evaluation completed by this clinician in May 2003
for detailed history and an extensive report regarding S▬▬▬'s brain-related strengths and
weaknesses across the major neuropsychological domains (Neuropsychological Evaluation
Report, Papero, June 14, 2003).  The immediate goal of the current evaluation is to update
general ability and academic achievement information for independent school applications for
the 2005-2006 school year.

Interim history provided by mother indicates that S▬▬▬ has made steady progress in all areas of
development since the earlier evaluation.  His health has been stable.  While he suffered an acute
medical injury about three months ago (epidural hematoma as a result of an accident resulting in a
head injury from a fall at a skating rink), he was hospitalized and treated effectively on an emergent
basis, and there has been no evidence suggesting any neurologic sequelae.  Educationally, S▬▬▬
is enrolled in a Learning and Academic Disabilities special education program in Montgomery
County, MD.

**TESTS ADMINISTERED**

The *Wechsler Intelligence Scale for Children – Fourth Edition (WISC-IV)* was administered to
evaluate intellectual functioning. *The Woodcock-Johnson Tests of Achievement – Third Edition
(WJ-III)* were administered to assess skill development in reading, math, and written language.

**BEHAVIORAL OBSERVATIONS**

As on previous assessment, S▬▬▬ presented for evaluation as a very pleasant, friendly child
who had no difficulty separating from his mother to begin testing.  He was cooperative with all
procedures although he needed coaxing and a small amount of extra support and structure to get

141


PLAINTIFF'S
EXHIBIT
SG 8

started on writing tasks on the *WJ-III*. S██████ was able to remain seated without difficulty, but he was quite fidgety from the start. He tended to seek tactile stimulation through running his hands over the desk top, along the spiral binding of testing materials, etc. He also hummed or made mouth noises quietly a few times. However, he did not appear as easily distracted visually or auditorily as on our prior evaluation. He asked fairly frequently for breaks but could work a little longer if deemed necessary before it was an appropriate break time. While he demonstrated reasonable confidence on a range of nonverbal tasks, he seemed perhaps less sure of himself on verbal question and answer tasks than on our baseline testing, possibly stemming from a growing awareness that he can't respond verbally as well as children who don't have his degree of language disability. S██████ appeared somewhat tired from the start, yawning some and rubbing his eyes occasionally. However, he actually held up very well, working from 9:10 in the morning until shortly after 1 pm, with three breaks.

S██████s affect was generally fairly flat, but he brightened and smiled occasionally when he had worked especially hard and was given well deserved praise. He also brightened and showed heightened attention when the examiner increased her level of animation with him, suggesting that this is a potentially effective way to pull for more directed energy from him when he starts to disengage. He generally worked quite hard on both verbal and visual tasks when given a very modest amount of support and praise. The only tangible reinforcers used were a series of smiling faces introduced during the achievement testing, later in the morning, in order to help with motivation. This small amount of structure did appear important at this point in keeping Sebastian positive and engaged.

S██████ liked being timed, and he generally was able to work for speed effectively. In contrast, the interference of receptive and expressive language problems was evident throughout testing and detracted from S██████s ability to respond to questions, understand directions, and complete tasks with any language element at all, including tasks such as math word problems. S██████ often tended to remain silent for quite a while after being asked a question, and this was clearly due to a combination of listening comprehension, word retrieval, and oral language formulation problems rather than being due to attention problems. S██████ did not seem to have any effective way to indicate to the examiner that he was stymied, however, which created the impression at times that he was not attending. Speech articulation was adequate for full intelligibility approximately 90 percent of the time, but lack of well articulated speech was notable. Errors in sentence structure and grammar were notable also but generally did not detract from comprehension.

S██████ was a sweet and enjoyable child with whom to work. He tested the limits in terms of behavioral compliance just twice, in both cases when he didn't want to have to write, announcing, "I don't want to", pouting purposefully, and turning away. He was able to re-engage and start the task at hand within just a few seconds each time when the examiner waited him out. He remained consistently polite and clearly wanted to do the right thing. He appeared mildly immature from a general developmental perspective and was a little shy with an adult he did not remember well. While he warmed up, he remained slightly shy. He made eye contact easily. As in our prior assessment, S██████ did not tend to show peaks of anxiety or frustration in relation to difficult tasks except when he needed to get started on writing sentences. He no longer showed quite as much struggle with maintenance of effort on hands-on visual-spatial problem-solving.

Given S██████ good level of cooperation and effort, the results of the evaluation can be considered to provide a reasonably accurate picture of his typical functioning. However, given

attention issues and moderate difficulty sustaining maximal effort, it is likely the *WISC-IV* results may underestimate S███████s reasoning potential to a modest extent.

## WECHSLER RESULTS

S███████ attained a Verbal Comprehension Index Standard Score of 79 (borderline range, 8th percentile) and a Perceptual Reasoning Index Standard Score of 102 (average range, 55th percentile). In addition to the verbal and perceptual reasoning factors, the *WISC-IV* includes two information processing factors. Scores on these factors were as follows: Working Memory Index Standard Score 71 (borderline range, 3rd percentile) and Processing Speed Index Standard Score 109 (average range, 73rd percentile). The Full Scale IQ Score, which is based on summation of the ten standard subtest scores, was 87 (low average, 19th percentile). *The Full Scale IQ score has very limited meaning given the significant variability among the four index scores and should not be used as a general reference point for S███████s reasoning potential.* The PRI index score best reflects S███████s intellectual potential when language weaknesses do not get in his way. *The most appropriate approach to interpretation of S███████s Wechsler profile is at the level of the four index scores given the variability of his learning profile.*

The *WISC-IV* subtest scores are given below:

| Verbal Comprehension | Scaled Score | %ile | Perceptual Reasoning | Scaled Score | %ile |
|---|---|---|---|---|---|
| Similarities | 6 | 9 | Block Design | 7 | 16 |
| Vocabulary | 8 | 25 | Picture Concepts | 14 | 91 |
| Comprehension | 5 | 5 | Matrix Reasoning | 10 | 50 |
| (Information)* | 6 | 9 | (Picture Completion)* | 8 | 25 |

*Supplemental subtest not included in factor score

| Working Memory | Scaled Score | %ile | Processing Speed | Scaled Score | %ile |
|---|---|---|---|---|---|
| Digit Span | 5 | 5 | Coding | 8 | 25 |
| Letter-Number Seq. | 5 | 5 | Symbol Search | 15 | 95 |

The Verbal Comprehension factor assesses skills involving conceptual similarities, expressive word knowledge, practical commonsense reasoning, and general fund of information. All of these skills fell very significantly below average with the exception of word knowledge. S███████ struggled very significantly with both receptive and expressive language problems, as noted under behavioral observations, and this was a major factor contributing to his problems on the verbal subtests.

Perceptual Reasoning abilities reflected greater variability and much greater competence, with a major personal strength in pictorially-based conceptual classification (Picture Concepts); this non-motor task yielded a score in the superior range. S███████ also experienced solid success on a motorfree visual-perceptual reasoning task involving abstract pattern completion (Matrix Reasoning). He performed at a low average level on a hands-on abstract visual-spatial reasoning task involving block constructions, with substantial difficulty figuring out how to handle the spatial orientation of design elements. He earned a low average to average score on a motorfree visual reasoning task involving judgment of essential pictorial details. Difficulty sustaining visual attention appeared to detract from S███████s effort on both the matrix reasoning and picture completion tasks.

143

Working Memory skills reflected genuine impairment. S———'s low scores here reflected major problems with mental serial ordering of auditory information (i.e., repeating numbers in order or reversing their order, or rearranging random alphanumeric information into a logical, ordered progression). Thus, on the working memory tasks S———demonstrated only borderline ability to hold in mind and manipulate increasingly longer chains of numbers, and to hold in mind and sequence numbers and letters presented to him totally orally. S———showed good effort on both of these auditory processing tasks, but he could not grasp and/or consistently apply the more complex number and letter sequencing rules.

Processing Speed skills reflected very uneven skills depending upon whether graphomotor writing skills (and transfer of information from one location to another) or less motor-intensive visual scanning of pre-organized information was required. S———showed only low average to average pencil-paper speed in recording written symbols associated with numbers on the *Coding* task, but he demonstrated excellent ability for rapid visual scanning on the *Symbol Search* task. S———was well motivated and appeared to work as quickly as he was able on each of these tasks, but he had some difficulties with efficiency on both tasks. He was distracted by managing the materials and shift in focus between the coding key and his work space on *Coding*, and he was skipped two lines on the *Symbol Search* task. Thus, S———showed visual-motor information processing vulnerability on both tasks even though his scanning score was very strong.

## WOODCOCK-JOHNSON-III ACHIEVEMENT TEST RESULTS

| Achievement Cluster | Standard Age Score | Percentile Rank for Age | Grade Equivalent |
|---|---|---|---|
| Summary Scores | | | |
| Academic Skills | 81 | 11 | 2.0 |
| Academic Applications | 80 | 9 | 1.5 |
| Academic Fluency | 76 | 5 | 1.7 |
| | | | |
| Broad Reading | 83 | 13 | 2.2 |
| Letter-Word Identification | 88 | 21 | 2.4 |
| Passage Comprehension | 83 | 13 | 1.8 |
| Word Attack | 90 | 26 | 2.1 |
| Reading Fluency | 85 | 16 | 2.1 |
| | | | |
| Broad Math | 77 | 6 | 1.4 |
| Calculation | 86 | 17 | 2.1 |
| Applied Problems | 70 | 2 | k.7 |
| Math Fluency | 73 | 4 | 1.3 |
| | | | |
| Broad Written Language | 70 | 2 | 1.4 |
| Spelling | 72 | 3 | 1.2 |
| Writing Samples | 94 | 33 | 2.2 |
| Writing Fluency | 67 | 1 | 1.0 |

Overall, S———academic skills in reading, math, and written language are at a mid-first grade to beginning second grade level. His basic skills in reading, math, and writing appear to be stronger than his academic application skills.

***WJ-III Reading:*** S████ showed low average skills, with greatest strength in single word decoding. His decoding skills were tested in two ways. His score for reading sight words (*Letter-Word Identification*) fell at the 21st percentile. Decoding skills based on reading nonsense words aloud (*Word Attack*) fell at the 26th percentile. Reading comprehension on *Passage Comprehension* tested at the late first grade level (13th percentile). The *WJ-III* method of assessing reading comprehension consists of processing a one- to two-sentence passage in which a one-word blank must be filled in. Picture cues are provided on many of the beginning items. S████ showed low confidence on the reading comprehension items. S████'s score for reading very simple sentences on the *Reading Fluency* task fell at the 16th percentile.

***WJ-III Math:*** S████ lacked confidence in the area of mathematics but was willing to work hard when provided support. His written calculation skills were at the 17th percentile, with performance similar to that of children beginning second grade. S████ applied math understanding (based on story problems read to him with the information displayed on the page) tested only at a mid-kindergarten level (2nd percentile). Poor language comprehension contributed greatly to his problems. S████ efficiency in completing very simple written math problems fell at the early first grade level (4th percentile). His performance on simple one digit addition and subtraction was very uneven. He forgot to look the operational sign on the two problems he missed, but he also skipped some problems well within his ability level.

***WJ-III Written Language:*** S████ skills tested as quite variable. He showed major difficulties with spelling and with following directions on the writing fluency task but performed in the average range on the writing samples. His score on *Spelling* was at the 3rd percentile, whereas his ability to express ideas and formulate advanced written expression was at the 33rd percentile on the *Writing Samples* subtest, which is untimed and does not count spelling errors. He made a very large number of spelling errors on the latter task, but the sentences that he composed usually contained the correct structural elements. For example, on one item he subvocalized *The bird is singing a song* as he wrote *The burd is scong a song*, and he subvocalized *The seal is balancing a ball* as he wrote *The seyt is bal scg a bol*. He also demonstrated difficulty in producing some letters on the spelling and sentence writing tasks, writing *c* when asked to write a lower-case *u*, and substituting *b* for *d* one time and *g* for *b* another time. S████ received a very low score for speed and efficiency in writing very simple sentences (1st percentile). While he actually was reasonably fluent in getting words on paper, he had major problems in following the directions, frequently changing or omitting some of the required words. He could correct the same kinds of errors on the sample teaching items, but it was clear even then that he did not appear to genuinely understand the directions about using the exact three words that were given. S████ initially resisted the writing tasks but then was able to apply himself with good effort. He did not appear aware of the extent of his errors.

## EVALUATION SUMMARY AND IMPLICATIONS

The general ability testing on the *WISC-IV* indicates fully average intellectual potential when S████ can depend upon his stronger nonverbal perceptual reasoning abilities. This is an excellent finding for this particular child given his medical history and potential neurological vulnerabilities. S████ shows some excellent strengths in nonverbal thinking areas when no motor output or spatial organizational effort is required. However, his skills are very uneven. Even though his nonverbal intellectual potential is clearly well within expectation for his age, his verbal comprehension skills test only in the borderline to low average range. As in his baseline neuropsychological assessment, his language disabilities interfere greatly with demonstration of

verbal reasoning skills. It is readily apparent both in terms of quantitative scores and qualitative observations that S█████ struggles enormously when he must process directions or explanations, or put his thinking into words. The *WISC-IV* working memory index indicates major working memory problems and broader auditory processing problems. The *WISC-IV* processing speed index reflects strong visual scanning speed but some errors in tracking and mild problems with pencil-paper output.

Comparison of S█████s current *WISC-IV* results with the earlier *Differential Ability Scales* results provides documentation of a very satisfactory rate of development of intellectual capacities. Verbal reasoning level is comparable from 2003 to 2005: *WISC-IV* Verbal Comprehension SS 79 vs. *DAS* Verbal Cluster SS 78.  Maintenance of comparable standard scores is the best that would be expected in an area of cognitive vulnerability, and language based reasoning is such an area for S█████. Nonverbal reasoning reflects evidence of progress in skill development from 2003 to 2005: *WISC-IV Perceptual Reasoning SS 102* vs. *DAS* Nonverbal Reasoning Cluster SS 91 and Spatial Cluster SS 87. This is an excellent indicator of strong underlying cognitive potential.

As I stated in my prior neuropsychological evaluation, it still needs to be taken into account educationally that S█████ operates at very different levels depending upon whether he can analyze things visually or must work with words. It is also still true that S█████ is likely to fail to perform to his full potential even on nonverbal tasks due the ongoing presence of problems with uneven attention, impulsivity, and frustration tolerance.  S█████ appears to show less direct evidence of inattention now than on prior assessment, but the attention/executive domain is still an area of vulnerability and is likely to remain so.  S█████ is not a candidate for medication for his attention related issues due to his medical vulnerability. Therefore, it is critical that he be provided a well organized learning environment and good one-on-one assistance during instructional periods and independent seat work periods.  In programming for S█████ educationally, it is vital to work from the assumption that he has solid reasoning potential even though it takes a high level of structure and encouragement for him to show his strengths dependably.  Given the clinical evidence of ongoing severe problems with receptive and expressive language skills, it is also absolutely vital that his educational program integrate language work directly into the curriculum as well as allow for intensive individual speech/language intervention.

When I saw S█████ in 2003 I concluded that he was at very severe risk of specific learning disabilities in all basic academic areas (reading, written language, and math) given his medical history and neuropsychological and academic achievement test data. He has made notable progress in reading and written language, and somewhat less progress in math, in the period since our last evaluation. However, his *WJ-III* academic skill levels are still one to two full grade levels below his current grade placement. *Based on current testing, S█████ meets criteria for identification of specific learning disabilities in all basic academic skill areas.*  The current *WJ-III* achievement test results document broad reading, broad math, and broad written language scores that are significantly lower than S█████ Perceptual Reasoning Index, which is the most accurate indicator of his intellectual potential (given the negative effect of his language disorder on assessment of verbal abilities).

146

## RECOMMENDATIONS

Regarding special educational classification:
S█████ continues to meet special education guidelines for classification under Other Health Impairment (08) and Language Disorder (04), as is already documented by MCPS. His OHI coding should include diagnosis of an attention deficit disorder as well as his primary medication diagnosis of Alagille Syndrome. Current evaluation results indicate that he also meets guidelines for classification under Learning Disability (09), with specific learning disabilities in reading, math, and written language, in addition to a language learning disability.

Regarding educational placement and services:
I recommend that parents consider programs such as the Kingsbury Day School, located in the District of Columbia, and Katherine Thomas School, in Rockville, MD. Both schools can provide the kind of integrated educational program that S█████ will need. The learning disability programs at these schools build language intervention directly into the daily curriculum and provide intensive reading remediation and intensive writing and math instruction that address the underlying language learning disability. S█████ definitely needs the small, highly individualized instructional setting and low student-to-teacher ratio that these schools can provide, for the foreseeable future. He will also need relatively intensive individual speech/language therapy and direct services in occupational therapy, possibly including sensory integration work. It will benefit him greatly if these services can be provided on-site at school so that they can most easily be linked directly to accommodations and instructional interventions in his classroom setting. I also think he will need some amount of work on basic academic skills during the summer months in order to maintain skill levels from one academic year to the next.

Classroom suggestions to enhance academic effort and attentional controls:
Please see recommendations listed in the comprehensive neuropsychological evaluation report. All recommendations for instructional interventions and classroom accommodations given in that report still appear valid and appropriate for this student.

Neuropsychological re-evaluation:
Given parent report that S█████ is showing good progress in all areas of functioning, a comprehensive neuropsychological monitoring evaluation does not appear necessary on an immediate basis unless there are problems in deciding upon an appropriate educational placement or unless there is need for specific input about particular cognitive problem areas. I believe it would be more critical to be sure that a comprehensive language evaluation is conducted to guide educational placement decisions and to assist with planning speech/language intervention work over the next year. However, should there be any new concerns, I would be happy to see S█████ at any time. I think that the next neuropsychological evaluation could be scheduled 6 to 18 months from now so long as S█████ appears positive about learning and continues to demonstrate progress across all areas of his functioning.

It has been a pleasure working with S█████ again. Please do not hesitate to contact me at (301) 565-0534 Extension 266 if there are questions about this evaluation, or if I may be of further assistance on S█████ behalf.

<u>Diagnoses</u>:
Cerebral dysfunction (ICD9 348.3, secondary to Alagille Syndrome, manifested in a diagnosis of attention-deficit hyperactivity disorder, combined type)
Language disorder (ICD9 784.5)
Learning disabilities (Dyslexia, ICD9 784.61; Dyscalculia 784.69)

Date of report:  1/17/05


Patricia H. Papero, Ph.D.
Licensed Psychologist

Patricia H. Papero, Ph.D.
Licensed Clinical Psychologist
District of Columbia License No. 1184
Maryland License No. 1643
6436 Barnaby Street N.W.
Washington, D.C. 20015
(301) 565-0534 – Ext. 266

The following report is <u>confidential</u> and may not be further released
without the signed, informed consent of the parent/legal guardian

## PSYCHOLOGICAL EVALUATION ADDENDUM

NAME: S██████ G██
DOB: ████, 1996
DATE TESTED: JANUARY 16, 2005
CHRONOLOGICAL AGE: 8 YEARS, 7 MONTHS

Comparison of Woodcock-Johnson Tests of Achievement – Third Edition (WJ-III) results of
May, 2003 (MCPS), Wechsler Individual Achievement Test (WIAT) results of May, 2003
(Papero), and Woodcock-Johnson Tests of Achievement – Third Edition (WJ-III) results of
January, 2005 (Papero):

| Summary / Subtest | WJ-III 2003 | WIAT 2003 | WJ-III 2005 |
|---|---|---|---|
| Broad Reading/Reading Composite | | SAS 86 | SAS 83 |
| Letter-Word ID/Basic Reading | SAS 77 | SAS 85 | SAS 88 |
| Comprehension | SAS 77 | SAS 94 | SAS 83 |
| Word Attack/Pseudoword | | ------ | SAS 90 |
| Broad Math/Math Composite | | | SAS 77 |
| Calculation/Numerical Operations | SAS 92 | ----- | SAS 86 |
| Applied Problems/Math Reasoning | SAS 81 | SAS 83 | SAS 70 |
| Broad Written Lang./WL Composite | | | SAS 70 |
| Spelling | SAS 83 | SAS 82 | SAS 72 |
| Writing Samples | SAS 84 | | SAS 94 |

**CAUTIONS:** Comparisons from the WIAT to the WJ-III are not exact since there are some task
differences between the two achievement batteries. In addition, comparison of scores at different
points of time on the same achievement battery (WJ-III) may not be fully meaningful since the
kinds of cognitive/learning processes required for success may shift developmentally to a
significant extent during the early elementary years. Therefore, while score comparisons provide
some guidance regarding the growth and development of a child's skills, qualitative information
and actual school performance need to be considered as well.

**CONCLUSIONS:** S██████ shows good progress in reading decoding (Letter-Word/Basic
Reading). Based on this finding and the current Word Attack score, S██████ shows definite
phonological processing strengths. Reading comprehension progress appears to have been
uneven, but the trend is toward mild improvement overall. Lower scores in reading
comprehension relative to decoding are likely to reflect the effects of S██████ language

PLAINTIFF'S
EXHIBIT

SG 9

disorder on language comprehension. A reading remediation program that incorporates language skills is vital.

In the math area, applied math reasoning is also subject to language-deficit interference. The current standard age score is substantially lower than both earlier scores. Again, it is vital that S███████ math curriculum incorporate language skills in relation to development of math reasoning abilities. Math calculation skill is measured a little lower than initially, but it still represents a relative strength for S███████. Moreover, a 6-point difference can represent a chance difference in measurement accuracy.

In the written language area, findings are uneven. The current spelling score is substantially lower than before. It is concerning that S███████ spelling is less well developed than his reading decoding skills since both involve basic sound-symbol relationships. However, it is important to consider that written spelling also requires substantial pencil-paper effort for letter formation in the early elementary grades, and S███████ had mild difficulty with his graphomotor efforts. This could detract from his giving full concentration to the spelling process itself. The writing samples task reflects excellent growth in skills, and it constitutes an area of current strength. However, as writing tasks become more complex from a linguistic perspective, it will be important to provide substantial direct assistance and accommodations to help S███████ compensate for any language formulation weaknesses that detract from his written language expression.

*Patricia H. Ogress, P.D.*

150

17904 GEORGIA AVENUE, SUITE 203
OLNEY, MARYLAND 20832
Telephone (301) 570-4611
Fax (301) 570-1163

# VISUAL LEARNING CENTER
## Dr. Philip L. Nicholson

OPTOMETRIST

Re: G█, S██████     D.O.B. ███/96  Age 8.75

**Screening Date: 01/29/05**

The parents of this child have reported difficulties with the following areas:

*Reading, poor concentration, spelling, comprehension, skipping words and memory*

By way of our Learning Behavior Rating Scale (LBRS), questions were asked that rate the student's learning skills and behaviors compared to others of the same age and gender. 64 questions were asked providing scores that reflect observations and concerns. Problem areas were indicated by these responses in the areas of attention, learning skills and academic achievement.

Testing of the student consisted of sub tests from the Structure of Intellect Learning Abilities Test (SOI-LA) and Optometric performance appraisals of functional vision. These tests were felt to reflect accurate measurements of visual information gathering skills as well as visual processing skills.

**My evaluation indicated the following areas of concern:**

**Focusing:** The ability to clear an image quickly from one distance to another and to sustain clarity for a length of time. Testing indicated the need for "plus" power which relaxes focusing effort for all near tasks like reading. Prescribing glasses to relieve stress is a method of relaxing the eyes to a more comfortable stance. Focusing training can improve flexibility and stamina of the focusing system.

**Fixation Speed:** The ability to move the eyes accurately ( tracking ) and to process information quickly. The symptoms often include slow reading, losing one's place, fatigue and working slowly. Testing showed S███████ to be at 2 years below age expected.

**Visualization:** The ability to picture, manipulate and organize visual information. This skill is important for spelling, comprehension of complex structures and sequential activities. Educators often refer to this skill as " imagery ". S███████ tested 1 year above age expected.

**Selective Attention:** The ability to stay on a visual task. Symptoms often include poor concentration and attention span, slow reading, fatigue and skipped words and lines. Testing showed 3.5 years above average age expected .

**Letter Reversals:** Children who reverse letters and numbers do NOT see them backwards. Letter reversals are a symptom of poor laterality and directionality concepts. Children with symptoms of letter reversals may not show them often when examining examples of their handwriting but when asked to decode and identify them will show poor ability. It is possible that weakness in this area can slow work down and cause confusion of word meanings. S███████ tested 2 years below age expected (at 6.7 years).

**Visual Memory:** The ability to store, retain, and retrieve visual information. Symptoms include looking back many times when copying and poor memory of words and objects. S███████ tested 1 year below age expected.

**Logic and Form Reasoning:** The ability to determine a solution to a visual problem. Symptoms include: poor reasoning and learning strategies and the inability to follow rules of grammar or math. S███████ tested at 2 years below age expected.

151

PLAINTIFF'S
EXHIBIT

SG10

**Visual Motor Integration:** The ability to use the eyes, hands and feet together quickly and accurately. Often times, weakness in this area will manifest as difficulty processing or "deciphering" visual symbols. Poor control of gross and fine motor skills can also be linked to this skill. Testing showed skill level at age level.

*My diagnosis of Sabastian's visual problems include poor visual processing skills in the area of selective attention, visualization, visual memory and letter reversals. S███████ also has problems tracking his eyes.*

Using a model of intelligence developed in 1986, I created a therapy program that is based on cognitive processing and has an emphasis on the improvement of poor, visually related cognitive functions. I combine this therapy with more traditional orthoptic therapy for improvement of oculomotor skills. I call it visual processing therapy to differentiate it from various types of vision therapy offered by different providers.

Visual processing therapy is designed to modify the visually related cognitive functions required for academic success. Therapy consists of tasks that are organized in a hierarchical manner. These tasks are the means of developing cognitive abilities. This therapy approach is based, in part, on the theory that retraining of cognitive functions can help reorganize and improve higher cognitive abilities (Feuerstein R., et al. 1989) To do this, however, the targeted functions must be worked on repeatedly. Therefore, as soon as a student has mastered a task or group of tasks, higher-level tasks that target the same cognitive functions must be available. Oculomotor skills are improved through the use of lenses, prisms, and gross and fine motor skill development. These intense, sequenced tasks and the accompanying feedback are the hallmarks of my approach to visual processing therapy.

A program of therapy is recommended to improve the areas this student tested low in. An in-office program is recommended consisting of 30 one-hour sessions with our staff. The therapy is done one-on-one and is designed specifically for this student. 1 to 2 hours of homework are to be completed each week consisting of activities and materials we provided. A progress evaluation will be scheduled after 30 sessions of therapy to re-evaluate progress. I also recommend use of glasses for all near work like reading and computers.

I have a proven track record of improving the skills S███████ is weak in. I encourage you to visit my web site for additional information at

www.VisualLearningCenter.com

If you have any further questions or if a member of the educational team would like to speak with me, please feel free to contact me. I look forward to working with S███████ over the coming weeks.

Yours in Vision,

Dr. Philip Nicholson
Visual Learning Center

152

# Glenallan Elementary School



12520 Heurich Road
Wheaton, Maryland 20902
(301) 929-2014

Date: 2-2-05

Re: ~~S~~

Dear Parent:

Under IDEA (Individuals with Disabilities Education Act), schools are responsible for reporting student progress toward IEP goals on a quarterly basis. Therefore, enclosed please find your child's instructional goals and objectives with progress noted.

Please let us know if you have any questions about your child's program or performance.

Sincerely,

*Ronnie Fields*

Ronnie Fields
Principal

PLAINTIFF'S EXHIBIT
SG 11

153

**Office of Instruction and Program Development**
**Department of Special Education**
**MONTGOMERY COUNTY PUBLIC SCHOOLS**
Rockville, Maryland 20850

**INDIVIDUALIZED EDUCATION PROGRAM**
**INSTRUCTIONAL GOALS AND OBJECTIVES**
**CONFIDENTIAL**

Page 5

Student Name G___  S___  MI___  ID# 911937  Meeting Date 01 / 15 / 04
Last  First

**PART I: INSTRUCTIONAL AREA** MATH
(Refer to MCPS Form 336-51 for present levels of performance.)

**Part II: ANNUAL GOAL:** Identify one annual goal per page that the student can reasonably be expected to accomplish within one school year 2004 through 2005
*Note:* The goals and objectives/benchmarks are considered **draft recommendations** until approved.

**GOAL** S___ will demonstrate the ability to tell time & solve applied math problems.

**PART III: SHORT-TERM OBJECTIVES/BENCHMARKS:** Describe what the student is expected to accomplish, under what circumstances, to what level of mastery, and the procedure for evaluating achievement. (Use additional copies of page 5, if needed, and mark them 5A, 5B, etc., in the top right-hand corner.)

| | PROGRESS (Indicate date and code) | | | |
|---|---|---|---|---|
| | 11/04 | 1/05 | 4/05 | 6/05 |
| 1. Given worksheets and/or manipulatives, S___ will read and write the time to the minute using A.M. and P.M. with 90% accuracy and/or by passing criteria on CBA. | 1 | 1 | | |
| 2. Given a worksheet and/or a clock, S___ will read time on a clock and set the clock to a given time using manipulatives (as needed) with 90% accuracy and/or by passing criteria on CBA. | 1 | 1 | | |
| 3. Given worksheets or manipulatives S___ will express addition and subtraction situations using number sentences with 90% accuracy. | 3 | 3 | | |
| 4. Given worksheets or manipulativesS___ will write all related addition and subtraction sentences for given numbers by passing criteria on CBA. | 3 | 3 | | |

Service provider(s) Special Education Teacher

**PROGRESS CODES:** Progress toward each annual goal is measured by the attainment of evaluation criteria for specific short-term objectives under that goal. Each marking period parents will be notified in writing concerning progress on annual IEP goals. **CODES: 5**=the objective has been met; **4**=progress has been made and it appears the objective will be met by the end of the duration of the IEP; **3**=progress has been made toward the objective, but the objective may not be met by the end of the duration of the IEP; **2**=progress is not sufficient to meet this objective by the end of the duration of the IEP; **1**=this objective was not addressed during this reporting period.

MCPS Form 336-51, Rev. 1/03    DISTRIBUTION: COPY 1/Student's Confidential Record; COPY 2/Service Provider(s); COPY 3/Parent    Page 5 of 14

(7)

154

**Office of Instruction and Program Development**
**Department of Special Education**
**MONTGOMERY COUNTY PUBLIC SCHOOLS**
Rockville, Maryland 20850

**INDIVIDUALIZED EDUCATION PROGRAM**
**INSTRUCTIONAL GOALS AND OBJECTIVES**
**CONFIDENTIAL**

Page 5 ____

Student Name C~~~~~~    S~~~~~~~~  _____  ID# ___911937___  Meeting Date _03_/_15_/_04_

Last    First    MI

**PART I: INSTRUCTIONAL AREA** READING: CUEING SYSTEMS
(Refer to MCPS Form 336-51 for present levels of performance.)

**Part II: ANNUAL GOAL:** Identify one annual goal per page that the student can reasonably be expected to accomplish within one school year _2004_ through _2005_
*Note:* The goals and objectives/benchmarks are considered draft recommendations until approved.

GOAL S~~~~~~~ will examine, construct and extend the meaning of a variety of self-selected and assigned texts by applying reading strategies.

**PART III: SHORT-TERM OBJECTIVES/BENCHMARKS:** Describe what the student is expected to accomplish, under what circumstances, to what level of mastery, and the procedure for evaluating achievement. (Use additional copies of page 5, if needed, and mark them 5A, 5B, etc., in the top right-hand corner.)

| | PROGRESS (Indicate date and code) | | | | |
|---|---|---|---|---|---|
| | 1/04 | 1/05 | 4/05 | 6/05 | |
| 1-S~~~~~~ will use vowel-consonant sounds, consonant blends, and vowel-vowel sounds to make words; as measured by classroom assignments 80% of the time. | 1.3 | 3 | | | |
| 2-S~~~~~~ will know and use common (e.g., -ill,-ate) apd complex (e.g., -ight) word families to decode unfamiliar words; as measured by classroom assignments 80% of the time. | 2.3 | 3 | | | |
| 3-S~~~~~~ will read high-frequency and common, irregular sight words (e.g., have, said, the, of); as measured by classroom assignments 80% of the time. | 3.3 | 4 | | | |
| 4-S~~~~~~ will recognize compound words, contractions, common abbreviations and common syntax; as measured by classroom assignments 80% of the time. | 4.3 | 3 | | | |
| 5-S~~~~~~ will read root words (e.g., smile) and their various inflections (e.g., smiles, smiling, smiled); as measured by classroom assignments 80% of the time. | 5.3 | 4 | | | |

Service provider(s) Special Education Team (SET)

**PROGRESS CODES:** Progress toward each annual goal is measured by the attainment of evaluation criteria for specific short-term objectives under that goal. Each marking period parents will be notified in writing concerning progress on annual IEP goals. **CODES: 5**=the objective has been met; **4**=progress has been made and it appears the objective will be met by the end of the duration of the IEP; **3**=progress has been made toward the objective, but the objective may not be met by the end of the duration of the IEP; **2**=progress is not sufficient to meet this objective by the end of the duration of the IEP; **1**=this objective was not addressed during this reporting period.

MCPS Form 336-51, Rev. 1/03    DISTRIBUTION: COPY 1/Student's Confidential Record; COPY 2/Service Provider(s); COPY 3/Parent    Page 5 of 14

⑦

155

**Office of Instruction and Program Development**
**Department of Special Education**
**MONTGOMERY COUNTY PUBLIC SCHOOLS**
Rockville, Maryland 20850

**INDIVIDUALIZED EDUCATION PROGRAM**
**INSTRUCTIONAL GOALS AND OBJECTIVES**
**CONFIDENTIAL**

Page 5

Student Name _____C___        _____S___        _____MI___        ID# 911937    Meeting Date 03 / 15 / 04
                Last              First                                              2004    through    2005

**PART I: INSTRUCTIONAL AREA** READING COMPREHENSION
(Refer to MCPS Form 336-51 for present levels of performance.)

**Part II: ANNUAL GOAL:** Identify one annual goal **per page** that the student can reasonably be expected to accomplish within one school year
*Note:* The goals and objectives/benchmarks are considered draft recommendations until approved.

**GOAL** S_____ will examine, construct and extend the meaning of a variety of self-selected and assigned texts by applying reading strategies.

**PART III: SHORT-TERM OBJECTIVES/BENCHMARKS:** Describe what the student is expected to accomplish, under what circumstances, to what
level of mastery, and the procedure for evaluating achievement. (Use additional copies of page 5, if needed, and mark them 5A, 5B, etc., in the
top right-hand corner.)

| | PROGRESS (Indicate date and code) | | | | |
|---|---|---|---|---|---|
| | 1/04 | 1/05 | 4/05 | 6/05 | |
| 1. | 3 | 3 | | | |
| 2. | 3 | 3 | | | |
| 3. | 3 | 3 | | | |
| 4. | 3 | 3 | | | |

1-S_____ will follow simple written instructions and describe the importance of specific steps; as measured by classroom assignments 80% of
the time or stance questions 2/3 times.

2-S_____ will extract appropriate and significant information from the text; as measured by classroom assignments 80% of the time or stance
question 2/3 times.

3-S_____ will follow simple written directions and identify additional information needed to perform the task; as measured by classroom
assignments 80% of the time or stance question 2/3 times.

4-When reading text, S_____ will use (word meaning, language structure and letter/sound relationships) to demonstrate comprehension of text in
daily reading lessons (80% of the time) as measured by teacher observation record.

Service provider(s) Special Education Team (SET)

**PROGRESS CODES:** Progress toward each annual goal is measured by the attainment of evaluation criteria for specific short-term objectives under that goal. Each marking
period parents will be notified in writing concerning progress on annual IEP goals. **CODES:** 5=the objective has been met; 4=progress has been made and it appears the
objective will be met by the end of the duration of the IEP; 3=progress has been made toward the objective, but the objective may not be met by the end of the duration of the
IEP; 2=progress is not sufficient to meet this objective by the end of the duration of the IEP; 1=this objective was not addressed during this reporting period.

MCPS Form 336-51, Rev. 1/03        DISTRIBUTION: COPY 1/Student's Confidential Record; COPY 2/Service Provider(s); COPY 3/Parent        Page 5 of 14

⑦

156

**Office of Instruction and Program Development**
**Department of Special Education**
**MONTGOMERY COUNTY PUBLIC SCHOOLS**
Rockville, Maryland 20850

**INDIVIDUALIZED EDUCATION PROGRAM**
**INSTRUCTIONAL GOALS AND OBJECTIVES**
**CONFIDENTIAL**

Page 5

Student Name ~~C~~                    ~~S~~
Last          First          MI          ID# 911937    Meeting Date 03 / 15 / 04

**PART I: INSTRUCTIONAL AREA** WRITTEN COMMUNICATION
(Refer to MCPS Form 336-51 for present levels of performance.)

**Part II: ANNUAL GOAL:** Identify one annual goal per page that the student can reasonably be expected to accomplish within one school year 2004 through 2005
*Note:* The goals and objectives/benchmarks are considered draft recommendations until approved.

GOAL ~~S~~ will produce informational, practical, persuasive, and narrative writing that demonstrates an awareness of the writing process.

**PART III: SHORT-TERM OBJECTIVES/BENCHMARKS:** Describe what the student is expected to accomplish, under what circumstances, to what level of mastery, and the procedure for evaluating achievement. (Use additional copies of page 5, if needed, and mark them 5A, 5B, etc., in the top right-hand corner.)

| | PROGRESS (Indicate date and code) | | | | |
|---|---|---|---|---|---|
| | 11/04 | 1/05 | 4/05 | 6/05 | |

1-~~Sulivan~~ will group related ideas and maintain a consistent focus as measured by classroom assignments 80% of the time.
1. 3    3

2-~~Sulivan~~ will develop a topic sentence and supporting sentences; as measured by classroom assignments 80% of the time.
2. 3    3

3-~~Sulivan~~ will develop a descriptive paragraph using relevant descriptions, including sensory details, personal experiences and observations; as measured by classroom assignments 80% of the time.
3. 3    3

4-~~Sulivan~~ will create a piece of writing and conference with the teacher to add, delete, or change ideas; as measured by classroom assignments 80% of the time.
4. 3    4

5-~~Sulivan~~ will write to express personal ideas in stories, poems and other writings that:
· Convey a message
· Include details
- as measured by classroom assignments 80% of the time.
5. 3.3    3

Service provider(s) Special Education Team (SET)

**PROGRESS CODES:** Progress toward each annual goal is measured by the attainment of evaluation criteria for specific short-term objectives under that goal. Each marking period parents will be notified in writing concerning progress on annual IEP goals. **CODES: 5**=the objective has been met; **4**=progress has been made and it appears the objective will be met by the end of the duration of the IEP; **3**=progress has been made toward the objective, but the objective may not be met by the end of the duration of the IEP; **2**=progress is not sufficient to meet this objective by the end of the duration of the IEP; **1**=this objective was not addressed during this reporting period.

MCPS Form 336-51, Rev. 1/03          DISTRIBUTION: COPY 1/Student's Confidential Record; COPY 2/Service Provider(s); COPY 3/Parent          Page 5 of 14

⑦

157

Office of Instruction and Program Development
Department of Special Education
MONTGOMERY COUNTY PUBLIC SCHOOLS
Rockville, Maryland 20850

**INDIVIDUALIZED EDUCATION PROGRAM**
**INSTRUCTIONAL GOALS AND OBJECTIVES**
**CONFIDENTIAL**

Page 5 ___

Student Name _C̶l̶i̶f̶f̶_____
Last          First          MI

ID# ___911937___   Meeting Date _03_/_15_/_04_

**PART I: INSTRUCTIONAL AREA** _LANGUAGE SKILLS_
(Refer to MCPS Form 336-51 for present levels of performance.)

**Part II: ANNUAL GOAL:** Identify one annual goal **per page** that the student can reasonably be expected to accomplish within one school year _2004_ through _2005_.
*Note:* The goals and objectives/benchmarks are considered **draft recommendations** until approved.

GOAL _S̶e̶b̶a̶s̶t̶i̶a̶n̶_ will understand and use the structures and conventions of the English Language in their oral and written communications.

**PART III: SHORT-TERM OBJECTIVES/BENCHMARKS:** Describe what the student is expected to accomplish, under what circumstances, to what level of mastery, and the procedure for evaluating achievement. (Use additional copies of page 5, if needed, and mark them 5A, 5B, etc., in the top right-hand corner.)

| | PROGRESS (Indicate date and code) | | | | |
|---|---|---|---|---|---|
| | 9/04 | 1/05 | 4/05 | 6/05 | |

1-S̶e̶b̶a̶s̶t̶i̶a̶n̶ will identify and use Standard English language conventions correctly to communicate clearly, including:   **1.** 3   3
   a: Sentence structure (e.g., simple, compound, complex sentences)   **a** 3   3
   b: Punctuation (e.g., end marks, commas, in sentences)   **b** 3   3
   c: Grammar (e.g., parts of speech such as nouns, verbs, and pronouns)   **c** 3   3
   d: Capitalization (e.g., countries, names, months)   **d** 3   3
   e: Usage (e.g., subject/verb agreement by number)   **e** 3   3

2-S̶e̶b̶a̶s̶t̶i̶a̶n̶ will use language appropriate for specific audience, purpose, and context; as measured by classroom assignments 2 out of 3 times.   **2.** 3   3

3-S̶e̶b̶a̶s̶t̶i̶a̶n̶ will spell correctly assigned high frequency words and words with specific spelling patterns; as measured by classroom assignments 2 out of 3 times.   **3.** 3   3

Service provider(s) _Special Education Team (SET)_

**PROGRESS CODES:** Progress toward each annual goal is measured by the attainment of evaluation criteria for specific short-term objectives under that goal. Each marking period parents will be notified in writing concerning progress on annual IEP goals. **CODES: 5**=the objective has been met; **4**=progress has been made and it appears the objective will be met by the end of the duration of the IEP; **3**=progress has been made toward the objective, but the objective may not be met by the end of the duration of the IEP; **2**=progress is not sufficient to meet this objective by the end of the duration of the IEP; **1**=this objective was not addressed during this reporting period.

MCPS Form 336-51, Rev. 1/03

DISTRIBUTION: COPY 1/Student's Confidential Record; COPY 2/Service Provider(s); COPY 3/Parent

Page 5 of 14

⑦

158

Office of Instruction and Program Development
Department of Special Education
MONTGOMERY COUNTY PUBLIC SCHOOLS
Rockville, Maryland 20850

INDIVIDUALIZED EDUCATION PROGRAM
INSTRUCTIONAL GOALS AND OBJECTIVES
CONFIDENTIAL

Page 5

Student Name ████ Last    S████ First    MI    ID# 9/1937    Meeting Date 3/15/04

⑦ **PART I: INSTRUCTIONAL AREA** Communication Speech/language
(Refer to MCPS Form 336-51 for present levels of performance.)

**Part II: ANNUAL GOAL:** Identify one annual goal per page that the student can reasonably be expected to accomplish within one school year 2004 through 2005
*Note:* The goals and objectives/benchmarks are considered draft recommendations until approved.

GOAL ██████ will increase his ability to state intended meaning

**PART III: SHORT-TERM OBJECTIVES/BENCHMARKS:** Describe what the student is expected to accomplish, under what circumstances, to what level of mastery, and the procedure for evaluating achievement. (Use additional copies of page 5, if needed, and mark them 5A, 5B, etc., in the top right-hand corner.)

1) S████ will use word finding strategies (describing, categorizing, naming color, shape, size, etc.) to increase his ability to state intended meaning with 85% accuracy as measured by SLP and teacher report.

2) S████ will use context to determine meanings of words (semantics) through listening and reading using picture clues and simple sentences with 80% accuracy as measured by SLP log notes and teacher report.

3) S████ will answer "wh" question from a short paragraph and retell important ideas with 85% accuracy as measured by SLP log notes and teacher report.

Service provider(s) SLP/SET

| PROGRESS (indicate date and code) | | | |
|---|---|---|---|
| G1 | G2 | G3 | G4 |
| 3 | 3 | | |
| | 4 | | |
| 3 | 3 | | |
| 4 | 4 | | |

**PROGRESS CODES:** Progress toward each annual goal is measured by the attainment of evaluation criteria for specific short-term objectives under that goal. Each marking period parents will be notified in writing concerning progress on annual IEP goals. **CODES: 5**=the objective has been met; **4**=progress has been made and it appears the objective will be met by the end of the duration of the IEP; **3**=progress has been made toward the objective, but the objective may not be met by the end of the duration of the IEP; **2**=progress is not sufficient to meet this objective by the end of the duration of the IEP; **1**=this objective was not addressed during this reporting period.

MCPS Form 336-51; Rev. 1/03

DISTRIBUTION: COPY 1/Student's Confidential Record; COPY 2/Service Provider(s); COPY 3/Parent

Page 5 of 14

159

# MONTGOMERY COUNTY PUBLIC SCHOOLS
## ROCKVILLE, MARYLAND 20850

### REPORT TO PARENTS ON STUDENT PROGRESS
### IN THE ELEMENTARY GRADES 3 - 5

01/28/05

**School**
GLENALLAN ELEMENTARY

| Student ID | Grade | Section | School Year | No. |
|---|---|---|---|---|
| 911937 | 03 | 94 | 2004-2005 | 817 |

**Student Name and Address**

S███████ G██
13110 HUGO PL
SILVER SPRING, MD 20906

160

**ATTENDANCE RECORD AS OF: 01/21/05**

| | Sept | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | June | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Absent | 1.0 | 1.0 | 6.0 | 4.0 | | | | | | | 12.0 |
| Tardy | | | 2 | 2 | | | | | | | 4 |

## SUBJECTS

| | 1st | 2nd | 3rd | 4th | Year Average |
|---|---|---|---|---|---|
| Reading Comprehension | C | B | | | |
| Listening Comprehension | C | C | | | |
| Writing Process | C | C | | | |
| Usage/Grammar/Punctuation/Capitalization | C | C | | | |
| Spelling | C | B | | | |
| Handwriting | S | S | | | |
| Speaking | S | S | | | |
| Mathematics | C | C | | | |
| • Concepts | N | N | | | |
| • Computation | N | N | | | |
| • Application/Problem Solving | N | N | | | |
| Social Studies | B | B | | | |
| Science | A | A | | | |
| Music | S | S | | | |
| Art | O | O | | | |
| Physical Education | O | NA | | | |
| Instrumental Music (Elective) | NA | NA | | | |

## LEARNING SKILLS

| | Report Period | | | |
|---|---|---|---|---|
| | 1st | 2nd | 3rd | 4th |
| **EFFORT** | | | | |
| Task Completion | | | | |
| • Returns completed homework | I | I | | |
| • Completes classwork | L | L | | |
| Participation | | | | |
| • Engages in learning tasks | L | L | | |
| Feedback | | | | |
| • Uses feedback to improve learning | L | L | | |
| **BEHAVIOR** | | | | |
| Teamwork | | | | |
| • Cooperates with others toward common goals | I | I | | |
| Rules and Procedures | | | | |
| • Follows oral and written directions | L | L | | |
| • Exercises self-control | L | L | | |

**Supplementary Reports Attached (Check if Applicable)**

• English for Speakers of Other Language (ESOL) ☐
• Teacher Comments ☐
• Other: ☐

See Back for Explanations

**CHRISTY WELSH**
Homeroom Teacher's Name

MCPS Form 355-14 OCTOBER 2004 WHS036

| See Back for Explanation | Report Period | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | 1st | | 2nd | | 3rd | | 4th | |
| | Reading | Math | Reading | Math | Reading | Math | Reading | Math |
| Above Grade Level | | | | | | | | |
| On Grade Level | | | X | X | | | | |
| Below Grade Level | X | X | | | | | | |

**PLAINTIFF'S EXHIBIT**
SGr

MONTGOMERY COUNTY PUBLIC SCHOOL
Rockville, Maryland 20850

Report to Parents on Student Progress in the Elementary Grades

| S███████ G██ | 3 | Teacher Signature: | | Date: |
|---|---|---|---|---|
| Glenallan Elementary | School Year 2004-2005 | Teacher Signature: Cindy Walsh | | Date: '/05 |
| | | Teacher Signature: | | Date: |
| | | Teacher Signature: | | |

Parent/Teacher conference scheduled in November 2004.

Parent attended scheduled conference.

I'm so glad to see S████████ back in school and back to most of his routine. We missed him when he was gone! During this marking period, we've been working on reading fluency and comprehension in reading class, with a focus on summarizing fiction and non-fiction text. S████████ has improved in decoding and fluency, although he needs reminders to tap out words he is unsure of. In math, we spent time working on multiplication and measurement. S████████ needs a lot of repetition and direction in math. He has difficulty retaining facts. He benefits from the use of manipulatives and has more difficulty with applying these skills to paper and pencil tasks. Overall, S████████ is a very happy and loving student who speaks fondly of his parents on a daily basis. His classmates enjoy his positive personality. I'd like to see S████████ concentrate more on his work and ask for help when he needs it. He doesn't ask for help too often, but when I work one on one or in a small group I can better measure how well he understands something. Keep reading and working on math at home S████████. You have a great tutor at home (Mom)! I appreciate all that you do to help him and how you support what we are working on in class.

161

**SPEECH AND LANGUAGE PROGRAMS**
Division of Programs and Services
Department of Special Education
Office of Instruction and Program Development
MONTGOMERY COUNTY PUBLIC SCHOOLS

## REPORT OF SPEECH/LANGUAGE RE-ASSESSMENT

Student Name: S██████ C██
ID #: 911937
Address: 13110 Hugo Place
         Silver Spring, Maryland 20902
Home Phone: (301) 946-8861
Birth Date: ████96
Age: 8-9
Grade: 3rd Grade
Current School: Glenallan ES
Home School: Bunt Mills
Dominate Language: English
Other Language(s): Croatian spoken at home, English spoken with Sebastian
Re-assessment Date: 3/1, 3/2, 3/8, 3/9
Date of Report: 3-22-05
Examiner: Erin Welch

Authorization for this re-assessment was given on 2-16-05 and is on file in the student's confidential file.

## PURPOSE OF ASSESSMENT

The purpose of this re-assessment is to determine if S██████ continues to have a speech-language impairment and by reason thereof needs special education.

## REASON FOR REFERRAL

The recommendation for a speech-language re-assessment was made at an IEP Team meeting held on 2-16-05. Questions relevant to speech-language include determining S██████ current levels of functioning in the areas of speech and language skills.

## BACKGROUND INFORMATION

**Medical/Physical**

- Hearing Status: S██████ passed the in school hearing screening in January 2002.

**Educational Program**

- Disability Code: 08/04
- Areas of Educational Concern: Reading, writing, math, speech and language, attention, memory recall, consistency of performance and lacking maturity for his chronological age.

PLAINTIFF'S
EXHIBIT
SG13



- Special Education Services:

| | School | Program |
|---|---|---|
| 2000-2001 | Jackson Road | PEP |
| 2001-2002 | Kemp Mills | LAD-K |
| 2002-2003 | Kemp Mills | LAD-1st Grade |
| 2003-2004 | Glenallan ES | LAD-2nd Grade |
| 2004-2005 | Glenallan ES | LAD-3rd Grade |

## Speech-Language Program

- Initiation of Speech-Language Services: September 2000
- Date of Most Recent Speech-Language Assessment: March 2003
- Type of Disorder and Severity: Moderate weaknesses in content of language (semantics, including vocabulary concepts, semantic relationships, i.e., similarities/differences, categories, etc., comprehension) and moderate weaknesses in form and function of language (grammar/sentences and organization of language).
- Areas of Need: Concept development, vocabulary, memory, comprehension of multi-part directions and questions, information processing.
- Speech-Language Intervention:

| 2000-2001 | PEP- 60 minutes per week |
|---|---|
| 2001-2002 | LAD-K- 60 minutes per week |
| 2002-2003 | LAD-1st Grade- 60 minutes per week |
| 2003-2004 | LAD-2nd Grade- 90 minutes per week |
| 2004-2005 | LAD-3rd Grade- 60 minutes per week |

  - .Progress on Speech-Language Goals and Objectives: Sebastian continues to make good progress on all speech and language goals. Sebastian has improved in his ability to use word finding strategies. He is able to use context to help determine meanings of words, answer "wh" questions about a short paragraph. He has increased his ability to follow 2-3 step directions; he occasionally will spontaneously repeat back the directions to himself to aid in recall. Although Sebastian has made adequate gains in all the above areas, he continues to need to work on improving and being more consistent at utilizing these skills.

## SPEECH-LANGUAGE ASSESSMENT TECHNIQUES AND ANALYSIS

### Informal Assessment Procedures

- Therapy Observations: Sebastian is a very energetic student. He tries hard and works eagerly at all activities he attempts. His attention to language based tasks is short. He requires a lot of prompts and cues to stay on task. He tends to get silly and tries to distract from the language based activity and changes topics. However, it is easy to redirect him back on topic or back on task. This school year his speech session is at the end of the day and he occasionally appears fatigued and often states he is tired. Sebastian has made adequate progress on his current speech and language goals.

**Standardized Assessment Procedures**

For each test administered, the following verifications were made:

The test was selected and administered so as not to negatively discriminate on a racial or cultural basis.

The test was provided and administered in the student's dominant language taking into consideration the impact of other languages on performance.

The test was selected and administered so as best to ensure that when used with a student having impaired sensory, manual, or speaking skills, the test results accurately reflect the skills that the test purports to measure, rather than the student's impaired sensory, manual or speaking skills, unless those skills are the factors being measured.

The instrument is technically sound and provides relevant information.

The test is validated for the specific purpose for which it was used.

The test was administered by trained and knowledgeable personnel in accordance with any instructions provided by the producers of the test.

**Peabody Picture Vocabulary Test III (PPVT-III)**

The student must select from four pictures the one that best represents a word spoken by the examiner to demonstrate understanding of single words.

Mean =100, Standard Deviation =15

Standard Score: 88

Percentile Rank: 21

Interpretation/Comments: Compared to age expectations, single word receptive vocabulary is within expectancy range.

**Expressive One Word Picture Vocabulary Test -Revised (EOWPVT-R)**

The student must name a picture of a thing, a category of things, or an action to show ability to express an idea with a single word.

Mean =100, Standard Deviation =15

Standard Score: 86

Percentile Rank: 18

Interpretation/Comments: Compared to age expectations, single word expressive vocabulary is within expectancy range.

**Language Processing Test-Revised**

This student answers questions to show ability to use language to make word associations, identify members of a given category, explain how noun pairs are similar and different, and describe attributes of given nouns.

Mean = 100, Standard Deviation = 15

| Subtest | Standard Score |
| --- | --- |
| Associations | 109 |
| Categorization | 101 |
| Similarities | 62 |
| Differences | 98 |
| Multiple Meanings | - |
| Attributes | 72 |
| Total Test | 70 |

*S——— was not able to respond correctly to any item in this subtest

Interpretation/Comments: Compared to age expectations, this student's language processing skills are below expectancy range. Strengths were noted in associations, categorization, and differences. Weaknesses were noted in similarities, multiple meanings, and attributes. The similarities subtest requires the student to compare two items and determine common traits.  In the area of similarities, S——— could only provide one correct response to explain how two items were similar. The multiple meanings subtest requires the ability to explain multiple meanings of a word in different contexts.  In the area of multiple meaning, S——— was not able to get credit for any of the items. He was able to provide one definition of the word but it did not always match the correct sentence that was provided. Therefore, he did not receive credit. On the attributes subtest the student must be able to spontaneously generate verbal descriptions incorporating prior levels of organization. On this subtest, S——— was able to provide the function of the objects and occasionally a component of the object but did not describe color, accessories, size, shape, category, composition or location. S——— was demonstrating more signs of fatigue during this last subtest. His head and body were lying on the table and his answers appeared more brief then previously demonstrated.  It continues to be difficult for Sebastian to use language for more abstract tasks such as explaining differences, multiple meanings and attributes.

**Clinical Evaluation of Language Fundamentals III**

This assessment compares receptive and expressive language skills. Receptive language subtests require that the student point to pictures and give oral responses to orally presented information to demonstrate skills in following oral directions, recognizing words which can be categorized, completing sentences with a word having the appropriate meaning, and answering questions about paragraph narratives. Expressive language subtests require the student to repeat sentences, formulate a sentence about a picture using a given word or set of words, and formulate

a sentence from a scrambled set of words and phrases presented in writing and orally.

Subtest Mean = 10, Standard Deviation = 3

Composite and Test Mean = 100, Standard Deviation = 15

| Subtest | Standard Score |
|---|---|
| Sentence Structure | 6 |
| Concepts and Directions | 4 |
| Word Classes | 9 |
| *Listening to Paragraphs | 5 |
| RECEPTIVE LANGUAGE SCORE | 78 |
| | |
| Word Structure | 7 |
| Formulated Sentences | 5 |
| Recalling Sentences | 5 |
| EXPRESSIVE LANGUAGE SCORE | 72 |
| | |
| TOTAL LANGUAGE SCORE | 73 |

*Not included in calculation of receptive or total language scores.

Interpretation/Comments: Compared to age expectations, Sebastian's receptive and expressive language skills are below expectancy range. Strengths were noted in word classes and word structure. Weaknesses were noted in concepts and directions, formulating sentences and recalling sentences. Sebastian demonstrated significant weakness in the subtest concepts and directions. This subtest assesses his ability to interpret, recall, and execute oral commands of increasing length and complexity that contain concepts requiring logical operations. Sebastian also demonstrated weakness in the formulating sentences subtest that requires the student to formulate simple, compound and complex sentences that uses correct structure (a logical, meaningful, complete and grammatical sentence.) Difficulty was also noted with recalling sentences subtest that requires recall and reproduction of sentence surface structure as a function of syntactic complexity. Throughout the testing it was noted that when Sebastian used the strategy of repeating back the words or directions to himself he was able to provide more correct answers. Sebastian required encouragement throughout the testing to stay motivated to try his best. The test was administered over several days in short time segments of approximately 20-40 minutes in length. Sebastian does fatigue easily and when the task is language-based without manipulative or multi-sensory information his level of motivation and attention decreases significantly.

**Articulation Assessment**

An examination of the oral peripheral mechanism indicated that all structures were adequate for speech purposes.

The areas of articulation, voice, and fluency continue to be within normal limits as determined by previous assessment data and ongoing therapy observations.

## SUMMARY AND RECOMMENDATIONS

Se███████ was referred for a speech-language re-assessment to answer diagnostic questions regarding the impact of his speech and language disorder on his educational performance and to determine current level of functioning in the areas of speech and language. Analysis of assessment data in conjunction with the MCPS Speech-Language Severity Rating Scale indicates that S███████ continues to demonstrate language impairment moderate weaknesses in content of language (semantic relationships, multiple meanings, describing using attributes, and comprehension) and moderate weaknesses in form and function of language ( grammar/sentence structure, and organization of language). Relative strengths exist in single word receptive, expressive vocabulary, object association, categorization, and explaining differences in objects. Based on classroom observation and teacher report this language impairment negatively impacts educational progress in expressing thoughts and ideas verbally in class, following multiple step directions, and reading comprehension.

Because the degree of educational impact is such that other educational resources cannot make adequate accommodations, it is recommended that the IEP Team consider continued speech-language intervention to meet S██████ needs in the least restrictive environment.

**Suggestions for Classroom Accommodations**
The current pattern of strengths and weaknesses for this student indicates that the following instructional accommodations may be helpful:
- Call the student's name or otherwise focus attention before giving content.
- Demonstrate, model, and use gestures when giving directions or explaining content.
- Have the student repeat or paraphrase directions before acting on them.
- Present information and directions orally and visually.
- Adjust language to the student's comprehension level.
- Present information in small sequential segments.
- Emphasize key points of directions or instruction with tone of voice, written reminder, or summary.
- Give the student a numbered list of activities/assignments to check off as completed.
- When asking a question, provide the framework for the response. (e.g., who is the author? "The author is..."

- Pair student with partners to support following directions.
- Use visual aids to explain and model key points.
- Provide assistance with note taking.
- Allow additional wait time for oral responses.
- Prompt responses to specific "wh" questions.
- Repeat what the student has said so that the student can judge its appropriateness and self-correct if necessary.
- Offer multiple-choice options for the student to consider for responding to a question.


Erin Welch M.S., CCC-SLP

Speech-Language Pathologist, CCC-SLP

Montgomery County Public Schools


Cc: Parents

Speech-Language File

Confidential Record File