**Office of Student and Community Services**
**Department of Special Education**
**MONTGOMERY COUNTY PUBLIC SCHOOLS**
Rockville, Maryland 20850

**INDIVIDUALIZED EDUCATION PROGRAM**
**TEAM MEETING INFORMATION**
*CONFIDENTIAL*

## PART I: IDENTIFYING INFORMATION

Student name ___C___    ___S___    ___ MI    ___/___/ 96    ID # 911937    Current grade 3
      Last       First         *Date of Birth*

Current special education program LAD    Location Glenallan Elementary School    Home school Kemp Mill Elementary School

Decisions for school year 05 / 06 (grade 4 )  Meeting date 3/23/05

## PART II: MEETING INFORMATION

**A.  Type of IEP team meeting**

- [ ] Screening
- [ ] Evaluation
- [ ] Transition discussion
- [ ] IEP development/revision
- [ ] Periodic review
- [x] ESY discussion
- [ ] Central office
- [x] Annual review
- [ ] Re-evaluation planning
- [ ] Other ___
- [x] Re-evaluation *for three only*
- [ ] Manifestation determination d

**B.  Additional discussions**

**C.  Meeting location**
- [x] School

**D.  Participants in attendance:** *NOTE:* Required participants are noted on the reverse.

| NAME | | Other Participants/Positions |
|---|---|---|
| I/we have received a copy of [x] *Procedural Safeguards—Parental Rights* [x] *ESY Brochure*  Parent Initials _POA_ | | |

1. Parent ___ (signature)

2. Student ___

3. General education teacher ___ *Jess Belling*

4. Special education teacher/service provider ___ *Craig Welsh* / *Sara W. Martin*

    MCPS representative

    Occupational therapist

    Physical therapist

    School psychologist

    Speech/language pathologist

    Pupil personnel worker ___ (signature)

11. ___

1. "Parent" means [x] parent [ ] legal guardian [ ] parent surrogate (a person appointed by the MCPS Superintendent of Schools to act in place of a parent of a
    child in the educational decision-making process).

2. [ ] Parent is not present, but on ___/___/___ he/she gave permission to proceed with the meeting. See student's confidential folder.

3. [ ] Ten days' written notice was provided.
    [ ] Less than ten days' written notice was provided because the student is not currently receiving education services
    [ ] to address disciplinary issues because an expedited meeting is being held:
    [ ] at parent request
    [ ] to determine placement because the student is not currently receiving education services
    [ ] to meet other urgent needs of the student to ensure the provision of FAPE

DISTRIBUTION: COPY 1/Confidential Folder; COPY 2/Parent; COPY 3/Case Manager

MCPS Form 336-40, Rev. 12/02

169

PLAINTIFF'S EXHIBIT  S.G. 14

## 34 C.F.R. § 300.344 IEP Team

(a) **General.** The public agency shall ensure that the IEP team for each child with a disability includes—

(1) The parents of the child;

(2) At least one regular education teacher of the child (if the child is, or may be, participating in the regular education environment);

(3) At least one special education teacher of the child, or if appropriate, at least one special education provider of the child;

*(4) A representative of the public agency who—

(i) Is qualified to provide, or supervise the provision of, specially designed instruction to meet the unique needs of children with disabilities;

(ii) Is knowledgeable about the general curriculum; and

(iii) Is knowledgeable about the availability of resources of the public agency;

(5) An individual who can interpret the instructional implications of evaluation results, who may be a member of the team described in paragraphs (a) (2) through (6) of this section;

(6) At the discretion of the parent or the agency, other individuals who have knowledge or special expertise regarding the child, including related services personnel, as appropriate; and

(7) If appropriate, the child.

(b) Transition services participants. (1) Under paragraph (a) (7) of this section, the public agency shall invite a student with a disability of any age to attend his or her IEP meeting if a purpose of the meeting will be the consideration of—

(i) The student's transition services needs under § 300.347 (b) (1);

(ii) The needed transition services for the student under § 300.347 (b) (2); or

(iii) Both.

(2) If the student does not attend the IEP meeting, the public agency shall take other steps to ensure that the student's preferences and interests are considered.

(3) In implementing the requirements of § 300.347 (b) (2), the public agency also shall invite a representative of any other agency that is likely to be re-

sponsible for providing or paying for transition services.

(ii) If an agency invited to send a representative to a meeting does not do so, the public agency shall take other steps to obtain participation of the other agency in the planning of any transition services.

(c) Determination of knowledge and special expertise. The determination of the knowledge or special expertise of any individual described in paragraph (a) (6) of this section shall be made by the party (parents or public agency) who invited the individual to be a member of the IEP.

(d) Designating a public agency representative. A public agency may designate another public agency member of the IEP team to also serve as the agency representative, if the criteria in paragraph (a) (4) of this section are satisfied.

(Authority: 20 U.S.C. 1401(30), 1414 (d) (1) (A)(7), (B))

*The representative may be any other MCPS member of the IEP team who meets the criteria for each role.

NOTE: Any MCPS IEP team member who is skilled in leading meetings may function as the chairperson.

Office of Student and Community Services
Department of Special Education
MONTGOMERY COUNTY PUBLIC SCHOOLS
Rockville, Maryland 20850

INDIVIDUALIZED EDUCATION PROGRAM
CONFIDENTIAL

Page 1 of ___

DIRECTIONS: Use this form for recording most recent assessment information.

Student Name ___ Last ___    First ___    MI    ID# 911937    Meeting Date 3/23/05

Part I: CURRENT ASSESSMENT INFORMATION: Record the student's most recent assessment data. List data from psychological testing. Include results of the most recent standardized tests, curriculum-based assessments, vocational assessments, and Statewide assessments. For each area assessed, summarize strengths and areas of need. Summarize strengths and areas of need from all copies of MCPS *Teacher Referral/Reports* and include pertinent information from any functional behavioral assessment. Standard scores should be reported for standardized tests. (Use additional copies of page 1, if needed, and mark them 1A, 1B, etc., in the top right-hand corner.)

| EVALUATOR/ OBSERVER | DATE | DATA SOURCE AND SCORES/LEVELS OF PERFORMANCE | INDICATED STRENGTHS | INDICATED AREAS OF NEED |
|---|---|---|---|---|
| Patricia Papero, PhD Psychology *Non-MCPS* | 5-23-03 | Neuropsychological Evaluation<br><br>Differential Ability Scales (DAS)<br>DAS subtests        T-Scores<br>Recall of designs         49<br>Word Definitions          38<br>Pattern Construction      36<br>Matrices                  49<br>Similarities              36<br>Sequential & Quantitat.   41<br>Recall of Objects         44<br>(Subtest mean T-score=50;SD=10) | recall of designs<br>spatial problem solving | oral word definition<br>word similarities |

MCPS Form 336-51, Rev. 12/02    DISTRIBUTION: COPY 1/Student's Confidential Record; COPY 2/Service Provider(s); COPY 3/Parent

Page 1 of 14

171

Office of Student and Community Services
Department of Special Education
MONTGOMERY COUNTY PUBLIC SCHOOLS
Rockville, Maryland 20850

**INDIVIDUALIZED EDUCATION PROGRAM**
**CONFIDENTIAL**

Page 1 of 2

Student Name _S___ _S___
Last    First    MI

ID# _911937_    Meeting Date _3.23.05_

DIRECTIONS: Use this form for recording most recent assessment information.

Part I: CURRENT ASSESSMENT INFORMATION: Record the student's most recent assessment data. List data from psychological testing. Include results of the most recent standardized tests, curriculum-based assessments, vocational assessments, and Statewide assessments. For each area assessed, summarize strengths and areas of need. Summarize strengths and areas of need from all copies of MCPS Teacher Referral/Reports of page 1, if needed, include pertinent Information 1A, 1B, etc., in the top right-hand corner.) Standardized scores should be reported for standardized tests. (Use additional copies of page 1, if needed, and mark them 1A, 1B, etc., in the top right-hand corner.)

| EVALUATOR/ OBSERVER | DATE | SCORES/LEVELS OF PERFORMANCE | DATA SOURCE AND | INDICATED STRENGTHS | INDICATED AREAS OF NEED |
|---|---|---|---|---|---|
| Joann Hanifan Special Educator | 5/13 | Woodcock-Johnson III Test of Achievement  Subtest — Standard score — Percentile Rank  Letter Word ID — 77 — 6  Passage Comprehension — 77 — 6  Spelling — 83 — 13  Picture Voc. — 95 — 38  Writing Sample — 84 — 15  Applied problems — 81 — 15  Calculations — 92 — 30  Standard Clusters — 79 — 8  Academic Skills — 76 — 7 | | works hard when likes the task  good at addition  making associations  very social | letter/sound Associations  sight words  language processing  subtraction |

COPY 2/Service Provider(s); COPY 3/Parent

172

(2)

Office of Student and Community Services
Department of Special Education
MONTGOMERY COUNTY PUBLIC SCHOOLS
Rockville, Maryland 20850

INDIVIDUALIZED EDUCATION PROGRAM
CONFIDENTIAL

Page 1 C

**DIRECTIONS:** Use this form for recording most recent assessment information.

Student Name ___Last___  ___First___  MI ____  ID# __911937__  Meeting Date _3-23-05_

**Part I: CURRENT ASSESSMENT INFORMATION:** Record the student's most recent assessment data. List data from psychological testing. Include results of the most recent standardized tests, curriculum-based assessments, vocational assessments, and Statewide assessments. For each area assessed, summarize strengths and areas of need. Summarize strengths and areas of need from all copies of MCPS *Teacher Referral/Reports* and include pertinent information from any functional behavioral assessment. Standard scores should be reported for standardized tests. (Use additional copies of page 1, if needed, and mark them 1A, 1B, etc., in the top right-hand corner.)

| EVALUATOR/ OBSERVER | DATE | DATA SOURCE AND SCORES/LEVELS OF PERFORMANCE | INDICATED STRENGTHS | INDICATED AREAS OF NEED |
|---|---|---|---|---|
| Elizabeth M. Snead, OTR/L | 5/03 | Work Samples<br>Teacher Report<br>Classroom/Clinical Observation<br>Standardized Testing (Beery VMI- SS = 83; 83-117 is average)<br><br>Student demonstrates good progress in all of his goal areas. He is able to produce legible, accurate writing, use his left hand for all fine motor tasks, draw representative pictures, and participate actively during group activities with a high level of independence. His visual motor integration scores fall within the average range. | Cooperative<br>Legible, Accurate Manuscript<br>Representative Pictures<br>Good Scissors Skills<br>Good Bilateral Skills<br>Functional Grasp<br>Visual Motor Integration | Monitoring of Spatial Organization |

(2)

173

Office of Student and Community Services
Department of Special Education
MONTGOMERY COUNTY PUBLIC SCHOOLS
Rockville, Maryland 20850

**INDIVIDUALIZED EDUCATION PROGRAM**
**CONFIDENTIAL**

Page 2

**DIRECTIONS:** Use this form for recording most recent assessment Information.

Student Name: O_____    S_____
Last                First                MI        ID# 911937    Meeting Date 3/23/05

**Part I: CURRENT ASSESSMENT INFORMATION:** Record the student's most recent assessment data. List data from psychological testing. Include results of the most recent standardized tests, curriculum-based assessments, vocational assessments, and Statewide assessments. For each area assessed, summarize strengths and areas of need. Summarize strengths and areas of need from all copies of MCPS *Teacher Referral/Reports* and include pertinent information from any functional behavioral assessment. Standard scores should be reported for standardized tests. (Use additional copies of page 1, if needed, and mark them 1A, 1B, etc., in the top right-hand corner.)

| EVALUATOR/ OBSERVER | DATE | DATA SOURCE AND SCORES/LEVELS OF PERFORMANCE | INDICATED STRENGTHS | INDICATED AREAS OF NEED |
|---|---|---|---|---|
| Rita Cohen CCC-SLP | 3/4/03 | Speech/Language Re Assessment<br><br>PPVT-III Form B<br>St. Sc. 77 (conf. band-90% Int. 71-84)<br><br>EVT<br>St. Sc. 58 (conf. band 47-63) - significant discrepancy<br>not valid measure of exp. vocab.<br><br>EOWPVT-R (informal)<br>Raw Sc. 29/59 correct<br>requires a score of 42 for an average score<br>SS SC. @ 7th is a better measure of exp. voc.<br>-free of synonyms<br><br>TAPS-R        St. Sc.<br>Aud. Number Mem<br>Forward                68<br>Reversed                77<br>Aud. Sent. Mem          79<br>Aud. Word Mem          64<br>Aud. Interp. of Direct  73<br>Aud. Word Discrim.   55 * impacted by similarity of<br>Aud. Proc. (Thinking/Reas.)  67   utterances<br>Aud. Quotient @          54 | · voice, fluency, articulation<br><br>-able to use language for a variety of purposes<br><br><br><br><br><br><br><br><br><br><br>· recall of series of words orally<br>· recall of digits reversed (relative strength) | · Frustration tolerance/Separation/Compliance<br>-Sentence structure, word order, oral expression<br>-Organization/Sequencing<br>-Receptive vocabulary<br>-expressive vocabulary (synonyms)<br><br>· expressive vocabulary (naming)<br><br><br><br>· digit recall (forward)<br>· recall of directions<br>· responding to/thinking<br>· reasoning questions<br>-cause/effect<br>-Similarity/difference<br>-part/whole relationships<br>-Why, how<br>-description<br>· focus/attention to task |

MCPS Form 336-51, Rev. 12/02          DISTRIBUTION: COPY 1/Student's Confidential Record; COPY 2/Service Provider(s); COPY 3/Parent

174

Office of Student and Community Services
Department of Special Education
MONTGOMERY COUNTY PUBLIC SCHOOLS
Rockville, Maryland 20850

INDIVIDUALIZED EDUCATION PROGRAM
CONFIDENTIAL

Page 1 _C_

**DIRECTIONS:** Use this form for recording most recent assessment information.

Student Name _Last_ _G___    _First_ _Schaefer___    MI ____    ID# _9/193 7___    Meeting Date _3 23 05_

**Part I: CURRENT ASSESSMENT INFORMATION:** Record the student's most recent assessment data. List data from psychological testing. Include results of the most recent standardized tests, curriculum-based assessments, vocational assessments, and Statewide assessments. For each area assessed, summarize strengths and areas of need. Summarize strengths and areas of need from all copies of MCPS *Teacher Referral/Reports* and include pertinent information from any functional behavioral assessment. Standard scores should be reported for standardized tests. (Use additional copies of page 1, if needed, and mark them 1A, 1B, etc., in the top right-hand corner.)

| EVALUATOR/ OBSERVER | DATE | DATA SOURCE AND SCORES/LEVELS OF PERFORMANCE | INDICATED STRENGTHS | INDICATED AREAS OF NEED |
|---|---|---|---|---|
| Rita Cohn CCC-SLP | 3/4/03 | Speech/Language & Assessment (cont'd)<br><br>_CELF-3_   St. Sc.<br>Sentence Structure   6<br>Concepts & Direct.   9<br>Word Classes   8<br>Recept. Lang. Score   75 (67-83 conf level)<br>Word Structure   7<br>Formulated Sent.   8<br>Recalling Sentence   5<br>Exp. Lang Score   80 (74-86)<br>Total Language Sc.   76 (71-81)<br><br>_LPT-R_   St. Sc.<br>Associations   91<br>Categorization   58<br>Similarities   —<br>Difference   —<br>Multiple Meanings   82<br>Attributes   82<br>Total Test   72 | best focus during eval - using age appropriate management<br><br>- relative str'l: exp. lang.<br><br>- word classes, association, re-authorized as a strategy of mng.<br>- sentence formulations<br>- associations<br>- object function | Receptive language<br>- Sentence recall<br>- recognition of dist. structure<br>- fol. directions (longer, more complex)<br><br>- categories<br>- expressing similarity/ difference<br>- multiple meaning<br>- abstract language tasks |
| Updated MCPS Sally Twenty-Patry | | moderate delays - context (semantics) mod. severe delays - form/function (gram organization) | | |

MCPS Form 336-51, Rev. 12/02

DISTRIBUTION: COPY 1/Student's Confidential Record; COPY 2/Service Provider(s); COPY 3/Parent

Office of Student and Community Services
Department of Special Education
MONTGOMERY COUNTY PUBLIC SCHOOLS
Rockville, Maryland 20850

INDIVIDUALIZED EDUCATION PROGRAM
CONFIDENTIAL

Page 1

**DIRECTIONS:** Use this form for recording most recent assessment information.

Student Name  G_____    S_____    MI_____    ID# ____911937____    Meeting Date 3/23/05

Last    First

**Part I: CURRENT ASSESSMENT INFORMATION:** Record the student's most recent assessment data. List data from psychological testing. Include results of the most recent standardized tests, curriculum-based assessments, vocational assessments, and Statewide assessments. For each area assessed, summarize strengths and areas of need. Summarize strengths and areas of need from all copies of MCPS Teacher Referral/Reports and include pertinent information from any functional behavioral assessment. Standard scores should be reported for standardized tests. (Use additional copies of page 1, if needed, and mark them 1A, 1B, etc., in the top right-hand corner).

| EVALUATOR/ OBSERVER | DATE | DATA SOURCE AND SCORES/LEVELS OF PERFORMANCE | INDICATED STRENGTHS | INDICATED AREAS OF NEED |
|---|---|---|---|---|
| Christy Walsh MCPS Special Education Teacher | 03/05 | Basic Reading Inventory | vocabulary | reading words in context |
| | | Sight Word Recognition in Isolation | beginning decoding skills | self correction strategies |
| | | Grade 1:   Instructional/Independent Grade 2:   Instructional Grade 3:   Frustration | primary sight word recognition | comprehension |
| | | Word Analysis | | consistency of performance |
| | | Grade 1:   Instructional/Independent Grade 2:   Instructional/Independent Grade 3:   Frustration | | |
| | | Words in Context | | |
| | | Grade 1:   Instructional Grade 2:   Frustration | | |
| | | Comprehension | | |
| | | Grade 1:   Frustration | | |

MCPS Form 336-51, Rev. 12/02    DISTRIBUTION: COPY 1/Student's Confidential Record; COPY 2/Service Provider(s); COPY 3/Parent

Page 1 of 14

176

Office of Student and Community Services
Department of Special Education
MONTGOMERY COUNTY PUBLIC SCHOOLS
Rockville, Maryland 20850

INDIVIDUALIZED EDUCATION PROGRAM
CONFIDENTIAL

Page 1 of __

**DIRECTIONS:** Use this form for recording **most recent assessment information.**

Student Name _____    _____    __ MI    ID# 911937    Meeting Date 3, 23, 05

Last    First

**Part I: CURRENT ASSESSMENT INFORMATION:** Record the student's most recent assessment data. List data from psychological testing. Include results of the most recent standardized tests, curriculum-based assessments, vocational assessments, and Statewide assessments. For each area assessed, summarize strengths and areas of need. Summarize strengths and areas of need from all copies of MCPS *Teacher Referral/Reports* and include pertinent information from any functional behavioral assessment. Standard scores should be reported for **standardized tests.** (Use additional copies of page 1, if needed, and mark them 1A, 1B, etc., in the top right-hand corner.)

| EVALUATOR/ OBSERVER | DATE | DATA SOURCE AND SCORES/LEVELS OF PERFORMANCE | INDICATED STRENGTHS | INDICATED AREAS OF NEED |
|---|---|---|---|---|
| Christy Welsh MCPS Special Educator | 03/05 | Wilson Reading Inventory | sounds in isolation | short vowel sound recognition |
| | | Completed Level 2.3 - Instructional at this level | words in context of predictable text | consistency of performance |
| | | | | applying word attack strategies |
| | | | | memorization of sounds/cues |
| | | Bader Informal Math Assessment of Computation | adding 2 and 3 numbers in a column | subtraction with and without regrouping |
| | | | | multiplication |
| | | Informal Writing Samples in Class | legible handwriting spelling on weekly assignments of beginning primary words | writing a complete sentence spelling in context using a graphic organizer communicating effectively through writing |
| | | Informal Math Assignments in Class | adding single digit numbers | regrouping using a graph for information problem solving application of skills |
| | | Behavior/Learning Skills | positive attitude always completes homework | asking for help from an adult consistency of performance apprehensive about PE participation |

MCPS Form 336-51, Rev. 12/02    DISTRIBUTION: COPY 1/Student's Confidential Record; COPY 2/Service Provider(s); COPY 3/Parent    Page 1 of 14

Office of Student and Community Services
Department of Special Education
MONTGOMERY COUNTY PUBLIC SCHOOLS
Rockville, Maryland 20850

INDIVIDUALIZED EDUCATION PROGRAM
CONFIDENTIAL
Page 1

**DIRECTIONS:** Use this form for recording most recent assessment information.

Student Name  G_____    First

Last

ID# 9/193 7    MI    Meeting Date 3.23.06

**Part I: CURRENT ASSESSMENT INFORMATION:** Record the student's most recent assessment data. List data from psychological testing. Include results of the most recent standardized tests, curriculum-based assessments, vocational assessments, and Statewide assessments. For each area assessed, summarize strengths and areas of need. Summarize strengths and areas of need from all copies of MCPS *Teacher Referral/Reports* and include pertinent information from any functional behavioral assessment. Standard scores should be reported for standardized tests. (Use additional copies of page 1, if needed, and mark them 1A, 1B, etc., in the top right-hand corner.)

| EVALUATOR/ OBSERVER | DATE | DATA SOURCE AND SCORES/LEVELS OF PERFORMANCE | INDICATED STRENGTHS | INDICATED AREAS OF NEED |
|---|---|---|---|---|
| ERIN Welch SLP-CCC | | Speech/Language Re-evaluation | Voice, Fluency and Articulation within normal limits. | |
| | | Peabody Picture Vocabulary Test-III (PPVT) Standard score - 88 | | |
| | | Expressive One word Vocabulary TEST-Revised (EOWPVT-R) Standard score - 86 | Socially-engaging | Describing similarities between objects |
| | | Language Processing Test-Revised Standard score Subtest | | |
| | | Associations       109 | | |
| | | Categorization     101 | | |
| | | Similarities        62 | | |
| | | Differences         98 | | |
| | | *Multiple Meanings  — | | word Finding/describing |
| | | ATtributes          72 | | |
| | | Total Test          70 | | |
| | | *S_____ was not able to respond correctly to any item on this Subtest | | |

178

MCPS Form 336-51, Rev. 12/02

DISTRIBUTION: COPY 1/Student's Confidential Record; COPY 2/Service Provider(s); COPY 3/Parent

Page 1 of 14

2

Office of Student and Community Services
Department of Special Education
MONTGOMERY COUNTY PUBLIC SCHOOLS
Rockville, Maryland 20850

**INDIVIDUALIZED EDUCATION PROGRAM**
**CONFIDENTIAL**

Page 1

Student Name _S_____ G_____ _____ ID# 9//937 MI _____ Meeting Date 3·23·05
                 Last              First

**DIRECTIONS:** Use this form for recording most recent assessment information.

**Part I: CURRENT ASSESSMENT INFORMATION:** Record the student's most recent assessment data. List data from psychological testing. Include results of the most recent standardized tests, curriculum-based assessments, vocational assessments, and Statewide assessments. For each area assessed, summarize strengths and areas of need. Summarize strengths and areas of need from all copies of MCPS *Teacher Referral/Reports* and include pertinent information from any functional behavioral assessment. Standard scores should be reported for standardized tests. (Use additional copies of page 1, if needed, and mark them 1A, 1B, etc., in the top right-hand corner.)

| EVALUATOR/ OBSERVER | DATE | DATA SOURCE AND SCORES/LEVELS OF PERFORMANCE | INDICATED STRENGTHS | INDICATED AREAS OF NEED |
|---|---|---|---|---|
| Erin Welch SP-CCC | | Speech/language re-eval cont Clinical Evaluation of Language Fundamentals III (CELF-III) Subtest _Standard score_ Sentence Structure      6 Concepts + Directions  4 Word Classes            9 *Listening to Paragraphs 5 RECEPTIVE LANGUAGE SCORE  78 Word Structure          7 Formulated Sentences    5 Recalling Sentences     5 EXPRESSIVE LANGUAGE SCORE 72 TOTAL LANGUAGE SCORE  73 *Not included in calculation of receptive or total language score | Word Classes | Following multi-step directions  Formulating grammatically correct sentences |

179

MCPS Form 336-51, Rev. 12/02

DISTRIBUTION: COPY 1/Student's Confidential Record; COPY 2/Service Provider(s); COPY 3/Parent

Office of Student and Community Services
Department of Special Education
MONTGOMERY COUNTY PUBLIC SCHOOLS
Rockville, Maryland 20850

**INDIVIDUALIZED EDUCATION PROGRAM**
**CONFIDENTIAL**

Student Name _____    ID# 9|1937    MI _____    Meeting Date _3_/_23_/_05_

Last          First

③ **PART II: ELIGIBILITY**

A.  At least every 3 years or more frequently if conditions warrant and when considering dismissal from special education services prior to graduation, the IEP team must conduct a re-evaluation. If the team determines that a re-evaluation is needed, the team completes Part I of MCPS Form 336-35: *Re-evaluation Planning*. If re-evaluation is not needed, the IEP team proceeds with Part B (below).    ☐ Re-evaluation planning is needed    ☑ Re-evaluation planning is not needed at this time.

B. 1.  **EDUCATIONAL IMPACT:** Explain how the student's disability affects his/her involvement and progress in the general curriculum. For a preschool child explain how the disability affects his/her participation in appropriate activities:

The difficulties S_____ has with memory recall, language processing, reading fluency, written expression and math application require special education support in

order for S_____ to access the general education curriculum.

B. 2. ☑ The student needs special education (and related service) and is eligible for special education. Record disability code(s) on page 13 of MCPS Form 336-51: *Summary of IEP Decisions*, and continue with the IEP team meeting.

DISABILITY CODE(S): _08/04_

☐ The student is no longer eligible for special education; dismiss from special education. Record on page 13 of MCPS Form 336-51: *Summary of IEP Team Decisions* and complete page 14 of MCPS Form 336-51: *Follow-Up*. Complete pages 3 and 4, Transition Services.

Reason for ineligibility: _____

☐ The student will graduate/age out of school. Record on page 13 of MCPS Form 336-51: *Summary of IEP Team Decisions* and complete page 14 of MCPS Form 336-51: *Follow-Up*. Complete pages 3 and 4, Transition Services.

④ **Part III: PARENT INFORMATION**

A.  Document parent input for enhancing the student's education for purposes of the IEP team's consideration.

B.  Identify any documents provided by the parent and considered at the meeting.

See attached parent report

⑤ **PART IV: PROGRESS ON IEP GOALS AND OBJECTIVES/BENCHMARKS:**

**Directions:** ☑ The IEP team discusses and records the student's progress on current IEP goals and objectives.

**NOTE:  After this form is completed and discussed at the IEP team meeting,** complete pages 3 and 4 of MCPS Form 336-51: *Transition Services*, for all students who will turn at least age 14 during this IEP cycle. IEPs for all other students continue on page 5 of MCPS Form 336-51.

MCPS Form 336-51, Rev. 11/03    DISTRIBUTION: COPY 1/Student's Confidential Record; COPY 2/Service Provider(s); COPY 3/Parent

| Office of Student and Community Services<br>MONTGOMERY COUNTY PUBLIC SCHOOLS<br>Rockville, Maryland 20850 | **PARENT REPORT** |
|---|---|

**INSTRUCTIONS:** Include a copy of this report with each letter inviting the parent to the annual review or other IEP team meeting. If the parent returns the report, the information should be used in developing or modifying the student's IEP goals.

Student's Name ___G___ _____S_____  MI    Date of Birth ___ ___ 96
Last    First    MI

School ___GLENALLAN___    Grade _3_

Parent/Guardian Name ___GILL___    ___ALEKSANDRA___    MI
Last    First    MI

___ /  /  ___
Signature of Parent/Guardian Completing Form    Date Completed

Because you know your child best and your point of view is an important consideration in making educational decisions, we are interested in your observations about your child in preparation for the upcoming IEP team meeting. Your concerns will be noted for purposes of developing the IEP goals.

1. What progress have you noticed your child has made this year? _I believe Sebastian made_
_progress in all of the areas. Although his progress is_
_significant I am not sure why is he not reading some_
_of his IEP goals._

2. What have you noticed about your child's work and behavior? _Sebastian_
___ is overwhelmed with lots of verbal input
_and tends to place out in such situations. Needs_
_reminders to stay focused._

3. What learning strengths does your child demonstrate? _Visual learning & hands-on._

4. What would you like to see as a goal(s) for your child for next year? ___

5. How do you think the school can help your child? _Provide more speech-language services, provide_
_support during specials (e.g. music, he cannot follow_
_instructions in large group and with below grade reading skills_
_cannot read the verses)_

6. Other comments: ___

If possible, please return this report with your response to the IEP team meeting Invitation letter prior to the scheduled meeting. Thank you.

MCPS Form 336-39, Rev. 5/01

181

Office of Instruction and Program Development
Department of Special Education
MONTGOMERY COUNTY PUBLIC SCHOOLS
Rockville, Maryland 20850

**INDIVIDUALIZED EDUCATION PROGRAM**
**INSTRUCTIONAL GOALS AND OBJECTIVES**
**CONFIDENTIAL**

Page 5

Student Name G_____    Last    First    S____    MI    ID# _911937_    Meeting Date _3, 23, 05_

**PART I: INSTRUCTIONAL AREA** Reading
(Refer to MCPS Form 336-51 for present levels of performance.)

Part II: **ANNUAL GOAL:** Identify one annual goal **per page** that the student can reasonably be expected to accomplish within one school year _8/05_ through _6/06_
Note: The goals and objectives/benchmarks are considered draft **recommendations** until approved.

GOAL S_____ will demonstrate increased word attack/decoding strategies and reading fluency skills.

**PART III: SHORT-TERM OBJECTIVES/BENCHMARKS:** Describe what the student is expected to accomplish, under what circumstances, to what level of mastery, and the procedure for evaluating achievement. (Use additional copies of page 5, if needed, and mark them 5A, 5B, etc., in the top right-hand corner.)

| | PROGRESS (Indicate date and code) |
|---|---|

1. Given a variety of CVC words, S_____ will demonstrate the ability to decode these words in isolation and in context, with 80% accuracy, as measured by teacher made assessments and informal reading inventories.

2. Given a variety of words with the CVCe pattern, S_____ will identify the word pattern and will apply scooping and tapping strategies to decode the unfamiliar words, with 80% accuracy, as measured by teacher made assessments and informal reading inventories.

3. Given a variety of closed syllable words and patterns (CVC, VC) and open syllable words and patterns (CVCe, V, CV) in single and multisyllable words, S_____ will apply word attack strategies to read the words, in isolation and in context, with 80% accuracy, as measured by teacher made assessments and informal reading inventories.

4. Given a variety of words with welded sound patterns (ild, old, ost, etc.) S_____ will recognize the welded sound pattern and will be able to read the words with 80% accuracy, as measured by teacher made assessments and informal reading inventories.

5. Given a variety of high frequency words found at the primary level, in isolation and context, S_____ will be able to read the words, without sounding them out, with 80% accuracy, as measured by teacher made assessments and informal reading inventories.

Service provider(s) __Special Education Team__

**PROGRESS CODES:** Progress toward each annual goal is measured by the attainment of evaluation criteria for specific short-term objectives under that goal. Each marking period parents will be notified in writing concerning progress on annual IEP goals. **CODES: 5**=the objective has been met; **4**=progress has been made and it appears the objective will be met by the end of the duration of the IEP; **3**=progress has been made toward the objective, but the objective may not be met by the end of the duration of the IEP; **2**=progress is not sufficient to meet this objective by the end of the duration of the IEP; **1**=this objective was not addressed during this reporting period.

DISTRIBUTION: COPY 1/Student's Confidential Record; COPY 2/Service Provider(s); COPY 3/Parent

MCPS Form 336-51, Rev. 1/03

Page 5 of 14

182

⑦

**Office of Instruction and Program Development**
**Department of Special Education**
**MONTGOMERY COUNTY PUBLIC SCHOOLS**
Rockville, Maryland 20850

**INDIVIDUALIZED EDUCATION PROGRAM**
**INSTRUCTIONAL GOALS AND OBJECTIVES**
**CONFIDENTIAL**

Page 5

Student Name ___Last___  ___First___  ___MI___  S___  ID# __911937__  Meeting Date _3/23/05_

**PART I: INSTRUCTIONAL AREA** __Reading__
(Refer to MCPS Form 336-51 for present levels of performance.)

**Part II: ANNUAL GOAL:** Identify **one** annual goal **per page** that the student can reasonably be expected to accomplish within one school year __08/05__ through __06/06__
**Note:** The goals and objectives/benchmarks are considered **draft recommendations** until approved.

**GOAL** S_____ will increase his reading fluency and comprehension of text.

**PART III: SHORT-TERM OBJECTIVES/BENCHMARKS:** Describe what the student is expected to accomplish, under what circumstances, to what level of mastery, and the procedure for evaluating achievement. (Use additional copies of page 5, if needed, and mark them 5A, 5B, etc., in the top right-hand corner.)

1. Given a variety of text at his instructional level, S_____ will identify significant information from the text, including main idea, problem and solution, with 80% accuracy, as measured by staff observation and informal reading inventories.

2. Given a variety of text at his instructional level, S_____ will relate prior knowledge and experience to literal information in the text, by giving at least one example when called upon, with 80% accuracy, as measured by staff observation and student work samples (oral and written).

3. Given a variety of material at his instructional level that includes charts, graphs and diagrams, S_____ will interpret and identify important information from the text, with 80% accuracy, as measured by staff observation and student work samples (oral and written responses).

4. Given a variety of text at his reading level, S_____ will be able to locate information from the text in response to comprehension questions posed about the text, with 80% accuracy, as measured by staff observations and student work samples (oral and written responses).

Service provider(s) __Special Education Team__

**PROGRESS CODES:** Progress toward each annual goal is measured by the attainment of evaluation criteria for specific short-term objectives under that goal. Each marking period parents will be notified in writing concerning progress on annual IEP goals. **CODES:** 5=the objective has been met; 4=progress has been made and it appears the objective will be met by the end of the duration of the IEP; 3=progress has been made toward the objective, but the objective may not be met by the end of the duration of the IEP; 1=this objective was not addressed during this reporting period.
IEP; 2=progress is not sufficient to meet this objective by the end of the duration of the IEP.

**PROGRESS** (Indicate date and code)

DISTRIBUTION: COPY 1/Student's Confidential Record; COPY 2/Service Provider(s); COPY 3/Parent

MCPS Form 336-51, Rev. 1/03

Page 5 of 14

7

183

Office of Instruction and Program Development
Department of Special Education
MONTGOMERY COUNTY PUBLIC SCHOOLS
Rockville, Maryland 20850

INDIVIDUALIZED EDUCATION PROGRAM
INSTRUCTIONAL GOALS AND OBJECTIVES
CONFIDENTIAL

Page 5   C

Meeting Date __3/23/05__

Student Name _____
                Last          First          MI

ID# __911937__

**PART I: INSTRUCTIONAL AREA** Writing
(Refer to MCPS Form 336-51 for present levels of performance.)

**Part II: ANNUAL GOAL:** Identify **one annual goal per page** that the student can reasonably be expected to accomplish within one school year __08/05__ through __06/06__.
*Note:* The goals and objectives/benchmarks are considered **draft recommendations** until approved.

GOAL: S_____ will write effectively using appropriate style and conventions.

**PART III: SHORT-TERM OBJECTIVES/BENCHMARKS:** Describe what the student is expected to accomplish, under what circumstances, to what level of mastery, and the procedure for evaluating achievement. (Use additional copies of page 5, if needed, and mark them 5A, 5B, etc., in the top right-hand corner.)

1. Given a writing assignment, S_____ will use his knowledge of letter/sound relationships and word patterns as a cue in spelling unfamiliar words, and will accurately spell words on weekly spelling tests and in daily writing, with 80% accuracy, as measured by staff observation and student work samples.

2. Given a writing prompt, S_____ will produce at least two on-point sentences in response to the prompt, scoring at least 2 out of 3 using a scoring rubric, as measured by staff observation and student work samples.

3. Given a writing prompt or assignment, S_____ will include appropriate punctuation and capitalization, with 80% accuracy, as measured by staff observation and student work samples.

4. Given a writing assignment, S_____ will be able to brainstorm ideas to respond to the assignment, by using a graphic organizer or web outline to organize his answer, with two or fewer prompts from the teacher, with 80% accuracy, as measured by staff observation and student work samples.

| PROGRESS (Indicate date and code) |
|---|
|  |
|  |
|  |
|  |

Service provider(s)  Special Education Team

**PROGRESS CODES:** Progress toward each annual goal is measured by the attainment of the evaluation criteria for specific short-term objectives under that goal. Each marking period parents will be notified in writing concerning progress on annual IEP goals. **CODES: 5**=the objective has been met; **4**=progress has been made and it appears the objective will be met by the end of the duration of the IEP; **3**=progress has been made toward the objective, but the objective may not be met by the end of the duration of the objective will be met by the end of the duration of the IEP; **1**=this objective was not addressed during this reporting period. IEP; **2**=progress is not sufficient to meet this objective by the end of the duration of the IEP.

DISTRIBUTION: COPY 1/Student's Confidential Record; COPY 2/Service Provider(s); COPY 3/Parent

MCPS Form 336-51, Rev. 1/03

Page 5 of 14

⑦

184

Office of Instruction and Program Development
Department of Special Education
MONTGOMERY COUNTY PUBLIC SCHOOLS
Rockville, Maryland 20850

INDIVIDUALIZED EDUCATION PROGRAM
INSTRUCTIONAL GOALS AND OBJECTIVES
CONFIDENTIAL

Page 5 of

Meeting Date 3/23/05

Student Name _____
                Last          First          MI

ID# __911937__

**PART I: INSTRUCTIONAL AREA** Math
(Refer to MCPS Form 336-51 for present levels of performance.)

**Part II: ANNUAL GOAL: Identify one annual goal per page** that the student can reasonably be expected to accomplish within one school year __08/05__ through __06/06__
*Note:* The goals and objectives/benchmarks are considered **draft recommendations** until approved.

**GOAL** S_____ will utilize a variety of strategies to solve mathematical problems.

**PART III: SHORT-TERM OBJECTIVES/BENCHMARKS:** Describe what the student is expected to accomplish, under what circumstances, to what level of mastery, and the procedure for evaluating achievement. (Use additional copies of page 5, if needed, and mark them 5A, 5B, etc., in the top right-hand corner.)

1.  Given a variety of graphs (including picture, bar and line graphs) S_____ will interpret, compare and make predictions based on the graphs, with 80% accuracy, as measured by student work samples (oral and written questions posed), assessments and staff observations.

2.  Given a variety of mathematical word problems involving addition and subtraction, S_____ will identify the information in the problem needed in order to solve the problem, and will choose the correct operation to solve the problem, with 80% accuracy, as measured by staff observation and student work samples.

3.  Given a math problem and prompt/stance question, S_____ will solve the problem and will explain his thinking using numbers, pictures, and/or words to solve the problem, with 80% accuracy, as measured by staff observation, class assignments and assessments.

4.  Given a variety of multiplication facts from the 0-6 times tables, S_____ will solve these problems with 80% accuracy, as measured by staff observation and student work samples.

5.  Given a variety of shapes and solids, S_____ will identify the names of the shapes and solids and will describe at least 2 attributes about the shapes and solids, with 80% accuracy, as measured by student work samples and teacher made assessments.

| PROGRESS |
|---|
| (Indicate date and code) |
| |
| |
| |

Service provider(s) __Special Education Team__

**PROGRESS CODES:** Progress toward each annual goal is measured by the attainment of evaluation criteria for specific short-term objectives under that goal. Each marking period parents will be notified in writing concerning progress on annual IEP goals. **CODES: 5**=the objective has been met; **4**=progress has been made and it appears the objective will be met by the end of the duration of the IEP; **3**=progress has been made toward the objective, but the objective may not be met by the end of the duration of the IEP; **1**=this objective was not addressed during this reporting period. **2**=progress is not sufficient to meet this objective by the end of the duration of the IEP.

DISTRIBUTION: COPY 1/Student's Confidential Record; COPY 2/Service Provider(s); COPY 3/Parent

MCPS Form 336-51 Rev. 1/03

185

7

Office of Instruction and Program Development
Department of Special Education
MONTGOMERY COUNTY PUBLIC SCHOOLS
Rockville, Maryland 20850

**INDIVIDUAL EDUCATION PROGRAM**
**INSTRUCTIONAL GOALS AND OBJECTIVES**
**CONFIDENTIAL**

Page 5 C

Student Name __Gi_____ Laast_____ First_____ MI ____  ID# 9//937  Meeting Date 3-23-05

**PART I: INSTRUCTIONAL AREA** Communication - Speech/language
(Refer to MCPS Form 336-51 for present levels of performance.)

**Part II: ANNUAL GOAL:** Identify one annual goal per page that the student can reasonably be expected to accomplish within one school year (2005 through 2006)
Note: The goals and objectives/benchmarks are considered draft recommendations until approved.

**GOAL** _____ Will increase his ability to state intended meanings

**PART III: SHORT-TERM OBJECTIVES/BENCHMARKS:** Describe what the student is expected to accomplish, under what circumstances, to what level of mastery, and the procedure for evaluating achievement. (Use additional copies of page 5, if needed, and mark them 5A, 5B, etc., In the top right-hand corner.)

1. Given 1 to 2 prompts, ▬▬▬ will compare two items and determine 2 common traits with 80% accuracy as measured by SLP log notes.

   explain
2. Given 1 to 2 prompts, ▬▬▬ will multiple meanings of words by determining the meaning of the word from the context in which the word is used with 80% accuracy as measured by SLP log notes.

3. Given 1 to 2 prompts, ▬▬▬ will generate 3-4 VERBAL descriptions to describe an object with 80% accuracy. as measured by SLP log notes.

4. Give a short story, ▬▬▬ will answer "wh" questions (who, what, when, where) with 80% accuracy as measured by SLP log notes teacher report.

Service provider(s) ____ SLP / SET _____

**PROGRESS** (Indicate date and code)

**PROGRESS CODES:** Progress toward each annual goal is measured by the attainment of evaluation criteria for specific short-term objectives under that goal. Each marking period parents will be notified in writing concerning progress on annual IEP goals. **CODES:** 5=the annual IEP goal has been met; 4=progress has been made and it appears the objective will be met by the end of the duration of the IEP; 3=progress has been made toward the objective, but the objective may not be met by the end of the duration of the IEP; 1=this objective was not addressed during this reporting period. IEP; 2=progress is not sufficient to meet this objective by the end of the duration of the IEP; 1=this objective was not addressed during this reporting period.

DISTRIBUTION: COPY 1/Student's Confidential Record; COPY 2/Service Provider(s); COPY 3/Parent

MCPS Form 336-51, Rev. 1/03

Page 5 of 14

186

⑦

Office of Instruction and Program Development
Department of Special Education
MONTGOMERY COUNTY PUBLIC SCHOOLS
Rockville, Maryland 20850

**INDIVIDUALIZED EDUCATION PROGRAM
INSTRUCTIONAL GOALS AND OBJECTIVES
CONFIDENTIAL**

Page 5

Student Name _____ _____ MI ___    ID# 911937    Meeting Date 3-23-05
     Last      First

**PART I: INSTRUCTIONAL AREA** Communication- Speech/language
(Refer to MCPS Form 336-51 for present levels of performance.)

**Part II: ANNUAL GOAL:** Identify one annual goal per page that the student can reasonably be expected to accomplish within one school year 2005 through 2006.
*Note:* The goals and objectives/benchmarks are considered draft recommendations until approved.

GOAL: Student will increase his ability to follow directions & comprehend sentence

**PART III: SHORT-TERM OBJECTIVES/BENCHMARKS:** Describe what the student is expected to accomplish, under what circumstances, to what
level of mastery, and the procedure for evaluating achievement. (Use additional copies of page 5, if needed, and mark them 5A, 5B, etc., in the
top right-hand corner.)

1. Given 1 prompt, Student will follow 2 step commands
with 80% accuracy, as measured by SLP log notes and
teacher report.

2. Student will repeat direction given by an adult to assist
in his ability to follow directions with 90% accuracy as
measured by SLP log notes and teacher report.

3. Student will demonstrate understanding of simple and
complex sentence structures by selecting pictures or objects
that represent various target sentence structures with
80% accuracy as measured by SLP log notes and teacher
report.

Service provider(s) _____ SLP/ SLT _____

| PROGRESS (Indicate date and code) |
| --- |
|  |
|  |
|  |
|  |

**PROGRESS CODES:** Progress toward each annual goal is measured by the attainment of evaluation criteria for specific short-term objectives under that goal. Each marking period parents will be notified in writing concerning progress on annual IEP goals. **CODES: 5=**the objective has been met; **4=**progress has been made and it appears the objective will be met by the end of the duration of the IEP; **3=**progress has been made toward the objective, but the objective may not be met by the end of the duration of the IEP; **2=**progress is not sufficient to meet this objective by the end of the duration of the IEP; **1=**this objective was not addressed during this reporting period.

MCPS Form 336-51, Rev. 1/03

DISTRIBUTION: COPY 1/Student's Confidential Record; COPY 2/Service Provider(s); COPY 3/Parent

187

(7)

Office of Student and Community Services
Department of Special Education
MONTGOMERY COUNTY PUBLIC SCHOOLS
Rockville, Maryland 20850

**INDIVIDUALIZED EDUCATION PROGRAM**

*CONFIDENTIAL*

Student Name _____    ID# 911937    Meeting Date 3 / 23 / 05

Last          First          MI

**PART I: SUPPLEMENTARY AIDS AND SERVICES. Directions:** Based on the student's unique needs and IEP goals and objectives, the following supplementary aids and services are to be provided to the student or on behalf of the student. (See reverse for directions.) (Note: Page 6 is followed by 6A and 6B.)

| SUPPLEMENTARY AIDS AND SERVICES | ANTICIPATED FREQUENCY/RECOMMENDED USE |
|---|---|
| A. Provide instructional accommodations and modifications by:<br>extended time to complete assignments (50%)    calculator and manipulatives for math assignments<br>reduced readability of assignments    repeat directions<br>modeling    tests items read to him for non-fluency/decoding assessments<br>break tasks into smaller parts<br>small group instruction for core academic areas<br><br>☐ Not required | daily in all academic areas |
| B. Adapt materials by:<br>provide manipulatives<br>reduced readability<br>text provided at instructional level<br><br>☐ Not required | daily in all academic areas |
| C. Provide environmental/physical adaptations by:<br>small group instruction<br>pair with role model student<br>seat away from distractors<br><br>☐ Not required | daily in all academic areas |
| D. Modify assignments by:<br>provide oral and written directions<br>model item samples<br><br>☐ Not required | daily in all academic areas |

MCPS Form 336-51, Rev. 12/03

DISTRIBUTION: COPY 1/Student's Confidential Record; COPY 2/Service Provider(s); COPY 3/Parent

Page 6 of 14

188

**Directions:** All recommendations for supplementary aids and services should be based on valid assessment data.

**Part A: Instructional accommodations and modifications:**

When the IEP team is considering a student's need for instructional accommodations and modifications, the **need for extended time** for instruction and class assessments should be considered, if

- the student's current assessment Information shows the need for extended time for instruction and class assessments (see page 1 of the IEP); and/or

- classroom observation and experience with the student show the student needs more than the typical time allotted to complete assignments.

If the IEP team concludes that the student requires extended time for instruction and class assessments, the team must

- determine whether the student requires different timeframes to complete assignments and tests in various subjects; and

- specify in the Anticipated Frequency/Recommended Use section of Part I.A the amount of extended time that will be provided during the instructional day.

**Office of Student and Community Services**
**Department of Special Education**
**MONTGOMERY COUNTY PUBLIC SCHOOLS**
Rockville, Maryland 20850

**INDIVIDUALIZED EDUCATION PROGRAM**
**TESTING ACCOMMODATIONS**
*CONFIDENTIAL*

Student Name ___Cox___   ___Sebastian___   ___ MI ___   ID# 911937   Meeting Date 3/23/05   Birth Date 3/23/05 /96

Last   First

Mainframe Codes

⑧ **PART I (CONTINUATION): SUPPLEMENTARY AIDS AND SERVICES TO BE PROVIDED TO THE STUDENT OR ON BEHALF OF THE STUDENT**

**E. TEST ACCOMMODATIONS** should be recommended for a student with a disability if the disability interferes with the student's ability to complete required assessments. The identified accommodations must align with the student's specific areas of need and educational impact documented in the most recent IEP team meeting. **Recommendations for "extra response" and processing time" must reflect the ongoing instructional accommodations identified in Part I, Section A.** Anticipated frequency and recommended use include accommodations being provided during informal class tests, end-of-course examinations, and systemwide and state testing. Check the appropriate boxes below. The codes listed at the right are to be entered in the mainframe. (Note: Page 6A is followed by Page 6B).

**I. SCHEDULING ACCOMMODATIONS**

- ☐ A. Supervised breaks during test session
- ☐ B. Tests given regularly within a single day/session may be administered over multiple days without exceeding total time allowances. Tests must be given within the constraints of test administration procedures.
- ☒ C. Extra response and processing time
- ☒ D. Tests are administered at best time of day for student
- ☐ E. Other proposed by Local Accountability Coordinator or by special education staff and approved by MSDE Assessment Office and MSDE Special Education staff
- ☐ F. None required

Explain Difficulties with attention to task and memorization and recall require extra time

A. 100
B. 101
C. 102
D. 103
E. N/A
F. N/A

190

**II. SETTING ACCOMMODATIONS**

- ☐ A. General education classroom, with special seating (front of room, carrel, etc.)
- ☐ B. General education classroom, with adjusted grouping
- ☐ C. General education classroom, with additional school support (instructional assistant, guidance, etc.)
- ☐ D. General education classroom, with special education support. Support person is not to help student read or respond to items
- ☒ E. Small group setting
- ☐ F. Small group setting with special education teacher as examiner
- ☐ G. Individual administration within the school building
- ☐ H. Individual administration outside the school building (home, hospital, etc.)
- ☐ I. Other proposed by Local Accountability Coordinator or by special education staff and approved by MSDE Assessment Office and MSDE Special Education staff
- ☐ J. None required

Explain Daily instruction occurs in a small group setting

A. 200
B. 201
C. 202
D. 203
E. 204
F. 205
G. 206
H. 207
I. N/A
J. N/A

**III. EQUIPMENT/TECHNOLOGY ACCOMMODATIONS**

- ☐ A. Large print test materials
- ☐ B. Braille test materials
- ☒ C. Calculator for mathematics testing
- ☐ D. Use of electronic devices: ☐ mechanical speller ☐ computer ☐ augmented communication device ☐ brailling device
  - ☐ other_____
- ☐ E. Use of electronic devices with spell and grammar checkers blocked as certified by Local Accountability Coordinator
  ☐ mechanical speller ☐ computer ☐ augmented communication device ☐ brailling device
  - ☐ other_____
- ☐ F. Published or electronic bilingual dictionary (a synonym dictionary, without definitions, in the student's native language).
- ☐ G. Other proposed by Local Accountability Coordinator or by special education staff and approved by MSDE Assessment Office and MSDE Special Education staff
- ☐ H. None required

Explain Recall and memory of math facts require calculator support.

A. 300
B. 301
C. 302
D. 303
E. 304
F. 305
G. N/A
H. N/A

MCPS Form 336-51, Rev. 3/04

DISTRIBUTION: COPY 1/Student's Confidential Board.COPIES

Office of Student and Community Services
Department of Special Education
MONTGOMERY COUNTY PUBLIC SCHOOLS
Rockville, Maryland 20850

**INDIVIDUALIZED EDUCATION PROGRAM**
**TESTING ACCOMMODATIONS**
*CONFIDENTIAL*

Student Name G_____ S_____ ____ ID# 911937
           Last          First      MI

Meeting Date _____ Birth Date 3/23/05

**PART I (CONTINUATION): SUPPLEMENTARY AIDS AND SERVICES TO BE PROVIDED TO THE STUDENT OR ON BEHALF OF THE STUDENT**

**E. TEST ACCOMMODATIONS (CONTINUATION)** Test accommodations should be recommended for a student with a disability if the disability interferes with the student's ability to complete required assessments. The identified accommodations must align with the student's specific areas of need and educational impact documented at the most recent IEP team meeting. Anticipated frequency and recommended use include accommodations being provided during informal class tests, end-of-course examinations, and systemwide and state testing. Check the appropriate boxes below. The codes listed at the right are to be entered into the mainframe.
(Note: Page 6B is followed by Page 7).

**Mainframe Codes**

A. 400
B. 401
C. N/A
D. 402
E. 403
F. 406
G. 407
H. 404
I. 405
J. N/A
K. N/A

**IV. PRESENTATION ACCOMMODATIONS**

☒ A. Verbatim repetition of scripted directions, as needed
☐ B. Written copies of orally presented materials that are found only in examiner's manual
☐ C. Accessibility to close-caption or video materials (THIS ACCOMMODATION IS ALLOWED ONLY FOR CLASSROOM ASSESSMENTS.)
    IT IS NOT ALLOWED FOR STATE ASSESSMENTS.)
☐ D. Sign language interpreter, amplification, or visual display required for test directions/examiner-led activities
☐ E. Verbatim audiotape of directions
☐ F. Verbatim reading or audiotape of entire test for content areas other than reading
☐ G. Verbatim reading of selected sections of test or vocabulary for content areas other than reading
☒ H. Verbatim reading or audiotape of entire reading test
☐ I. Verbatim reading of selected vocabulary words or sections of reading test
☐ J. Other-proposed by Local Accountability Coordinator or by special education staff and approved by MSDE Assessment
    Office and MSDE Special Education staff
☐ K. None required

Explain Difficulties with reading fluency and decoding require verbatim reading support.

**V. RESPONSE ACCOMMODATIONS**

A. 506
B. 501
C. 50__
D. 50__
E. 50__
F. 50__
G. N/A
H. N/A

☐ A. For machine-scored tests, student marks answers in test booklet. Transfer to answer sheet completed by school personnel
☐ B. For selected response items, student indicates answers by pointing or other method
☐ C. For constructed response (brief or extended) items, student tapes response for later verbatim transcription by school personnel
☐ D. School personnel may check student's transferred responses (alignment and completeness of hand-filled bubbles)
☒ E. For constructed response (brief or extended) items, student dictates response to examiner for verbatim transcription by school personnel
☐ F. For constructed response (brief or extended) items or oral presentation, student signs response to interpreter of the deaf/hearing-impaired for translation
☐ G. Other proposed by Local Accountability Coordinator or by special education staff and approved by MSDE Assessment Office and MSDE Special Education staff
☐ H. None required

Explain Difficulty with alignment and writing fluency require response accommodations.

MCPS Form 336-51, 3/04

DISTRIBUTION: COPY 1/Student's Confidential Record; COPY 2/Service Provider(s); COPY 3/Parent

191

**INDIVIDUALIZED EDUCATION PROGRAM**

**CONFIDENTIAL**

Office of Student and Community Services
Department of Special Education
MONTGOMERY COUNTY PUBLIC SCHOOLS
Rockville, Maryland 20850

Student Name _____
_Last_          _First_        _MI_        ID# 911937    Meeting Date 3/23/05

**PART I (Continuation):    SUPPLEMENTARY AIDS AND SERVICES TO BE PROVIDED TO THE STUDENT OR ON BEHALF OF THE STUDENT**

ANTICIPATED FREQUENCY/
RECOMMENDED USE

F. Consider the need for assistive technology (AT):

☐ AT devices or services are required (specify) ——————

☐ Trial AT devices or services are recommended (specify) ——————

☑ Considered but not required

G. Manage behavior by:
☐ Conducting a functional behavioral assessment to be completed by __/__/__
☐ Developing a behavioral intervention plan
☐ Identifying IEP goals and objectives
☐ Other _____
☑ Not required

H. Provide alternative communication systems for students who are blind or visually impaired or deaf or hard of hearing.
☐ Braille (attach MCPS Form 336-82)
☐ Sign language
☐ Cued speech
☐ Auditory/oral
☐ Large print
☐ Other _____
☑ Not required

I. Provide English language learner support by: ——————
☐ Not required

J. Provide support for school personnel by:
☐ Conducting staff training ——————
☐ Providing consultation ——————
☐ Other, e.g., mentoring, co-teaching ——————
☑ Not required

MCPS Form 336-51, Rev. 11/03

DISTRIBUTION: COPY 1/Student's Confidential Record; COPY 2/Service Provider(s); COPY 3/Parent

Office of Student and Community Services
Department of Special Education
MONTGOMERY COUNTY PUBLIC SCHOOLS
Rockville, Maryland 20850

**INDIVIDUALIZED EDUCATION PROGRAM**
**CONFIDENTIAL**

Student name _____
Last _____ First _____ MI _____ ID# 911937 _____ Meeting date 3-03-05

**⑨ Part II: NONPARTICIPATION WITH NONDISABLED PEERS**

**A.** Academic Activities, Meals, and Recess: Given the recommended supplementary aids and services (pages 6-7), identify the percentage of time in which the student will not participate with nondisabled peers in the general education environment. Refer to the chart on the reverse: 73 % If full participation is not possible, explain why:

Small group instruction is required in core academic areas in order
for Student to success fully access the general education
curriculum. Mainstreaming for lunch, recess and specials is appropriate.

**B.** General School and Extracurricular Activities: Given the recommended supplementary aids and services (pages 6-7), can the student participated with nondisabled peers in:

General school activities? ☑ Yes ☐ No. Explain why: _____

Extracurricular activities? ☑ Yes ☐ No. Explain why: _____

**C.** Participation in County and State Assessments: (Note: Does not apply to preschool children)

| COUNTY ASSESSMENTS | STATE ASSESSMENTS (see directions on reverse) | |
|---|---|---|
| ECAP ☐ Participate ☐ Exempt ☑ N/A | HSA ☐ Participate ☐ Exempt ☑ N/A | TERRA NOVA (CTBS or CAT) ☐ Participate ☐ N/A |
| ESOL IPT · ☐ Participate ☐ N/A | | MSA ☐ Participate ☑ N/A |
| | | OR |
| | | Alt MSA ☐ Participate ☑ N/A |

Give the rationale for any exemptions _____

**⑩ Part III: RECOMMENDED SPECIAL EDUCATION AND RELATED SERVICES.** Based on the student's unique needs and present levels of performance, the following specially designed instruction and related services are recommended. **NOTE:** For elementary students, total hours for A and B may not exceed 30 hours.

**ANTICIPATED  FREQUENCY**

Preschool/Elementary Student 22 hours per week. OR _____ periods/blocks per week.

Secondary Student _____ periods per week OR _____ periods per week.

**A.** Primary Special Education Services: Check only one:

☑ Classroom instruction in the following subject areas: reading, writing,
Math _____ OR

☐ Speech/language services  OR  ☐ Adaptive PE  OR  ☐ Travel training

**B.** Related Services To Support Instruction:

| SERVICE | ANTICIPATED FREQUENCY |
|---|---|
| ☑ Speech/language services | two per week |
| ☐ Occupational therapy | |
| ☐ Physical therapy | |
| ☐ Other | |
| ☐ Other | |
| ☐ School health services | As per Individual Health Care Plan |
| ☐ None required | |

MCPS Form 336-51, Rev. 11/03

DISTRIBUTION: COPY 1/Student's Confidential Record); COPY 2/Service Provider(s); COPY 3/Parent

193

## PERCENTAGE OF TIME THE STUDENT WILL NOT PARTICIPATE IN GENERAL EDUCATION:

| Hours/Week | % Per Week | Hours/Week | % Per Week | Hours/Week | % Per Week | Hours/Week | % Per Week | Hours/Week | % Per Week | Hours/Week | % Per Week | Hours/Week | % Per Week | Hours/Week | % Per Week |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0.5 | 2 (1.67) | 4.5 | 15 | 8.5 | 28 | 12.5 | 42 | 16.5 | 55 | 20.5 | 68 | 24.5 | 82 | 28.5 | 95 |
| 1.0 | 3 | 5.0 | 17 | 9.0 | 30 | 13.0 | 43 | 17.0 | 57 | 21.0 | 70 | 25.0 | 83 | 29.0 | 97 |
| 1.5 | 5 | 5.5 | 18 | 9.5 | 32 | 13.5 | 45 | 17.5 | 58 | 21.5 | 72 | 25.5 | 85 | 29.5 | 99 |
| 2.0 | 7 | 6.0 | 20 | 10.0 | 33 | 14.0 | 47 | 18.0 | 60 | 22.0 | 73 | 26.0 | 87 | 30.0 | 100 |
| 2.5 | 8 | 6.5 | 22 | 10.5 | 35 | 14.5 | 48 | 18.5 | 62 | 22.5 | 75 | 26.5 | 89 | | |
| 3.0 | 10 | 7.0 | 23 | 11.0 | 37 | 15.0 | 50 | 19.0 | 63 | 23.0 | 77 | 27.0 | 90 | | |
| 3.5 | 12 | 7.5 | 25 | 11.5 | 38 | 15.5 | 52 | 19.5 | 65 | 23.5 | 78 | 27.5 | 92 | | |
| 4.0 | 13 | 8.0 | 27 | 12.0 | 40 | 16.0 | 53 | 20.0 | 67 | 24.0 | 80 | 28.0 | 94 | | |

Percent of Time for Seven-Period Day:   1 = 14%   2 = 28%   3 = 42%   4 = 57%   5 = 71%   6 = 85%   7 = 100%

Percent of Time for Eight-Period Day:   1 = 12.5%   2 = 25%   3 = 37.5%   4 = 50%   5 = 62.5%   6 = 75%   7 = 87.5%   8 = 100%

**STATE ASSESSMENTS:**   Check "exempt" only for students not currently working toward a diploma.
Check "Alt MSA," only for students whose disabilities prevent them from participating in TERRA NOVA (CTBS or CAT) or MSA even with accommodations.

## PRIMARY SPECIAL EDUCATION SERVICES:

**TYPES: Identify one only:**   Classroom Instruction: list the subject areas in which the student will receive special education
Speech/language Services
Adaptive PE
Travel Training

**ANTICIPATED FREQUENCY:**   For preschool/elementary students, identify the hours of service per week.
For secondary students, identify either the periods of special education per week OR periods/blocks of special education per day.

## RELATED SERVICES TO SUPPORT INSTRUCTION:

**TYPES:**

Audiology services

Counseling services

Medical services for diagnostic purposes only

Occupational therapy

Orientation and mobility

Parent counseling services

Physical therapy

Psychological services

Recreation

School health services

Speech/language pathology

Vision

**ANTICIPATED FREQUENCY:**   Identify the hours per week of service or, if needed, describe frequency.

194

**Office of Student and Community Services**
**Department of Special Education**
**MONTGOMERY COUNTY PUBLIC SCHOOLS**
Rockville, Maryland 20850

**INDIVIDUALIZED EDUCATION PROGRAM**
**LEAST RESTRICTIVE ENVIRONMENT: AGES 6-21 ONLY**
*CONFIDENTIAL*

Student Name ▇▇▇▇▇  _____  _____
Last  First  MI

ID# 911937    Meeting Date 3/23/05    Birth Date 3/23/96

(11) **PART IV: LEAST RESTRICTIVE ENVIRONMENT:** LRE reflects the setting where the student will receive special education instruction. LRE is not determined by the amount of special education services recommended. See reverse for definitions of each LRE option.

**Directions:** For each child who, on the last Friday of the October that is covered by this IEP, is/will be between the ages of 6–21, consider each option in the order listed until the IEP team recommends an option as the LRE. See definitions on reverse. **(Use page 9A for students ages 3-6.)** If the parent suggests a more restrictive environment, discuss the suggestion and document the consideration on page 14, Part I.

Given the student's IEP goals and objectives and the recommended supplementary aids and services, can the student be educated in:

| | | |
|---|---|---|
| ☐ Yes ☒ No | Outside the General Education Class Less Than 21% (LRE Code A) | ☐ Yes ☒ No Public Separate Day School (LRE Code F) |
| ☒ Yes ☐ No | Outside the General Education Class Between 21 and 60% (LRE Code B) | ☐ Yes ☒ No Private Separate Day School (LRE Code G) |
| ☐ Yes ☐ No | Outside the General Education Class More Than 60% (LRE Code C) | ☐ Yes ☒ No Public Residential Facility (LRE Code H) |
| ☐ Yes ☒ No | Homebound Placement (LRE Code D) | ☐ Yes ☒ No Private Residential Facility or Center (LRE Code I) |
| ☐ Yes ☒ No | Hospital Placement (LRE Code E) | |

Explain the rationale for the recommended LRE and the reasons for rejecting any lesser restrictive environment(s), including the benefits and harmful effects:

Small class instruction is required in core academic areas in order for student to achieve success. Mainstreaming for lunch, recess and specials is appropriate.

(12) **Part V: PLACEMENT DECISION:** The placement is based on present levels of performance, IEP goals, and recommended special education and related services.

Program  LAD    Location of services  Glenallan E.S.

Anticipated duration of services:  Start date 8/19/05  End date 6/14/06  Start date ___/___/___  End date ___/___/___  Annual review date 4/1/06

(13) **Part VI: REFERRAL FOR CONSIDERATION OF ALTERNATIVE PLACEMENT:**

☒ N/A   ☐ Yes: Interim program _____  Location _____  Start date ___/___/___

(14) **Part VII SPECIALIZED TRANSPORTATION:**

☒ N/A
☐ Specialized transportation because program is not at student's home school
☐ Specialized transportation to meet the needs of the student's disability: ☐ Child restraint ☐ Attendant ☐ Wheelchair lift
                                                                             ☐ Child restraint ☐ Attendant ☐ Wheelchair lift
☐ N/A

(15) **Part VIII: ESY CONSIDERATIONS:** Is ESY being considered? ☒ Yes ☐ No. If "yes," go to page 10 of MCPS Form 336-51. If "No," go to page 13 of MCPS Form 336-51.

DISTRIBUTION: COPY 1/Student's Confidential Record; COPY 2/Service Provider(s); COPY 3/Parent

MCPS Form 336-51, Rev. 12/03

Page 9B of 14

195

# LEAST RESTRICTIVE ENVIRONMENT FOR STUDENTS AGE 6 - 21

| LRE CODES | Least Restrictive Environment Descriptions |
|---|---|
| | **Students Aged 6-21 Only (as of the fourth Friday of the October covered by this IEP)** |
| A | **Outside the General Education Class Less Than 21%**, includes students who receive special education and related services outside the general education setting for less than 21 % of the school day. |
| B | **Outside the General Education Class Between 21 and 60%**, includes students who receive special education and related services outside the general education classroom for at least 21%, but no more than 60% of the school day. |
| C | **Outside the General Education Class More Than 60%**, includes students who receive special education and related services outside the general education classroom for more than 60% of the school day. |
| D | **Homebound Placement**, includes students who receive special education instruction at home. |

| LRE CODES | Least Restrictive Environment Descriptions |
|---|---|
| | **Students Aged 3-21 Only (as of the fourth Friday of the October covered by this IEP)** |
| E | **Hospital Placement**, includes students who receive special education in a medical treatment facility on an in-patient basis. |
| F | **Public Separate Day School**, includes students who receive special education and related services for greater than 50% of the school day in a public separate day facility that does not house programs for students without disabilities. |
| G | **Private Separate Day School**, includes students who receive special education and related services for greater than 50% of the school day in a private separate day facility that does not house programs for students without disabilities. |
| H | **Public Residential Facility**, includes students who receive special education and related services greater than 50% of the school day in a public residential facility. |
| I | **Private Residential Facility or Center**, includes students who receive special education and related services for greater than 50% of the school day in a private residential facility. |

196

# Office of Student and Community Services
## Department of Special Education
### MONTGOMERY COUNTY PUBLIC SCHOOLS
### Rockville, Maryland 20850

**INDIVIDUALIZED EDUCATION PROGRAM**
**EXTENDED SCHOOL YEAR**
**CONFIDENTIAL**

Student Name _C_____    ID# 911937    Meeting Date 3/23

_Last_    _First_    _MI_

Current Placement (Program) _LAD_    Current School _Glenallan Elementary School_

**PART I: ESY NOTICE** – Parents/guardians were provided with the *ESY Brochure* and a copy of appeal procedures ☑ by mail ☐ at this IEP team meeting

**PART II: ESY DISCUSSION:** ESY services are provided if necessary to enable the student to receive **some educational benefit** from his/her educational program during the regular school year. They address **critical life skills** goals on the current IEP that have not yet been met. A **critical life skill** is any behavioral, academic, social or other skill the IEP team determines is critical to the student's overall educational progress and it appears that the student will fail to recover the skill in a reasonable time following school break. If necessary, attach MCPS Form 336-01: *Addendum to MCPS Form,* to document Section A or B.

A. ☑ No ☐ Yes **Does the student's current IEP include annual goals related to critical life skills?**

B. The IEP team discusses the following factors and explains the basis for its decisions regarding each factor:

**CRITICAL LIFE SKILLS**

1. ☑ No ☐ Yes
   Is there a likelihood of substantial **regression** of critical life skills caused by the normal school break and a failure to **recoup** those lost skills in a reasonable time?
   Explain _____

2. ☑ No ☐ Yes
   Did the student fail to make an appropriate **degree of progress** toward mastery of IEP goals related to critical life skills during this school year?
   Explain _____

**OTHER FACTORS**

3. ☑ No ☐ Yes
   Does the student have any identifiable **emerging skills or breakthrough opportunities?**
   Explain _____

4. ☑ No ☐ Yes
   Are there any **interfering behavior(s),** such as stereotypic, ritualistic, aggressive or self-injurious behavior(s)?
   Explain _____

5. ☐ No ☑ Yes
   Are the **nature and severity of the student's disability** such that they should be considered?
   Explain _Retention and regression is likely_

6. ☑ No ☐ Yes
   Are there any **special circumstances** that should be considered, such as student's transition from school to work or in supported employment, late entry into school, excessive absence due to illness, or consideration for placement in a more restrictive setting?
   Explain _____

C. ☐ No ☑ Yes    Will the benefits the student receives from his/her educational program during the regular school year be significantly jeopardized if the student is not provided ESY? **Note:** ESY services are required under the IDEA only when such regression will substantially thwart the goal of meaningful progress, and the regression is followed by insufficient recoupment of the knowledge or skills when school resumes. The mere fact of likely regression is not a sufficient basis, because all students, disabled or not, may regress to some extent during lengthy breaks from school.

**PART III: PARENT CONCERNS/COMMENTS:** Document parent participation in the ESY decision-making: _parent in agreement_

**PART IV: DECISION OF THE IEP TEAM:** If the benefits the student will receive from his/her educational program will be significantly jeopardized if the student is not provided ESY, then ESY services must be recommended:

☐ ESY is NOT appropriate. Rationale _____

☑ ESY is appropriate. (Develop an ESY IEP, using pages 11 and 12 of MCPS Form 336-51.)

☐ The needs of the student require that a final ESY decision will be made at another IEP team meeting because _____

MCPS Form 336-51, Rev. 12/03

DISTRIBUTION: COPY 1/Student's Confidential Record; COPY 2/Service Provider(s); COPY 3/Parent

Office of Student and Community Services
Department of Special Education
MONTGOMERY COUNTY PUBLIC SCHOOLS
Rockville, Maryland 20850

INDIVIDUALIZED EDUCATION PROGRAM
EXTENDED SCHOOL YEAR
CONFIDENTIAL

Page 11 of 14    Meeting Date 3/23/0

Student Name ▓▓▓▓▓ ▓▓▓▓▓

Last          First          MI    ID# 911937

Current Placement (Program) LAD          Current School Glenallan Elementary School

**Directions:** Refer to page 1 of MCPS Form 336-51 for present levels of performance and to the student's current IEP for critical life skills goals and objectives. (Use additional copies of page 11, if needed, and mark them 11A, 11B, etc., in the top right-hand corner.)

---

## PART I: INSTRUCTIONAL AREA Reading

**Part II: ANNUAL GOAL:** Identify one critical life skill goal or other goal on the current IEP that the student will work on during ESY:

Student will examine, construct and extend the meaning of a variety of texts by applying reading strategies.

☐ AT required.

**PART III: SHORT-TERM OBJECTIVES/BENCHMARKS:** Describe what the student is expected to accomplish, under what circumstances, to what level of mastery, and the procedure for evaluating achievement.

① Student will use vowel-consonant sounds, consonant blends, and vowel-vowel sounds to make words, as measured by classroom assignments 80% of the time.

② Student will know and use common (e.g. -ill, -ate) and complex (e.g. -ight) word families to decode unfamiliar words, as measured by classroom assignments 80% of the time.
Service provider(s): Special Educator

REPORT OF PROGRESS: (Complete at the conclusion of ESY):

---

## PART I: INSTRUCTIONAL AREA Math

**Part II: ANNUAL GOAL:** Identify one critical life skill goal or other goal on the current IEP that the student will work on during ESY:

Student will demonstrate the ability to tell time and solve applied math problems.

☐ AT required.

**PART III: SHORT-TERM OBJECTIVES/BENCHMARKS:** Describe what the student is expected to accomplish, under what circumstances, to what level of mastery, and the procedure for evaluating achievement.

① Given worksheets and/or manipulatives, student will read and write time to the minute using A.M. or P.M. with 90% accuracy and/or by passing criteria.

② Given worksheets or manipulatives, student will express addition and subtraction situations using number sentences with 90% accuracy.
Service provider(s): Special Education Team.

REPORT OF PROGRESS: (Complete at the conclusion of ESY):

---

MCPS Form 336-51, Rev. 12/99

DISTRIBUTION: COPY 1/Student's Confidential Record; COPY 2/Service Provider(s); COPY 3/Parent

Page 11 of 14

198

Office of Student and Community Services
Department of Special Education
MONTGOMERY COUNTY PUBLIC SCHOOLS
Rockville, Maryland 20850

INDIVIDUALIZED EDUCATION PROGRAM
EXTENDED SCHOOL YEAR
CONFIDENTIAL

Student Name _Stevie_____
_____Last_____  _First_____  _MI_____

Current Placement (Program) _LAD_____   ID# _911937_____   Meeting Date _3/23_____

Current School _Glenallan Elementary School_____

**INSTRUCTIONAL SERVICES FOR ESY: DIRECTIONS:**
1. Identify the program for classroom instruction (e.g., Deaf/Hard of Hearing, School-Community Based Program, Transition, Vision, Preschool Education Program, etc.) and any recommended related services.
2. Specify the amount of time for each service.

**PART IV: NONPARTICIPATION WITH NONDISABLED PEERS:** Percentage of time the student will not participate with nondisabled peers during the ESY program: _100_ %.

**PART V: SERVICES**

| ESY Services | Anticipated Frequency | | |
|---|---|---|---|
| | Hours per Week | | Duration (Start and End Dates) |
| **Primary Service:** | | | |
| ☑ Classroom Instruction (identify the program) _LAD_ | 15 | OR | 7/5/05 - 7/29/05 OR |
| OR | | | |
| ☐ Speech/Language Services | | OR | OR |
| Include (if applicable): Related Services: | | | |

**Part VI:  DETERMINATION OF LEAST RESTRICTIVE ENVIRONMENT:**

Taking into consideration the student's current least restrictive environment (LRE), recommend the student's ESY LRE.  Use the number "1" to identify the setting in which the student will receive most of his/her ESY service. Check any other settings in which service will be provided.

General education school ____   Special education school _1_   Community ____   Job site ____   Other: (specify) _____

Explain the basis for the decision _Student currently receiving services in a general education school._

**PART VII:** EVEN THOUGH MY CHILD QUALIFIES FOR ESY SERVICES, I DECLINE THE SERVICES RECOMMENDED BY THE IEP TEAM.

_____   _____
Signature, Parent                    Date

_____   _____
Signature, Parent                    Signature, Parent

MCPS Form 336-51, Rev. 11/02          DISTRIBUTION: COPY 1/Student's Confidential File

199

**DIRECTIONS:** MUST BE COMPLETED FOR ALL STUDENTS RECOMMENDED FOR ESY SERVICES. To be completed by case manager. Return **two copies** of this form with **two collated copies** of 2005 Parent Receipt form, 2004-05 IEP (pages 3,9,13, 2005-06 **IEP Pages 1,10-13,** and **health plan** and/or **behavioral plans**, if applicable. Please submit work to be completed during ESY for each student. Send to ESY coordinator, Room 230, CESC immediately following Annual Review by **April 22, 2005,** for 15+ hours, and May 27, 2005, for <15 ho~ of service. Keep a copy of the completed ESY registration packet in the student's confidential file. **Fill out form completely to** f~ late registration process. **PLEASE PRINT. (Phone Number for ESY office: 301-279-3022; fax 301-279-3047)**

Student **Last Name:** G.H          **First** Name: S~

**ID No.:** 911932       Date of Birth: ___/96          Annual Review Date: 3/23/05

**Current School Name:** Glenallan ES          School No.: 817    School Phone: 301-929201

**Special Educator/Case Manager:** Christy Weish          **Current** Special Education **Program:** LAD

**Home School:** Kemp Mill ES          **Home Cluster:** Kennedey

Student's code(s) on current IEP: 08/04          Current Grade: 3

**Instructional Levels:** Reading ___1___     Math ___1___     Written Language ___1___

**Comments:** Difficulties in all academic areas -

---

**Specialized Instructional Materials:** (includes behavior management plans even if the ESY IEP does not address behavior) It is the **sending school's responsibility** to collect and provide them for use during ESY. The **materials MUST be sent** to the ESY office Room 230 , *CESC* **by June 3, 2005.** (Materials must be labeled with student's name. They will be returned at the end of ESY)

If the student requires **specialized equipment that must be moved to the ESY site,** the sending school staff must list the information below regarding provision of the equipment. Label equipment with student name, ESY site, & 2004-2005 school.
**Equipment to be moved (list alll):** ___n/a___

**Location of equipment in current school (room #):** ___n/a___

**Special Medical Concerns:** List any allergies or serious health issues: ___n/a___

**Attach health care plan** or special precautions as necessary. Parent initials ___n/a___

**Are there custody issues?** ☑No     ☐Yes (if yes, please explain) _____

**Parent/Guardian Information [This section must be completed for all students.]**

Parent/Guardian Name: Anya Geld

Home Address: 13110 V Hugo Pl.
Silver Spring, MD 20906

Parent/Guardian(s) Phone:(home—F) 301-946-8861 (work—F) 301-770-8456 (Cell—F) 202-425-4636

(home—M) 301-946-8861 (work—M) 202-486-8034 (Cell—M)

**Emergency contact (MUST be provided):** Name/relationship Anya Geld-mom    Phone 202-425-4636

**TRANSPORTATION INFORMATION:** (This information is used **for ESY only** and is **not applicable for fall 2005.**)

**Is transportation required?** ☑Yes ☐No

**\*ESY Pick-up address: parent initials** AGM          **\*ESY Drop-off address: parent initials** AGM

13110 HUGO PLACE          6111 MONTROSE RD.
SILVER SPRING, MD 20906          ROCKVILLE MD 20852

Transportation special needs: ☐wheelchair lift: ☐Other(specify): n/a

\*Transportation is based on home address, unless an alternative pick-up and drop-off address is provided to the ESY coordinator by May 20, 2005. **Please indicate if pick-up or drop-off addresses are NOT home addresses.** Transportation can provide services to the same address(es) only each day.

200

**Directions:** School is to complete only the section below this box at the annual review meeting. If sites have not been identified by the time of the annual review meeting, please inform parents of the site information upon availability. The transportation information below the box is for parents who need to make a CHANGE in transportation arrangements.
*The following is a guideline for when and where ESY services will occur.*

Name of Student: S~~olution G~~irl      ID#: 911937

Current School Name: Glenallan ES      Current Program: LAD

Days of ESY Service: M – F      Time of ESY Service: 9:30 – 12:30

ESY Program: LAD      ESY Site: Glen Haven

Start Date: 7/5/05      End Date: 7/29/05

**Special Medical Concerns:** Please notify ESY coordinator at the address below of any pertinent medical information. This includes allergies, serious health issues, or medication. If your child is taking medication, please be sure to have a new order completed by the physician and hand-carry the medication into school on the first day. **Medication may not be brought to school by students. (ESY phone number: 301-279-3022)**

### For Changes in Transportation Information After Annual Review Meeting:

**Parent/Guardian:** Complete bottom section for **changes** in transportation information from the ESY Information Form completed at the annual review. Changes in transportation may be made in writing only.

**Transportation:** If the ESY pick-up/drop-off address changes for your child after the annual review date, the ESY coordinator **MUST be notified by May 20, 2005,** to ensure bus transportation by the first day of ESY. **Please complete the changes below.**

My child's **transportation needs have changed** since the annual review. The information provided below is the **updated pick-up and drop-off locations. Please note that changes may take up to 10 working days to process from date of receipt in the ESY office.**

| Pick-up Address | Drop-off Address |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |

X _____      These changes are effective on: _____

**Parent Signature/Date**                                    Date

***Change of Transportation information will not be processed without parent signature.**

Mail or fax this form with the changes to:          **Faith Fischel, ESY Coordinator**
**Carver Educational Services Center, Room 230**
**850 Hungerford Drive, Rockville, Maryland 20850**
**Fax: 301-279-3047**

Transportation will notify you regarding your child's approximate pick-up/drop-off time. The Division of Special Education transportation can honor **only one** pick-up and drop-off address within the geographic boundaries of the site.
Copy 1- Parents; Copy 2- ESY Office; Copy 3-Confidential          201

**Office of Student and Community Services**
**Department of Special Education**
**MONTGOMERY COUNTY PUBLIC SCHOOLS**
Rockville, Maryland 20850

**INDIVIDUALIZED EDUCATION PROGRAM**
**SUMMARY OF IEP TEAM DECISIONS**

**CONFIDENTIAL**

NOTE: This form documents the major decisions of the IEP team. Consult pages 1-12 for more detailed information. See reverse for additional information.

Student Name _____  Home school Kemp Mill Elementary School
   Last            First            MI

Decisions for School year 05_06 (grade 4 )    ___/___/96   ID# 911937
                                              Date of Birth

Meeting date 3_/23_/05

Effective exit date _____

**PART I: ELIGIBILITY:** ☑ Eligible for special education   Code(s) 08/04   OR ☐ Exiting from special education. Reason _____

**PART II: SERVICES (include direct and indirect)**

**A. TYPE OF SERVICE**

Primary Special Education Service:
Classroom Instruction

Related Service(s):
Speech language

**FREQUENCY OF SERVICE:** PRESCHOOL/ELEMENTARY: 22 hrs./wk. OR ___ periods/blocks/day

SECONDARY: ___ periods/blocks/wk. OR ___

PRESCHOOL/ELEMENTARY/SECONDARY    Describe Frequency
Hrs./wk.    OR
___    1

**B. PERCENTAGE OF TIME PER WEEK THE STUDENT WILL NOT BE IN GENERAL EDUCATION CLASSES OR ACTIVITIES (see reverse):**
73 %

**C. LRE: Check the LRE recommended on page 9A or 9B (See reverse side of page 9A and 9B)**

☐ A ☐ B ☑ C ☐ D ☐ E ☐ F ☐ G ☐ H ☐ I ☐ J ☐ K ☐ L ☐ M ☐ N ☐ O

**PART III: ADDITIONAL INFORMATION**

Last evaluation IEP team meeting date 5_/__/03

Re-evaluation recommended? ☑ No ☐ Yes    Re-evaluation to be completed by 5_/__/06

Extended school year services recommended? ☑ No ☐ Yes ☐ N/A (not an annual review meeting)

Transition services recommended? ☑ No ☐ Yes ☐ N/A

Participation in County and State Assessments: Are testing accommodations required? ☐ No ☑ Yes

**COUNTY ASSESSMENTS:**    ECAP ☐ Participate ☐ Exempt ☑ N/A
                            ESOL IPT ☐ Participate ☐ Participate ☑ N/A

**STATE ASSESSMENTS**
TERRA NOVA (CTBS or CAT) ☐ Participate ☐ N/A
MSA ☐ Participate ☐ N/A OR Alt MSA ☐ Participate ☐ N/A
HSA ☐ Participate ☐ Exempt ☐ N/A

**PART IV: PLACEMENT**

Location of Services (assigned school) Glenallan E.S.

Program: LAD

Service Coordinator: ☑ Special Educator ☐ Speech/language Pathologist ☐ Placement Specialist

Referral for consideration of an alternative placement? ☑ No ☐ Yes   If "Yes," Interim placement: Program _____   Location 4_/15_/06

DATES: Start 8_/29_/05 Proj. end 6_/14_/06   Start _____   Annual Review 4_/15_/06   Proj. end _____

**PART V: AUTHORIZATIONS**

A. Initial IEP only: I/we approve the goals and objectives and authorize MCPS staff to implement this initial IEP. My/our rights to appeal the educational services/program recommendations have been explained. I/we authorize MCPS to forward information for the Special Services Information System to the Maryland State Department of Education. I/we understand that this IEP will be maintained in a confidential file.

Signature, Parent _____    Date _____

Signature, Parent _____    Date _____

☑ Parent Initials __ Date 3_/23_/05 AND/OR ☐ IEP Chair on behalf of IEP team Initials __ Date 7_/__/05

B. Subsequent IEPs: IEP has been approved by: ☑ Parent Initials __ Date 3_/23_/05

Signature, IEP Chair _____    Date 7_/__/05

MCPS Form 336-51, Rev. 11/03

DISTRIBUTION: COPY 1/Student's Confidential Record; COPY 2/Service Provider(s); COPY 3/Parent

16

202

# INFORMATION NEEDED FOR COMPLETING   SUMMARY OF IEP DECISIONS

**DISABILITY CODES:** Note: Code 11 (child in need of assessment) may not be used. Students who are in the process of being screened and evaluated for eligibility under IDEA should be entered on the Special Education Data System under the MCPS code 190. Code 15, Developmental delay, may be used only for preschool students and only a central IEP team may make this decision.

| | | |
|---|---|---|
| 01 Mental retardation | 07 Orthopedic Impairment | 14 Autism |
| 02 Hearing Impairment | 08 Other health Impairment | 15 Developmental delay |
| 03 Deafness | 09 Specific learning disability | |
| 04 Speech/language Impairment | 10 Multiple disabilities | |
| 05 Visual Impairment | 12 Deaf/blindness | |
| 06 Emotional disturbance | 13 Traumatic brain Injury | |

## SERVICES:

**PRIMARY SPECIAL EDUCATION:**  Classroom Instruction OR Speech/language services OR Adaptive PE OR Travel training

**RELATED SERVICES:**

| | | |
|---|---|---|
| Audiology services | Orientation and mobility | Recreation |
| Counseling services | Parent counseling services | School health services |
| Medical services for diagnostic purposes only | Physical therapy | Specialized transportation |
| Occupational therapy | Psychological services | Speech/language pathology |
| | | Vision |
| | | Other |

## PERCENTAGE OF TIME THE STUDENT WILL NOT PARTICIPATE IN GENERAL EDUCATION

| Hours Week | % Per Week |
|---|---|
| 0.5 | 2 (1.67) |
| 1.0 | 3 |
| 1.5 | 5 |
| 2.0 | 7 |
| 2.5 | 8 |
| 3.0 | 10 |
| 3.5 | 12 |
| 4.0 | 13 |
| 4.5 | 15 |
| 5.0 | 17 |
| 5.5 | 18 |
| 6.0 | 20 |
| 6.5 | 22 |
| 7.0 | 23 |
| 7.5 | 25 |
| 8.0 | 27 |
| 8.5 | 28 |
| 9.0 | 30 |
| 9.5 | 32 |
| 10.0 | 33 |
| 10.5 | 35 |
| 11.0 | 37 |
| 11.5 | 38 |
| 12.0 | 40 |
| 12.5 | 42 |
| 13.0 | 43 |
| 13.5 | 45 |
| 14.0 | 47 |
| 14.5 | 48 |
| 15.0 | 50 |
| 15.5 | 52 |
| 16.0 | 53 |
| 16.5 | 55 |
| 17.0 | 57 |
| 17.5 | 58 |
| 18.0 | 60 |
| 18.5 | 62 |
| 19.0 | 65 |
| 19.5 | 67 |
| 20.0 | 68 |
| 20.5 | 68 |
| 21.0 | 70 |
| 21.5 | 72 |
| 22.0 | 73 |
| 22.5 | 75 |
| 23.0 | 77 |
| 23.5 | 78 |
| 24.0 | 80 |
| 24.5 | 82 |
| 25.0 | 83 |
| 25.5 | 85 |
| 26.0 | 87 |
| 26.5 | 89 |
| 27.0 | 90 |
| 27.5 | 92 |
| 28.0 | 94 |
| 28.5 | 95 |
| 29.0 | 97 |
| 29.5 | 99 |
| 30.0 | 100 |

**Percent of Time for Seven-Period Day:**  1 = 14%   2 = 28%   3 = 42%   4 = 57%   5 = 71%   6 = 85%   7 = 100%

**Percent of Time for Eight-Period Day:**  1 = 12.5%   2 = 25%   3 = 37.5%   4 = 50%   5 = 62.5%   6 = 75%   7 = 87.5%   8 = 100%

## LEAST RESTRICTIVE ENVIRONMENT DESCRIPTORS:

**Students Aged 3-6 Only**
Home
Itinerant setting
Reverse mainstreaming
Early childhood setting
Early childhood special education setting

Part-time early childhood/part-time
Early childhood special education setting

**Students Aged 3-21 Only**
Hospital placement
Public separate day school
Public residential facility
Private residential facility or center

**Students Aged 6-21 Only**
Outside general education class less than 21%
Outside general education class between 21 and 60%
Outside general education class more than 60%
Homebound placement

Office of Student and Community Services
Department of Special Education
MONTGOMERY COUNTY PUBLIC SCHOOLS
Rockville, Maryland 20850

FOLLOW-UP
INDIVIDUALIZED EDUCATION PROGRAM
TEAM MEETING
*CONFIDENTIAL*

Student Name G_____ Se_____ ____ MI ID# __911937__
          Last        First

School __Glenallan Elementary School__          Meeting date __3,23,05__

**Directions:** At the conclusion of the meeting, complete the appropriate parts below.

**PART I: PRIOR NOTICE:** Describe any **requests for services** that parents wanted included in the IEP that were not considered appropriate by the IEP team or any other options considered but rejected by the IEP team. Indicate the IEP team's rationale and identify the basis for the decision (e.g., assessment report, progress report, etc.).

⑰

_____

☐ Not Applicable

**PART II: DISCUSSION OF DUE PROCESS RIGHTS**

☑ Explain the parent's appeal rights, including those associated with ESY; answer any questions they may have about other due process rights or refer them to the appropriate MCPS administrative office

**PART III: FOLLOW-UP REQUIRED:** Identify the persons responsible and due dates.

☐ Refer to central IEP team _____
☑ Forward ESY packet to the central office __Special Educator__
☐ Forward referrals to _____
☑ Forward Medicaid authorization to central office __Special educator 3/05__
☐ Notify _____ to review private assessment _____
☐ Notify _____ to review private assessment _____
☐ Schedule any required IEP team meeting _____
☑ Other __Refer parent to private school office for MCPS if Sebastian stays in MCPS schools__
☐ Other _____

MCPS Form 336-51, Rev. 1/03

DISTRIBUTION: COPY 1/Student's confidential folder;
COPY 2/Service provider(s); COPY 3/Parent

Page 14 of 14

**Office of Special Education and Student Services**
**Department of Special Education**
**MONTGOMERY COUNTY PUBLIC SCHOOLS**
**Rockville, Maryland 20850**

**INDIVIDUALIZED EDUCATION PROGRAM TEAM**
**TEAM MEETING**
*CONFIDENTIAL*

Student Name ~~Ga~~    ~~S~~    ID# ___911937___
          *Last*          *First*          *MI*

School  Glenallan Elementary School          Meeting date 3/23/05

---

**PART IV: MEDICAL ASSISTANCE AUTHORIZATION**

The purpose of this section is to obtain parental authorization for MCPS to seek federal reimbursement for **case management** services to students with disabilities who are or become eligible for Medical Assistance (Medicaid) during the period covered by the IEP. Currently, for reimbursement purposes under the law, case management requires once-a-month contact by the designated case manager with either the student or the parent concerning the student's progress on IEP goals. This service is routinely provided to special education students and will not require any additions to a student's IEP. Reimbursement, however, will ultimately benefit all MCPS special education students.

**At the Conclusion of the Annual Review or Initial Eligibility IEP Team Meeting**

When the student is first identified as eligible for special education and thereafter at the annual review, the IEP team chair (or other designated IEP team member) should ask the parent to write his/her initials in the space provided below. Parents should be assured that authorizing such initials does not affect their child's eligibility for Medical Assistance benefits. Likewise, there are no consequences for parents of chil-

dren who are not now or do not become eligible for Medical Assistance during the course of the IEP's effectiveness. Initialing the form simply enables MCPS to reduce the paperwork needed to access federal reimbursement. It has no bearing on the IEP or its implementation. No further action will be required of the parent.

If any parent declines to initial the form, MCPS will not bill for any case management service, despite the student's Medical Assistance eligibility. Case management by the student's service coordinator will still be provided as part of implementation of the student's IEP; however, MCPS will not receive reimbursement for this service.

If parents have any questions concerning Medical Assistance, they may contact the MCPS Department of Special Education at 301-279-3714 or 301-279-3170.

**After the Annual Review or Initial Eligibility IEP Team Meeting**

Detach this sheet (MCPS Form 336-51, page 14a) and send to the Special Education Office – Room 208, CESC.

---

Under the Code of Maryland Regulations 10.09.52, public schools may seek reimbursement from federal sources for case management services provided to students with disabilities who are eligible under the State of Maryland Medical Assistance Program. Parents, as members of the IEP team, participate in the selection of a case manger for this service. This service does not restrict or otherwise affect a participant's eligibility for Medical Assistance.

**If my child is or becomes eligible, I authorize MCPS to seek reimbursement for case management:** ___PoA___
                                                                                                    *Parent's initials*

If your child is eligible for Medical Assistance, his/her case Medical Assistance manager will be:

_Special Educator_ _____
*Name*          *Title*

---

MCPS Form 336-51, Rev. 1/05          Page 14a

| Office of Student and Community Services<br>Department of Special Education<br>MONTGOMERY COUNTY PUBLIC SCHOOLS<br>Rockville, Maryland 20850 | RE-EVALUATION PLANNING AND<br>RE-EVALUATION DETERMINATIONS<br>INDIVIDUALIZED EDUCATION PROGRAM TEAM<br>*CONFIDENTIAL* |
|---|---|

Student Name G_____ S_____    ID# *911937*    Meeting date *2/16/05*
    Last         First       MI

**INSTRUCTIONS**: At least every 3 years, or more frequently if conditions warrant re-evaluation, the IEP team reviews the student's IEP and identifies what additional data, if any, is needed to determine 1) whether the student continues to have a disability or has an additional disability, 2) present levels of educational performance and educational needs, and 3) whether additions or modifications to current special education and related services are needed to enable the student to meet his/her measurable annual IEP goals and to participate in the general curriculum. *Note*: State special education regulations provide that no evaluation is needed if the student is about to graduate or age out of eligibility.

**PART I: RE-EVALUATION PLANNING BY IEP TEAM**

**A. Review of Existing Assessment Data**: Review and discuss the most recent data sources on the student:

  1. Review and discuss information provided by the parent: ☐ Parent Report ☐ Private assessments ☐ Other: _____

  2. Review and discuss the most recent data sources in the student's files. Record the date of each assessment report reviewed:

| TYPE OF ASSESSMENT | DATE | TYPE OF ASSESSMENT | DATE |
|---|---|---|---|
| Psychological | __/__/__ | Educational | __/__/__ |
| Speech/language | 3/_/03 | Occupational Therapy | __/__/__ |
| Physical Therapy | __/__/__ | Health | __/__/__ |
| Functional Behavioral Assessment | __/__/__ | Observation data | __/__/__ |
| Other: _____ | __/__/__ | Other: _____ | __/__/__ |

**B. Determination of the Need for Additional Assessment Data**: Based on the review conducted in Section A (above), the IEP team: ☐ concludes that no additional assessment data is needed because:

_____

_____

*Note*: Parents must be reminded of their due process rights at this time. The IEP team may either complete the re-evaluation process using Part II of this form – provided the parent waives the right to 10 days notice – or schedule an evaluation IEP team meeting.

OR ☑ determines that additional data is needed and identifies the following diagnostic questions: _____

What are S_____ current levels of functioning in the area of speech/language

_____

_____

and recommends the following assessments based on the diagnostic questions: _____

Speech/language

_____

_____

*Note*: Parental authorization must be obtained before assessments are conducted. Use MCPS Form: 336-31: *Authorization for Assessment*. Attach a copy to this form.

**C. Timeframe for Re-Evaluation Activities:**

The assessments must be conducted, the reports written, and a re-evaluation IEP team meeting must be held no later than 90 days from the re-evaluation planning meeting. The meeting will be held no later than 3/23/05

| MCPS Form 336-35, Rev. 2/02 | DISTRIBUTION: COPY 1/Confidential Folder; COPY 2/Parent; COPY 3/Case Manager | Page 1 of 2 |
|---|---|---|

| | |
|---|---|
| Office of Special Education and Student Services<br>**Department of Special Education**<br>**MONTGOMERY COUNTY PUBLIC SCHOOLS**<br>Rockville, Maryland 20850 | **RE-EVALUATION PLANNING AND**<br>**RE-EVALUATION DETERMINATIONS**<br>**INDIVIDUALIZED EDUCATION PROGRAM TEAM**<br>*CONFIDENTIAL* |

Student Name  S~~_____~~    S~~_____~~ _____    ID# 911937    Meeting date 3 /23 05
    Last       First      MI

## PART II: DETERMINATIONS OF THE RE-EVALUATION IEP TEAM

### A. Discussion of Assessment Data:

**Directions:** The IEP team discusses the results of each assessment. Attach the assessment reports to this form and include assessment data on page 1 of MCPS Form 336-51: *Individualized Education Program.*

*Note:* When a **learning disability** is being reconsidered, the IEP team must complete and attach MCPS Form 336-41a: *Specific Learning Disability (SLD) IEP Team Evaluation Form.* When **mental retardation** or **emotional disturbance** is being considered, the MCPS *MR* or *ED IEP Team Evaluation Form* is used. When **developmental delay** is being considered, complete and attach MCPS Form 336-36: *Developmental Delay Addendum.*

1. ☐ Re-evaluation results indicate that an educational disability is NO LONGER PRESENT.

    Refer the student to the Educational Management Team and ensure that the parents have a copy of their due process rights.

2. ☑ Re-evaluation results indicate that a disability CONTINUES TO BE PRESENT.

3. Educational Impact

    a. ☐ No.  If, "No," refer the student to the EMT. *Note:* Parents should be reminded of their due process rights at this time.

    **OR**

    b. ☑ Yes.  Does the student need special education (and related services)?

    If, "Yes," the student continues to be a child with a disability under the *Individuals with Disabilities Education Act.*

    For a school-age child explain how the student's disability affects his/her involvement and progress in the general education curriculum:

    *Speech language impairment continues to be present. (Please note - this was not a full reevaluation (or a triennial - parent requested an increase in services and an update of current levels of performance*

    For a pre-school child, explain how the disability affects his/her participation in appropriate activities:

    c. The student meets the disability criteria for having:

| | | |
|---|---|---|
| ☐ 01 Mental retardation | ☐ 06 Emotional disturbance | ☐ 12 Deaf/blindness |
| ☐ 02 Hearing impairment | ☐ 07 Orthopedic impairment | ☐ 13 Traumatic brain injury |
| ☐ 03 Deafness | ☑ 08 Other health impairment | ☐ 14 Autism |
| ☑ 04 Speech/language impairment | ☐ 09 Specific learning disability | ☐ 15 Developmental Delay |
| ☐ 05 Visual impairment | ☐ 10 Multiple disabilities | |

### B. IEP Revision:

Review and, if necessary, revise the student's IEP instructional goals and objectives to reflect the current assessment data.

## PART III: FOLLOW-UP

Person responsible for entering the date of this IEP team meeting on SEDS  Speech Language Pathologist

MCPS Form 336-35, Rev. 2/05    DISTRIBUTION: COPY 1/Confidential Folder; COPY 2/Parent; COPY 3/Case Manager    **Page 2 of 2**

*A full reevaluation for S_____ 207 triennial year should be completed by 5/06.*

**Office of Student and Community Services**
**Department of Special Education**
**MONTGOMERY COUNTY PUBLIC SCHOOLS**
**Rockville, Maryland 20850**

**AUTHORIZATION FOR ASSESSMENT**
*CONFIDENTIAL*

**PART I: INFORMATION**

Student Name ~~G___ S_____~~        Student ID # 911937
            *Last*        *First*        *MI*

Parent/Guardian Harry & Anya Gill        Work Phone _____
Address 13110 Hugo Place  S.S 20906        Home Phone 301-946 8861
School(s): Current Glenallan E.S        Date of Birth 5,28,896
       Home Glenallan E.S        Age 8  Grade (y/m) 3.1
Classroom/Homeroom Teacher C. Welsh        Primary Language English
Form completed by Erin Welch  Speech Therapist  2,16,05
            *Name*        *Title/Position*        *Date*

**PART II: TYPE OF ASSESSMENT BEING AUTHORIZED:**

Check (✔) each category with Yes or No

| Yes | No | | Yes | No | |
|---|---|---|---|---|---|
| ☐ | ☑ | Educational | ☐ | ☑ | Vision |
| ☑ | ☐ | Speech/Language | ☐ | ☑ | Auditory |
| ☐ | ☑ | Occupational Therapy/Physical Therapy | ☐ | ☑ | Other (specify) _____ |
| ☐ | ☑ | Psychological (consent obtained by psychologist) | | | _____ |
| ☐ | ☑ | Review of non-MCPS assessment (specify) _____ | | | |

1. The individual assessment has been requested for the following reason ~~to~~ determine current levels of Speech/language Skill

2. The obtained information will be used to:
   ☑ help determine whether there is an educational disability
   ☐ help determine educational placement
   ☑ develop instructional/program recommendations

3. Reports will be distributed to the:
   ☐ student (if 18 or older)    ☑ parents    ☐ central office    ☐ psychological services
   ☑ school confidential file    ☐ field office    ☐ other (specify) _____

4. A record of the results will be maintained in a confidential folder and access to the report(s) will be granted to MCPS staff on a need-to-know basis, and a record will be maintained documenting the name and reason for each reviewer. Parent(s)/ guardian(s) and eligible students may request/authorize release to another agency/professional.

5. The record will be destroyed 5 years after graduation.

6. Assessment results will be shared with parent(s)/guardian(s) prior to taking any action and parent(s)/guardian(s) and eligible students have the right to challenge the accuracy of the report contents and to have information which is proven inaccurate expunged from the record.

7. The assessor has an ethical obligation to serve the best interests of the student.

8. Other _____

*The above statements have been explained to me. My signature below indicates my consent to the recommended assessments. I received a copy of the procedural safeguards brochure.*

_____        2,16,05
*Signature, Parent/Guardian or Student (if 18 or older)*        *Date*

MCPS Form 336-31, Rev. 8/03

DISTRIBUTION: COPY 1/Confidential folder; COPY 2/Parent; COPY 3/Assessor(s);
COPY 4/Department of Student Services (if psychological assessment)