# Educational Assessment Report

**Student Name:** Se███████ Gi██
**Date of Birth:** ██████96
**School:** Kemp Mill Elementary School
**Grade:** 1
**County/State:** Montgomery County/MD
**Student's Native Language:** English

**Student ID#** 911937
**Chronological Age:** 6yr. 11mo.
**Date(s) of Assessment:** 05/05/03
**Date of Report:** 05/13/03
**Examiner:** Joanne B. Hanifan

**Purpose:**

This assessment is being conducted as a part of the legally mandated process to be followed when confirming whether a student is educationally disabled and eligible for special education services.

The assessment information included in this report contributes to the reevaluation of this student.

Written authorization for this assessment has been given by Ms. Gill on 3/17/03.

**Reason for Referral**

This student was referred for reassessment to discuss and confirm if current learning behaviors are negatively affecting progress in the following area(s): general school functioning. At Se██████s annual review meeting on 3/17/03, the team cited particular concerns about Se██████s progress in the Learning and Academic Disabilities program (LAD) and requested that the child be reassessed to determine the most appropriate placement for the 2003/2004 school year.

**Background Information:**

Se██████ Gi██ is a 6-11 year old male in the first grade at Kemp Mill Elementary School. He currently has disability codes of 08/04, other health impairment and speech and language impairment. Se██████ has been attending the Learning and Academic Disabilities (LAD) class at Kemp Mill Elementary School since the Fall of 2001. According to his Individual Education Plan (IEP), Se██████ receives 25 hours of special education instruction, one hour a week of speech/language services and a half-hour a week of occupational therapy services.

Teacher reports indicate that Se██████ is a lovable child who enjoys playing and interacting with his peers. He displays difficulties in all academic areas, particularly in letter/sound associations, and basic mathematical functions. Reports revealed that Se██████ displays a variety of moods throughout the day (happy, angry, and sad) and he needs many prompts from his teachers to begin working. Teacher notes stated that he is involved in peer activities and does not seem to have difficulties with social interactions.

Review of parent information revealed that Se██████ lives with his biological parents, who are from Croatia. Sebastian is an only child. After school, he goes to a childcare

PLAINTIFF'S EXHIBIT
SG 15

program. S███████ was born full term after a pregnancy complicated with slight bleeding. He weighted 6.6 lbs. at birth and he spent 3 days in the ICU due to respiratory problems. Shortly after his birth, S███████ developed Jaundice and exhibited failure to thrive. At two months of age, he was diagnosed with Alagille Syndrome. In this syndrome, the liver has less bile ducts and dysplasia of biliary ducts, which results in chronic liver disease. This syndrome is a serious condition, which caused S███████ early childhood to be filled with trips to the hospital and having various medical procedures. The affects of this experience as well as the overall medical condition can have a direct relationship to S███████ academic performance and behavior.

**Observation:**
An observation is required when reevaluating a disability to provide information regarding the effect of the disability on the student's academic performance. S███████ was observed for approximately 45-minutes in April 2003. In order to develop an understanding of S███████ behaviors and level of functioning he was observed throughout the day during various lessons and activities. S███████ began the morning by eating breakfast in the classroom. He complained of being tired, wanting mommy and he kept putting his head down on the table. Once breakfast was over, S███████ promptly went to his set and began his morning work. S███████ colors very well, is a good drawer and his work tends to be very neat.

S███████ did display difficulty transitioning from tasks and participating in-group lessons. When given a direction to move from one activity to the next, he would often disagree with the teacher and move very slowly to the directed activity. At times, during small group work and 1:1 instruction S███████ appeared attentive and eager to learn. He response wells to positive reinforcement, and frequent breaks. He does volunteered to answer questions, but often-needs teacher prompts to actually answer the question.

S███████ has difficulty with verbal communication. While speaking, his words are usually out of order. For example, to the question: "What did you have for breakfast?" he answered "Because the syrup is sticky the pancakes." Although his words tend to be out of order, his responses are generally related to the question. The teacher was able to identify what S███████ was trying to say and rephrase his statement back to him. Verbal S███████ is periodically distracted by others' behaviors and distracts others. prompts, positive reinforcement and occasionally changing his seat appeared to help him refocus on his task/activity.

Throughout this observation, S███████ did not show difficulties with social interactions. He appeared to initiate and welcome peer interaction/communication. Although his interactions were silly at times, the other students seemed to look forward to working/playing with him. Except for breakfast, S███████ seemed to be involved in peer activities throughout the entire day.

**Formal Assessment:**

210

**Test Description-** The Woodcock-Johnson III-Tests of Achievement is an individually administered achievement test that measures a student's academic performance in relation to their peer group based on age and/ or grade. Each cluster is composed of subsets that provide diagnostic information and give insight into a student's strengths and weaknesses in reading, mathematics, writing and important related skills.

**Test Scores-**

| SUBTEST | STANDARD SCORE (average = 100) | PERCENTILE (average = 50) | DESCRIPTION Based on conventional interpretations, not publisher's |
|---|---|---|---|
| Letter-Word Identification | 77 | 6 | Low |
| Passage Comprehension | 77 | 6 | Low |
| Spelling | 83 | 13 | Low Average |
| Picture Vocabulary | 95 | 38 | Average |
| Writing Samples | 84 | 15 | Low Average |
| Applied Problems | 81 | 11 | Low Average |
| Calculations | 92 | 30 | Average |

| STANDARD CLUSTERS | STANDARD SCORE (average = 100) | PERCENTILE (average = 50) | DESCRIPTION Based on conventional interpretations, not publisher's |
|---|---|---|---|
| Academic Skills | 79 | 8 | Low |
| Academic Applications | 78 | 7 | Low |

**Test Validity Statement-** The Woodcock-Johnson III ACH Tests are judged to be an appropriate measure for use with this student. The cultural and linguistic characteristics of this student are appropriately represented in the normative sample. The publishers document adequate validity of the tests and the items are judged to represent significant overlap between content and MCPS curriculum. This student's test performance was considered to be an accurate reflection of his achievement.

**Analysis of Performance-**
**Letter-Word Identification**
Letter-Word Identification measures the student's word identification skills. The initial items require the individual to identify letters that appear in large type on the student's side of the Test book and the remaining items require the person to pronounce words correctly. Se━━━ earned a standard score of 77 on the test, which places him in the

low range as compared to his age peers. S███████ stated letter "C" for letter D, but was able to identify all the other letters presented to him. S███████ located the word cat when asked, but was unable to read the sight words presented to him. He attempted to sound words out and frequently got the initial sound correct ("cat" for can and "w" for was). Instruction should continue to focus on increasing S███████ letter/sound associations, as well as his sight word vocabulary.

## Passage Comprehension

One portion of the passage comprehension requires the student to read a phrase and point to a picture represented by the phrase. A second portion of the passage comprehension test requires the student to read a short passage and identify a missing key word that makes sense in the context of that passage. On the passage comprehension test, S███████ earned a standard score of 77, which places him in the low range as compared to his age peers. When shown pictures, S███████ was able to successfully point to the rebus for the appropriate picture. He attempted to read the passages presented to him but was unable to read the words. Therefor, his ability to accurately locate the picture described in the passage was low. Throughout the test, S███████ demonstrated some reading readiness skills: reading from left to right and using picture cues to answer questions. Although his answers were not correct, they were directly related to the pictures. Instruction should continue to focus on increasing S███████ sight word vocabulary and word attack skills.

## Spelling

Spelling measures the ability to correctly write words that are presented orally. The initial items measure prewriting skills such as drawing lines and tracing letters. The next set of items requires the student to produce uppercase and lowercase letters. The remaining items measure the student's ability to spell words correctly. S███████ earned a standard score of 83, placing him in the low average range as compared to his aged peers. He was able to write most of the letters from dictation (o, x, b and c) and the word (in). With an oral direction, S███████ was unable to write lowercase letters or spell the words. S███████ worked very hard and he made an attempt to spell every item presented to him. He wrote the number (6) when asked to spell the word (six) demonstrated his knowledge of the meaning of the word. His performance indicates that instruction should continue to focus on letter/sound associations and increasing his sight word vocabulary.

## Writing Samples

Writing samples measures skill in writing responses to a variety of demands. The student must produce written sentences that are evaluated with respect to the quality of the expression. The student is not penalized for errors in basic writing skills, such as spelling or punctuation. S███████ earned a standard score of 84, which places him in the low average range compared to his peers. S███████ was able to write his first and last name, as well as the word (cat). He attempted to sound-out words and was able to correctly identify the beginning letters in some of the words ("Alb for the word apple and "bas" for the word big). A strength for S███████ is his letter formation skills. He continues to need explicit instruction in general writing mechanics (spacing, capitalization, punctuation etc.).

212

## Picture Vocabulary

Picture Vocabulary measures oral language development and word knowledge. The task requires the student to identify pictured objects. The beginning of the test has a few receptive items and the majority of the test involves expressive language. S▆▆▆▆▆ earned a standard score of 95, placing him in the average range when compared to his peers. S▆▆▆▆▆ was able to accurately identify items that are typically seen in the environment (zipper, corn, giraffe, and watermelon). As the items got more complex, S▆▆▆▆▆ was less likely to give the correct response. However, S▆▆▆▆▆ reponses general were directly related to the picture. This demonstrates that he has a general knowledge of what an item is and lacks the appropriate terminology or the ability to retrieve and communicate the appropriate word. For example, S▆▆▆▆▆ stated "bag and package" for luggage, "ant and bug" for beetle, "compass" for ruler, "screwdriver" for pliers, "timer" for hourglass and "city" for coliseum. This demonstrates that S▆▆▆▆▆ is strong at making associations with items that are in a similar category.

## Applied Problems

Applied problems require the student to analyze and solve math problems. To solve math problems, the student must listen to the problem, recognize the procedure to be followed then perform relatively simple calculations. S▆▆▆▆▆ earned a standard score 81, which places him in the low average range compared to his age peers. S▆▆▆▆▆ was able to solve some basic functions when given oral instructions. For instance, he was able to hold up two fingers and find how many items where located in a picture. S▆▆▆▆▆ was able to answer some basic addition/subtraction questions involving numbers 1-5. Although, S▆▆▆▆▆ was unable to correctly answers more complex addition/subtraction problems he did demonstrated a general understanding of these concepts. For instance, when given a subtraction problem, S▆▆▆▆▆ would state a smaller number than the original numbers and a larger number when presented with addition problems. He had difficulty with statements involving "If_____then_____." He could locate the clock that displayed the time orally presented to him, and he read time to the hour when presented with such a task. S▆▆▆▆▆ identified a quarter and a dime, but could not give the sum when various coins were presented. S▆▆▆▆▆ needs explicit instruction in processing math word problems and many opportunities to solve problems requiring this degree of language processing.

## Calculations

Calculation is a test of math achievement measuring the ability to perform mathematical computations. The initial items require the individual to write single numbers. The remaining items required S▆▆▆▆▆ to perform addition and subtraction. S▆▆▆▆▆ earned a standard score of 92, which places him in the average range as compared to his aged peers. He was able to write the single numbers that were orally presented to him. S▆▆▆▆▆ did almost all the addition problems. He showed difficulty solving addition problems with sums greater than 7. S▆▆▆▆▆ tended to add most of the subtraction problems, however there are a few subtraction problems where it is not clear what strategy he was using to solve the problem. The results on this portion of the test indicate that S▆▆▆▆▆ has an understanding of the concept of addition. He displayed some math readiness skills. For instance, he drew circles to represent the number sentences, he

placed his answers in the correct area; however, when presented with vertical math problems S███████ placed his answers both beside and below the problem. Instruction should continue to focus on strengthening S███████ basic math skills.

**Informal Assessment**

**Record of Oral Language**
This assessment measures S███████ ability to accurately repeat sentences with 3-11 words. S███████ is accurately repeating 11/21 sentences. At the beginning of the 02/03 school year, S███████ was only able to accurately repeat 3 /21 sentences.

**Letter Identification**
S███████ is able to identify 22/26 uppercase letters and 21/28 lowercase. This is a significant increase from the beginning of the 02/03 school year. In September, S███████ was only able to identify 10/26 uppercase letters and 7/28 lowercase letters.

**Phonemic Awareness**
Phonemic Awareness is S███████ ability to identify rhyming words, generate rhyming words, identify two words that begin with the same sound and blend words when given the sounds orally. Comparing S███████ current results to his results from the beginning of the 02/03 school year, demonstrate that S███████ has made significant progress in all areas of concern (bold print shows increase):

| September (Fall) Data 2002 | May (Spring) Data 2003 |
|---|---|
| Identifying Rhyming words 6/6 | Identifying Rhyming words 6/6 |
| Germinating Rhyming words 2/6 | **Generating Rhyming words 6/6** |
| Beginning Sounds 1/6 | **Beginning Sounds 5/6** |
| Oral Blending 1/6 | **Oral Blending 6/6** |

**Hearing and Recording Sounds**
Hearing and Recording Sounds measures S███████ ability to write words that are given orally, using the correct spelling/letter-sound associations. S███████ earned 5/37 points. Although this is a rather low score, S███████ has made progress since the beginning of the 02/03 school year (2/37). Letter/sound associations continue to be an area of need for S███████.

**Word Recognition**
S███████ has also increased his sight word vocabulary:

| September (Fall) Data 2002 | | May (Spring) Data 2003 | |
|---|---|---|---|
| List #1 | 2/25 | **List #1** | **10/25** |
| List #2 | 0/25 | **List #2** | **1/25** |
| List #3 | 0/25 | **List #3** | **2/25** |
| List #4 | 0/25 | List #4 | 0/25 |

Although S▇▇▇▇ has increased his sight word vocabulary, this continues to be an area of need for him. Instruction should continue to focus on facilitating opportunities for S▇▇▇▇ to learn and recognize more sight words.

**Running Records**

S▇▇▇▇ is reading at a level 1-2. He has been at this level since the end of Kindergarten 2002. He does demonstrate some reading readiness skills. For instance, he identifies the title, uses picture support and he demonstrates left to right directionality. Developing and implementing strategies that will increase his reading level should continue to be a major focus of instruction.

**Summary and Recommendations:**

S▇▇▇▇ Gill is a 6-11 year old first grade student in the LAD class at Kemp Mill Elementary School. Educational testing documents academic skills overall in the low to low average range for his age. Analysis of his performance on subtests reveals that S▇▇▇▇ strengths are in performing mathematical calculations and identifying items commonly seen in the environment. S▇▇▇▇ has difficulty performing first grade skills because of his difficulty using and understanding the language that is necessary to perform those tasks. In addition, S▇▇▇▇ has health related issued that may contribute to the developmental nature of his performance and behavior.

The assessment data is consistent with S▇▇▇▇ performance in the classroom. It is recommended that S▇▇▇▇ continue to receive instruction in a learning environment that provides small group and 1:1 support. He needs explicit instruction and many opportunities to practice new skills.

Under the guidelines of the Individual with Disabilities Act (IDEA), Amendments of 1997, PL 105-17, formerly the Individuals with Disabilities Act (IDEA), PL-104-476, and COMAR-Code of Maryland Regulations 13A.05.01, the determination of a disability must be made by a committee of qualified professionals and parents of the student at IEP team meeting. Additionally, information, which addresses the effects of the disability on school achievement and performance, must be documented. If the team and S▇▇▇▇ parent confirm the existence of an educational disability, they will then determine whether S▇▇▇▇ continues to need special education services.

*Joanne B. Hanifan*

Joanne B. Hanifan
Special Educator

Copy to:
  Confidential file
  Parent

LAW OFFICES

# SAVIT & SZYMKOWICZ, LLP

7315 WISCONSIN AVENUE

SUITE 601 NORTH TOWER

BETHESDA, MD 20814-3202

———

PHONE: (301) 951-9191

FAX: (301) 718-7788

EMAIL: MAIL@BOWSSLAW.COM

ALSO PRACTICING IN THE DISTRICT OF COLUMBIA

MARVIN L. SZYMKOWICZ
MLS@BOWSSLAW.COM

DIANA M. SAVIT
DMS@BOWSSLAW.COM

OF COUNSEL:

LISA SELTZER BECKER
LSB@BOWSSLAW.COM

June 10, 2005

**BY FAX**

Dr. Marjorie Cuthbert
Principal
Murch Elementary School
4810 36th Street, N.W.
Washington, D.C. 20008

      *Re:*   S███████ G██, *DOB 5/28/96*

Dear Dr. Cuthbert:

     We represent S███████ G██ and his parents, Drs. Harwant and Anya Gill. S███████ currently attends Glenallan Elementary School, a Montgomery County public school, where he is recognized as a disabled student eligible for special education and related services pursuant to the Individuals with Disabilities Education Act, 20 U.S.C. §1400 *et seq.*  S███████ has been coded by the Montgomery County Public Schools ("MCPS") as learning disabled, speech/language impaired and health impaired.  He has had an individualized education plan ("IEP") for several years, and receives special education services from MCPS.

     The Gills recently decided to move to the District of Columbia, and naturally they want S███████ to continue to receive all appropriate services. Dr. Harwant Gill has already moved into the family's new home in the District, thereby establishing residency and entitlement to education from the D.C. Public Schools ("DCPS"). Dr. Anya Gill and S███████ have remained in Montgomery County to avoid disrupting the school year, but they will join their husband and father as soon as school ends.

     In order to effect as smooth a transition as possible for S███████, the Gills attempted to register him with DCPS and thus to begin the process of assessing his special education needs well before school resumes in the fall.  Toward that end, on April 29, 2005 the Gills first went to Murch Elementary School, their neighborhood school, to register S███████. They were told at that time that children cannot be registered until August and that in any event they could not do anything because neither the principal nor the special education teacher was in the building. When Anya Gill protested that waiting until August would prevent S███████ from receiving needed services until some time after school begins, the secretary told her to call you the next week.

PLAINTIFF'S
EXHIBIT

SG16

Dr. Marjorie Cuthbert
June 10, 2005
Page 2

On May 3, 2005, Anya Gill called Murch. The secretary again told her that S███████ could not be registered at this time, instead telling her to visit a Murch open house on May 20th, at which time she could meet with you, the special education teacher and the school nurse. Dr. Gill again pointed out that waiting until August to register S███████, and thus to first begin planning his special education, would waste valuable time. She offered to bring Murch S███████ MCPS documentation, including IEPs, but the secretary refused to take them. She said she would not be able to give them immediately to the special education teacher, who was on jury duty, and that she did not want to be responsible for holding on to them.

Anya Gill attended the Murch open house on May 20, 2005, as instructed. She met you and you took S███████ MCPS documentation, but the allegedly required meeting with the special education teacher and school nurse did not occur. You said you would contact DCPS's central office for guidance about transferring a special education student and IEP from another state, and indicated that you would call Dr. Gill with more information. Dr. Gill again expressed her continuing concern that S███████ must be registered well before August in order to get everything in order before the school year starts. You told her, for the first time, that S███████ could be registered in June.

You have not contacted Dr. Gill since May 20th. She called you on June 8, 2005 and left a message. Dr. Gill also spoke with Edith Hessel, the school nurse, whom she found helpful and informative. Unfortunately, Ms. Hessel could not register S███████ and their encounter, although by far the best to date, did not advance the primary goal of getting S███████ into the system so that DCPS can begin planning for his arrival. This is, if anything, more critical in light of Dr. Gill's conversation with Ms. Hessel, because after learning about the school's operations Dr. Gill does not believe that Murch will be able to meet S███████s needs. It will therefore be necessary to find another placement for him, which will take more time.

As you well know, DCPS has 120 days from the date a student is first identified as potentially eligible for special education within which to evaluate the student, determine eligibility and propose a placement. Thanks to the many unnecessary delays since the Gills first went to Murch to register S███████, almost half that time period has elapsed. We expect DCPS to expedite its consideration of S███████, as the Gills have been diligent in their efforts to secure an appropriate education for him and DCPS has dropped the ball. Please give this matter priority.

Very truly yours,

*Diana M. Savit*

Diana M. Savit

cc:    Drs. Harwant & Anya Gill

217

# *SUMMERTIME 2005 REPORTS*
## *Extended School Year*
### August 2005

Days Absent __1__  Days Tardy __0__

Student Name ~~Sebastian~~ Gill

Faculty Signatures *Maggie Futri*

*Layra l Cromer*

Assistant Director *Susan Hauger*
Elementary Division

Director *Marlene Gustafson*

PLAINTIFF'S
EXHIBIT
SG17

218

*Summertime 2005*

# KINGSBURY DAY SCHOOL

Student Name: S███████ G██
Head Teacher Signature: *Maggie Patum*

## Overview:

During the Extended School Year program at Kingsbury the students met in the morning to review and strengthen skills in the areas of language arts, math, and social skills.

The thematic focus for the summer was the <u>Voyage of the Mimi</u>. The students engaged in a variety of activities, supported by books and movies that were tied to the story of the Mimi. They incorporated their activities into their academic work and art projects. The students learned about the behavior, life cycle, communication patterns and evolution of whales with a specific focus on the humpback whale. Students were also engaged in discovering aspects of the geography and biology of ocean life and did an in depth study of the history of whaling.

## Language Arts/Written Expression

This summer the students have been divided into small reading groups. Students are reading short stories and small chapter books. S██████ is always an active participant in reading group. He often volunteers to read. S██████ reads with good fluency and is willing to sound out unknown words. S██████ is able to follow the story and answer comprehension questions based on the events in the book.

Written expression is addressed through several activities in the class. Students have dialogue journals in which they write letters to the teachers. Other activities include writing a weekly newsletter and filling out a daily word journal. S██████ has been performing quite well in writing. He has shown good sentence structure and word choice. S██████ is more willing to write when he is given a topic.

## Mathematics

This summer students worked in small groups during math. The group work focused on reviewing key concepts such as problem solving and memorizing basic math facts. Students were also given daily timed tests that focused on a single digit. Students had 1 minute to complete 20 addition or multiplication problems. S██████ successfully completed many timed tests. S██████ worked on recognizing key words in addition and subtraction story problems, place value and adding money. S██████ also learned several strategies such as using a number line and manipulatives to help him with his addition and subtraction facts.

## Social Emotional

S██████ has had a terrific summer. He made friends with the other students very easily. The first week of ESY S██████ was somewhat shy but this soon passed as he became more comfortable with the other students and the routine. S██████ is always a very eager participant in group discussions. S██████ has been very successful following the routine, staying on task with his assignments and following directions. Although S██████ can be easily distracted, with teacher prompts and assistance he was able to complete his work. S██████ will be an excellent addition to the elementary division next year.

219

*Summertime 2005*

# KINGSBURY DAY SCHOOL
## Afternoon Choice Activities

**Student Name:** Sebastian G███

**Activity:** Field Sports/Summer Olympics

**Teachers:** Sean Connelly, Maggie Fatovic, Tamika McPherson, Robert Sebring

## Activity Summary:

Field Sports/Summer Olympics met MWF from 1:00-2:30 pm. The purpose was to introduce students to a variety of sports activities that were not offered during the school year in order to maintain physical fitness and to broaden their interests. Activities included soccer, ultimate Frisbee, lacrosse, and swimming. Our student athletes were taught how to prepare for safe and increasingly skilled plays. They were also instructed in how to properly hydrate, stretch and warm up before and during the activity and learned proper cooling down techniques. Our athletes were also encouraged to practice good sportsmanship and to respect their fellow players.

## Performance Appraisal:

S█████ is an engaged and energetic student. He came to Field Sports/Summer Olympics motivated and willing to participate. He was successful in mastering the skills of Ultimate Frisbee especially tossing. It was such a pleasure working with and playing sports with S█████.

220

*Summertime 2005*

## KINGSBURY DAY SCHOOL
**Afternoon Choice Activities**

**Student Name: S██████ G██**
**Activity:  A River Runs Through It**
**Teachers: Maggie Fatovic, Toyria Cromer, Karen Duvall, Kenella Lester**

### Activity Summary:

A River Runs Through It meets Tuesdays and Thursdays from 1:00-2:30.  Students were introduced to the ecology and formation of Rock Creek through hikes and hands-on experiments. On Tuesdays the class met inside to perform experiments based on river formation.  Students were given the opportunity to make models of rivers and riverbeds. On Thursdays the class went hiking through Rock Creek Park, located 10 minutes from the school.  During these hikes students were able to apply the knowledge learned during their experiments when observing the creek.  The students also learned the importance of wilderness safety and how to care for the environment.

### Performance Appraisal:

S██████ is an engaged and energetic child. He came to class ready to learn and explore. S██████ was a great leader on our hikes and liked to lead the way through the woods.  It was a pleasure to have S██████ in class.

221

District of Columbia Public Schools

## ANNUAL STUDENT ENROLLMENT FORM
### School Year 2005/06

SCHOOL NAME: MURCH

STUDENT ID # _____

## STUDENT INFORMATION          (Print all information)

| | | |
|---|---|---|
| 1. Student's Full Legal Name (Last, First, Middle) G___ S___ | 2. Date of Birth (Month, Day, Year) ___96 | 3. Country of Birth USA |
| 4. Address 2907 ELLICOT ST., NW   Apt. No. | 5. Telephone Number (202) 248-8602 | 6. Sex (Circle) (Male) Female |
| 7. City WASHINGTON   State DC   Zip 20008 | 8. Current Grade (Specify) 3 LAD | 9. Social Security Number ___-___-___ |

10. School Last Attended (if DCPS, name school only)
MCPS/HD, GLENALLAN
Address    HEVRICA RD
City SILVER SPRING   State MD   Zip 20906

11. Ethnic Designation                               * Not of Hispanic origin
American Indian or                Black*
Alaskan Native                    White*
Asian or Pacific Islander         Hispanic

12. Language other than English spoken at home _____

13. School Attending (if not DCPS)
Address
City    State    Zip

14. Health Insurance Information
Provider: NCAS          Medicaid
Policy #: A011XXXPH
Medicaid HMO: _____

☐ Advantage
☐ Amerigroup
☐ Chartered
☐ Health Services Children with Special Needs

15. Special Services Child Receives
☐ Special Reading Help
☐ Bilingual or ESL Program
☑ Summer School ESY
☑ Student Receives Special Education Services: Y ✓ N ___
☑ Student Has Current IEP: Y ✓ N ___
☐ Advanced Placement

## PARENT INFORMATION

16. Mother, or Legal Guardian (Last, First, Middle)
PAPPURA-GILL  ALEKSANDRA
Address (if other than student's )   Apt. No.
City    State    Zip
Employer HEBREW HOME OF GR WASH   Telephone Number (301) 770-8456
Employer's Address 6121 MONTROSE ST, ROCKVILLE MD

17. Father, or Legal Guardian (Last, First, Middle)
GILL HAPPY
Address (if other than student's )   Apt. No.
City    State    Zip
Employer PROVIDENCE HOSPITAL   Telephone Number (202) 486-8034
Employer Address VARNUM ST, WASHINGTON DC

18. RESIDENCY STATUS: ☑ D.C. Resident (Student & parent or legal guardian live in D.C.)
☐ Nonresident (Student/or parent live outside D.C.)  ☐ Receipt of payment for nonresident tuition attached

## EMERGENCY

19. Emergency Contact Person: AMBEE THORNTON
Address: 13112 HUGO PLACE, SILVER SPRING, MD 20906
Relationship: family friend          Telephone Number: (301) 933-5454

20. In the last three years, have you or your spouse participated in any form of agricultural work?   Y ___   N ✓

I completed this form and I certify that the information above is accurate. I understand that providing false information for purposes of defrauding the government is punishable by law.

tried to registr since 4/29/05
Date 8/22/05

Signature of Parent/Legal Guardian with Whom Student Lives or Adult Student

## FOR OFFICE USE ONLY

SCHOOL: _____          DATE OF ENROLLMENT: _____
TEACHER: _____   Free/Reduced Lunch: Y ___ N ___
Special Education Services: Y ___ N ___   Level of Standardized Assessment: _____   Student Data in SETS Y ___ N ___
Out-of-Boundary Student: Y ___ N ___   (Citywide Program) _____   Non-Attending Student: _____
Immunization Complete: Y ___ N ___                                       (School of attendance)

222

PLAINTIFF'S EXHIBIT
SG 18

# HOME LANGUAGE SURVEY

**SCHOOL NAME:** ALEXSANDER

**DCPS ID NUMBER:**

**STUDENT NAME:** S_____ G_____

**Parent Name:** ALEXSANDER PREPUPA-GU

**Parent's Signature:** _____    **Date:** 8/22/05

## This document MUST be signed and dated by the parent or guardian.

### ENGLISH (Please answer ALL five questions.)
Please make sure to provide your name and signature in the space provided above.

|  | Yes | No |
|---|---|---|
| 1) Is a language OTHER THAN English used at home? | ☐ | ☑ |
| 2) What language did your child first speak? | | |
| 3) Does your child frequently speak a language other than English at home? | | |
| 4) Was your child born in a country OUTSIDE OF THE USA? | | |
| 5) What is your relationship to the child? | | |

- ☐ English   ☐ Spanish   ☐ Amharic   ☐ French
- ☐ Chinese   ☐ Vietnamese   ☐ Other (specify): _____
- ☐ Mother   ☐ Father   ☐ Guardian   ☐ Tutor   ☐ Other (specify):

### SPANISH (Por favor responda a TODAS las cinco preguntas.)
Por favor asegúrese de escribir y firmar su nombre en el espacio disponible arriba

|  | Sí | No |
|---|---|---|
| 1) ¿Se habla otro idioma ADEMÁS DE INGLÉS en la casa? | ☐ | ☐ |
| 2) ¿En qué idioma comenzó a hablar su hijo/a? | | |
| 3) ¿Habla frecuentemente su niño/a otro idioma ADEMÁS DE INGLÉS en casa? | ☐ | ☐ |
| 4) ¿Nació su hijo/a en otro país que NO sea EE.UU. (USA)? | ☐ | ☐ |
| 5) ¿Cuál es su relación al niño/a? | | |

- ☐ Inglés   ☐ Español   ☐ Amárico   ☐ Francés
- ☐ Chino   ☐ Vietnamés   ☐ Otro (especifique): _____
- ☐ Madre   ☐ Padre   ☐ Tutor   ☐ Otro (especifique): _____

### CHINESE (請回答下列全部五題問題)
請務必在上表的名稱及上的空格內填寫您的姓名及簽名並在上面的空格之上

|  | 是 | 否 |
|---|---|---|
| 1) 你家庭中是否使用不是英語的另一種語言？ | ☐ | ☐ |
| 2) 你孩子最初學習講話的語言是以下那種語言？ | | |
| 3) 你孩子在家是否經常說和不是英語的另一種語言？ | ☐ | ☐ |
| 4) 你孩子是否出生在美國以外的國家？ | ☐ | ☐ |
| 5) 你與孩子的關係是： | | |

- ☐ 英語   ☐ 西班牙語   ☐ 阿姆哈拉語   ☐ 法語
- ☐ 漢語   ☐ 越語   ☐ 其他請註明(說明)：
- ☐ 母親   ☐ 父親   ☐ 監護人   ☐ 其他請 不(說明)：

### AMHARIC (እባክዎ ሁሉንም አምስቱን ጥያቄዎች ይመልሱ)

- ☐ Mother   ☐ Father   ☐ Guardian   ☐ Tutor   ☐ Other

### FRENCH (S'il vous plaît répondez à TOUTES les cinq questions.)
Veuillez vous assurer de donner votre nom et signature dans l'espace ci-dessus indiqué

|  | Oui | Non |
|---|---|---|
| 1) Est-ce que vous parlez une langue AUTRE QUE L'ANGLAIS chez vous? | ☐ | ☐ |
| 2) Quelle langue votre enfant utilise lorsqu'il commence à parler? | | |
| 3) Chez vous, votre enfant parle t-il souvent une langue AUTRE QUE L'ANGLAIS? | ☐ | ☐ |
| 4) Votre enfant était-il né HORS DES ÉTATS-UNIS? | ☐ | ☐ |
| 5) Quel est votre lien de parenté avec l'enfant? | | |

- ☐ Anglais   ☐ Espagnol   ☐ Amharic   ☐ Français
- ☐ Chinois   ☐ Vietnamien   ☐ Autre: _____
- ☐ Mère   ☐ Père   ☐ Tuteur   ☐ Autre: _____

### VIETNAMESE (Xin vui lòng trả lời TẤT CẢ năm câu hỏi.)
Xin quý vị chắc chắn là đã viết tên và ký tên của quý vị vào khoảng trống phía trên

|  | Có | Không |
|---|---|---|
| 1) Ở nhà có thường sử dụng thứ tiếng nào KHÁC HƠN Anh Ngữ không? | ☐ | ☐ |
| 2) Con quý vị đã nói thứ tiếng nào trước nhất? | | |
| 3) Ở nhà, con em thường nói thứ tiếng nào khác hơn Anh Ngữ không? | ☐ | ☐ |
| 4) Con quý vị đã sinh ra ở một NƯỚC NÀO KHÁC HOA KỲ không? | ☐ | ☐ |
| 5) Liên hệ của quý vị với đứa trẻ? | | |

- ☐ Anh Ngữ   ☐ Tây Ban Ngữ   ☐ Pháp Ngữ
- ☐ Hoa Ngữ   ☐ Việt Ngữ   ☐ Ngôn ngữ khác: _____
- ☐ Mẹ   ☐ Cha   ☐ Giám Hộ   ☐ Liên hệ khác: _____

Revised 4/25/05

223

## Release of Student Directory Information
## School Year 2005-2006

**To: All Parents**

The items listed below are designated as "directory information" of the District of Columbia Public Schools (DCPS) and may be released for any purpose at the discretion of DCPS [D.C.M.R. Title 5, Chapter 26 (1997)]. Under the provisions of the Family Educational Rights and Privacy Act of 1974, as amended, you have the right to withhold the release of any or all of the information listed below:

- ✓ **Name of student**
- ✓ **Address of student**
- ✓ **Telephone listing of student**
- ✓ **Date and place of birth**
- ✓ **Dates of attendance**
- ✓ **Participation in officially recognized activities and sports**
- ✓ **Weight and height of members of athletic teams**
- ✓ **Diplomas and awards received**
- ✓ **Name of attending school and school(s) previously attended**

Please consider very carefully your decision to withhold any item of "directory information." Should you decide to inform DCPS **not** to release any or all of the items listed above, please check the line beside those items that you **do not** wish to have released. Any future request for such information from individuals or entities not affiliated with DCPS will be refused for the remainder of the current school year. A new form must be completed each year. **A new form must be completed each year.**

---

I have received a copy of the **Notification of Rights under the Family Educational Rights and Privacy Act (FERPA).**

_____ **All** of my child's directory information **may be released**, unless it has been checked.

✓ **None** of my child's directory information may be released.

Student's Name: _____ S⬛⬛⬛⬛ G⬛⬛
(Please print)

Parent's Name: _____ ALEKSANDRA PAPPURA-GILL
(Please print)

Parent's Signature: _____

Date: _____ 8/22/05

\*\* **If you fail to make a selection or complete the form, it will be assumed that the above information may be released for the remainder of the school year.**

224

_MURCH_
Name of School

# DC RESIDENCY VERIFICATION FORM
### (To be completed by Local School Staff Only)

Please refer to the **Residency Verification Guidelines** when using this form.

I hereby certify that __ALEKSANDRA PAPAVA GILL__ S.S. # _____ (🚂🚃🚃🚃), _parent_/caregiver
      Parent or Caregiver Name                 (If available)

of __S_____N G__, __2907 ELLICOTT ST, NW__
      Student Full Name                Current DC Home Address

__202-248-8602__ presented the following document(s) evidencing his/her District of Columbia residency:
Telephone No. (if applicable)

(A) **One (1)** of the following items suffices to establish DC residency.

_____ A pay stub, with an issue date within the past forty-five (45) days, that contains the name of the person enrolling the student, shows his/her current DC home address, **and** withholding of DC personal income tax for the current tax year; or

_____ Official documentation of financial assistance from the Government of the District of Columbia and issued to the person enrolling the student within the past twelve (12) months, including, but not limited to, Temporary Assistance for Needy Families (TANF), Medicaid, the State Child Health Insurance Program (SCHIP), housing assistance or other programs; or

_____ **Supplemental Security Income annual benefits notification** issued to the person enrolling the student within the past twelve (12) months and indicating his/her current DC home address; or

_____ A tax information authorization waiver form certified by the DC Office of Tax and Revenue, with the name of the person enrolling the student and evidence of payment of DC taxes for tax year 2003; or

_____ **Military housing orders and residency verification letter** or DEERS statement showing the student's name, the name of the person enrolling the student, and their current DC home address; or

_____ Proof that the child is a ward of the District of Columbia, in the form a court order; or

_____ Embassy letter, with an issue date after July 1, 2004, showing the name of the person enrolling the student, a statement indicating that the person enrolling the student and the student live on embassy property in the District of Columbia, and an official embassy seal.

(B) Or, in the absence of items listed above, **two (2)** of the items listed below will suffice as proof of residency in DC. The address and name on each of the below items must be the same.

_____ Unexpired DC motor vehicle registration showing the name of the person enrolling the student and his/her current DC home address;

_____ An unexpired lease or rental agreement **with** receipts for payment or canceled checks for payment of rent for a period within two (2) months immediately preceding consideration of residency, for the current DC address at which the student actually resides;

_X_ An unexpired DC motor vehicle operator's permit or official government issued non-driver identification in the name of the person enrolling the student showing his/her current DC home address; or

_X_ One utility bill (only gas, electric, and water bills are acceptable) with the name of the person enrolling the student, current DC home address, and **with** receipt of payment or cancelled check for payment of the bill. The receipt of payment or canceled check must be from a period within the two (2) months immediately preceding consideration of residency.

**Other primary caregivers:**

_____ If the person enrolling the student is an other primary caregiver, he/she has provided proof of caregiver status in accordance with the Residency Verification Rules. Other primary caregivers must also establish DC residency, as outlined above.

_____    _____
School Official's Signature           Date

State Education Office, SY 2005-06

225

# Fax

| | | | |
|---|---|---|---|
| **To:** | Ms. Carolyne Albert-Garvey, Prinicipal | **From:** | Anya Gill |
| **Fax:** | 202-282-0132 | **Pages:** | 1 |
| **Phone:** | 202-282-0130 | **Date:** | 8/25/2005 |
| **Re:** | S██████ G██ | **CC:** | Mrs. Martel-Stevenson |

**Urgent**    **For Review**    **Please Comment**    **Please Reply**    **Please Recycle**

Dear Ms. Albert-Garvey,

Thank you for your call regarding Sebastian's registration. I indeed requested placement of S█████ to 4th grade. Had we stayed in Montgomery County, Maryland he would have been in 4th grade special education classroom, so I made an equivalent request. I enclosed his third grade IEP as well so that you would get an idea of his progress over the course of last school year.

I also received a call from Mrs. Martel-Stevenson regarding the meeting on Friday, August 26th at 10:00 am. As it stands now, I will not be able to attend that meeting and I am asking for rescheduling. I would also like to receive written notice about this meeting, its purpose, topic to be discussed and who will attend the meeting so I can arrange with other people that I would like to attend this meeting. Friday September 2, 2005 would be a good day for us. Please let me know if this works for the school.

I would also like to make an addendum to enrolment form I filled out at the Murch school in 8/22/05 regarding the schools S█████ attended. As stated in the form, S█████ attended Glenallan ES in Montgomery County, Maryland during the school year 2004-05. However, I omitted to write in that he also attended summer school in July and August 2005 at Kingsbury Day School. Their address is 5000 14th St., NW, Washington, DC 20011.

Sincerely,

Anya Gill

S██████s mom


PLAINTIFF'S EXHIBIT

SG19

226

Confirmed via phone call on 4/23/05

# DISTRICT OF COLUMBIA PUBLIC SCHOOLS
## WASHINGTON, D.C.
### CONFIRMATION OF MEETING NOTICE

Date: 8/24/05

Mrs. Anya Gill
Parent / Guardian Name

RE: Sebastian Gill

2901 Ellicott St., NW    Apt. No.
Street #    Street    Quad

SCHOOL: Murch E.S.

ID NO. 9207 873

Washington    DC 20008
City    State    Zip Code

DOB: __/__/96

Dear Mr.+Mrs.Gill

A multidisciplinary team (MDT) meeting is scheduled to discuss the status of your child's educational needs. Your participation is essential, and we look forward to your valuable input. Your child's meeting is scheduled as follows:

Date: 8/26/05    Time: 10:00 a.m.    Place/Location: Murch E.S.

The purpose and details of the meeting are printed below. You and the school may have additional individuals attend the meeting who have knowledge or special expertise regarding your child. Invited participants are listed under MDT members.

*The purpose of this meeting is to:

- [X] **develop/review IEP(including consideration of extended school year (ESY) services
- [ ] **review evaluation or reevaluation information
- [ ] develop the student evaluation plan (SEP)
- [ ] discuss documented levels of service
- [X] discuss placement
- [ ] determine manifestation
- [ ] discuss eligibility
- [ ] **discuss CompEd
- [ ] *consider transition services needs
- [ ] discuss quarterly review
- [ ] behavior plan review

- [ ] **review records to support the completion of services as follows:
  - [ ] Graduated
  - [ ] Completed Services
  - [ ] Aged Out
  - [ ] Transferred Out of District
  - [ ] Dropped Out
  - [ ] Other: _____

**Placement will be discussed.

MDT Members:
- [X] Principal or Designee
- [X] Parent
- [X] LEA Representative
- [ ] Student
- [X] General Education Teacher
- [X] Special Education Teacher
- [ ] Speech and Language
- [ ] Social Worker
- [X] Psychologist
- [ ] Other: _____

If the purpose of the meeting includes consideration of a transition plan, your child is invited to attend and a representative of the following agency(ies) may be invited, if appropriate

*    _____    *    _____

Any questions you may have concerning your child's program will be discussed at the above meeting. A copy of the Procedural Safeguards for parents is enclosed for your information. If the school can be of assistance to you, please contact Kathleen Bergin at 202-282-0130 (school telephone number).

Sincerely,

Nancy Martell Stevens

PLAINTIFF'S EXHIBIT SG20

District of Columbia Public Schools    07-02-2001    Division of Special Education    Confirmation of Meeting Notice

LAW OFFICES

# SAVIT & SZYMKOWICZ, LLP

7315 WISCONSIN AVENUE

SUITE 601 NORTH TOWER

BETHESDA, MD 20814-3202

PHONE: (301) 951-9191

FAX: (301) 718-7788

EMAIL: MAIL@BOWSSLAW.COM

WWW.BOWSSLAW.COM

ALSO PRACTICING IN THE DISTRICT OF COLUMBIA

MARVIN L. SZYMKOWICZ
MLS@BOWSSLAW.COM

DIANA M. SAVIT
DMS@BOWSSLAW.COM

OF COUNSEL:

LORETTA J. GARCIA
LJG@BOWSSLAW.COM
(ALSO ADMITTED IN PA
INACTIVE STATUS)

LISA SELTZER BECKER
LSB@BOWSSLAW.COM

August 26, 2005

**VIA TELECOPIER & FIRST CLASS MAIL**

Ms. Carolyne Albert-Garvey
Principal
Murch Elementary School
4810 36th Street, N.W.
Washington, D.C. 20008

   *Re:* S███████ G██, DOB ██/96

Dear Ms. Albert-Garvey:

   We represent S███████ G██ and his parents, Drs. Harwant Gill and Aleksandra Parpura-Gill. The Gills have been trying for four months to register S███████ at Murch Elementary School, his neighborhood school, preliminary to requesting special education and related services for him. S███████ has been identified by Montgomery County Public Schools as disabled and entitled to special education, and has received services from the county for several years.

   Unfortunately, the Gills' attempts simply to register S███████ were frustrated by the District of Columbia Public Schools. Enclosed is a copy of a letter I sent to your predecessor, Dr. Marjorie Cuthbert, on June 10, 2005, which details the Gills' experiences with DCPS through that date. I received no response to my letter, nor did anyone contact the Gills.

   On August 11, 2005, Dr. Anya Gill called Murch to find out if registration had finally started. She was told that it had. Despite full awareness of her desire to register S███████, no one had contacted Dr. Gill to tell her registration was now permissible. As the Gills were about to leave town for several days, Dr. Gill could not complete the registration process until August 22, 2005. The next day, she received a telephone call from Nancy Martel-Stevenson, asking her to attend a meeting today to discuss S███████'s special education needs. No written notice was provided and Dr. Gill was given none of the information required by the Individuals with Disabilities Education Act; *i.e.*, the names and disciplines of those who would attend the meeting, the topics to be discussed, or notice of her right to bring with her persons knowledgeable about S███████.

228

PLAINTIFF'S
EXHIBIT
SG 21

Ms. Carolyne Albert-Garvey
August 26, 2005
Page 2

At the moment, Murch has placed S█████ in Mr. Keegan's fourth grade class, a regular education setting. His last MCPS IEP, which under the law must be implemented until DCPS develops an acceptable alternative, calls for placement in a separate language and academic disabilities class, and for education out of the mainstream more than 60% of the time. This is inappropriate and potentially detrimental to S██████.

Fortunately, the Gills had the foresight to inquire into other options and S██████ has a place at the Kingsbury Day School, whose summer program he recently completed. I am therefore writing to inform DCPS that the Gills will enroll S█████ in Kingsbury for the 2005-06 school year, and expect to be reimbursed by DCPS for the costs associated with that placement. The Gills, however, wish to continue seeking special education for S██████ and to receive DCPS's input in the development of his program. You should, therefore, continue to look for a mutually convenient date and time for the contemplated IEP meeting, and give the Gills proper notice of what will transpire at that meeting.

Very truly yours,

*Diana M. Savit*

Diana M. Savit

Enclosure
cc:    Drs. Harwant Gill & Alexsandra Parpura-Gill

# SAVIT & SZYMKOWICZ, LLP

ATTORNEYS AND COUNSELORS

SUITE 601 NORTH
AIR RIGHTS CENTER
7315 WISCONSIN AVENUE
BETHESDA, MARYLAND  20814-3232

TELEPHONE  (301) 951-9191
FACSIMILE (301) 718-7788

# FAX COVER SHEET

**To:** Ms. Carolyne Albert-Garvey
**Company:** Principal, Murch Elementary School

**Date:**  August 26, 2005

**From:** Diana M. Savit                    **Client:** Gill

**Recipient's telecopier number:** (202) 282-0132
**Recipient's telephone number:** (202) 282-0130

**Number of pages, including cover sheet:** 5

If there is a problem in transmitting, or if you have not received all of the pages, call (301) 951-9191.

The original _____ will _____ will not follow by regular mail.

Remarks/special instructions:

Please see attached.

NOTICE OF CONFIDENTIALITY: THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE ADDRESSEE. IT MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL OR OTHERWISE EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. NEITHER THE SENDER NOR THE INTENDED RECIPIENT HAS WAIVED ANY PRIVILEGE, CONFIDENTIALITY OR EXEMPTION FROM DISCLOSURE. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT OR THE EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING THE MESSAGE TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THE COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE (COLLECT IF NECESSARY) AND RETURN THE ORIGINAL MESSAGE BY MAIL TO US AT THE ABOVE ADDRESS. THANK YOU.

TRANSMISSION VERIFICATION REPORT

```
TIME : 08/26/2005 13:57
NAME : SAVIT AND SZYMKOWICZ
FAX  : 3017187788
TEL  : 3019519191
```

```
DATE,TIME         08/26  13:54
FAX NO./NAME      2022820132
DURATION          00:02:54
PAGE(S)           05
RESULT            OK
MODE              STANDARD
                  ECM
```

**ABCs for Life Success, LLC**

10801 Lockwood Drive Suite 165
Silver Spring, MD 20901
ABC4SUCCESS@email.msn.com

Phone 301.439.7697
Fax 301.408.3831

January 9, 2006

Drs. Harry & Anya Gill
2907 Ellicott Street, NW
Washington, DC 20008

Dear Drs. Gill,

As you are aware, I have conducted an evaluation of the DCPS program proposed for
S██████ at Murch Elementary School.  In order to formulate an opinion about the
program, I have taken the following actions:  Reviewed S██████ records, met with
you, observed S██████ at the Kingsbury Day School, spoken with the Kingsbury
staff, and observed at Murch Elementary School.  Included in the Murch observation,
I was able to speak with special education and general education staff and observe the
proposed classrooms for S██████.

It is my opinion that Murch Elementary School is not an appropriate placement for
S██████.  Murch Elementary School is not able to implement the current IEP; Murch
does not have available the intensity of self contained, special education classes
required by the IEP.  Also, Murch's program is not appropriate for S██████ overall.
At this time, the program is not able to support his needs and provide specialized
instruction across the day or during subjects in which a specialized classroom with
reduced student to teacher ratio is required.

At this time, S██████ requires a full time special education program with related
services provided in a transdisciplinary manner.  Kingsbury Day School is such a
placement and he is deriving meaningful benefit from his program there.

We have discussed educational programming for S██████ at length, and will
continue to evaluate any options and proposals by or within DCPS.  Please do not
hesitate to contact me for any reason.

Thank you for the opportunity to be a part of S██████ education and future.

Respectfully,

Michelle R. Davis, M. Ed.
Director

Copy to:
D. Savit, Esq.



PLAINTIFF'S
EXHIBIT
SG 22

Case 1:06-cv-01317-RMC    Document 15-9    Filed 12/29/2006    Page 25 of 37



# Alagille Syndrome

## What is Alagille syndrome?

Alagille syndrome is a multi-system hereditary disorder. It often presents with clinical symptoms involving the liver during infancy and early childhood. Alagille syndrome is named after the French pediatric liver specialist who first recognized the clinical features of the syndrome.

Seen throughout the world in many races, Alagille syndrome is more commonly reported in boys, although girls are also affected. Alagille syndrome is the most common form of the inherited disorders which cause reduced bile flow within the liver.

Genetic research of the chromosomes of patients with Alagille syndrome has found mutations in the Jagged 1 gene.

## Diagnosis

The diagnosis of Alagille syndrome usually depends upon finding several different components of the syndrome in an individual. The classic syndrome involves five distinct findings, including:

- Chronic cholestasis (reduced bile flow). Symptoms usually begin in infancy with jaundice, itching, and cholesterol deposits in the skin (xanthomas). A liver biopsy shows that there are not enough bile ducts within the liver.
- Congenital heart disease. Usually peripheral pulmonic stenosis, although other heart disorders such as Tetralogy of Fallot and coarctation of the aorta have been reported.
- Bone defects. Usually "butterfly" or Hemi-vertebrae in the spine.
- Eye findings. Usually an extra thickening of a line, known as the Schwalbe's line, on the surface of the eye. Less common eye findings include retinal pigment changes.

233



PLAINTIFF'S EXHIBIT
SG-23

- ◆ Typical facial features. Often with deep set eyes, frontal bossing, bulbous tip of the nose, a down-turned mouth, and a small mandible with pointed chin.

Note: Not all patients with Alagille syndrome demonstrate all of these different findings.

## Complications and Treatments

The management of Alagille syndrome is aimed primarily at preventing complications and treating symptoms. Because Alagille patients have reduced bile flow, they are at risk to develop fat soluble vitamin deficiency. Supplementation of fat soluble vitamins (A,D,E,K) and monitoring serum levels of these vitamins is warranted in these children. They can also have difficulty absorbing fat from their diet. In infancy, formulas rich in medium chain triglycerides (MCT) should be utilized to maximize fat absorption. The goal is to maximize the growth and development of these children.

Itching (pruritus) associated with reduced bile flow can be significant and difficult to treat. The use of drugs such as phenobarbital, cholestyramine and ursodeoxycholic acid (Actigall) may be helpful in individual patients. Other drugs such as Atarax and Benadryl may give temporary symptomatic relief.

Surgery may on occasion be necessary to obtain an adequate sample of liver tissue to examine the bile duct system. The Kasai portoenterostomy, used for biliary atresia, does not replace bile ducts within the liver and has no value for the patient with Alagille syndrome. Partial external biliary diversion has been occasionally used for the treatment of "unstoppable itching" and severely elevated cholesterol levels. In this surgical procedure, a connection is made between the gallbladder and the skin so bile may be drained to the outside of the body. The success of this procedure for Alagille syndrome has not been as dramatic as for other forms of inherited liver disease.

Liver transplantation has been used successfully for selected patients with Alagille syndrome.■

Children's Liver Association for Support Services
27023 McBean Parkway #126 ▪ Valencia, CA 91355
Toll-free: 1-877-679-8256 ▪ Phone/fax: (661) 263-9099
Terms of Use ▪ Contact Us

235

# SAVIT & SZYMKOWICZ, LLP
### ATTORNEYS AND COUNSELORS

SUITE 601 NORTH
AIR RIGHTS CENTER
7315 WISCONSIN AVENUE
BETHESDA, MARYLAND 20814-3232

TELEPHONE (301) 951-9191
FACSIMILE (301) 718-7788

## FAX COVER SHEET

**To:** State Enforcement and Investigations Division For Special Education Programs (SEID)
Student Hearing Office (SHO)
**Company:** District of Columbia Public Schools

**To:** Rhondalyn Primes, Esq.
**Company:** Office of the General Counsel, District of Columbia Public Schools

**Date:** January 23, 2006

**From:** Diana M. Savit                    **Client:** Gill

**Recipient's telecopier number:** (202) 442-5556
**Recipient's telephone number:** (202) 442-5432

**Recipient's telecopier number:** (202) 442-5098
**Recipient's telephone number:** (202) 442-5161

**Number of pages, including cover sheet:** 10

If there is a problem in transmitting, or if you have not received all of the pages, call (301) 951-9191.

The original _____ will ___X___ will not follow by regular mail.

Remarks/special instructions:

Forwarded herewith are additional disclosures fo████████████████process hearing.

*NOTICE OF CONFIDENTIALITY: THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE ADDRESSEE. IT MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL OR OTHERWISE EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. NEITHER THE SENDER NOR THE INTENDED RECIPIENT HAS WAIVED ANY PRIVILEGE, CONFIDENTIALITY OR EXEMPTION FROM DISCLOSURE. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT OR THE EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING THE MESSAGE TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THE COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE (COLLECT IF NECESSARY) AND RETURN THE ORIGINAL MESSAGE BY MAIL TO US AT THE ABOVE ADDRESS. THANK YOU.*

LAW OFFICES

# SAVIT & SZYMKOWICZ, LLP

7315 WISCONSIN AVENUE

SUITE 601 NORTH TOWER

BETHESDA, MD 20814-3202

MARVIN L. SZYMKOWICZ
MLS@BOWSSLAW.COM

DIANA M. SAVIT
DMS@BOWSSLAW.COM

LISA SELTZER BECKER
LSB@BOWSSLAW.COM

PHONE: (301) 951-9191

FAX: (301) 718-7788

EMAIL: MAIL@BOWSSLAW.COM

WWW.BOWSSLAW.COM

ALSO PRACTICING IN THE DISTRICT OF COLUMBIA

OF COUNSEL:

LORETTA J. GARCIA
LJG@BOWSSLAW.COM
(ALSO ADMITTED IN PA,
INACTIVE STATUS)

ARTHUR J. SALZBERG
(ALSO ADMITTED IN VA)

January 23, 2006

**VIA TELECOPIER**

Rhondalyn Primes, Esq.
Office of the Superintendent
Office of the General Counsel
825 North Capitol Street, N.E.
9th Floor
Washington, D.C. 20001

> Re:  *Sebastian Gill*
>       *DOB ███/96*
>       *Due process hearing schedu███████████████*

Dear Ms. Primes:

The following documents are forwarded to supplement the five-day disclosures of Sebastian
Gill and his parents, Harwant Gill and Aleksandra Parpura-Gill.

## Documents

The Gills may rely upon the following additional documents, copies of which accompany this
letter:

SG24–Resumé of Michelle R. Davis
SG25–Letter from Michelle R. Davis to Ms. Tracey, Encore Coordinator, Murch Elementary
School, with accompanying documentation of authorization and confirmation of receipt, 11/23/05

Rhondalyn Primes, Esq.
January 23, 2006
Page 2

       The Gills continue to reserve the right to rely upon any witness or document identified by DCPS.

Very truly yours,

Diana M. Savit

Enclosures
cc (w/ enclosures):
       DCPS Student Hearing Office
       Drs. Harwant Gill & Aleksandra Parpura-Gill

238

# Michelle R. Davis

10801 Lockwood Drive, Suite 165
**ABCs for Life Success, LLC**
Silver Spring, Maryland 20901
301.439.7697 phone
301.408.3831 fax

## Objective

Continued contribution to children, families, educators through advocacy, assessment, teacher training, consulting

## Education

- Master of Science in Special Education, Johns Hopkins University, 1998
  Emphasis on Inclusive Education; GPA 4.0
- Bachelor of Science in Special Education, James Madison University, 1990
  Majors: Emotional Disturbance & Learning Disabilities, GPA 3.9 in majors
- Post-baccalaureate courses (24 hours earned including assessment courses)
- Advanced Professional Teaching Certification K through 12, MSDE
- Curriculum for Living, Landmark Education Corporation, 1994-present
  Forum, Advanced Course, Coach Self-Expression and Leadership Program

## Employment

1998-present  *Owner and Director, ABCs for Life Success, LLC*
Educational advocate and consultant. Entrepreneur working with families, schools, and communities to develop skills needed for school and life children ages 3 to 21. ADHD Diagnostic Center. Secure educational placement, services and assist parents in navigating legal procedures. Testify as expert in special education. Curriculum analysis. Teacher training and staff development workshops. Formal and informal educational assessments.

January 2003-present  *Adjunct Professor, George Mason University*
Instruct legal 'Trends and Issues' course for Master's and Doctoral level adult learners at Accotink Academy. Focus of course is application of due process rights related to assessments, eligibility, and placement for students with disabilities and implications of the Individuals with Disabilities Education Act (IDEA '97).

Fall 2000-present  *Adjunct Professor, George Washington University*
Instruct Collaborative Consultation, SPED 285. Focus of course is collaboration between special and general educators and families to include or mainstream adolescents with emotional disturbance. Instruct SPED 280 and SPED 260, Developmental Assessment. Focus of course is administration and interpretation of formal and informal assessments.

1996-2000  *Special Educator, Teacher Trainer, Team Leader, Administrator Lee Middle School*
Facilitate team in case management, effective instruction, and behavior management best practices of students with learning, physical, social-emotional and other challenges. Assure productive family and community partnerships. Instruction of social skills, learning strategies, algebra, world studies, math.

PLAINTIFF'S EXHIBIT
SG 24

PAGE 04    SAVIT AND SZYMKOWICZ    3017187788    01/23/2006  15:29

Michelle R. Davis, page 2 of 3

Design and implement County-wide training workshops for teachers. Participate in creation and implementation of alternate County-wide assessments in committee for the Board of Education. Data collection and compilation for State Department of Education study on accommodations and modifications provided at school level.

1994-1996 *Special Educator, Case Manager at Eastern Middle School*
Design and implement pilot program to successfully include students with learning and emotional disabilities in general school program. Teach all subjects including social skills groups. Family intervention and work with mental health professionals. Oversee staff implementation of program objectives. Supervise after-school program school-wide.

1990-1994 *Crisis Support Teacher, Special Educator, Mark Twain School*
Supervise and evaluate effectiveness of staff. Provided ongoing staff development. Design interventions for students including related service and mental health professionals. Crisis intervention/prevention and problem solving with students and staff. Curriculum development and delivery grades 6-12.

1987-1988 *Behavioral Technician, Regional Institute for Children and Adolescents*
Facilitated recreational activities and living skills in residential cottages with adolescents aged 12-18 with social-emotional and mental health disorders.

1988-1990 *Behavioral Technician, DeJarnette Psychiatric Hospital*
Implement continuum of interventions to improve living and functional well-being of adolescents with autism/severe mental retardation.

1984-2000 *Montgomery County Therapeutic Recreation Department* (MCRD)
Create and implement staff training. Supervise the inclusion of over 150 students with disabilities and provide staff coaching. Design recreation programs for children ages three to twelve with and without disabilities. Work with families for productive summers. Facilitate groups for adolescents and adults with Traumatic Brain Injury (TBI).

## Training and Staff Development
- Learning Differences, Woods Academy
- Assessing Student Needs in the Classroom, Oneness Family School
- IDEA Reauthorized: What does it mean for you? MANSEF
- The Special Education Process, Chelsea School
- Behavior Management Techniques in a Continuum, MCPS
- Conflict Resolution Seminar, University of Maryland
- Differentiated Instruction: Teaching So All May Learn, MCPS
- Cooperative Learning, MCPS
- Learning Styles at Work in the Classroom, Cashell Elementary PTSA
- Characteristics of Students with Emotional Disturbance, MCPS
- Collaboration for Success, MCPS
- Conflict Resolution/Crisis Intervention/Best Instructional Practices, Mark Twain
- Crisis Intervention and Physical Restraint, MCRD

Michelle R. Davis, page 3 of 3

- Celebrating Differences, MCRD
- Data Collection for Individual Education Plans (IEPs), MCPS
- Secondary Reading Strategy Instruction, MCPS
- Hispanic Parent Support Program, Lee Middle School
- Parents as Clients and Partners:  Communication Integrated, GW Community School
- Special Education Simplified:  PGC Community College

## Honors and Activities

Eddie Dalton Special Education Scholarship
Outstanding Senior in Special Education, James Madison University
Outstanding Educator, Montgomery County Public Schools
Awarded grant in partnership program, Johns Hopkins University
Outstanding and exemplary evaluations for effective instruction/productivity
Secretary, More Than A Drum
Member, Council of Professional Attorneys and Advocates;  Council of Exceptional Children
Publications:  *Washington Parent,*
Featured in Washington Post, October 2004
Certified Strategy Instructor

**ABCs for Life Success, LLC**

10801 Lockwood Drive Suite 165
Silver Spring, MD 20901
ABC4SUCCESS@email.msn.com

Phone 301.489.7697
Fax 301.408.3831

November 23, 2005

Ms. Tracey, Encore Coordinator
Murch Elementary School
4810 36th Street, NW
Washington, DC 20008
By fax 202.282.0132

Dear Ms. Tracey,

Thank you for speaking with me today regarding Sebastian Gill and the implementation of his Individualized Education Program (IEP) at Murch Elementary School. As we discussed, DCPS has told the parent that Sebastian's IEP from Montgomery County, MD is able to be implemented at Murch E.S. After learning that the IEP calls for 22 hours of special education services, you indicated that Murch would be unable to implement such an intensive program; Murch is able to provide approximately 3 (three) hours per day as maximum services there. It is my understanding that the 'pull out', self-contained services in special education include Language Arts and Math, but not Science or Social Studies.

I requested to observe the program there and discuss the program with those knowledgeable on December 12, 2005. You indicated you would discuss this request with the Principal and Special Educator, look up Sebastian's records, and get back to me. I look forward to hearing from you to confirm the program observation. Please do not hesitate to contact me for any reason.

As we discussed, I am attaching a Release of Information form signed by the parent so that we may freely exchange information.

Thank you for your consideration for Sebastian.

Respectfully,

Michelle R. Davis, M. Ed.
Director

Copy to:
Client

PLAINTIFF'S
EXHIBIT

SG 25

## ABCs for Life Success, LLC

10801 Lockwood Drive Suite 165
Silver Spring, Maryland 20901
abc4success@msn.com

Phone 301.439.7697
Fax 301.408.3831

## Release of Information

To: MURCH ELEMENTARY DCPS and KINGSBURY DAY SCHOOL
Print public school system name and/or private school name

From: ALEKSANDRA PAEPURA GILL (AMYA GILL)
Print parent/guardian's name

Re: S———N GILL        DOB: ——/96
Print child's name

I hereby release all confidential and other psychological, educational, medical, or school-related information from:

KINGSBURY DARY SCHOOL
Print public school system name and/or private school name

To:

**ABCs for Life Success, LLC**
**10801 Lockwood Drive Suite 165**
**Silver Spring, Maryland 20901**
**Educational Consultant**

The signature below authorizes the release of information and includes open and free communication through telephone or email correspondence between parties. The signature below also authorizes assigned consultant to conduct program and classroom observations.

Parent/Guardian's signature

11/14/05
Date

**FAX COVER SHEET**

## ABCs for Life Success, LLC

*10801 Lockwood Drive, Suite 165*
*Silver Spring, Maryland 20901*

*phone 301.439.7697*
*fax 301.408.3831*
*email abc4success@msn.com*

| SEND TO | From |
|---|---|
| **Company name** Murch E.S. | Michelle    R. Davis,    M. Ed. |
| **Attention** Ms. Tracey | **Date** 11·23·05 |
| **Office location** Encore Coord. | **Office location** ABCs for Life Success, LLC |
| **Fax number** 202.282.0132 | **Phone number** 301.439.7697 |

☐ Urgent    ☐ Reply ASAP    ☐ Please comment    ☐ Please review    ☐ FYI

*Total pages, including cover:* **3**

**COMMENTS**

Gin.S.

① Letter requesting observation

② Release of Information

Thank you.
        MC

HP Officejet 7410
Personal Printer/Fax/Copier/Scanner

Log for
Michelle R. Davis, M. Ed
3014083831
Nov 23 2005 2:10PM

**Last Transaction**

| Date | Time | Type | Identification | Duration | Pages | Result |
|------|------|------|----------------|----------|-------|--------|
| Nov 23 | 2:07PM | Fax Sent | 2022820132 | 2:16 | 3 | OK |

245