```
TRANSMISSION VERIFICATION REPORT

                                    TIME   : 12/15/2005 15:42
                                    NAME   : STUDENT HEARINGS OFF
                                    FAX    : 2024425556
                                    TEL    : 2024425432
                                    SER. # : BROH3J608601


    DATE,TIME                  12/15  15:41
    FAX NO./NAME               93017187788
    DURATION                   00:00:30
    PAGE(S)                    01
    RESULT                     OK
    MODE                       STANDARD
```

# District of Columbia Public Schools
## State Enforcement & Investigation Division
### STUDENT HEARING OFFICE
825 North Capitol Street, N.E.
8TH Floor
Washington, D.C. 20002
PHONE: (202) 442-5432
FAX: (202) 442-5556



X REVISED COPY

### HEARING NOTICE

| MEMORANDUM VIA: [✓] FACSIMILE [ ] MAIL [ ] HAND DELIVERY |
| --- |

TO:     Parent (or Representative):  D. SAVIT          Fax No.: (301) 718-7788

LEA Legal Counsel:  R. PRIMES

RE:     G___, S_____        and (LEA) DOB: _____
        Student's Name

FROM:   SHARON NEWSOME
        Special Education Student Hearing Office Coordinator

DATE SENT:  12/15/05

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

The Student Hearing Office received your Request for Due Process Hearing or Mediation for the above named student on
_____. Please be advised that the hearing has been scheduled for:

DATE:  1/26/06                                    cont'f
                                                  12/20/05
TIME:  9:00, 11:00, 1:00 & 3:00

AT:  825 North Capitol Street, NE, Washington, DC

246

LAW OFFICES

## SAVIT & SZYMKOWICZ, LLP

7315 WISCONSIN AVENUE
SUITE 601 NORTH TOWER
BETHESDA, MD 20814-3202
_____
PHONE: (301) 951-9191
FAX: (301) 718-7788
EMAIL: MAIL@BOWSSLAW.COM
WWW.BOWSSLAW.COM
ALSO PRACTICING IN THE DISTRICT OF COLUMBIA

MARVIN L. SZYMKOWICZ
MLS@BOWSSLAW.COM

DIANA M. SAVIT
DMS@BOWSSLAW.COM

OF COUNSEL:
LORETTA J. GARCIA
LJG@BOWSSLAW.COM
(ALSO ADMITTED IN PA
INACTIVE STATUS)

LISA SELTZER BECKER
LSB@BOWSSLAW.COM

December 12, 2005

**BY FAX**
Ms. Sharon Newsome
District of Columbia Public Schools
State Enforcement & Investigation Division
825 North Capitol Street, N.E., 8th Floor
Washington, D.C. 20002

Re:     S███████ G██ v. District of Columbia Public Schools

Dear Ms. Newsome:

On December 7, 2005, I submitted the request of S███████ G██ and his parents to continue the due process hearing currently scheduled for December 20, 2005 at 1 p.m. At the time, I was not able to advise regarding the D.C. Public Schools' position with respect to the continuance. On December 9, 2005, however, I confirmed that DCPS does not oppose the request.

In addition, please note that one of the days we previously suggested for the new hearing date–January 23, 2006–has since become unavailable. We therefore suggest January 26, 2006 or January 31, 2006 as the new dates. If neither is convenient, please contact me to discuss other options.

Very truly yours,

Diana M. Savit

cc:     Rhondalyn Primes, Esq.
        Dr. Harwant Gill & Dr. Aleksandra Parpura-Gill
        Michelle Davis
        Marlene Gustafson

247

TRANSMISSION VERIFICATION REPORT

```
                                    TIME  : 11/22/2005 09:59
                                    NAME  : STUDENT HEARINGS OFF
                                    FAX   : 2024425556
                                    TEL   : 2024425432
                                    SER.# : BROH3J608601
```

| | |
|---|---|
| DATE,TIME | 11/22  09:59 |
| FAX NO./NAME | 93017187788 |
| DURATION | 00:00:29 |
| PAGE(S) | 01 |
| RESULT | OK |
| MODE | STANDARD |

# District of Columbia Public Schools
## State Enforcement & Investigation Division
### STUDENT HEARING OFFICE
825 North Capitol Street, N.E.
8TH Floor
Washington, D.C. 20002
PHONE: (202) 442-5432
FAX: (202) 442-5556



### HEARING NOTICE

| MEMORANDUM VIA: [X] FACSIMILE [ ] MAIL [ ] HAND DELIVERY |
|---|

TO:   Parent (or Representative): *D. SAVIT*          Fax No.: *(301) 718-7788*

LEA Legal Counsel: *R. PRIMES*

RE:   G___, S_____          and (LEA)  DOB: ___/___/96
      Student's Name

FROM:   **SHARON NEWSOME**
        Special Education Student Hearing Office Coordinator

DATE SENT:   *11/21/05*

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

The Student Hearing Office received your Request for Due Process Hearing or Mediation for the above named student on *10/25/05*. Please be advised that the hearing has been scheduled for:

DATE:   *12/20/05*

TIME:   *1:00 PM*

AT·   825 North Capitol Street, NE, Washington, DC

248

**State Education Agency for the District of Columbia**
**State Enforcement and Investigation Division (SEID)**
**Special Education Programs**



# *Due Process Complaint Disposition*

- This form should be used by the parties to notify the Student Hearing Office about important information concerning the outcome of the resolution meeting.
- Please return to the Student Hearing Office of the District of Columbia Public Schools, 825 North Capitol Street, NE, 8th Floor, Washington, DC 20002, Fax number 202/442-5556.

**A.**  **STUDENT AND CASE INFORMATION:**

Student Name: ~~S_____~~    ~~G___~~    Birth Date: ~~____~~/1996
First      MI      Last

SHO Case Number: _____ (if applicable)

**B.**  **PARENT / GUARDIAN:**

Name: Dr. Harwant Gill and Dr. Aleksandra Parpura-Gill
First                          Last

Complete Address: 2957 Elliot St. NW
Washington DC 20008

Phone: (202) 248-8602  (301) 770-8456
Home         Work or alternative phone no.    Fax No. if applicable

**C.**  **LOCAL EDUCATION AGENCY REPRESENTATIVE:**

Carolyne Albert-Garvey    Principal
Full Name                   Title
Address: Murch Elementary School
4810 36th St. NW
Washington DC 20008

Phone: (202) 282-0130  (202) 282-0132
Office         Fax

1

SEID DRN Rev'd. 6/14/05

The complaint has been resolved and the parties have reached agreement to the satisfaction of the parent / guardian. The due process complaint notice and the request for a due process hearing should be dismissed and withdrawn. The parties are aware that the agreement may be voided by any party within 3 business days of the date the agreement is signed. The parties have agreed to wait at least 3 business days before filing this form with the Student Hearing Office.

**X**  The resolution session was unsuccessful. The case should proceed to a due process hearing.

The resolution session was unsuccessful. The parties have agreed to try mediation.

The parties mutually agree to waive the resolution session and request mediation and the assignment of a mediator to this case.

The parties mutually agree to waive the resolution session and request that this case proceed to a due process hearing on the merits.

The parent has failed to participate in a resolution meeting as required under the law. A due process hearing should not be scheduled until further notice

**J.**  **Signature and Affirmation:**

I affirm that the information provided on this form is true and correct. I also affirm my receipt of the Procedural Safeguards Manual or I have waived my right to receive the Procedural Safeguards Manual.

_____        11/8/05
Signature of Parent/Guardian                     Date

_____        11/8/05
Local Educational Agency Representative          Date

Mail, fax or deliver this form to:
State Enforcement and Investigation Division
For Special Education Programs (SEID)
Student Hearing Office (SHO)
825 North Capitol Street, NE, 8th Floor
Washington, DC 20002
Fax number: 202/442-5556

2

SEID DRN Rev'd. 6/14/05

## DISTRICT OF COLUMBIA PUBLIC SCHOOLS
### WASHINGTON, D.C.

✓PUBLIC      ___DPCS CHARTER      ___ LEA CHARTER      ___ NONPUBLIC      ___ PRIVATE/RELIGIOUS

### RESOLUTION MEETING NOTES

Meeting Confirmation Date: 11/2/2005            Meeting Held: 11/8/2005

Student: [redacted]            DOB [redacted]/96 School: Murch

| PARTICIPANTS: (Print Name) | PARTICIPANTS: (Sign Name) | POSITION |
|---|---|---|
| Pam Knott | Pam Knott | Sp Ed Aide (note taker |
| Diana Savit | Diana M. Savit | Attorney for family |
| Anya Gill | Anya Gill | Mother of the Student |
| Barbara Bailey | Bailey | DCPS-Sp Ed Spec |
| Nancy Martell-Stevenson | Nancy Martell-Stevenson | Spec Ed. Teacher |
| Kathleen Brycin | Kathleen Brycin | Spec. Ed. Teacher |
| Uretta Gardner | Uretta Gardner | Speech-Language Pathologist |
| Carolyne Albert-Garvey | (Ph.D.) | Principal of LEA |
|  |  |  |
|  |  |  |
|  |  |  |

___ Resolved            ___ Unresolved

See attached notes.

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON, D.C.

✓ PUBLIC    ___ DPCS CHARTER    ___ LEA CHARTER    ___ NONPUBLIC    ___ PRIVATE/RELIGIOUS

## RESOLUTION MEETING NOTES Cont'd.

Meeting Confirmation Date: 11/2/05                    Meeting Held: 11/8/05

Student: ~~Sebastian Gill~~                    School: Murch

Mom: complaint "tried to register Sebastian since 4/29/05"
bought new house but wanted him to finish out
year in Mont. Co. MD
was told she couldn't register him here (murch)
at that time (4/29)
hadn't heard back from Dr. Cuthbert
actually moved in July    was told
open Enrollment in August
registered on 8/22/05

GAG: IEP requires 22 hrs of spec. instruction + 1 hr Sp/Lang.
(current) placed in homeroom w/specials, recess, ~~lunch~~ lunch
                    general ed
"We're ready to provide services"

NMS: IEP meeting to be rescheduled
                    w/

Gill
attorney: never heard back from OA of Gen. Counsel

CAG }
NMS }  no diagnostic records, report cards
        need clarifications.. that's why she wanted to meet

Gill
attorney: no response... then notification of need for meeting
        consultant needs to review program to be offered
        not ready to accept murch's offer at this point

Resolution Meeting Notes

~~case~~

attorney: resol. process must start w/in 15 days of initial
complaint

B. Bailey:

~~attorney~~:

DCPS: we've made offer
Attorney  w/in next 15 days ~~@~~ you are free to come back
       + accept

Gill
attorney: as long as we can bring someone in to review program

    1) review of program to make sure it meets ▓▓▓▓▓ needs

    2) if it does, we can come back + continue resolution process

Attorney
DCPS: ~~this is~~ this meeting has to end with yes or no

'B. Bailey:

C.A-G: ▓▓▓▓▓ is no longer registered ... could re-enroll him
Principal  today + have him in class ... you are rejecting that
       offer right now.

    — Phyllis Castle ed. advocate (we has parental
                                      authorization already)

NMS: Would it be appropriate for one of us to go to Kingsbury
     to observe ▓▓▓▓▓?

attorney: ~~that~~ that would be fine.

mother: is there another kid at this school w/ 253 w/ 22 hrs that would have
        same ~~program~~ that Seb. might have
                              hours

Mother: It seems like he might be spending less time in homeroom — Stating difference with previous program

DCPS: have ed. consultant observe
Bailey
Gill

Attorney: schedule & transitions that are the issue

NMS: we do a lot of fine tuning after talking to parents

DCPS: No resolution.. proceed to due process
CAG

mother: since these are my only options,.. No resolution.

Clarification
One (Dad) parent was a resident of DC in April when the parents began the process, However, the child was enrolled in Montgomery County until the end of the SY 04-05, Mom + ~~Student~~ were residents of Maryland until the end of the school year.

Mother is writing a note to authorize the advocate (consultant) to visit the Murch program. The school to assess the advise parent. advocate will then advise parent, Parent + Attorney will check with Kingsbury to arrange a visit by Murch teacher to observe ~~Student~~. No specific date was given. Parent to follow up how her attorney did not give a date. DCPS requested a follow up about Kingsbury be Monday Nov. 14

254

4/29/05   try to register — dfp sd

5/3/05 — called school to try to regis. SW

5/20/05 — met with Dr. Cuthbert aunt try to register

6/8/05 — called Dr. Cuthbert — did not respond to my msg

6/10/05 — discussed ~~student~~ why Ms. Lotel - Shenron

8/11/05 — find out that open enrollment is ongoing —
            could not come until 8/22/05 due to
        family vacation schedules.

Schedule of phone calls & visits to Murch + DCPS.

I, Abelisandra Parpara-Gill, i give permission to Phyllis Castel to observe Murch elementary ~~classes~~ ~~of special education~~ on behalf of ~~S——~~ ~~G—~~ and to speak with Murch staff as needed.

11/8/05

48th 10 Street, Northwest
Washington, DC 20008
(202) 282-0130 Office
(202) 282-0132 FAX

**BEN W. MURCH
ELEMENTARY SCHOOL**

# Facsimile

To: Student Hearing     From: Carolyne Albert-Garvey
Fax: Office     Pages: 9

Phone:     Date: Nov 8, 2005

Re: ~~S████ G.H~~     CC:

[X] Urgent   [X] For Review   [ ] Please Comment   [ ] Please Reply   [ ] Please Recycle

COMMENTS: Resolution Meeting

## Home of the Mustangs

• **Confidentiality Notice:** The documents accompanying this facsimile Transmission contain confidential information belonging to the sender. This information is intended only for the use of the individual or entity names above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of the contents is strictly prohibited. If you have received this facsimile in error, please notify us immediately to arrange for return or disposal of the material.

**Thank You**

257



**DISTRICT OF COLUMBIA**
**PUBLIC SCHOOLS**

*Office of the Superintendent*
**Office of the General Counsel**
*825 North Capitol Street, N.E., 9th Floor*
Washington, DC 20001
202-442-5000  Fax # 202-442-5098
www.k12.dc.us

November 3, 2005

Mr. Smith, Esq.
Hearing Officer
Student Hearing Office
DCPS Office of Compliance
825 North Capitol, N.E.
Washington, D.C. 20002

## DISTRICT OF COLUMBIA PUBLIC SCHOOLS

### SPECIAL EDUCATION

### ADMINISTRATIVE DUE PROCESS HEARING OFFICE

**In the Matter of**                               *
**S▪▪▪▪▪▪ G▪▪**                                    *
                                                   *
*********************************************************************

## DCPS' RESPONSE TO DUE PROCESS COMPLAINT

NOW COMES, DCPS, by and through one of its attorney advisors, Rhondalyn Primes,

who upon information and belief hereby responds to the Petitioner's Due Process Complaint, as

follows:

*Children First*

DCPS Office of the General Counsel
Page 2

1.      DCPS denies that it is refused to timely register Sebastian Gill ("Sebastian") for school at Murch Elementary School and further states that open enrollment for the 2005-2006 school year begins on July 18, 2005.

2.      DCPS denies that it refused to develop an educational program for Sebastian for the 2005-2006 school year, and further provides that the Petitioners refused DCPS' attempts at developing an educational program for Sebastian. DCPS further states that the Petitioners have failed to register Sebastian as a non-attending student at Murch Elementary School, one of several precursors to receiving special education and related services from DCPS.

WHEREFORE, DCPS requests that Petitioners' request for relief be denied.

Respectfully Submitted,

Rhondalyn Primes
Attorney Advisor

cc: Diane Savit, Esq.

---

*Children First*



Office of the General Counsel
9th Floor
825 North Capitol St., NE
Washington, DC 20002
(202) 442-5000
Fax (202) 442-5098

# **FACSIMILE**

**Date:**        11-03-05

**TO:**  Diane Savit                    **Fax No.:**   301/718-7788

**RE:**  S̶e̶b̶a̶s̶t̶i̶a̶n̶ ̶G̶i̶l̶l̶                **Tele. No.:**
Response to Due Process Complaint

**FROM:**      Rhondalyn Primes, Esq.        **Tele. No.:**  202-442-5161
Attorney Advisor

**No. Pages, Including Cover Sheet:**    _3_

**COMMENTS:**

_____

### **CONFIDENTIALITY NOTICE**

_The information contained in this telefacsimile has been transmitted by an attorney.  It is privileged and confidential, intended only for the use of the individual or entity named above.  If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited.  If this communication has been received in error, please notify us immediately by telephone, and return the original message to us at the above address via first class prepaid US postage._
_Thank you._

```
*********************
***   TX REPORT   ***
*********************

TRANSMISSION OK

TX/RX NO              1472
CONNECTION TEL                913017187788
CONNECTION ID
ST. TIME             11/03 16:06
USAGE T              01'05
PGS. SENT               3
RESULT               OK
```



**Office of the General Counsel**
**9th Floor**
**825 North Capitol St., NE**
**Washington, DC 20002**
**(202) 442-5000**
**Fax (202) 442-5098**

# **FACSIMILE**

**Date:**       11-03-05

**TO:**  Diane Savit                    **Fax No.:**   301/718-7788

**RE:**  Sebastian Gill               **Tele. No.:**
        Response to Due Process Complaint

**FROM:**   Rhondalyn Primes, Esq.      **Tele. No.:** 202-442-5161
           Attorney Advisor

**No. Pages, Including Cover Sheet:**  _3_

**COMMENTS:**

CONFIDENTIALITY NOTICE

**Office of Mediation &
Early Dispute Resolution
Complaint Intake Unit
825 North Capitol Street, NE- 8th Fl.
Washington, DC 20002
(202) 442-5467**



# Fax

## Time Sensitive Materials Attached

Prompt Attention: Attorney _Diana M. Savit_
                   Parent _____

Fax Number: _3/95/ · 9/9/_          Pages: _3_
Telephone Number: _3/ 7/8 7/8_      Date: _October 25, 2005_

_____

**Please find attached a copy of a Scheduling Memorandum regarding:**

Student: _~~Sebastian Gill~~_

School: _(UPS) Kingsbury Day School_

**Please contact the Complaint Intake Unit @ (202) 442-5253 regarding any
Questions related to this correspondence.  Also this is a phone/fax line.**

                                    **Thank You,
                                    Mrs. Gale M. Little
                                    Administrative Aide**

The document(s) accompanying this telecopy transmission contains confidential information that Is legally privileged.  The information is intended only for use of the individual or entity named Above, if you are not the intended recipient you are hereby notified that any disclosure, copying, Distribution or the taking of any action in reliance of the contents of this copied information is Strictly prohibited.  If you receive this telecopy in error, please immediately notify us by telephone For return of the original document to us.

# STATE EDUCATION AGENCY
# DISTRICT OF COLUMBIA PUBLIC SCHOOLS



| | |
|---|---|
| In the Matter of: | ) |
| | ) BEFORE A SPECIAL EDUCATION |
| | ) |
| Petitioner | ) |
| | ) HEARING OFFICER |
| Vs. | ) |
| | ) |
| | ) DISTRICT OF COLUMBIA |
| Respondent | ) PUBLIC SCHOOLS |

## SCHEDULING MEMORANDUM

1.    A due process complaint notice and request for due process hearing has been received by the Student Hearing Office in the State Enforcement & Investigation Division. Pursuant to 20 U.S.C. § 1415(f)(1)(B), prior to the opportunity for an impartial due process hearing, the Local Educational Agency shall convene a resolution meeting with the parent(s) and the relevant member or members of the IEP Team who have specific knowledge of the facts identified in the complaint <u>within 15 calendar days of receiving notice of the parents' complaint</u>. The meeting shall include a representative of the Local Educational Agency who has decision making authority. The Local Education Agency is responsible for scheduling the resolution meeting in consultation with the parent. **The Student Hearing Office does not schedule or participate in resolution meetings**.

2.    The complaint notice was filed on *October 25, 2005*

3.    The deadline for the resolution meeting is *November 9, 2005* unless the parent and Local Educational Agency agree in writing to waive such meeting, or agree to refer the case to a mediator for mediation.

## RESPONSE TO THE COMPLAINT

A.    *Prior Written Notice Not Issued by the Local Educational Agency*. If the Local Educational Agency has not sent a prior written notice to the parent regarding the subject matter contained in the parent's due process complaint notice, the Local Educational Agency shall, <u>within 10 days of receiving the complaint</u>, send to the parent a response that shall include:

1.    An explanation why the Local Educational Agency proposed or refused to take action raised in the complaint;

2.    A description of other options that the IEP Team considered and the reasons why those options were rejected;

3.    A description of each evaluation procedure, assessment, record, or report the agency used as the basis for the proposed or refused action, and

4.    A description of the factors that are relevant to the agency's proposal or refusal.

263

Rev'd. 7/6/05

B.    Prior written notice, if not already provided to the parent, must be sent by the Local

Educational Agency to the complaining party no later than *November 4/05*

C.    *Deficiency Notice*.  A complaint notice shall be deemed sufficient unless the party receiving the notice notifies the Student Hearing Office and the complaining party in writing, <u>within 15 days of receiving the notice of the complaint</u>, that the complaint does not satisfy the notice requirements specified in 20 U.S.C. 1415(b)(7)(A).

D.    The deadline for filing a deficiency notice is *November 9, 2005*

## DUE PROCESS HEARING

Pursuant to 20 U.S.C. § 1415(f)(1)(B)(ii) if the Local Educational Agency has not resolved the complaint to the satisfaction of the parents within 30 days of the receipt of the complaint, the due process hearing may occur, and all applicable time lines for scheduling a due process hearing will commence.  A final hearing officer's decision must be issued within 45 days from the expiration of the 30-day resolution period.

## QUESTIONS AND INFORMATION

The staff with the Student Hearing Office does not provide legal advice.  The parties should consult with legal counsel or other representative to answer any legal questions about your rights, duties, and responsibilities under the law.  Information about the time, date, and location of the resolution meeting will be provided by the school or the Local Education Agency responsible for scheduling the meeting.

264

Rev'd. 7/6/05

TRANSMISSION VERIFICATION REPORT

TIME : 10/25/2005 14:33

| | |
|---|---|
| DATE,TIME | 10/25 14:31 |
| FAX NO./NAME | 33017187788 |
| DURATION | 00:01:39 |
| PAGE(S) | 03 |
| RESULT | OK |
| MODE | STANDARD |



*State Education Agency for the District of Columbia*
*State Enforcement and Investigation Division (SEID)*
*Special Education Programs*

# Due Process Complaint Notice

- The form is used to give notice of a due process complaint to the **District of Columbia Public Schools, District of Columbia Public Charter Schools (DCPS or LEA) and/or parents** with respect to any matter relating to the identification, evaluation, or educational placement of a child with a disability, or the provision of a free appropriate public education to that child. **A party may not have a due process hearing until the party, or the attorney representing the party, files a notice that meets the requirements of the Individuals with Disabilities Education Improvement Act (IDEIA).**

- The due process complaint must describe an alleged violation that occurred not more than two (2) years before the date that the parent or school system knew or should have known about the alleged action that is the basis of the complaint.

- Notice must be provided to the Student Hearing Office of the DC Public Schools, 825 North Capitol Street, NE, 8th Floor, Washington, DC 20002; fax number 202/442-5556.

- Unless the other party agrees, the party requesting the due process hearing shall not be allowed to raise issues at the due process hearing that are not raised in this Due Process Complaint Notice. Therefore, please be thorough in providing the information requested.

- Prior to the opportunity for an impartial due process hearing, the Local Educational Agency (LEA) shall convene a meeting (called a "Resolution Session") with the parent(s) unless the parent(s) and the Local Educational Agency agree in writing to waive this meeting. You will be contacted by a representative of the Local Educational Agency to schedule the meeting. **The Student Hearing Office does NOT schedule resolution meetings.**

- Mediation is also available to all parties as an alternative to a resolution meeting or a Due Process Hearing.

## A.  INFORMATION ABOUT THE STUDENT:

Student Name: S▮▮▮▮▮ Gill          Birth Date: ▮▮▮/96

Address: 2907 Ellicott Street, N.W., Washington, D.C.  20008

Home School: Murch Elementary School

Present School of Attendance: Kingsbury Day School

      Is this a charter school?  No          (If yes, you must also provide a copy of this notice to the charter school principal or director)

Parent/Guardian of the Student: Dr. Harwant Gill & Dr. Aleksandra Parpura-Gill

SEID DPCN Rev'd 7/12/05                    1

Address (if different from the student's above):     Same

Phone/Contact Number:     (202) 248-8602     Fax Number (if applicable):

**B.     Individual Making the Complaint/Request for Due Process Hearing:**

Name:  Dr. Harwant Gill & Dr. Aleksandra Parpura-Gill

Complete Address: 2907 Ellicott Street, N.W., Washington, D.C.  20008

Phone: (h) (202) 248-8602  (w) (301) 946-8861 (mother)     (Fax)     (e-mail) apgill@starpower.net

Relationship to the Student:

[X]     Parent               [ ]     Legal Guardian                    [ ]     Parent Surrogate
[ ]     Self/Student         [ ]     Local Education Agency (LEA)      [ ]     Parent Advocate

**C.     Legal Representative/Attorney (if applicable):**

Name:          Diana M. Savit

Address:       Savit & Szymkowicz, LLP
               7315 Wisconsin Avenue
               Suite 601N
               Bethesda, Maryland 20814

Phone: (w) (301) 951-9191          (Fax) (301) 718-7788          (e-mail) dms@bowsslaw.com

Will attorney/legal representative attend the resolution session? [X] Yes [ ] No

**D.     Complaint Made Against (check all that apply):**

[X] DCPS school (name of the school if different from page one)
[ ] Charter school (name of the charter school if different from one)
[ ] Non-public school or residential treatment facility (name)
[ ] Parent

**E.     Resolution Session Meeting Between Parent and LEA:**

I understand that it is my right to have a resolution meeting to resolve this complaint. I also understand that I may voluntarily waive this right if I choose. (Note: All parties must agree to waive the resolution meeting to avoid having this meeting.)

[ ] I wish to waive the Resolution Session Meeting

SBID DPCN Rev'd 7/12/05                                   2

## F.    Mediation Process:

IDEIA requires that any time a party requests a due process hearing, mediation should be offered at no cost to the parent. Both parties can request mediation as an alternative to the Resolution Session Meeting or as an alternative to a Due Process Hearing. Please check all that apply:

[ ]    I am requesting mediation as an alternative to the resolution session meeting.
[ ]    I am requesting mediation and a due process hearing.
[ ]    I am requesting mediation only at this time.

## G.    Facts and Reasons for the Complaint:

In accordance with the Individuals with Disabilities Education Improvement Act (IDEIA), please complete the following questions. Provide complete details about all the facts supporting your claims. (You may attach additional pages if needed):

1.    What is the nature of the problem, including the facts relating to the problem, that will need to be addressed at a Resolution Session meeting, a Mediation Conference, and/or a Due Process Hearing?

Sebastian and his parents previously resided in Montgomery County, where he attended public schools. The Montgomery County Public Schools deemed Sebastian disabled in the areas of learning disabilities, speech/language impairment and other health impaired, found him eligible for special education pursuant to the Individuals with Disabilities Education Act (IDEA), developed an individualized education plan for him and provided that education in a special setting (a learning and academic disabilities class) because that was the least restrictive environment in which he could be educated successfully. The Gills moved to the District of Columbia, into the Murch Elementary School district, in early 2005, although Sebastian continued to reside with his mother in Montgomery County to allow him to finish the school year without disruption. On April 29, 2005 Dr. Parpura-Gill attempted to register Sebastian at Murch to enter the District of Columbia Public Schools in fall 2005 and to allow DCPS sufficient time to plan an appropriate special education program for him before he began attending a DCPS school. The staff at Murch refused to register Sebastian or to otherwise begin planning for his fall admission, in violation, *inter alia*, of DCPS's child find requirements pursuant to 20 U.S.C. §1412(a)(3). Despite multiple additional attempts and requests, Sebastian was not registered with DCPS until August 22, 2005. At that time, he was placed in a regular education setting, in violation of 20 U.S.C. §1414(d)(2)(C)(i). DCPS subsequently sought to convene an individualized education plan ("IEP") for Sebastian, but did not give his parents legally sufficient notice. After the Gills objected to the lack of notice but said they were willing to attend a properly scheduled meeting, DCPS made no further effort to assess Sebastian's needs, determine his eligibility or develop an IEP. No special education program has been developed for him to date, and no appropriate public educational placement has been offered.

2.    To the extent known to you at this time, how can this problem be resolved?

Due to DCPS's failure to timely register Sebastian or to develop a program for him, notwithstanding his legal entitlement to enroll in a District of Columbia public school and his documented need for special education, the Gills pursued another placement at a private school. He now attends Kingsbury Day School. This matter can be resolved by

- Ordering DCPS to immediately begin the process of determining Sebastian's eligibility for special education, then developing a program for him and proposing an appropriate placement; and
- In the interim, ordering DCPS to fund Sebastian's Kingsbury placement and declaring it his current educational placement until DCPS changes his program and placement in a legally permissible manner.

SEID DPCN Rev'd 7/12/05                    3

3. **Issues presented**

- Is Sebastian entitled to special education and related services from DCPS under IDEA as a student disabled by learning disabilities, speech/language impairment and/or health impairment?
- Did DCPS timely register, assess, identify or place Sebastian?
- Is Kingsbury Day School an appropriate placement for Sebastian?
- Should DCPS fund Sebastian's placement at Kingsbury Day School, including all appropriate related services?

## H.    Accommodations and Assistance Needed:

Please list any special accommodations you may require for a Resolution Session Meeting/Mediation Conference/Due Process Hearing.

- Interpreter (please specify the type)
- Special Communication (please describe the type)
- Special Accommodations for Disability (please be specific)
- Other

No special services are required.

## I.    Waiver of Procedural Safeguards:

[ ] I (parent/guardian) waive receiving a copy of the procedural safeguards at this time.

## J.    Parent Signature and Affirmation:

I affirm that the information provided on this form is true and correct.

*Harwant Gill + Aleksander Purpura-Gill*  October 24, 2005
Signature of Parent or Guardian   *by Diana M. Savit*   Date

## K.    Signature of Attorney/ Legal Representative:

*Diana M. Savit*

October 24, 2005

Legal Representative / Advocate            Date

## L.    Signature of LEA Representative (if hearing requested by LEA):

_____            _____
Representative of LEA                    Date

### Mail, fax or deliver this complaint notice to:

SEID DPCN Rev'd 7/12/05                    4

269

State Enforcement and Investigation Division
For Special Education Programs (SEID)
Student Hearing Office (SHO)
825 North Capitol Street, NE, 8th Floor
Washington, DC 20002
Fax number: 202/442-5556

SEID DPCN Rev'd 7/12/05                    5

10/25/2005  10:23    3017187788    SAVIT AND SZYMKOWICZ    PAGE  06

# SAVIT & SZYMKOWICZ, LLP

### ATTORNEYS AND COUNSELORS

SUITE 601 NORTH
AIR RIGHTS CENTER
7315 WISCONSIN AVENUE
BETHESDA, MARYLAND 20814-3232

TELEPHONE (301) 951-9191
FACSIMILE (301) 718-7788

# FAX COVER SHEET

**To:** State Enforcement and Investigations Division For Special Education Programs (SEID)
Student Hearing Office (SHO)
**Company:** District of Columbia Public Schools

**To:** Office of the General Counsel
**Company:** District of Columbia Public Schools

**Date:** October 24, 2005

**From:** Diana M. Savit                    **Client:** G

**Recipient's telecopier number:** (202) 442-5556
**Recipient's telephone number:** (202) 442-5432

**Recipient's telecopier number:** (202) 442-5098
**Recipient's telephone number:** (202) 442-5000

**Number of pages, including cover sheet:** 6

If there is a problem in transmitting, or if you have not received all of the pages, call (301) 951-9191.

The original _____ will ___X___ will not follow by regular mail.

Remarks/special instructions:

Forwarded herewith is a due process hearing request on behalf of Sebastian Gill.

*NOTICE OF CONFIDENTIALITY: THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE ADDRESSEE. IT MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL OR OTHERWISE EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. NEITHER THE SENDER NOR THE INTENDED RECIPIENT HAS WAIVED ANY PRIVILEGE, CONFIDENTIALITY OR EXEMPTION FROM DISCLOSURE. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT OR THE EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING THE MESSAGE TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THE COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE (COLLECT IF NECESSARY) AND RETURN THE ORIGINAL MESSAGE BY MAIL TO US AT THE ABOVE ADDRESS. THANK YOU.*