UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| S.G., a minor, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civil Action No. 06-1317 (RMC) |
| | ) |
| DISTRICT OF COLUMBIA, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

This matter comes before the Court on Defendants' Motion to Dismiss the Complaint. For the reasons stated in the Court's Memorandum Opinion filed simultaneously with this Order, it is hereby

**ORDERED** that Defendants' Motion to Dismiss the Complaint [Dkt. #9] is **GRANTED IN PART AND DENIED IN PART**; and it is

**FURTHER ORDERED** that the motion is **GRANTED** as to Counts 1, 2, and 3 and that those counts are **DISMISSED** without prejudice; and it is

**FURTHER ORDERED** that the motion is **DENIED** as to Count 4 and that the Administrative Decision is **VACATED** to the extent that it asserts that S.G. was not denied a FAPE, and to the extent that this finding is a bar to the Gills' pursuit of reimbursement of the costs associated with S.G.'s Kingsbury placement for the entire 2005-06 school year; and it is

**FURTHER ORDERED** that this case is remanded for further administrative proceedings consistent with the Court's rulings. This is a final appealable order. *See* Fed. R. App. P. 4(a). This case is closed.

**SO ORDERED.**

_____/s/_____
ROSEMARY M. COLLYER
United States District Judge

DATE: August 8, 2007