# United States District Court
# for the District of Columbia

| |
|---|
| **S.G., a minor,** *et al.,*  Plaintiffs  v.  **THE DISTRICT OF COLUMBIA,** *et al.,*  **Defendant**s |

Civil Action No. 06-01317 (RMC)

### ORDER

Upon consideration of plaintiffs' motion to alter or amend judgment, memorandum of points and authorities in support thereof, any opposition thereto and the entire record herein, and it appearing that the motion should be granted; it is, this _____ day of _____, 2007

**ORDERED:**   That the motion is granted; and it is

**FURTHER ORDERED:**   That the Court's memorandum opinion and order entered August 8, 2007 are amended to hold that plaintiffs prevailed in the administrative proceedings initiated with their October 24, 2006 due process complaint, and that to the extent that the February 1, 2006 hearing officer's determination and the April 27, 2006 amended hearing officer's determination issued thereon hold to the contrary, those determinations are vacated.

_____
Judge, United States District Court

cc: Diana M. Savit, Esq.
**SAVIT & SZYMKOWICZ, LLP**
7315 Wisconsin Avenue, Suite 601N
Bethesda, Maryland 20814

Amy Caspari, Esq.
Assistant Attorney General
441 Fourth Street, N.W.
Sixth Floor South
Washington, D.C. 20001