# *Exhibit 1A*

Case 1:06-cv-01317-RMC    Document 20-3    Filed 08/22/2007    Page 1 of 6

# DIANA M. SAVIT

Savit & Szymkowicz, LLP
7315 Wisconsin Avenue
Air Rights Center – North Tower Suite 601N
Bethesda, Maryland 20814
(301) 951-9191
(301) 718-7788 (fax)
E-mail: dms@bowsslaw.com

Diana Savit specializes in civil and appellate litigation, emphasizing resolving business and employment disputes, special education and disabilities issues. She is also experienced in personal injury and property damage law, administrative practice, family law, professional liability and responsibility issues, the Freedom of Information and Privacy Acts and consumer law.

She is active in bar and community groups, including past service as president of the Women's Bar Association of the District of Columbia, vice president of the National Conference of Women's Bar Associations, and as president of Washington Independent Services for Educational Resources (WISER), and current service as vice president of the District of Columbia Women's Bar Association Foundation and as vice chair of the board of governors of The Chelsea School (Silver Spring, Maryland).

**EXPERIENCE:**

| | |
|---|---|
| 2001 to present | **Savit & Szymkowicz, LLP (formerly Bowytz Savit Szymkowicz, LLP), Bethesda, Maryland** <br> *Partner* <br> Practice concentrating in civil litigation, business formation & management, employment, contracts, special education, disability rights, investor rights, estate and probate, regulated industries and family law |
| 2000 to 2001 | **Karp, Frosh, Lapidus, Wigodsky & Norwind, P.A., Rockville, Maryland** <br> *Of counsel* <br> Senior litigator in 25-lawyer civil practice firm specializing in corporate matters, commercial litigation, employment, contracts, special education, estate and probate, products liability, medical malpractice and personal injury law |
| 1995 to 2000 | **Savit & Szymkowicz, Washington, D.C.** <br> **(successor to Mendelsohn & Szymkowicz)** <br> *Partner (Savit & Szymkowicz)/Of counsel (Mendelsohn & Szymkowicz)* <br> Senior litigator in boutique firm specializing in business, special education, employment, estate and probate, and aviation law |

| | | |
|---|---|---|
| **1985**<br>to 1995 | **Silver, Freedman & Taff, Washington, D.C.**<br>*Partner,* 1990 to 1995<br>Duties: Head of litigation department for medium-sized law firm. Supervisory and direct responsibility for average of 60 cases. | |
| **1979**<br>to 1985 | **Office of the Corporation Counsel, District of Columbia,**<br>*Assistant Corporation Counsel*<br>Appellate and Civil Divisions | |
| **1976**<br>to 1979 | **Office of the Chief Counsel, U.S. Customs Service,**<br>*General Attorney* | |
| **1974**<br>to 1976 | **Office of Labor-Management Relations,**<br>**U.S. Government Printing Office,** *Staff Assistant* | |

**BAR MEMBERSHIP:**

> District of Columbia Bar (member, Section of Litigation)
> Court of Appeals of Maryland
> United States District Courts for the Districts of Columbia and Maryland
> United States Courts of Appeal for the District of Columbia, Fourth and Federal Circuits
> United States Tax Court
> United States Supreme Court

**EDUCATION:**

| | | |
|---|---|---|
| *Legal* | **George Washington University National Law Center**, **Washington, D.C.**<br>J.D. 1976 with honors | |
| *Graduate* | **George Washington University, Washington, D.C.**<br>School of International Relations, M.A. candidate (1974-77, not completed) | |
| *College* | **Princeton University**, **Princeton, New Jersey**<br>B.A. 1973 *cum laude* in history with certificate in Near Eastern Studies<br><br>**Hebrew University of Jerusalem, Israel**<br>Summer 1972 | |

**PROFESSIONAL ACTIVITIES AND HONORS:**

*Bar Associations*:
American Bar Association (member, Law Practice Management and Litigation Sections)
Association of Trial Lawyers of America (member, Commercial Litigation Section)
Bar Association of the District of Columbia (committee chair, 1994-1997)
American Association of Jewish Lawyers and Jurists (member, Board of Governors, 1994-2004)
Maryland State Bar Association (member, Litigation Section)
National Conference of Women's Bar Associations (member, Board of Directors, 1997-2003; vice president, 2000-2001)
Women's Bar Association of the District of Columbia (president, 1993-94)
Women's Bar Associations of Maryland and Montgomery County

*Member,* Board of Directors, Washington Independent Services for Educational Resources (2000-present; vice president, 2002-2004, president, 2004-2006)

*Member,* Board of Directors, Chelsea School, Silver Spring, Maryland (2002-present; assistant treasurer, 2004-05; vice chair, 2005-present)

*Member,* Board of Directors, Women's Bar Association Foundation of the District of Columbia (2002-present; vice president, 2006-present)

*Certified arbitrator,* NASD Regulation, Inc. (1999-present)

*Member,* Legal Counsel for the Elderly Policy Board (1997-2001)
    *Chair,* Client Grievance Committee (1997-2001)

*Member,* Board of Directors, George Washington University Law Alumni Association (1996-2002)

*Member,* Civil Rules Advisory Committee, Superior Court of the District of Columbia (1994-present)

*Member,* D.C. Bar Elections Process Review Committee (1994)

*Member,* Judicial Conference of the United States Court of Appeals for the District of Columbia Circuit (1992, 1994)

*Member,* Judicial Conference of the District of Columbia Court of Appeals   (1994, 1997, 1999-2001)

*Mediator,* Superior Court of the District of Columbia (1991-present) (approximately 15 civil mediations per year)

*Member,* Merit Selection Panel for United States Magistrate Judges for the United States District Court for the District of Columbia (1991)

*Member,* District of Columbia Advisory Committee on Education of the Handicapped, 1980-81 and 1984-85

Designated "Woman of Achievement" by The Women's Information Network, 1994 and 1995

*Martindale-Hubbell rating:* AV

**SPEECHES:**

Panelist, *Legal Issues for the Small Business Owner,* EDVentures 2005. Sponsored by Education Industry Association

Speaker, *Understanding Special Education Law,* October 2003. Sponsored by Washington Independent Services for Educational Resources

Panelist, *Advice on Succeeding in the Business World*, February 2000. Sponsored by Georgetown University Women in Business

Speaker, *Legal Rights of Students with Special Learning Needs*, January 2000. Sponsored by Board of Jewish Education of Greater Washington and Jewish Social Service Agency

Panelist, *Business Ethics in Professional Life,* March 1999. Sponsored by Charles E. Smith Jewish Day School/Hebrew Academy of Washington (11th grade special program)

Speaker, Georgetown University Women in Business, January 1996

Panelist, *Balancing Your Life While Keeping Your Career on Track,* April 1994. Sponsored by Young Lawyers Section of the Bar Association of the District of Columbia.

Panelist, *War Stories,* December 1993. Sponsored by Litigation Forum of the Women's Bar Association of the District of Columbia.

Panelist, *Taking Care of Business: Avoiding Litigation and Successfully Resolving Business Disputes,* October 1992. Sponsored by Litigation Forum of the Women's Bar Association of the District of Columbia. Topic: "Thinking Defensively in Negotiating and Preparing Contracts"

Panelist, *Law and Business for the Entrepreneur: Surviving and Thriving in Troubled Times,* September 1991. Sponsored by Women's Bar Association of the District of Columbia and the District of Columbia Chapter of the National Association of Women Business Owners. Topic: "Selecting Litigation Counsel"

**PUBLICATION:**

FLYING SOLO: A SURVIVAL GUIDE FOR THE SOLO LAWYER, 3RD & 4TH EDS., Edited by Jeffrey R. Simmons, Published by American Bar Association/Law Practice Management Section (2001, 2004). Chapter author: *Life After the Law Firm: Family and Personal Considerations in Deciding to be a Solo*

**MISCELLANEOUS:**

Women's Division, United Jewish Appeal Federation of Greater Washington (five-year member, executive board; past member, steering committee, Business & Professional Women's Network)

Princeton Club of Washington, Alumni Schools Committee (1999-present)

Ohr Kodesh Congregation, Chevy Chase, Maryland (Chair, Ritual Committee, 2000-present; Member, Board of Directors, 2003-2005)

Listed in *Who's Who in American Law*, 6th, 7th, 9th, 10th and 11th eds.
Listed in *Who's Who Among Rising Young Americans*, 1992 ed.
Listed in Washington, D.C. *Super Lawyers,* 2007

*Language:*   Hebrew