*Exhibit 1B*

LAW OFFICES
# SAVIT & SZYMKOWICZ, LLP
SUITE 601 NORTH
7315 WISCONSIN AVENUE
BETHESDA, MD 20814-3202

TELEPHONE: (301) 951-9191
FACSIMILE: (301) 718-7788
email: mail@bowsslaw.com

August 21, 2006

Dr. Harwant Gill & Dr. Aleksandra Parpura-Gill
2907 Ellicott Street, N.W.
Washington, DC 20008

Invoice #6081735

RE:   Sebastian Gill special education issues

Tax Identification No. 52-2329896

                                                                    Amount

         F

         Total payments and credits:

         Professional services rendered:

                                                              Hours

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 7/12/2006 | DMS | attorney time<br>listen to CD of due process hearing in order to begin preparing complaint; begin drafting | 0.70 | 165.20 |
| 7/19/2006 | DMS | doc preparation<br>draft complaint; email to Anya Gill forwarding same for review; | 3.00 | |
| 7/20/2006 | DMS | phone call(s) w/<br>Anya Gill re: need to review draft complaint, likely arguments to be made by DCPS in response; edit draft & forward to Gill for review | 0.50 | 118.00 |
| 7/21/2006 | DMS | doc revision<br>continue editing draft complaint; phone call w/ Anya Gill to discuss same; continue editing draft complaint | 1.10 | NO CHARGE |
| 7/23/2006 | DMS | doc revision<br>continue editing draft complaint | 1.10 | NO CHARGE |

Dr. Harwant Gill & Dr. Aleksandra Parpura-Gill                              Page   2
Invoice #  6081735
August 21, 2006

|  |  |  | Hours | Amount |
|---|---|---|---:|---:|
| 7/25/2006 | DMS | doc revision<br>prepare final edits on complaint; prepare<br>new civil case filing documents for court | 1.50 | 354.00 |
|  | | For professional services rendered | | |
|  | | Expenses: | | |
| 7/24/2006 | DMS | Expenses<br>New case filing fee (U.S. District Court) | | 350.00 |
| 7/26/2006 | ERP | Photocopies | | 11.60 |
|  | ERP | Postage | | 12.16 |
|  | | Total expenses: | | $373.76 |
|  | | Total of all new charges: | | |
|  | | Balance due | | |

LAW OFFICES
# SAVIT & SZYMKOWICZ, LLP
SUITE 601 NORTH
7315 WISCONSIN AVENUE
BETHESDA, MD 20814-3202

TELEPHONE: (301) 951-9191
FACSIMILE: (301) 718-7788
email: mail@bowsslaw.com

October 03, 2006

Dr. Harwant Gill & Dr. Aleksandra Parpura-Gill
2907 Ellicott Street, N.W.
Washington, DC 20008

Invoice #6091844

RE:   Sebastian Gill special education issues

Tax Identification No. 52-2329896

Amount

Previous balance

Total payments and credits:

Professional services rendered:

Hours

| | | | |
|---|---|---|---|
| 8/18/2006 DMS | doc preparation on return of service as to defendant Clifford B. Janey; motion for entry of default as to defendant Janey; email to Anya Gill to advise of case status. | 1.10 | NO CHARGE |
| | ... prepare new summons for D.C. to be reissued by court & arrange for same | | |

Dr. Harwant Gill & Dr. Aleksandra Parpura-Gill                                    Page    2
Invoice #  6091844
October 03, 2006

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 8/22/2006 DMS | Review<br>VM from Edward Taptich, Esq. re: case; opposition to motion for default filed by Taptich | | 0.30 | 70.80 |
| 8/23/2006 DMS | phone call(s)w/<br>Edward P. Taptich, Esq. re: agreement on service of process/answer issues, potential case resolution | | 0.40 | 94.40 |
| 8/24/2006 DMS | e-mail contacts<br>w/ Anya Gill to update re: status | | 0.10 | 23.60 |
| 8/30/2006 DMS | Review<br>VM from Edward Taptich, Esq. re: potential settlement; phone calls w/ Amy Kaspari, Esq. re: same | | 0.40 | 94.40 |
| | SUBTOTAL: | | [ | ] |
| | For professional services rendered | | | |
| | Expenses: | | | |
| 8/7/2006 ERP | Courier<br>D.C. Fed. Court Filing 7/26/06 | | | 30.00 |
| 8/14/2006 ERP | Postage | | | 0.78 |
| | SUBTOTAL: | | [ | 30.78] |
| | Total expenses: | | | $30.78 |
| | Total of all new charges: | | | |
| | Balance due | | | |

LAW OFFICES

# SAVIT & SZYMKOWICZ, LLP

SUITE 601 NORTH
7315 WISCONSIN AVENUE
BETHESDA, MD 20814-3202

TELEPHONE: (301) 951-9191
FACSIMILE: (301) 718-7788
email: mail@bowsslaw.com

October 30, 2006

Dr. Harwant Gill & Dr. Aleksandra Parpura-Gill
2907 Ellicott Street, N.W.
Washington, DC 20008

Invoice #6101884

RE: Sebastian Gill special education issues

Tax Identification No. 52-2329896

Amount

Professional services rendered:

Hours

9/4/2006 ~~DMS~~                                                    ~~CHARGE~~

9/5/2006 DMS    phone call(s) w/                                    .45
                Anya Gill, ........

                s          .trategy for potential
                settlement of pending lawsuit
                                                                    .50
9/19/2006 DMS   Review                                              .50    ~~.20~~
                defendants' answer to complaint; forward
                to Anya Gill w/ comments & analysis;
                review order for initial scheduling
                conference & calculate deadlines for
                filing report; forward copy of order to
                Anya Gill w/ explanation;

SUBTOTAL:                                                   [

Dr. Harwant Gill & Dr. Aleksandra Parpura-Gill                                              Page   2  
Invoice #  6101884  
October 30, 2006

|  | Hours | Amount |
|---|---|---|
| For professional services rendered | 3.90 | $896.80 |

Expenses:

Total expenses:

Total of all new charges:

Balance due

LAW OFFICES
# SAVIT & SZYMKOWICZ, LLP
SUITE 601 NORTH
7315 WISCONSIN AVENUE
BETHESDA, MD 20814-3202

TELEPHONE: (301) 951-9191
FACSIMILE: (301) 718-7788
email: mail@bowsslaw.com

November 16, 2006

Dr. Harwant Gill & Dr. Aleksandra Parpura-Gill
2907 Ellicott Street, N.W.
Washington, DC 20008

Invoice #6111957

RE:   Sebastian Gill special education issues

Tax Identification No. 52-2329896

Amount

Professional services rendered:

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 10/6/2006 | DMS | phone call(s) w/ Amy Caspari, Esq. to schedule meet & confer per scheduling order; email to Anya Gill to update re: same | 0.10 | 23.60 |
| 10/10/2006 | DMS | Review defendants' motion to dismiss complaint; phone call w/ Amy Caspari, Esq. to discuss contents of report to court in advance of initial scheduling conference | 1.30 | 306.80 |
| 10/16/2006 | DMS | doc preparation report to the court & accompanying proposed order required by Fed. R. Civ. P. 16; email to Amy Caspari, Esq. forwarding draft for review & comment | 1.80 | 424.80 |
| 10/17/2006 | DMS | e-mail contacts w/ Amy Caspari, Esq. re; approval of draft R. 16 report; edit & file same; email to Anya Gill forwarding copy of filed report & update | 0.20 | 47.20 |
| 10/18/2006 | DMS | e-mail contacts w/ Anya Gill re: potential settlement proposal | 0.20 | NO CHARGE |

Dr. Harwant Gill & Dr. Aleksandra Parpura-Gill                                    Page   2
Invoice #  6111957
November 16, 2006

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 10/24/2006 | DMS | legal research<br>cases regarding exhaustion of administrative remedies; prepare memorandum of points and authorities in opposition to motion to dismiss | 4.50 | 1,062.00 |
| 10/29/2006 | DMS | letter(s) to<br>Amy Caspari, Esq. to convey settlement demand | 0.40 | 94.40 |
| 10/30/2006 | DMS | doc revision<br>edit settlement demand letter; review notice that initial conference has been canceled | 0.20 | 47.20 |

SUBTOTAL:                                                                     [              ~]

For professional services rendered

Expenses:

| 10/30/2006 | ERP | Postage |  | 0.78 |
|---|---|---|---|---|
|  | ERP | Photocopies |  | 0.60 |

SUBTOTAL:                                                                     [       1.38]

Total expenses:                                                                        $1.38

Total of all new charges:                                                              3

Balance due

LAW OFFICES
# SAVIT & SZYMKOWICZ, LLP
SUITE 601 NORTH
7315 WISCONSIN AVENUE
BETHESDA, MD 20814-3202

TELEPHONE: (301) 951-9191
FACSIMILE: (301) 718-7788
email: mail@bowsslaw.com

December 28, 2006

Dr. Harwant Gill & Dr. Aleksandra Parpura-Gill
2907 Ellicott Street, N.W.
Washington, DC 20008

Invoice #6122032

Sebastian Gill special education issues

Tax Identification No. 52-2329896

Amount

Expenses:

| Date | | Atty | Description | Price | Amount |
|---|---|---|---|---|---|
| 11/2/2006 | - | ERP | Courier<br>D.C. filing on 8/18/06 | 30.00 | 30.00 |
|  | - | ERP | Courier<br>D.C. pick up re summons on 8/22/06 | 30.00 | 30.00 |
| 11/28/2006 | - | ERP | Postage | 0.39 | 0.39 |
|  | - | ERP | Photocopies | 0.10 | 0.10 |

Total expenses: $60.49

Balance due

LAW OFFICES
# SAVIT & SZYMKOWICZ, LLP
SUITE 601 NORTH
7315 WISCONSIN AVENUE
BETHESDA, MD 20814-3202

TELEPHONE: (301) 951-9191
FACSIMILE: (301) 718-7788
email: mail@bowsslaw.com

January 29, 2007

Dr. Harwant Gill & Dr. Aleksandra Parpura-Gill
2907 Ellicott Street, N.W.
Washington, DC 20008

Invoice #7012122

Sebastian Gill special education issues

Tax Identification No. 52-2329896

| | | | | Amount |
|---|---|---|---|---|
| 1/23/2007 | | | | |
| | Total payments and credits: | | | |
| | Professional services rendered: | | Hours | |
| 12/26/2006 - DMS | e-mail contacts w/ Amy Caspari, Esq. re: administrative record ready for filing | | 0.20 | NO CHARGE |
| 12/29/2006 - DMS | attorney time receive administrative record filed by defendants; preliminary review of same | | 2.00 | NO CHARGE |
| | SUBTOTAL: | [ | 2.20 | 0.00] |
| | For professional services rendered | | 2.20 | $0.00 |
| | Balance due | | | $0.00 |

LAW OFFICES
# SAVIT & SZYMKOWICZ, LLP
SUITE 601 NORTH
7315 WISCONSIN AVENUE
BETHESDA, MD 20814-3202

TELEPHONE: (301) 951-9191
FACSIMILE: (301) 718-7788
email: mail@bowsslaw.com

June 19, 2007

Dr. Harwant Gill & Dr. Aleksandra Parpura-Gill
2907 Ellicott Street, N.W.
Washington, DC 20008

Invoice #7062492

Sebastian Gill special education issues

Tax Identification No. 52-2329896

Amount

Professional services rendered:

Hours

5/8/2007 - DMS    phone call(s) w/ Anya Gill re: recommendations to obtain decision in pending court case.    .20

SUBTOTAL:

For professional services rendered

Dr. Harwant Gill & Dr. Aleksandra Parpura-Gill                                    Page  2
Invoice #  7062492
June 19, 2007

    Expenses:

                                                                          Price    Amount

    Total of all new charges:

    Balance due