# United States District Court
# for the District of Columbia

| |
|---|
| **S.G., a minor, *et al.*,**<br><br>    **Plaintiffs**<br><br>  **v.**<br><br>**THE DISTRICT OF COLUMBIA, *et al.*,**<br><br>    **Defendant**s |

**Civil Action No. 06-01317 (RMC)**

## ORDER

Upon consideration of plaintiffs' motion for an award of attorney's fees and costs, memorandum of points and authorities in support thereof and exhibits, any opposition thereto and the entire record herein, and it appearing that the motion should be granted; it is, this _____ day of _____, 2007

  **ORDERED:** That the motion is granted; and it is

  **FURTHER ORDERED:**  That plaintiffs are awarded $4,793.75 in attorney's fees and $465.43 in expenses as prevailing parties in litigation brought pursuant to the Individuals with Disabilities Education Act, 20 U.S.C. §1400 *et seq.*, said sums to be paid on or before _____.

       _____
       Judge, United States District Court

cc:    Diana M. Savit, Esq.
**Savit & Szymkowicz, LLP**
7315 Wisconsin Avenue, Suite 601N
Bethesda, Maryland 20814

Amy Caspari, Esq.
Assistant Attorney General
441 Fourth Street, N.W.
Sixth Floor South
Washington, D.C.  20001