# *Exhibit 1B*

LAW OFFICES

# SAVIT & SZYMKOWICZ, LLP

SUITE 601 NORTH

7315 WISCONSIN AVENUE

BETHESDA, MD 20814-3202


TELEPHONE: (301) 951-9191

FACSIMILE: (301) 718-7788

email: mail@bowsslaw.com

August 21, 2006

Dr. Harwant Gill & Dr. Aleksandra Parpura-Gill
2907 Ellicott Street, N.W.
Washington, DC 20008

Invoice #6081735


RE:  Sebastian Gill special education issues

---

Tax Identification No. 52-2329896

---

|  |  | Amount |
|---|---|---|
| F |  |  |

Total payments and credits:

Professional services rendered:

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 7/12/2006 | DMS | attorney time<br>listen to CD of due process hearing in<br>order to begin preparing complaint; begin<br>drafting | 0.70 | 165.20 |
| 7/19/2006 | DMS | doc preparation<br>draft complaint; email to Anya Gill<br>forwarding same for review; | 3.00 | |
| 7/20/2006 | DMS | phone call(s)w/<br>Anya Gill re: need to review draft<br>complaint, likely arguments to be made by<br>DCPS in response; edit draft & forward to<br>Gill for review | 0.50 | 118.00 |
| 7/21/2006 | DMS | doc revision<br>continue editing draft complaint; phone<br>call w/ Anya Gill to discuss same;<br>continue editing draft complaint | 1.10 | NO CHARGE |
| 7/23/2006 | DMS | doc revision<br>continue editing draft complaint | 1.10 | NO CHARGE |

Dr. Harwant Gill & Dr. Aleksandra Parpura-Gill                     Page  2
Invoice #  6081735
August 21, 2006

|                  |                                                                      | Hours | Amount   |
|------------------|----------------------------------------------------------------------|-------|----------|
| 7/25/2006 DMS    | doc revision                                                         | 1.50  | 354.00   |
|                  | prepare final edits on complaint; prepare                            |       |          |
|                  | new civil case filing documents for court                            |       |          |
|                  | For professional services rendered                                   |       |          |
|                  | Expenses:                                                            |       |          |
| 7/24/2006 DMS    | Expenses                                                             |       | 350.00   |
|                  | New case filing fee (U.S. District Court)                            |       |          |
| 7/26/2006 ERP    | Photocopies                                                          |       | 11.60    |
| ERP              | Postage                                                             |       | 12.16    |
|                  | Total expenses:                                                      |       | $373.76  |
|                  | Total of all new charges:                                            |       |          |
|                  | Balance due                                                          |       |          |

LAW OFFICES

# SAVIT & SZYMKOWICZ, LLP

SUITE 601 NORTH
7315 WISCONSIN AVENUE
BETHESDA, MD  20814-3202

TELEPHONE: (301) 951-9191
FACSIMILE: (301) 718-7788
email: mail@bowsslaw.com

October 03, 2006

Dr. Harwant Gill & Dr. Aleksandra Parpura-Gill
2907 Ellicott Street, N.W.
Washington, DC 20008

Invoice #6091844

RE:  Sebastian Gill special education issues

---

Tax Identification No. 52-2329896

---

Amount

Previous balance

Total payments and credits:

Professional services rendered:

Hours

| | | | |
|---|---|---|---|
| 8/18/2006 DMS | doc preparation<br>return of service as to defendant<br>Clifford B. Janey; motion for entry of<br>default as to defendant Janey; email to<br>Anya Gill to advise of case status. | 1.10 | NO CHARGE |
| | ... prepare new<br>summons for D.C. to be reissued by court<br>& arrange for same | | |

Dr. Harwant Gill & Dr. Aleksandra Parpura-Gill                          Page 2
Invoice #  6091844
October 03, 2006

|  |  | Hours | Amount |
|---|---|---|---|
| 8/22/2006 DMS | Review<br>VM from Edward Taptich, Esq. re: case;<br>opposition to motion for default filed by<br>Taptich | 0.30 | 70.80 |
| 8/23/2006 DMS | phone call(s)w/<br>Edward P. Taptich, Esq. re: agreement on<br>service of process/answer issues,<br>potential case resolution | 0.40 | 94.40 |
| 8/24/2006 DMS | e-mail contacts<br>w/ Anya Gill to update re: status | 0.10 | 23.60 |
| 8/30/2006 DMS | Review<br>VM from Edward Taptich, Esq. re:<br>potential settlement; phone calls w/ Amy<br>Kaspari, Esq. re: same | 0.40 | 94.40 |

                    SUBTOTAL:                                        [                    ]

                    For professional services rendered

                    Expenses:

 8/7/2006 ERP       Courier                                                          30.00
                    D.C. Fed. Court Filing 7/26/06

 8/14/2006 ERP      Postage                                                           0.78

                    SUBTOTAL:                                        [    30.78]

                    Total expenses:                                          $30.78

                    Total of all new charges:

                    Balance due

LAW OFFICES

# SAVIT & SZYMKOWICZ, LLP

SUITE 601 NORTH
7315 WISCONSIN AVENUE
BETHESDA, MD 20814-3202

TELEPHONE: (301) 951-9191
FACSIMILE: (301) 718-7788
email: mail@bowsslaw.com

October 30, 2006

Dr. Harwant Gill & Dr. Aleksandra Parpura-Gill
2907 Ellicott Street, N.W.
Washington, DC 20008

Invoice #6101884

RE:  Sebastian Gill special education issues

Tax Identification No. 52-2329896

Amount

Professional services rendered:

Hours

| | | | CHARGE |
|---|---|---|---|
| 9/4/2006 DMS | | | |
| 9/5/2006 DMS | phone call(s)w/ Anya Gill, ....... ......trategy for potential settlement of pending lawsuit | .45 | |
| 9/19/2006 DMS | Review defendants' answer to complaint; forward to Anya Gill w/ comments & analysis; review order for initial scheduling conference & calculate deadlines for filing report; forward copy of order to Anya Gill w/ explanation; | .50 .50 | .20 |

SUBTOTAL:                                              [

Dr. Harwant Gill & Dr. Aleksandra Parpura-Gill                    Page   2
Invoice #  6101884
October 30, 2006

|  | Hours | Amount |
|---|---|---|
| For professional services rendered | 3.90 | $896.80 |

Expenses:

Total expenses:

Total of all new charges:

Balance due

LAW OFFICES

# SAVIT & SZYMKOWICZ, LLP

SUITE 601 NORTH
7315 WISCONSIN AVENUE
BETHESDA, MD  20814-3202

TELEPHONE: (301) 951-9191
FACSIMILE: (301) 718-7788
email: mail@bowsslaw.com

November 16, 2006

Dr. Harwant Gill & Dr. Aleksandra Parpura-Gill
2907 Ellicott Street, N.W.
Washington, DC 20008

Invoice #6111957

RE:  Sebastian Gill special education issues

---

Tax Identification No. 52-2329896

---

|  |  |  | Amount |
|---|---|---|---|

Professional services rendered:

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 10/6/2006 | DMS | phone call(s)w/ Amy Caspari, Esq. to schedule meet & confer per scheduling order; email to Anya Gill to update re: same | 0.10 | 23.60 |
| 10/10/2006 | DMS | Review defendants' motion to dismiss complaint; phone call w/ Amy Caspari, Esq. to discuss contents of report to court in advance of initial scheduling conference | 1.30 | 306.80 |
| 10/16/2006 | DMS | doc preparation report to the court & accompanying proposed order required by Fed. R. Civ. P. 16; email to Amy Caspari, Esq. forwarding draft for review & comment | 1.80 | 424.80 |
| 10/17/2006 | DMS | e-mail contacts w/ Amy Caspari, Esq. re; approval of draft R. 16 report; edit & file same; email to Anya Gill forwarding copy of filed report & update | 0.20 | 47.20 |
| 10/18/2006 | DMS | e-mail contacts w/ Anya Gill re: potential settlement proposal | 0.20 | NO CHARGE |

Dr. Harwant Gill & Dr. Aleksandra Parpura-Gill                    Page 2
Invoice #  6111957
November 16, 2006

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 10/24/2006 DMS | legal research cases regarding exhaustion of administrative remedies; prepare memorandum of points and authorities in opposition to motion to dismiss |  | 4.50 | 1,062.00 |
| 10/29/2006 DMS | letter(s) to Amy Caspari, Esq. to convey settlement demand |  | 0.40 | 94.40 |
| 10/30/2006 DMS | doc revision edit settlement demand letter; review notice that initial conference has been canceled |  | 0.20 | 47.20 |

SUBTOTAL:                                              [                    ˄]

For professional services rendered

Expenses:

| 10/30/2006 ERP | Postage |  | 0.78 |
|---|---|---|---|
| | ERP | Photocopies | 0.60 |

SUBTOTAL:                                              [    1.38]

Total expenses:                                            $1.38

Total of all new charges:                                    3

Balance due

LAW OFFICES

# SAVIT & SZYMKOWICZ, LLP

SUITE 601 NORTH
7315 WISCONSIN AVENUE
BETHESDA, MD 20814-3202

TELEPHONE: (301) 951-9191
FACSIMILE: (301) 718-7788
email: mail@bowsslaw.com

December 28, 2006

Dr. Harwant Gill & Dr. Aleksandra Parpura-Gill
2907 Ellicott Street, N.W.
Washington, DC 20008

Invoice #6122032

Sebastian Gill special education issues

---

Tax Identification No. 52-2329896

---

|  |  |  | | Amount |
|---|---|---|---|---|
|  |  |  |  |  |

Expenses:

| | | | | Price | |
|---|---|---|---|---|---|
| 11/2/2006 | - | ERP | Courier<br>D.C. filing on 8/18/06 | 30.00 | 30.00 |
| | - | ERP | Courier<br>D.C. pick up re summons on 8/22/06 | 30.00 | 30.00 |
| 11/28/2006 | - | ERP | Postage | 0.39 | 0.39 |
| | - | ERP | Photocopies | 0.10 | 0.10 |
| | | Total expenses: | | | $60.49 |

Balance due

LAW OFFICES

# SAVIT & SZYMKOWICZ, LLP

SUITE 601 NORTH

7315 WISCONSIN AVENUE

BETHESDA, MD 20814-3202

TELEPHONE: (301) 951-9191

FACSIMILE: (301) 718-7788

email: mail@bowsslaw.com

January 29, 2007

Dr. Harwant Gill & Dr. Aleksandra Parpura-Gill
2907 Ellicott Street, N.W.
Washington, DC 20008

Invoice #7012122

Sebastian Gill special education issues

Tax Identification No. 52-2329896

| | | | Amount |
|---|---|---|---|
| | | | |
| 1/23/2007 | | | |
| | Total payments and credits: | | |
| | Professional services rendered: | | |
| | | Hours | |
| 12/26/2006 - DMS | e-mail contacts w/ Amy Caspari, Esq. re: administrative record ready for filing | 0.20 | NO CHARGE |
| 12/29/2006 - DMS | attorney time receive administrative record filed by defendants; preliminary review of same | 2.00 | NO CHARGE |
| SUBTOTAL: . | | [ 2.20 | 0.00] |
| For professional services rendered | | 2.20 | $0.00 |
| Balance due | | | $0.00 |

LAW OFFICES
# SAVIT & SZYMKOWICZ, LLP
SUITE 601 NORTH
7315 WISCONSIN AVENUE
BETHESDA, MD  20814-3202

TELEPHONE: (301) 951-9191
FACSIMILE: (301) 718-7788
email: mail@bowsslaw.com

June 19, 2007

Dr. Harwant Gill & Dr. Aleksandra Parpura-Gill
2907 Ellicott Street, N.W.
Washington, DC 20008

Invoice #7062492

Sebastian Gill special education issues

Tax Identification No. 52-2329896

Amount

Professional services rendered:

Hours

5/8/2007 -  DMS    phone call(s)w/                          .20
                   Anya Gill re: recommendations to
                   obtain decision in pending court
                   case.

SUBTOTAL:                                          [

For professional services rendered                        .60

Dr. Harwant Gill & Dr. Aleksandra Parpura-Gill                    Page  2
Invoice #  7062492
June 19, 2007

      Expenses:

|  | Price | Amount |
|---|---|---|

Total of all new charges:

Balance due