## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| S.G., a minor, *et al*., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civil Action No. 06-1317 (RMC) |
| | ) |
| DISTRICT OF COLUMBIA, *et al.,* | ) |
| | ) |
| Defendants. | ) |
| | ) |

## ORDER

Upon consideration of Defendants' Opposition to Plaintiffs' Motion To Alter Or

Amend Judgment, filed September 5, 2007, the Plaintiffs' Motion, and the record herein,

it is on this _____ day of September 2007, hereby **ORDERED** that:

1. Plaintiffs' Motion To Alter Or Amend Judgment is denied.

_____
United States District Court Judge