IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **S.G., a minor, *et al*.,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | **Civil Action No. 06-1317 (RMC)** |
| ) | |
| **DISTRICT OF COLUMBIA, *et al.*,** ) | |
| ) | |
| **Defendants.** ) | |

## ORDER

Upon consideration of Defendants' Opposition to Plaintiffs' Motion for Attorneys' Fees and Costs, filed September 5, 2007, the Plaintiffs' Motion, and the record herein, it is on this _____ day of September 2007, hereby **ORDERED** that:

1. Plaintiffs' Motion for Attorneys' Fees and Costs is denied.

_____
United States District Court Judge