# United States District Court
# for the District of Columbia

| | |
|---|---|
| S.G., a minor, *et al.*, <br><br> **Plaintiffs** <br><br> v. <br><br> **THE DISTRICT OF COLUMBIA**, *et al.*, <br><br> **Defendant**s | Civil Action No. 06-01317 (RMC) |

**PLAINTIFFS' MOTION FOR AN EXTENSION OF TIME**

Plaintiffs S.G., Harwant Gill and Aleksandra Parpura-Gill ( "plaintiffs" or "the Gills") respectfully move the Court, pursuant to Fed. R. Civ. P. 6(b) and LCvR 7.1, to enter an order extending the time within which they may reply to defendants' oppositions to their motions to alter or amend the Court's August 8, 2007 judgment and for an award of attorney's fees and costs, up to and including September 24, 2007.  The grounds for this motion are:

1.	Plaintiffs filed their motions on August 22, 2007, and defendants opposed both on September 5, 2007.  Plaintiffs' replies to both opposition memoranda are due September 17, 2007.  LCvR 7.1(d) and Fed. R. Civ. P. 6(a) and (e).

2.	During the time that plaintiffs' counsel would otherwise have been preparing these reply memoranda, she has been away from work celebrating her religious holiday, as well as preparing for and taking a deposition in an unrelated case.  This has prevented her from completing the replies by their current deadline.  Counsel's previously scheduled obligations later this week in other cases preclude finishing both replies before September 24, 2007.

3.	Pursuant to LCvR 7/1(m), the undersigned has contacted defendants' attorney and is authorized to represent that the relief sought in this motion is unopposed.

In support of this motion, plaintiffs respectfully refer the Court to the accompanying memorandum of points and authorities.

/s/ *Diana M. Savit*

Diana M. Savit #244970
**SAVIT & SZYMKOWICZ, LLP**
7315 Wisconsin Avenue
Suite 601N
Bethesda, Maryland 20815
(301) 951-9191
Attorneys for plaintiffs

# United States District Court
# for the District of Columbia

| | |
|---|---|
| **S.G., a minor,** *et al.,*<br><br>        **Plaintiffs**<br><br>    v.<br><br>**THE DISTRICT OF COLUMBIA,** *et al.,*<br><br>        **Defendants** | Civil Action No. 06-01317 (RMC) |

## MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFFS' MOTION FOR AN EXTENSION OF TIME

Fed. R. Civ. P. 6(b).

LCvR 7.1.

/s/ *Diana M. Savit*

Diana M. Savit #244970
**SAVIT & SZYMKOWICZ, LLP**
7315 Wisconsin Avenue
Suite 601N
Bethesda, Maryland 20815
(301) 951-9191
dms@bowsslaw.com
Attorneys for plaintiffs