# United States District Court
# for the District of Columbia

| |
|---|
| **S.G., a minor,** *et al.*, |
| **Plaintiffs** |
| v. |
| **THE DISTRICT OF COLUMBIA,** *et al.*, |
| **Defendant**s |

Civil Action No. 06-01317 (RMC)

## ORDER

Upon consideration of plaintiffs' motion for an extension of time, memorandum of points and authorities in support thereof, the lack of opposition thereto and the entire record herein, and it appearing that the motion should be granted; it is, this _____ day of _____, 2007

**ORDERED:** That the motion is granted; and it is

**FURTHER ORDERED:** That the time within which plaintiffs may respond to defendants' oppositions to, respectively, plaintiffs' motion to alter or amend the Court's August 8, 2007 judgment and for an award of attorney's fees and costs, is extended up to and including September 24, 2007.

_____
Judge, United States District Court

cc:   Diana M. Savit, Esq.
      **SAVIT & SZYMKOWICZ, LLP**
      7315 Wisconsin Avenue, Suite 601N
      Bethesda, Maryland 20814

Amy Caspari, Esq.
Assistant Attorney General
441 Fourth Street, N.W.
Sixth Floor South
Washington, D.C. 20001