UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **S.G., a minor,** *et al.*, ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Civil Action No. 06-1317 (RMC) |
| ) | |
| **DISTRICT OF COLUMBIA,** *et al.*, ) | |
| ) | |
| **Defendants.** ) | |

**ORDER**

For the reasons stated in the Memorandum Opinion filed simultaneously with this Order, it is hereby

**ORDERED** that Plaintiffs' Motion to Alter or Amend Judgment [Dkt. ## 18 & 19] is **GRANTED** and Plaintiffs are deemed to be the prevailing parties in the prior administrative proceeding; and it is

**FURTHER ORDERED** that the pending Motion for an Award of Attorney's Fees and Costs [Dkt. ## 20 & 21] is **DENIED WITHOUT PREJUDICE** because the litigation has not concluded; and it is

**FURTHER ORDERED** that Plaintiffs and DCPS shall file a joint report no later than August 5, 2008, advising the Court of the status of their administrative litigation or when an HOD issues, whichever comes first.

**SO ORDERED.**

                                              _____/s/_____
ROSEMARY M. COLLYER
United States District Judge

DATE: February 5, 2008