# United States District Court
# for the District of Columbia

| |
|---|
| **S.G.,** a minor, *et al.,* |
| **Plaintiffs** |
| v. |
| **THE DISTRICT OF COLUMBIA,** *et al.,* |
| **Defendant**s |

Civil Action No. 06-01317 (RMC)

### JOINT STATUS REPORT

Complying with the Court's February 5, 2008 order that the parties advise the Court by August 5, 2008 of the status of their administrative litigation, or when a hearing officer's determination ("HOD") issues, whichever comes first, the parties inform the Court that an administrative due process hearing took place following issuance of the Court's August 8, 2007 memorandum opinion and order, and that the HOD in that proceeding issued on October 29, 2007. A redacted copy of the HOD is attached as Exhibit A.

S.G. and his parents subsequently submitted to DCPS an administrative request for payment of their legal fees and expenses incurred in connection with S.G.'s two due process hearings to date. That request is pending.

| | |
|---|---|
| /s/ *Diana M. Savit* | Peter Nickles |
| _____ | Interim Attorney General for the District of Columbia |
| Diana M. Savit #244970 | |
| **SAVIT & SZYMKOWICZ, LLP** | |
| 7315 Wisconsin Avenue | George C. Valentine |
| Suite 601N | Deputy Attorney General |
| Bethesda, Maryland 20814 | Civil Litigation Division |
| (301) 951-9191 | |
| fax:   (301) 718-7788 | /s/   *Edward P. Taptich* |
| email:  dms@bowsslaw.com | Edward P. Taptich #012914 |
| Attorneys for plaintiffs | Chief, Equity Section II |
| | |
| | /s/   *Amy Caspari* |
| | Amy Caspari #488968 |
| | Assistant Attorney General |
| | 441 Fourth Street, N.W. |
| | Sixth Floor South |
| | Washington, D.C.  20001 |
| | (202) 724-7794 |
| | Attorneys for defendants |