# *Exhibit 1C*

LAW OFFICES

## SAVIT & SZYMKOWICZ, LLP

SUITE 601 NORTH
7315 WISCONSIN AVENUE
BETHESDA, MD 20814-3202

TELEPHONE: (301) 951-9191
FACSIMILE: (301) 718-7788
email: mail@bowsslaw.com

October 26, 2007

Dr. Harwant Gill & Dr. Aleksandra Parpura-Gill
2907 Ellicott Street, N.W.
Washington, DC 20008

Invoice # 7103006

Sebastian Gill special education issues

Tax Identification No. 52-2329896

Amount



Professional services rendered:

Hours



0.20    47.20

preliminary review of D.C.'s
oppositions to motions for
attorney's fees & to alter/amend
judgment; email to Anya Gill

Dr. Harwant Gill & Dr. Aleksandra Parpura-Gill
October 26, 2007
Invoice # 7103006

| | | | Hours | Amount |
|---|---|---|---|---|
| | | forwarding copies of same w/ comments | | |
| 9/7/2007 | - DMS | review document<br>further review of oppositions to motions for attorney's fees & to alter or amend; calculate response deadlines | 0.20 | NO CHARGE |
| 9/17/2007 | - DMS | doc preparation<br>motion to extend time to file replies to defendants' oppositions to motions to alter/amend & for attorney's fees & costs (includes email contacts w/ Amy Caspari, Esq. to obtain consent | 0.40 | NO CHARGE |
| 9/24/2007 | - DMS | legal research<br>cases discussing "prevailing party" status in IDEA administrative proceeding when school system is ordered to convene further proceedings for student; cases regarding unitary nature of special education proceedings; draft reply to defendants' opposition to motion to alter or amend judgment; edit same & file | 3.00 | 708.00 |
| | - DMS | legal research<br>authorities regarding prevailing party status for purposes of requesting fee award; draft reply to defendants' opposition to motion for attorney's fees and costs; edit same & file | 2.00 | 472.00 |

SUBTOTAL:                                    [

For professional services rendered

LAW OFFICES

## SAVIT & SZYMKOWICZ, LLP

SUITE 601 NORTH
7315 WISCONSIN AVENUE
BETHESDA, MD 20814-3202

TELEPHONE: (301) 951-9191
FACSIMILE: (301) 718-7788
email: mail@bowsslaw.com

January 14, 2008

Dr. Harwant Gill & Dr. Aleksandra Parpura-Gill
2907 Ellicott Street, N.W.
Washington, DC 20008

Invoice #  8013344

Sebastian Gill special education issues

Tax Identification No. 52-2329896



Amount

Previous balance

Professional services rendered:

Hours

12/11/2007 -

    -  DMS     attorney time                              0.50    118.00
              redact bills for fee/expense claim
              following 10/07 due process hearing

12/13/2007 -  DMS

Dr. Harwant Gill & Dr. Aleksandra Parpura-Gill
January 14, 2008
Invoice # 8013344

| | Hours | Amount |
|---|---|---|

hearing to challenge 1/07 IEP

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 12/21/2007 - | DMS | doc preparation<br>1st request for reimbursement of<br>attorney's fees & expenses as<br>prevailing party in due process case | 1.00 | 236.00 |
| 12/24/2007 - | DMS | doc preparation<br>review 10/26/07 & 12/03/07<br>statements to redact in preparation<br>for submitting 2nd request for legal<br>fees & expenses | 0.20 | 47.20 |

SUBTOTAL:                                                    [

For professional services rendered

Expenses:

| Date | | Description | Price | |
|---|---|---|---|---|
| 12/20/2007 - | TAH | Photocopies | 0.60 | 0.60 |

SUBTOTAL:                                                    [      0.60]

Total expenses:                                                    $0.60

LAW OFFICES

# SAVIT & SZYMKOWICZ, LLP

SUITE 601 NORTH
7315 WISCONSIN AVENUE
BETHESDA, MD 20814-3202

TELEPHONE: (301) 951-9191
FACSIMILE: (301) 718-7788
email: mail@bowsslaw.com

March 10, 2008

Dr. Harwant Gill & Dr. Aleksandra Parpura-Gill
2907 Ellicott Street, N.W.
Washington, DC 20008

Invoice #  8033659

Sebastian Gill special education issues

---

Tax Identification No. 52-2329896

Amount

████████████████████        ████████
█████████████████████████        ████████
                                  ████████

Professional services rendered:

Hours

██████████████████████████        ███████████

█5/2008 - DMS    review document                                    0.30    70.80
                 memorandum opinion & order by U.S.
                 District Judge Rosemary Collyer
                 granting motion to alter or amend,
                 denying motion for attorney's fees
                 w/o prejudice; email to Amy Capari,
                 Esq. to discuss response to order
                 for joint report

████████████████████████        ███████████
██████████████████████
██████████████

Dr. Harwant Gill & Dr. Aleksandra Parpura-Gill
March 10, 2008
Invoice # 8033659

Page   2

| | | | Hours | Amount |
|---|---|---|---|---|
| 2/11/2008 - | DMS | e-mail contacts<br>w/ Amy Caspari, Esq. re: joint<br>status report required by court;<br>prepare draft & forward to Caspari | 0.50 | 118.00 |
| 2/15/2008 - | DMS | e-mail contacts<br>w/ Amy Caspari, Esq. re: status<br>report required by Judge Collyer | 0.20 | NO CHARGE |
| 2/22/2008 - | DMS | e-mail contacts<br>w/ Amy Caspari, Esq., Edward<br>Taptich, Esq. re: joint statuts<br>report to court | 0.30 | 70.80 |
| 2/25/2008 - | DMS | Review<br>email from Edward Taptich, Esq. re:<br>contents of joint status report | 0.10 | 23.60 |

For professional services rendered



LAW OFFICES

## SAVIT & SZYMKOWICZ, LLP

SUITE 601 NORTH
7315 WISCONSIN AVENUE
BETHESDA, MD 20814-3202

TELEPHONE: (301) 951-9191
FACSIMILE: (301) 718-7788
email: mail@bowslaw.com

April 10, 2008

Dr. Harwant Gill & Dr. Aleksandra Parpura-Gill
2907 Ellicott Street, N.W.
Washington, DC 20008

Invoice #  8043782

Sebastian Gill special education issues

---

Tax Identification No. 52-2329896

|  | Amount |
|---|---|
| Previous balance | ██████ |

Professional services rendered:

| Date | | | Hours | Amount |
|---|---|---|---|---|
| 3/3/2008 - | DMS | doc revision joint status report to reflect changes requested by Edward Taptich, Esq.; email to Taptich forwarding same w/ comments | 0.40 | 94.40 |
| 3/4/2008 - | | | | |
| - | DMS | doc revision joint status report to court; emails w/ Edward Taptich, Esq. re: same; prepare final version & file | 0.50 | NO CHARGE |

Page   2

Dr. Harwant Gill & Dr. Aleksandra Parpura-Gill
April 10, 2008
 Invoice #  8043782



Hours     Amount

Dr. Harwant Gill & Dr. Aleksandra Parpura-Gill
April 10, 2008
Invoice # 8043782



|  | Hours | Amount |
|---|---|---|

- DMS    letter(s) to
  DCPS attorney's fee processing
  office re: disputes w/ reimbursement
  requests for 4/26/06 & 10/29/07 HODs       0.30   NO CHARGE

For professional services rendered

Expenses:

|  | Price |
|---|---|