*Exhibit 1D*