*Exhibit 1E*

Case 1:06-cv-01317-RMC    Document 30-10    Filed 05/27/2008    Page 1 of 2



District of Columbia Public Schools
OFFICE OF THE GENERAL COUNSEL
825 North Capitol Street NE, 9th Floor
Washington, DC 20002-1944

| Attorney Firm | Savit and Szymkowics LLP | Dates of Service | 3/29/2005 to 4/26/2006 |
|---|---|---|---|
| Student | Sebastian Gill | OGC Control | 8335 |
| Date Received | 1/21/2008 | Attorney Invoice | |
| HOD DATE | 8/27/2006 | Fiscal Year | 2008 |

### Allocation of Invoice

|  | Invoiced | Approved |
|---|---|---|
| Attorney's Fees | $12,488.00 | $4,000.00 |
| Expert/Advocate Fees | $0.00 | $0.00 |
| Attorney's Expenses | $151.52 | $151.52 |
| TOTAL | $12,639.52 | $4,151.52 |

Total Before Partial Payment     $4,151.52
Partial Payment                  $0.00
Total Amount Approved            $4,151.52

### Disputes

| OGC | Date of Dispute | Dispute Type | Disputed Item | Dispute Basis | Attorney Rate of Disputed Item | Time | Sub Amt | Approved Rate | Time Approved | Approved Amount | Disputed Time | Disputed Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8335 | | Cost | | | $0.00 | 0 | $0.00 | $0.00 | 0 | $0.00 | 0 | $0.00 |
| 8335 | | Expert/Advocate | | | $0.00 | 0 | $0.00 | $0.00 | 0 | $0.00 | 0 | $0.00 |
| 8335 | 9/29/2005 | Fee | Pre Hearing Request | Remove or Unrelated to HOD | $305.00 | 2.6 | $767.00 | $0.00 | 0 | $0.00 | 2.6 | $767.00 |
| 8335 | 9/10/2005-6/26/06 | Fee | Attorney Invoiced Fees | Rate Excessive | $325.00 | 35.82 | $11,641.5 | $275 | 35.82 | $9,850 | 0 | $1,791.50 |
| Totals | | | | | | | $12,408.50 | | | $9,850.00 | | $2,408.50 |

Attorney Charges

| Invoiced Attorney Fee Amount | $12,488.00 |
|---|---|
| Disputed Attorney Fee Amount | $2,558.00 |
| Pre-Cap Approved Attorney Fee Amount | $9,930.00 |
| Fee Cap Adjustment (amt cap exceeded) | $5,930.00 |
| Approved Attorney Fees | $4,000.00 |

Expert/Advocate Charge

| Total Invoiced Expert Charges | $0.00 |
|---|---|
| Disputed Expert Fee | $0.00 |
| Approved Expert Fee | $0.00 |

Attorney Expenses

| Invoiced Attorney Expense | $151.52 |
|---|---|
| Disputed Attorney Expenses | $0.00 |
| Approved Expense | $151.52 |

Processed By: Attorney Fee Invoice Processing Team
Approved By: [signature]

Attorney Fee Cap Amount:  $4,000.00
Savit and Szymkowics L   8335   Gill   Page 1 of 1