*Exhibit 1F*

District Columbia Public Schools
OFFICE OF THE GENERAL COUNSEL
825 North Capitol Street NE. 9th Floor
Washington. DC 20002-1944

| | | | | |
|---|---|---|---|---|
| Attorney Firm | Savit and Szymkowics LLP | | Dates of Service | 6/16/2007 to 10/30/2007 |
| Studen | Sebastian Gill | | OGC Control | 8336 |
| Date Received | 1/21/2008 | | Attorney Invoice | |
| HOD DATE | 10/29/2007 | | Fiscal Year | 2008 |

### Allocation of Invoice

| | Invoiced | Approved |
|---|---|---|
| Attorney's Fees | $13,747.50 | $4,000.00 |
| Expert/Advocate Fees | $0.00 | $0.00 |
| Attorney's Expenses | $610.67 | $610.67 |
| TOTAL | $14,358.17 | $4,610.67 |

| | |
|---|---|
| Total Before Partial Payment | $4,610.67 |
| Partial Payment | $0.00 |
| Total Amount Approved | $4,610.67 |

### Disputes

| OGC | Date of Dispute | Dispute Type: | Disputed Item | Dispute Basis | Attorney Rate of Disputed Item: | Time | Sub Amt | Approved Rate | Time | Approved Amount | Disputed Time | Disputed Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8336 | | Cost | | | $0.00 | 0 | $0.00 | $0.00 | 0 | $0.00 | 0 | $0.00 |
| 8336 | | Expert/Advocate | | | $0.00 | 0 | $0.00 | $0.00 | 0 | $0.00 | 0 | $0.00 |
| 8336 | 6/16/2007 10/30/07 | Fee | Attorney Invoiced Fees | Rate Excessive | $325.00 | 42.3 | $13,747.5 | $275. | 42.3 | $11,632 | 0 | $2,115.00 |
| Totals | | | | | | | $13,747.50 | | | $11,632.50 | | $2,115.00 |

**Attorney Charges**

| | |
|---|---|
| Invoiced Attorney Fee Amount | $13,747.50 |
| Disputed Attorney Fee Amount | $2,115.00 |
| Pre-Cap Approved Attorney Fee Amoun | $11,632.50 |
| Fee Cap Adjustment (amt cap exceeded) | $7,632.50 |
| Approved Attorney Fees | $4,000.00 |

**Expert/Advocate Charge**

| | |
|---|---|
| Total Invoiced Expert Charges | $0.00 |
| Disputed Expert Fe | $0.00 |
| Approved Expert Fee | $0.00 |

**Attorney Expenses**

| | |
|---|---|
| Invoiced Attorney Expense | $610.67 |
| Disputed Attorney Expenses | $0.00 |
| Approved Expense | $610.67 |

Processed By: Attorney Fee Invoice Processing Team    Attorney Fee Cap Amount.    $4,000.00

Approved By: [signature]    Savit and Szymkowics L    8336    Gill    Page 1 of 1