*Exhibit 1G*

LAW OFFICES
## SAVIT & SZYMKOWICZ, LLP
7315 WISCONSIN AVENUE
SUITE 601 NORTH TOWER
BETHESDA, MD 20814-3202

PHONE: (301) 951-9191
FAX: (301) 718-7788
EMAIL: MAIL@BOWSSLAW.COM
WWW.BOWSSLAW.COM

ALSO PRACTICING IN THE DISTRICT OF COLUMBIA

MARVIN L. SZYMKOWICZ
MLS@BOWSSLAW.COM

DIANA M. SAVIT
DMS@BOWSSLAW.COM

LISA SELTZER BECKER
LSB@BOWSSLAW.COM

MICHAEL S. FOX
MSF@BOWSSLAW.COM
(NOT ADMITTED IN DC)

OF COUNSEL:
LORETTA J. GARCIA
LJG@BOWSSLAW.COM

HARVEY SCHWEITZER
SCHWEITZER & SCHERR, LLC
DIAL DIRECT: (301) 469-3382
LAWHARVEY@AOL.COM

March 24, 2008

District of Columbia Public Schools
Office of the General Counsel
Attorney Invoice Processing
825 North Capitol Street, N.E.
9th Floor
Washington, D.C. 20002-1944

   Re:   Attorney invoice submission for Sebastian Gill
         HODs dated 4/27/06 & 10/29/07

Dear Sir/Madam:

   On March 12, 2008, I received disposition/dispute sheets for attorney's fee and expense reimbursement requests submitted on behalf of the referenced student. With respect to the request for fees and expenses related to the April 27, 2006 hearing officer's determination, you disputed 1.8 hours of attorney time on March 29, 2005, deeming it unrelated to the HOD. The description of the services rendered that day, however, clearly demonstrate that the time expended was devoted to information-gathering, which in turn generated information eventually presented at the due process hearing. I therefore ask that you reconsider this dispute.

   Regarding both requests, you disputed the hourly rates charged ($295 in 2005, $325 in 2006 and 2007) and reduced both to $275 per hour. I ask that you either reconsider this decision or explain your reasoning. The hourly rates at which payment was requested reflected my market rate; *i.e.,* the hourly rates I actually charged and received for my services in those years, absent special circumstances (which, under the authority of *Laffey v. Northwest Airlines,* are irrelevant to your determination). Those are, therefore, the hourly rates that should have been used in calculating the amounts to which the Gills are entitled.

District of Columbia Public Schools
Office of the General Counsel
March 24, 2008
Page 2

I appreciate your prompt attention to this matter.

Very truly yours,

Diana M. Savit

cc:   Harwant Gill & Aleksandra Parpura-Gill