IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **S.G., a minor,** *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 06-1317 (RMC) |
| **DISTRICT OF COLUMBIA,** *et al.,* | ) ) ) | |
| Defendants. | ) ) | |

## JOINT MOTION FOR CONSENT JUDGEMENT

The parties jointly move this Court to approve the attached consent judgment awarding attorney fees and costs, and dismissing this case with prejudice.

On February 5, 2008, this Court denied plaintiffs' motion for attorneys' fees and costs pursuant to the Individuals with Disabilities Education Improvement Act of 2004, 20 U.S.C. §§ 1400 et seq. ("IDEIA"), finding that the claims were premature because the litigation in this matter had not ended. On March 4, 2008, the parties filed a joint status report indicating that the litigation had then ended. On May 27, 2008, following defendants' administrative processing of plaintiffs' claims for reimbursement of attorney's fees and costs, plaintiffs filed a renewed motion. In that motion, they sought $25,831.50 in attorneys' fees and $466.03 in costs, representing fees and costs that could not be paid administratively or that were disallowed by defendants.

The parties have agreed to an award of $23,000 in full settlement of the claims for attorney's fees and costs sought in the renewed motion. The parties further agree that because Defendants have paid Plaintiffs in the amount of $8,000, and a statutory fee cap applies in this case, no payment is due at this time.

Furthermore, the parties agree that since there are no other remaining claims, this case should be dismissed with prejudice, except for plaintiffs' right to enforce their judgment, should the law be changed such that enforcement is appropriate.

Respectfully submitted,

PETER J. NICKLES
Interim Attorney General
for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General,
Civil Litigation Division

*/s/ Edward P. Taptich*
EDWARD P. TAPTICH
Chief, Equity Section 2
Bar Number 012914

*/s/Diana Savit*
Diana M. Savit
[244970]
Savit & Szymkowicz, LLP
7315 Wisconsin Ave., Suite 601N
Bethesda, Maryland 20815
(301) 951-9191
dms@bowsslaw.com
Attorney for Plaintiffs

*/s/Amy Caspari*
Amy Caspari
[488968]
441 Fourth Street, NW
6th Floor South
Washington, D.C. 20001
(202) 724-7794
amy.caspari@dc.gov
Attorney for Defendants

June 4, 2008