IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| S.G., a minor, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 06-1317 (RMC) |
| ) | |
| DISTRICT OF COLUMBIA, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## CONSENT JUDGMENT

Upon consideration of the parties' joint motion for consent judgment, it is, this _14_ day of _July_, 2008,

ORDERED, that Plaintiffs are awarded $23,000 on their renewed motion for attorneys' fees and costs, filed May 27, 2008; and it is

FURTHER ORDERED, that the Clerk of the Court is directed to enter judgment in plaintiffs' favor in the amount of $23,000, payment to be stayed until such time as the existing statutory cap on fee payments in District of Columbia special education cases is lifted or modified such that plaintiffs are entitled to payment; and it is

FURTHER ORDERED, that this case, including any and all claims for attorneys' fees and costs, is dismissed with prejudice, except that plaintiffs retain the right to enforce their judgment should they become entitled to payment consistent with this order.

_____
United States District Judge Rosemary M. Collyer